**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    08/30/2021

[REDACTED]

Person Thirteen had a stroke on 03/21/2021 and was admitted to the VA hospital in downtown Phoenix. This caused him to forget some details of events. He forgot to tell Agents about this during his first interview on 06/08/2021 at his residence. The stroke has affected Person Thirteen memory.

Person Thirteen first thought of going to Washington DC for the certification of the vote at a Christmas party in December 2020. Ed VALLEJO was at the party and discussed going. Person Thirteen decided to go because he had the time off work and believed it was his civic duty to witness it.

Person Thirteen drove from Arizona and traveled the same route as VALLEJO, but they were not officially traveling together. They stopped at the same gas stations along the way. Person Thirteen was asked if anyone else traveled with him and he stated [REDACTED] did. [REDACTED] was a white male, tall, and looked like an "old hippie". Person Thirteen did not know [REDACTED] prior to the trip. VALLEJO asked if he could ride with Person Thirteen because VALLEJO had a small truck and it would be uncomfortable for [REDACTED] due to his size.

VALLEJO towed an enclosed trailer behind his truck that had boxes and bags in it. Person Thirteen did not know what was inside the boxes and bags but assumed it was camping gear. Person Thirteen also brought camping gear because he did not have any hotel reservations and was not sure if he would be able to get a hotel along the way and in DC. Person Thirteen had no pre-planned stops along the route. He drove until he was tired and wanted to stop.

---

Investigation on    08/18/2021    at    Phoenix, Arizona, United States (In Person)

File #    176-PX-3457823, 176-PX-3430926                                    Date drafted    08/19/2021

by    Andrew M. Tews, HENRATTY MELISSA ROSE, SYLVIA HILGEMAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

While en route to DC, VALLEJO's trailer blew a tire and VALLEJO's small truck was having trouble pulling it so VALLEJO asked if Person Thirteen could pull it. Person Thirteen ended up pulling the trailer.

Person Thirteen was asked if they met with anyone along the way and he said they met two girls in Tennessee. They did not know them and ended up seeing them again randomly while in DC.

Person Thirteen followed VALLEJO to a hotel in Virginia. Person Thirteen did not have a reservation at the hotel and did not think VALLEJO did either. When they entered the hotel, they met a group of people who said they had a room available if they wanted it. They brought their stuff into the room and Person Thirteen helped VALLEJO bring boxes and bags into the room. Person Thirteen did not know or see what was in any of them. They were later told they were in the wrong room and moved to another room. Person Thirteen drew the room locations on a piece of paper which is attached to this communication.

Person Thirteen did not know any of the people at the hotel prior to arriving. Person Thirteen believed they were from the "South". The leader of this group was a tall, broad shouldered, white male with a beard. He was added to a Signal group titled "QRF". Person Thirteen did not know who added him to the group. This happened right in the hallway at the hotel. Person Thirteen did not know what "QRF" meant. He thought it was for dinner plans that night. He thought VALLEJO was in the Signal group as well but not certain. He was not sure if RHODES was also in the group. Person Thirteen deleted the group because there were no messages "germaine to him". Person Thirteen did not see most of them again while he was there except for a guy in a blue shirt who stayed behind at the hotel. Person Thirteen was shown CCTV footage from the hotel with a man walking in a blue shirt. Person Thirteen identified him as the man with the group that stayed behind. (Agents know the individual to be ▮▮▮▮▮▮▮▮▮ from Florida.) Person Thirteen identified VALLEJO on hotel CCTV footage as well but did not identify himself on the footage. He could not tell if it was him. The guy with the blue shirt stayed in one room and Person Thirteen assumed the rest of the group stayed in the third room, but wasn't sure and never saw anyone who stayed in the third room.

On the evening of 01/05/2021, VALLEJO received a text from someone telling them to go down to Freedom or Liberty Plaza. ▮▮▮ stayed behind which Person Thirteen thought was weird. He thought that maybe VALLEJO and

FD-302a (Rev. 5-8-10)

176-PX-3457823

Continuation of FD-302 of (U) Interview of [Person Thirteen], On 08/18/2021, Page 3 of 6

got into an argument and [redacted] was pouting. When [Person Thirteen] and VALLEJO arrived at the plaza, they met with "some guys" who were doing security. They were asked to help with security/crowd control near an alley where individuals were coming in to speak. [Person Thirteen] and VALLEJO both helped. At the end of the night, they could not remember where VALLEJO's truck was parked. While looking, they came across a large group of law enforcement and ANTIFA members. [Person Thirteen] did not think it was safe to be out there so they took an UBER back to the hotel. The next morning, [Person Thirteen] drove his truck into DC with VALLEJO to look for it again. They found the truck and [Person Thirteen] drove back to the hotel afterwards. [Person Thirteen] did not attend President Trump's speech but could hear it from speakers as it was very loud.

[Person Thirteen] was asked why he did not attend any events or witness anything in person which is what he said his purpose of travel there was for. [Person Thirteen] said it was crowded and so he wanted to stay at the hotel.

[Person Thirteen] was asked about STEWART RHODES. [Person Thirteen] knew RHODES for about five to six years. He first met RHODES when he spoke in Arizona at a place called the Thirsty Lion. [Person Thirteen] also did work for RHODES through his company, STEPWYZE. RHODES told [Person Thirteen] his website got a lot of attacks from people and [Person Thirteen] helped move it over to another platform called LIQUID WEB.

