UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No.  22-cr-15 |
| **v.** ) | |
| ) | |
| **KENNETH HARRELSON,** ) | |
| ) | |
|     Defendant. ) | |

**<u>ORDER GRANTING DEFENDANT'S MOTION FOR GOVERNMENT TO TURN OVER INVESTIGATIONS FILES AND OTHER INFORMATION, TO PROVIDE ASSISTANCE NECESSARY TO IDENTIFY WITNESSES AND REVIEW FILES FOR BRADY INFORMATION AND TO FACILITATE WITNESS ASSESSMENT, TRIAL PREPARATION AND SERVICE OF SUBPOENAS</u>**

The Government will review ***Attachment 1*** and will assist the Defense in identifying material witnesses referenced therein to the extent practicable that are partially identified and turn over all information necessary to identify and subpoena these material witnesses.  This includes:

      1) Name and aliases

      2) Address

      3) Phone Numbers including cellphone numbers

      4) Email addresses

      5) Driver License (s) and full Passport(s) scans

The Government shall also supplement its discovery obligations for *Attachment 1* material witnesses to also include:

1) Information held by any and all US government investigative agencies (inside and outside the US Department of Justice), wherever maintained, including all state agency or investigative files maintained of any type, including military files or security clearance files that are maintained that would reflect any relationship between Attachment 1 material witnesses and government agencies, including files held by Bureau of Prisons (BOP), Pre-trial services (PTS) and Probation Offices.

2) From 2016 forward, the Government shall supplement its discovery return with any information in the government's possession (or held by any third-party) information that refers or relates to these individuals, including documents that they were acting as sources, agents or informants (paid or unpaid), whether or not the individual received financial compensation, to include all communications, meetings, movements, financial transactions, and/or reports.

3) From May, 2020 to present all raw investigation files including subpoena returns, search warrant returns, voluntary submissions or submissions from informants or other investigative agencies, any and all information regarding communications (email, text, chats, wire and wireless), movement (geo-fencing, toll records, and movement or location information), travel information (transportation, hotel, etc.) and any financial information.

4) Government shall use best efforts to provide the mutually agreeable defense counsel and or inside expert to assist with access to its geofencing data bases and

facial recognition databases.

SO ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE AMIT P. MEHTA
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                  /s/ Brad Geyer
                    Bradford L. Geyer, PHV
                    PA 62998
                    NJ 022751991
                    Suite 141 Route 130 S., 303
                    Cinnaminson, NJ 08077
                    Brad@FormerFedsGroup.Com
                    (856) 607-5708