IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )      CR No. 22-15
                                   )      Washington, D.C.
        vs.                        )      May 4, 2022
                                   )      4:18 p.m.
EDWARD VALLEJO (11),               )
                                   )
            Defendant.             )
_____)


TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Louis J. Manzo
                             DOJ-CRM
                             1400 New York Ave NW
                             Washington, D.C. 20002
                             (202) 616-2706
                             Email: louis.manzo@usdoj.gov

                             Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:          Matthew J. Peed
                            CLINTON & PEED
                            1775 Eye Street, NW
                            Suite 1150
                            Washington, D.C. 20006
                            (202) 919-9491
                            Email: matt@clintonpeed.com

Pretrial Services Officer:  Shay Holman

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  Good afternoon, Your Honor.
3    This is Criminal Case No. 22-15-11, United States of America
4    versus Edward Vallejo.
5              Louis Manzo and Kathryn Rakoczy for the
6    government.
7              Matthew Peed for the defense.
8              Shay Holman on behalf of Pretrial Services.
9              The defendant is appearing via videoconference for
10   this hearing.
11             THE COURT:  All right, Counsel, good afternoon.
12   Mr. Vallejo, good afternoon.  Can you hear me okay, sir?
13             THE DEFENDANT:  Yes, I can, Judge.
14   Good afternoon, sir.
15             THE COURT:  Okay.
16             All right.  First, thank you, all, and apologies
17   for last week.  We were still in trial, and I was still
18   instructing the jury when we were supposed to meet last
19   Friday, I think it was.  And my apologies for having to kick
20   it from that schedule, but we're all here now.
21             All right.  So the parties have briefed --
22   extensively briefed the motion for pretrial release that
23   Mr. Vallejo has filed.  There's a fair amount of evidence
24   submitted by both sides.
25             So I guess the question is, how you do all want to
```

1    proceed?  Mr. Peed, I suppose I could turn things over to

2    you, and if you want to make further argument, I'll hear

3    from you; or given that it's the government's burden, maybe

4    I ought to start with Mr. Manzo.

5           MR. MANZO:  Your Honor, I'm happy to start if that

6    makes things easier.  And I could just kind of reach out to

7    our general arguments if that would help.  And I'll try and

8    be brief because I know that you're intimately familiar with

9    this case and all that's been going on.

10          So just to start off here just to kind of track

11    Mr. Vallejo's timeline through the indictment, we have on

12    paragraph 18 of the indictment, November 7th, Mr. Rhodes

13    circulating the Serbian plan, which calls for the storming

14    of the seat of government.

15          Paragraph 30, Rhodes is calling for a massive,

16    bloody revolution.

17          Paragraph 59 of the indictment, Vallejo starts

18    messaging Kelly Meggs, one of the other key conspirators,

19    looking for the coordinates of Allied encampment outside of

20    D.C.  And this is as he begins his cross-country journey

21    from Arizona.

22          We have on the -- right before the January 6th

23    certification, Vallejo, that the American people will not

24    take the certification if it goes through, and he says it's

25    going to be a declaration of guerrilla war.

1          So we've got here, even before the riots of

2    January 6th, we've got somebody calling for -- the lead

3    conspirator calling for storming of the seat of government,

4    we have talk of an Allied encampment, which is, presumably,

5    allied against the United States government.  And then we

6    have Mr. Vallejo clearly stating that if the certification

7    goes forward, it's going to be a declaration of a civil --

8    of a guerilla war.

9          Then as we make our way through the indictment on

10   paragraph 77, 78 -- and this is during January 6th at about

11   1:30 that afternoon, we learn that Pence has -- according to

12   Stewart Rhodes, is not going to be taking action, will not

13   be interfering in the certification of electoral process.

14   And Rhodes declares, "So this is our Lexington."  Again,

15   this is revolutionary language that goes to the heart of the

16   seditious conspiracy.

17          Lexington was a violent conflict.  So we, again,

18   trace back to Vallejo calling for guerilla war.  And before

19   that, Rhodes calling for massive bloody revolution and

20   talking about a Serbian plan, again, the storming of the

21   seat of government would happen.

22          When we get into the further events on

23   January 6th, we know that Vallejo is posted up across the

24   river about 10 or 15 minutes outside D.C. at the Comfort

25   Inn, where he's in charge of the -- one of the quick

1    reaction forces that are stationed there.

2         As the stack one is breaching the Capitol at about

3    2:30, Vallejo starts messaging.  And he's trying to support

4    the people who are back on the ground in D.C.  He's saying,

5    QRF standing by at the hotel, just say the word, and that

6    he's outfitted and ready to go.

7         Then later after the Capitol has been resecured,

8    Vallejo declares, we are at war, and says that, we will be

9    back at 6:00 a.m. to do it again.  And then on top of that,

10   he begins to try and launch a drone.

11        I think we've all become numb to the events of

12   this day in many ways.  But when you consider that somebody

13   who was trying to launch a drone to surveil the

14   United States military as it resecured the Capitol, that is

15   alarming conduct, that is overt acts in furtherance of a

16   seditious conspiracy, and I don't think things like that can

17   be underestimated.

18        THE COURT:  Mr. Manzo, is that something that is

19   reflected in a communication, or is that something you all

20   have learned through other sources?

21        MR. MANZO:  Those are through the Signal messages

22   that, earlier in the day or maybe even the day before, he is

23   talking about how he has a drone, he's not proficient in

24   drone operations.  And somebody says, well, in D.C., you're

25   not going to be allowed to launch it because drones are

1    going to be blocked here.

2             And then in the Signal messages that evening or

3    that afternoon, soon after, I believe this was Kelly Meggs,

4    said, were enemies of the state, Vallejo confirms that he's

5    tried to launch a drone and it will not take flight because

6    it's being blocked.

7             THE COURT:  Mr. Manzo, can I just ask, that Signal

8    chat has been attached as an exhibit.  Can you identify the

9    date entry and the time that you're referring to?

10            MR. MANZO:  Yes.

11            If you give me a few moments here, maybe I can

12   double back to that at the end here.  Let me just pull it up

13   from Mr. Peed's attachment here.

14            (Pause)

15            MR. MANZO:  The Court's indulgence; I'm pulling it

16   up now.

17            THE COURT:  Actually, I see it.  It's on ECF 151

18   [sic].  At least one of the entries is dated -- or

19   time-stamped 6:40:  "You were correct -- drone red &

20   non-functional."

21            MR. MANZO:  Yes.

22            MR. PEED:  And on the previous day, Your Honor, on

23   page 74 at the bottom and the beginning of page 75, are the

24   first two references to it.

25            (Pause)

```
 1            THE COURT:  The 74 --

 2            MR. MANZO:  So, Your Honor, those --

 3            MR. PEED:  As I numbered the PDF pages of that

 4   exhibit, 74 of 109, I think.

 5            MR. MANZO:  It's at the very bottom of page 74:

 6   "FYI I bought [sic] a drone with 720p cam for recon use, but

 7   I am not a proficient operator.  Do we have anyone qualified

 8   to use it?  Do you want it prepped for deployment?  Let me

 9   know."

10            THE COURT:  Oh, I see.

11            Okay.  This is 74 of -- okay.  This is not ECF

12   No. 74.  Sorry.  I was misunderstanding.

13            (Pause)

14            MR. MANZO:  And then on the following page from

15   that, Stewart Rhodes responded to Vallejo, "Yes.  Bring it."

16            And then a third party said, "You can't fly drones

17   in or around DC.  Turn it on and your screen will be red and

18   won't fly.  Unless it's a home made job."

19            THE COURT:  Okay.

20            MR. MANZO:  And then -- so just to get back to --

21   in that period where he's trying to launch the drone,

22   Vallejo is declaring, "We are at war."  So this is, again,

23   consistent with his language going into the day; that if the

24   certification happens, it's going to be a guerilla war.

25            There's a riot, Pence declines to interfere in the
```

1    electoral process, and he says "we're at war" and he's

2    launching a drone.

3            And then even into January 7th, Vallejo is talking

4    about probing the defense lines.

5            I don't think we can underestimate kind of the

6    gloss on this.  He's probing the United States military's

7    lines who were guarding the Capitol.

8            I know that the defense has said that it always

9    speaks in military jargon.  You know, that can be an

10   argument for trial.  But I think when people have traveled

11   across the country and guarded weapons ten minutes from the

12   Capitol and there's a major -- there's an unprecedented riot

13   that happens and then he sees, we're going to be back the

14   next day to do it again and we're going to probe the defense

15   lines and we are at war -- he also says, we have just begun

16   to fight -- these are words you have to take at somebody's

17   face value because their actions are backing them up.  It's

18   not somebody just sitting at a TV yelling about how the

19   world is going crazy or we're at war, but this is somebody

20   who's taking very active, concrete steps to position himself

21   in the center of the battle that he believes is happening.

22           And then finally after January 6th, again --

23           THE COURT:  Mr. Manzo, can I ask quickly.

24           Just back on the drone question, do you think

25   that -- do you have a sense of whether he was in the

1    District trying to launch the drone or was attempting to

2    launch the drone from wherever he was in Virginia and had to

3    cross the river?

4              MR. MANZO:  I don't have any information that

5    Mr. Vallejo was in the District at that time.

6              THE COURT:  Okay.

7              MR. MANZO:  It seems likely that it's

8    consistent -- well, the video footage we have of Mr. Vallejo

9    at the Comfort Inn certainly -- you know, there's ways in

10   and out of that hotel that might not get picked up on a

11   video footage.  But we do not believe that on the evening of

12   January 6th, that he is launching a drone from inside D.C.,

13   we believe he's doing that from the Comfort Inn.

14             THE COURT:  Okay.

15             But then the following morning, is it your

16   understanding that he did come into the District of Columbia

17   to recon?

18             MR. MANZO:  Yes.

19             THE COURT:  Okay.

20             MR. MANZO:  To probe the defense lines and to

21   recon.

22             And, again, recon -- after the fact, there's all

23   this kind of justification for Antifa did it, Antifa did

24   that.

25             But if you look at the messages of what's going on

1   that day, he's not launching a drone to spy on Antifa.  He's

2   not launching a drone -- or he's not doing probing of the

3   defense lines as if Antifa is guarding the Capitol.  The

4   United States military is guarding the Capitol, that's who

5   he's probing, and I don't think that can be underestimated.

6           If you even look at the Signal messages on

7   January 6th, Stewart Rhodes is saying, "There's no Antifa

8   here.  This is" -- "these are patriots" -- these are them

9   "storming the Capitol."

10          So kind of any defense that -- after the fact that

11  oh, well, he was trying to fight against Antifa or something

12  look that just is wholly inconsistent with the text messages

13  that were going on that day and with Vallejo's messages

14  about probing the defense's lines.

15          THE COURT:  Can I ask you this, Mr. Manzo?

16  Why don't you go ahead and finish your factual recitation

17  then I have a few other questions.

18          MR. MANZO:  Yes, Your Honor.

19          So after January 6th, he begins to make his way

20  back across the country and attempts to meet up with

21  Stewart Rhodes in Texas to talk about next steps.

22          Again, this is not somebody who's showing any kind

23  of repentant attitude, such that January 6th, wow, what a

24  wild day, that was insane.  No, this is somebody saying what

25  are the next steps to Stewart Rhodes, and what is

1  Stewart Rhodes consistently talking about but a bloody

2  massive revolution.

3          This is, again, somebody who is engaging in a

4  conspiracy, as laid out in the seditious conspiracy that

5  we've indicted, that goes up and through January 20th.  This

6  is not a January 6th event, this is about planning,

7  execution, and continuing up to try and prevent the transfer

8  of power.

9          We have, again, some of the best evidence,

10 I think, pertaining to his continued need to be held are his

11 own words.  And if you look at the words that we highlighted

12 in the detention memo, where he talks about how he's

13 personally going to fix the broken election system, as he

14 believes it to be, that he's the "motherfucker that's going

15 to fix it."

16         And then on top of that, that he's been telling

17 people for years that he's going to be shooting people and

18 that now they've stopped telling him that -- not to shoot

19 people.

20         So this is somebody that's unrestrained from his

21 previous violent political ambitions.  The community that

22 has previously told him to not shoot people has now stopped

23 saying that.

24         And, again, when he's making these statements,

25 this is not somebody just yelling at a TV or talking at a

1    dining room table, this is somebody who's traveling across

2    the country, guarding weapons at ten minutes from the

3    Capitol.

4              THE COURT:  These are the statements he made on

5    the podcast, right?

6              MR. MANZO:  Correct.

7              THE COURT:  Yeah.

8              Let me go back a bit.  There's some back and forth

9    about the witness who observed Mr. Vallejo on the day of

10   January the 6th, touched any weapons that day in connection

11   with his statement on the chat, he was ready and -- I guess

12   he was outfitted and ready or something to that effect.  And

13   I think Mr. Peed's response -- or your response was, you

14   know, that person can't be -- isn't credible because of a

15   host of reasons.

16             And then Mr. Peed's response was, that's someone

17   else; and that you're talking about somebody else who came

18   up from Arizona; that is, the government is talking about

19   somebody else who came up from Arizona.  And the person that

20   was making the observations about Mr. Vallejo that Mr. Peed

21   was citing, is, in fact, credible, and, therefore,

22   doesn't -- ought to be credited.

23             What's your response to that, Mr. Manzo?  Do you

24   agree that you're talking about a different person, and

25   what's your view on that issue?

1          MR. MANZO:  No, we're talking about the same

2    person, at least in, I believe, Mr. Peed's initial motion.

3          In his second motion, I believe he's talking about

4    an additional person.  And we have plenty of evidence to

5    rebut that person's knowledge base, and I can get into

6    that -- I'll ask for modified 6(e) permission at this point.

7          THE COURT:  Sure.

8          MR. MANZO:  So that person traveled, caravaned

9    with Mr. Vallejo and Person 13.  Person 13 is the person in

10   my motion that I described as consistently incredible, given

11   his statements about not knowing anything about guns and how

12   the goodies that he was referring to with Stewart Rhodes

13   could have been a six pack of beer.

14         So the new person that Mr. Vallejo -- or Mr. Peed

15   is referring to, and I guess we'll just call him, for the

16   sake of this hearing, Person 100.

17         THE COURT:  I hope to God we don't get that high,

18   but anyway.

19         MR. MANZO:  I just don't want -- whenever this

20   record comes out, I don't want it to overlap with another

21   person numbered to confuse anyone, so we'll just call this

22   Person 100.

23         But he says that Mr. Vallejo, first of all,

24   transported firearm equipment bags with him across the

25   country.  And then he says that he was in charge of guarding

1    weapons -- or one of the people who was guarding weapons at

2    the hotel.

3         And there are a couple of questions in the grand

4    jury where the government asked, "Did Mr. Vallejo say

5    whether the quick reaction force would have weapons to

6    assist their mission?"  And this Person 100 responded,

7    "I assume it did, as opposed to a quick reaction force that

8    was going to give hugs."

9         And then when asked about whether Mr. Vallejo or

10   Person 13 left the hotel on January 5th or 6th, this

11   Person 100 said they, "Drove around and did all kinds of

12   silly, you know, let's go to Washington, D.C., stuff."

13        And then the government asked, "Did they tell you

14   anything they did?"  And Person 100 responded, "No, because

15   I was furious with them at that point and they didn't want

16   to brief me and I didn't want to do anything but kick them

17   in the stomach."  So this is somebody who has been excluded

18   from Mr. Vallejo's plans and Person 13's plans consistently

19   in the January 5th, 6th time period.

20        He was so irate with Mr. Vallejo that he decided

21   to fly home and not caravan back with Person 13 and

22   Mr. Vallejo to Arizona.  And I think that comes through in

23   that one statement here where, again, the government asked,

24   "Did they tell you anything they did?"  And Person 100 says,

25   "No, because I was furious at them at that point.  And they

1  didn't want to brief me.  I didn't know what to do,

2  anything, but kick them in the stomach."

3              THE COURT:  Okay.

4              MR. MANZO:  And Person 100, too, also speaks about

5  seeing other people at the hotel.

6              And, for instance, the government asked, "You

7  mentioned that you were kind of responsible for keeping

8  watch over some of the stuff in the room.  Were there other

9  people at the hotel who were doing similar things?"

10             Person 100 responded, "Yes, actually,

11  I didn't know exactly until we were leaving, and I saw

12  someone who was doing exactly what I was doing, and he and I

13  laughed at each other."

14             And the government asked, "How did he describe

15  what he was doing?"

16             And Person 100 responded, "In the rear with gear,"

17  and stated that he was -- that he believed this other person

18  was from Indiana.

19             So Person 100 is present at the Comfort Inn, but

20  he is not cued into the plans, he is not on Signal, he is

21  along for the ride.  But as he stated, he did not know what

22  Person 13 and Mr. Vallejo were up to, and was so irate that,

23  again, he cut ties and flew home, rather than travel back

24  across the country with them.

25             THE COURT:  So the next question I have is,

```
 1    you know -- you don't need to disclose anything more than
 2    you need to -- but my understanding is that the government
 3    has known about Mr. Vallejo for some time now, not that they
 4    charged him immediately, but, you know, my understanding is
 5    that the government probably knew who he was long before he
 6    was indicted in this case.
 7          What do I make of the fact that with that
 8    knowledge and identity -- and if I'm wrong about that
 9    assumption, you let me know -- that the government didn't
10    move quickly to try and detain Mr. Vallejo and what that
11    says about how I ought to consider his prospective
12    dangerousness, because that, of course, is the only real
13    issue here -- I mean, that's the ultimate issue here.
14          MR. MANZO:  Your Honor, I think in a case of this
15    magnitude, the government needs to, of course, dot all their
16    I's and cross all their T's.
17          And people have Second Amendment rights, people
18    have First Amendment rights, and making sure that the
19    government does not interfere unlawfully with those rights
20    takes time.
21          And also, unlike most federal investigations where
22    the takedown happens and the investigation has been
23    complete, this case, due to its unique nature, required the
24    government to go through dozens, if not hundreds, of --
25    well, we'll say dozens in this investigation, devices, some
```

1    encrypted applications, interview witnesses who were

2    reluctant, consider privilege issues.

3            So we would like to move as fast as we can.

4    We believe we moved as fast as we could in this case.  And

5    so I don't think you can -- we can assume for any reason

6    that the government was dilatory in moving against

7    Mr. Vallejo, because we did not consider him a danger.

8            And I went back and looked at -- because I know

9    defense has talked about Mr. Caldwell and why -- and how

10   he's not detained in this case.  And I went back and looked

11   at the transcripts of you and AUSA Rakoczy.  And you had two

12   main questions in those transcripts, and those were, do we

13   have evidence of firearms with the QRF.  At that time when

14   Mr. Caldwell was up for detention, we could not say with

15   certainty.  Now we've got video footage of people bringing

16   guns in, we've got cooperator testimony of guns going into

17   the QRF hotel.  So the QRF, as we understood it at that

18   time, was a wholly different enterprise.

19           Second you asked, do you have evidence that there

20   was a pre-planned evidence to storm the Capitol?  At that

21   time, we did not have the messages about the so-called

22   Serbian plan of storming the seat of government, and we

23   didn't realize -- we didn't comprehend the full scope of the

24   conspiracy; that this was a conspiracy not centered around

25   January 6th but one to stop the peaceful transition of

```
 1   power.
 2           So January 6th is an opportunity, but it wasn't
 3   the goal, it was an opportunity for Mr. Rhodes.  The object
 4   of the conspiracy was to stop the transfer of power.
 5           THE COURT:  Yeah, it's interesting you raise that
 6   because that -- I don't know that we've had this discussion
 7   on the record; that is, it does seem that the government's
 8   prosecution theory is -- I don't know what the right word
 9   I should use here -- changed, modified, whatever, it's
10   different than it was at the outset.
11           And it is more a theory now that instead of
12   specific planning to invade the Capitol on January the 6th,
13   but, rather, these conspirators were more broadly conspiring
14   to prevent the Presidential -- peaceful Presidential --
15   peaceful transition of power through force, use of weapons
16   potentially, other means, and that conspiracy didn't end on
17   January 6th with the failed attempt to disrupt the
18   certification of the election, but, rather, continued on at
19   least up through January 20th, if not after.  Is that a fair
20   summation of where the government is now?
21           MR. MANZO:  Exactly, Your Honor.
22           THE COURT:  Okay.
23           Next question is, what, if any, evidence does the
24   government have with respect to Mr. Vallejo's post-January
25   20th conduct with respect to either communications --
```

1    ongoing communication was Mr. Rhodes, or continued

2    activities in connection with the Oath Keepers?  What, if

3    anything, do we know about his actions after the 20th of

4    January?

5            MR. MANZO:  Well, we know that on the way back

6    from D.C., that he is trying to meet up with his

7    "commander," that's Mr. Rhodes, and he's trying to meet up

8    with him in Texas to talk about next steps.

9            We know that Mr. Rhodes simultaneously at the same

10   time is purchasing large amounts of weapons and tactical

11   gear and is preparing for militia activity in Texas.

12           When this conspiracy gets blown up and when

13   arrests start happening and when the government gets into

14   Signal chats, quite frankly, we do not have a good impact or

15   a good eye on what Mr. Vallejo is doing in Arizona.

16           But we do know that after January 6th, he was not

17   going home quietly, he was looking for Mr. Rhodes to plan

18   next steps.

19           And, again, Mr. Rhodes is very clear in that

20   there's a bloody revolution, he's buying large amounts of

21   weapons, he's calling January 6th his Lexington.  And he's

22   the commander.

23           We also know one mere fact that we learned just a

24   couple of weeks ago, is that, when Mr. Vallejo is held in

25   jail, and this was the brief addendum we filed.

