**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **EDWARD VALLEJO,** <br> *Defendant*. | No. 22-cr-15 (APM) |

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Edward Vallejo respectfully moves to modify his conditions of release to permit him to travel to his voting location to vote in the Arizona primary election on August 2, 2022 and the general election on November 8, 2022. The government consents to this request. A proposed order is attached.

July 25, 2022

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Edward Vallejo*