UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDWARD VALLEJO,**<br>　　　　　　　*Defendant*. | No. 22-cr-15 (APM) |

**ORDER**

Upon consideration of Defendant Edward Vallejo's motion to exclude expert testimony by Dr. Sam Jackson, and the opposition thereto, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.

_____　　　_____
Date　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　United States District Judge