**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 22-cr-15 (APM) |
| **EDWARD VALLEJO,** | |
| *Defendant.* | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Mr. Vallejo's memorandum in support of his motion for a judgment of acquittal is currently due on February 24, 2023. Due to personal and professional obligations, including unexpected discovery service and motions practice in another case, counsel for Mr. Vallejo requests an additional business day, to Monday, February 27, 2023, to file the memorandum to ensure that the important issues raised in the case are adequately addressed for the Court. The government consents to this motion. A proposed order is attached.

February 23, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*

1