# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendant Vallejo's Consent Motion for Extension of Time, the motion is GRANTED. Mr. Vallejo shall file any memorandum in support of his motion for judgment of acquittal by February 27, 2023.

_____             _____
Date                                                                                   Hon. Amit P. Mehta
                                                                                              United States District Judge

1