UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release to permit him to travel to and attend three Alcoholics Anonymous meetings on March 22, 2023 listed in his motion, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.

_____          _____
Date                                                                 Hon. Amit P. Mehta
                                                                           United States District Judge

1