# Exhibit 1

May 5, 2023

Dear Judge Mehta,

As you probably know, I sat in the courtroom during my husband's trial. I did not miss a day. I love my husband dearly and depend on him for so much. I want you to know that my husband is a kind, honest man dedicated to helping people who are less fortunate than he is. He has no violence in him and I find it hard to believe he would resort to hurting another human being. That's just not our way. When he married me, I had four very young children, but that did not deter him in the least. He has a good heart and he has never been violent in the 35 years we have been together. He has not only helped me raise my children but our grandchildren also. Several times have our children fallen on hard times and lived with us (as my youngest daughter and her son do now) and Ed has been the one to get the kids to and from school while I worked. He never complains about it but lovingly takes care of the family and our animals out of the goodness in his heart, because he loves me and I love him dearly.

Ed is a very important part of my life - especially now. I am 68 years old and nearing the end of my life. I have not only worked 25 years at a physically demanding job on the Receiving Dock at Home Depot but I also worked as a Manager for Kentucky Fried Chicken for over a decade. All of my life has been spent working to pay the bills and I am flat worn out. When Ed was arrested and put in prison a year and a half ago I was set to finally retire. He had gotten the best job he ever had Helping Veterans and his salary combined with my Social Security was enough income where I could finally retire and we would live comfortably - even with the burden of my daughter and grandson. His arrest totally changed all that. My Social Security alone is not enough to cover my bills and be able to eat. I postponed my retirement until we find out what our future will look like and I don't know how long I can maintain this physically demanding pace alone.

My only hope now is for you to see how this has impacted our lives and Ed's health and grant him leniency. I pray that you send him home to me for whatever sentence you find appropriate. Having him here during his pretrial detention brought us closer and he has done everything he can to comply with Your Honor's requirements. He has the ability to get a job at Home Depot right away and make enough that I can retire immediately. Being younger than I am he assures me that he has many years of work left under his belt and is eager to put all of this behind him.

As his wife, I humbly ask you to see my husband as he really is. He is not how he was portrayed by the prosecution. If he made mistakes that day, I know he did so out of ignorance and was misled by the President. My husband is not, nor ever will be, a traitor to his Country. He has told me many times that he is done with politics and just wants to help me and our family with the rest of his days. I humbly ask you to see his heart and grant him leniency.

Thank you for reading this.

Respectfully,
Debra Vallejo

1

May 5, 2023

Dear Judge Mehta,

My name is Kelly Carter. I am a father of two boys and have been married to the same lovely woman since 1987.  I am an artist, a sculpting professional who sold his first piece when I was fourteen and became a Master sculptor when I was twenty-five years old. I have also been a stay at home father, as well as a maintenance man at an Alzheimer's community.

I've known Ed since 1979 when we met in line for Rolling Stones concert tickets.  We became fast friends that day and have remained so over the years.

My family and I have been blessed in countless ways over the last 40 years by knowing Ed Vallejo. He's been there to help us when our car broke down on multiple occasions and has rescued us and helped us when other repairs were needed. He's been our "go to" guy for so many things. He even helped organize our roof getting replaced.  If we needed anything, all we had to do is ask, and he would do his best to help.

As far as politics, Ed was not a political person until the Ron Paul "Love" revolution. Even then, he was never about violence. He wanted a world that looked out for the best for all of us.  He continues to do so to this day.

You may be familiar with my name. I rode with Ed to Washington, D.C. in January 2021 and stayed with him in his hotel room. I brought my personal firearms with me for this cross-country trip. I have been an armed citizen for twenty years and never go anywhere without being armed. I was brought up believing it is "better to have it and not need it" than to "need it and not have it," so being armed is simply a necessity.  It's not an act of violence or a calling to violence. It simply is.

As I told the government and the grand jury, I never saw Ed with any weapons on our trip. If he had one in his bags, he never took it out on January 6 or otherwise. I was in our hotel room for the entire trip and Ed never checked firearms or prepped them. Ed also never watched anyone else's firearms or said he was going to be a "QRF." Ed was there to feed people as far as I was aware. He brought many food containers and I personally looked in them. The bins had no firearms or ammunition in them, only food.  We had heard there would be no available food when we got there, so Ed wanted to provide sustenance to whoever needed it. In his mind he was going to help those that were stranded without food.

I have seen Ed's character impugned by people that don't know him and I can say that it's infuriating to see this done to a man who has spent his entire life in sacrifice for others. Mischaracterization of this man is wrong. I am sure that anyone who knows Ed would gladly say he is as fine a gentlemen as can be. He's what we want our citizens to be: concerned, curious and capable. In all my years of knowing him, I have seen that Ed is what he says he is: he does not lie and he does not cheat. He doesn't take short cuts. He loves this country, as do all of us.

My family and I still love and miss him and although I have no relationship with him now, I cannot stand by while others cast him in a negative light.

I know what Ed was convicted of, and I can only say that if crossed a line, he must have gotten carried away like many others did that day. The Ed that I know is a good, honorable man who lives to help others. Ed enjoyed his military service and took it very seriously. In my opinion, that may have been taken advantage of by the Oath Keepers because Ed saw it as a type of service only. I was in the room with Ed on that day, and I from what I know and saw, Ed was there to help. He wasn't there for a revolution or to overturn the government.

I humbly ask you to consider his whole life of service and grant him leniency. I know in my heart that Ed is a peaceful person who wants the best for his family, friends, and country and would never hurt anyone.

I would be willing to testify on his behalf anytime.

Thank you for your time.

Sincerely,

Kelly Carter

████████████

Phoenix, AZ 85032

May 7, 2023

Honorable Judge Amit Mehta
U.S. District Court
333 Constitution Ave., NW
Washington, D.C. 20005

Your Honor,

My name is Warren Ortez.  I am writing to you today on behalf of my good friend Ed Vallejo, who will soon be before you to be sentenced. I am 67 years old, have just retired from the carpenters union after 30 years (NYC LU #157); and this September this will be married 20 years to my wife Barbara.  In High School I was Capt. of the Speech & Debating Teams during my So., Jr., and Senior years. I was awarded from & honored by the Interact Society in our community my senior year.  I worked for the Govt. as a Letter-carrier for 3 1/2 yrs, before choosing to pursue carpentry as my vocation.

I met Ed Vallejo through his father, John.  He graduated from U.S.C in the 1950's. He was a good-natured, quiet man who always had  a kind word and a ready smile for anyone he talked to.  My friend Ed is cut from the same cloth as his father. I have known Ed for the past 35 yrs.  In that time I have found him to be an educated, thoughtful, caring, loving, and giving man as well as a dedicated Husband & Step-Father. Ed spent a year in the U.S. Army before being medically and honorably discharged because of Asthma.  I have never seen nor ever heard of Ed ever being involved in so much as a fisticuff, much less committing any crime. It would be out of character.  And Ed's character is one of the finest I've ever known.  This is a man that has been a recovering alcoholic for the past 40 years and has never relapsed. At the same time, he married a woman with 4 young children, took them as his own, lock, stock and barrel; and provided for his ready-made family. That's more, much more truthfully, than I would have ever considered doing. Ed has always worked hard to provide for his family and to make sure that they had all they needed and never had to want for anything.

Ed and I have spent many a meal out together and in each other's homes. We shot pool together in a pool league and still play whenever we can get together. We talk on the phone for 20 or 30 minutes every couple of weeks or so.  He is a true friend.  One who won't betray you or talk behind your back. To get to the heart of his character let me say just this: I would trust Ed Vallejo without a second thought with my money, my life, or my wife. I know of only one other man I know of that I can say that about; and that's a guy 2 years older than me who I grew up next door to and have known for 63 years.

There is one thing that has always awed and impressed me about Ed. And that is that no matter what time of the day or night, whether 2 minutes or 2 hours away, if you call Ed for help, he will come. Rain or shine. Doesn't matter.  If you are in need, he will help.  If he can't do it (and that is rare), he will call around until he can find a way to fulfill your need.  I have seen him literally give a man the shirt off his back.  If I were to draw a likeness of Ed, it would be how Gary Cooper was in the movie  "Good Neighbor Sam." Always giving to others in need as he was taught as a child. Even if it would cost him in the long run. Doesn't matter. As long as he was able to help. That's his bottom line. Making sure that that someone got the help they needed.

Your Honor, this is a man that I am proud to call "Brother" and mean it.  I know Ed to be a devout man, a good American, and an ardent patriot. Ed always says grace before each meal. Whether in a car, a restaurant, or at home, he always gives thanks to the Lord first.

Your Honor, when you sentence Ed, could you please see your way to give him a sentence that can bring him home soon?  While incarcerated in VA, before being released on home monitoring, he contracted Covid and has been plagued ever since with the attendant medical issues. I know you have a very weighty job to do with some others who broke into the Capital and scared and hurt people; but when you pass sentencing on all those involved, please remember that Ed was not a part of that, would not condone hurting people, and wasn't in the Capitol that day. When you mete out Justice to all the defendants, please your Honor, please don't throw the baby out with the bath water. I know Ed made mistakes, but I know he believed our democracy was being thwarted and wanted to do the right thing. Ed Vallejo is a good man, and a man I know in my heart to be worthy of your mercy, and who you will never have to see in Court again.

Thank you for reading these words.

Very respectfully,

Warren Ortez

March 22, 2023

Honorable Judge Mehta,

My name is Trevor Osgood. Ed Vallejo is my friend. I wrote a letter to your court for Ed's bond hearing confirming Ed's shining character. My letter still stands. The fact is he made a big mistake. With the best of intentions, somehow he got involved with the irresponsible leadership of Donald Trump and, incredibly to me, the Oath Keepers, an outfit Ed had left many years prior, due in no small part to stupidity like we saw on J6.

Best intentions are the one thing I can assert about Ed. Just as I can assert how often in life they go awry. We are misunderstood. We end up doing more harm than good.

Back in Arizona, we watched and listened as you made some points in Ed's bond hearing. That you wanted to separate out the ring leaders as opposed to hangers on or a strange form of tourists. We heard you recognize Ed's lack of prior criminal record, his health, age, and exemplary military service. When you granted him home confinement, I almost cried.

I think you might have saved Ed's life with that one move. That's always going to mean something to us. My thanks for that.

I am sure that it is possible to put Ed's life back on track. His main business objective unfortunately didn't survive this challenge, but its core mission to help military veterans suffering from a range of afflictions remains. Ed has personally repudiated Stewart Rhodes. Ed has sworn that he's done with things political. Having pressed his marriage to the utter limit, it's not looking good for the Vallejo household. We're the ones who can help him through this.

I point to Ed's model behavior while in home confinement, his prompt and punctilious attendance in court, his lack of any grandstanding or political behavior while in court, and his stated intent to comply with all orders going forward.

With the above considerations and my original letter in mind, Your Honor, I urge you to show lenience in sentencing Edward Vallejo. There is no better man you could do that for.

Sincerely,

Trevor J Osgood

Juniper Woods Ranch, Arizona

April 17, 2022

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Mehta,

I write in support of my good friend of several decades, Edward Vallejo. I'm a successful businessman in the Phoenix Valley (semi-retired), a former EMT and lifelong student of the Liberal Arts.

The last time I saw Ed, we were headed out to have lunch. I was driving. Suddenly Ed starts screaming at me to pull over and stop the car. Ed leaps out of the car before it stops moving. I figured he was going to come back with a kitten or an injured bird. This time it was somebody's lost wallet. I thought to myself, "Typical. Just typical."

Right then I knew two things:

1. The juicy burger I so wanted for lunch just wasn't gonna happen.

2. We were going to spend the rest of the afternoon tracking down the owner of this wallet to hand deliver it personally. No matter what it took.

And that's what happened. At Ed's insistence, we asked passersby and stopped into every store and shop. Finally, we found somebody with vague directions up a dirt road. We canvassed the neighbors and eventually found an old guy who's face lit up with pure joy when we handed him back his wallet.

He said, "I'd have been glad to get it back without the money in it."  Nope, it's all there. Cash, cards, license, everything.  You have a nice day Sir! Ed was so happy you'd think he'd won the lottery.

The sun was dipping low when I got home and decided that it was finally time to have lunch. I wanted a good burger but I ended up opening a can of tuna. I wasn't really happy about this but this is what it's like having Ed for a friend. People come first. Animals come first. Any living and sentient being comes first. Generous? Ferociously so I would say.

Ed is a true man of passion, but his tools are an abundance of love, sunshine and gratitude to God for giving him a chance to prove it by helping people.

Some of us have known Ed for decades. There are no witnesses, stories or recollection of Ed ever using violence against anyone. What he does do, like many combat trained soldiers, is frame things in military terms. A morning walk is "recon", breakfast is "the chow line", the day's activity is the "detail". These guys communicate in this lingo to identify and maintain their bonds of brotherhood.

Just before was arrested, Ed was close to realizing his decades long dream of completing new care facilities for veterans of our armed forces. These are complete care facilities that include

housing, treatment and rehabilitation. Ed has racked up an impressive array of certifications and credentials as a care-giver and counselor. These are donations-driven projects that are supporting patients right now. Veteran volunteers and patients have taken an active role in building these facilities.

Unfortunately these volunteers lack the credentials, experience and personal growth to continue their treatment. Interruption in this treatment is having a severe negative impact on patients. In short, veterans are a brotherhood, they only trust other veterans and building trust takes time and consistency. Right now they feel abandoned.  This is an at-risk population with staggeringly high rates of suicide, divorce rates, substance abuse and an inability to overcome their experiences and physical injuries without qualified help.

I am sure that if released, Ed will continue to build his patient care facilities and try to regain time lost with patients. He will continue this activity until he passes from this Earth. Until then he will keep an eye out for at-risk inmates and he will figure out how to minister to them. I tell you this with all the certainty of the sun rising in the morning. It's just what he does.

Thanks for your time. Greetings from warm and sunny Arizona!


Trevor J Osgood

Prescott AZ

April 24, 2023

My name is Leslie Adams. I am a friend of Ed Vallejo and his family.  Until the pandemic I was Community Director for a charity for foster children named Foster Hope Foundation.  However, I am now retired.

I met Ed and his family about twelve years ago.  I was invited, by a mutual friend, to a carry-in cookout at Ed's home. Over the years I have enjoyed a number of carry-in cookouts and outdoor movies in the backyard at his home and, his wife, Debra always made the best potato salad.

Ed is an impressive organic gardener growing an array of vegetables such as brussels sprouts, broccoli, tomatoes, carrots, etc. in the backyard.  He even saved any seeds he could from his harvest which is commendable.  Raising your own food and saving the seeds to ensure a new crop is a Godly effort.  It also saves money and promotes healthy eating.

Ed is a person that is always willing to help.  I had only known Ed for a year or so and noticed that my front door knob and deadbolt locks were not working properly.  I did not feel safe and mentioned my concern to Ed and Debra.  Before I could arrange for a handyman to come and fix the problem Ed showed up at my house with door handle and deadbolt in hand and quickly installed them.  He did an excellent job.

I offered to give him some money for the locks and labor but Ed refused to accept a penny.  He told me that my safety was more important than money.

Ed is very community minded and interested in making peoples' lives better.  He is also a proud veteran.  I have always considered Ed a good person who cares about his family, friends and community.

Thank you for giving me an opportunity to share a little bit about the kind of man I know Ed Vallejo to be.

Sincerely,

Leslie Adams

Kerrville, TX  78028
602-

Honorable Judge Amit Metha,

My name is Gary Benkendorfer.  Recently I retired after thirty-three years as an airline pilot for Delta Air Lines.  Prior to that I served as an F/A-18 pilot in the U.S. Navy for fourteen years with a Top Secret/Sensitive Compartmented Information clearance.  After graduating high school at seventeen I was hired by Northrop Aircraft and given a secret clearance.  I worked in Advanced Design on the prototype of the F18, the YF-17 Flight Test Program at Edwards Air Force Base.  Currently I am the sole guardian of my twenty-four-year old Autistic son.

Ed and I met at his apartment complex about sixteen years ago.  His door was open on the ground floor and his family was present.  I witnessed a happy loving family with strong bonds.  Ed came out and introduced himself to me and my first impression was that he was soft spoken and very positive.  Ed displayed his generosity as well by giving me one of his favorite books.  Ed organized a group of like-minded people that met for dinner or breakfast usually with a guest speaker.  It was an eclectic group including my sons and other children.  Ed arranged for us to meetup on a weekend to hold up some signs for a worthwhile cause.  Since Ed did everything by the book by providing advance notice of our attendance we were met by a group of Sheriffs after we parked.  There was a small wall that the Sheriffs had positioned themselves at to assist us in getting over.  The Sheriffs bent over backwards to accommodate us the entire time we were there and that was because of Ed.  The first thing Ed did when we arrived was to walk directly over to the Sheriffs to introduce himself as a sign of respect and express his gratitude for the job they were doing.

