# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendant Vallejo's motion for leave to file his Memorandum in Aid of Sentencing one day out of time, the motion is hereby GRANTED, and the clerk is directed to docket the Sentencing Memorandum and Supporting Exhibits.

_____            _____
Date                                                                                    Hon. Amit P. Mehta
                                                                                                United States District Judge

1