[Person Thirteen] was asked if he had any plans to meet up with RHODES or any other Oath Keepers before travelling to DC. [Person Thirteen] said he did not remember if he had any plans. [Person Thirteen] was read text messages between RHODES and himself from 12/31/2020 through 01/12/2021. [Person Thirteen] texted RHODES from his phone [redacted] with the name "Prometheus" to RHODES with the name "Stewart Stewart".(The text messages are attached to this communication.)

**12/31/20- Outgoing- Hey Stewart are you going to DC for the 6th? Myself and some other patriots are going to be there would like to touch base if you will be there.**

**12/31/20- Incoming- Yes I will be there. Refresh my memory please. Who is this?**

**12/31/20- Outgoing- This is Todd Kandaris**

**12/31/20- Outgoing- I'm wanting to coordinate with others as much as possible so I'm putting us out there as supplemental personnel.**

12/31/20- Outgoing- Everyone coming has their own technical equipment and knows how to use it.

Person Thirteen described the technical equipment as equipment looking for "bugs" and listening devices, surveillance equipment, computers, and cell phones.

12/31/20- Incoming- Awesome! How many are you bringing?

12/31/20- Incoming- And from what state?

12/31/20- Outgoing- Not large numbers, we are 4 at this point but may gain more. We are coming from Arizona. Starting in Phoenix/Mesa. I would like to rally with you when you have decided where you want to be. We are leaving AZ tomorrow morning. 1/1/21. please keep us in the loop. Our code name is "Prometheus".

12/31/20- Outgoing- *code name/call sign

12/31/20- Incoming- How many?

12/31/20- Incoming- How long have you been in Oath Keepers?

12/31/20- Outgoing- 4- This is Person Thirteen from Stepwyze.

12/31/20- Incoming- Oh OK. now I remember. Who are you bringing?

12/31/20- Outgoing- ▓▓▓▓▓▓▓▓▓, Ed Vallejo, ▓▓▓▓▓▓▓ and myself thus far.

Person Thirteen said that TAMBORI did not end up going.

12/31/20- Incoming- As attendees or speakers or as security volunteers.

12/31/20- Outgoing- Just as volunteers, as far as I know noone is anticipating speaking. We are rifles, man power, warm bodies there to support the process and the President.

Person Thirteen denied bringing any weapons on the trip, but later admitted to having a .45 caliber pistol. He did not bring it into DC. Person Thirteen did not see VALLEJO or ▓▓▓▓ with any firearms. Person Thirteen did not see any firearms at the hotel or in their room either.

01/01/21- Outgoing- Hi Stewart, Ed Vallejo wants to be a speaker. We are requesting a slot for him. We need to now where staging is going to be for technical equipment and "supplies". We are leaving AZ this morning ing. please advise.

[Person Thirteen] did not know what he was referring to when he said "supplies". It could have been a six pack.

**01/04/21- Outgoing-** This is [Person Thirteen] with Ed Vallejo is there a rally point?

**01/04/21- Outgoing-** Hey Stewart must have wrong phone for Kelly please send to this number, thanks- Todd

**01/04/21- Incoming-** [redacted]

(Agents know this to be Kelly Meggs' number.) [Person Thirteen] did not know who this number belonged to or why the person would have been texting him.

**01/05/21- Outgoing-** Got it, thanks

**01/12/21- Outgoing-** Hi Stewart. I'm sure you're busy' but wanted to let you know that Ed and I are here at Isaack's restaurant in Junction. We are excited to learn next steps and would like to know what we should be doing right now.

[Person Thirteen] and VALLEJO did not meet RHODES in Junction, TX. [Person Thirteen] wanted to meet with RHODES to discuss how to investigate the election going forward.

[Person Thirteen] was asked why he stayed an extra night in the DC area. He wanted to see if anything else happened. [Person Thirteen] was asked what his desired outcome was for him being there in DC. [Person Thirteen] wanted to witness what happened and put pressure on congress by physically being present. [Person Thirteen] did not agree with anyone entering the Capitol.

On the night of 01/06/21, [Person Thirteen] and VALLEJO met with RHODES and approximately five other people he did not know for dinner at a restaurant. [Person Thirteen] did not remember the name of the restaurant but it was a "far drive away". [Person Thirteen] did not remember anything specific they talked about at the restaurant. [Person Thirteen] remembered the server being a pain about wearing masks.

[Person Thirteen] was asked about his comments he made on the Ernie Hancock show. [Person Thirteen] thought that there was potential for things to happen when you have a lot of people present who feel disenfranchised.

[Person Thirteen] also stated it was not about getting Trump re-elected, it was about not having the vote impaired, not losing confidence in the vote. [Person Thirteen] drove back to Arizona knowing he couldn't do anything about it. He

felt bad for the United States. [Person Thirteen] was not a Trump supporter.

[Person Thirteen] was asked about a text VALLEJO received on 01/15/21 from "[redacted] from telephone number [redacted] saying, "could you give me [Person Thirteen] # so we can make arrangements to get guns back. [redacted] phone is at lost & found at the airport & it's not easy to get it back. Please use my phone thanks. Laury"

[Person Thirteen] did not know what that text was about. He did not transport any guns for anyone or have possession of anyones' guns. [Person Thirteen] did not know who "[redacted]" was and did not have that telephone number in his phone.