```
 1            THE COURT:  Right.
 2            MR. MANZO:  That as soon as we learned that the
 3   hotel footage from the Comfort Inn, that the government had
 4   that and was being released, that it shows him carting in
 5   black bins with a yellow top.  That very same day that he
 6   learns that that footage exists, he is telling his wife to
 7   go find his satchel in the black bin with the yellow top.
 8            I think what defense has hinted at in this motion,
 9   in their reply to that, was that Mr. Vallejo is trying to
10   talk about drugs or something like that.
11            A couple problems with that:
12            One is, Mr. Vallejo is supposedly in recovery, so
13   it would seem inconsistent with the earlier position that he
14   does not use drugs.
15            And, two, Mr. Vallejo is, in his statements, very
16   clear, and he says, you know, no alcohol, no drugs, and this
17   and that.
18            Why does he then cryptically tell his wife that,
19   you'll know -- you'll see what I mean.
20            We do not know what is in those black bins
21   definitively, but it shows that Mr. Vallejo's still taking
22   active steps to disrupt the process here.
23            THE COURT:  So I take it the government did not
24   serve a search warrant on Mr. Vallejo's phone at the time it
25   also arrested him.  Is that accurate?
```

1          MR. MANZO:  We did not.

2          But we also did not know definitively where those

3    black bins were.

4          THE COURT:  Okay.

5          I'm just asking you to speculate.  If you were to

6    speculate as to what Mr. Vallejo is referring to as being in

7    the satchel, what would you say?

8          MR. MANZO:  In the course of this investigation,

9    we've executed search warrants and we've found guns, we've

10   found grenades, not from Mr. Vallejo but from other people

11   involved in the conspiracy.

12         What could be in a satchel could be guns, it could

13   be ammunition, it could be anything.  And so those are

14   objections that would be consistent with the guerilla war

15   that he's talking about; it would be consistent with what

16   Person 100 said that Mr. Vallejo transported rifle bags

17   across the country; it would be consistent with what you

18   would need to have an equipped QRF.  That's a circumstantial

19   argument and not something that we can, at this point, nail

20   down what exactly is in those bins.

21         But, you know, as I said in the motion, wars

22   demand guns.  Everyone here is calling for violence.  So

23   it would be consistent with those aims.

24         THE COURT:  Okay.  Anything else, Mr. Manzo?

25         MR. MANZO:  Just briefly, Your Honor.

```
 1              And just to go back to kind of the question you
 2    had about when I was looking back at where we were for
 3    Mr. Caldwell's detention hearing -- and, again, we could not
 4    say anything about what the QRF had in terms of weapons
 5    pre-storming of the Capitol.
 6              But we also couldn't say a lot about the
 7    conspiracy at that point.  We could not say that when the
 8    two groups of -- when stack one entered, that
 9    Jessica Watkins and her crew moved toward the Senate, where
10    the ballots -- where the certification ballots were there
11    and were pushing against the police line.
12              And we cannot say that Kelly Meggs' crew went to
13    go down hunt down Nancy Pelosi, in Kelly Meggs' own words.
14              So these are all things to add to the
15    dangerousness of the conspiracy that we could not give you
16    definitive answers for but now, you know, a year later, we
17    can.
18              And it's those reasons why we think that
19    Mr. Vallejo's actions as the armed force, the QRF, who were
20    ready and outfitted to support the conspirators on the
21    ground, why we think -- why he's so dangerous and continues
22    to be a danger to the community.
23              THE COURT:  Okay.
24              Mr. Manzo, thank you.
25              Mr. Peed.
```

 1            MR. PEED:  Good afternoon, Your Honor.

 2            THE COURT:  Good afternoon.

 3            MR. PEED:  So obviously we're not at trial; I wish

 4     that we could be.

 5            In a case with this kind of subtle -- as the Court

 6     has previously talked about, this is a case that's going to

 7     turn on subtle indicators of mens rea in chats.

 8            And I guess at a high level, I would explain to

 9     the Court, which is probably apparent from our briefing, is

10     that there's something of a tit for tat for each of the

11     points that the government puts into its story.

12            And I understand the government has a story and

13     they can take quotations from different documents and weave

14     it together, but there's problems at each level of that.

15     And, you know, I rebut them point by point.  And I can only

16     get us so far.  But I guess I could do that based on what

17     the government has just in its case presented to the Court.

18            You know, at the outset, if Mr. Vallejo were part

19     of this conspiracy going back to this Serbian planning, you

20     know, would he have been on any communications to even have

21     heard about the Serbian plan, which he wasn't.  He was not

22     added to any communications until he's literally on the

23     doorstep of D.C. on January 5th looking for a place to go.

24            And we know from Exhibit 1 that I submitted that

25     he made his plan with his friends, like hundreds of

1    thousands of Americans, because of what the President said,

2    not because of what any Oath Keeper said, not because of

3    what Mr. Rhodes said.

4            So the President calls people to come, he makes

5    his own judgment to come, that's clear as day from

6    Exhibit 1.  He starts going.  He doesn't even know where

7    he's going until he's on the doorstep of D.C.  That gets him

8    to D.C.

9            The government talks about -- during the events

10   that are happening, it's not clear it's not Antifa because

11   of certain things that Mr. Rhodes said.

12           Well, you can quote things Mr. Rhodes is saying on

13   the chats.  But if you look at what Mr. Vallejo is saying,

14   both in his personal texts to his friends and on the Signal

15   chat, he is talking about Antifa.  So, again, tit for tat,

16   why quote something from Rhodes as if that were what

17   everyone honestly believed, when Mr. Vallejo is in real-time

18   not thinking that it's just patriots.

19           THE COURT:  I guess, Mr. Peed, you know, even if I

20   sort of accept what you say that your client, to the extent

21   that he's charged with his conspiracy, didn't enter the

22   conspiracy until perhaps within a week of January the 6th,

23   and I don't know if that's accurate, but let's just say

24   that's hypothetically true, I mean, the one thing you

25   haven't disputed is that he was, at a minimum, sort of

1    watching over an arsenal of weapons that had been collected.

2    And, you know, his own words suggest that he was ready and

3    at the call and prepared to bring those weapons in.

4           And, you know, that's a pretty dramatic allegation

5    and one that hasn't really been rebutted, as far as I'm

6    concerned.

7           And I know this isn't a trial but, you know, he's

8    sitting across the river waiting for the order to bring a

9    cache of weapons into the District of Columbia.  I mean,

10   what else is he doing?  He's not sitting there watching game

11   shows.

12           MR. PEED:  Thank you, Your Honor.

13           This is perhaps the most refuted claim of the

14   government's theory.

15           We know by time stamps when Mr. Vallejo left the

16   Comfort Inn, when he returned to the Comfort Inn.

17           And we know from this Person 100, who is the

18   person I quoted in my first brief -- I have no idea why they

19   keep saying I was talking about Person 13, I understand

20   Person 13 is not credible in the government's eyes, that's

21   why I focused on Person 100, with this new number.

22           So what we know, Your Honor, is that Mr. Vallejo

23   got to D.C. on the 5th, the D.C. area, he immediately went

24   downtown and was there until, like, 9:00 at night, and he

25   lost his truck downtown.  So he takes an Uber back to the

1    hotel and he's there the night of January 5th.

2         If Mr. Vallejo were guarding an arsenal of

3    weapons, ready to ferry them to these conspirators for their

4    attack on the Capitol, he would have been in the hotel on

5    January 6th; or possibly if he needed his truck, he would

6    have gone down to D.C. first thing in the morning, found his

7    truck, gotten back, and gotten it outfitted, in the

8    government's words.

9         That's not what happened.  Mr. Vallejo hung around

10   the hotel until 11:00 doing podcasts and then moseyed into

11   D.C., he leaves the hotel at 11:00 a.m., the worst possible

12   time if you're trying to guard a stash of weapons to help

13   the conspirators, because it takes an hour to get into D.C.

14   that day.  It's a very hard day to be traveling to D.C.

15   He traveled down to D.C. on January 6th at around 11:00 in

16   the morning, right?  He gets there and starts looking for

17   his truck.  And it took him a better part of two hours to

18   find his truck.  He finds it at 1:19 p.m., and sends this

19   key, in my opinion, text, saying, "Eureka, smily face, truck

20   found."

21        So where the government says he was allegedly

22   standing with weapons waiting to ferry them in, he's

23   downtown, miles from weapons, and a half mile from the

24   Capitol wandering around D.C. innocently looking for his

25   truck.  And is happy as a clam when he finds it, and says,

1    "Eureka."

2          So he finds it at 1:19 p.m. and starts driving

3    back to the Comfort Inn, not towards the Capitol, like he's

4    going to attack the Capitol, but also not staged with

5    weapons at the Comfort Inn like other people may have been

6    with other QRFs.  Mr. Vallejo is the most innocent place you

7    could be, which is right in the middle, looking for a truck,

8    not near weapons and not near the Capitol.

9          He gets back -- it takes him so long because of

10   traffic that day, it takes him about an hour to get back to

11   the hotel.  We have a time stamp from when he walks in the

12   hotel.  By that time, everything has been blowing up on his

13   phone and he makes this offer of help.

14          It is impossible that he could have outfitted his

15   truck with weapons which he had just recovered from downtown

16   D.C. an hour earlier and driven to the Comfort Inn in

17   traffic.

18          So the most refuted part of their case is that he

19   was standing guarding weapons, ready to ferry them to

20   conspirators who were attacking the Capitol.  He was not.

21   He was not part of the people who went to the Capitol, he

22   was not part of the people guarding weapons, if they were

23   guarding weapons.  He was wandering around D.C. looking for

24   his truck.

25          So he gets back to D.C. and he sends -- he makes

1  these offers.  Now, I understand the government has an

2  argument.  To use their words, they have a trial argument

3  that these things were offers of weapons, but in context,

4  there are several other offers to exfil people.

5              THE COURT:  Hang on.

6              The statement is, "QRF standing by at hotel.  Just

7  say the word."  That's at 2:38 p.m.

8              MR. PEED:  So 14 minutes before that, Your Honor,

9  he makes the first offer with two trucks.  So the second one

10  at 2:38 is clearly interpreted from his first offer from

11  14 minutes earlier, I have two trucks available.

12              THE COURT:  All right.

13              "Vallejo back at hotel and outfitted.  Have two

14  trucks available.  Let me know how I can assist."

15              MR. PEED:  "Let me know how I can assist."

16              And then he says, "QRF standing by."

17              And he continues to send messages of variations of

18  words but the same message, which is, I'm here to help to

19  get people out of there if you need me.  Let me know.  And

20  we know that's what he meant because the next two are more

21  explicit, using the words "exfil" and using a reference

22  to --

23              THE COURT:  Well, that's hours later.

24              I mean, that's hours later after everything, in

25  theory, has calmed down a little bit.  I think those are

1    around 6:00, if memory serves, right?

2            MR. PEED:  No, Your Honor.  There's one at 4:00

3    and one at 5:51.

4            THE COURT:  Okay.

5            MR. PEED:  So it's relatively continuous.

6            I mean, there is about an hour-and-20-minute gap

7    but -- from the 2:38 one, to the one explicitly referencing

8    exfil.

9            But under the government's theory, that's when he

10   was trying to get them weapons to hold the Capitol.  So why

11   would he be offering to exfil when the goal of the

12   conspiracy was to take over the Capitol?

13           I mean, again, this is a different time.  And

14   there's so many layers that I could discuss.  But at a high

15   level, we certainly have very strong objective evidence that

16   at least two of those four texts were expressly talking

17   about exfilling people.  One of the texts that talks about

18   exfilling people references to trucks.

19           THE COURT:  All right.

20           Well, one is at 4:49, right?  By then, I believe,

21   the Capitol Police, MPD, have expelled most of the people,

22   if not all of them, from the Capitol building.  So, you

23   know, the time to kind of -- the time to overtake the

24   Capitol and overrun the Capitol has come and gone.

25           MR. PEED:  Or it's just beginning, under the

1    government's theory.  I mean, what is their theory?  What
2    are these weapons for, if not to fight people who are
3    pushing back from the Capitol?
4            You know, you could take a -- to a certain extent,
5    it's unfalsifiable what the government is saying.
6            THE COURT:  I guess that's a good question.
7            I mean, what are all these weapons for?
8            And I mean, I've gotten -- I've been doing this --
9    living with this case for a while, and I've heard one
10   answer.  On the other hand, boy, that's a heck of a lot of
11   weapons that are being brought from all over the country on
12   the offhand chance that Antifa is going to show up and cause
13   some problems.
14           I mean, you know, it is really -- you know, this
15   will be --
16           MR. PEED:  Your Honor --
17           THE COURT:  -- hang on -- it will be for a jury to
18   decide whether that's the actual reason all these weapons
19   were brought from Arizona, North Carolina, Florida, Alabama,
20   and maybe more states, I'm probably missing some -- Ohio.
21           And it's not just one weapon.  You know, your
22   client had something that's at least an AR-15.
23           MR. PEED:  No, Your Honor, there's not a -- it's
24   not my client running an AR-15.
25           THE COURT:  I'm sorry, I misspoke, my apologies.

1    I take that back.  That was just the plea I had a few

2    minutes ago.

3              Somebody else brought an AR-15.

4              MR. PEED:  To back up to the broader story,

5    I don't think there's any dispute that not just Oath Keepers

6    but very many different conservative voices were speaking of

7    post-January 6th as the time when President Trump might

8    invoke the Insurrection Act.  There may be a reason to be in

9    D.C. as part of a militia with arms.  That's all -- the

10   government can say that's seditious, and that's a different

11   argument.  There were weapons there --

12             THE COURT:  I don't know.  Why is that a different

13   argument?

14             MR. PEED:  Because it's not tied to the 6th.

15   And so --

16             THE COURT:  Well, but the indictment is no longer

17   tied to the 6th.  I mean, some counts are, I'll give you

18   that, but the main seditious conspiracy count is now

19   unmoored -- or is not fully linked, I should put it that

20   way, to the events of January the 6th.  And that's the

21   dialogue I had with Mr. Manzo, which is why there are now

22   allegations about what Mr. Rhodes said and did afterwards,

23   there are allegations about what Mr. Vallejo did afterwards.

24             You know, this is no longer just a theory that

25   Oath Keepers conspired to disrupt the vote and that's why

 1    they were at the Capitol building that day.  It's broader

 2    than that.  It is much broader than that.

 3              MR. PEED:  No.  I understand, Your Honor.

 4              And to a certain extent, I agree.  In my motion,

 5    I expressed that there's some more logic to what the

 6    government is saying post-January 7th, because everything

 7    Mr. Vallejo said was if this happens after the 6th.  So

 8    there's a certain logic to what you're saying.

 9              But what they can't do is then weave together the

10    story that, therefore, this offer of assistance in the

11    middle of a riot was an offer to storm the Capitol and take

12    over the government at that moment, because that's a

13    different story.

14              THE COURT:  So what's the explanation of stopping

15    by to see Mr. Rhodes on the way home?

16              You just saw what happened on January the 6th, you

17    just saw people storm the Capitol, you knew some other Oath

18    Keepers had stormed the Capitol.

19              The government's allegation is that everybody

20    scatters to the wind on January the 6th because they believe

21    that -- they're concerned that they're wanted by law

22    enforcement.

23              And Mr. Vallejo drives through Texas on his way

24    home to pay a visit to Mr. Rhodes.  That apparently didn't

25    happen, but it certainly was his intent to do so, and

1    I don't think there's any dispute about that.

2              MR. PEED:  So right after January 6th, Your Honor,

3    Mr. Vallejo lost touch with Mr. Rhodes and had no idea what

4    he was thinking or what his plans were.  He stuck around

5    because the -- his -- understanding at the time -- that he

6    was there to support the President.

7              He went home based on what he understood was a

8    Presidential -- POTUS directed to go home.

9              And on January 7th, we have a very clear podcast

10   where Mr. Vallejo and Person 13 are talking about their

11   state of mind.

12             And on January 7th before he went to Texas, his

13   state of mind was very much watching and waiting, watching

14   and waiting.

15             And so the meeting in Texas was, he was going to

16   drive home to Arizona.  He didn't know the state of mind of

17   Stewart Rhodes or that he was buying lots of weapons or

18   anything else.  But he wanted to know, what are the next

19   steps there, what is our plan?

20             The mindset of a lot of conservatives at the time

21   was there's 13 days --

22             THE COURT:  You know what the plan should have

23   been?  The plan should have been to go home and accept the

24   outcome of the election.  That should have been the plan.

25             MR. PEED:  I wouldn't dispute, Your Honor, that

1    should have been the plan.  It was not the plan of the

2    sitting President of the United States at the time.  It was

3    not the plan of a lot of conservatives.

4              THE COURT:  It doesn't make it a good plan.

5    I'm disputing whether it should have been the plan.  Anyway.

6              MR. PEED:  You know, his plan should have been to

7    go home right away.  But there was a lot of talk about what

8    happens next and waiting and watching.

9              What we do know is that on that podcast,

10   Mr. Vallejo's friend said, "Without a movement of millions

11   of Americans, then any further action is utterly useless."

12             So they were not in a seditious mindset, like in

13   terms of planning a violent act.  They were in a watching

14   and waiting.  Is the Insurrection Act going to be invoked

15   still?  What's going to happen?  So it's like the very own

16   documents the government wants to use to establish seditious

17   intent actually show watching and waiting.

18             So, yes, they stopped in Texas to see about next

19   steps, after making a tour stop in Graceland.  So they

20   stopped for a day in Texas, didn't hear from Mr. Rhodes,

21   then went home.

22             And we have a very clear picture from messages of

23   what Mr. Vallejo spent his time between January 14th and the

24   20th doing, and it was not planning -- at that point, he had

25   the mindset absolutely of what Your Honor just said he

 1    should have had, which is, it's over, I'm going to fix my

 2    truck, I'm going to watch TV and pray for the county.  And

 3    that's what he did.  He moved on.

 4              And so I don't think there's -- if the government

 5    wants to detain him based on evidence of dangerousness, they

 6    should at least come to the Court and say, okay, plan one

 7    didn't happen.  And then January 7th starts.  And here's

 8    what Mr. Vallejo did to keep the war going.  And what he did

 9    was go home, watch TV, and move on with his life.

10              THE COURT:  Well, you know, look, I've used the

11    analogy previously; I think I used it with Mr. Rhodes.

12    We don't say, in a homicide case, that somebody just shot

13    somebody and you now have to show us planning and intention

14    to shoot somebody else to determine this person is

15    dangerous, even if the arrest comes years later.  We just

16    don't think in those terms.

17              MR. PEED:  Absolutely, Your Honor, because, you

18    know, one act of shooting someone is horrific.

19              And, you know, we have someone who is being, in

20    the government's words, held to account for his words, you

21    know, or at least significantly for his words, and that's

22    why I think the Court -- they should come to the Court more

23    with what Mr. Vallejo actually did.

24              Even the government's stories of the word "war" is

25    strangely -- they come to the Court with a different

1    timeline than it actually happened.  This comment about war

2    came after the certification.

3           And as of the time -- I could give the Court

4    hundreds of examples of mainstream actors, on the left and

5    the right, using the word "war" in situations of extreme

6    dissatisfaction with the state of the country.

7           You know, and so there's so much to get into.

8           THE COURT:  Any of those people show up to the

9    outskirts of D.C. with a whole bunch of weapons?

10          MR. PEED:  Well, they show up in D.C. and

11   create -- I think there's a point where protestors outside

12   the White House were making Trump and the Secret Service

13   have to take evasive action.  You know, it's not -- I'm not

14   trying to argue with the Court that there aren't issues

15   here.  What I'm trying convey is that the government's case

16   is not what they've put in their motion.

17          You know, even things like the drone, Mr. Vallejo

18   asked about -- he brought a 720, basically, toy drone, any

19   real drone would have a 1080 camera, and he's like, hey,

20   should I bring this in, and he asked that at 11:00 the

21   morning of the 6th, you know, not when he's guarding the

22   QRF, according to the government, but when he's going into

23   D.C., and it doesn't work.

24          So then later he just -- he's sending a stream of

25   conversation, verification to some other guy who said it's

1    not going to work.  He said, yeah, it doesn't work.  And the

2    government tries to say that's a reaction to a Kelly Meggs

3    comment.  There's no connection whatsoever between them.

4           So there's this level of detail, there's rebuttals

5    for almost everything they say.  And I tried to convey that,

6    Your Honor, this is a bond hearing, not a trial, and the

7    weight of the evidence is the least important factor.  You

8    know, there's a litany of personal characteristics the

9    statute asks the Court to look at that the government

10   completely ignores.

11          But at a high level, we have a very strong case as

12   well, I want to convey to the Court, whether it succeeds or

13   not, it's not a situation where Mr. Vallejo is going to run

14   or attack the government to get out of a case.

15          And, in fact, I think the most important case for

16   this hearing -- the most important fact for this hearing is

17   how Mr. Vallejo came into the custody of the United States.

18          The FBI, once they decided to -- once they got the

19   indictment, the government did not decide, okay, this man is

20   a danger, let's get our agents ready, surprise him, make

21   sure he's neutralized, taken into custody.  No, they gave

22   him a phone call.  They said, hey, Ed, we have some more

23   questions, we'd like to talk to you, are you willing to come

24   into our office tomorrow and talk about it?  And he said,

25   sure, I got some questions for you myself.  And he arranged

1    an appointment and then drove the long distance to meet with

2    the FBI and they placed him into cuffs.

3            But, you know, that's the mindset he was in.  He

4    was in a mindset of I'm not -- I'm not doing anything

5    dangerous, I have nothing to hide, I'm willing to go meet

6    with the FBI and answer their questions, and I'll have some

7    questions of my own.

8            So in terms of --

9            THE COURT:  When's the first time your client had

10   contact with the FBI, do you know?

11           MR. PEED:  I don't remember the date, but it was

12   when they served him with a search warrant for his telephone

13   number.  And they said, you don't have to give us your

14   password.  It's voluntary.  He said, sure, here's my

15   password.

16           THE COURT:  Do you have a sense of when that was?

17   I don't need the dates, but was it months before his arrest?

18           THE DEFENDANT:  It was October.

19           THE COURT:  October 2021?

20           THE DEFENDANT:  It was in October.

21           Yes, sir, October of last year.

22           (Pause)

23           THE COURT:  And you're proposing he would live

24   where?

25           MR. PEED:  With his wife of 35 years, Your Honor.

1   And I don't know if she's on the line.  I sent her the

2   information to be able to answer any questions if the Court

3   had them.

4           THE COURT:  Well, if I were to ask her what she

5   removed from the bin, would she answer that question?

6           MR. PEED:  I've asked her that question,

7   Your Honor.  She couldn't -- she had some ideas because she

8   didn't remember exactly, but she did tell me that there's

9   lot of bins that were bought from Home Depot.  There is

10  nothing related to the case, and Mr. Vallejo was using them

11  to go back and forth to home -- home from Battle Buddies.

12          You know, I think it's clear from the phone call

13  that he's worried about something that will impact his bond

14  situation, he wanted to make sure that he's not violating

15  any conditions, which I think is to his credit.  You know,

16  I don't think there's anything -- he talks specifically

17  about violating bond and -- because of contraband.  So he's

18  on the phone call, you know, expressly focused on that, not

19  talking about anything related to the charges.

20          THE COURT:  Okay.

21          All right.

22          Mr. Manzo, do you have anything you'd like to add?

23          MR. MANZO:  Just briefly, Your Honor.

24          So to get back to the Signal messages where

25  Mr. Vallejo is offering to exfil people, the language that

1    he's using right there is so important.

2            He could have said during the riot that he wants

3    to exfil people.  Hey, does anyone need a ride?  I'll get

4    you out.  He's not using that until the Capitol has been

5    resecured.  Basically what the rioters had tried to do that

6    day, to take over Congress, had failed, they'd been pushed

7    out.

8            The mission at that point changes from an

9    assaultive mission, where he's equipped, he's outfitted,

10   into an extraction mission, and that's where he's saying

11   "exfil."  So that's just a tremendous difference that goes

12   into his mindset.

13           It goes even -- it says more that he's using the

14   word "exfil" after the Capitol has been recured than during

15   the middle of the riots.  He's not offering to be an Uber,

16   he's offering to be an armed force.

17           The second thing that Mr. Peed was talking about,

18   about Mr. Vallejo on January 6th looking for his car, the

19   car is integral.  He cannot walk into the city as a QRF

20   without the car.  If he had left his -- if he had stayed at

21   the hotel without a car, I think he would probably look like

22   he had less ability to actually influence the people on the

23   ground.  That day he's looking for his car because he needs

24   it to be the armed QRF.

25           Next point I want to rebut is that he didn't know

1    what was going on on January 6th after the fact.  That night

2    he has dinner at the Olive Garden with Stewart Rhodes.

3    He did not lose contact with him.  He went and dined with

4    Stewart Rhodes and others at the Olive Garden to regroup and

5    plan what was going to happen next.

6            And then even through -- going back to Texas, in

7    March of -- after the January 6th riots, he's talking

8    about -- he's messaging Stewart Rhodes about secure comms.

9            This is not somebody who just went to -- drove

10   across the country, watched a riot from 15 miles away, and

11   went home.  This is somebody who's integral and

12   knowledgeable about what was going on.  He was serving as

13   the QRF.  He was outfitted during an unprecedented riot.

14   And afterwards he's, again, launching a drone, he's probing

15   defense lines.

16           This isn't just someone who's screaming at a TV

17   and talking about this.  This is someone on the ground

18   actively moving, working to further their conspiracy's

19   goals.  So, again, we just do not think that there's any

20   combination of conditions that can continue to ensure the

21   safety of the community.

22           THE COURT:  Mr. Manzo, can I just ask the

23   following, Mr. Manzo?

24           And I don't mean to be -- well, let me make the

25   following observation, which is that, I don't think there's

1    been a violation by any single person I've released in these

2    Oath Keeper cases that have been on the strictest of

3    conditions, I don't think a one.

4            And, in fact, as time has gone on, the government

5    has, to its credit, agreed to loosening of conditions,

6    agreed to allow people to travel.  And almost two to one,

7    these are people that the government asked to be detained,

8    some of whom were detained initially by magistrates, and I

9    had a different view of things.

10           And so I guess the question then is why you think

11   Mr. Vallejo is in a different place than those folks.  He's

12   in a different place than Mr. Rhodes, Mr. Meggs for sure,

13   but how about everybody else?

14           MR. MANZO:  I believe Mr. James actually did

15   violate some of the conditions of his release, if I remember

16   correctly.

17           THE COURT:  I think that was different.

18           I mean, it was -- I'm trying to remember what that

19   was, but it wasn't -- you know, it was hardly substantial.

20           In any event, you get my point.

21           MR. MANZO:  I do.

22           And I just don't think that we can say in a

23   conspiracy and look to everyone else who's been on their

24   best behavior.  I think we look at the characteristics of

25   the individual and not the other conspirators.

1          And none of the other conspirators have messages

2   where they say that they are the motherfucker that's going

3   to fix the election system and that, I used to tell people

4   that it was too soon to start shooting, and they don't tell

5   me that anymore.  No one else has that individual specific

6   rhetoric that Mr. Vallejo has.

7          Mr. Rhodes has extremely large rhetoric about

8   needing a bloody, violent revolution.  And, again, we would

9   oppose Mr. Rhodes's release, as we have in the past,

10  notwithstanding that other conspirators have done more or

11  less fairly well on release.  No one else has those kind of

12  statements, where they are talking about political violence,

13  and that their community has stopped them from committing

14  political violence and that their community no longer tells

15  them that it's wrong to commit political violence.

16         So he's in a different bucket than everyone else,

17  even those who breached the Capitol and even those who

18  dropped weapons off at the Comfort Inn that day.

19         MR. PEED:  May I respond, Your Honor?

20         THE COURT:  Sure, quickly, because I want to take

21  a couple minutes and think about this.

22         MR. PEED:  The Court need look no further than

23  Mr. Caldwell to find an example of someone with much worse

24  political rhetoric about killing hundreds of politicians as

25  they ran through tunnels like rats and claims of instigating

1    an attack on the Capitol and explicit allegations of being

2    much more integral to the QRF, who is released and doing

3    fine.  So the rhetoric that Mr. -- that the government is

4    alleging is really much less tied to the 6th, like this

5    rhetoric was for Mr. Caldwell, and is much more like the

6    shoot-the-bastards-type rhetoric that you hear,

7    unfortunately, in a lot of media.

8            Second, the government's statement about the

9    truck, again, I can't emphasize to the Court enough how much

10   it breaks down.

11           So the government's theory is that he went to look

12   for the truck, because the truck was integral to bringing

13   the weapons to the conspirators as the QRF.  If that were

14   so, he would have not been on a podcast that morning wasting

15   an hour when he doesn't know where his truck is.  He would

16   have been looking for this so-called integral truck.

17           He's looking for that truck because he wasted so

18   much of the morning yapping on a podcast that he doesn't

19   leave for D.C. until 11:18 or so.  That meant he could not

20   have found his truck before the -- exactly when he would

21   have needed it if he were a conspirator.

22           And then he finds his truck and he makes his way

23   back to the hotel and he gets there and says he's got two

24   trucks available if I can assist.  But we know he had not

25   armed those trucks; we know that for two reasons:  Not just

1    the eyewitness testimony that the government still has not

2    refuted because I'm not quoting Person 13, I'm quoting the

3    grand jury testimony of Person 100, who was in the room the

4    entire time and, therefore, saw what happened to

5    Mr. Vallejo's -- whatever weapons he brought.

6         Not just that, but they had the documented -- from

7    the Comfort Inn video of what Mr. Vallejo did everywhere

8    when he's not outside his room.

9         So they know he got there right when he said he

10   got there and never left that room again.  So he could not

11   have been bringing weapon to his unarmed truck which was

12   left in D.C. overnight, it just couldn't have happened.

13        So whatever that message meant, it could not have

14   meant, I have arms ready to bring in.  And whatever that

15   truck meant, it could not have been integral to the

16   conspiracy if he waited until 11:18 to go look for it.

17        So I wanted to make those factual rebuttals, but,

18   again, emphasize that, getting into the facts, that there's

19   so much tit for tat here when, at a high level, as the Court

20   just expressed, individuals who have been released and done

21   fine were saying specifically violent things about killing

22   politicians that day, which Mr. Vallejo did not do.

23        THE COURT:  All right.  Give me a few minutes,

24   everybody, I'll be back.  Just hang on for a minute or two,

25   okay?

1          JC, are we okay with the facility?

2          COURTROOM DEPUTY:  Your Honor, I believe so.

3          THE COURT:  Okay.  All right.

4          Just let me know if we're running into issues with

5    the facility, okay?

6          COURTROOM DEPUTY:  Okay.

7          CORPORAL:  Your Honor, you're the last one of the

8    day; you're the last video for the day, Your Honor.

9          THE COURT:  Oh, all right.

10          Well, thank you, I appreciate that.  Thank you for

11    your patience with us.

12          All right.  I'm going to just go off camera for a

13    minute or two and I'll be right back.

14          (Recess from 5:19 p.m. to 5:22 p.m.)

15          THE COURT:  All right.  Do we have Mr. Manzo?

16    He may be off camera and may have stepped away, but give him

17    a few minutes.  Oh, there he is.  Okay.

18          All right.  So, look, there's no dispute here that

19    Mr. Vallejo is subject to a detention hearing for the

20    reasons that are set forth in the government's motion, given

21    the fact that the offense involves weapons that, by itself,

22    is enough to get this to a detention hearing.  So he is

23    eligible for detention.

24          You know, the question of the Bail Reform Act, at

25    least with respect to dangerousness, whether the government,

1   by clear and convincing evidence, has established that there

2   are no combination of conditions that would ensure the

3   safety of the community.  And the question in this case, as

4   is true in every case is, this is an issue of prospective

5   danger, danger to do what.

6           And, you know, there are a number of factors we're

7   supposed to consider and are to consider in connection with

8   these determinations.  One factor that certainly weighs in

9   Mr. Vallejo's favor is his history and characteristics.  The

10  government doesn't even dispute that, leaving aside what he

11  has said, but, you know, he certainly has no prior criminal

12  convictions, he was in the military for a period of time,

13  his most recent work involved working for a nonprofit to

14  support military veterans.  You know, all very admirable

15  work.  And so those -- you know, long-term marriage, and --

16  among other things, and so those characteristics certainly

17  weigh in his favor.

18          You know, the question ultimately comes down to

19  the weight of the evidence of his dangerousness and the

20  nature of the charges against him.  But clearly, nobody here

21  should think that a seditious conspiracy -- I'm not

22  suggesting anybody does -- is a light charge.  It is the

23  most serious charge that has been brought against any

24  January 6th defendant and is a charge in which Mr. Vallejo's

25  accused of joining with others to use force to overthrow --

1    or disrupt, I should say, the peaceful transition of power,

2    going to the very heart of our democratic process.

3            You know, the seriousness of this cannot be

4    understated.  And as this case has grown, as this case has

5    added more people, as this case has -- there's been more

6    evidence and plea hearings, you know, this is not a charge

7    that is without a strong evidentiary foundation, let me just

8    put it that way, and for anybody to suggest otherwise just

9    is not paying attention.

10           The seditious conspiracy charge is well-founded,

11   it is based on real evidence, it's not just looking at

12   somebody's words and persecuting somebody for their

13   political beliefs.  It is based on real evidence of what

14   people discussed, what they intended to do, and there have

15   been now at least three people who have come in and said

16   that they are guilty of the very charges that the government

17   has lodged against Mr. Vallejo and many others.

18           Look, all that said, the thing I have tried to do

19   from the outset of this case, whether intentionally or, in

20   some sense, by happenstance, certainly at the beginning, is

21   to identify the people who were the leaders of this

22   conspiracy, and identify them as the most serious and most

23   dangerous individuals, because, after all, this is about

24   prospective danger.

25           So who falls in that category?  Clearly

1  Mr. Rhodes; he is at the top of the pyramid; planned; was

2  the leader of all this; commanded people; and gave

3  directions and instructions to people like Mr. Vallejo, who

4  apparently were ready to follow them.

5          Mr. Meggs, the leader of the Oath Keepers in

6  Florida, was somebody in a position of authority that day on

7  January the 6th.  There is evidence that he went looking for

8  the Speaker of the House.  He is detained.  Ms. Watkins,

9  head of the Ohio militia that joined up with the Oath

10  Keepers, who we now are told led a group of people toward

11  the Senate chamber and attempted to break through a police

12  line to get through a Senate chamber, and certainly from her

13  words that day, was proud of her conduct and hasn't been --

14  proud of her conduct.

15          You know, the rest are -- with the exception of

16  Mr. -- the gentleman from Alabama, you know, arguably fall

17  lower on the ladder; they are foot shoulders; they are

18  people who were not involved in preparation and planning to

19  the same extent as the people I've just mentioned.

20          Mr. Vallejo certainly fits in that category.  As

21  Mr. Peed has suggested, he was not involved in the chats

22  prior to a week or ten days of January the 6th.  There is

23  contemporaneous communications by him suggesting that he was

24  coming to D.C. as a member of the Oath Keepers but perhaps

25  did not fully know the plan until he got here, perhaps was

1    not assigned a role until he got here, none of which is to
2    say that what he's accused of doing, to diminish that.

3              I mean, Mr. Vallejo, you stood guard over a stash
4    of weapons outside the District of Columbia and offered to
5    come into the District of Columbia with those weapons.  And
6    maybe your lawyer has a different view of what those words
7    mean, and a jury will ultimately decide that.  But, you
8    know, it's awful coincidental that when there are Oath
9    Keepers rushing into the Capitol building, that you say, you
10   know, QRF at the ready, or whatever your words were, and, in
11   fact, referring to yourself as the QRF, not referring to
12   yourself as anything else, you are the QRF, you're the quick
13   reaction force.

14             But that said, you didn't come into the District
15   of Columbia, you weren't anywhere near the Capitol that day.
16   And while your conduct after the 6th certainly does not
17   suggest that you were distancing yourself from the behavior
18   of others, that you were continuing on to think about what
19   the next steps were going to be, including potential violent
20   conduct, there's no evidence that you engaged in that.

21             And you have been out for quite a while.  As I
22   said at the outset, I think the government has known of your
23   identity for some period of time.  And whether it's from the
24   need for further investigation, which is entirely
25   legitimate, or whatever the reason may be, you've been in

1    the community and, so far as we know, have not engaged in

2    any conduct that would suggest that you were continuing the

3    kind of acts that you're accused of having engaged in.

4           And so at the end of the day, the question really

5    here is about the assessment of future dangerousness and

6    whether there are conditions that can be imposed to ensure

7    the safety of the community and ensure that Mr. Vallejo

8    isn't going to re-engage in the kind of conduct that he's

9    charged with.  And, again, liberty is the norm, and the

10   question is of future dangerousness and those conditions.

11          I didn't make the observation lightly that others

12   have been near fully compliant, if not fully so.  I mean,

13   I think it's a valid comparison to make here.  There are now

14   upwards of 20 people, I think we're up to 24, 25, including

15   those who've pled, and I can't remember receiving too many

16   violation reports, certainly nothing material, nothing --

17   I haven't had to come close to revoking anyone.

18          And so given all of the characteristics of

19   Mr. Vallejo, his alleged role, I think I would put him in

20   the same category as those who've been released and who have

21   not posed the kind of danger that I think would warrant

22   their detention pending trial.

23          I'll also note, and maybe this is a factor I ought

24   to consider, and maybe it's not, but Mr. Vallejo has a

25   September trial date, and it will be certainly easier for