I was a delegate at the 2012 Arizona Republican Convention.  Another delegate stood up and asked everyone to recognize Ed up in the bleachers.  Ed, showing his deference to the process and his love of our country was in a three-piece suit.  Ed got a standing ovation from the hundreds of delegates who recognized him as a patriot's patriot.

10

Barry Hess
P.O. Box 6011
Glendale, AZ 85312
(602) ████████

March 28th, 2023

To Judge Mehta;

I came to Arizona in 1980 and have been fortunate enough to start several enterprises while making this my home. Around the year 2000 I became politically active, a realm I am still involved in.  I served 6, 2-year terms as vice-chair of the Arizona Libertarian Party and have been the party's nominee for Governor multiple times.

I met Ed in 2004 through his fearless activism in forwarding individual rights.  We worked on banner and flyer campaigns and media blitzes.  I've known him for over 19 years, and I have seen him interact with a lot of people politically and in frequent social gatherings.   I can say without hesitation that he is one of the most direct and honest people I have met in Arizona.  He served in the Army for this country he dearly loves, and he takes the oath he took seriously.  I know he feels very strongly about peacefully objecting to infringements, and he rationally debates political opposition.

I understand the charges against him and I am flabbergasted. Ed is his own man, and not someone to bend his principles to be part of someone else' plan. That's just not the kind of man he is.  He can be stringent in debate, but he is always respectful of other opinions, and extremely considerate.

He really believes in free speech, and other liberties afforded us as Americans.  He walks the walk. For instance while in an activist workshop making signs for various candidates he readily agreed to give advice, direction and assistance to people making signs for opposing candidates. He believes every voice should be heard.

I consider him a friend, and he is an asset to the fabric of Arizona.  Through all of the interactions that we have had over the years, I do not know of even a single instance where there was any reason to question his intentions.

Ed is a man of integrity, and a man whose focus is to leave the next generation a better world. I believe Justice would best be served by extreme leniency in his sentence.

I hope my experiences and association with Ed has given you some insight into his character, if you have any questions for me, I make myself available at your leisure.

As always, I remain at your service—

11

To the Judge responsible for sentencing Ed Vallejo:

I am Pastor Tim Coleman, pastor of 35th Avenue Baptist Church in Phoenix, Arizona. I am writing on behalf of Ed Vallejo, who I understand has been convicted in a Washington D.C. court for something related to events that occurred onJanuary 6th, after the elections of November 2020.

I knew Ed Vallejo back in the 2010's. He impressed me as a valuable patriot, who loves his country, perhaps he loves it too much in the eyes of some, but I think he loves it like all Americans should love it.
Being ignorant of the case, I only wish to express my knowledge of his character.

I first met Ed at a patriot gathering, and later attended a meeting at his house where he fed and hosted patriots from all over the state (Arizona) who were interested in getting involved in fixing things that had gone wrong in our country within the government at all levels. As I recall, there were one or two elected officials there, or candidates for public office there. It's been so long, I'm not sure of their status at the time.
At this meeting at his house, I met his wife; and Ed gave me a personal tour of his house and backyard garden where he was growing a variety of flowers and vegetables.

Some time after this I attended a meeting in a small town in northern Arizona. As I was leaving, I recognized Ed as a parking guard. I rolled down my window and told him how glad I was to see him there and gave him an invite to the church I pastor. I told him that we stand for the Bible and the principles which our founding fathers found in it and used as the source for many of the principles of liberty which they expounded and enumerated in our federal Constitution, the Bill of Rights and the Declaration of Independence; principles which clearly our government has been ignoring. He accepted the brochure and said he would come. Now, you need to understand that I get told that by hundreds of people! But Ed is one of a handful of people through the past 20+ years that said they would come, and actually did come! That spoke volumes to me as a pastor!

Though he did not come again (because he believes differently than we do regarding God and the Bible), I was impressed with his gentle, respectful manner and character. I believe that if I ever needed something, I could call on him and he would show up to help in any way I may need. I believe him to be an unselfish man and a respecter of people with whom he disagrees and a respecter of other people's property. I can't imagine him committing any crime unless under duress or instigated by a provocateur.

As I said, I do not know any details of this case, but I think I know Ed and that whatever he may have done, it was from a heart that deeply loves his country. I can't say that about most government officials I've known. Love of power and money does bad things to people's character, and I don't think either of those traits are in Ed.

I hope you will consider mercy for this man who loves this country, as I know he does, and consider, as history shows, that sometimes a jury gets things wrong. I'm not saying that is the case, but I hope you consider everything as a whole, and I pray you will also remember that there is a Supreme Judge before whom all of us will stand one day, and that you will do justly, love mercy, and walk humbly with thy God as you do your duty.

Sincerely,

Tim Coleman
Pastor, 35th Avenue Baptist Church
Phoenix, Arizona

March 8, 2023

Dear Judge Mehta,

My name is Ernest Hancock. My wife Donna and I have been in the liberty advocacy space since 1988 after being exposed to international trade issues via my father's small manufacturing company that produced camping trailers. That experience has greatly influenced my perception of the proper role of government, the promises of our founding documents and the real power and influence of America's population.

Libertarian Philosophy and Party activism dominated a great deal of my time in the 90's. My family opened a Pizza restaurant in Phoenix in 1997-2003.

I began hosting a morning radio show in Scottsdale, Az in early February of 2003. In 2005 we started a News and Views aggregator site after Video started being used on The Internet – www.FreedomsPhoenix.com.

In January of 2007 we reported that Ron Paul intended to bring light to the libertarian philosophy of peace and prosperity to the POTUS election cycle of 2008. This is how I know Ed Vallejo.

Ed was always enthusiastic, trusted, productive and inspirational. Ed leads by example and with a spirit of service to help others express themselves by helping them with their promotional ideas.

The Ron Paul r3VOLution started in Phoenix, Arizona and Ed was instrumental in the creation of this movement of Peace & LOV3 with his enthusiasm and sense of service. Ed took on the promotion of activities in Arizona via the application "Meetup".

In addition to Ed's willingness to facilitate the spontaneous order coming out of many individual desires to express themselves peacefully and effectively, Ed was known by many to be 'the food guy'. He devoted much of his yard to food production and at festivals he often had food available at his space and when there was an event or gathering Ed usually had the food thing covered.

Since I've known Ed (over 15 years) he has attended many of the gatherings and children friendly parties that my family have hosted (at least 3-4 dozen), and Ed was a regular. Never a demonstration of any unwelcome behavior.

Ed Vallejo is not a physical or emotional threat to anyone and an add to any community he chooses to serve. His philosophical advocacy is that of Peace and Community.

It is my sincerest desire that Ed's spirit has not been damaged by his experiences of the past 2 years.

Peace,
Ernest Hancock
Publisher@FreedomsPhoenix.com

May 5, 2023

Dear Judge Mehta,

I met Ed Vallejo years ago at a convention-gathering in Washington DC organized by We The People Foundation for Constitutional Education (WTP) founded by Robert Schulz. Ed was a very active member of WTP.  Please contact Bob Schulz at WTP for details about the various causes of action that thousands of American citizens participated in over several years beginning in 2000-2001.

Ed Vallejo was one of the State Representatives representing Arizona at the 2009 Continental Congress held at the Pheasant Run Resort in St. Charles Illinois as organized by WTP. I remember Ed had a very deep knowledge of our country's history was a very good communicator of the principles of freedom and liberty. He was always very professional and respectful of others.

Ed called me last month to ask me to send this testimonial in support of his personal and public character.  I have known Ed to be a peaceful man who was never angry or violent.  He was always very passionate about the cause of freedom, liberty and truth.

I am sure there are many more people who know Ed much more deeply and personally than I do. I would recommend Ed as some who can be trusted.

Sincerely,

Fred Smart

March 27, 2023

Dear Judge Mehta,

My name is Jason Tillmann. I have been in the customer service industry for over 25 years. I am currently working as a virtual classroom trainer in one of the largest call centers in the world. I have been involved in many journalistic endeavors with a focus on making a positive impact in my local community. Having been married for almost 25 years, and also having enjoyed many decades-long friendships, I have come to recognize the value of trust and honesty in individuals. It is thus without any hesitation that I write in support of my dear friend, Ed Vallejo.

I met Ed while vanpooling with ten other individuals on August 22, 2012. We were all strangers, with the exception of a family of three people, who traveled together from Arizona to the Florida State Fairgrounds. Much time was spent with Ed, who worked as the special event security at the event and on the campground. Ed went above and beyond the job duties as we spent time picking up trash and meeting the many people at the event to ensure it was a success.

After making Eds' acquaintance, the next five years was spent finding any opportunity to visit Ed at his home. One night after my mother flew into the Phoenix area, Ed came to meet and visit my mother and wife. Another time Edward joined me to pick of my father at the Phoenix-Mesa Gateway Airport and we hung out with Ed before traveling back to Tucson.

On March 8, 2017, by chance, I happened to run into Ed at the Arizona Capital to film an Arizona Senate Finance Committee Hearing. Ed allowed me to use his video footage in my own video production of the committee hearing. I reached out to Ed a few weeks later, on March 20, 2017, and asked him to help me to interview some homeless people located on the Salt River banks in Meza, AZ. Ed watched my large American Staffordshire terrier, Rocky, while my interviews of various homeless people were being conducted. His help in these two journalistic projects was invaluable and very much appreciated by me. In May of 2017, after visiting my grandmother on life support in the hospital, Ed allowed me to visit him for hours and he was very sympathetic to my needs at this difficult time in my life. In the middle of 2017, my wife and I visited Ed before we moved back to Illinois. We enjoyed his pool and the company of his Cockatoo, Buddy. This was my last time seeing Ed to enjoy his company. My last time speaking to Ed on the phone was in 2020.

It has been my personal experience that Ed Vallejo is a kind and passionate individual who cares deeply for his country, who has a deep love for all others. Honesty is one of the most important traits to me and is required to be a close friend of mine. It has been my experience that Mr. Vallejo has always spoken in a sincere manner and has proven to me to be trustworthy. Ed Vallejo is someone who speaks his mind unfiltered and has always been open minded to my contrary critiques and criticism. His passionate ways of expression can be over the top at times, however, it is my genuine belief that he has always spoken from a place of love. I have witnessed that he is very much loved and appreciated by his own wife, Deborah, and his daughter. He is also very much loved by me for being a caring and honest individual to anyone that he had come in contact with.

Please feel free to contact me with any additional questions or concerns.

Sincerely,
Jason C. Tillmann

March 8, 2023

Dear Judge Mehta,

My name is Thomasita Taylor, but family and friends call me Tommie.  I am 73 years old.  I was born and reared in Phoenix, AZ.  I taught elementary general music and chorus for 31 years in the Isaac School District, Phoenix, AZ.  During that time, I was an officer and sometimes president of the Arizona Kodaly Teachers Society, a music education group.

I also had the privilege of chairing the Arizona All-State Middle School/Junior High Choir the last two years of my career.  In this position, I selected the singers from recommendation lists from their school choir teachers, hired the piano accompanist, assisted the choir clinician, and introduced the ensemble at the evening concert.  I was also President of the Isaac Federation of Teachers, Local 2106, American Federation of Teachers for about 13 years.  In this capacity, I planned the agenda, met with the executive board, conducted the members monthly meetings, attended quarterly AZ State Federation of Teachers Unions meetings representing my local, attended and sometimes spoke at the Isaac School District Governing Board meetings, and most importantly, defended teachers and classified employees before their supervisors.  We did not negotiate salaries and benefits since we lost the election to the NEA affiliate.  I was also active in my church, ushering, singing in the young adult choir, teaching Sunday School, serving in the Mission and on the Board of Trustees all at various times.  I was also a Democrat, serving as secretary to Legislative District 22 for several years until I changed my registration to Republican.

I met Mr. Ed Vallejo in 2007 when we supported Congressman Ron Paul's (R-TX) bid for U S President.  We met at various campaign events. We also met at different political rallies held at the Arizona State Capitol and other public locations.  We also met at social events with like-minded citizens.  Ed and his wife Debbie hosted a few socials for several in our group.  I remember Ed was very proud of Debbie's potato salad and would always ask her to make it for their socials.  And it was delicious!

I have found Ed to be a good man, a good Christian, always willing to help others in need.  I know he has prayed over the phone with me at my request.  One time, he helped a friend clean out his friend's mother's house after she died.  Ed noticed that her clothes were about my size, so he made arrangements for me to select garments which I liked.  The rest were going to the Goodwill.  This certainly helped me with my clothing budget.

Ed called me after he was placed under house arrest.  We prayed together and talked.  For some reason, I did not know about his hearing in Phoenix or I would have been in attendance.  I think that Ed has faced his trials with courage.  I know I am certainly praying for him.

I pray you will give every consideration to Ed Vallejo to return him to his family and community where he will be welcomed and serving with us in Arizona.

Very respectfully submitted,

Thomasita Taylor

17

May 5, 2023

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Mehta,

This letter of good character is on behalf of Mr Edward Vallejo.

I am a citizen of Arizona and have lived in Arizona most of my adult life. I have raised 3 honest and honorable children as a family. I have worked in healthcare for 36 years, serving mostly rural Arizona. My career as a Privacy Officer and Health Information Management Director at several hospitals provided me the opportunity to understand ethics, compliance and character.  I've spent many years working with diverse individuals and groups from physicians, staff, technology, audits and investigations of possible breaches of privacy and numerous interviews.  I have also been a first vice chair of the Republican party in two counties in Arizona during the Ron Paul for President campaigns in 2008 and 2012.

Dr. and Congressman Ron Paul has drawn so many people together in the spirit of liberty and freedom.  This is how I met Ed Vallejo.  I've worked with Ed at state conventions, speaking events, walking precincts, making signs, and working hard for the campaigns and the Republican party in Arizona and nationwide.

Ed has always proven to be a dedicated and honorable man to his wife Debbie and to his responsibilities.  He has shown himself to be a person that would show up when asked and work extremely hard in a passionate and consistent manner.

Ed is exuberant in his passion and I know his intent is purely honorable.  He has a good heart. Ed has told me of his case and appears to be honest about what has happened and the situation he finds himself in.  I hope that you find it in your heart to be fair and kind to Ed.

Respectfully,

Joan Lewis
PO Box 1192
Pinedale, Arizona 85934

May 4, 2023

Honorable Judge Mehta,

Hello. My name is Patric Lewis. I am an entrepreneur. I have known Edward Vallejo for over 2 years. I met him volunteering building a Veterans Resort in Ashfork, Arizona. He was a volunteer that worked hard to help our fellow Veterans out. The whole time I have known Edward he always dedicated his life and time helping his fellow Man. No matter what they needed he would be there for them. He has helped me multiple times in the past as well. He has always been honest and kind mannered. One of the best Men I have ever met. It tore me up hearing about this. I pray for him and his Family often. I wrote him in jail. I hurts my heart to see a man that loves this Country and its People with all his heart go through this. He has never harmed anyone nor do I believe would ever have the intent. Thank you for your time in reading this statement. Hope you have a wonderful day. God Bless

Patric Lewis.

March 13, 2023

Dear Judge Mehta,

I have known Ed Vallejo for about 8 years. As he lives in Phoenix and I live in Green Valley, AZ, about 100 miles apart, I have not seen Ed on any kind of continuous basis.  However, where we have intersected, I have found Ed to be an honest, conscientious patriot.

As a combat wounded Vietnam Veteran, I know the sacrifice one must make when deciding to offer one's life to defend our Constitution and our Republic.  As Winston Churchill said, "Never have so many owed so much to so few." Ed made that sacrifice and has always been dedicated to supporting veterans and serving them.

I know you have a weighty task in sentencing. Although our country is full of divisions, all mourn the events of January 6, Ed included. As his friend, I humbly ask you to consider that at the time, Ed was trying to follow the dictates of his conscience and displayed his love of our country in his efforts to correct what to many was a miscarriage of our electoral process. I sincerely believe Ed was not in Washington to overthrow the legitimate government, but to protest what he (and millions of other Americans) truly believed at the time was an election that did not honestly represent the will of the American people. In doing so, Ed unfortunately listened to and tried to follow the Commander in Chief. Although his efforts were misguided, no one can doubt his sincerity and devotion to the preservation of our Republic. I humbly ask that you consider that even though he was mistaken in listening to what the President was saying, Ed's heart was in the right place. Indeed, for as long as I have known him, Ed has always worn his heart on his sleeve, and it has always been in the right place.