```
 1    him and his counsel to get ready for that September trial
 2    date if he's in the community.  I don't think the same
 3    applies for Mr. Rhodes, because he obviously poses a far
 4    greater degree of danger than Mr. Vallejo does.
 5              So I will grant the motion; I will release
 6    Mr. Vallejo on the same strict conditions I have released
 7    others.
 8              Mr. Vallejo, there's no reason to celebrate, sir.
 9    This is serious stuff.  I know you're happy to be released,
10    but you're in a very precarious position.
11              But that -- those conditions -- and Pretrial -- is
12    Pretrial on?
13              PRETRIAL SERVICES OFFICER:  Yes, Your Honor.
14              THE COURT:  Can you remind me what those
15    conditions have been?  I know it includes home detention.
16              That means, Mr. Vallejo, you're not going back to
17    work, you're not going out to restaurants to eat with your
18    wife.  You will be at home monitored by GPS 24 hours a day.
19    You will not have access to the Internet or other forms of
20    communication.
21              What else?
22              You will have to turn in your passports, if that
23    already hasn't been done, if you have any.
24              PRETRIAL SERVICES OFFICER:  Right.
25              Surrender any passport, not obtain a passport.
```

```
 1   Any firearms in the home must be removed immediately; in
 2   this case, Your Honor, we would ask that they be removed
 3   before he is released.
 4                 THE COURT:  Okay.
 5                 That will certainly be the order; that if there
 6   are any firearms in the home, they have to be removed before
 7   Mr. Vallejo gets there.  He shall not acquire or come into
 8   possession of any firearms, either directly or indirectly,
 9   during the course of the pendency of this case.
10                 Is that clear, Mr. Vallejo?
11                 THE DEFENDANT:  (Nods head affirmatively.)
12                 PRETRIAL SERVICES OFFICER:  And, Your Honor, did
13   you say home confinement or home incarceration?  I missed
14   that part.
15                 THE COURT:  Whatever is the stricter of the two.
16                 PRETRIAL SERVICES OFFICER:  Home incarceration
17   means he cannot leave under any circumstances.
18                 Home confinement, he could leave to go to work,
19   medical appointments, church, and meet with his attorneys.
20                 THE COURT:  No.  It is home confinement.  I think
21   that's -- it's home confinement.  He is not permitted to
22   leave for any reason except some emergent reason.
23                 But, no, he's confined to his home.  He can't
24   leave for work, he can't leave for dining out, he can't
25   leave for going to visit his lawyer.  His lawyer can come to
```

1  him.

2            THE DEFENDANT:  What about my dentist?  Can I go

3  to my dentist to get my teeth fixed?

4            THE COURT:  Well, let's take one thing at a time,

5  okay?

6            THE DEFENDANT:  Okay.

7            THE COURT:  If there's a need to leave for

8  emergent medical treatment, we can talk about that and the

9  circumstances of it, okay?

10            THE DEFENDANT:  Okay.

11            THE COURT:  I've let others do that.

12            THE DEFENDANT:  Thank you.

13            THE COURT:  So assuming you are compliant in all

14  other respects, we'll get there, okay?

15            THE DEFENDANT:  Yes, sir.

16            THE COURT:  So if I'm missing any other

17  conditions -- and can I ask Pretrial to stay on to make sure

18  that Mr. Vallejo fully understands what those conditions are

19  and those conditions are read to him so he's on notice?

20            PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

21            THE COURT:  Okay.  Because I want to make sure

22  I haven't missed anything.

23            All right.  Mr. Manzo, are there any other

24  conditions that I have either imposed or that you're

25  requesting that I impose before I release him?

1          MR. MANZO:  No, Your Honor.

2          It's my understanding that you're releasing him

3   into the custody of his wife at this time?

4          THE COURT:  Correct.  His home.

5          MR. MANZO:  And he's not lived at that location,

6   so this would be a new location.  I don't know if that

7   matters to the Court.

8          THE COURT:  Well, it matters.

9          I mean, maybe I've just been under the

10  misimpression that he lived with his wife at a stable

11  residence for some years.  Am I wrong about that?

12         MR. PEED:  He has -- they are, but he's been

13  building the campus of this new facility, a home for Battle

14  Buddies, he's been going back and forth.

15         THE COURT:  Okay.  Well --

16         MR. MANZO:  And our understanding is that he does

17  not live with his wife.

18         And if his wife is available, we would be

19  interested in a proffer as to what she removed from the bins

20  in question.

21         THE COURT:  I can ask her that, although I don't

22  know that -- I know you'd like a proffer, but, on the other

23  hand, I've got to be mindful of whatever Fifth Amendment

24  rights she may have, and I would be remiss if I didn't give

25  her the opportunity to consult with her own counsel first

1    before she answered any such questions.

2            I mean, I will say --

3            PRETRIAL SERVICES OFFICER:  Your Honor, I spoke to

4    his wife this morning.

5            THE COURT:  Okay.

6            PRETRIAL SERVICES OFFICER:  She is eligible to

7    serve as third-party custodian.

8            THE COURT:  Okay.

9            PRETRIAL SERVICES OFFICER:  She does not have a

10   criminal history, but I would remind the Court that usually

11   third-party custodians are sworn in on the record.  So I

12   don't know if she's on the call.

13           THE COURT:  All right.

14           I think she's in a waiting room.  Let's bring her

15   in, let's have her sworn in and make sure she understands

16   that her responsibility as a third-party custodian will not

17   only be -- well, will include notifying Pretrial Services of

18   the Court of any violations that she observes Mr. Vallejo

19   engaging in.  And if she's willing to do that, you know,

20   I'll release him to her residence, their residence.

21   If she's not, then we're back at square one.

22           COURTROOM DEPUTY:  Your Honor, Ms. Vallejo has now

23   connected, but she's not connected to audio.

24           Mr. Peed, could you please send her a text or an

25   email and ask her to connect to audio?

1           MR. PEED:  I will call her.

2           COURTROOM DEPUTY:  Thank you.

3           (Pause)

4           MR. PEED:  Ms. Vallejo, I believe she's connected;

5    I don't know if you can hear her.

6           COURTROOM DEPUTY:  And, Ms. Vallejo, can you

7    please say something if you can hear me?

8           So it appears that Ms. Vallejo is connected

9    possibly by video but not to audio.  So she cannot hear the

10   Court and we can't hear her.

11          THE COURT:  That's a problem.

12          So we need --

13          MS. VALLEJO:  I can hear the judge.

14          THE COURT:  Okay.  I think --

15          MR. PEED:  Your Honor, I'm on the phone with her,

16   so you can probably her hear her right now through my phone.

17          THE COURT:  Yeah, we can now hear her.  Okay.

18          Hi, Ms. Vallejo.  How are you?

19          MS. VALLEJO:  I'm fine, sir.  How are you?

20          THE COURT:  I'm good.

21          So this is Judge Mehta and we've been discussing

22   what the pretrial conditions will be of Mr. Vallejo.  I am

23   close to agreeing to his release into very strict

24   conditions, which would involve living at your home, but it

25   also would require you to agree to be what's called a

1    third-party custodian of Mr. Vallejo.

2              MS. VALLEJO:  Yes, sir.

3              THE COURT:  And among other requirements of

4    that -- of being a third-party custodian would be to also

5    report any violations of the conditions of release that you

6    observe of your husband, okay?

7              So before I inquire of whether you're prepared to

8    do that, I need to have you placed under oath, and I'm going

9    to ask the Courtroom Deputy -- or the Pretrial Services

10   officer to do that.

11             MS. VALLEJO:  Okay.

12             COURTROOM DEPUTY:  And, Ms. Vallejo, can you

13   please raise your right hand?

14             (Ms. Vallejo is placed under oath.)

15             COURTROOM DEPUTY:  Thank you.

16             THE COURT:  Okay.

17             So, Ms. Vallejo, you have now essentially made a

18   promise to me that if you observe any violations of

19   Mr. Vallejo, and you'll receive -- and I'll ask Pretrial to

20   make sure Ms. Vallejo has a list of Mr. Vallejo's conditions

21   of release, and they are quite strict, and, as I said, they

22   include Mr. Vallejo not getting on the Internet, not using

23   any encrypted communications and the like.

24             But, Ms. Vallejo, if you observe -- you have now

25   committed to reporting any observed violations of the

1  conditions of release, okay, and that's something you're

2  prepared to do?

3              MS. VALLEJO:  Yes, sir.  Absolutely.

4              THE COURT:  Okay.

5              All right.  So I will release Mr. Vallejo to the

6  third-party custody of his wife.  I'll leave it to Pretrial

7  to ensure that Mr. Vallejo knows the precise conditions of

8  release, get that paperwork to Mr. Peed, get that paperwork

9  to me, and we'll take it from there.

10             I guess, Mr. Peed, I don't know whether

11 Mr. Vallejo will be released tomorrow or how soon he'll be

12 released, but we do have a hearing on Friday.  And I don't

13 know what that means in terms of his availability for it,

14 but you'll just have to let me know, okay?

15             PRETRIAL SERVICES OFFICER:  Your Honor, is he

16 being held in D.C. jail or in Arizona?

17             THE COURT:  No, I think he's at Central Virginia,

18 right?

19             MR. PEED:  Central Virginia correctional facility.

20             THE DEFENDANT:  Correct.

21             PRETRIAL SERVICES OFFICER:  Okay.

22             I guess if I could stay on after the attorneys to

23 talk about how he will be -- how they'll make arrangements

24 for him to get home.

25             We will ask for courtesy supervision, Your Honor,

```
 1    from the District of Arizona.