I thank you for taking the time to read my letter,

Paul Fitch

February 15, 2022

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Mehta,

I am writing to you in support of my friend and colleague, Edward Vallejo. My name is Adam Kokesh and I am the chair of a nonprofit called Homefront Battle Buddies. Our primary purpose is to host retreats for US military veterans at my homestead in the mountains of northern Arizona. Edward is our Program Director and one full time staff member. He is the engine of our organization. When Edward was arrested, we were building the facility to host retreats and supervising a team of veteran interns here. Edward and I recently attended a safeTALK suicide awareness training that we drove to Bozeman, Montana to attend. He is critical to our organization and passionate about our mission.

I have known Edward for about 14 years going back to our involvement in the Ron Paul campaigns and activism around it. Edward has always been a positive presence in the activism community in Arizona. He has always been kind and generous to everyone he works with. He has also been a powerful force of de-escalation of conflict, using his age to get younger activists to stay calm and see the bigger picture.

Edward is highly motivated by his principles and his big picture is a world where everyone is free because everyone gets along. While I am not now, nor have I ever been a Trump supporter, unlike my friend Edward, and so had nothing to do with anything supporting Trump, I respected his decision to go to DC for what I know to be his principled intention to protect people and help serve food. The real reason he wasn't doing so many of the things he has been accused of is that it was never his intent and out of line with his truly gentlemanly character. I can't imagine him being a threat to the community in any way, whether that is our community of veterans, activists, or the people of Arizona.

When we went to the suicide awareness training, we had to sleep in his truck without heat in a freezing church parking lot because all the motels were sold out for a big football game. Because we barely slept, we sat in the front row in order to stay alert. While I was just trying to keep the coffee coming, he was the most energetic student in the class. He always had his hand raised and was the first to volunteer for every exercise. It was borderline embarrassing, but everyone in the class fell in love with him. I wish you could appreciate his energy the way that we who know him do.

Having not been detained since the January 6th events, we were shocked to learn of his detention. The government was originally correct to see that he was no threat. They are incorrect in demanding his detention now. Our organization has mostly fallen apart without him. His friends miss him. The world, our country, and the veterans community needs more men like Ed, not less. We want him free to continue his righteous work with us and I humbly beg you grant his motion for pretrial release.

Sincerely,

Adam Kokesh

21

February 16th, 2022

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Mehta,

I am writing on behalf of my friend and someone I'd consider family, Mr. Edward Vallejo. My Name is Joie Leigh and I am a full time resident at Adam Kokesh's property which serves as the staging grounds for his veterans non-profit, Homefront Battle Buddies(HBB) of which Mr. Vallejo is the Program Director. I have known Ed for just under a year since he set up camp on the property in Ash Fork, Arizona during the spring/summer of 2021. While I am not directly affiliated with HBB I am witness to the work that goes into its organization on a daily basis.

Ed is an incredibly motivated individual and his motivation from what I've observed is primarily to help others. When he stays at the property he wakes up every morning and gleefully begins doing light work around the property. He cares for the animals on the property as if they were his own children which mirrors his interactions with the people he comes in contact with on a daily basis. This is just one of the many galant character traits that Ed possesses which makes him a perfect fit for Program Director of HBB in working directly with veterans who feel lost and are looking for a compassionate ear.

Ed was there for me when my 16 year old cattle dog was suffering from 3rd degree burns all over her body. He literally pulled her from the fire she stumbled into and saved her life then took her and I to the vet an hour away from the property. It was Ed's compassionate words on the way to the vet that calmed me down from the state of shock and fear I was in watching her suffer. Ed has helped me repair my vehicle, helped me build things around the property, he's been here when Adam is traveling just so that I don't have to be alone. I could go on for a few more paragraphs on the many ways Ed has been there to assist me without ever being asked or ever asking anything in return.

In all my many interactions with Ed over the past year I've never seen him get angry, act violent or speak ill to me or of others. Ed maintains principles of peace and non-agression in everything he does and for him to be considered a threat to the public or any living creature for that matter is simply outrageous from what I know of him.

While I understand the courts concern in bringing the participants of the events on January 6th to trial in order to get to the bottom of their motives I do not think that holding Ed in a concrete cell until that time is needed. Ed has expressed even prior to his arrest that he wants to cooperate with the investigation and even drove to the FBI field office in Phoenix voluntarily in order to do just that. Not having Ed around feels like a family member is missing as he is a staple to this property and all the charitable efforts coming out of it.

Please consider allowing Ed the basic comfort of being home with his immediate and extended family until his trial date as he has never been a threat to anyone from what I've observed. While Ed may be passionate about his political views that are sometimes different from mine, his passions have always been expressed with undertones of charity and good will. His friends and family need him.

Sincerely,

Joie Leigh

22

Hon. Amit P. Mehta
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Mehta,

My name is Debbie Vallejo and I am Ed's wife. We have been happily married for 34 years. We meet when working a courier service and became fast friends. I think this is the secret to our relationship. We trust and respect one another.

The past year Ed has gotten involved in a non-profit organization whose mission is to help veterans with PTSD and depression. The compound is outside of Ash Fork, AZ. The property belongs to Adam Kokesh. They are building dormitories and rec center to house vets during their stay using recycled materials. On Nov.12, 2021 my husband and Adam drove to Bozeman, Montana for a suicide prevention training class at E-Free church of Bozeman.  In Dec 2021 Ed attended another suicide prevention course here in Phoenix given by Brain Injury Alliance of Arizona. He graduated from the course with a certificate of completion. He told me taking the courses broke a lot of myths about suicide and how to identify and help a person in trouble.

Since the weather turned colder up north, my husband started spending the majority of his time here in Phoenix with me. We started to plan for my retirement for the first of year. Ed has been looking for the right housing for me to be comfortable in, where he would still be close enough to continue he's work at the complex. My husband has always wanted to help vets in some capacity and when this opportunity came along he jumped on it.

Ed also has been sober for about 37 years and has sponsored many people over the years. He helped me understand my ex-husband and helped me to take the blame off of myself for his actions. I am a much better and happier person because of my husband. I have always stated God gave him to me because I sure couldn't have found him by myself. I love him and miss him terribly.

I am willing to do what ever it takes to have him released and brought home. I will follow all the courts conditions. I don't drink or smoke and I'm a home body. I do work 40 hours a week at a job I have had for 23 1/2 years. If need be I can take time off with a seasonal leave of absence for up to a year. I hope this gives you the info you need for the appeal. If you need anything else please let me know.

Sincerely,
Debbie

Exhibit 2

oUaQL7MSA4wVbbP4sRFABv3oXyQiJ3tzJcSHi4kt/#Qma2NcQVBYmm97o6TFLiauX5YWjMWCFfYmxRh2TbfJdE7R)

11-03-2009



### Ed Vallejo (/Writer-Bio-Page.htm?EditNo=211)

More About: Voting and Elections (/Subjects/00150-LAST-voting-and-elections.htm)

34)

**Make a Comment (/Forum/Add?EdNo=001&Type=Column&Info=060879)** • Email Link (https://www.freedomsphoenix.com/Email-Story.htm?
EdNo=001&Info=0079097) • Send Letter to Editor (/Letter?EdNo=001&Info=0079097) • View for Print (https://www.freedomsphoenix.com/Print-
Page.htm?EdNo=001&Info=0079097)

# Good Morning Mr. Vallejo, This is the Maricopa County Elections Department...

7:50 a.m., Tuesday, November 3rd - Election day for City Council Members in Districts 3 and 6.  I don't live in either, but I am two miles from the border of District 6 just east of me.

***TEN minutes after the polls have opened...***

Caller: "Good Morning, is Mr. Edward Vallejo there?"

Me: "Who's calling please?" (stock answer for anyone I don't recognize)

Caller: "This is the Maricopa County Elections Department calling."

om)

Me: "Yes Ma'am, how can I help you?"

27 YAwd15CQ9nDkLhZPa5QsfbZ8EuSoncHgwA8Y/)

Caller: "Mr. Vallejo, we were wondering if you were available to work at one of our polling places today - it is election day?"

nix.com/Secure/Join Me: "Well, that depends.  Where, and for how long?"

Caller: "The polling place is about two minutes from you, and we would need you there until about 7 o'clock when
nix.com/RSS/RSS the polls close."

com/Subjects(TopTech)

Me: "I can do that, the only problem is I have to pick up my Wife at work at noon, and my Granddaughter at 3:30 from school."

Caller: "Hold on a second sir..."

She puts me on hold for about 20 seconds, then comes back on

Caller: "Sir, we appreciate your offer, but once you are there I can't have you leave."

Me:  "Well that's too bad.  If I had been given a little more notice, I could have made other arrangements."

Caller: "Yes sir - thank you for your time and have a nice day."

END OF CALL

I'm still trying to process this information.

At first I'm thinking why on Earth are they trying to drum up Poll Workers *after* the Polls have opened?   This surprises me, because one thing that has been consistent has been the Volunteers.  The People have always stepped forward, and every Polling place I've been to was always well staffed.

As Arizona Coordinator for the Continental Congress 2009 to be held in St. Charles, Illinois next month, I organized a statewide election and made sure there were an adequate number of Poll Workers at each Polling Place.  That is a standard.

On the flip side - I don't live that far from District 6, and if available, I could have been there right away - I'm a logical choice to call, added with the fact that I'm in Karen Osborne's contact list.  It's either that, or they were going down the Voter Registration list - I don't know which.

All I know is it sounds like somebody dropped the ball - AGAIN - in a Department that has been besieged with complaints and lawsuits claiming impropriety - to no avail.

When I testified recently as to the things I saw on Presidential Election Night that I believed to be breaches of security and conflicts of interest,  the decision handed down by the judge days later amounted to 'we acknowledge that your testimony is true, but at this late date, there is nothing that can be done about it.'

More like - 'at this late date we are unwilling to do anything about it!' and the People Be Damned.

Just one more reason why THE R3VOLUTION CONTINUES.

Ed

Exhibit 3

1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2

3      - - - - - - - - - - - - - - - - )

4      UNITED STATES OF AMERICA            *

5           vs.                            *   CASE NO. 2021-R-00494
                                                        21-cr-28
6      THOMAS CALDWELL, et al.             *

7      - - - - - - - - - - - - - - - - )

8                              Grand Jury 21-1

9                              United States District Courthouse
                               333 Constitution Avenue, NW
10                             Washington, DC 20001

11                             Wednesday, October 20, 2021

12

13           The testimony of KELLY L. CARTER was taken in the

14     presence of a full quorum of the Grand Jury, commencing at

15     10:33 a.m., before:

16               KATHRYN RAKOCZY
                 Assistant United States Attorney
17
                 TROY EDWARDS
18               Assistant United States Attorney

19               LOUIS MANZO
                 Special Assistant United States Attorney
20

21

22

23

24         Reported by:

25         Roxanne Parsons

                    FREE STATE REPORTING, INC.
                   Court Reporting  Transcription
                       D.C. Area 301-261-1902
                    Balt. & Annap. 410-974-0947

<pre>
 1                    P R O C E E D I N G S

 2   (Whereupon

 3                      KELLY L. CARTER

 4   was called as a witness and, after first being duly sworn

 5   by the Foreperson of the Grand Jury, was examined and

 6   testified as follows:)

 7                        EXAMINATION

 8        BY MS. RAKOCZY:

 9        Q.   If you could have a seat, Mr. Carter --

10        A.   Thank you.

11        Q.   -- right there on the witness stand.

12        A.   That was unfortunate.

13        Q.   And, yeah, if you wouldn't mind pulling the

14   microphone just --

15        A.   Yeah.

16        Q.   It doesn't have to be right on top of your mask,

17   but just generally near your mouth.

18        A.   Sorry.

19        Q.   Good morning.

20        A.   Good morning.

21        Q.   In a loud and clear voice, could you introduce

22   yourself to the ladies and gentlemen of the grand jury?

23        A.   Hi.  My name is Kelly Lee Carter.

24        Q.   Where do you live, sir?

25        A.   Phoenix, Arizona.
</pre>

1   Mr. English?

2        A.   Yes.

3        Q.   Do you need any more time to talk to him?

4        A.   No.

5        Q.   Okay.  If at any point today something comes up

6   and you'd like to step out and give him a call, you can do

7   that for as long as you need and for as many times as you

8   need.  Do you understand that?

9        A.   Yes.

10       Q.   Okay.  Do you have any questions at all about

11   these rights that I've just gone over?

12       A.   No.

13       Q.   Okay.  Let's talk a little bit about January 6th.

14   Did you come to Washington, D.C., for January 6th?

15       A.   No.

16       Q.   Okay.  Did you come to Northern Virginia for

17   January 6th?

18       A.   Yes, I did.

19       Q.   How did you come to decide to come out here?

20       A.   How did I decide to come to -- I felt as -- should

21   I see what the evidence we're going to unfurl, and I wanted

22   to be here for that.  You know.

23       Q.   Did you come with anyone else?

24       A.   Yes.  I came with two friends.

25       Q.   What were their names?

1      A.   Ed Vallejo and a man named Todd and I'm always

2   unsure on his last name.  Kanacus (ph.), something like

3   that.  It's -- I had never -- him before.

4      Q.   Okay.  Just to help out our court reporter you

5   said Ed Vallejo.  And does it sound right that his last name

6   is spelled V-a-l-l-e-j-o?

7      A.   That's exactly right.

8      Q.   And you said the other guy's -- the other

9   gentleman was named Todd?

10     A.   Yes.

11     Q.   And you said you weren't sure about his last name?

12     A.   I don't really know him, and his last name was,

13  Like I said, Kanacus.  Something kind of kooky like that.

14  He didn't know my last name either.  So --

15     Q.   Okay.  Like maybe done with a K or a C?  Kanacus

16  or something, you're not sure.

17     A.   Yeah.

18     Q.   Okay.  I'm not going to ask you to spell that

19  since none of us really know what it is.

20          And how did you learn that they were coming up?

21  Like how did you all agree to come together?

22     A.   I had been friends with Mr. Vallejo for 40-plus

23  years.  So he and I had spoken about what was going on and

24  he expressed interest in going and I did too.  And then we

25  decided to figure out a way to network to get ourselves out

1    there.  And he had a crummy little truck and Todd had a

2    beautiful, big, fat truck.  And I wanted to ride a big, fat

3    truck.

4          Q.   Did you all come out in Todd's truck then?  Or did

5    you take two vehicles?

6          A.   We came in two vehicles.  I was with Todd and

7    Mr. Vallejo was driving himself.

8          Q.   Okay.  And had you met Todd before --

9          A.   No.

10         Q.   -- coming out here?

11         A.   No.  It's the first time.

12         Q.   And so it's fair to say that you then drove from

13   Arizona to here?

14         A.   Oh, we did.

15         Q.   What route did you take?  What, if any place, did

16   you stop?

17         A.   We went through I guess it would be Interstate 44.

18   And we went across the country straight through that.

19         Q.   What all did you bring with you?

20         A.   Myself, supplies, clothing, and some firearms.

21         Q.   Why did you bring firearms?

22         A.   Why?

23         Q.   Mm-hmm.

24         A.   Better to have them and not need them than need

25   them and not have them.  And I really have never traveled

1   across the country by car before and I was trying to be sure

2   I didn't make any mistakes.  So I had them put away.  We

3   never really left them in a position where anyone could take

4   them because we would take all of our gear into the

5   apartment or into the room where we would stay.  So tried to

6   keep it fairly kosher.

7        Q.   How many firearms did you bring?

8        A.   Two.

9        Q.   What -- just what general kinds?  You don't have

10   to tell us the precise model.

11        A.   A pistol and a carbine.

12        Q.   Say that one more time?

13        A.   A pistol and a carbine.

14        Q.   Okay.  Do you know whether Mr. Vallejo brought any

15   weapons?

16        A.   They had firearms equipment bags.  But I never saw

17   their firearms.

18        Q.   How many equipment bags did you see, if you

19   remember?

20        A.   Probably one each.

21        Q.   Did Mr. Vallejo and Mr. Kandarus [sic] bring

22   additional supplies?

23        A.   Oh, yes.

24        Q.   Can you describe that for us?

25        A.   Mr. Vallejo took approximately 200 pounds of food

1   and a bunch of silly crap, basically.  I don't know what --

2        Q.   Did you say 200 pounds of food?

3        A.   -- he was prepared for.  Pardon me?

4        Q.   Did you say 200 pounds of food?

5        A.   Oh, yes.

6        Q.   Do you know why he brought that much food?

7        A.   He's a goofball.  I don't really have a good idea.

8   We dragged that crap across the country, and if I could have

9   thrown it out in Tucson I would have.

10       Q.   Okay.

11       A.   But, yeah.  He had way more stuff than a human

12  being ever needed and he was ready for, I guess, living in a

13  hole in the ground with a tent over him or something.  I

14  don't know, but that didn't happen.

15       Q.   Did he tell you why he thought that it might be

16  necessary to have all those supplies?

17       A.   He's a Virgo.  That's what he told me.  So --

18       Q.   Okay.

19       A.   I don't know what that means.  I guess he's a

20  prepared kind of guy.  So he wanted to make sure he had

21  enough food for a week.