 2              THE COURT:  Okay.  I'll certainly authorize that.

 3              Okay.  Anything else, everyone?

 4              MR. MANZO:  No.  Thank you, Your Honor.

 5              THE COURT:  All right.  Thank you, everyone.

 6              MR. PEED:  Your Honor, cost --

 7              THE COURT:  Hang on one second.

 8              Oh, go ahead, Mr. Peed.

 9              MR. PEED:  This might be a question for Pretrial,

10    but I'm wondering how to get him from Central Virginia jail

11    to Ms. Vallejo.

12              THE COURT:  I think Pretrial can -- at least I

13    understood Pretrial to say, hang on, and she may be able to

14    give you some information; is that right?

15              PRETRIAL SERVICES OFFICER:  Yes, we can discuss

16    that.

17              And one other -- I wanted to ask:  Do the parties

18    want a stay-away from anyone involved in the January 6th

19    riot or any special co-defendants?

20              MR. MANZO:  Yes, we'd be requesting that.

21              And I believe this is part of the order, too, but

22    no access to weapons of any kind.

23              PRETRIAL SERVICES OFFICER:  Right, we have that.

24    I just wanted to ask about the co-defendants.

25              THE COURT:  I have to say, I can't remember
```

```
1    whether I have included that or not.

2           You know, I have -- I've had, in the past,

3    concerns about that kind of condition if for no other reason

4    than it's not inappropriate for defendants to enter into

5    joint defense agreements with others and communicate in

6    terms of preparing their defense, I don't think there's

7    anything problematic with that.  So I don't think I've

8    included that condition.  And so unless that's a condition

9    I've included for others, I'm not inclined to include it

10   here, okay?

11          So, Mr. Vallejo, you'll be released on strict

12   conditions.  And I'll just, you know, impress upon you that

13   any violation of those conditions, Mr. Vallejo, you know,

14   you'll find yourself right back where you are, and it won't

15   take much --

16          THE DEFENDANT:  No problem, sir.

17          THE COURT:  -- for that to happen.

18          THE DEFENDANT:  No problem at all.

19          THE COURT:  All right.

20          Be well, everybody.  I will see everybody on

21   Friday.

22          (Proceedings concluded at 5:44 p.m.)