22       Q.   Have you heard of a group called the Oath Keepers?

23       A.   I have indeed.

24       Q.   Are you affiliated with them?

25       A.   I am not.

1    anything in Washington and be assured that nothing funny was

2    going to happen.

3        Q.    Okay.

4        A.    If that makes sense.

5        Q.    And if the events at the Capitol happened on

6    January 6th, do you remember did you get there that day?

7    The day before?

8        A.    The day before.

9        Q.    Have you heard the word Quick Reaction Force or

10   QRF?

11       A.    Yes, I have.

12       Q.    Are you familiar with what that generally refers

13   to?

14       A.    My son calls it idiot's LARPing.

15       Q.    Okay.

16       A.    So --

17       Q.    Where did you learn the term?

18       A.    I heard it that day.  Yeah, I heard it that day.

19   It was on television actually I believe.  They were

20   mentioning that a bunch of I guess Oath Keepers were scary

21   or something.  And then I asked Ed about it, and Ed said,

22   oh, that's a Quick Reaction Force is something that

23   somebody's -- a campsite near yada, yada, yada.  It's like I

24   had no idea what he was talking about.  I don't think he did

25   either.

```
1        Q.   So you think this was -- when you say that day,

2   the 6th --

3        A.   The 6th.

4        Q.   -- of January?  So you said you heard something on

5   TV about it and then you talked to Mr. Vallejo about --

6        A.   Right.

7        Q.   -- a Quick Reaction Force?

8        A.   That would be in the evening I spoke to him

9   because he was gone early in the afternoon of the 6th.

10        Q.   And let me just unpack that a little bit.

11   Mr. Vallejo was familiar with the term Quick Reaction Force?

12        A.   He knew what that meant, yes.

13        Q.   And he told you there was a Quick Reaction Force?

14        A.   Well, he said that that concept or, I guess, a

15   Quick Reaction Force was something that was in an area away

16   from Washington.

17        Q.   Okay.

18        A.   And that they were, I guess, I don't know, looking

19   to be a Quick Reaction Force.  Whatever that is.

20        Q.   Who was looking to be the Quick Reaction Force?

21        A.   I guess the Oath Keeping people.

22        Q.   Do you know from -- did Mr. Vallejo say whether

23   the Quick Reaction Force would have weapons to assist their

24   mission?

25        A.   I would assume that they did as opposed to a Quick
```

1 Reaction Force that was going to give hugs.

2  Q. Okay.  Did Mr. Vallejo say anything though about

3 whether the Quick Reaction Force would have weapons?

4  A. No.

5  Q. Did Mr. Vallejo ever tell you that he thought he

6 was serving as a Quick Reaction Force?

7  A. No.

8  Q. Did Todd ever say --

9  A. No.

10  Q. -- anything about that?

11  A. Neither one of them thought that.

12  Q. You mentioned that you were -- you felt like you

13 were sort of guarding the supplies in your room at the

14 hotel; is that right?

15  A. I felt that that was what I should be doing, yeah.

16  Q. Did you leave the hotel and come into Washington,

17 D.C.?

18  A. I did not.

19  Q. Do you know whether Ed and Todd left the hotel to

20 come --

21  A. Oh, yes.

22  Q. -- into D.C.?

23  A. They drove around and did all kinds of silly, you

24 know, let's go see Washington, D.C. stuff.  Yeah.

25  Q. Did they tell you anything they did?

 1              WITNESS:  I can't understand her.

 2              GRAND JUROR:  Who paid for the hotel and

 3    provisions and all the, you know, who paid for all this?

 4              WITNESS:  Paid for --

 5              MS. RAKOCZY:  So the --

 6              WITNESS:  -- what?  The room?

 7              GRAND JUROR:  The room --

 8              WITNESS:  The room was paid for by the Oath

 9    Keepers.

10              GRAND JUROR:  -- the gas -- I'm sorry?

11              WITNESS:  Oh, we paid for that.  They did not pay

12    a dime for that, no.  I paid my fair share to get across the

13    country in fuel and lodging.  But the only one that was paid

14    for that we got to -- Arlington, the room in Arlington.

15              GRAND JUROR:  I'm sorry.  Who paid for the room in

16    Arlington?

17              WITNESS:  The Oath Keepers.

18              GRAND JUROR:  Okay.

19              WITNESS:  That's what my understanding of it was.

20    Is that they bought the room with a bunch of other rooms to

21    accommodate other Oath Keepers.

22              GRAND JUROR:  Okay.  When you were protecting the

23    guns, were you protecting them to stop your friends from

24    using them?  Or --

25              WITNESS:  Actually, I understand.  Yeah.  No, we

1   were -- basically I was trying to make sure that nothing

2   untoward would happen.  Like, if someone was to break into

3   the room and come out with firearms that we would be

4   responsible for.  That to me would be just catastrophic.

5           GRAND JUROR:  But not if your friends came to use

6   them?

7           WITNESS:  Pardon?

8           GRAND JUROR:  If your friends came back to the

9   guns, that was okay.  That was --

10          WITNESS:  I'm having a hard time hearing her.

11          MS. RAKOCZY:  I think the question is, if

12  Mr. Vallejo or Todd came back to the room and said, I'm

13  going to grab my gun --

14          WITNESS:  Oh, no.  Hell no.

15          MS. RAKOCZY:  -- and go somewhere --

16          WITNESS:  No.  No, no, no.  No, they never, ever

17  touched any of the firearms.

18          MS. RAKOCZY:  If they had though, would you have

19  stopped them?  Or would you have said, well, it's your gun,

20  man.  Do what you want to do.

21          WITNESS:  I would have asked what's happening,

22  yes.  Definitely.

23          GRAND JUROR:  Why didn't you leave?

24          WITNESS:  Why didn't I leave?

25          GRAND JUROR:  Yes.

1                        *C E R T I F I C A T E*

2

3              We hereby certify that the foregoing is a true and

4    accurate transcript, to the best of our skill and ability,

5    from my notes of this proceeding.

6

7    October 28, 2021
     Date                              Jacqueline Bryant

8                                      Transcriber

9

10

11   COURT REPORTER:                   Roxanne Parsons

12                                     Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 4



‹ 73

JF

Joanne ›

It would be a good to sign up with at least one of these groups because ...they should have a permit to be at the Elipse fir this event.

Also.. the DC mayor is activating National Guard.. i just read that ... somewhere. Will forward info as I find it.  Be safe



@RedLiner - RedLiner - Trump Supporters Gathering for March to Save

  iMessage 

Exhibit 5

| 545 | Instant Messages | Incoming | | | 1/5/2021 1:08:48 AM(UTC+0) | From: +1480⬛⬛⬛ Dr Phranq To: +1602⬛⬛⬛ TK , To: +1602⬛⬛⬛ | This is the YouTube channel that is fantastic. All young journalists who have been covering every single rally. Including every Arizona stop the steel rally since the election. They are sort of a "boots on the ground" 20/30 year old Fox News. Without the fucking Fox News of course! <br><br> Anyway, just put these guys in on YouTube or Rumble and you can see the live streams. Including right now for the Georgia rally. <br><br> RSB NETWORK (right side broadcasting) **Source:** | |
| 546 | Instant Messages | Incoming | | | 1/5/2021 1:10:04 AM(UTC+0) | From: +1480⬛⬛⬛ Dr Phranq To: +1602⬛⬛⬛ TK , To: +1602⬛⬛⬛ | Here is the website directly for stop the steel. Probably the most "official" information for this rally you can find. Although you could also simply check out Donald Trump's personal website and see what's there. <br><br> One last thing, make sure that you were on Donald Trump's Twitter feed. There's no better direct link from him than Twitter. Although if shit really goes down you know those assholes will ban his tweet anyway. One last thing, make sure that you were on Donald Trump's Twitter feed. There's no better direct link from him than Twitter. Although if shit really goes down you know those assholes will ban his tweet anyway. <br><br> Stop the steal... Trumpmarch.com..._ **Source:** | |
| 547 | Instant Messages | Incoming | 1 | | 1/5/2021 1:11:15 AM(UTC+0) | From: +1480⬛⬛⬛ Dr Phranq To: +1602⬛⬛⬛ TK , To: +1602⬛⬛⬛ | Here you go further..... <br><br> IMG_3322.png <br><br> **Source:** **Source file:** Attachments/0/IMG_3322.png : (Size: 186257 bytes) | |

Exhibit 6

*From*: GGSoL                                        *To*: Grey Team OK

We should only send a few people into these rallies as recruiters and maybe a small QRF for MEDEVAC and Extraction if something really bad happens. I don't want to cause waves, but I have done this for real my whole Military career.

Exhibit 7



424

Details:

Group photos:

Name: Pegasus Intel Gathering
Start Time: 2020/10/02 15:44:21(UTC-5)
Last Activity: 2021/04/21 22:13:29(UTC-5)
Number of attachments: 27
Source: Signal
Account: Stewart
Source file: 00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x12740F1F (Table: model_TSThread, model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)
Source Extraction: Legacy
Body file: chat-424.txt

Participants:

+1813 ███████

Stewart
Stewart (owner)

Identifier: g61xC6XGjTaJ3p46tvAC2/Q==

---

System Message System Message

"<The group 'Pegasus Intel Gathering' was created>"

2020/10/02 15:44:21(UTC-5)

---

+181 ███████ G.

I read an interesting thread on the shooting of Aaron Danielson where the analysis points to a 6-man death squad operating in concert.  Well trained, comms, coordinated.  It's a very dangerous situation.

2020/10/05 11:57:18(UTC-5)

Source Extraction:

---

+1813 ███████ G.

More the murder of Aaron Dickinson by Antifa Portland. Carlos' analysis is typically first rate.  He's a good follow.  His thread, Here:
https://twitter.com/cosweda/status/1300660528725909507?s=12

2020/10/05 13:09:33(UTC-5)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x125A979B (Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

Exhibit 8

<pre>
 1                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLUMBIA
 2

 3     - - - - - - - - - - - - - - - - - )

 4     UNITED STATES OF AMERICA          *

 5          vs.                          *   CASE NO. 2021-R-00494

 6     THE OATH KEEPERS                  *

 7     - - - - - - - - - - - - - - - - - )

 8                              Grand Jury 21-1

 9                              United States District Courthouse
                                333 Constitution Avenue, NW
10                              Washington, DC 20001

11                              Wednesday, June 23, 2021

12

13          The testimony of GRAYDON P. YOUNG was taken in the

14     presence of a full quorum of the Grand Jury, commencing at

15     10:20 a.m., before:

16               JEFFREY NESTLER
                 Assistant United States Attorney
17
                 KATHRYN RAKOCZY
18               Assistant United States Attorney

19               LOUIS MANZO
                 Special Assistant United States Attorney
20
                 TROY EDWARDS
21               Assistant United States Attorney

22               ALEXANDRA HUGHES
                 Attorney, Department of Justice
23

24          Reported by:

25          Roxanne Parsons
</pre>

1    were going to effect using it or deploying it or --

2          Q.   And what was your understanding of the purpose of

3    the QRF?

4          A.   I did hear them talking about if things got out of

5    hand in the city.  And they were talking more specifically

6    about what I was talking about before, the NFAC or the

7    Antifa-type guys showed up armed and people could get harmed

8    that they were going to go retrieve weapons.

9          Q.   And you knew, at the time that you all went over

10   to the Capitol, that there was access to these weapons if

11   necessary, right?

12         A.   Yes, sir, I did know that.

13         Q.   And did you feel that the involvement of Roger

14   Stone or the president, Trump, down at the rally at the

15   Ellipse gave you more protection from what you were doing?

16         A.   Yeah, I supposed so.  I hadn't exactly literally

17   asked myself that question.  But now that you ask it, I

18   would say it's not so much I would phrase it as protection,

19   but direction, which I guess implies protection.

20         Q.   That you had in your mind that what you were doing

21   might actually be okay?

22         A.   Yes, sir.

23         Q.   But looking back now, you realize it was not?

24         A.   Yeah.  I can't convey how embarrassed and

25   humiliated I am by being such an idiot to fall for all that

Exhibit 9

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



File Number: ███████████

Date assigned:        06/14/2021

Transcribed by:       SOS Bridgeman

Requesting office:    Washington Field

Requesting official:  SA Hilgeman

**VERBATIM TRANSCRIPTION**

**Participants**

| | |
|---|---|
| HOST | Earnest (Ernie) Hanncock, Host of 'Declare Your Independence with Earnest Hannock' Podcast |
| TK | Todd Kandaris |
| EV | Ed Vallejo |

**Abbreviations**

| | |
|---|---|
| UI | Unintelligible |
| OV | Overlapping voices |
| RC | Recorded message |
| PH | Phonetic pronunciation |

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


HOST:        [RC] (Intro) Alright special guest, special guest, special guest…friend Todd is in Washington D.C. Todd can you hear us?

TK:          I can hear you.

HOST:        Okay let's uh, you know, crank this up. Um, go ahead and uh tell us what's going on there... to see... I think I got good volume on. You go ahead.

TK:          Alright well yesterday we arrived around noon. We hooked up with the Oath Keepers and we bivouacked [PH] with them uh in Arlington. Uh then we unloaded what we could. We got into D.C. as quickly as possible. We went to uh a gathering at the Supreme Court building, completely peaceful, very calm, lots of police but they were all calm and everything was fine. Uh, then we decided to go to another venue which was supposed to be bigger which it was at freedom pavilion, uh, or whatever they call it here, but it's a, you know, it's an air park area basically and its near the Washington Monument. We went down there and there were a lot more people and you know they had set up a complete you know media set up. We had speakers. It was completely peaceful. Uh we worked as security to get some high profile people, couple of generals, some other speakers, um that came in and addressed the crowd. And everybody was up lifted and excited but no violence whatsoever...very calm, no police interference. They were all good, everything was fine. They were around but there wasn't any interference.

HOST:        Well you didn't have any counter protesting somebody... something…

TK:          There was but it was isolated to an area which is actually now renamed BLM park or whatever it's their area. And it's really only about five or six blocks from I mean you could walk there in two minutes you know.

HOST:        Well how many, how many people in the counter BLM protest area?

TK:          There were maybe a couple of hundreds. Um a lot of police. They had like forty police right there with dozens of cars.  So, um, yeah it was an amazing. It was it was weird because there were almost no police near us and the ones that were, were very calm and [UI] but there, they were wearing yellow, you know, highway like jackets for high visibility  and there were lots of cars. I mean we we actually walked there to get somewhere else and so we got we got to walk right through it. I mean we didn't walk through it in a in an aggressive way we just walked on the

UNCLASSIFIED
1

UNCLASSIFIED
Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

sidewalk and nobody bothered us. Nobody said a word to us.  We were fine.  Now we weren't waving Trump flags or anything we were just walking...um.  But, uh about seven forty five eight o'clock last night,  about thirty patrol cars were just blazing, this is when we were walking  toward the BLM camp, not because we wanted to go to the BLM camp but because we just had to pass by it. And, um, we were wow what's that? And then a little bit later we heard that there were um quote unquote Trump supporters uh that had a large number that had assailed the BLM and went through the police to do it and it's like that's not true. We were I mean we were we were there we were within a few hundred yards. It's like maybe somebody did something and we did hear that that there were quote unquote individuals being bussed in. They could have been Antifa, they could have been BLM but they were definitely not any of what you would call us. Um…and um, we were you know it just you'd have to see it. It was like Alice through the looking glass because everything was calm where we were, absolutely calm but yet we were getting reports that a bunch of these you know aggressive, white supremacists, racists, you know, every uh superlative they could throw uh had attacked these otherwise peaceful BLM protesters and it's just, that's just not true.

HOST:     Well that was uh…we had the, the story that the head Proud Boy, uh guys…yeah, whatever, well it happens, that, that guy is uh of color. I can't tell, he seems black. And, and not that I care…but you know um he...[UI] oh yeah, you know guns, no he didn't have guns, oh yeah he had ammunition, no he didn't have ammunition. Well he had high-capacity magazines and it looked like the pictures that I saw were two thirty round um AR15 magazines that had logos on them. They were like gifts or or you know demonstration or…

TK:       [UI] right, yeah, [UI].

HOST:     So you know he's uh, uh, yep, you're not allowed to go. And, uh…you're gonna have to be back here whenever to answer for your crimes of having these empty magazines. And um, it's a felony. So I'm, um, is that news there at all…[UI]?

TK:       That hasn't been spread around. I mean yes, we had something earlier yesterday that, that individual was detained for weapons charges and that's all we heard.

HOST:     Um, well…

TK:       We didn't hear anything else.