23

24

25
```

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

   Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__May 13, 2022_____  

        William P. Zaremba, RMR, CRR

64

CORPORAL: [1]  47/7
COURTROOM
DEPUTY: [8]  3/2 47/2
47/6 57/22 58/2 58/6
59/12 59/15
MR. MANZO: [34]  4/5
6/21 7/10 7/15 7/21 8/2
8/5 8/14 8/20 10/4 10/7
10/18 10/20 11/18 13/6
14/1 14/8 14/19 16/4
17/14 19/21 20/5 21/2
22/1 22/8 22/25 40/23
43/14 43/21 56/1 56/5
56/16 61/4 61/20
MR. PEED: [32]  7/22
8/3 24/1 24/3 26/12
29/8 29/15 30/2 30/5
30/25 31/16 31/23 32/4
32/14 33/3 34/2 34/25
35/6 36/17 37/10 39/1
39/25 40/6 44/19 44/22
56/12 58/1 58/4 58/15
60/19 61/6 61/9
MS. VALLEJO: [5]
58/13 58/19 59/2 59/11
60/3
PRETRIAL SERVICES
OFFICER: [12]  53/13
53/24 54/12 54/16
55/20 57/3 57/6 57/9
60/15 60/21 61/15
61/23
THE COURT: [88]
THE DEFENDANT:
[12]  3/13 39/18 39/20
54/11 55/2 55/6 55/10
55/12 55/15 60/20
62/16 62/18

**1**
10 [1]  5/24
100 [14]  14/16 14/22
15/6 15/11 15/14 15/24
16/4 16/10 16/16 16/19
22/16 26/17 26/21 46/3
1080 [1]  37/19
109 [1]  8/4
11 [2]  1/6 3/3
1150 [1]  2/3
11:00 [4]  27/10 27/11
27/15 37/20
11:18 [2]  45/19 46/16
13 [11]  14/9 14/9 15/10
15/21 16/22 26/19
26/20 34/10 34/21 46/2
63/10
13's [1]  15/18
14 [1]  29/8
14 minutes [1]  29/11
1400 [1]  1/14
14th [1]  35/23
15 [6]  1/4 5/24 31/22
31/24 32/3 42/10
151 [1]  7/17
1775 [1]  2/3
18 [1]  4/12
19 [1]  63/6

**1:30** [1]  5/11

**2**
20 [1]  52/14
20001 [1]  2/10
20002 [1]  1/14
20006 [1]  2/7
202 [4]  1/15 1/19 2/4
2/10
2021 [1]  39/19
2022 [2]  1/5 63/10
20530 [1]  1/18
20th [5]  12/5 19/19
19/25 20/3 35/24
22-15 [1]  1/4
22-15-11 [1]  3/3
24 [2]  52/14 53/18
25 [1]  52/14
252-6928 [1]  1/19
2706 [1]  1/15
2:30 [1]  6/3
2:38 [3]  29/7 29/10
30/7

**3**
30 [1]  4/15
3249 [1]  2/10
333 [1]  2/9
35 [1]  39/25
354-3249 [1]  2/10

**4**
4:00 [1]  30/2
4:18 [1]  1/6
4:49 [1]  30/20

**5**
555 [1]  1/18
59 [1]  4/17
5:19 [1]  47/14
5:22 [1]  47/14
5:44 [1]  62/22
5:51 [1]  30/3
5th [5]  15/10 15/19
24/23 26/23 27/1

**6**
616-2706 [1]  1/15
6928 [1]  1/19
6:00 [2]  6/9 30/1
6:40 [1]  7/19
6th [40]  4/22 5/2 5/10
5/23 9/22 10/12 11/7
11/19 11/23 12/6 13/10
15/10 15/19 18/25 19/2
19/12 19/17 20/16
20/21 25/22 27/5 27/15
32/7 32/14 32/17 32/20
33/7 33/16 33/20 34/2
37/21 41/18 42/1 42/7
45/4 48/24 50/7 50/22
51/16 61/18

**7**
720 [1]  37/18
720p [1]  8/6
74 [6]  7/23 8/1 8/4 8/5
8/11 8/12

**7**
77 [1]  5/10
78 [1]  5/10
7th [6]  4/12 9/3 33/6
34/9 34/12 36/7

**9**
919-9491 [1]  2/4
9491 [1]  2/4
9:00 [1]  26/24

**A**
a.m [2]  6/9 27/11
ability [1]  41/22
able [2]  40/2 61/13
about [78]
above [1]  63/4
above-titled [1]  63/4
absolutely [3]  35/25
36/17 60/3
accept [2]  25/20 34/23
access [2]  53/19 61/22
according [2]  5/11
37/22
account [1]  36/20
accurate [2]  21/25
25/23
accused [3]  48/25 51/2
52/3
acquire [1]  54/7
across [6]  5/23 9/11
11/20 13/1 14/24 16/24
22/17 26/8 42/10
act [5]  32/8 35/13
35/14 36/18 47/24
action [3]  5/12 35/11
37/13
actions [3]  9/17 20/3
23/19
active [2]  9/20 21/22
actively [1]  42/18
activities [1]  20/2
activity [1]  20/11
actors [1]  37/4
acts [2]  6/15 52/3
actual [1]  31/18
actually [7]  7/17 16/10
35/17 36/23 37/1 41/22
43/14
add [2]  23/14 40/22
added [2]  24/22 49/5
addendum [1]  20/25
additional [1]  14/4
admirable [1]  48/14
affirmatively [1]  54/11
after [20]  6/7 7/3 9/22
10/22 11/10 11/19
19/19 20/3 20/16 29/24
33/7 34/2 35/19 37/2
41/14 42/1 42/7 49/23
51/16 60/22
afternoon [8]  3/2 3/11
3/12 3/14 5/11 7/3 24/1
24/2
afterwards [3]  32/22
32/23 42/14
again [25]  5/14 5/17
5/20 6/9 8/22 9/14 9/22

12/24 15/23 16/23
20/19 23/3 25/15 30/13
42/14 42/19 44/8 45/9
46/10 46/18 52/9
against [7]  5/5 11/11
18/6 23/11 48/20 48/23
49/17
agents [1]  38/20
ago [2]  20/24 32/2
agree [3]  13/24 33/4
58/25
agreed [2]  43/5 43/6
agreeing [1]  58/23
agreements [1]  62/5
ahead [2]  11/16 61/8
aided [1]  2/12
aims [1]  22/23
Alabama [2]  31/19
50/16
alarming [1]  6/15
alcohol [1]  21/16
all [41]  3/11 3/16 3/16
3/20 3/21 3/25 4/9 6/11
6/19 10/22 14/23 15/11
17/15 17/16 23/14
29/12 30/19 30/22 31/7
31/11 31/18 32/9 40/21
46/23 47/3 47/9 47/12
47/15 47/18 48/14
49/18 49/23 50/2 52/18
55/13 55/23 57/13 60/5
61/5 62/18 62/19
All right [3]  3/11 30/19
40/21
allegation [2]  26/4
33/19
allegations [3]  32/22
32/23 45/1
alleged [1]  52/19
allegedly [1]  27/21
alleging [1]  45/4
allied [3]  4/19 5/4 5/5
allow [1]  43/6
allowed [1]  6/25
almost [2]  38/5 43/6
along [1]  16/21
already [1]  53/23
also [14]  9/15 16/4
17/21 20/23 21/25 22/2
23/6 28/4 52/23 58/25
59/4
although [1]  56/21
always [1]  9/8
am [8]  8/7 56/11 58/22
ambitions [1]  12/21
Amendment [2]  17/17
17/18 56/23
AMERICA [2]  1/3 3/3
American [1]  4/23
Americans [2]  25/1
35/11
AMIT [1]  1/10
ammunition [1]  22/13
among [1]  48/16 59/3
amount [1]  3/23
amounts [2]  20/10
20/20

analogy [1]  36/11
another [1]  14/20
answer [4]  31/10 39/6
40/2 40/5
answered [1]  57/1
answers [1]  23/16
Antifa [9]  10/23 10/23
11/1 11/3 11/7 11/11
25/10 25/15 31/12
any [39]  10/4 11/10
11/22 13/10 18/5 19/23
24/20 24/22 25/2 32/5
34/1 35/11 37/8 37/18
40/2 40/15 42/19 43/1
43/20 48/23 52/2 53/23
53/25 54/1 54/6 54/8
54/17 54/22 55/16
55/23 57/1 57/18 59/5
59/18 59/23 59/25
61/19 61/22 62/13
anybody [2]  48/22 49/8
anymore [1]  44/5
anyone [5]  8/7 14/21
41/3 52/17 61/18
anything [19]  14/11
15/14 15/16 15/24 16/2
17/1 20/3 22/13 22/24
23/4 34/18 39/4 40/16
40/19 40/22 51/12
55/22 61/3 62/7
anyway [2]  14/18 35/5
anywhere [1]  51/15
apologies [3]  3/16
3/19 31/25
apparent [1]  24/9
apparently [2]  33/24
50/4
APPEARANCES [2]
1/12 1/20
appearing [1]  3/9
appears [1]  58/8
applications [1]  18/1
applies [1]  53/3
appointment [1]  39/1
appointments [1]
54/19
appreciate [1]  47/10
AR [3]  31/22 31/24
32/3
AR-15 [3]  31/22 31/24
32/3
are [60]  6/1 6/4 6/8
6/21 6/25 7/23 8/22
9/15 9/16 9/17 11/8
11/8 11/25 12/10 13/4
15/3 22/13 23/14 25/10
29/4 29/20 29/25 31/2
31/2 31/7 31/11 32/17
32/21 32/23 34/10
34/18 38/23 43/7 44/2
44/12 47/1 47/20 48/2
48/6 48/7 49/16 50/10
50/15 50/17 50/17 51/8
51/12 52/6 52/13 54/6
55/13 55/18 55/19
55/23 56/12 57/11
58/18 58/19 59/21
62/14

**A**

area [1] 26/23
aren't [1] 37/14
arguably [1] 50/16
argue [1] 37/14
argument [7] 4/2 9/10
22/19 29/2 29/2 32/11
32/13
arguments [1] 4/7
Arizona [9] 4/21 13/18
13/19 15/22 20/15
31/19 34/16 60/16 61/1
armed [4] 23/19 41/16
41/24 45/25
arms [2] 32/9 46/14
around [9] 8/17 15/11
18/24 27/9 27/15 27/24
28/23 30/1 34/4
arranged [1] 38/25
arrangements [1]
60/23
arrest [2] 36/15 39/17
arrested [1] 21/25
arrests [1] 20/13
arsenal [2] 26/1 27/2
as [57] 4/20 5/9 6/2
6/14 7/8 8/3 11/3 12/4
12/13 14/10 15/7 16/21
18/3 18/3 18/4 18/4
18/17 21/2 21/2 22/6
22/6 22/21 23/19 24/5
25/5 25/16 26/5 26/5
27/25 32/7 32/9 37/3
38/11 41/19 42/12 43/4
44/9 44/24 45/13 46/19
48/3 49/4 49/4 49/5
49/22 50/19 50/20
50/24 51/11 51/12
51/21 52/1 52/20 56/19
57/7 57/16 59/21
aside [1] 48/10
ask [15] 7/7 9/23 11/15
14/6 40/4 42/22 54/2
55/17 56/21 57/25 59/9
59/19 60/25 61/17
61/24
asked [11] 15/4 15/9
15/13 15/23 16/6 16/14
18/19 37/18 37/20 40/6
43/7
asking [1] 22/5
asks [1] 38/9
assaultive [1] 41/9
assessment [1] 52/5
assigned [1] 51/1
assist [4] 15/6 29/14
29/15 45/24
assistance [1] 33/10
assume [2] 15/7 18/5
assuming [1] 55/13
assumption [1] 17/9
attached [1] 7/8
attachment [1] 7/13
attack [4] 27/4 28/4
38/14 45/1
attacking [1] 28/20
attempt [1] 19/17
attempted [1] 50/11

attempting [1] 10/5
attempts [1] 11/20
attention [1] 49/9
attitude [1] 11/23
ATTORNEY'S [1] 1/17
attorneys [2] 54/19
60/22
audio [3] 57/23 57/25
58/9
AUSA [1] 18/11
authority [1] 50/6
authorize [1] 61/2
availability [1] 60/13
available [4] 29/11
29/14 45/24 56/18
Ave [1] 1/14
Avenue [1] 2/9
away [4] 35/7 42/10
47/16 61/18
awful [1] 51/8

**B**

back [38] 5/18 6/4 6/9
7/12 8/20 9/13 9/24
11/20 13/8 13/8 15/21
16/23 18/8 18/10 20/5
23/1 23/2 24/19 26/25
27/7 28/3 28/9 28/10
28/25 29/13 31/3 32/1
32/4 40/11 40/24 42/6
45/23 46/24 47/13
53/16 56/14 57/21
62/14
backing [1] 9/17
bags [2] 14/24 22/16
Bail [1] 47/24
ballots [2] 23/10 23/10
Barrett [1] 2/9
base [1] 14/5
based [5] 24/16 34/7
36/5 49/11 49/13
basically [2] 37/18
41/5
bastards [1] 45/6
battle [3] 9/21 40/11
56/13
be [73]
because [34] 4/8 6/25
7/5 9/17 13/14 15/14
15/25 17/12 18/7 18/8
19/6 25/1 25/2 25/2
25/10 27/13 28/9 29/20
32/14 33/6 33/12 33/20
34/5 36/17 40/7 40/17
41/23 44/20 45/12
45/17 46/2 49/23 53/3
55/21
become [1] 6/11
been [45] 4/9 6/7 7/8
12/16 14/13 15/17
17/22 24/20 26/1 26/5
27/4 28/5 28/12 31/8
34/23 34/23 34/24 35/1
35/5 35/6 41/4 41/6
41/14 43/1 43/2 43/23
45/14 45/16 46/11
46/15 46/20 48/23 49/5
49/15 50/13 51/21

53/15 53/23 56/9 56/12
56/14 58/21
beer [1] 14/13
before [15] 1/10 4/22
5/1 5/18 6/22 17/5 29/8
34/12 39/17 45/20 54/3
54/6 55/25 57/1 59/7
beginning [3] 7/23
30/25 49/20
begins [3] 4/20 6/10
11/19
begun [1] 9/15
behalf [1] 3/8
behavior [2] 43/24
51/17
being [8] 7/6 21/4 22/6
31/11 36/19 45/1 59/4
60/16
beliefs [1] 49/13
believe [12] 7/3 10/11
10/13 14/2 14/3 18/4
30/20 33/20 43/14 47/2
58/4 61/21
believed [2] 16/17
25/17
believes [2] 9/21 12/14
best [2] 12/9 43/24
better [1] 27/17
between [2] 35/23 38/3
bin [2] 21/7 40/5
bins [6] 21/5 21/20
22/3 22/20 40/9 56/19
bit [2] 13/8 29/25
black [4] 21/5 21/7
21/20 22/3
blocked [2] 7/1 7/6
bloody [5] 4/16 5/19
12/1 20/20 44/8
blowing [1] 28/12
blown [1] 20/17
bond [4] 1/9 38/6
40/13 40/17
both [2] 3/24 25/14
bottom [2] 7/23 8/5
bought [2] 8/6 40/9
boy [1] 31/10
breached [1] 44/17
breaching [1] 6/2
break [1] 50/11
breaks [1] 45/10
brief [5] 4/8 15/16 16/1
10/25 26/18
briefed [2] 3/21 3/22
briefing [1] 24/9
briefly [2] 22/25 40/23
bring [6] 8/15 26/3
26/8 37/20 46/14 57/14
bringing [3] 18/15
45/12 46/11
broader [3] 32/4 33/1
33/2
broadly [1] 19/13
broken [1] 12/13
brought [5] 31/11
31/19 32/3 37/18 46/5
48/23
bucket [1] 44/16

Buddies [2] 49/7 49/7
56/14
building [4] 30/22 33/1
51/9 56/13
bunch [1] 37/9
burden [1] 4/3
buying [2] 20/20 34/17

**C**

cache [1] 26/9
Caldwell [4] 18/9 18/14
44/23 45/5
Caldwell's [1] 23/3
call [8] 14/15 14/21
26/3 38/22 40/12 40/18
57/12 58/1
called [3] 18/21 45/16
58/25
calling [7] 4/15 5/2 5/3
5/18 5/19 20/21 22/22
calls [2] 4/13 25/4
calmed [1] 29/25
cam [1] 8/6
came [3] 13/17 13/19
37/2 38/17
camera [3] 37/19 47/12
47/16
campus [1] 56/13
can [43] 3/12 3/13 6/16
7/7 7/8 7/11 9/5 9/9
9/23 11/5 11/15 14/5
18/3 18/5 18/5 22/19
23/17 24/13 24/15
25/12 29/14 29/15
32/10 42/20 42/22
43/22 45/24 52/6 53/14
54/25 55/2 55/8 55/17
56/21 58/5 58/6 58/7
59/12 61/12 61/15
can't [8] 8/16 13/14
33/9 45/9 52/15 54/23
54/24 54/24 58/10
61/25
cannot [5] 23/12 41/19
49/3 54/17 58/9
Capitol [36] 6/2 6/7
6/14 9/7 9/12 11/3 11/4
11/9 13/3 18/20 19/12
23/5 27/4 27/24 28/3
28/4 28/8 28/20 28/21
30/10 30/12 30/21
30/22 30/24 30/24 31/3
33/1 33/11 33/17 33/18
41/4 41/14 44/17 45/1
51/9 51/15
car [5] 41/18 41/19
41/20 41/21 41/23
caravan [1] 15/21
caravaned [1] 14/8
Carolina [1] 31/19
carting [1] 21/4
case [26] 3/3 4/9 17/6
17/14 17/23 18/4 18/10
24/5 24/6 24/17 28/18
31/9 36/12 37/15 38/11
38/14 38/15 40/10 48/3
48/4 49/4 49/4 49/5

cases [1] 43/2
category [3] 49/25
50/20 52/20
cause [1] 31/12
celebrate [1] 53/8
center [1] 9/21
centered [1] 18/24
Central [3] 60/17 60/19
61/10
certain [4] 25/11 31/4
33/4 33/8
certainly [14] 10/9
30/15 33/25 44/8 48/11
48/16 49/20 50/12
50/20 51/16 52/16
52/25 54/5 61/2
certainty [1] 18/15
certification [8] 4/23
4/24 5/6 5/13 8/24
19/18 23/10 37/2
Certified [1] 2/8
certify [1] 63/2
CH [1] 2/9
chamber [2] 50/11
50/12
chance [1] 31/12
changed [1] 19/9
changes [1] 41/8
characteristics [5]
38/8 43/24 48/9 48/16
52/18
charge [7] 5/25 14/25
48/22 48/23 48/24 49/6
49/10
charged [3] 17/4 25/21
52/9
charges [3] 40/19
48/20 49/16
chat [3] 7/8 13/11
25/15
chats [4] 20/14 24/7
25/13 50/21
church [1] 54/19
circulating [1] 4/13
circumstances [2]
54/17 55/9
circumstantial [1]
22/18
citing [1] 13/21
city [1] 41/19
civil [1] 5/7
claim [1] 26/13
claims [1] 44/25
clam [1] 27/25
clear [9] 20/19 21/16
25/5 25/10 34/9 35/22
40/12 48/1 54/10
clearly [1] 5/6 29/10
48/20 49/25
client [4] 25/20 31/22
31/24 39/9
CLINTON [1] 2/2
clintonpeed.com [1]
2/5
close [1] 52/17 58/23
co [2] 61/19 61/24
co-defendants [2]

# C

co-defendants... [2] 61/19 61/24
coincidental [1] 51/8
collected [1] 26/1
COLUMBIA [7] 1/1 1/17 10/16 26/9 51/4 51/5 51/15
combination [2] 42/20 48/2
come [14] 10/16 25/4 25/5 30/24 36/6 36/22 36/25 38/23 49/15 51/5 51/14 52/17 54/7 54/25
comes [4] 14/20 15/22 36/15 48/18
Comfort [12] 5/24 10/9 10/13 16/19 21/3 26/16 26/16 28/3 28/5 28/16 44/18 46/7
coming [1] 50/24
commanded [1] 50/2
commander [2] 20/7 20/22
comment [2] 37/1 38/3
commit [1] 44/15
committed [1] 59/25
committing [1] 44/13
comms [1] 42/8
communicate [1] 62/5
communication [3] 6/19 20/1 53/20
communications [5] 19/25 24/20 24/22 50/23 59/23
community [9] 12/21 23/22 42/21 44/13 44/14 48/3 52/1 52/7 53/2
comparison [1] 52/13
complete [1] 17/23
completely [1] 38/10
compliant [2] 52/12 55/13
comprehend [1] 18/23
computer [1] 2/12
computer-aided [1] 2/12
concerned [2] 26/6 33/21
concerns [1] 62/3
concluded [1] 62/22
concrete [1] 9/20
condition [3] 62/3 62/8 62/8
conditions [23] 40/15 42/20 43/3 43/5 43/15 48/2 52/6 52/10 53/6 53/11 53/15 55/17 55/18 55/19 55/24 58/22 58/24 59/5 59/20 60/1 60/7 62/12 62/13
conduct [8] 6/15 19/25 50/13 50/14 51/16 51/20 52/22 52/8
confined [1] 54/23
confinement [4] 54/13 54/18 54/20 54/21

conflict [1] 5/17
confuse [1] 14/21
Congress [1] 41/6
connect [1] 57/25
connected [4] 57/23 57/23 58/4 58/8
connection [4] 13/10 20/2 38/3 48/7
conservative [1] 32/6
conservatives [2] 34/20 35/3
consider [7] 6/12 17/11 18/2 18/7 48/7 48/7 52/24
consistent [6] 8/23 10/8 22/14 22/15 22/17 22/23
consistently [3] 12/1 14/10 15/18
conspiracy [22] 5/16 6/16 12/4 12/4 18/24 18/24 19/4 19/16 20/12 22/11 23/7 23/15 24/19 25/21 25/22 30/12 32/18 43/23 46/16 48/21 49/10 49/22
conspiracy's [1] 42/18
conspirator [2] 5/3 45/21
conspirators [10] 4/18 19/13 23/20 27/3 27/13 28/20 43/25 44/1 44/10 45/13
conspired [1] 32/25
conspiring [1] 19/13
Constitution [1] 2/9
consult [1] 56/25
contact [2] 39/10 42/3
contemporaneous [1] 50/23
context [1] 29/3
continue [1] 42/20
continued [4] 2/1 12/10 19/18 20/1
continues [2] 23/21 29/17
continuing [3] 12/7 51/18 52/2
continuous [1] 30/5
contraband [1] 40/17
conversation [1] 37/25 38/12
convey [3] 37/15 38/5 38/12
convictions [1] 48/12
convincing [1] 48/1
cooperator [1] 18/16
coordinates [1] 4/19
correct [5] 7/19 13/6 56/4 60/20 63/3
correctional [1] 60/19
correctly [1] 43/16
cost [1] 61/6
could [27] 4/1 4/6 14/13 18/4 18/14 22/12 22/12 22/12 22/13 23/3 23/7 23/15 24/4 24/16 28/7 28/14 30/14 31/4

couldn't [3] 23/6 40/7 46/12
counsel [3] 3/11 53/1 56/25
count [1] 32/18
country [10] 4/20 9/11 11/20 13/2 14/25 16/24 22/17 31/11 37/6 42/10
counts [3] 32/17
county [1] 36/2
couple [4] 15/3 20/24 21/11 44/21
course [4] 17/12 17/15 22/8 54/9
court [23] 1/1 2/7 2/8 24/5 24/9 24/17 36/6 36/22 36/22 36/25 37/3 37/14 38/9 38/12 40/2 44/22 45/9 46/19 56/7 57/10 57/18 58/10 63/7
Court's [1] 7/15
courtesy [1] 60/25
Courtroom [1] 59/9
COVID [1] 63/6
COVID-19 [1] 63/6
CR [1] 1/4
crazy [1] 9/19
create [1] 37/11
credible [3] 13/14 13/21 26/20
credit [2] 40/15 43/5
credited [1] 13/22
crew [2] 23/9 23/12
criminal [3] 3/3 48/11 57/10
CRM [1] 1/13
cross [3] 4/20 10/3 17/16
cross-country [1] 4/20
CRR [2] 63/2 63/11
cryptically [1] 21/18
cued [1] 16/20
cuffs [1] 39/2
custodian [4] 57/7 57/16 59/1 59/4
custodians [1] 57/11
custody [4] 38/17 38/21 56/3 60/6
cut [1] 16/23

# D

D.C [34] 1/5 1/14 1/18 2/4 2/10 4/20 5/24 6/4 6/24 10/12 15/12 20/6 24/23 25/7 25/8 26/23 26/23 27/6 27/11 27/13 27/14 27/15 27/24 28/16 28/23 28/25 32/9 37/9 37/10 37/23 45/19 46/12 50/24 60/16
danger [8] 18/7 23/22 38/20 48/5 48/5 49/24 52/21 53/4
dangerous [4] 23/1 36/15 39/5 49/23

dangerousness [7] 12/23 13/15 36/5 47/25 48/19 52/5 52/10
date [5] 7/9 39/11 52/25 53/2 63/10
dated [1] 7/18
dates [1] 39/17
day [29] 6/12 6/22 6/22 7/22 8/23 9/14 11/1 11/13 11/24 13/9 13/10 21/5 25/5 27/14 27/14 28/10 33/1 35/20 41/6 41/23 44/18 46/22 47/8 47/8 50/6 50/13 51/15 52/4 53/18
days [2] 34/21 50/22
DC [1] 8/17
decide [3] 31/18 38/19 51/7
decided [2] 15/20 38/18
declaration [2] 4/25 5/7
declares [2] 5/14 6/8
declaring [1] 8/22
declines [1] 8/25
defendant [4] 1/7 2/2 3/9 48/24
defendants [2] 61/19 61/24 62/4
defense [12] 3/7 9/4 9/8 9/14 10/20 11/3 11/10 18/9 21/8 42/15 62/5 62/6
defense's [1] 11/14
definitive [1] 23/16
definitively [2] 21/21 22/2
degree [1] 53/4
demand [1] 22/22
democratic [1] 49/2
dentist [2] 55/2 55/3
deployment [1] 8/8
Depot [1] 40/9
Deputy [1] 59/9
describe [1] 16/14
described [1] 14/10
detail [1] 38/4
detain [2] 17/10 36/5
detained [4] 18/10 43/7 43/8 50/8
detention [8] 12/12 18/14 23/3 47/19 47/22 47/23 52/22 53/15
determinations [1] 48/8
determine [1] 36/14
devices [1] 17/25
dialogue [1] 32/21
did [31] 10/16 10/23 10/23 15/4 15/7 15/11 15/13 15/14 15/24 15/24 16/14 16/21 18/7 18/21 21/23 22/1 22/2 32/22 32/23 36/3 36/8 36/8 36/23 38/19 40/8 42/3 43/14 46/7 46/22 52/6 54/12

didn't [19] 15/15 15/16 16/1 16/1 16/11 17/9 18/23 18/23 19/16 25/21 33/24 34/16 35/20 36/7 40/8 41/25 51/14 52/11 56/24
difference [1] 41/11
different [16] 13/24 18/18 19/10 24/13 30/13 32/6 32/10 32/12 33/13 36/25 43/9 43/11 43/12 43/17 44/16 51/6
dilatory [1] 18/6
diminish [1] 51/2