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


HOST:      Well what i got out of it is that uh it was magazine empty thirty round magazines
           that were logoed. That's what I, I saw. [OV] That's what I got. You know…which
           you know, nothing surprises me anymore I mean, you know…

TK:        And it sounds to me like something that was whipped up but I'm telling you that
           it's like two different worlds; there might be some things going on in the
           background.  But all of the events that we were at were just very peaceful. I've
           been to more aggressive crowds in, in Phoenix…there, there was just not…

HOST:      [OV] Yeah, no, [OV] [UI] and, and Todd is very a good friend from here in
           Phoenix that, or Phoenix area east valley…That uh, you know, part of the Ron
           Paul love-ovolution.  You know he and his wife uh, their children, I mean
           everybody was involved, they were part of the crowd.  So, uh, he decided…he's
           involved and he's going to…now here in Arizona. Uh, you may know more than
           me…I'm getting the impression that it's all about, you know we're, we're gonna
           start a new party it's going to be Arizona patriot of some…then there's gonna be
           somebody that's gonna fund it, bankroll, it stand in front of it..you know…pick
           me, pick me! I've seen this before…what do you think's going on, what's gonna
           happen…

TK:        Well I, I, I do think that that's a national effort. I'm getting reports from around the
           country, from family and friends, that they quote unquote support a third party.
           but I don't know what that is. And there's gonna be, you know, uh, herdin' cats
           because you've got everybody who has their idea of what a new party is. I don't
           really know. But um, from my perspective, my perspective is when this all comes
           down, uh, if, if it goes anywhere in the direction that we want it to then we've
           really got to keep that momentum and make sure that we clear out some of these
           people and put some further uh checks and balances in place to make sure that,
           you know, this stuff isn't happening. Um…obviously that's that's uh pie in the
           sky.  Um, but but we definitely have to use that momentum to do that because
           otherwise they're just gonna, gonna go back to their behavior and they're gonna
           give away billions of dollars to foreign nations and they're gonna continue
           increasing the police state and they're gonna to do all of this stuff. And so right
           now with hundreds of thousands of people and there are people pouring in by the
           minute uh to the Arlington area were we are and to and to um to Washington
           D.C., uh we're getting ready to go in. We know it's going to be a long day. There
           are police checkpoints that will check your vehicle for anything so obviously
           we're clearing that stuff out of our vehicles uh that might be cause for alarm on
           their part and we're going to go in but we know we don't have any unrealistic

UNCLASSIFIED
3

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

expectation that  that's going to be quick. There are hundreds of thousands of people showing up.  There are caravans from all over the nation coming in. We just happened to get here early.

HOST:         Yeah, no, this we're here earlier at Wesley Bolin and we had to come in early one for the show and uh and make sure we found a place to park with the bus and um so that you know it doesn't blend. But um, you know, we're on the, uh god what is it, the uh, southeast corner of Wesley Bolin parking lot. So we're got it kinda sideways you know overlooking the whole thing. And they're just now starting to arrive and just to like the five ten minutes ago I guess… what time is…I guess it's seven thirty was the time I guess…so there's a bunch of people coming.

TK:           Yeah. So, I mean the thing is is there are all kind of things being played… [OV]

HOST:         Hold on, hold on, hold on a second…okay yeah…yeah…yeah, it's just a setting on the commrex is that I got to find out which button to turn down here when you're... We didn't get the rejoiner coming in so we went over but uh, um so that's all right. The uh…anyway we got this setup I need um wonder (pause) if there's a two way...

TK:           I'm gonna put you on mute for just a second but I'll be listening for ya…

HOST:         Alright, cool.

              [RC]

              Welcome back, welcome back, welcome back. Uh, we're talking to Todd, good friend uh from the valley here. He and another gentleman uh went there…um is Ed with you, Todd?

TK:           Ed is with me but he's indisposed at the moment.

HOST:         That's... that's fine. You know, Ed Vallejo was head of the meet up. He kinda ran that for the Ron Paul uh love-olution in 08 [UI] so he's well known by a lot of people. He's... he's all man…ooo man, he's he's amped up, gonna get some. He's not quiet either so I'm sure if somebody needs yellin' he'll take care of it for em. but uh, Todd, you know he's uh you know IT guy more logic and reason and we just reason we need to be in Washington D.C…what prompted you to go?

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


TK:          Uh well, I mean you know I, I also am a former Marine and I did take an oath to
             uh defend the Constitution. I took that oath seriously and I still do. So, just needed
             to be here.

HOST:        Former Marine…I didn't think you guys were allowed to say that.

TK:          Well you can't say…you can't say ex.

HOST:        Oh, okay.

TK:          We say former.

HOST:        Got it. The um, well, i'm, i'm…what are you expecting that…do we even know
             what this is about? You know I'm, I'm looking at um…

TK:          Well let me say this, are we talking about the administration?

HOST:        Yeah, no, no, that it's the 6th, you know, you're, you're there because, because
             you're gonna what…you know just show support for something…what are they
             gonna do today?

TK:          Here's the thing, I mean, you know…uh it's all about logistics and numbers. So
             the idea is that you know if, if we allow this process to continue unobserved
             except through the lens of the mainstream media, we're not going to get the truth
             We're not going to get any kind of uh, detail, about what's going and we're not
             going to get a sense of what's happening in the real world. It will all be
             manufactured to fit whatever narrative the mainstream media wants to portray.
             Um, so it's about having eyes on the process. It's about uh showing that the nation
             is watching and aware uh that fraud has been committed and that they can't do this
             under cover of darkness. That we are here and yes, it is a bit like uh herding cats
             because everybody has their own idea. But, in, in the end it is a very, very large
             mass of Americans and um you know it definitely cannot be ignored. I think that's
             what it's about. Just nobody wants to be ignored. Um, there are people here who
             are experienced, they're veterans…they're patriots and they want to be sure that
             that potential threat, and I do say threat with uh a little consternation but it's true,
             uh of further action is there. I think it has to be because that is the only…we are
             the final check and balance to this process.

HOST:        You know we have um a…we did a sign production last weekend and we're doing
             one uh this last Saturday, we're doing one again this Saturday in the west valley.

UNCLASSIFIED
5

UNCLASSIFIED
Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

>And one of the templates that we have you know is kind of a minute man guy and it says "the beginning is nigh" and I'm, I, I'm wondering if that's a little too edgy too soon. Are we, are we really, you know, is it that cause i'm looking at  We the People Patriots for Trump sponsored by Patriot Party of Arizona whatever that is uh here in Arizona and they got kind of a minute man with the Arizona flag in the shape of Arizona behind them kind of thing. And uh "January 6th 10am today at the Arizona state capital, fight for election integrity! We need everyone there watch live as we simulcast the D.C. march…speaking…speakers to be announced. Plus, open mic for select patriots..." whatever the hell that means and um…so this is, you know, stop the rhinos.com, uh join the movement. I'm seeing a bunch of this stuff um…

TK:        I think that's the third party stuff and that is nationwide. I'm getting reports from all over.

HOST:      [OV] Well, I mean, is it the same one, are they all gonna combine [UI] convention or is it state by...[OV]

TK:        I don't think it is the same one and that's the problem.

HOST:      Well you know I saw we went through this when they did the, the tea party movement and and that was all started by tea party day of a whole bunch of money getting donated to Ron Paul and they just, you know, and it's RNC, you know…

TK:        Right. It ends up being co-opted by the same people you wanna...

HOST:      Well I don't see why wouldn't this be? It's always controlled opposition.

TK:        Well I believe it could be but at the very least um, you have a groundswell of individuals who want third party. I don't, I think back then it wasn't quite that large. But, yes. The mainstream media co-ops it. The, the republican party co-ops it. A variety of individuals want to get their hands on the handle of that power. I mean it's the same old story, right?

HOST:      yeah no I, I guarantee…I look at some of the names…I'm going, yep, yep, yep, of course, yep. You know, then the same thing's happened on the left. You know, we have, you know, I remember uh Steve Gallardo when he used to work at Maricopa County elections. Then, they did the big uh, uh, uh immigrant march that was down to like hundreds of thousands…I mean it was amazing. And down

UNCLASSIFIED
Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

right here, you know, Wesley Bolin and they had a big stage at the capitol…well that was Steve Gallardo and Kyrsten Sinema that was you know doin' that. we passed out a lot of philosophy of liberty cards in spanish and you know, that went crazy.  But um…it was…now that Steve Gallardo is a presidential elector for Biden and he's on…and I know what his pedigree is…it's election fraud. So this whole thing  is just institutionalized election fraud and I I can see it. You know, that's been my thing for a long time and I'm tired of screaming it I mean, you know, so just doing another party ain't gonna fix anything, you know.

TK:        No it's not...it's not. But you know, the thing is, is that we're moving into areas where, some more friendly to me, which are, have created technology which ensures that the votes can't be tampered with.

HOST:    Oh well, hell, they'll just get right on that! (laughing)

TK:        Yeah, yeah, exactly. We're, well, we're gonna build or whether they do or not and we'll be able to demonstrate that it does work and that it cannot be tampered with. Um, and, and that's that's a route that we're definitely taking. We want to be ready to support the um you know the overall nation…when the nation is ready for that. And, I think that we're verging on that. They're starting to see that if these things can be manipulated, we don't have a country. We don't have a nation if we don't have an electoral process that works even roughly. we don't have a nation. And I know I've been through the whole... array of, hey, you know, you still voting and all that…I've been through that and back again. I feel like uh, you know, uh, you know, I'm in in one of the Lord of the Rings novels. I've been there and back again. But the reality is that that this nation was founded on the concept that we're supposed to have some input and right now we've been shown we don't. We absolutely do not.

HOST:    um…this is is um…I don't know. What do you think i'm going to say? Something along the lines of duh? You know, I I've been…(sigh) Todd you know know me and my frustration has been on highlighting and detailing this and uh because it doesn't serve the purpose of a campaign, it doesn't serve fundraising, it doesn't serve getting media attention, it does serve whatever to talk about…election fraud…so they just pretend it doesn't exist, they ignore it. and I'm, and I'm, I, you ignore this at your peril when it's the most important time, when it's Super Bowl time! …and it's the great reset or the pandemic or the, you know, global universal, you know, mandatory shot of everybody [UI] and then what voice do you have? None. So now, they're gonna go oh we're going to have you know a different

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

voice over here and get our ballots not counted then too. I'm like, wow, you know, this is this is a [UI] and I think you know what Trump too…I mean coming out of this I, I, is this the best we can get out of [UI] the best I guess is You know uh what is the best result of this of what's gonna happen today? What, what are you hoping will happen….

TK:       (Music playing) Well, here's what I hope will happen and and this isn't [UI] logically  if we get a positive result then Trump will get another four years…

HOST:    Another four years. You know, hold on.  Todd, can you do another segment?

TK:       Yes um [UI] Ed's here too. [OV]

HOST:    Okay, yeah yeah yeah, we'll go until you guys gotta leave, you know, hold on a little bit we're on break and we'll be right back.

          [RC]

HOST:    (Music playing) From... uncovering the secrets, exposing the lies…you know helping me do that Todd and Ed in uh uh Washington D.C. Um, down here I Joseph just uh came in, we'll be yakking with him a little bit…Doctor Frank will be down here…late…I mean, you know, whatever, he's always late but the um, um, I'm, I'm one to, you know, if we had the result that you know people coming in are hoping for I'm wondering what that is and Todd was just getting ready to tell us before we went into break. Um, Todd, you know uh, success would be, you know, more than one thing but I mean a primary things are what you think…

TK:       I think the primary things are to really create a plausible show of evidence that there was uh significant voter fraud and then to take the next constitutional action dictated by the fact that, that is the case so, that, that would mean that we take it… it's very clear constitutionally what the next steps are. Fraud exists and that this vote will be done by one vote one state. Now uh I have no idea what machinations are going on in the halls behind the scenes that the general public cannot see. But, we have definitely come to a head where there are many, many citizens here in the D.C. and surrounding area,  more coming in by the minute.  That's got to apply pressure um that that they're under...that the powers that be are under scrutiny. And that this uh would be very difficult uh under these circumstances to pull a fast one, so, um, you know, there are, we, we had generals. We were security at the event last night in freedom plaza…we had  high profile speakers,

UNCLASSIFIED
8

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

|  | we had generals coming in. We even... and for, to me for a lesser extent, but maybe for others, Aex Jones spoke and some other individuals. [UI] Um and oh Ed's here and I'll let him continue in a second but basically the idea is, look; we're here. We're applying as much pressure as we can.  The only uh and obvious next step is to uh go into armed conflict but hoping very much that that doesn't happen. |
|---|---|
| HOST: | Now is that is that a possibility? Is that on the table? I mean, you know, it's uh, we're gonna… |
| TK: | Well everything's on the table. |
| HOST: | Well I mean, you know, is everybody…we're going to protest and we're going to be really really you know really mad…you know we're going to be really…you know gosh darn it. [OV] I didn't like it until…if you don't have a credible threat. Then… |
| EV: | Right. |
| HOST: | I mean you know its tar and featherin' time at least what…[OV] |
| EV: | Go away or I will [UI] a second time right. |
| HOST: | I'm sorry...? |
| EV: | Said it's the the old uh Monty Python go away or I shall taunt you a second time. |
| HOST: | Right. |
| TK: | Um but, but, the fact is that um there are people here who are prepared have the will, have the facilities, to do more than taunt. The question is, you know, is there a shot heard 'round the world moment? The possibility...definitely exists. |
| HOST: | You know, this is one thing it reminded me I, I asked [UI] we have more sign templates coming and uh one of them is, you know, it has a hyperdermic you know like we have in some of our signs. And the slogan is, "the shot heard H. E. R. D.  around the world". |
| TK: | [UI] Nice pun. |

UNCLASSIFIED

9

UNCLASSIFIED
Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

HOST:    You know, so I'm going, you know, that is, I, I don't know of a better motivator, a launch of what's gonna happen. And you know the shot, you know, heard h. e. r. d., in capital letters around the world I, I'm, I think people go whoa…that…whoa, whoa. And that's, you know, kind of the impact, but then, but then, what you you gonna fight em back with another hyperdermic? I mean, I'm, at some point this is…it's a test, you know…the…this is a test for humanity. This is a test and in Washington,[OV] I'm sorry, go ahead.

TK:    I think we cannot…I think we cannot fail. We have to stand and pass that test. [OV] That's why people are here. That is why people are here. You know um they are normally um very even tempered, uh, professionals and individuals, educated people. You know we're not a bunch of yahoo white supremacist skinheads. We are, we are doctors,, lawyers mothers, fathers, you know, people who are the core backbone of the United States. And we are here to say you're not going to get away with this.

HOST:    In, in what way? I mean, you know, so we're gonna taunt ya a fifth time…what, what, uh,[OV] well let me explain to the audience what you're talking about. There's um, uh search for the holy grail. It's a Monty Python movie that was kind it was...you know the...you know the...english guy goes up to the castle and the french are up there. "You'll go… [UI] I will taunt you a second time." uh, you know and it was just and that's what he's talking about. It's like, you know, what are you gonna do to me? Well I'm gonna, I'm gonna yell at ya again, you know, they…

EV:    I'm going too fart in your general direction

HOST:    Yeah.

TK:    [UI]

HOST:    So this is…I'm looking at um, this. It can't keep being like that and I, and I see a lot of our activities and activism over last thirty years has really clearly articulated this including election fraud. Here in Arizona and Maricopa County in particular, we knew this was coming. We been, you know...

TK:    Well its a tinderbox and this right now, what we've seen, I mean, we have a little bit of inside information with the powers that would oppose the powers that be. Um but this is a tinderbox it just is a question of what is the precipitating event.

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

HOST:          Um…

EV:            Ernie…

HOST:          …making me take a shot. That is one thing I can tell you that…I'm sorry, go
               ahead, Ed.

EV:            Ernie, Ernie, are you aware that on The War Room with Steve Bannon that they
               read Charles…Senator Charles Grassley's statements….say, saying that he would
               be presiding over the Senate today and not Pence and they don't expect him to be
               there.

HOST:          Really?

EV:            Yes sir.

HOST:          Why?

TK:            [UI]

EV:            We don't know why.

HOST:          That was…

EV:            That's all. That's what I heard. [UI]

HOST:          [OV] You know this is one thing, you know, it's hard to think when he picked
               Pence…of course it was for, you know, the Christian base and he seemed
               amenable I guess to em and you know, pick me, pick me! But, you don't get to be,
               uh…wasn't he Governor at one time and then Senator and then VP? (pause)
               Wasn't Pence a Governor?

TK:            I don't know what what Pence's uh… you know, pedigree is. (whispering)
               Governor of Indiana.

HOST:          Yeah. I Joseph said yeah, he was uh, he was a Governor. And um, I don't think
               you get to be…certainly now in the last few decades that I'm aware of…that you
               get to be in charge of a state…certainly anyone of any note and um uh move on
               up into Congress and then VP without being uh…they got some on you…so I'm,

UNCLASSIFIED
11

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


either he's...