dined [1] 42/3
dining [2] 13/1 54/24
dinner [1] 42/2
directed [1] 34/8
directions [1] 50/3
directly [1] 54/8
disclose [1] 57/1
discuss [2] 30/14 61/15
discussed [1] 49/14
discussing [1] 58/21
discussion [1] 19/6
dispute [5] 32/5 34/1 34/25 47/18 48/10
disputed [1] 25/25
disputing [1] 35/5
disrupt [4] 19/17 21/22 22/25 49/1
dissatisfaction [1] 37/6
distance [1] 39/1
distancing [1] 51/17
DISTRICT [12] 1/1 1/1 1/10 1/17 10/1 10/5 10/16 26/9 51/4 51/5 51/14 61/1
do [40] 3/25 6/9 8/7 8/8 9/14 9/24 9/25 10/11 13/23 15/16 16/1 17/7 18/12 18/19 20/3 20/14 20/16 21/20 24/16 33/9 33/25 35/9 39/10 39/16 40/22 41/5 42/19 43/21 46/22 47/15 48/5 49/14 49/18 55/11 57/19 59/8 59/10 60/2 60/12 61/17
Do you [1] 13/23
do you have [4] 9/25 18/19 39/16 40/22
do you know [1] 39/10
documented [1] 46/6
documents [2] 24/13 35/16
does [11] 17/19 19/7 19/23 21/14 21/18 41/3 48/22 51/16 53/4 56/16 57/9
doesn't [8] 13/22 25/6 35/4 37/23 38/1 45/15 45/18 48/10
doing [14] 10/13 11/2 16/9 16/12 16/12 16/15 20/15 26/10 27/10 31/18 35/24 39/4 45/2 51/2

**D**

DOJ [1]  1/13
DOJ-CRM [1]  1/13
don't [38]  6/16 9/5 10/4
11/5 11/16 14/17 14/19
14/20 17/1 18/5 19/6
19/8 25/23 32/5 32/12
34/1 36/4 36/12 36/16
39/11 39/13 39/17 40/1
40/16 42/24 42/25 43/3
43/22 44/4 53/2 56/6
56/21 57/12 58/5 60/10
60/12 62/6 62/7
done [2]  44/10 46/20
53/23
doorstep [2]  24/23
25/7
dot [1]  17/15
double [1]  7/12
down [8]  22/20 23/13
23/13 27/6 27/15 29/25
45/10 48/18
downtown [4]  26/24
26/25 27/23 28/15
dozens [2]  17/24 17/25
dramatic [1]  26/4
drive [1]  34/16
driven [1]  28/16
drives [1]  33/23
driving [1]  28/2
drone [19]  6/10 6/13
6/23 6/24 7/5 7/9 8/6
8/21 9/2 9/24 10/1 10/2
10/12 11/1 11/2 37/17
37/18 37/19 42/14
drones [2]  6/25 8/16
dropped [1]  44/18
drove [3]  15/11 39/1
42/9
drugs [3]  21/10 21/14
21/16
due [1]  17/23
during [7]  5/10 25/9
41/2 41/14 42/13 54/9
63/5

**E**

each [3]  16/13 24/10
24/14
earlier [4]  6/22 21/13
28/16 29/11
easier [2]  4/6 52/25
eat [1]  53/17
ECF [2]  7/8 8/11
Ed [1]  38/22
EDWARD [2]  1/6 3/4
effect [1]  13/12
either [2]  19/25 54/8
55/24
election [4]  12/13
19/18 34/24 44/3
electoral [2]  5/13 9/1
eligible [2]  47/23 57/6
else [16]  13/17 13/17
13/19 22/24 26/10 32/3
34/18 36/14 43/13
43/23 44/5 44/11 44/16
51/12 53/21 61/3

57/25
emergent [2]  54/22
55/8
emphasize [1]  45/9
46/18
encampment [2]  4/19
5/4
encrypted [2]  18/1
59/23
end [3]  7/12 19/16 52/4
enemies [1]  7/4
enforcement [1]  33/22
engage [1]  52/8
engaged [3]  51/20 52/1
52/3
engaging [2]  12/3
57/19
enough [4]  45/9 47/22
ensure [5]  42/20 48/2
52/6 52/7 60/7
enter [2]  25/21 62/4
entered [1]  23/8
enterprise [1]  18/18
entire [1]  46/4
entirely [1]  51/24
entries [1]  7/18
entry [1]  7/9
equipment [1]  14/24
equipped [2]  22/18
41/9
essentially [1]  59/17
establish [1]  35/16
established [1]  48/1
Eureka [2]  27/19 28/1
evasive [1]  37/13
even [15]  5/1 6/22 9/3
11/6 24/20 25/6 25/19
36/15 36/24 37/17
41/13 42/6 44/17 44/17
48/10
evening [2]  7/2 10/11
event [2]  12/6 43/20
events [4]  5/22 6/11
25/9 32/20
every [1]  48/4
everybody [5]  33/19
43/13 46/24 62/20
62/20
everyone [6]  22/22
25/17 43/23 44/16 61/3
61/5
everything [4]  28/12
29/24 33/6 38/5
everywhere [1]  46/7
evidence [17]  3/23
12/9 14/4 18/13 18/19
18/20 19/23 30/15 36/5
38/7 48/1 48/19 49/6
49/11 49/13 50/7 51/20
evidentiary [1]  49/7
exactly [6]  16/11 16/12
19/21 22/20 40/8 45/20
example [1]  44/23
examples [1]  37/4
except [1]  54/22
exception [1]  50/15
excluded [1]  15/17

execution [1]  12/7
exfi [1]  30/8
exfil [7]  29/4 29/21
30/11 40/25 41/3 41/11
41/14
exfilling [2]  30/17
30/18
exhibit [4]  7/8 8/4
24/24 25/6
Exhibit 1 [2]  24/24
25/6
exists [1]  21/6
expelled [1]  30/21
explain [1]  24/8
explanation [1]  33/14
explicit [1]  29/21 45/1
explicitly [1]  30/7
expressed [2]  33/5
46/20
expressly [2]  30/16
40/18
extensively [1]  3/22
extent [4]  25/20 31/4
33/4 50/19
extraction [1]  41/10
extreme [1]  37/5
extremely [1]  44/7
eye [2]  2/3 20/15
eyes [1]  26/20
eyewitness [1]  46/1

**F**

face [2]  9/17 27/19
facility [4]  47/1 47/5
56/13 60/19
fact [11]  10/22 11/10
13/21 17/7 20/23 38/15
38/16 42/1 43/4 47/21
51/11
factor [3]  38/7 48/8
52/23
factors [1]  48/6
facts [1]  46/18
factual [2]  11/16 46/17
failed [2]  19/17 41/6
fair [2]  3/23 19/19
fairly [1]  44/11
fall [1]  50/16
falls [1]  49/25
familiar [1]  4/8
far [4]  24/16 26/5 52/1
53/3
fast [2]  18/3 18/4
favor [2]  48/9 48/17
FBI [4]  38/18 39/2 39/6
39/10
federal [1]  17/21
ferry [2]  27/3 27/22
28/19
few [5]  7/11 11/17 32/1
46/23 47/17
Fifth [1]  56/23
fight [3]  9/16 11/11
31/2
filed [2]  3/23 20/25
finally [1]  9/22
find [1]  21/7 27/18

finds [4]  27/18 27/25
28/2 45/22
fine [3]  45/3 46/21
58/19
finish [1]  11/16
firearm [1]  14/24
firearms [4]  18/13 54/1
54/6 54/8
first [10]  3/16 7/24
14/23 17/18 26/18 27/6
29/9 29/10 39/9 56/25
First Amendment [1]
17/18
fits [1]  50/20
fix [4]  12/13 12/15 36/1
44/3
fixed [1]  55/3
flew [1]  16/23
flight [1]  7/5
Florida [2]  31/19 50/6
fly [3]  8/16 8/18 15/21
focused [2]  26/21
40/18
folks [1]  43/11
follow [1]  50/4
following [8]  8/14
10/15 42/23 42/25
foot [1]  50/17
footage [5]  10/8 10/11
18/15 21/3 21/6
force [7]  15/5 15/7
19/15 23/19 41/16
48/25 51/13
forces [1]  6/1
foregoing [1]  63/3
forms [1]  53/19
forth [4]  13/8 40/11
47/20 56/14
forward [1]  5/7
found [5]  22/9 22/10
27/6 27/20 45/20
foundation [1]  49/7
founded [1]  49/10
four [1]  30/16
Fourth [1]  1/18
frankly [1]  20/14
Friday [3]  3/19 60/12
62/21
friend [1]  35/10
friends [2]  24/25 25/14
full [1]  18/23
fully [5]  32/19 50/25
52/12 52/12 55/18
functional [1]  7/20
furious [2]  15/15 15/25
further [6]  4/2 5/22
35/11 42/18 44/22
51/24
furtherance [1]  6/15
future [2]  52/5 52/10
FYI [1]  8/6

**G**

game [1]  26/10
gap [1]  30/6
Garden [2]  42/2 42/4
gave [2]  38/21 50/2

gear [2]  16/16 20/11
general [1]  4/7
gentleman [1]  50/16
get [25]  5/22 8/20
10/10 14/5 14/17 24/16
27/13 28/10 29/19
30/10 37/7 38/14 38/20
40/24 41/3 43/20 47/22
50/12 53/1 55/3 55/14
60/8 60/8 60/24 61/10
gets [8]  20/12 20/13
25/7 27/16 28/9 28/25
45/23 54/7
getting [2]  46/18 59/22
give [10]  7/11 15/8
23/15 32/17 37/3 39/13
46/23 47/16 56/24
61/14
given [4]  4/3 14/10
47/20 52/18
gloss [1]  9/6
go [20]  6/6 11/16 13/8
15/12 17/24 21/7 23/1
23/13 24/23 34/8 34/23
35/7 36/9 39/5 40/11
46/16 47/12 54/18 55/2
61/8
goal [2]  19/3 30/11
goals [1]  42/19
God [1]  14/17
goes [6]  4/24 5/7 5/15
12/5 41/11 41/13
going [48]  4/9 4/25 5/7
5/12 6/25 7/1 8/23 8/24
9/13 9/14 9/19 10/25
11/13 12/13 12/14
12/17 15/8 18/16 20/17
24/6 24/19 25/6 25/7
28/4 31/12 34/15 35/14
35/15 36/1 36/2 36/8
37/22 38/1 38/13 42/1
42/5 42/6 42/12 44/2
47/12 49/2 51/19 52/8
53/16 53/17 54/25
56/14 59/8
gone [3]  27/6 30/24
43/4
good [11]  3/2 3/11
3/12 3/14 20/14 20/15
24/1 24/2 31/6 35/4
58/20
Good afternoon [1]
3/14
goodies [1]  14/12
got [13]  5/1 5/2 18/15
18/16 26/23 38/18
38/25 45/23 46/9 46/10
50/25 51/1 56/23
gotten [3]  27/7 27/7
31/8
government [50]  1/13
3/6 4/14 5/3 5/5 5/21
13/18 15/4 15/15 15/23
16/6 16/14 17/2 17/5
17/9 17/15 17/19 17/24
18/6 18/22 19/20 19/24
20/13 21/3 21/23 24/11
24/12 24/17 25/9 27/21

**G**

**government... [20]** 29/1 31/5 32/10 33/6 33/12 35/16 36/4 37/22 38/2 38/9 38/14 38/19 43/4 43/7 45/3 46/1 47/25 48/10 49/16 51/22

**government's [14]** 4/3 19/7 26/14 26/20 27/8 30/9 31/13 31/19 36/20 36/24 37/15 45/8 45/11 47/20

**GPS [1]** 53/18

**Graceland [1]** 35/19

**grand [2]** 15/3 46/3

**grant [1]** 53/5

**greater [1]** 53/4

**grenades [1]** 22/10

**ground [4]** 6/4 23/21 41/23 42/17

**group [1]** 50/10

**groups [1]** 23/8

**grown [1]** 49/4

**guard [2]** 27/12 51/3

**guarded [1]** 9/11

**guarding [1]** 9/7 11/3 11/4 13/2 14/25 15/1 27/2 28/19 28/22 28/23 37/21

**guerilla [4]** 5/8 5/18 8/24 22/14

**guerrilla [1]** 4/25

**guess [10]** 3/25 13/11 14/15 24/8 24/16 25/19 31/6 43/10 60/10 60/22

**guilty [1]** 49/16

**guns [6]** 14/11 18/16 18/16 22/9 22/12 22/22

**guy [1]** 37/25

**H**

**had [28]** 10/2 18/11 19/6 21/3 23/2 23/4 26/1 28/15 31/22 32/1 32/21 33/18 34/3 35/24 36/1 39/9 40/3 40/7 41/5 41/6 41/20 41/20 41/22 43/9 45/24 46/6 52/17 62/2

**half [1]** 27/23

**hand [3]** 31/10 56/23 59/13

**hang [5]** 29/5 31/17 46/24 61/7 61/13

**happen [6]** 5/21 33/25 35/15 36/7 42/5 62/17

**happened [5]** 27/9 33/16 37/1 46/4 46/12

**happening [3]** 9/21 20/13 25/10

**happens [8]** 8/24 9/13 17/22 33/7 35/8

**happenstance [1]** 49/20

**happy [3]** 4/5 27/25 53/9

**hard [1]** 27/14

hardly [1] 44/19

**has [46]** 3/23 5/11 6/7 6/23 7/8 9/8 12/22 12/22 15/17 17/3 17/22 18/9 21/8 24/6 24/12 24/17 28/12 29/1 29/25 30/24 41/4 41/14 42/2 43/4 43/5 44/5 44/6 44/7 44/11 44/13 46/1 48/1 48/11 48/11 48/23 49/4 49/4 49/5 49/7 50/21 51/6 51/22 52/24 56/12 57/22 59/20

**hasn't [2]** 26/5 50/13 53/23

**have [103]**

**haven't [3]** 25/25 52/17 55/22

**having [2]** 3/19 52/3

**he [178]**

**He did [1]** 42/3

**He may [1]** 47/16

**he said [4]** 38/1 38/24 39/14 46/9

**He traveled [1]** 27/15

**he'll [1]** 60/11

**he's [71]**

**head [2]** 50/9 54/11

**hear [11]** 3/12 4/2 35/20 45/6 58/5 58/7 58/9 58/10 58/13 58/16 58/17

**heard [2]** 24/21 31/9

**hearing [11]** 1/9 3/10 14/16 23/3 38/6 38/16 38/16 47/19 47/22 60/12 63/5

**hearings [1]** 49/6

**heart [2]** 5/15 49/2

**heck [1]** 31/10

**held [4]** 12/10 20/24 36/20 60/16

**help [4]** 4/7 27/12 28/13 29/18

**her [23]** 23/9 40/1 40/4 40/6 50/12 50/13 50/14 56/21 56/25 56/25 57/14 57/15 57/16 57/20 57/24 57/25 58/1 58/5 58/10 58/15 58/16 58/16 58/17

**here [24]** 3/20 4/10 5/1 7/1 7/11 7/12 7/13 11/8 15/23 17/13 17/13 19/9 21/22 22/22 29/18 37/15 46/19 47/18 48/20 50/25 51/1 52/5 52/13 62/10

**here's [2]** 36/7 39/14

**hey [3]** 37/19 38/22 41/3

**Hi [1]** 58/18

**hide [1]** 39/5

**high [5]** 14/17 24/8 30/14 38/11 46/19

**highlighted [1]** 12/11

**him [31]** 12/18 12/22 14/15 14/24 17/4 18/7

27/17 28/9 28/10 36/5 38/20 38/22 39/22 39/22 42/3 47/16 48/20 50/23 52/19 53/1 55/1 55/19 55/25 56/2 57/20 60/24 61/10

**himself [1]** 9/20

**hinted [1]** 21/8

**his [79]**

**history [2]** 48/9 57/10

**hold [1]** 30/10

**Holman [2]** 2/6 3/8

**home [32]** 8/18 15/21 16/23 20/17 33/15 33/24 34/7 34/8 34/16 34/23 35/7 35/21 36/9 40/9 40/11 40/11 42/11 53/15 53/18 54/1 54/6 54/13 54/13 54/16 54/18 54/20 54/21 54/23 56/4 56/13 58/24 60/24

**homicide [1]** 36/12

**honestly [1]** 25/17

**Honor [40]** 3/2 4/5 7/22 8/2 11/18 17/14 19/21 22/25 24/1 26/12 26/22 29/8 30/2 31/16 31/23 33/3 34/2 34/25 35/25 36/17 38/6 39/25 40/7 40/23 44/19 47/2 47/7 47/8 53/13 54/2 54/12 55/20 56/1 57/3 57/22 58/15 60/15 60/25 61/4 61/6

**HONORABLE [1]** 1/10

**hope [1]** 14/17

**horrific [1]** 36/18

**host [1]** 13/15

**hotel [18]** 6/5 10/10 15/2 15/10 16/5 16/9 18/17 21/3 27/1 27/4 27/10 27/11 28/11 28/12 29/6 29/13 41/21 45/23

**hour [5]** 27/13 28/10 28/16 30/6 45/15

**hours [4]** 27/17 29/23 29/24 53/18

**House [2]** 37/12 50/8

**how [19]** 3/25 6/23 9/18 12/12 14/11 16/14 17/11 18/9 29/14 29/15 38/17 43/13 45/9 58/18 58/19 60/11 60/23 60/10 61/10

**hugs [1]** 15/8

**hundreds [4]** 17/24 24/25 37/4 44/24

**hung [1]** 27/9

**hunt [1]** 23/13

**husband [1]** 59/6

**hypothetically [1]** 25/24

**I**

**I am [1]** 58/22

**I believe [7]** 7/3 14/2 14/3 30/20 43/14 58/4 61/21

**I can [7]** 7/11 14/5 24/15 29/14 29/15 56/21 58/13

**I can't [1]** 45/9

**I could [1]** 4/6

**I didn't [1]** 52/11

**I didn't know [1]** 16/11

**I don't [14]** 6/16 11/5 18/5 32/5 34/1 36/4 39/11 39/17 40/16 42/25 43/3 53/2 62/6 62/7

**I expressed [1]** 33/5

**I guess [7]** 3/25 14/15 24/8 24/16 25/19 31/6 60/10

**I have [10]** 16/25 29/11 39/5 46/14 49/18 53/6 55/24 61/25 62/1 62/2

**I haven't [2]** 52/17 55/22

**I hope [1]** 14/17

**I just [1]** 43/22

**I know [7]** 4/8 9/8 18/8 26/7 53/9 53/15 56/22

**I mean [14]** 21/19 25/24 26/9 29/24 30/6 30/13 31/8 31/14 32/17 43/18 51/3 52/12 56/9 57/2

**I misspoke [1]** 31/25

**I should [3]** 19/9 32/19 49/1

**I think [27]** 3/19 6/11 8/4 9/10 12/10 13/13 15/22 17/14 21/8 29/25 36/11 36/22 37/11 38/15 40/12 40/15 41/21 43/24 51/22 52/13 52/14 52/19 54/20 57/14 60/17 61/12

**I understand [2]** 24/12 26/19

**I want [4]** 38/12 41/25 44/20 55/21

**I was [4]** 3/17 8/12 16/12 26/19

**I will [6]** 53/5 53/5 57/2 58/1 60/5 62/20

**I would [1]** 57/10

**I'll [14]** 4/2 4/7 14/6 32/17 39/6 41/3 46/24 47/13 52/23 57/20 59/19 60/6 61/2 62/12

**I'm [28]** 4/5 7/15 17/8 22/5 26/5 29/18 31/20 31/25 35/5 36/1 36/2 37/13 37/15 39/4 39/4 39/5 40/14 46/2 47/12 48/21 55/16 58/15 58/19 58/20 59/8 61/10 62/9

**I'm disputing [1]** 35/5

**I'm going [4]** 36/1 36/2 47/12 59/8

**I'm not [6]** 37/13 39/4 39/4 46/2 48/21 62/9

**I's [1]** 17/16

**I've [13]** 31/8 31/8 31/9 36/10 40/6 43/1 50/19 55/11 56/9 56/23 62/2 62/7 62/9

**idea [2]** 26/18 34/3

**ideas [1]** 40/7

**identify [3]** 7/8 49/21 49/22

**identity [1]** 17/8 51/23

**ignores [1]** 38/10

**immediately [3]** 17/4 26/23 54/1

**impact [2]** 20/14 40/13

**important [4]** 38/7 38/15 38/16 41/1

**impose [1]** 55/25

**imposed [2]** 52/6 55/24

**impossible [1]** 28/14

**impress [1]** 62/12

**inappropriate [1]** 62/4

**incarceration [2]** 54/13 54/16

**inclined [1]** 62/9

**include [3]** 57/17 59/22 62/9

**included [2]** 62/1 62/8 62/9

**includes [1]** 53/15

**including [2]** 51/19 52/14

**inconsistent [2]** 11/12 21/13

**incredible [1]** 14/10

**Indiana [1]** 16/18

**indicators [1]** 24/7

**indicted [2]** 12/5 17/6

**indictment [6]** 4/11 4/12 4/17 5/9 32/16 38/19

**indirectly [1]** 54/8

**individual [2]** 43/25 44/5

**individuals [2]** 46/20 49/23

**indulgence [1]** 7/15

**influence [1]** 41/22

**information [3]** 10/4 40/2 61/14

**initial [1]** 14/2

**initially [1]** 43/8

**Inn [12]** 5/25 10/9 10/13 16/19 21/3 26/16 26/16 28/3 28/5 28/16 44/18 46/7

**innocent [1]** 28/6

**innocently [1]** 27/24

**inquire [1]** 59/7

**insane [1]** 11/24

**inside [1]** 10/12

**instance [1]** 16/6

**instead [1]** 19/11

**instigating [1]** 44/25

**instructing [1]** 3/18

## I

instructions [1] 50/3
Insurrection [2] 32/8
35/14
integral [6] 41/19
42/11 45/2 45/12 45/16
46/15
intended [1] 49/14
intent [2] 33/25 35/17
intention [1] 36/13
intentionally [1] 49/19
interested [1] 56/19
interesting [1] 19/5
interfere [2] 8/25 17/19
interfering [1] 5/13
Internet [2] 53/19
59/22
interpreted [1] 29/10
interview [1] 18/1
intimately [1] 4/8
invade [1] 19/12
investigation [4] 17/22
17/25 22/8 51/24
investigations [1]
17/21
invoke [1] 32/8
invoked [1] 35/14
involve [1] 58/24
involved [5] 22/11
48/13 50/18 50/21
61/18
involves [1] 47/21
irate [2] 15/20 16/22
is [201]
isn't [4] 13/14 26/7
42/16 52/8
issue [4] 13/25 17/13
17/13 48/4
issues [3] 18/2 37/14
47/4
it [100]
it did [1] 15/7
it would be [3] 22/15
22/17 22/23
it's [40] 4/3 4/24 5/7
7/6 7/17 8/5 8/18 8/24
9/17 10/7 19/5 19/9
23/18 25/10 25/10
25/18 27/14 30/5 30/25
31/5 31/21 31/23 32/14
33/1 35/15 36/1 37/13
37/25 38/13 39/14
40/12 44/15 49/11 51/8
51/23 52/13 52/24
54/21 56/2 62/4
its [4] 17/23 24/11
24/17 43/5
itself [1] 47/11

## J

jail [3] 20/25 60/16
61/10
James [1] 43/14
January [46] 4/22 5/2
5/10 5/23 9/3 9/22
10/12 11/7 11/19 11/23
12/5 12/6 13/10 15/10
15/19 18/25 19/2 19/12

20/16 20/21 24/23
25/22 27/1 27/5 27/15
32/7 32/20 33/6 33/16
33/20 34/2 34/9 34/12
35/23 36/7 41/18 42/1
42/7 48/24 50/7 50/22
61/18
January 6th [11] 4/22
5/23 11/7 11/23 12/6
19/2 27/5 27/15 34/2
42/7 48/24
jargon [1] 9/9
JC [1] 47/1
Jessica [1] 23/9
Jessica Watkins [1]
23/9
job [1] 8/18
joined [1] 50/9
joining [1] 48/25
joint [1] 62/5
journey [1] 4/20
judge [4] 1/10 3/13
58/13 58/21
Judge Mehta [1] 58/21
judgment [1] 25/5
jury [5] 3/18 15/4 31/17
46/3 51/7
just [57] 4/6 4/10 4/10
6/5 7/7 7/12 8/20 9/15
9/18 9/24 11/12 12/25
14/15 14/19 14/21
20/23 22/5 22/25 23/1
24/17 25/18 25/23
28/15 29/6 30/25 31/21
32/1 32/5 32/24 33/16
33/17 35/25 36/12
36/15 37/24 40/23
41/11 42/9 42/16 42/19
42/22 43/22 45/25 46/6
46/12 46/20 46/24 47/4
47/12 49/7 49/8 49/11
50/19 56/9 60/14 61/24
62/12
justification [1] 10/23

## K

Kathryn [2] 1/16 3/5
Kathryn Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/20
keep [2] 26/19 36/8
Keeper [2] 25/2 43/2
Keepers [8] 20/2 32/5
32/25 33/18 50/5 50/10
50/24 51/9
keeping [1] 16/7
Kelly [5] 4/18 7/3 23/12
23/13 38/2
key [2] 4/18 27/19
kick [3] 3/19 15/16
16/2
killing [2] 44/24 46/21
kind [16] 4/6 4/10 9/5
10/23 11/10 11/22 16/7
21/1 24/5 30/23 44/11
52/3 52/8 52/21 61/22

kinds [1] 15/11
knew [2] 17/5 33/17
know [108]
knowing [1] 14/11
knowledge [2] 14/5
17/8
knowledgeable [1]
42/12
known [2] 17/3 51/22
knows [1] 60/7

## L

ladder [1] 50/17
laid [1] 12/4
language [3] 5/15 8/23
40/25
large [3] 20/10 20/20
44/7
last [5] 3/17 3/18 39/21
47/7 47/8
later [6] 6/7 23/16
29/23 29/24 36/15
37/24
laughed [1] 16/13
launch [7] 6/10 6/13
6/25 7/5 8/21 10/1 10/2
launching [5] 9/2
10/12 11/1 11/2 42/14
law [1] 33/21
lawyer [3] 51/6 54/25
54/25
layers [1] 30/14
lead [1] 5/2
leader [2] 50/2 50/5
leaders [1] 49/21
learn [1] 5/11
learned [3] 6/20 20/23
21/2
learns [1] 21/6
least [11] 7/18 14/2
19/19 30/16 31/22 36/6
36/21 38/7 47/25 49/15
61/12
leave [9] 45/19 54/17
54/18 54/22 54/24
54/24 54/25 55/7 60/6
leaves [1] 27/11
leaving [2] 16/11 48/10
led [1] 50/10
left [6] 15/10 26/15
37/4 41/20 46/10 46/12
legitimate [1] 51/25