TK:        Well that's the classic right...that's the classic thing right.  They've got the uh the pictures of you or the video of you doing something heinous and they're gonna, they're gonna just show that if you don't follow their rules.

HOST:     [OV] Well a lot of times people just don't care or they got a guilty conscience and they come clean but then they, you know, how many uh relatives down and how far the relation they gotta lay waste to. This is Game of Thrones stuff. You know, I, I forced myself to [UI] it's been entertaining but I'm binge watching you know over the last…well it takes forever to do it but you know I'm almost done. I'm in the last season of Game of Thrones. And the one thing that I'm seeing is that these thrones, these heads of state, these countries, these high politicians, do not care about the people and they will do anything and they have no conscience or empathy for people. [OV] When you create governments those are the ones that get in charge.

TK:        I agree with that but that can also be…the thing that takes them down…

HOST:     Right.

TK:        …their own desire for that. Now, I think the situation we've got here is, you're right, it's a do or die situation because if we walk away from this and we don't have any effectual change as a result, then, then we might as well just give up. We're done. We're done.

HOST:     Yeah.

TK:        If we don't do something now we're done because we basically illustrated that we will do nothing. In a tinderbox situation, um, and, and, uh, you know, that's it, it's over.  Uh and we should just try to uh keep on breathing and that's about all we can do. And whether that means we're slaves or not, that's the best that we can hope for

EV:        (music playing) [UI] In January when I heard the first person, which was a Chinese student at ASU...

HOST:     Alright hold on, you're talking over the music. They can't hear you, you know…

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


EV:         Okay.

HOST:       We're at the end of the hour but hold on a second we'll get you into [UI] what you
            had to say. Ed, I wanna make sure we get it in there, you know, so you hold off
            toward the end uh end of hour break and music then we'll be right back. We'll put
            it into archive Ed Vallejo's final thoughts on this and then we'll let him get there
            and then of course we'll be talking to you guys, you know, I don't know, I bet ya
            tomorrow we do the Trump report…Frank's gonna want to hear I guarantee that,
            so maybe we'll do...we'll get Donna to contact you guys. Hold on just a second
            we'll be right back. Next hour we got I Joseph in here…Good friend of mine and
            then Doctor Frank, one his best friend's down here and Frank will be here
            some...year...we'll be right back.

            [RC]

HOST:       Okay can you guys hear me?

TK:         Yes.

EV:         Yes.

HOST:       Okay. Alright, now for the record I, I apologize. What were you saying, Ed?

EV:         You know, I forget.

TK:         [UI]

EV:         Yes, Yes the Chinese. The first time I heard of the first person in in Arizona…in
            Phoenix…the Chinese student…ASU…female Chinese student had...had the
            coronavirus…I left the next day for my five acres south of Winslow and I've been
            by myself on my property off-grid living for a year.

HOST:       Yeah want a dome?

EV:         No, no I don't really need one. I, I have my own domicile and I'm working on
            trying to get underground.

HOST:       Well this is what we're doing. At the end of the month, we're going to head up to
            Southern Colorado, you'll come by there and um, the guy named AircreteHarry

UNCLASSIFIED
13

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

|  |  |
|---|---|
|  | has a YouTube channel…we did a, uh, green dream project down in Cochise County near the border in Southeast Arizona and got them a dome and then he was…we've had him on the show before and he's all excited about it. So we're taking uh some up there and they're gonna be experimenting on the type of building and the material  that I'm interested in is…what he's doing is how I know about him so he's going… |
| EV: | Oh, hey… |
| HOST: | …to take a dome… |
| EV: | I'll take an aircrete dome. |
| HOST: | …and do it when we get done. Man, you might, you might change your mind. |
| EV: | No, I'll take an aircrete dome. That's different, [UI] just a regular dome structure with a cloth on I don't want but if you're gonna aircrete it hell yeah you can experiment on my property all you want with the biggest thing you want and [UI] to the world. I don't care. Here, I'll take it. |
| HOST: | Yeah I'm gonna get you the supplies and have you experiment on it…I'm busy man. |
| EV: | You know, I'm, I'm out of out of the box thinker and I'll come up with something that will, you know, you can put in [UI] magazine, okay… |
| HOST: | Yeah no I, I know you're and you got time and energy I… we…we'll talk maybe we'll come by, and we'll yeah…because this is the next year. This is my thing guys…I…Donna and I are doing this for this year and then uh then what, well we're already looking at land here and so on but it doesn't really make any difference if I got the man down my throat all the time and you didn't fill out the permit right or permission slip if you're not allowed. I'm, I'm… |
| EV: | Yeah. |
| HOST: | I, you know, if it pleases the crown can I occupy my own land? I, I… |
| EV: | Exactly. |

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription


HOST:        You know, this is just…I know Ed knows uh [UI] lone prairie out in the middle of the whatever but I mean you're out in the middle of the whatever I mean damn. so um it's I, I see what's coming I've known that this is going to be coming and like Todd says, there is a time that you can't keep backing up. No don't cross this line…okay, wait, wait, wait,  this line. No, no, no, wait, wait, wait, this line. And everybody's got to have their line and mine was door to door uh gun confiscation was going to tell me what I need to know and I think that's coming. Then there's um uh drafting my children into somebody's war. Well, now they're their own adults and now it's like my grandkids into some war and I, I think I'm gonna have to put on the list foreseen notions and potions from the crown into our flesh. You know, if we don't get in..informed consent, you know, that is, that,man that was warned by all kinds of biblical and founding fathers and, you know, patriots and you know from throughout history are going woah, woah,woah. when they can force you to take this elixir. Yeah, you got issues and that's that's my that's a, that's a hill to die on for me. And I'm just, I'm not going to associate with other people that, you know, that fake it, that say they're going to but not. It's too dangerous. You know when, when you do something, I don't even want to be part of it, I'm, I'm the lone-wolf. You can't infiltrate a militia of one, you know…

TK:          (Laughing) Right.

HOST:        …you know Donna's gonna go hey, look at this story. I'm gonna go ah man, that's that's interesting, you know…when you did it, you know what I mean, I'm just…

EV:          Right.

HOST:        …I, I'm not trusting of any any of these groups or organizations or a new party and they're not addressing the core problem. It's the election fraud. We don't have a say. I've been screaming this forever and gee, where and detailed it and where is it one of the worst in the nation, uh…Maricopa County. I'm so shocked.

EV:          Yeah, Ernie. There's one thing I would like to say okay…my, my gut feeling, and that's the one I'm gonna go with, is we're going to be told…the American people are going to be told today that we have uh liberty and justice for all or they're gonna be told fuck you…okay…and if, and if they're told fuck you, that's going to be the declaration of a guerrilla war.

HOST: You know that's what I, I, I just, you, you always hear me say it and I just want them to say it. Say it! You know, they go, you're not going to win. I go, I don't care. I just

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

<table>
<tr><td></td><td>want them to say it. You know, well I think they're prepared to say it and do it and they… [OV]</td></tr>
<tr><td>EV:</td><td>Well, I don't know.  I'm, I'm just praying to God that Trump has his head on fucking straight and he knows what he's doing. He's got the machinations behind him, he's got all the proof in the world and he's gonna bring the fucking hammer down.</td></tr>
<tr><td>HOST:</td><td>I hope so. But I…I… [OV]</td></tr>
<tr><td>EV:</td><td>You know, that's the only that's our only, only hope. Thats it. If that doesn't happen, then shit is on.</td></tr>
<tr><td>HOST:</td><td>I, I hope so that he actually does because I'm not, I, I, I'm, my biggest concern is everybody um depending on somebody else to fix it for em. You know let's get…</td></tr>
<tr><td>TK:</td><td>Well we're not gonna, we're not…   [OV]</td></tr>
<tr><td>EV:</td><td>Well that's fine…no that's fine Ernie, because I am the motherfucker that's gonna fix it for them. If they tell me today it's broken…</td></tr>
<tr><td>HOST:</td><td>Well I, I don't need Ed to fix it for me either…</td></tr>
<tr><td>TK:</td><td>Ernie, Ernie!</td></tr>
<tr><td>HOST:</td><td>…but you fix it for, you know, go fix it for you.[OV] Well let, let Todd speak.</td></tr>
<tr><td>EV:</td><td>You know what I've been tellin' people? You know what I've been telling people, Ernie?</td></tr>
<tr><td>HOST:</td><td>What?</td></tr>
<tr><td>EV:</td><td>I've been telling people this for years. I'm the guy that everybody said no, Ed, you can't shoot 'em yet, it's too soon. No, Ed, you can't shoot the bastard yet, it's too soon. Well I've been telling them about five six months ago…they quit telling me.</td></tr>
<tr><td>HOST:</td><td>Yep, no, I'm, I'm, I'm, I understand the sentiment. Todd before I gotta get the next hour go ahead, what you want to say?</td></tr>
</table>

UNCLASSIFIED
16

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 6th, 2021 Podcast Transcription

TK:         Yeah, I had one last thought and that is that this is, as we say, that, that moment of truth. Um, it may take a few days to, to, come to pass but I, I believe that the world has not significantly changed since the Romans and what I believe in that is that the people who controlled Rome controlled the Army, okay, they controlled the military. If you have the loyalty of the military, then the rest doesn't matter and we can make anything pretty and modern about it but that brutal truth is still the, the determining factor about who controls what. So, if he has the military behind him, Trump will win. If he does not, he won't.

HOST:       Well what do you think?

TK:         I don't have enough inside information to know but um my inclination is that he probably does.

HOST:       [OV] Well certainly you'd, you'd hope the troops...this is going to be…this is the, the, the beginning is nigh, alright, that's my, my point. The beginning is nigh. Alright, I gotta get my next hour man. Thanks for coming on guys. This was awesome. I really appreciate it and let me know what happens. We'll get you back on. Donna will contact you, okay?

TK:         Okay.

EV:         I hope we meet again.

HOST:       Yeah, alright, peace guys.  Bye.

TK:         Peace.

[End of conversation]

Exhibit 10

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



File Number:

Date assigned:           06/14/2021

Transcribed by:          OST Kim, SOS Bridgeman

Requesting office:       Washington Field

Requesting official:     SA Hilgeman

**VERBATIM TRANSCRIPTION**

<u>**Participants**</u>

| | |
|---|---|
| HOST | Earnest (Ernie) Hanncock, Host of 'Declare Your Independence with Earnest Hannock' Podcast |
| TK | Todd Kandaris |
| EV | Ed Vallejo |

<u>**Abbreviations**</u>

| | |
|---|---|
| UI | Unintelligible |
| OV | Overlapping voices |
| RC | Recorded message |

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


HOST:     [RC] (Intro) [UI] And from Washington D.C., we have Todd and Ed. Okay, Todd Kandaris and Ed Vallejo. Now they are long time Ron Paul freakin' [UI] activists back in the day and it just carries on over and that's just the way they are. You know their life is, you know, liberty, freedom, leave me alone-ism and how can we educate and amplify and be part of, so I'm I'm all over it. Now um we left them yesterday,they had come in Wednesday no uh Tuesday night and they went to a bunch of different functions.  Then they like lost their car,got towed or something.  And uh so they they had a good vantage point from down where all the stuff was happening. From their hotel room they could see all the crowds get uh you know a size on it. And then of course the news of what happened yesterday and then what's gonna happen today after Donald Trump says you know go home so we'll see what's happening there and are they going to be finishing up today in Congress...  are they even going to do it anymore? Everything I'm sure Todd and Ed know. Welcome to show again guys. Alright, somebody tell me what's up man?

EV:       Hi Ernie this is Ed.

HOST:     Hello.

EV:       Todd and I got up before dawn and we went down to the Capitol to see would they let us in after 6:00 to start with because when we woke up we were informed that the emergency situation in Washington D.C. has been extended by the Mayor until March 31st.

HOST:     Woah. Okay, emergency? [OV] What what what what's emergency?

EV:       We are, we are in some sort of emergency situation to where uh a curfew can be put down like last night from 6:00 pm to 6:00 am this morning where no one in D.C. is allowed to walk, jog,drive a car,ride a bicycle they could not be in public or they would be arrested.

HOST:     Wow. In America. Okay.

EV:       In the capital of 'Murica.

HOST:     Yeah, right.  Damn,that is damn. Okay,so that had what impact, I mean di-did everybody alright I guess we'll comply or they like got a million people going ah screw you and I'm outside anyways…

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


EV:         [OV] I, I have, [UI] I have the perfect, the perfect…we are in the eye of the storm, Ernie. We went down there, we we went around, we saw that that the National Guard has a [UI] around the Capitol building itself. You cannot go on to the Capitol steps. But, you can get close enough to drive with, you know, to where you can almost see it and people were jogging between...

TK:         [OV] You can drive all the way around…

EV:         Yeah, you could drive all the way around the Capitol. They got two rings of like bike guards right…

HOST:      What?

EV:         …one of the cars and one for the people.

HOST:      Wha- are they doing that for the White House or they don't care about that they it's just the Capitol.

TK:         We didn't get close to the…

EV:         [OV] No, we we didn't go over to the White House to to check and see that, we we had to go we did what we needed to do and did our our check in and and then we got back here to take care of business so...that's that was this morning and we were on the streets and it was so eerie. There was nobody anywhere. It's Thursday morning it's a [UI] you know a regular business day people have to work and go… There was hardly anybody in the street. It was unreal. It felt like I was in the eye of a storm. It really did.

HOST:      Well what were the other people doing? Are they they coming out are activist uh planning on…

TK:         No.

HOST:      Inactive or they just went and uh…

TK:         They're people who live in the neighborhoods. (laugh) There's people running, jogging, walking their dogs. You know a few people look like they may have been commuting to work but for all intents and purposes it's a ghost town uh and uh there are National Guard and more police state police cars than I've ever seen.

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


EV:         Forty, forty, forty, Virginia state police cars in a row…

HOST:       For what?

TK:         [OV] In front of the the main Capitol building.

HOST:       Oh for the cap- guarding the Capitol.

TK:         [OV] Uh basically [UI] where the lawn is…yeah.

HOST:       Well this has been I mean, you guys, Ed have you been to Washington D.C.
            before? I mean you know when's the last time you were there?

EV:         I've been to Washington D.C. once before in my life was in 2008 when I marched
            with 10,000 Ron Paul supporters from the Washington Monument to the White
            House. I was the lieutenant general gr- grand marshal uh and I was the person at
            the Washington Monument that told 10,000 people and they said it on the radio
            okay Ed get ready to go and I said all right let's go revolution and led 10,000
            people in a march to the White House.

HOST:       yeah no I…

EV:         [UI]

HOST:       I remember that.

TK:         [UI] ...White House...

EV:         …we had speech [UI] speech [UI] you were there you spoke your words. That
            was when Adam spoke his grand words.

HOST:       [OV] Yeah I was one of the MCs, me and Gary [UI] were the MCs of it. Now the
            revolution [OV] march it was not the White House it went I mean it went by the
            White...we went by the Washington Monument to the Capitol lawn.

EV:         [OV] Oh Washington point to the Capitol, right.

HOST:       Yeah so the Capitol lawn that big Capitol lawn in the back that faces over the
            reflecting pool that was that whole area was just full of people and it was you

UNCLASSIFIED
3

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

> know it was uh you know Ron Paul revolution march of whatever and um so a lot of us you know that was a gathering and a reward for a year and a half of butt whippin' and it was it was a great time the only problem was is Ron Paul had pulled out of the Republican National Convention by then. They just I didn't didn't take it all the way to the convention which is disappointing. But it didn't stop. And um and I'm feeling that this is the crowd that we have for this Trump thing when he said you know come I'm Presidente and come defend and be there…probably a lot bigger crowd. Are you are you getting numbers? And was it as far as the eye can see because I I haven't seen any pictures. You know the the media certainly wouldn't show it.

EV:      We're being told over a million definitely…

TK:      Yeah…

EV:      …definitely...

TK:      …estimates estimates…

EV:      …maybe one and a half…

TK:      …were as high as three million but I my estimate was…

EV:      …yeah I heard three somewhere but I don't know.

TK:      …was between one and three so who knows.

HOST:    A lot.

TK:      One point five. Two.

HOST:    So it was [OV] definitely impressive and you could see and it was horizon and horizon of…it's a lot of people.

EV:      It was 2008 times 30.

HOST:    Okay, so.

EV:      Okay well we were in one direction…these people were in all directions.

UNCLASSIFIED
4

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


TK:             It was a river of people.

EV:             It was, it was just a sea of people.

HOST:           But were there vendors? Was there you know I'm selling…

EV:             [OV] Oh yeah. All kinds of shit.

HOST:           Out of my Trump erasers or what?