Leigh [1] 1/16
less [3] 41/22 44/11
45/4
let [12] 7/12 8/8 13/8
17/9 29/14 29/15 29/19
42/24 47/4 49/7 55/11
60/14
let's [6] 15/12 25/23
38/20 55/4 57/14 57/15
level [6] 24/8 24/14
30/15 38/4 38/11 46/19
Lexington [3] 5/14
5/17 20/21
liberty [1] 52/9
life [1] 36/9

lightly [1] 52/11
like [20] 6/16 18/3
21/10 24/25 26/24 28/3
28/5 35/12 35/15 37/17
37/19 38/23 40/22
41/21 44/25 45/4 45/5
50/3 56/22 59/23
likely [1] 10/7
limitations [1] 63/7
line [3] 23/11 40/1
50/12
lines [5] 9/4 9/7 9/15
10/20 11/3 11/14 42/15
linked [1] 32/19
list [1] 59/20
litany [1] 38/8
literally [1] 24/22
little [1] 29/25
live [2] 39/23 56/17
lived [2] 56/5 56/10
living [2] 31/9 58/24
location [2] 56/5 56/6
lodged [1] 49/17
logic [2] 33/5 33/8
long [4] 17/5 28/9 39/1
48/15
long-term [1] 48/15
longer [3] 32/16 32/24
44/14
look [15] 10/25 11/6
11/12 12/11 25/13
36/10 38/9 41/21 43/23
43/24 44/22 45/11
46/16 47/18 49/18
looked [2] 18/8 18/10
looking [14] 4/19
20/17 23/2 24/23 27/16
27/24 28/7 28/23 41/18
41/23 45/16 45/17
49/11 50/7
loosening [1] 43/5
lose [1] 42/3
lost [2] 26/25 34/3
lot [7] 23/6 31/10 34/20
35/3 35/7 40/9 45/7
lots [1] 34/17
Louis [2] 1/13 3/5
louis.manzo [1] 1/15
lower [1] 50/17

## M

made [4] 8/18 13/4
24/25 59/17
magistrates [1] 43/8
magnitude [1] 17/15
main [2] 18/12 32/18
mainstream [1] 37/4
major [1] 9/12
make [16] 4/2 5/9
11/19 17/17 35/4 38/20
40/14 42/24 46/17
52/11 52/13 55/17
55/21 57/15 59/20
60/23
makes [6] 4/6 25/4
28/13 28/25 29/9 45/22
making [5] 12/24 13/20

high [2] 4/24 48/2
48/25
lightly [1] 52/11
man [1] 38/19
many [5] 6/12 30/14
32/6 49/17 52/15
Manzo [16] 1/13 3/5
4/4 6/18 7/7 9/23 11/15
13/23 22/24 23/24
32/21 40/22 42/22
42/23 47/15 55/23
March [1] 42/7
marriage [1] 48/15
massive [3] 4/15 5/19
12/2
material [2] 52/16
matt [1] 2/5
matter [1] 63/4
matters [2] 56/7 56/8
Matthew [2] 2/2 3/7
may [10] 1/5 28/5 32/8
44/19 47/16 47/16
51/25 56/24 61/13
63/10
maybe [8] 4/3 6/22
7/11 31/20 51/6 52/23
52/24 56/9
me [23] 3/12 7/11 7/12
8/23 13/8 15/16 16/1
17/9 29/14 29/15 29/19
29/19 40/8 42/24 44/5
46/23 47/4 49/7 53/14
58/7 59/18 60/9 60/14
mean [19] 17/13 21/19
25/24 26/9 29/24 30/6
30/13 31/1 31/7 31/8
31/14 32/17 42/24
43/18 51/3 51/7 52/12
56/9 57/2
means [4] 19/16 53/16
54/17 60/13
meant [5] 29/20 45/19
46/13 46/14 46/15
mechanical [1] 2/12
media [1] 45/7
medical [2] 54/19 55/8
meet [7] 3/18 11/20
20/6 20/7 39/1 39/5
54/19
meeting [1] 34/15
Meggs [4] 4/18 7/3
38/2 43/12 50/5
Meggs' [2] 23/12 23/13
MEHTA [2] 1/10 58/21
member [1] 50/24
memo [1] 12/12
memory [1] 30/1
mens [1] 24/7
mentioned [2] 16/7
50/19
mere [1] 20/23
Merit [1] 2/7
message [2] 29/18
46/13
messages [11] 6/21
7/2 10/25 11/6 11/12
11/13 18/21 29/17
35/22 40/24 44/1
messaging [3] 4/18 6/2
42/8

**M**

middle [3]  28/7 33/11 41/15
might [3]  10/10 32/7 61/9
mile [1]  27/23
miles [2]  27/23 42/10
military [5]  6/14 9/9 11/4 48/12 48/14
military's [1]  9/6
militia [3]  20/11 32/9 50/9
millions [1]  35/10
mind [3]  34/11 34/13 34/16
mindful [1]  56/23
mindset [6]  34/20 35/12 35/25 39/3 39/4 41/12
minimum [1]  25/25
minute [3]  30/6 46/24 47/13
minutes [9]  5/24 9/11 13/2 29/8 29/11 32/2 44/21 46/23 47/17
misimpression [1]  56/10
missed [2]  54/13 55/22
missing [2]  31/20 55/16
mission [4]  15/6 41/8 41/9 41/10
misspoke [1]  31/25
misunderstanding [1]  8/12
modified [2]  14/6 19/9
moment [1]  33/12
moments [1]  7/11
monitored [1]  5/18
months [1]  39/17
more [14]  17/1 19/11 19/13 29/20 31/20 33/5 36/22 38/22 41/13 44/10 45/2 45/5 49/5 49/5
morning [7]  10/15 27/6 27/16 37/21 45/14 45/18 57/4
moseyed [1]  27/10
most [11]  17/21 26/13 28/6 28/18 30/21 38/15 38/16 48/13 48/23 49/22 49/22
motherfucker [2]  12/14 44/2
motion [10]  3/22 14/2 14/3 14/10 21/8 22/21 33/4 37/16 47/20 53/5
move [3]  17/10 18/3 36/9
moved [3]  18/4 23/9 36/3
movement [1]  35/10
moving [2]  18/6 42/18
MPD [1]  30/21
Mr [4]  21/21 45/3 50/16 61/8
Mr. [144]

**N**

nail [1]  22/19
Nancy [1]  23/13
nature [2]  17/23 48/20
near [4]  28/8 28/8 51/15 52/12
need [12]  12/10 17/1 17/2 22/18 29/19 39/17 41/3 44/22 51/24 55/7 58/12 59/8
needed [2]  27/5 45/21
needing [1]  44/8
needs [2]  17/15 41/23
neutralized [1]  38/21
never [1]  46/10
new [5]  1/14 14/14 26/21 56/6 56/13

Mr. Caldwell [4]  18/14 18/14 44/23 45/5
Mr. Caldwell's [1]  23/3
Mr. James [1]  43/14
Mr. Manzo [14]  4/4 6/18 7/7 9/23 11/15 13/23 22/24 23/24 32/21 40/22 42/22 42/23 47/15 55/23
Mr. Meggs [1]  43/12 50/5
Mr. Peed [10]  4/1 13/20 14/14 23/25 25/19 41/17 50/21 57/24 60/8 60/10
Mr. Peed's [4]  7/13 13/13 13/16 14/2
Mr. Rhodes [20]  4/12 19/3 20/1 20/7 20/9 20/17 20/19 25/3 25/11 25/12 32/22 33/15 33/24 34/3 35/20 36/11 43/12 44/7 50/1 53/3
Mr. Rhodes's [1]  44/9
Mr. Vallejo [77]
Mr. Vallejo's [10]  4/11 15/18 19/24 21/24 23/19 35/10 46/5 48/9 48/24 59/20
Ms [1]  59/14
Ms. [11]  50/8 57/22 58/4 58/6 58/8 58/18 59/12 59/17 59/20 59/24 61/11
Ms. Vallejo [10]  57/22 58/4 58/6 58/8 58/18 59/12 59/17 59/20 59/24 61/11
Ms. Watkins [1]  50/8
much [11]  33/2 34/13 37/7 44/23 45/2 45/4 45/5 45/9 45/18 46/19 62/15
must [1]  54/1
my [18]  3/19 14/10 17/2 17/4 26/18 27/19 31/24 31/25 33/4 36/1 39/7 39/14 43/20 55/2 55/3 55/3 56/2 58/16
myself [1]  38/25

**N**

night [3]  26/24 27/1 42/1
no [36]  1/4 3/3 11/7 11/24 14/1 15/14 15/25 21/16 21/16 26/18 30/2 31/23 32/16 32/24 33/3 34/3 38/3 38/21 44/5 44/11 44/14 44/22 47/18 48/2 48/11 51/20 53/8 54/20 54/23 56/1 60/17 61/4 61/22 62/3 62/16 62/18
No. [1]  8/12
No. 74 [1]  8/12
nobody [1]  48/20
Nods [1]  54/11
non [1]  7/20
non-functional [1]  7/20
none [2]  44/1 51/1
nonprofit [1]  48/13
norm [1]  52/9
North [1]  31/19
North Carolina [1]  31/19
not [137]
note [2]  52/23 63/5
nothing [4]  39/5 40/10 52/16 52/16
notice [1]  55/19
notifying [1]  57/17
notwithstanding [1]  44/10
November [1]  4/12
now [21]  3/20 7/16 12/18 12/22 17/3 18/15 19/11 19/20 23/16 29/1 32/18 32/21 36/13 49/15 50/10 52/13 57/22 58/16 58/17 59/17 59/24
numb [1]  6/11
number [2]  26/21 39/13 48/6
numbered [2]  8/3 14/21
NW [4]  1/14 1/18 2/3 2/9

**O**

oath [12]  20/2 25/2 32/5 32/25 33/17 43/2 50/5 50/9 50/24 51/8 59/8 59/14
object [1]  19/3
objections [1]  22/14
objective [1]  30/15
observation [2]  42/25 52/11
observations [1]  13/20
observe [3]  59/6 59/18 59/24
observed [2]  13/9 59/25

observes [1]  9/14
obtain [1]  53/25
obviously [2]  24/3 53/3
occurred [1]  63/5
October [4]  39/18 39/19 39/20 39/21
off [4]  4/10 44/18 47/12 47/16
offense [1]  47/21
offer [5]  28/13 29/9 29/10 33/10 33/11
offered [1]  51/4
offering [4]  30/11 40/25 41/15 41/16
offers [3]  29/1 29/3 29/4
offhand [1]  31/12
office [2]  1/17 38/24
officer [2]  2/6 59/10
Official [1]  2/8
oh [5]  8/10 11/11 47/9 47/17 61/8
Ohio [2]  31/20 50/9
okay [45]  3/12 3/15 8/11 8/11 8/19 10/6 10/14 10/19 16/19 19/22 22/4 22/24 23/23 30/4 36/6 38/19 40/20 46/25 47/1 47/3 47/5 47/6 47/17 54/4 55/5 55/6 55/9 55/10 55/14 55/21 56/15 57/5 57/8 58/14 58/17 59/6 59/11 59/16 60/1 60/4 60/14 60/21 61/2 61/3 62/10
Olive [2]  42/2 42/4
once [2]  38/18 38/18
one [33]  4/18 5/25 6/2 7/18 15/1 15/23 18/25 20/23 21/12 23/8 25/24 26/5 29/9 30/2 30/3 30/7 30/7 30/17 30/20 31/9 31/21 36/6 36/18 43/3 43/6 44/5 44/11 47/7 48/8 55/4 57/21 61/7 61/17
ongoing [1]  20/1
only [3]  17/12 24/15 57/17
operations [1]  6/24
operator [1]  8/7
opinion [1]  27/19
opportunity [3]  19/2 19/3 56/25
oppose [1]  44/9
opposed [1]  15/7
order [3]  26/8 54/5 61/21
other [27]  4/18 6/20 11/17 16/5 16/8 16/13 16/17 19/16 22/10 28/5 28/6 29/4 31/10 33/17 37/25 43/25 44/1 44/10 48/16 53/19 55/14 55/16 55/23 56/22 59/3 61/17 62/3
others [9]  42/4 48/25 49/17 51/18 52/11 53/7

otherwise [1]  49/8
ought [4]  4/4 13/22 17/11 52/23
our [9]  4/7 5/9 5/14 24/9 34/19 38/20 38/24 49/2 56/16
out [11]  4/6 10/10 12/4 14/20 29/19 38/14 41/4 41/7 51/21 53/17 54/24
outcome [1]  34/24
outfitted [8]  6/6 13/12 23/20 27/7 28/14 29/13 41/9 42/13
outset [4]  19/10 24/18 49/19 51/22
outside [5]  4/19 5/24 37/11 46/8 51/4
outskirts [1]  37/9
over [9]  4/1 16/8 26/1 30/12 31/11 33/12 36/1 41/6 51/3
overlap [1]  14/20
overnight [1]  46/12
overrun [1]  30/24
overt [1]  6/15
overtake [1]  30/23
overthrow [1]  48/25
own [7]  12/11 23/13 25/5 26/2 35/15 39/7 56/25

**P**

p.m [7]  1/6 27/18 28/2 29/7 47/14 47/14 62/22
pack [1]  14/13
page [4]  7/23 7/23 8/5 8/14
pages [1]  8/3
pandemic [1]  63/6
paperwork [2]  60/8 60/8
paragraph [4]  4/12 4/15 4/17 5/10
part [8]  24/18 27/17 28/18 28/21 28/22 32/9 54/14 61/21
parties [2]  3/21 61/17
party [7]  8/16 57/7 57/11 57/16 59/1 59/4 60/6
passport [2]  53/25 53/25
passports [1]  53/22
password [2]  39/14 39/15
past [2]  44/9 62/2
patience [1]  47/11
patriots [2]  11/8 25/18
Pause [5]  7/14 7/25 8/13 39/22 58/3
pay [1]  33/24
paying [1]  49/9
PDF [1]  8/3
peaceful [8]  18/25 19/14 19/15 49/1
Peed [14]  2/2 2/3 2/3 4/1 13/20 14/14 23/25

**P**

**Peed... [7]** 25/19 41/17 50/21 57/24 60/8 60/10 61/8
**Peed's [4]** 7/13 13/13 13/16 14/2
**Pelosi [1]** 23/13
**Pence [2]** 5/11 8/25
**pendency [1]** 54/9
**pending [1]** 52/22
**people [42]** 4/2 6/4 9/10 12/17 12/17 12/19 12/22 15/1 16/5 16/9 17/17 17/17 18/15 22/10 25/4 28/5 28/21 28/22 29/4 29/19 30/17 30/18 30/21 31/2 33/17 37/8 40/25 41/3 41/22 43/6 43/7 44/3 49/5 49/14 49/15 49/21 50/2 50/3 50/10 50/18 50/19 52/14
**perhaps [4]** 25/22 26/13 50/24 50/25
**period [4]** 8/21 15/19 48/12 51/23
**permission [1]** 14/6
**permitted [1]** 54/21
**persecuting [1]** 49/12
**person [37]** 13/14 13/19 13/24 14/2 14/4 14/8 14/9 14/9 14/9 14/14 14/16 14/21 14/22 15/6 15/10 15/11 15/14 15/18 15/21 15/24 16/4 16/10 16/16 16/17 16/19 16/22 22/16 26/17 26/18 26/19 26/20 26/21 34/10 36/14 43/1 46/2 46/3
**Person 100 [1]** 15/11
**person's [1]** 14/5
**personal [2]** 25/14 38/8
**personally [1]** 12/13
**pertaining [1]** 12/10
**phone [7]** 21/24 28/13 38/22 40/12 40/18 58/15 58/16
**picked [1]** 10/10
**picture [1]** 35/22
**place [4]** 24/23 28/6 43/11 43/12
**placed [3]** 39/2 59/8 59/14
**Plaintiff [1]** 1/4
**plan [19]** 4/13 5/20 18/22 20/17 24/21 24/25 34/19 34/22 34/23 34/24 35/1 35/1 35/3 35/4 35/5 35/6 36/6 42/5 50/25
**planned [2]** 18/20 50/1
**planning [7]** 12/6 19/12 24/19 35/13 35/24 36/13 50/18
**plans [4]** 15/18 15/18

**plea [2]** 32/1 49/6
**please [4]** 57/24 58/7 59/13 63/5
**pled [1]** 52/15
**plenty [1]** 14/4
**podcast [2]** 13/5 34/9 35/9 45/14 45/18
**podcasts [1]** 27/10
**point [12]** 14/6 15/15 15/25 22/19 23/7 24/15 24/15 35/24 37/11 41/8 41/25 43/20
**points [1]** 24/11
**police [3]** 23/11 30/21 50/11
**political [6]** 12/21 44/12 44/14 44/15 44/24 49/13
**politicians [2]** 44/24 46/22
**posed [1]** 52/21
**poses [1]** 53/3
**position [4]** 9/20 21/13 50/6 53/10
**possession [1]** 54/8
**possible [1]** 27/11
**possibly [2]** 27/5 58/9
**post [3]** 19/24 32/7 33/6
**post-January [3]** 19/24 32/7 33/6
**posted [1]** 5/23
**potential [1]** 51/19
**potentially [1]** 19/16
**POTUS [1]** 34/8
**power [5]** 12/8 19/1 19/4 19/15 49/1
**pray [1]** 36/2
**pre [2]** 18/20 23/5
**pre-planned [1]** 18/20
**pre-storming [1]** 23/5
**precarious [1]** 53/10
**precise [1]** 60/7
**preparation [1]** 50/18
**prepared [3]** 26/3 59/7 60/2
**preparing [2]** 20/11 62/6
**prepped [1]** 8/8
**present [1]** 16/19
**presented [1]** 24/17
**President [5]** 25/1 25/4 32/7 34/6 35/2
**President Trump [1]** 32/7
**Presidential [3]** 19/14 19/14 34/8
**presumably [1]** 5/4
**pretrial [14]** 2/6 3/8 3/22 53/11 53/12 55/17 57/17 58/22 59/9 59/19 60/6 61/9 61/12 61/13
**pretty [1]** 26/4
**Prettyman [1]** 2/9
**prevent [2]** 12/7 19/14
**previous [2]** 7/22 12/21

previously [3] 1/22 24/6 36/11
**prior [2]** 48/11 50/22
**privilege [1]** 18/2
**probably [5]** 17/5 24/9 31/20 41/21 58/16
**probe [2]** 9/14 10/20
**probing [5]** 9/4 9/6 11/2 11/5 11/14 42/14
**problem [3]** 58/11 62/16 62/18
**problematic [1]** 62/7
**problems [3]** 21/11 24/14 31/13
**proceed [1]** 4/1
**proceedings [4]** 1/9 2/12 62/22 63/4
**process [4]** 5/13 9/1 21/22 49/2
**produced [1]** 2/12
**proffer [2]** 56/19 56/22
**proficient [2]** 6/23 8/7
**promise [1]** 59/18
**proposing [1]** 39/23
**prosecution [1]** 19/8
**prospective [3]** 17/11 48/4 49/24
**protestors [1]** 37/11
**proud [2]** 50/13 50/14
**pull [1]** 7/12
**pulling [1]** 7/15
**purchasing [1]** 20/10
**pushed [1]** 41/6
**pushing [2]** 23/11 31/3
**put [4]** 32/19 37/16 49/8 52/19
**puts [1]** 24/11
**pyramid [1]** 50/1

**Q**

**QRF [18]** 6/5 18/13 18/17 18/17 22/18 23/4 23/19 29/6 29/16 37/22 41/19 41/24 42/13 45/2 45/13 51/10 51/11 51/12
**QRFs [1]** 28/6
**qualified [1]** 8/7
**question [16]** 3/25 9/24 16/25 19/23 23/1 31/6 40/5 40/6 43/10 47/24 48/3 48/18 52/4 52/10 56/20 61/9
**questions [9]** 11/17 15/3 18/12 38/23 38/25 39/6 39/7 40/2 57/1
**quick [4]** 5/25 15/5 15/7 51/12
**quickly [1]** 9/23 17/10 44/20
**quietly [1]** 20/17
**quite [14]** 24/21 59/21
**quotations [1]** 24/13
**quote [2]** 25/12 25/16
**quoted [1]** 26/18
**quoting [1]** 46/2 46/2

**R**

**raise [2]** 19/5 59/13
**Rakoczy [3]** 1/16 3/5 18/11
**ran [1]** 44/25
**rather [3]** 16/23 19/13 19/18
**rats [1]** 44/25
**re [1]** 24/7
**re-engage [1]** 52/8
**rea [1]** 24/7
**reach [1]** 4/6
**reaction [5]** 6/1 15/5 15/7 38/2 51/13
**read [1]** 55/19
**ready [12]** 6/6 13/11 13/12 23/20 26/2 27/3 28/19 38/20 46/14 50/4 51/10 53/1
**real [5]** 17/12 25/17 37/19 49/11 49/13
**real-time [1]** 25/17
**realize [1]** 18/23
**really [4]** 26/5 31/14 45/4 52/4
**Realtime [1]** 2/8
**rear [1]** 16/16
**reason [8]** 18/5 31/18 32/8 51/25 53/8 54/22 54/22 62/3
**reasons [4]** 13/15 23/18 45/25 47/20
**rebut [3]** 14/5 24/15 41/25
**rebuttals [2]** 38/4 46/17
**rebutted [1]** 26/5
**receive [1]** 59/19
**receiving [1]** 52/15
**recent [1]** 48/13
**Recess [1]** 47/14
**recitation [1]** 11/16
**recon [4]** 8/6 10/17 10/21 10/22
**record [4]** 14/20 19/7 57/11 63/3
**recorded [1]** 2/12
**recovered [1]** 28/15
**recovery [1]** 21/12
**recured [1]** 41/14
**red [2]** 7/19 8/17
**reference [1]** 29/21
**references [2]** 7/24 30/18
**referencing [1]** 30/7
**referring [6]** 7/9 14/12 14/15 22/6 51/11 51/11
**reflected [1]** 6/19
**Reform [1]** 47/24
**refuted [3]** 26/13 28/18 46/2
**Registered [1]** 2/7
**regroup [1]** 42/4
**related [2]** 40/10 40/19
**relatively [1]** 30/5
**release [13]** 3/22 43/15 44/9 44/11 53/5 55/25 57/20 58/23 59/5 59/21

**released [11]** 21/4 43/1 45/2 46/20 52/20 53/6 53/9 54/3 60/11 60/12 62/11
**releasing [1]** 56/2
**reluctant [1]** 18/2
**remember [4]** 39/11 40/8 43/15 43/18 52/15 61/25
**remind [2]** 53/14 57/10
**remiss [1]** 56/24
**remotely [1]** 63/7
**removed [5]** 40/5 54/1 54/2 54/6 56/19
**repentant [1]** 11/23
**reply [1]** 21/9
**report [1]** 59/5
**Reporter [4]** 2/7 2/7 2/8 2/8
**reporting [2]** 59/25 63/7
**reports [1]** 52/16
**requesting [2]** 55/25 61/20
**require [1]** 58/25
**required [1]** 17/23
**requirements [1]** 59/3
**resecured [3]** 6/7 6/14 41/5
**residence [3]** 56/11 57/20 57/20
**respect [3]** 19/24 19/25 47/25
**respects [1]** 55/14
**respond [1]** 44/19
**responded [5]** 8/15 15/6 15/14 16/10 16/16
**response [4]** 13/13 13/13 13/16 13/23
**responsibility [1]** 57/16
**responsible [1]** 16/7
**rest [1]** 50/15
**restaurants [1]** 53/17
**returned [1]** 26/16
**revoking [1]** 52/17
**revolution [5]** 4/16 5/19 12/22 20/20 44/8
**revolutionary [1]** 5/15
**rhetoric [5]** 44/6 44/7 44/24 45/3 45/5 45/6
**Rhodes [35]** 4/12 4/15 5/12 5/14 5/19 8/15 11/7 11/21 11/25 12/1 14/12 19/3 20/1 20/7 20/9 20/17 20/19 25/3 25/11 25/12 25/16 32/22 33/15 33/24 34/3 34/17 35/20 36/11 42/2 42/4 42/8 43/12 44/7 50/1 53/3
**Rhodes's [1]** 44/9
**ride [2]** 16/21 41/3
**rifle [1]** 22/16
**right [38]** 3/11 3/16 3/21 4/22 13/5 19/8 21/1 27/16 28/7 29/12

## R

**right... [28]** 30/1 30/19 30/20 34/2 35/7 37/5 40/21 41/1 46/9 46/23 47/3 47/9 47/12 47/13 47/15 47/18 53/24 55/23 57/13 58/16 59/13 60/5 60/18 61/5 61/14 61/23 62/14 62/19
**rights [4]** 17/17 17/18 17/19 56/24
**riot [7]** 8/25 9/12 33/11 41/2 42/10 42/13 61/19
**rioters [1]** 41/5
**riots [3]** 5/1 41/15 42/7
**river [3]** 5/24 10/3 26/8
**RMR [2]** 63/2 63/11
**role [2]** 51/1 52/19
**room [6]** 13/1 16/8 46/3 46/8 46/10 57/14
**run [1]** 38/13
**running [2]** 31/24 47/4
**rushing [1]** 51/9

## S

**safety [3]** 42/21 48/3 52/7
**said [28]** 7/4 8/16 9/8 15/11 22/16 22/21 25/1 25/2 25/3 25/11 32/22 33/7 35/10 35/25 37/25 38/1 38/22 38/24 39/13 39/14 41/2 46/9 48/11 49/15 49/18 51/14 51/22 59/21
**sake [1]** 14/16
**same [8]** 14/1 20/9 21/5 29/18 50/19 52/20 53/2 53/6
**satchel [3]** 21/7 22/7 22/12
**saw [4]** 16/11 33/16 33/17 46/4
**say [27]** 6/5 15/4 17/25 18/14 22/7 23/4 23/6 23/7 23/12 25/20 25/23 29/7 32/10 36/6 36/12 38/2 38/5 43/22 44/2 49/1 51/2 51/9 54/13 57/2 58/7 61/13 61/25
**saying [13]** 6/4 11/7 11/24 12/23 25/12 25/13 26/19 27/19 31/5 33/6 33/8 41/10 46/21
**says [15]** 4/24 6/8 6/24 9/1 9/15 14/23 14/25 15/24 17/11 21/16 27/21 27/25 29/16 41/13 45/23
**scatters [1]** 33/20
**schedule [1]** 3/20
**scope [1]** 18/23
**screaming [1]** 42/16
**screen [1]** 8/17
**search [3]** 21/24 22/9 39/12
**seat [4]** 4/14 5/3 5/21

**second [7]** 14/3 17/17 18/19 29/9 41/17 45/8 61/7
**Secret [1]** 37/12
**secure [1]** 42/8
**seditious [9]** 5/16 6/16 12/4 32/10 32/18 35/12 35/16 48/21 49/10
**see [6]** 7/17 8/10 21/19 33/15 35/18 62/20
**seeing [1]** 16/5
**seem [2]** 19/7 21/13
**seems [1]** 10/7
**sees [1]** 9/13
**Senate [3]** 23/9 50/11 50/12
**send [2]** 29/17 57/24
**sending [1]** 37/24
**sends [2]** 27/18 28/25
**sense [3]** 9/25 39/16 49/20
**sent [1]** 40/1
**September [2]** 52/25 53/1
**Serbian [5]** 4/13 5/20 18/22 24/19 24/21
**serious [3]** 48/23 49/22 53/9
**seriousness [1]** 49/3
**serve [2]** 21/24 57/7
**served [1]** 39/12
**serves [1]** 30/1
**Service [1]** 37/12
**Services [4]** 2/6 3/8 57/17 59/9
**serving [1]** 42/12
**set [1]** 47/20
**several [1]** 29/4
**shall [1]** 54/7
**Shay [2]** 2/6 3/8
**she [15]** 40/4 40/5 40/7 40/7 40/7 40/8 56/19 56/24 57/1 57/6 57/9 57/15 57/18 58/9 61/13
**she's [7]** 40/1 57/12 57/14 57/19 57/21 57/23 58/4
**shoot [4]** 12/18 12/22 36/14 45/6
**shoot-the-bastards-type [1]** 45/6
**shooting [3]** 12/17 36/18 44/4
**shot [1]** 36/12
**should [14]** 19/9 32/19 34/22 34/23 34/24 35/1 35/5 35/6 36/1 36/6 36/22 37/20 48/21 49/1
**shoulders [1]** 50/17
**show [5]** 31/12 35/17 36/13 37/8 37/10
**showing [1]** 11/22
**shows [3]** 21/4 21/21 26/11
**sic [2]** 7/18 8/6
**sides [1]** 3/24
**Signal [8]** 6/21 7/2 7/7

40/24