EV:             [UI] …stuff science flags, tee shirts, you name it…

TK:             [OV] Yeah, Trump [UI]

EV:             You want a hotdog…hotdog! You know…

TK:             [UI] …you know they were selling everything.

HOST:           Well what was the mood…you know the mood was uh these people were what?

TK:             Well see that was kind of deceptive because…

EV:             [OV] Because they were infiltrated by Antifa.

TK:             Right…

EV:             And Ron Paul and I I I mean in Trump gear.

TK:             So we had...we had...[UI] you kind of have to get the overall here. We had this event last... the night before that was very calm other than the speakers getting a little riled but you expect speakers to but the crowd itself. You know there were there were cheers. It was fairly subdued. I mean civilized if you will. And then uh the next day the impression that I had was that that was the mood that continued into the morning. People were there. They wanted to show their presence. They wanted to uh peacefully protest uh and be recognized and the problem was at the end of Trump's speech there was a movement of people that almost looked as though, okay speech is over we're leaving but they weren't leaving; they were headed toward the Capitol and that's when it became a river of people. That's when the spokes of the main wheel of the city were all blocked off by police. If

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

you were already behind that long line you could move freely but you couldn't drive in there and I had to drive around the circumference of that  and I could see this million more or more people moving in the direction of the Capitol.

(Music starts playing)

TK:        Uh the thing is is that there was no getting in uh at that point maybe…

HOST:    Okay [UI] [OV] music has started and I wanna not miss any of this so when we come back we'll start with after the speech then the movement of people because I saw this in Ukraine. This is what they did. Hey go over here and they all got shot, you know.  [UI] and now we're involved in a war in Ukraine.  And it was just it was organized, manipulated…we'll find out when we come back.

            [RC]

HOST:    And Todd and Ed in Washington D.C…alright we're picking up right where we left off. The speech uh we had it. Uh we were doing the live show from the Arizona state Capitol yesterday and after we got done at uh 10:00 our time noon was when I guess he was speaking so as we're finish up the Trump report Doctor Frank and I Joseph [PH] and I [UI] were just yackin' it and then ah Trump started the speech. So we went ahead and just streamed it and put it up and included it in the show. And uh it wasn't too long, you know. He went on about you know, 'Murica, you know freedom and stop the steel kind of thing and then he's done. And that was in front of the White House. So, when he was done with the speech, Todd and Ed said okay, then something happened, you know, people started going they were directed uh Pied Pipered to something. So, Todd go ahead tell me what happened.

TK:        So that's a pretty good Segway. So at the end of the speech people started moving and it was a calm uh motion and I anticipated or I interpreted it that they were basically leaving to go back to their hotels or go home or do whatever they were going to do the rest of the day. But then, the stream and the tenor of the stream of people changed and we weren't in that crowd. We were not in that stream. We were observing from the outside.  And when the tenor changed uh the next thing we knew there were first of all dozens of uh police cars were racing toward the Capitol um crossing our path uh and we said wow something must be going on. And then, at that point, we had gotten reports that they had, the crowd, had taken the Capitol building…where there were not reports yet that anyone had gone

UNCLASSIFIED
6

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


inside but that they had surrounded the Capitol building…and um…

HOST:    [OV] Were they already pre-staged there or did they have time to walk there?

TK:      I'm sorry…could you repeat that?

HOST:    Were they already pre-staged there at the Capitol?

TK:      No they had to walk there. It took a good 20 minutes to get from the place where the people were listening to the speech to uh to the actual Capitol building and that's about how long it would take at reasonable pace to walk it, so uh…but but like I said the tenor of the crowd changed um and there was def- definitely more boisterous movement that we could only observed from afar because we were not allowed to go past the barriers of the spokes to the wheel of the center city at that point...the center of the Capitol itself um and then basically we were relegated to driving out of the city because the police and everyone were directing all that traffic out of the city and there was really know where to turn because they had blocked off all turns left or right and you basically had one path out of the city. At that point then we were watching all the reports… [OV]

EV:      We saw police [UI] when we exited D.C., we saw the on ramp up above was blocked

TK:      [OV] …it was blocked nobody was…

EV:      …not allowing anyone into D.C.…

TK:      …nobody was…

EV:      all the outlets were blocked off. Nobody was allowed to come in and and help with what was going on because it must have been declared... [UI] [OV]

HOST:    Okay so all of the exits that go into the city were blocked and getting' out, get out.

TK:      Yeah and the thing is is that this happened really in short order . I do not think this could not have been planned. It pretty much I think those individuals who were blocking and driving the traffic where it needed to go were pre-placed.

EV:      I disagree, I disagree personally. Okay. There were so many Antifas that were

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

infiltrated into the people and into the crowd that I'll tell you what Ernie, remem-
in in Animal House where the the the the parade is going on and the marching
band is going and the the guy throws the baton in the air and [UI] runs out pushes
him and grabs the baton and takes [UI] down the alley. That's exactly what
happened here. They had so many Antifas in there that they were mixed in there
and they were agitated, okay… the people took the Capitol, surrounded the
Capitol building but weren't gonna go in, weren't going to do anything. [OV]
They were just there to make sure that those inside knew they were surrounded by
all these people that wanted them to do the right thing.

HOST:   Okay. So yeah, you know, it doesn't it didn't seem, you know in uh character for
Trump supporters that I've ever seen any kind of anything that they're like you
know [OV] pushing up against shields and stuff.

EV:     I'll send you the video of the the people surrounding the building. A young kid,
right, with Trump stuff on and he's got something in his hand looked like a sack
okay or you know a a a blackjack and he's beatin' on one of the windows and to
and to try and break it but it just kinda kind of crackles because it won't break and
the crowd jumps this guy and holds him to the ground and one guy says nobody's
breaking anything here. Then they held him down and they stopped him from
breaking in. Okay? That's what was going on upstairs. Downstairs on one of the
lower windows there's a group of Antifa…we know they're Antifa, we can
identify them as Antifa with Trump stuff on…they've got two by fours okay,
breaking the window in. Now, day before yesterday when we got here, it was
reports where they came up with stashes of two by fours and propane tanks just
like the brick stashes from Thoros. Okay? So they had stuff prepositioned here.
They knew they they that that people were gon- [OV]

HOST:   Yeah so this is you know alright...

EV:     [UI] They hijacked it.

HOST:   Okay let me let me let me ask Todd this. Todd,

EV:     [OV] Sure.

HOST:   I, I, I wanna, I wanna get a impression from you. Was there Antifa staging? You
know did it seem like there were, you know, little younger, you know, little uh
you know darker kind of uh you know got the black pants on and the you know

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

shirt [UI] camoufla- We're all wearing Trump flags now. That was one thing, Trump, they were kinda I I didn't see Trump flags on a a bunch of dreadlock uh you know didn't wash guys before. I mean, you know, it just seemed, seemed like um tea party and they all dressed as Indians you know what i mean [laughing] so…

TK:         Well we were um had treated to that uh the night before. We were at Freedom Plaza and there were groups of younger individuals coming through um and they would, they were wearing a mixture of what I would consider to be the kind of garb that you would see on an Antifa group combined with you know Trump gear and I I got the feeling that there was something amiss even the night before. So yes there are um there were those groups of individuals mixed in. We got reports that there were individuals bussed in the night before as well. And, if you look at the video, you can get a sense that these are not your standard uh I don't want to be insulting but, you know, middle aged individuals who are you know they generally vote Republican and they uh you know they they take care of their grandkids you know…these were not [OV] rioters.

EV:         The group that attacked the Black Lives  Matter Plaza night before last were not white conservative [OV] old men. I'll tell you that.

TK:         They were not. You can't you just can't imagine the incongruity of those individuals being accused of even attempting to cross a police line to attack any group. It just that's just unconscionable. [OV] I can't even imagine it and I knew it the moment it was reported that was not, if you want to say us. It was not (music playing) uh a group of uh patriots or…

HOST:       But it had the impact…

TK:         of Trump supporters.

HOST:       …it had the impact of stopping you know the the steel evidence of information getting in when everybody's paying attention. It had the impact of optics to the rest of the world of Trump people see there they're a bunch of militia gotta be disarmed. It it it had the impact (TK: [inaudible]) of whatever they wanted [OV]

EV:         No it's...

HOST:       Alright we'll...[OV]

UNCLASSIFIED
9

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


EV:            It's like you said domestic terrorism.

HOST:          ...we'll get more detail when we come back in just a little bit.

               [RC]

HOST:          Ed and Todd... Okay, you know there was uh people made it into the House
               Chambers and I remember watching it live and they're doing the presentation of
               evidence and all that which went out the window…that oh oh we're not doing that
               anymore that uh we kinda you know it...who does it serve? Well it definitely
               served [UI] what happens. So they make sure it happens. That's just how it works.
               So then they said alright everybody you know you know...This is not a drill!
               Missiles inbound! You know get...anyway, so they get into some basement uh
               panic room or something and then the people actually make it into the House
               Chamber. Well they're walking around sittin' smokin' other people's cigars
               whatever and then uh we find out that 3:45 this morning uh Biden's confirmed.
               You know Biden you know he he's presidente elect now. Now it's kind you know
               it's ah I  mean get over it. Well they did that late at night then you're saying that
               National Guard or somebody went in and cleared him out so they can go in the
               chambers.  So you're saying that the activists, you know, protesters, whatever,
               they were in the Congressional House uh on the floor Congress until then or not
               or what what? Who's going to tell me?

TK:            We don't know when they cleared them out. But they cleared them out before the
               Representatives uh all took their uh what do you wanna call it [UI] on their
               positions to do whatever deeds they were gonna do. And there were some
               speeches but essentially it was a roll call as to whether or not uh individuals were
               gonna rebuke the vote and they were going to support uh uh you know fraud and
               to re- to uh object to the electors. And there were a couple of speeches, which I
               barely could watch, they made me so sick, because there were people who were
               committed to doing that who then said, well I was going to do this but now...
               [OV]

EV:            [UI] Georgia.

HOST:          Yep, yep.
TK:            ...now I'm not going to do that.

HOST:          Yep, yep.

UNCLASSIFIED
10

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

EV:        I'm sorry I objected.

HOST:     Yep.

TK:        And i mean [OV] it's like well what changed… [OV] Yes this stuff happened but uh there was still fraud, there was still a problem. [OV] But now we get to, all bets are off just because this this event happened and and we're gonna uh just reject all of the evidence that we had thus far ? And that's, that's where we were at.

HOST:     You know Pelosi when this all so I I saw that Pelosi had left early and turned the gavel over to someone before this actually somethin' I you know I I need to check on that cause I go where's she at? All of a sudden she was gone. Passed the gavel off to somebody and then all this happened she was already you know, she's afraid she's gonna be on top of the list or had to go organize it or something. I, I have, I have no idea what was going on. The woman that got uh killed um are we finding out anything on her her facial recognition, Facebook profile, Antifa application. I mean you know what are we finding out?

EV:        Yes, Ms. Babbitt was uh uh multi ter- a multi tour veteran and married.

HOST:     the girl that got killed?

TK:        [UI]

EV:        She was, yeah. She was a veteran...multi-tour...honorable.

HOST:     And she's from and she's from Phoenix? [OV] She's from Phoenix?

EV:        And she what? [OV]

HOST:     Oh it's on freedom's Phoenix.

EV:        Oh I'm not sure where she was from.

HOST:     Okay Donna said [UI] [OV]

EV:        I know her name is Babbitt…

UNCLASSIFIED
11

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


HOST:         …she's got a…okay, well. [OV]

EV:           …her name is Babbitt.

HOST:         This is a but yeah how come? I thought she was only sixteen?

EV:           Um [OV] somehow she was shot through a a a door by a window. I guess she
              looked in the window and was shot through it by one of whoever it was. We got
              pictures of who the [UI]...

HOST:         Yeah that's what I saw. The door it was it had a glass door and he shot her through
              a glass door. That was just I that's some weird stuff I…what the heck that was
              about and um so the woman that was shot she was a a veteran.

EV:           Yes.

HOST:         Okay let me go ahead and you know Donna's got it up here on the front page.
              (Reading from website) [UI] News confirms identity. A woman shot and killed
              inside U.S. Capitol." I don't know, when I saw her laying down she looked quite
              younger than this. Okay, um... (reading from website) The woman who was shot
              and killed inside U.S. Capitol during the protest was from the San Diego area.
              Uh... talked to her husband. The woman is Ashley Babbitt, a fourteen year veteran
              who served four tours with the U.S. Air Force and was high level security official
              throughout her time in the service. Her husband said she was a strong supporter of
              President Trump and was a great patriot to all that knew her. The Metropolitan
              Police Department says investigation of her death continues blah blah blah okay
              so um yeah so she's Trump person. She was there and military and [UI] whatever
              and boom. Got killed. This is um, you know, this is why I always take the advice
              of three weeks. You know you don't yeah you whatever happens right then you
              can get live footage of whatever you know that's one thing and then you know,
              hell that get's doctored too, but um it's three weeks later and we're looking at by
              the end of January we're all going to be going ahh…Now we know what a lot
              closer to what really happened and uh manipulation it had on the process and uh
              not getting... So now are we election fraud uh that's just not an issue anymore that
              goes away... Are we done?
EV:           You-you're asking me?! [laughing]

TK:           Well, at this point I mean…

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


EV:          I'm never done.

TK:          You know, we're sitting here in, you know our digs if you will, ruminating over
             the events and trying to calculate what next steps are.

EV:          Yeah I'm waiting for orders from Stewart Rhodes.

HOST:        Ha, yeah Ed tha- that's Ed. You know that's one thing… Donna, get Stewart
             Rhodes on. Yeah go ahead and call yeah we haven't talked to Stewart in a while.
             Alright well Oath Keepers, Stewart Rhodes, they they got a plan.

EV:          [OV] I should set up a three way call right now and put him on.

HOST:        Uh it's too late now but um we'll we'll we'll get him on. The um so go ahead and
             give me…what do you think is gonna happen now, Todd? You know, you're
             saying you're just uh starting to talk about, you know, what now? What's your
             what now?

TK:          Well uh you know here's the thing. We're here prepared in all aspects to support
             the Constitution and and honor our oaths that we took. I mean we're we wanna
             support the Constitution. The the issue here then is what mechanism do we have
             to do that. Are there more people coming? If they do, what's gonna happen? Is it's
             not really plausible to non-violently protest anymore because the entire area is
             closed off and cordoned and curfewed uh... So the question becomes when we
             realize that this wrong has been done uh, what are the next steps? I mean is this
             this the shot heard 'round the world moment? I don't know. I don't know. I don't
             have omnipotent, omniscient, excuse me, omniscient intel on what the situation is.
             We are here uh because we wanna know what develops. We're staying here to
             allow these things to develop so that we can you know judge our position relative
             to what uh political events occur…what, what happens. Um this relies on a lot of
             things. How angry are people? Did they successfully manage to get this done
             without any real reaction from the American public because a few guys here who
             want to maintain the Constitution aren't going to do anything. America has to get
             mad and if America doesn't get mad then we're utterly useless.

HOST:        Hell I'm hoping for Arizona to get mad. I'm just like you know I Washington D-
             don't mean nothing to me. I I'm I'm not worried about the galloping Chinese hoard
             of the Islamo fascist something more than I am my own freaking federal
             government. I mean you know they're not the ones that you know beat me down

UNCLASSIFIED
13

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

> or got a M16 on the corner. So I'm I uh an- and individuals will defend against a foreign invasion of whatever, I am sure. You know there be a hot rifle behind every blade of grass. But I don't want to be turning it on our own troops, our own stuff. I'm like Ari- you know what what st- states gotta go to Texas? I mean you know the I I... Where's home in hearth? You know, where's uh you know my own family, my own, uh, land, my own... That, that whole concept has been gone and we just kinda allowed ourselves to slip into this collective 'Murica and we're gonna something America and I'm like well what the hell does that mean? You know I... Make America Great Again. (Music playing) I wanna know what America is. You know North America geography... North, you know, America Inc... You know the the government... Us. A culture. It's not well defined and great again... You know, why, I, I, you know, there was freedom at one time. I'm not feeling that. We're gonna talk about this a little bit more…one more segment we got with uh Todd and Ed. You know, uh now what? Well, I got a bunch of now what's. I'm already busy here. We'll see.
>
> [RC]

HOST:   Oh don't go check your crypto wallets 'cause you'll be all pissed off you didn't buy a bunch more crypto before. [laughing] Man it is going stupid.

TK:   [UI] That's true.

HOST:   It is going stupid. You know man I knew I I was you know months ago I um bought some more silver and a little crypto and did that so I did yeah, I go yeah, it's coming,, I this how much I can afford. I'll get a little more, get a little more and I'm just so...the only thing I'm mad at is I didn't get more. I mean you know, I could have retired. But uh...

TK:   Me too.