**stamps [1]** 26/15
**significantly [1]** 36/21
**silly [1]** 15/12
**similar [1]** 16/9
**simultaneously [1]** 20/9
**single [1]** 43/1
**sir [9]** 3/12 3/14 39/21 53/8 55/15 58/19 59/2 60/3 62/16
**sitting [2]** 9/18 26/8 26/10 35/2
**situation [2]** 38/13 40/14
**situations [1]** 37/5
**six [1]** 14/13
**smily [1]** 27/19
**so [109]**
**So it's [1]** 30/5
**So this is [3]** 8/22 15/17 58/21
**so-called [2]** 18/21 45/16
**some [22]** 12/9 13/8 16/8 17/3 17/25 31/13 31/20 32/17 33/5 33/17 37/25 38/22 38/25 39/6 40/7 43/8 43/15 49/20 51/23 54/22 56/11 61/14
**somebody [22]** 5/2 6/12 6/24 9/18 9/19 11/22 11/24 12/3 12/20 12/25 13/1 13/17 13/19 15/17 32/3 36/12 36/13 36/14 42/9 42/11 49/12 50/6
**somebody's [2]** 9/16 49/12
**someone [7]** 13/16 16/12 36/18 36/19 42/16 42/17 44/23
**something [12]** 6/18 6/19 11/11 13/12 21/10 22/19 24/10 25/16 31/22 40/13 58/7 60/1
**soon [4]** 7/3 21/2 44/4 60/11
**sorry [2]** 8/12 31/25
**sort [2]** 25/20 25/25
**sources [1]** 6/20
**Speaker [1]** 50/8
**speaking [1]** 32/6
**speaks [2]** 9/9 16/4
**special [1]** 61/19
**specific [2]** 19/12 44/5
**specifically [2]** 40/16 46/21
**speculate [2]** 22/5 22/6
**spent [1]** 35/23
**spoke [1]** 57/3
**spy [1]** 11/1
**square [1]** 57/21
**stable [1]** 56/10
**stack [2]** 6/2 23/8
**staged [1]** 28/4
**stamp [1]** 28/11

**standing [5]** 6/5 27/22 28/19 29/6 29/16
**start [5]** 4/4 4/5 4/10 20/13 44/4
**starts [4]** 4/17 6/3 25/6 27/16 28/2 36/7
**stash [2]** 27/12 51/3
**state [5]** 7/4 34/11 34/13 34/16 37/6
**stated [2]** 16/17 16/21
**statement [4]** 13/11 15/23 29/6 45/8
**statements [5]** 12/24 13/4 14/11 21/15 44/12
**states [11]** 1/1 1/3 1/10 3/3 5/5 6/14 9/6 11/4 31/20 35/2 38/17
**stating [1]** 5/6
**stationed [1]** 6/1
**statute [1]** 38/9
**stay [3]** 55/17 60/22 61/18
**stay-away [1]** 61/18
**stayed [1]** 41/20
**stenography [1]** 2/12
**stepped [1]** 47/16
**steps [9]** 9/20 11/21 11/25 20/8 20/18 21/22 34/19 35/19 51/19
**Stewart [11]** 5/12 8/15 11/7 11/21 11/25 12/1 14/12 34/17 42/2 42/4 42/8
**Stewart Rhodes [9]** 5/12 11/21 11/25 12/1 14/12 34/17 42/2 42/4 42/8
**still [5]** 3/17 3/17 21/21 35/15 46/1
**stomach [2]** 15/17 16/2
**stood [1]** 51/3
**stop [3]** 18/25 19/4 35/19
**stopped [5]** 12/18 12/22 35/18 35/20 44/13
**stopping [1]** 33/14
**stories [1]** 36/24
**storm [3]** 18/20 33/11 33/17
**stormed [1]** 33/18
**storming [6]** 4/13 5/3 5/20 11/9 18/22 23/5
**story [2]** 24/11 24/12 32/4 33/10 33/13
**strangely [1]** 36/25
**stream [1]** 37/24
**Street [2]** 1/18 2/3
**strict [4]** 53/6 58/23 59/21 62/11
**stricter [1]** 54/15
**strictest [1]** 43/2
**strong [3]** 30/15 38/11 49/7
**stuck [1]** 34/4
**stuff [3]** 15/12 16/8

**subject [2]** 47/19 63/6
**submitted [2]** 3/24 24/24
**substantial [1]** 43/19
**subtle [2]** 24/5 24/7
**succeeds [1]** 38/12
**such [2]** 11/23 57/1
**suggest [4]** 26/2 49/8 51/17 52/2
**suggested [1]** 50/21
**suggesting [2]** 48/22 50/23
**Suite [1]** 2/3
**summation [1]** 19/20
**supervision [1]** 60/25
**support [4]** 6/3 23/20 34/6 48/14
**suppose [1]** 4/1
**supposed [2]** 3/18 48/7
**supposedly [1]** 21/12
**sure [12]** 14/7 17/18 38/21 38/25 39/14 40/14 43/12 44/20 55/17 55/21 57/15 59/20
**surprise [1]** 38/20
**Surrender [1]** 53/25
**surveil [1]** 6/13
**sworn [2]** 57/11 57/15
**system [2]** 12/13 44/3

## T

**T's [1]** 17/16
**table [1]** 13/1
**tactical [1]** 20/10
**take [15]** 4/24 7/5 9/16 21/23 24/13 30/12 31/4 32/1 33/11 37/13 41/6 44/20 55/4 60/9 62/15
**takedown [1]** 17/22
**taken [1]** 38/21
**takes [5]** 17/20 26/25 27/13 28/9 28/10
**taking [3]** 5/12 9/20 20/21
**talk [9]** 5/4 11/21 20/8 21/10 35/7 38/23 38/24 55/8 60/23
**talked [2]** 18/9 24/6
**talking [20]** 5/20 6/23 9/3 12/1 12/25 13/17 13/18 13/24 14/1 14/3 22/15 25/15 26/19 30/16 34/10 40/19 41/17 42/7 42/17 44/12
**talks [4]** 12/12 25/9 30/17 40/16
**tat [3]** 24/10 25/15 46/19
**technological [1]** 63/7
**teeth [1]** 55/3
**telephone [1]** 39/12
**tell [6]** 15/13 15/24 21/18 40/8 44/3 44/4
**telling [3]** 12/16 12/18 21/6

**T**

tells [1] 44/14
ten [3] 9/11 13/2 50/22
term [1] 48/15
terms [6] 23/4 35/13
36/16 39/8 60/13 62/6
testimony [3] 18/16
46/1 46/3
Texas [9] 11/21 20/8
20/11 33/23 34/12
34/15 35/18 35/20 42/6
text [3] 11/12 27/19
57/24
texts [3] 25/14 30/16
30/17
than [13] 16/23 17/1
19/10 33/2 33/2 37/1
41/14 43/11 43/12
44/16 44/22 53/4 62/4
thank [10] 3/16 23/24
26/12 47/10 47/10
55/12 58/2 59/15 61/4
61/5
thank you [6] 3/16
23/24 47/10 47/10 58/2
61/4
that [369]
that's [41] 4/9 11/4
12/14 12/20 13/16
17/13 20/7 22/18 24/6
26/20 27/9 29/7 29/20
29/23 29/24 30/9 31/6
31/10 31/18 31/22 32/9
32/10 32/10 32/20
32/25 33/12 36/3 36/21
38/2 39/3 41/10 41/11
44/2 54/21 58/11 60/1
62/8
their [20] 9/17 15/6
17/15 17/16 21/9 27/3
28/18 29/2 31/1 34/10
37/16 39/6 42/18 43/23
44/13 44/14 49/12
52/22 57/20 62/6
them [20] 9/17 11/8
15/15 15/16 15/25 16/2
16/24 24/15 27/3 27/22
28/19 30/10 30/22 38/3
40/3 40/10 44/13 44/15
49/22 50/4
then [32] 5/5 5/9 6/7
6/9 7/2 8/14 8/16 8/20
9/3 9/13 9/22 10/15
11/17 12/16 13/16
14/25 15/9 15/13 21/18
27/10 29/16 30/20 33/9
35/11 35/21 36/7 37/24
39/1 42/6 43/10 45/22
57/21
theory [9] 19/8 19/11
26/14 29/25 30/9 31/1
31/1 32/24 45/11
there [40] 6/1 15/3 16/8
18/19 23/10 26/10
26/24 27/1 27/16 29/4
29/19 30/6 32/8 32/11
32/11 32/21 32/23 34/6

41/1 45/23 46/9 46/10
47/17 48/1 48/6 49/14
50/7 50/22 51/8 52/6
52/13 54/5 54/7 55/14
55/23 60/9
there's [37] 3/23 8/25
9/12 9/12 10/9 10/22
11/7 13/8 20/20 24/10
24/14 30/2 30/14 31/23
32/5 33/5 33/8 34/1
34/21 36/4 37/7 37/11
38/3 38/4 38/4 38/8
40/8 40/16 42/19 42/25
46/18 47/18 49/5 51/20
53/8 55/7 62/6
therefore [4] 13/21
33/10 46/4 63/6
these [16] 9/16 11/8
11/8 12/24 13/4 19/13
23/14 27/3 29/1 29/3
31/2 31/7 31/18 43/1
43/7 48/8
they [47] 15/11 15/13
15/14 15/15 15/24
15/24 15/25 17/3 24/13
26/18 28/22 29/2 33/1
33/9 33/20 35/12 35/13
35/18 35/19 36/5 36/22
36/25 37/10 38/5 38/18
38/18 38/21 38/22 39/2
39/12 39/13 44/2 44/2
44/4 44/12 44/25 46/6
46/9 49/14 49/16 50/17
50/17 54/2 54/6 56/12
59/21 59/21
they'd [1] 41/6
they'll [1] 60/23
they're [2] 33/21 33/21
they've [2] 12/18 37/16
thing [5] 25/24 27/6
41/17 49/18 55/4
things [12] 4/1 4/6
6/16 16/9 23/14 25/11
25/12 29/3 37/17 43/9
46/21 48/16
think [52] 3/19 6/11
6/16 8/4 9/5 9/10 9/24
11/5 12/10 13/13 15/22
17/14 18/5 21/8 23/18
23/21 29/25 32/5 34/1
36/4 36/11 36/16 36/22
37/11 38/15 40/12
40/15 40/16 41/21
42/19 42/25 43/3 43/10
43/17 43/22 43/24
44/21 48/21 51/18
51/22 52/13 52/14
52/19 52/21 53/2 54/20
57/14 58/14 60/17
61/12 62/6 62/7
thinking [2] 25/18 34/4
third [7] 8/16 57/7
57/11 57/16 59/1 59/4
60/6
third-party [6] 57/7
57/11 57/16 59/1 59/4
60/6

those [34] 6/21 8/2
17/19 18/12 18/12
21/20 22/2 22/13 22/20
22/23 23/18 26/3 29/25
44/11 44/17 44/17
45/25 46/17 48/15
48/16 51/5 51/6 52/10
52/15 52/20 53/11
53/14 55/18 55/19
62/13
thousands [1] 25/1
three [1] 49/15
through [16] 4/11 4/24
5/9 6/20 6/21 12/5
15/22 17/24 19/15
19/19 33/23 42/6 44/25
50/11 50/12 58/16
46/15
trucks [6] 29/9 29/11
tied [3] 32/14 32/17
45/4
ties [1] 16/23
time [32] 7/9 7/19 10/5
15/19 17/3 17/20 18/13
18/18 18/21 20/10
21/24 25/17 26/15
27/12 28/11 28/12
30/13 30/23 30/23 32/7
34/5 34/20 35/2 35/24
37/3 39/9 43/4 46/4
48/12 51/23 55/4 56/3
time-stamped [1] 7/19
timeline [2] 4/11 37/1
tit [3] 24/10 25/15
46/19
titled [1] 63/4
together [2] 24/14 33/9
told [2] 12/22 50/10
tomorrow [2] 38/24
60/11
too [4] 16/4 44/4 52/15
61/21
took [1] 27/17
top [5] 6/9 12/16 21/5
21/7 50/1
touch [1] 34/3
touched [1] 13/10
tour [1] 35/19
toward [2] 23/9 50/10
towards [1] 28/3
toy [1] 37/18
trace [1] 5/18
track [1] 4/10
traffic [2] 28/10 28/17
transcript [3] 1/9 2/12
63/3
transcription [1] 2/12
transcripts [2] 18/11
18/12
transfer [2] 12/7 19/4
transition [3] 18/25
19/15 49/1
transported [1] 14/24
22/16
travel [2] 16/23 43/6
traveled [3] 9/10 14/8
27/15
traveling [2] 13/1

treatment [1] 55/8
tremendous [1] 41/11
trial [9] 3/17 9/10 24/3
26/7 29/2 38/6 52/22
52/25 53/1
tried [4] 7/5 38/5 41/5
49/18
tries [1] 38/2
truck [21] 26/25 27/5
27/7 27/17 27/18 27/19
27/25 28/7 28/15 28/24
36/2 45/9 45/12 45/12
45/15 45/16 45/17
45/20 45/22 46/11
46/15
trucks [6] 29/9 29/11
29/14 30/18 45/24
45/25
true [2] 25/24 48/4
Trump [2] 32/7 37/12
try [4] 4/7 6/10 12/7
17/10
trying [13] 6/3 6/13
8/21 10/1 11/11 20/6
20/7 21/9 27/12 30/10
37/14 37/15 43/18
tunnels [1] 44/25
turn [4] 4/1 8/17 24/7
53/22
TV [5] 9/18 12/25 36/2
36/9 42/16
two [16] 7/24 18/11
21/15 23/8 27/17 29/9
29/11 29/13 29/20
30/16 43/6 45/23 45/25
46/24 47/13 54/15
type [1] 45/6

**U**

U.S [1] 1/17
Uber [2] 26/25 41/15
ultimate [1] 17/13
ultimately [2] 48/18
51/7
unarmed [1] 46/11
under [6] 30/9 30/25
54/17 56/9 59/8 59/14
underestimate [1] 9/5
underestimated [2]
6/17 11/5
understand [4] 24/12
26/19 29/1 33/3
understanding [6]
10/16 17/2 17/4 34/5
56/2 56/16
understands [2] 55/18
57/15
understated [1] 49/4
understood [3] 18/17
34/7 61/13
unfalsifiable [1] 31/5
unfortunately [1] 45/7
unique [1] 17/23
UNITED [10] 1/1 1/3
1/10 3/3 5/5 6/14 9/6
11/4 35/2 38/17
United States [5] 6/14

United States of [1]
3/3
unlawfully [1] 17/19
unless [2] 8/18 62/8
unlike [1] 17/21
unmoored [1] 32/19
unprecedented [2]
9/12 42/13
unrestrained [1] 12/20
until [11] 16/11 24/22
25/7 25/22 26/24 27/10
41/4 45/19 46/16 50/25
51/1
up [23] 5/23 7/12 7/16
9/17 10/10 11/20 12/5
12/7 13/18 13/19 16/22
18/14 19/19 20/6 20/7
20/12 28/12 31/12 32/4
37/8 37/10 50/9 52/14
upon [1] 62/12
upwards [1] 52/14
us [4] 24/16 36/13
39/13 47/11
usdoj.gov [2] 1/15
1/20
use [8] 8/6 8/8 19/9
19/15 21/14 29/2 35/16
48/25
used [3] 36/10 36/11
44/3
useless [1] 35/11
using [8] 29/21 29/21
37/5 40/10 41/1 41/4
41/13 59/22
usually [1] 57/10
utterly [1] 35/11

**V**

valid [1] 52/13
VALLEJO [101]
Vallejo's [12] 4/11
11/13 15/18 19/24
21/21 21/24 23/19
35/10 46/5 48/9 48/24
59/20
value [1] 9/17
variations [1] 29/17
verification [1] 37/25
versus [1] 3/4
very [18] 8/5 9/20
20/19 21/5 21/15 27/14
30/15 32/6 34/9 34/13
35/15 35/22 38/11
48/14 49/2 49/16 53/10
58/23
veterans [1] 48/14
via [2] 1/9 3/9
video [6] 10/8 10/11
18/15 46/7 47/8 58/9
videoconference [1]
3/9
view [3] 13/25 43/9
51/6
violate [1] 43/15
violating [2] 40/14
40/17
violation [3] 43/1 52/16

## V

**violation... [1]** 62/13
**violations [4]** 57/18
59/5 59/18 59/25
**violence [4]** 22/22
44/12 44/14 44/15
**violent [6]** 5/17 12/21
35/13 44/8 46/21 51/19
**Virginia [4]** 10/2 60/17
60/19 61/10
**visit [2]** 33/24 54/25
**voices [1]** 32/6
**voluntary [1]** 39/14
**vote [1]** 32/25
**vs [1]** 1/5

## W

**waited [1]** 46/16
**waiting [8]** 26/8 27/22
34/13 34/14 35/8 35/14
35/17 57/14
**walk [1]** 41/19
**walks [1]** 28/11
**wandering [2]** 27/24
28/23
**want [13]** 3/25 4/2 8/8
14/19 14/20 15/15
15/16 16/1 38/12 41/25
44/20 55/21 61/18
**wanted [6]** 33/21 34/18
40/14 46/17 61/17
61/24
**wants [3]** 35/16 36/5
41/2
**war [14]** 4/25 5/8 5/18
6/8 8/22 8/24 9/1 9/15
9/19 22/14 36/8 36/24
37/1 37/5
**warrant [3]** 21/24
39/12 52/21
**warrants [1]** 22/9
**wars [1]** 22/21
**was [108]**
**Washington [6]** 1/5
1/14 1/18 2/4 2/10
15/12
**wasn't [3]** 19/2 24/21
43/19
**wasted [1]** 45/17
**wasting [1]** 45/14
**watch [3]** 16/8 36/2
36/9
**watched [1]** 42/10
**watching [7]** 26/1
26/10 34/12 34/13 35/8
35/13 35/17
**Watkins [2]** 23/9 50/8
**way [8]** 5/9 11/19 20/5
32/20 33/15 33/23
45/22 49/8
**ways [2]** 6/12 10/9
**we [98]**
**we believe [2]** 10/13
18/4
**We don't [1]** 36/12
**we will [2]** 6/8 60/25
**we would [1]** 56/18
**we'd [2]** 38/23 61/20

17/25 55/14 60/9
**we're [11]** 3/20 9/1
9/13 9/14 9/19 14/1
24/3 47/4 48/6 52/14
57/21
**we've [11]** 5/1 5/2 6/11
12/5 18/15 18/16 19/6
22/9 22/9 22/9 58/21
**weapon [2]** 31/21
46/11
**weapons [39]** 9/11
13/2 13/10 15/1 15/1
15/5 19/15 20/10 20/21
23/4 26/1 26/3 26/9
27/3 27/12 27/22 27/23
28/5 28/8 28/15 28/19
28/22 28/23 29/3 30/10
31/2 31/7 31/11 31/18
32/11 34/17 37/9 44/18
45/13 46/5 47/21 51/4
51/5 61/22
**weave [2]** 24/13 33/9
**week [3]** 3/17 25/22
50/22
**weeks [1]** 20/24
**weigh [1]** 48/17
**weighs [1]** 48/8
**weight [2]** 38/7 48/19
**well [22]** 6/24 10/8
11/11 17/25 20/5 25/12
29/23 30/20 32/16
36/10 37/10 38/12 40/4
42/24 44/11 47/10
49/10 55/4 56/8 56/15
57/17 62/20
**well-founded [1]** 49/10
**went [13]** 18/8 18/10
23/12 26/23 28/21 34/7
34/12 35/21 42/3 42/9
42/11 45/11 50/7
**were [49]** 3/17 3/18 7/4
7/19 9/7 11/13 16/7
16/8 16/9 16/11 16/22
18/1 18/12 19/13 22/3
22/5 23/2 23/10 23/11
23/19 24/18 25/16 27/2
28/20 28/22 29/3 30/16
31/19 32/6 32/11 33/1
34/4 35/12 35/13 37/12
40/4 40/9 43/8 45/13
45/21 46/21 49/21 50/4
50/18 51/10 51/17
51/18 51/19 52/2
**weren't [1]** 51/15
**what [82]**
**what's [6]** 10/25 13/23
13/25 33/14 35/15
58/25
**whatever [8]** 19/9 46/5
46/13 46/14 51/10
51/25 54/15 56/23
**whatsoever [1]** 38/3
**when [32]** 3/18 5/22
6/12 9/10 12/24 15/9
18/13 20/12 20/12
20/15 20/24 23/2 23/7
23/8 25/17 26/15 26/16

32/7 37/21 37/22 39/12
39/16 45/15 45/20 46/8
46/9 46/19 51/8
**When's [1]** 39/9
**whenever [1]** 14/19
**where [24]** 5/25 8/21
12/12 15/4 15/23 17/21
19/20 22/2 23/2 23/9
23/10 25/6 27/21 34/10
37/11 38/13 39/24
40/24 41/9 41/10 44/2
44/12 45/15 62/14
**wherever [1]** 10/2
**whether [13]** 9/25 15/5
15/9 31/18 35/5 38/12
47/25 49/19 51/23 52/6
59/7 60/10 62/1
**which [47]** 4/13 5/4
24/9 24/21 28/7 28/15
29/18 32/21 36/1 40/15
42/25 46/11 46/22
48/24 51/1 51/24 58/24
**while [3]** 31/9 51/16
51/21
**White [1]** 37/12
**White House [1]** 37/12
**who [34]** 6/4 6/13 9/7
11/4 12/3 13/9 13/17
13/19 15/1 15/17 16/9
16/12 17/5 18/1 23/19
26/17 28/20 28/21 31/2
36/19 37/25 42/9 44/17
44/17 45/2 46/3 46/20
49/15 49/21 49/25 50/3
50/10 50/18 52/20
**who's [6]** 9/20 11/22
13/1 42/11 42/16 43/23
**who've [2]** 52/15 52/20
**whole [1]** 37/9
**wholly [2]** 11/12 18/18
**whom [1]** 43/8
**why [15]** 11/16 18/9
21/18 23/18 23/21
23/21 25/16 26/18
26/21 30/10 32/12
32/21 32/25 36/22
43/10
**Why don't [1]** 11/16
**wife [10]** 21/6 21/18
39/25 53/18 56/10
56/17 56/18 57/4 60/6
**wild [1]** 11/24
**will [26]** 4/23 5/12 6/8
7/5 8/17 31/15 31/17
40/13 51/7 52/25 53/5
53/5 53/18 53/19 53/22
54/5 57/2 57/16 57/17
58/1 58/22 60/5 60/11
60/23 60/25 62/20
**William [3]** 2/7 63/2
63/11
**willing [3]** 38/23 39/5
57/19
**wind [1]** 33/20
**wish [1]** 24/3
**within [1]** 25/22
**without [4]** 35/10

**witness [1]** 13/9
**witnesses [1]** 18/1
**won't [2]** 8/18 62/14
**wondering [1]** 61/10
**word [6]** 6/5 19/8 29/7
36/24 37/5 41/14
**words [16]** 9/16 12/11
12/11 23/13 26/2 27/8
29/2 29/18 29/21 36/20
36/20 36/21 49/12
50/13 51/6 51/10
**work [8]** 37/23 38/1
38/1 48/13 48/15 53/17
54/18 54/24
**working [2]** 42/18
48/13
**world [1]** 9/19
**worried [1]** 40/13
**worse [1]** 44/23
**worst [1]** 27/11
**would [36]** 4/7 5/21
15/5 18/3 21/13 22/7
22/14 22/15 22/17
22/18 22/23 24/8 24/20
27/4 27/5 30/11 37/19
39/23 40/5 41/21 44/8
45/14 45/15 45/20 48/2
52/2 52/19 52/21 54/2
56/6 56/18 56/24 57/10
58/24 58/25 59/4
**wouldn't [1]** 34/25
**wow [1]** 11/23
**wrong [3]** 17/8 44/15
56/11

## Y

**yapping [1]** 45/18
**yeah [4]** 13/7 19/5 38/1
58/17
**year [2]** 23/16 39/21
**years [4]** 12/17 36/15
39/25 56/11
**yelling [2]** 9/18 12/25
**yellow [2]** 21/5 21/7
**yes [16]** 3/13 7/10 7/21
8/15 10/18 11/18 16/10
35/18 39/21 53/13
55/15 55/20 59/2 60/3
61/15 61/20
**York [1]** 1/14
**you [162]**
**you know [3]** 17/1
37/21 62/13
**you'd [2]** 40/22 56/22
**you'll [6]** 21/19 21/19
59/19 60/14 62/11
62/14
**you're [20]** 4/8 6/24 7/9
13/17 13/24 27/12 33/8
39/23 47/7 47/8 51/12
52/3 53/9 53/10 53/16
53/17 55/24 56/2 59/7
60/1
**you've [1]** 51/25
**your [60]** 3/2 4/5 7/22
8/2 8/17 10/15 11/16
11/18 13/13 13/23

22/25 24/1 25/20 26/12
26/22 29/8 30/2 31/16
31/21 31/23 33/3 34/2
34/25 35/25 36/17 38/6
39/9 39/13 39/25 40/7
40/23 44/19 47/2 47/7
47/8 47/11 51/6 51/10
51/16 51/22 53/13
53/17 53/22 54/2 54/12
55/20 56/1 57/3 57/22
58/15 58/24 59/6 59/13
60/15 60/25 61/4 61/6
**Your Honor [38]** 3/2
4/5 7/22 8/2 11/18
17/14 19/21 22/25 24/1
26/12 26/22 29/8 30/2
31/16 31/23 33/3 34/2
34/25 35/25 38/6 39/25
40/7 40/23 44/19 47/2
47/7 47/8 51/13 54/2
55/20 56/1 57/3 57/22
58/15 60/15 60/25 61/4
61/6
**yourself [4]** 51/11
51/12 51/17 62/14

## Z

**Zaremba [3]** 2/7 63/2
63/11
**ZOOM [1]** 1/9