HOST:   But now I got...now I got enough that I can, I can you know buy a really cool used car for, you know, almost nothing I put in. But the, uh, so a little bit.

TK:   Right.

HOST:   Well you know uh man we all know…I know I know Todd, you're in the middle of, you know, but the um... Uh let's go ahead and think about what…the hour before you guys, we had uh Rachel Catherine on. She's uh, uh, an activist. She

UNCLASSIFIED
14

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

was a Ron Pauler back in '08 as a young twenty something so she's only in her like her thirties and uh has a young son and just an activist on this uh mandatory vaccination thing is no. So uh we're working with them and we're doing a big sign making production again this Saturday out at Bob's…you want to see homesteading lone prairie living [UI] solar? You come out here to Bob's. So uh we're going to be makin' a bunch of signs and we're going to be doing some original ones. One I have is uh an idea...has a big hypodermic on it and it'll say you know the shot heard, H.E.R.D., capitalized, around the world.

EV:          That's a good pun.

HOST:      I know man I've uh I'm gonna have some fun with that. Along with support first responders who say no to mandatory shots. Well what happened is there's a small community by Tucson called Tubac you know T-U-B-A-C. I've never even heard of it before. And they have a a Santa Cruz County and they got a whopping you know fire department of eight people and because they're Moderna vaccine trial area and they got some money or whatever, they decided that oh we're gonna mandate and all first responders everybody's got to get shots. So I'm going okay I'm I'm for that. We got a sign making thing... Come on Saturday, we're gonna you know, put some pressure on that and have some fun. But wha- the Trump thing when Trump's not President anymore and he's gone, you know, freedom activism is going to be for what? I've been screaming about this election fraud thing since you guys have ever known me. You know I'm going no I know exactly what they're gonna do, how they're going to do it, why they've been setting this all up. If you know the destination you can see the journey. You know and and that's I I knew it. There is is this, you know, so what did they have to do to get this? All the stuff that I was warnin' about… So I'm goin' alright here we go. Well now what? So it it's now what? An- and this forced inoculation notions and potions from the man into your flesh. And if we don't support the first responders, they're not going to support us. They tied down and made and we didn't stood around whistlin' past the graveyard while they strapped down uh uh policemen and they inoculated him. Guess what? You [UI] make sure I gotta do it. You know...so that's why I focus [OV] on this and it was very effective back in '09. But the thing is, is that I'm I'm suggesting this is a uh uh low hanging fruit easy thing for us as activists to do. I know you guys are sympathetic to that. What other suggestions do you have? I mean, what else we gonna do? They count them right? I mean, what?

TK:          Well okay there's a couple of uh you know interesting things. Um I think that I'm

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

really disturbed mostly by, and this was the main reason that I'm here, was that they've successfully subverted the vote.  I mean to the point where they have complete control of the dials and knobs on this system. So uh if we ever had any suspicion that our vote didn't count it is guaranteed not to count now.

HOST:      And what am I gonna say [OV]…still voting? You know. [laughing]

TK:         Well, of course. I mean, but, but, the thing is is that at some point we had to either engage with the system as it exists to get whatever paltry results we were able to get or get nothing. But I think at this point uh we don't have a country anymore; we don't. The- in my opinion without uh valid certifiable vote we do not have a country. We are the biggest banana republic that ever existed. And, at this point, the only question is how fast can I find a way to sever whatever connections I have with that system. I mean truly...to do that. Now we have some tools. We have cryptocurrency. The reason that cryptocurrency is… yes I am a technical person but I'm more about the social implications of cryptocurrency and it becomes the ultimate barometer. The price of bitcoin tells the truth. No matter what. It is an algorithm. There is no opinion. It literally tells the truth. The reason that crypto's going up is because now people realize what just happened. They don't know how they're gonna deal with it but they do know that they can hedge their wealth using cryptocurrency and…

HOST:      institutional.

TK:         There is...right well even the institutional stuff uh bolsters the non-institutional stuff. It all is the same

HOST:      [OV] Right.

TK:         Pool. And, um, you know yes, unfortunately the people have gotten into cryptocurrency uh aren't going to be able to have the luxury of anonymity. Um, at least not right away. But there you know uh this year more cryptocurrency vaults were created than any other, all of the other years put together.

HOST:      Damn.

TK:         Um those those cryptocurrency wallets can be created anonymously and yes you know what you can as because it's a public chain. It's uh it's observable from the outside. You can follow the transfer of currency from one wallet to another but when you get into the billions of transactions that you that you would have uh at

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

|         | this level...when it becomes truly mass adopted, there isn't any system that can track all of those transactions. |

HOST:    [OV] Well I'll tell ya we just had a meeting, um, uh, gentlemen, on, 'cause in the Telegram they're going on about it...uh pirate chain, which is ARRR. A-R-R-R. that's their uh...

TK:      Right.

HOST:    ...four letter.

TK:      [OV] Right, that's a great fund too I, I remember.

HOST:    You know…

EV:      [OV] That's a great fund.

HOST:    So what we did well so what we did is I went ahead and got some I took uh you know just straight up. I took $1,000 dollars in bitcoin which I I you know had almost none. I put everything else and whatever and I have kind of little bitcoin, I got a little extra over here that keeps going up you know and I keep spreading it out amongst alternatives that I like and then then I go whoo [UI] okay I'll put it over a thousand into ARRR, well, uh [UI] over on the Telegram had me make sure I went through Polarity which doesn't require an email. I mean of course I'm telling everybody you know because I'm on top of the list but you know. Um it you get an exchange you have to go to tether from bitcoin. So you deposit bitcoin, you go to tether then with tether you buy the ARRR and now I'm anonymous. Now i paid more for it. I can get it on other exchanges you know and got it for less but I'm I wanted to see if I could do it anon- anonymously I mean as anonymously as I'm on radio but I mean you know (laughing) I I you know I wanted to I just wanna test it and I don't wanna be…

TK:      [OV] You're the guinea pig, we get it.

HOST:    Yeah I just wanna you know If I'm gonna have pirate money and with pirates without borders dot com we're going to be pushing our second letter to captain Mark then the third letter was hailing frequencies invisible to the crown. Well what are they doing? All of a sudden they're going yeah in the text the memo field and kind of we're all um we're secret. That's why I bought a bunch of horizon.

UNCLASSIFIED

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription

Horizon went from god two three dollars now it's like fifteen sixteen or something you know and I bought more at like four eight or whatever like that 'cause I knew why. 'Cause they were focusing on privacy, you know. This is what's going to be the future and it's gonna be cryptocurrencies that are private and they can't track it. It's pirate communication.

TK:         Hmm, well that's the interesting thing is that cryptocurrency is yes a um medium or a a a unit of value. But it also is a means to communicate. Uh I mean ultimately it's all about transactions. I mean the underlying technologies, block chain, and the we've only begun to scratch the surface of what we can do with block chain. But, yes. It is the only true effective weapon that we have against the powers that be who…[UI] [OV]…yeah and and I mean the thing is is that the Federal Reserve is on a crash course unless something is done with the the remainder of what used to be the United States. Uh, that...it's over. It is an end game that that will happen. Uh, don't know exactly when [music playing] alright,we're already on that crash course…

HOST:       You know when when you…

TK:         [OV] and that's why bitcoin.

HOST:       …yeah no we need to talk more when you guys come back. Ed when you coming back man?

EV:         Um when am I coming back to [UI] Arizona?

HOST:       Yeah.

TK:         At this point we don't know. [OV] We don't know.

HOST:       We- well I got work…

TK:         We don't know if there's anything left to do.

HOST:       I got sign stuff. I've I got some you know some uh you know refreshments for ya, you know I got I got some money I got some uh I need some…Ed you know Todd and the guy and the activist do some butt whippin'... you know 'cause uh while we're here…

UNCLASSIFIED
18

UNCLASSIFIED

Files PX-3430926; PX-3457823; WF-3414040-SUB_A
January 7th, 2021 Podcast Transcription


EV:         Ernie we gotta find out what happens on the... We gotta find out what happens on
            the 20th 'cause if Joe Biden gets installed as President we will have gone from a
            nation of laws to a nation of myths.

HOST:       Well I we're going to be a nation of activists as far as I have anything to do with
            it, so I got plenty to do. You guys stay in to...hold on we'll talk a little bit more in
            the after show, but I'll tell ya, you know, uh, uh, we've been building up [UI]
            now.

[End of conversation]

Exhibit 11




www.cellebrite.com

## Extraction Report - Apple iOS Full File system

## Participants



+602 ████████
Prometheus



Stewart
Stewart (owner)

## Conversation - Instant Messages (24)

**+6023302299 Prometheus**

Attachments:

Size: 76670
File name: 00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D2
08AE42-F10C-49CA-86B0-0B9BEC309007/Attachments/005B675E-78C3-4C70-
8C00-C899660C318A.jpeg
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shar
ed/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/Attachments/005B675E-78C3-4C70-8C00-
C899660C318A.jpeg

9/14/2020 8:57:54 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0xEA38E59
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/Attachments/005B675E-78C3-4C70-8C00-
C899660C318A.jpeg :  (Size: 76670 bytes)

**+602 ████ Prometheus**

https://twitter.com/i/status/1304957995793690630

9/14/2020 11:09:05 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-
49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE8DA848 (Table:
model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

**+602 ████ Prometheus**

Hey Stewart are you going to DC for the 6th?  Myself and some other patriots are going to
be there would like to touch base if you will be there.

12/31/2020 9:59:25 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29B519DC (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

1

Stewart Stewart (owner)

Yes I will be there.   Refresh my memory please.  Who is this?

12/31/2020 10:21:51 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-
49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2943B879 (Table: model_TSInteraction,
model_OWSUserProfile, Size: 955158528 bytes)

+602 ███ Prometheus

This is Todd Kandaris

12/31/2020 10:25:32 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29B2ECA7
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602 ███ Prometheus

I'm wanting to coordinate with others as much as possible so I'm putting us out there as
supplemental personnel.

12/31/2020 12:10:29 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29BBAA77 (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

+602 ███ Prometheus

Everyone coming has their own technical equipment and knows how to use it.

12/31/2020 12:11:39 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29BBBE37 (Table: model_TSInteraction, model_OWSUserProfile,
Size: 955158528 bytes)

Stewart Stewart (owner)

Awesome!  How many are you bringing?

12/31/2020 2:52:14 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29CA82CB
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

Stewart Stewart (owner)

And from what state?

12/31/2020 3:19:15 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29A63308
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602  Prometheus

Not large numbers, we are 4 at this point but may gain more.  We are coming fom Arizona.  Starting in Phoenix/Mesa.  I would like to rally with you when you have decided where you want to be.  We are leaving AZ tomorrow morning. 1/1/21.  Please keep us in the loop.  Our Code Name is "Prometheus".

12/31/2020 3:41:48 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x297109BF (Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602 [redacted] Prometheus

*code name/call sign

12/31/2020 3:43:20 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29A8EC8B
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

Stewart Stewart (owner)

How many?

12/31/2020 4:17:48 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29DE3AA5
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

Stewart Stewart (owner)

How long have you been in Oath Keepers?

12/31/2020 4:18:30 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29DE3170
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602 [redacted] Prometheus

4 - This is Todd from Stepwyze.

12/31/2020 4:19:32 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29DCFC7C
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

Stewart Stewart (owner)

Oh OK. Now I remember.  Who are you bringing?

12/31/2020 4:20:19 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101–
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-
F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29DCF2CB (Table:
model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602[redacted]Prometheus

Dr. Phranq Tambori, Ed Vallejo, Kelly Carter and myself thus far.

12/31/2020 4:22:09 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-
86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29C03C71 (Table: model_TSInteraction,
model_OWSUserProfile, Size: 955158528 bytes)

Stewart Stewart (owner)

As attendees or speakers or as security volunteers?

12/31/2020 4:31:59 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-
F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29D62399 (Table:
model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602[redacted]Prometheus

Just as volunteers,  as far as I know noone is anticipating speaking.  We  are rifles, man
power, warm bodies there to support the process and the President.

12/31/2020 5:50:06 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29E4D877 (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

+60[redacted]Prometheus

Hi Stewart,

Ed Vallejo wants to be a speaker. We are requesting a slot for him.

We need to now where staging is going to be for technical equipment and "supplies".  We
are leaving AZ this morning ing. Please advise.

1/1/2021 10:39:15 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A2CC944 (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

+602[redacted]Prometheus

This is Todd with Ed Vallejo is there a rally point?

1/4/2021 6:36:58 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-
F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B58D7B3 (Table:
model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602[redacted]Prometheus

Hey Stewart must have wrong phone for Kelly please send to this number, thanks.  -
Todd

1/4/2021 10:44:07 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B62A693 (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

Stewart Stewart (owner)

+1 (352) 598-0600

1/4/2021 10:45:25 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A3B42EA
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602 ███████ Prometheus

Got it, thanks

1/5/2021 3:07:48 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B473657
(Table: model_TSInteraction, model_OWSUserProfile, Size: 955158528 bytes)

+602 ███████ Prometheus

Hi Stewart.  I'm sure you're busy' but wanted to let you know that Ed and I are here at
Isaack's restaurant in Junction.  We are excited to learn next steps and would like to know
what we should be doing right now.

1/12/2021 11:14:53 AM(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2DD1620F (Table: model_TSInteraction, model_OWSUserProfile, Size:
955158528 bytes)

Exhibit 12

EdNo=001&Info=0174280)   •   Send Letter to Editor (/Letter?EdNo=001&Info=0174280)   •   View for Print (https://www.freedomsphoenix.com/Print-Page.htm?EdNo=001&Info=0174280)

# I Freelv Choose Altruism by Ed Vallejo

Written by Ed Vallejo (/Writer-Bio-Page.htm?EditNo=211) Date: 01-01-2012 Subject: Spirituality (/Subjects/00291-LAST-spirituality.htm)

I freely choose altruism.  I embrace it with every molecule in my body.  It seeths from every pore.

I never really understood why my second wife used to get so aggravated with me, and she would exclaim "Oh Eddie, you're such an ALTRUIST!" like it was a bad thing.

Funny, I always had this definition that it was wanting to do the right thing because it was good and, well, right.  Because God wanted us to do the right thing, and be 'righteous people'.

This morning, before I began to write my Editorial of the New Year, I pulled up the results for the definition of altruism, and a flood of insight hit me like a ton of bricks.

"...is a concern for the welfare of others." said Wikipedia.

"Unselfish concern for the welfare of others; selflessness." states Answers.com

"the principle or practice of unselfish concern for or devotion to the welfare of others ( opposed to egoism )." from dictionary.com, and then "Loving others as oneself." from Altruists.org!

Whoa.

Then it got heavy.

Merriam-Webster said it was an "1: unselfish regard for or devotion to the welfare of others. 2. Behavior by an animal that is not beneficial to or may be harmful to itself..." followed by Plato.Stanford,edu stating "In evolutionary biologv. an oroanism is said to behave altruisticallv when it's behavior benefits other oroanisms. at a cost to itself."

4) This has been me all of my life.  Quite often it has been to my direct detriment, but I never connected the low economic subsistence level I endure today (and throughout my past) to my altruistic ideology - until today.

om) I wouldn't be ass-deep in debt if I had been working a 9-to-5 for the last few YEARS instead of exerting myself to make up for the lack of my participation in the self-governing process while I was a drunk for the first half of my life.

My wife would kill me or have dumped me a long time ago if she didn't love me the way she does.  I know how it pains her that we don't have the money for a lot of things that would make her happy.  I was very tempted to apply for an recent opening that I know I am more than qualified for, but at this point in time I feel that we are at such a critical juncture in the current election cycle that to be pinned down with an employer would hurt my ability to get so much accomplished that I cannot commit.

To the benefit of others, and the detriment to myself.

If there were no 'Ron Paul' to publicly strike at the root of tyranny I WOULD NOT BE HERE.  There is no other 'messenger of truth' in a position to make a difference of any kind to the masses, and I don't forsee another for longer than it will take for them to finish us off!  If anyone thinks I (and many like me) are willing to continue to live the way we are for another four years you are out of your ever-loving minds!  THIS IS IT, FOLKS, and if it doesn't happen - HEAD FOR THE HILLS.

I cannot begin to imagine what lies in store for the Human Race in 2012.

But I'm ready for it!

I hope you are too.

Happy New Year,

Ed Vallejo,
Altruist
1/1/2012

---

**Make a Comment (/Forum/Add?EdNo=001&Type=Article&Info=102414)**   •   Email Link (https://www.freedomsphoenix.com/Email-Story.htm?
EdNo=001&Info=0174280)   •   Send Letter to Editor (/Letter?EdNo=001&Info=0174280)   •   View for Print (https://www.freedomsphoenix.com/Print-
Page.htm?EdNo=001&Info=0174280)

---