# Trial Exhibits Cited in Vallejo Sentencing Memorandum and Rule 29/33 Motion (Bookmarked for Navigation)

# Blue Skies to DC OP: Jan 6 21

12/29/2020  10:22:25 AM

Anyone have intel on March permits, locations snd times ?

3

# Kelly Meggs to DC OP: Jan 6 21

12/29/2020  10:42:45 AM

2 permits issued
Stop the steal 6th
Women for trump 5th

Both 1200-1700

4

# Blue Skies to DC OP: Jan 6 21

12/29/2020  10:48:22 AM

Do you have locations?

<u>5</u>

# Kelly Meggs to DC OP: Jan 6 21

12/29/2020  10:49:35 AM

I assumed Capitol let me look again

6

# Jim to DC OP: Jan 6 21

12/29/2020  4:36:05 PM

The official call to action will be issued soon via email. It'll have further instructions and details

7

# Kelly Meggs to DC OP: Jan 6 21

12/31/2020  8:09:35 AM

Flynn detail on Tuesday

Are we primary detail or back up ?

Trying to get some guys up early to assist

8

# Don Siekerman to DC OP: Jan 6 21

12/31/2020  9:25:08 AM

We will likely be assisting, most of these folks have a small detail in place, but need assistance moving through the crowd or ahead of the vehicles.   Personally I am not sure on who we will be assisting with, but told Flynn may be one.... but he is not on the speaker list that I can find. However that happened the last time also.

9

# Don Siekerman to DC OP: Jan 6 21

12/31/2020  9:31:52 AM

Also, realize that NOTHING is set with these folks.  I was on the Flynn detail the last time and things changed on the fly ALL day!!! Many reasons, crowds, street closed, different venues, etc.  (cont'd)

10

# Don Siekerman to DC OP: Jan 6 21

12/31/2020  9:31:52 AM

So we could be assigned to one person and due to circumstances, that could change at any point!   As all you military/LEO folks know, the best detailed plan survives only until the first contact! 😁

11

# Don Siekerman to DC OP: Jan 6 21

12/31/2020  2:28:48 PM

Also one reminder.  Bring your FRS radios along, while they have limited range in the city, there is a need for an alternative communications due to issues with cell phones during these huge gathering and everyone attempting to stream/send pictures!!   At one point during the last time in DC it took almost 2 hours for a text of mine to be sent!

<u>12</u>

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:22:53 PM

Actually, last time we paired up with 1st Amend Praetorian Guard to do PSD for Flynn.  Don, Whip, Josh, and I (and several other OKs) were all part of that.  Like Don said, very fluid and hectic.

We also did PSD for a couple other speakers/VIPs at the first DC event. (cont'd)

13

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:22:53 PM

This time around we have request for PSD from Ali Alexander (he's had death threats and is asking for a two-man dedicated OK PSD detail); from Bianca (Latinos for Trump) and Marsha (who have their own permitted event on the mall) and also from a patriot billionaire who is friends with Mrs Bollinger (another speaker). (cont'd)

14

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:22:53 PM

> We also have requests to provide security for the Jan 5 event by VA Women for Trump (Flynn scheduled to appear there) and on Jan 6 for Marsha and Bianca's event and to also help with Jericho March events. (cont'd)

15

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:22:53 PM

> Much like last time- we will end up helping at all events.  Some will have official paid security and we will be out in crowd acting as additional eyes and ears.  Others, like Marsha and Bianca, are looking to us as their primary security.  So we will give Latinos for Trump priority.

16

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:25:32 PM

Bottom line, is those of you wanting to do PSD details will get plenty of opportunity.

We may also end up assisting the PSD for Alex Jones again.  Which was a great feather in our cap. (cont'd)

17

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:25:32 PM

We worked superbly will with both Alex Jones security team (who are awesome guys) and with Praetorian Guard (also awesome veterans - led by SF and SEAL veterans).  They LOVE working with us because of our legit "quiet professional" demeanor and skillsets.

18

# Stewart Rhodes to DC OP: Jan 6 21

12/31/2020  3:37:26 PM

It's INCREDIBLY important for us to be front and center, again, and very visible to the patriots AND to the domestic enemies.  Heck, also to our foreign enemies, who will surely be watching as well.

19

# Don Siekerman to DC OP: Jan 6 21

1/1/2021  7:31:48 PM

## Conference Call For DC Leadership/team Leaders Only
## Fri, Jan 1, 2021 8:30 PM - 9:30 PM (EST)

Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/418833445 This meeting is locked with a password: DC6 You can also dial in using your phone. (For supported devices, tap a one-touch number below to join instantly.) United States: 1 (872) 240-3212 - One-touch: tel:18722403212,,418833445#
Access Code: 418-833-445
New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/418833445

20

Ex. 6923, 1.S.159.431

# Stewart Rhodes to DC OP: Jan 6 21

1/1/2021  8:17:04 PM

> Added Stephen Brown, event producer for Stop the Steal.  He requested I add him here.  He can help us sort out who is doing what in the creative chaos that will be Jan 5/6.
> He's a good egg. 👍😎
> Welcome Stephen.

<u>21</u>

Watkins 1

# Stewart Rhodes to DC OP: Jan 6 21

1/1/2021  8:20:34 PM

Stephen, please tell us what you know about which even will be where.   We are still unclear.

22

Watkins 1

# Don Siekerman to DC OP: Jan 6 21

1/1/2021  8:22:21 PM

Is there a map that we could use of the areas, stages, times?  That would really assist our folks, especially if we needed to respond in an emergency

23

Watkins 1

# Stephen Borwn to DC OP: Jan 6 21

1/1/2021  8:33:10 PM



Here is a schedule of diff events



<u>24</u>

Watkins 1

# Save Our Republic

Pray, March, Fast, and Rally
for Election Integrity
January 2-6 | Wash DC

**Saturday, January 2, 2021**
12 PM: Self-led JERICHO MARCH around the U.S. Capitol or Supreme Court.

6:30-8:30 PM: Self-led Candlelight Prayer Vigil at the National Christmas Tree in front of the White House for VP Pence.
Bring your own candles! (1201 East Northwest St.)

**Sunday, January 3, 2021**
12 PM: Self-led JERICHO MARCH around the U.S. Capitol or Supreme Court.

6:30-8:30 PM: Self-led Candlelight Prayer Vigil at the U.S. Naval Observatory for VP Pence. Bring your own candles! (1 Observatory Circle)

**Monday, January 4, 2021**
12 PM: Self-led JERICHO MARCH around the U.S. Capitol or Supreme Court.

1:30 PM: Self-led Prayer Vigil at the Russell Senate Office Building for Sen. Mitch McConnell (224 1st St. NE, DC) followed by visits to his office calling on him to #DoNotCertify (317 Russell Senate Office Building).

6:30-8:30 PM: Self-led Candlelight Prayer Vigil at the U.S. Naval Observatory for VP Pence. Bring your own candles! (1 Observatory Circle)

**Tuesday, January 5, 2021**
11:45 AM: Supreme Court Blessing before the start of the Jericho March. (Meet @ corner of 1st St. SE and East Capitol St. NE)

12 PM: Shofars blown, led JERICHO MARCH around the Supreme Court (Meet @ corner of 1st St. SE and East Capitol St. NE)

1:30 PM: Self-led Prayer Vigil at the Russell Senate Office Building for Sen. Mitch McConnell (224 1st St. NE, Washington, DC) followed by visits to his office calling on him to #DoNotCertify (317 Russell Senate Office Building)

1-3 PM: Moms for America* Save the Republic Rally at the U.S. Capitol, Washington D.C. (Corner of Constitution Ave NE and 1st St NE.)

2-5 PM: "ONE NATION UNDER GOD" Prayer Rally at the Supreme Court (Hosted by Virginia Women for Trump in collaboration with Stop the Steal, AmericanPhoenix.org, and Jericho March)

6:30-8:30 PM: Self-led Candlelight Prayer Vigil at the U.S. Naval Observatory for VP Pence. Bring your own candles! (1 Observatory Circle)

**Wednesday, January 6, 2021**
11:45 AM: U.S. Capitol Blessing before the start of the Jericho March. (Meet @ corner of 1st St. SW and Independence Ave. SW)

12 PM: Shofars blown, led JERICHO MARCH around the U.S. Capitol (Meet @ corner of 1st St. SW and Independence Ave. SW)

10 AM-5 PM: Stop the Steal's www.WILDPROTEST.com (Capitol Hill Northeast, Capitol Cir NE)

EVENTS BY:







# Marlin to DC OP: Jan 6 21

1/1/2021  8:34:08 PM

For movement in an emergency I will be available within an hour notice as a person with federal emergency personnel credentials for ease of movement

26

Watkins 1

# Weston Welch to DC OP: Jan 6 21

1/1/2021  9:52:02 PM



[DC Police Dept Tweet](#)

Watkins 1

# First Amendment Activity - Restricted Vehicular Traffic
## Tuesday, January 5, 2021 at 12:01 a.m. through Wednesday, January 6, 2021 at 11:59 p.m.



**Restricted Vehicular Traffic**

Tuesday, January 5, 2021 at 12:01 a.m. through
Wednesday, January 6, 2021 at 11:59 p.m.

Source: DC HSEMA, OCTO GIS
Date: 12/31/2020 Time: 11:48 AM

Service Layer Credits: Vector Tile Layer: Esri
Community Maps Contributors, DCGIS, M-NCPPC,
VITA, Esri, HERE, Garmin, SafeGraph, INCREMENT
P, METI/NASA, USGS, EPA, NPS, US Census
Bureau, USDA

# First Amendment Activity ~ Emergency No Parking Restrictions
## Tuesday, January 5, 2021 at 12:01 a.m. through Wednesday, January 6, 2021 at 11:59 p.m.



**Emergency No Parking Streets**

Tuesday, January 5, 2021 at 12:01 a.m. through
Wednesday, January 6, 2021 at 11:59 p.m.

0   200   400   800
Meters

Source: DC HSEMA, OCTO GIS
Date: 12/31/2020 Time: 11:49 AM

Service Layer Credits: Vector Tile Layer: Esri
Community Maps Contributors, DOGIS, M-NCPPC,
VITA, Esri, HERE, Garmin, SafeGraph, INCREMENT
P, METI/NASA, USGS, EPA, NPS, US Census
Bureau, USDA

# Weston Welch to DC OP: Jan 6 21

1/1/2021  9:52:19 PM

I've printed these as well.

30

# Padimasterdiver to DC OP: Jan 6 21

1/1/2021  9:52:19 PM

Frank SC. Low country Team here i mist the meeting last night can I call or be called for  updated  Briefing

31

# Blueskies to DC OP: Jan 6 21

1/2/2021  6:16:10 AM

https://www.forbes.com/sites/jonathanponciano/2021/01/01/trump-offers-new-details-on-wild-rally-to-protest-election-results-and-dc-authorities-are-gearing-up-for-it/?sh=33be42af6d2f

<u>32</u>

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  6:18:25 AM

New Police Chief starts today !
On Thursday, D.C.'s Metropolitan Police Department said there will be multiple street closures across the city on Tuesday and Wednesday for "public safety," with potential intermittent closures in the downtown area. (cont'd)

33

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  6:18:25 AM

Meanwhile, the city's incoming police chief, Robert J. Contee III–who's slated to start the role Saturday–told the Washington Post that his department is planning to "facilitate peaceful protests," but that "violence will not be tolerated.

<u>34</u>

# Don Siekerman to DC OP: Jan 6 21

1/2/2021  6:26:34 AM

To all leadership/team leaders, we will have another phone conference Sunday evening at 8:30 pm eastern time. I will put out the meeting details late Sunday afternoon.

35

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  6:28:20 AM

Good call last night .

Lots covered , I'll get with NC team today and find out QRF location

Ex. 6923, 1.S.159.450

36

# Stewart Rhodes to DC OP: Jan 6 21

1/2/2021  12:04:16 PM

Added Ed D., our national IT, and NJ OK leader.  He will be with us in DC

37

# Stewart Rhodes to DC OP: Jan 6 21

1/2/2021  12:11:44 PM

> Whip's number is XXX-XXX-9968
>
> Gator and his FL team are already set to provide a PSD for Roger Stone.

38

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  12:13:56 PM

We have spoken

39

# Don Siekerman to DC OP: Jan 6 21

1/2/2021  5:18:10 PM

Just for everyone's knowledge, as of now, but likely to change at any point.... all of the various activities that I currently am aware of are occurring right around the Capital/SOTUS area, so everything or at least most activities will be within a several block area on both Tuesday and Wednesday.... (cont'd)

40

# Don Siekerman to DC OP: Jan 6 21

1/2/2021  5:18:10 PM

> unless we find out different or possibly Whip will get some other details… we will discuss further at the state/team leaders phone conference tomorrow at 8:30 pm eastern.

41

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  5:43:12 PM

> 1 if by land
> North side of Lincoln Memorial
>
> 2 if by Sea
> Corner of west basin and Ohio is a water transport landing !!

42

Ex. 6923, 1.S.159.524

# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  5:43:48 PM

QRF Rally Points

Water of the bridges get closed

43

Ex. 6923, 1.S.159.525



# Kelly Meggs to DC OP: Jan 6 21

1/2/2021  8:42:24 PM

We have just picked up Stones detail for Tuesday as well . We are gonna be rolling in a little earlier !!

45

# Bruce H to DC OP: Jan 6 21

1/3/2021  12:53:28 AM

Have we offered Lin Wood a security detail? He and family are under threat.

46

# Kelly Meggs to DC OP: Jan 6 21

1/3/2021  1:00:00 AM

Hey Ohio can you guys help with our Psd on Tuesday . We won't have full team yet . We have 6-8 and we have Stone . Wednesday we have 20 so we are good .

But Tuesday want in the original Op we are adjusting in the fly

47

# Jessica Watkins to DC OP: Jan 6 21

1/3/2021  1:03:40 AM

Roger. We have 2 of us to offer. Both Oathkeeper vetted and patched.

<u>48</u>

# Kelly Meggs to DC OP: Jan 6 21

1/3/2021  1:06:18 AM

Will advise same RP as discussed before .
Tuesday OK shirts and tan  combat or jeans .
OK stuff all the way !

Wednesday we will be full Battle Rattle

<u>49</u>

# Jessica Watkins to DC OP: Jan 6 21

1/3/2021  1:08:35 AM

Aye. Understood.

50

# Jessica Watkins to DC OP: Jan 6 21

1/3/2021  1:11:21 AM

> I'm sure we will work out details on location. I am bringing paper maps for teams to mark locations for key areas

51

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

From an email I received from someone traveling up: "the March to Save America rally's main venue is on the 50-acre Ellipse just south of the White House. As we know, this merges into the Mall around the Washington Monument, and heads down to the Capitol, the scene of the "action.". (cont'd)

52

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

Getting "tickets" via the website for this event is, to me, a fool's errand. The fenced-area at the Ellipse will be totally full many hours before 11 AM. In fact, people will be camped out all night just to get in line to get into the Ellipse. (cont'd)

53

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

All of these people, for all of these hours, will utterly overwhelm any sanitary plan. (And if the Metro is shut down and/or restricted, all bets are off for what will happen.) (cont'd)

<u>54</u>

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

This Jan 6 event will be many times bigger than the Valdosta GA Trump rally that I attended, and that rally totally overwhelmed the portapotties, as in overflowing. This event will be orders of magnitude bigger. (cont'd)

<u>55</u>

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

So I am not going to sign up for a nominal ticket that will give the bearer no actual access, unless the bearer is willing to camp all night, and maybe not even then.
I'm just going to head as close as I can to the Mall or the Capitol and see what happens. (cont'd)

56

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:36:38 PM

> I don't want to get penned into an "official" zone where you lose all control of your movement. Not to mention overflowing portapotties etc. I'd rather be on the outside of the crowd with some freedom of movement in and out."

57

# Don Siekerman to DC OP: Jan 6 21

1/3/2021  12:40:26 PM

That is where the President will speak from on Tuesday the 5th only as far as I see from the website... might have a few more speakers but most of those will be at Freedom Plaza or between the Capital/SCOTUS

58

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:50:48 PM

Given the uncertainties around moving, maybe it would be preferable, if possible, to have teams stationed in specific areas, and minimize individuals' travel deep into crowded areas or from site to site. (cont'd)

59

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:50:48 PM

For those focused on protecting demonstrators, the primary threat to manage will presumably be along the outer edges of the crowds anyway. So maybe having teams encircle the entire area at strategic points.

60

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:53:01 PM

I am local (Alexandria), and can print and laminate and/or bag some maps if that helps.

61

# Don Siekerman to DC OP: Jan 6 21

1/3/2021  12:53:16 PM

Well the person coordinating that area is Hydro.... once Whip has all the personnel needed for the close in PSD, Hydro will be coordinating those teams

62

# Jessica Watkins to DC OP: Jan 6 21

1/3/2021  12:53:41 PM

I am also bringing laminated maps

63

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  12:55:14 PM

Great! Can you please post the map file you are printing Jessica? Thanks!

64

# Stephen Brown to DC OP: Jan 6 21

1/3/2021  12:59:25 PM

Please post any maps in this group

<u>65</u>

# Don Siekerman to DC OP: Jan 6 21

1/3/2021  1:07:14 PM

Lots of maps already posted also folks, scroll back up...

66

# Don Siekerman to DC OP: Jan 6 21

1/3/2021  1:11:01 PM

OK State/team leader meeting
Sun, Jan 3, 2021 8:30 PM - 9:30 PM (EST)
Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/478058517 You can also dial in using your phone.
(For supported devices, tap a one-touch number below to join instantly.)
United States: 1 (571) 317-3122 - One-touch: tel:15713173122,,478058517#
Access Code: 478-058-517
New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/478058517

67

# Brian Ulrich to DC OP: Jan 6 21

1/3/2021  1:20:56 PM

Just an idea but I found that my head lamp light with elastic bands fits over my helmet really well. A great hands free option

<u>68</u>

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  1:26:14 PM

Great map here.  I was able to print a high quality version by selecting the TIFF option in the box under the image, then choosing the High Quality option when printing. https://www.loc.gov/resource/g3851g.ct004745/?r=-0.117,0.025,1,1.364,0

69

# Nick Grenier to DC OP: Jan 6 21

1/3/2021  1:26:14 PM

Great map here.  I was able to print a high quality version by selecting the TIFF option in the box under the image, then choosing the High Quality option when printing. https://www.loc.gov/resource/g3851g.ct004745/?r=-0.117,0.025,1,1.364,0

70

# Mo POC – LT to DC OP: Jan 6 21

1/4/2021  10:22 AM

> Is there any teams that could possibly meet with a group of our locals that could escort them to and from event area if I get the location where they are parking ? We have 4 busses full and a lot of elderly and females by themselves

71

# Rook 10 to DC OP: Jan 6 21

1/4/2021  10:24 AM

Give me a location and I may be able to get them an escort

72

# Stephen Brown to DC OP: Jan 6 21

1/4/2021  12:46 PM

@HYDRO AL State POC I'm working with Rob Weaver who is looking for PSD for himself wife and kids who are marching. Tomorrow at Capital and the next days at capital and between the capital and the ellipse on the 6th Rob has had death threat in writing and I've sent up to MDP and Cap Police.

73

*From*: Stewart Rhodes                    *To*: Fayetteville Trump Rally OP

Gents, we've gone unarmed before. In NM. We just had an armed QRF sitting in a truck outside the parking area.
On a side street where he was perfectly legal.

Case 1:21-cr-00015-APM     Document 574     Filed 05/11/23     Page 74 of 582

*From*: Ranger Smith                    *To*: KY [Signal Message Group]

Bill Abshire, has a buddy that is a tug boat captain on ohio river said he can park a barge at Louisville, or help us exfill, Escape and Evade were in NC plan on incorporating that asset ,I'll know more in a couple hours, this could be big,

*From*: Prometheus                          *To*: Stewart Rhodes

Hey Stewart are you going to DC
for the 6th? Myself and some other
patriots are going to be there
would like to touch base if
you will be there.

*From*: Stewart Rhodes                              *To*: Prometheus

Yes I will be there. Refresh my memory please. Who is this?

*From*: Prometheus                          *To*: Stewart Rhodes

This is Todd Kandaris

*From*: Prometheus                    *To*: Stewart Rhodes

I'm wanting to coordinate with others as much as possible so I'm putting us out there as supplemental personnel.

*From*: Prometheus                    *To*: Stewart Rhodes

Everyone coming has their own technical equipment and knows how to use it.

*From*: Stewart Rhodes                    *To*: Prometheus

Awesome!
How many are you bringing?

*From*: Stewart Rhodes                                          *To*: Prometheus

And from what state?

*From*: Prometheus                              *To*: Stewart Rhodes

Not large numbers, we are 4 at this point but may gain more. We are coming from Arizona. Starting in Phoenix/Mesa. I would like to rally with you when you have decided where you want to be. We are leaving AZ tomorrow morning. 1/1/21. Please keep us in the loop.
Our Code Name is "Prometheus".

*From*: Prometheus                    *To*: Stewart Rhodes

*code name/call sign

*From*: Stewart Rhodes                    *To*: Prometheus



How many?

*From*: Stewart Rhodes                                        *To*: Prometheus

How long have you been in Oath Keepers?

*From*: Prometheus                    *To*: Stewart Rhodes

4 - This is Todd
from Stepwyze.

*From*: Stewart Rhodes                                    *To*: Prometheus

Oh OK. Now I remember.

Who are you bringing?

*From*: Prometheus                    *To*: Stewart Rhodes

Dr. Phranq Tambori,
Ed Vallejo, Kelly Carter
and myself thus far.

*From*: Stewart Rhodes                           *To*: Prometheus

As attendees or speakers
or as security voluteers?

*From*: Prometheus                    *To*: Stewart Rhodes

Just as volunteers, as far as I know
noone is anticipating speaking.
We are rifles, man power, warm
bodies there to support
the process and the President.

*From*: Prometheus                                    *To*: Stewart Rhodes

Hi Stewart,

Ed Vallejo wants to be a speaker. We are requesting a slot for him.

We need to know where staging is going to be for technical equipment and "supplies". We are leaving AZ this morning ing. Please advise.

*From*: Prometheus                    *To*: Stewart Rhodes

This is Todd with
Ed Vallejo is there
a rally point?

*From*: Ed Vallejo                                    *To*: E. Miller

Headed to DC to
hold their feet to the fire

*From*: Ed Vallejo                    *To*:  Stewart Rhodes

Sir, Ed Vallejo of Arizona in Tenn. With cadre requesting coordinates to Allied encampment outside DC boundaries to rendezvous. Please respond ASAP. For the Republic

*From*: Ed Vallejo                    *To*:  Kelly Meggs

Sir, this is Ed Vallejo. We must have copied your number incorrectly as we never received response to our text requesting campground address. We made it as far as Wrytheville VA & had to get a room. Please text location so we will know where to begin in the morning. Thank you kindly.

1/5/2021 12:01:57 AM

*From*: Kelly Meggs                    *To*:  Ed Vallejo

1211 N Glebe Road, Arlington, VA, 22201, US

1/5/2021 12:10:42 AM

*From*: Ed Vallejo                    *To*:  Kelly Meggs

Thank you Sir and goodnight.

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Added Ed V From Arizona Oath Keepers who has a team at Supreme Court

*From*: Ed Vallejo                          *To*: DC OP: Jan 6 21

Eureka!
Truck found :)

1/6/2021      1:20:29 PM

*From*: Horsewhisperer                              *To*: DC OP: Jan 6 21

American blood in the Capitol steps. Officers down.

*From*: Nick

*To*: DC OP: Jan 6 21

An activist just got in this van. Not sure what side he is on...

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

Flash grenades / explosions going off now at Capitol Grounds.

1/6/2021    2:07:28 PM *From*: Blue Skies                    *To*: DC OP: Jan 6 21

Tear gas at the capital. Several officers hurt

Case 1:22-cv-00015-APM    Document 574    Filed 05/11/23    Page 104 of 582

*From*: HighlanderKT                    *To*: DC OP: Jan 6 21

I think the Police are going to be overwhelmed and not be able to do much hen it comes down to it. There are way too many people, and no doubts, as word gets out what is going on up at the Capitol, more will join into the frey go ing on.

Case 2:22-cr-00015-APM    Document 574    Filed 05/11/23    Page 105 of 582

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21

Vallejo back at hotel and outfitted.
Have 2 trucks available.
Let me know how I can assist.

*From*: Ed Vallejo

*To*: DC OP: Jan 6 21

QRF standing by at hotel.
Just say the word...

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

I have 2 pickups and
1 hour 11 minutes to
exfil whomever needs it.

*From*: Nick                                    *To*: DC OP: Jan 6 21

I can seat 5 and exfil

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Evacuation of the Capitol Grounds by the NG & LEO has been ordered by the Mayor.

*From*: Ed Vallejo                                        *To*: DC OP: Jan 6 21

My statement was to assure you Arizona won't let anyone walk.
I was RTO for 36 Dust off and we will monitor all night and transport anyone that meets us on the perimeter curfew be damned.

Case 1:22-cv-00015-APM     Document 574     Filed 05/11/23     Page 111 of 582

*From*: Stewart Rhodes

*To*:  DC OP: Jan 6 21

Thousands of ticked off patriots spontaneously marched on the Capitol and sent the message that they will not live under an illegitimate ChiCom puppet regime....

*From*: Ed Vallejo

*To*:  DC OP: Jan 6 21

We'll be back at 6 am TO DO IT AGAIN.

*From*: Ed Vallejo

*To*:  DC OP: Jan 6 21

We got food for 30 days

*From*: Vallejo                          *To*:  K2

https://www.naturalnews.com/2020-12-23-open-letter-president-trump-use-insurrection-act.html

210.T.13.19

# Open letter to President Trump: You must use Insurrection Act to "Stop the Steal" and defeat the coup

Wednesday, December 23, 2020 by: News Editors
*Tags: 2020 elections, civil unrest, election fraud, freedom, insurrection, insurrection act, Liberty, MAGA, patriot, patriots, politics, President Trump, Stop the Steal, uprising, voter fraud*

**This article may contain statements that reflect the opinion of the author**



(Natural News) **"*The time is now near at hand which must probably determine whether Americans are to be freemen or slaves; whether they are to have any property they can call their own; whether their houses and farms are to be pillaged and destroyed, and themselves consigned to a state of wretchedness from which no human efforts will deliver them. The fate of unborn millions will now depend, under God, on the courage and conduct of this army. Our cruel and unrelenting enemy leaves us only the choice of brave resistance, or the most abject submission. We have, therefore, to resolve to conquer or die*." – General George Washington, Address to the Continental Army Before the Battle of Long Island, August 27, 1776**

(Article by Stewart Rhodes republished from OathKeepers.org)

President Trump,

We now face a moment of peril as great, or greater, as what General Washington and his men faced in 1776. The very survival of our nation as a free Constitutional Republic hangs in the balance. We have

but one last chance to save it. The fate of unborn millions will now depend on your conduct, the conduct of the current members of our armed forces, and the conduct of we the many millions of American veterans and patriots who are still loyal to our Constitution.

When you were sworn in, you took the following oath, as mandated by Article II of the Constitution:

**"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."**



It's time to honor that oath by defending the Constitution against all enemies, foreign and domestic. This is your moment of destiny. Will you take your place in history as the savior of our Republic, right up there with President Washington and Lincoln? Or will you fail to act, while you still can, and leave office on January 20, 2021, leaving We the People to fight a desperate revolution/civil war against an illegitimate usurper and his Chicom puppet regime?

**Here are the facts:**

We are already at war with communist China and its willing American agents, puppets, and co-conspirators who seek to overthrow our Constitution, as well as the international elites and other foreign enemies who have aided and abetted this war on our nation.  They have infiltrated and taken over every branch of government at every level, state and federal.  War isn't coming – war is already here.

Communist China could never defeat us in open battle, so instead, it infiltrated and subverted our institutions, bought and blackmailed American elites, and made allegiance with willing domestic enemies of our Constitution, to defeat us from the inside out, without having to fire a shot, by using what is commonly referred to as "Fourth Generation Warfare" doctrines and methods.   This is war by other means, but it is war nonetheless.

Through well-orchestrated mass vote fraud, the Communist Chinese and their domestic enemy allies are about to install their illegitimate puppet, Joe Biden, and his equally illegitimate puppet running mate, Kamala Harris, into the White House, with their treasonous fingers on the nuclear launch codes.

You must act NOW as a wartime President, pursuant to your oath to defend the Constitution, which is very similar to the oath all of us veterans swore. We are already in a fight. It's better to wage it with you as Commander-in-Chief than to have you comply with a fraudulent election, leave office, and leave the

White House in the hands of illegitimate usurpers and Chinese puppets. Please don't do it. Do NOT concede, and do NOT wait until January 20, 2021. Strike now.

If you fail to act while you are still in office, we the people will have to fight a bloody civil war and revolution against these two illegitimate Communist China puppets, and their illegitimate regime, with all of the powers of the deep state behind them, with nominal command of all the might of our armed forces (though we fully expect many units or entire branches to refuse their orders and to fight against them) and with their foreign allies also joining in to assist in the suppression of American patriots.

Without clean elections, we no longer have a Republic, and you are charged by the Constitution with preserving a republican form of government wherein the people actually elect their own representatives in clean elections. Article IV, Section 4 of the U.S. Constitution clearly commands you in this, when it states:

**"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion."**

"Shall" is command language. And that command applies to all three branches of the federal government, including the executive branch which you run. And that command applies directly to you. You are commanded by the Constitution to take whatever action you must to ensure that we have a Republican form of Government – and that means clean elections. In the current dire circumstances where complicit traitors have been put into place in every branch of government (legislative, executive, judicial) at every level (local, state, federal), through fraudulent elections over many years, it means YOU will have to fix it, with the full support of loyal military service members and millions of military and police veterans, as well as millions of patriotic average Americans who stand with you 100% in doing what must be done.

It won't be fixed by corrupted legislatures, Governors, or the courts. The recent refusal by all but two of the Supreme Court Justices (including all of your own Supreme Court picks) to hear the Texas election fraud case shows that the cancer of cowardice, compromised officials, and treason has spread even to the Supreme Court. The disclosures of the corruption and blackmailing of Hunter Biden and the corruption of Rep. Swalwell by a Communist Chinese Spy, as well as the blackmail ring run by Jeffery Epstein, are the tip of the iceberg in how the deep state and its Chicom allies have taken over our establishment elites.

That corrupted establishment won't fix it, but We the People shall, one way or another and we need you to lead us in this great battle to save our Republic.

Further, the US Constitution states in Article I, Section 8 that Congress has the power:

**To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions**

Congress long ago provided for just that by passing the Insurrection Act which delegates that decision and power to you, as President and Commander-in-Chief.

The Insurrection Act, 1o U.S. Code, Section 252- Use of militia and armed forces to enforce Federal authority, states:

> **Whenever the President considers that unlawful obstructions, combinations, or assemblages, or rebellion against the authority of the United States, make it impracticable to enforce the laws of the United States in any State by the ordinary course of judicial proceedings, he may call into Federal service such of the militia of any State, and use such of the armed forces, as he considers necessary to enforce those laws or to suppress the rebellion.**

Section 253 of the Insurrection Act then states:

> **The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—**
>
> **(1)**
>
> **so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection;**
>
> **(2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.**
>
> **In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.**

Section 254 then states:

> **Whenever the President considers it necessary to use the militia or the armed forces under this chapter, he shall, by proclamation, immediately order the insurgents to disperse and retire peaceably to their abodes within a limited time.**

Clearly an unlawful combination and conspiracy in multiple states (indeed, in every state) has acted to deprive the people of the fundamental right to vote for their representatives in a clean, fair election as is required in a free nation, striking at the very heart of what it means to have a republican form of government, and disenfranchising them.   You, and you alone, are fully authorized by the Insurrection Act to determine that such a situation exists, and to use the U.S. military and the militia  to rectify that situation.   And the militia includes not only the National Guard units of each state, called into federal service, but also includes the body of the people, age 17-45, and especially us military veterans, who are by federal statute subject to call up for service as the militia until age 65, due to our prior training and experience.

As Article II declares, "The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States." You must call us up, and command us.

We urge you to do the following *simultaneously*  as both the chief law enforcement officer of the nation, and as the commander in Chief:

1. **INVOKE THE INSURRECTION ACT**:   Issue a Presidential Proclamation, directly invoking the Insurrection Act, declaring an insurrection, rebellion, and coup to be in effect by domestic enemies of the U.S. Constitution and traitors who are in collusion with and/or acting as agents of a foreign enemy (specifically Communist China, but also other known or unknown foreign enemies) and to call up the militia (including the National Guard, us veterans, and patriotic Americans of military age) and US military to suppress the insurrection. That proclamation should declare that domestic traitors have conspired with a foreign enemy, specifically Communist China, and have been either bribed or blackmailed by that enemy, and together they have subverted our electoral system from top to bottom to rig elections at every level, and to steal elections with the intent of overthrowing our Constitution and our way of life.

A.   **Order the data seized:**  Pursuant to that proclamation, order SOCOM and other trusted military units, to seize all databases of the CIA, FBI, NSA, DNI, etc and the records held by all state electoral systems and administrators.  And order them to take possession of and preserve all evidence of the insurrection/rebellion/coup wherever it is housed or held and to counter and suppress any attempt by the insurrectionists to prevent the seizing of the data.

B. **Order a mass declassification of the dirty secrets:**   Order SOCOM Intelligence officers and other trusted and loyal patriot intelligence officers to carry out your orders to declassifying ALL the dirty secrets and evidence of crimes by all the corrupt and compromised elites (in both major parties) to expose them all, and especially to expose their treason and their willing service to communist china and other foreign powers, as spies, agents, and puppets.  Of course, those loyal intelligence officers should

not declassify and disclose data that could put at risk loyal American operatives and allies in foreign nations, who are on legitimate missions that are related to our legitimate national interests.  Only disclose data on traitors and their treason.

C.  Within all that data will be the evidence needed to expose the vote fraud and who is behind it, as well as expose all the corrupt judges, state Attorney Generals, governors, legislative leaders, election officials, etc.

D.  **Order a massive public "Wikileaks" style data-dump** to put all the dirty secrets of the compromised elites on display to the American people.  Those secrets are the very "swamp water" that the DC swamp creatures swim in.  Those dirty secrets both control and shield them all.   Throw the doors open, and dump all the skeletons out of the closets and onto the streets for all the people to see, and for all the world to see.

E.  **Pardon and free Julian Assange** and ask him to assist in this massive data-dump public disclosure.  He is a hero who has dedicated his life to battling the deep state and deserve our thanks and a chance to serve not just America, but all humanity by assisting in this great cause.

F.  **Fire Barr and removed him from office immediately (UPDATE: Barr has resigned, but needs removed immediately.  Don't let him run the clock out even a day more).**  The replacement should not come from within the beltway.

You must appoint a REAL patriot Attorney General who will actually fight and actually clean house.  Look outside the beltway for a real patriot.  We will help you find one who will actually fight for the Republic.  This is a populist movement, and the people are still being locked out, which is why you keep getting betrayed over and over.   Appoint REAL patriots who are outsiders.

E. **Appoint a special prosecutor and task force.**  The new Attorney General should appoint a special prosecutor with a full task force to investigate and indict all those involved in the vote fraud and to go after the Deep State from top to bottom, including within the DOJ, prosecuting all traitors in all branches, and all levels, to root out all who are actively committing treason, and who have been compromised, blackmailed, or bought out by Communist China and/or other foreign enemies.

F.  **Fire Wray and put a patriot in place as FBI Director** to clean house in the FBI and to actually do their jobs.

**2.  Order the U.S. Military to go to Defcon 2, or even Defcon 1, to defend our nation from external threats while we suppress this internal insurrection.**   It is imperative that we maintain strict control of our nuclear arsenal in patriot hands and that our armed forces stand ready to repel foreign attack and interference while we handle this necessarily drastic domestic house cleaning.

3. **Call the militia into federal service.**    Pursuant to you powers as Commander-in-Chief to call forth the militia, call up all National Guard units into federal service, and likewise call up all military veterans up to age 65 into federal service as the militia to assist in keeping the peace here at home.   Also call up all able-bodied Americans between the ages of 17-45 who are still loyal to the Constitution to likewise report for duty, bearing their own arms.   You have the power to command them and order them to report for duty at their nearest military base or National Guard armory in their state.   All of the above, as the militia, can be used to keep the peace in our local and state communities, under your direct command, to suppress the expected riots, terrorism, and armed insurrection by the radical left in the United States (who have been armed and equipped for months now by our foreign and domestic enemies).

3. **CONDUCT A CLEAN ELECTION/CLEAN UP OUR CORRUPTED AND COMPROMISED ELECTION SYSTEM.**

We will post advise on this shortly.  Stay tuned.  It is both simple, and very complex, given the advanced cancer of corruption in our voting system.

CONCLUSION: WE ARE IN FOR A FIGHT, NO MATTER WHAT.  LET'S GET IT DONE WITH YOU AS COMMANDER IN CHIEF >

There is no way out but through.  And we will NOT submit to a Chicom puppet regime.  You must stand tall and use your constitutional powers to fight this war against enemies foreign and domestic while you are still President and Commander-in-Chief.  If you fail to do so, we the people will have to fight a bloody revolution/civil war to throw off an illegitimate deep state/Chinese puppet regime.

You must use both your authority to invoke the Insurrection Act and your absolute power to declassify any and all secrets.

Because of the machinations of the complicit mainstream media, most Americans are ignorant of just how corrupted and compromised the establishment has become. They have no idea how many political, legal, media, and business elites are now compromised puppets of Communist China with the aid of the deep state traitors within our own intelligence and federal law enforcement agencies. That is why you must use SOCOM and other loyal military units to do a mass data seizure, declassification, and mass data-dump to throw all the skeletons out into the streets, exposing all the dirty secrets that are used to control American elites, and show the American people all the evidence that will show them who is dirty, who is a traitor, and who is a criminal. This will destroy the credibility of the traitors and make it far easier to defeat them, with the people themselves being the judge, and with our military service-members also clearly seeing who has turned traitor and who must not be obeyed. It is critical. You must do both. Expose them all, and then bring them to justice.

Know this: millions of American military and law enforcement veterans, and many millions more loyal patriotic American gun owners stand ready to answer your call to arms, and to obey your orders to get this done.

For the Republic,

Stewart Rhodes

Yale Law 04, Army Airborne veteran

Kellye SoRelle

Texas attorney and former prosecutor

Read more at: OathKeepers.org

*From*: BMJay

*To*: Ed Vallejo

i was figuring most would stay til the20th

*From*: Ed Vallejo

*To*:  BMJay

If it's TEN million by Saturday,...

*From*: Ed Vallejo

*To*:  BMJay

*From*: Ed Vallejo

*To*: DC OP: Jan 6 21

STATUS REPORT
NG has cordoned off the Capital grounds and no foot traffic allowed. 40 Virginia State Police cars lined up. Outer perimeter stopping vehicle traffic but a dozen or so walkers/joggers inside it, but not allowed on the building grounds.
No signs or flags supporting Trump visible anywhere.

*From*: Ed Vallejo

*To*:  DC OP: Jan 6 21

All quiet.

*From*: Ed Vallejo

*To*:  DC OP: Jan 6 21

The streets are deserted!

*From*: Ed Vallejo

*To*:  Dr Phranq

Word now is go home or to TEXAS - POTUS directive - coup underway.

*From*: Ed Vallejo

*To*:  Donna Hancock

We are headed for Texas.

*From*: Ed Vallejo

*To*:  Tommi Taylor

Elvis says hi



*From*: Ed Vallejo

*To*:  S1, Oyate, Pie

Standing by for direction in Texas.

*From*: Ed Vallejo

*To*:  Oyate



Safe @ Deb's

*From*: Ed Vallejo

*To*:  Pie

Made it to Phoenix

*From*: Ed Vallejo                              *To*:  BMJay

Clutch went out
as I got on the 40.

*From*: Ed Vallejo

*To*:  Pie

Could you please go to O'Reilly's Auto Parts and pick up a clutch plate, throw out bearing, and alignment tool for a 1996 Nissan Hardbody 4 cylinder truck?

*From*: Ed Vallejo

*To*:  Pie

Prize for you when you get here

*From*: Ed Vallejo

*To*:  Pie

Looks like a pyrite geode

*From*: Stewart Rhodes                    *To*:  OLD Leadership CHAT

Hey, the founding generation stormed the governors mansion in MA and tarred and feathered his tax collectors. And they seized and dumped tea in water.
They didn't fire on them, but they street fought. That's where we are now.

*From*: HighlanderKT                    *To*:  OLD Leadership CHAT

Are we SURE that they are actually Patriots and not those bad actors who are dressed as patriots from word we had been getting that was a possibility? Need to verify this........

*From*: Stewart Rhodes                    *To*:  OLD Leadership CHAT

YES! Pissed off patriots

*From*: Rocko208                              *To*:  OLD Leadership CHAT

# Who's storming what building??

*From*: HighlanderKT                    *To*:  OLD Leadership CHAT

SUpposedly Patriots - watching the live feed right now - and at the Capitol. It is in lock down right now and apparently Congress has called a recess.............

Case 1:21-cr-00015-APM     Document 574     Filed 05/11/23     Page 145 of 582

*From*: HighlanderKT                    *To*:  OLD Leadership CHAT

Saw a guy in the live feed dressed as a Patriot - BUT red hat on backwards (at the Capitol) - looks way out of place. Red/white striped sweater from what I could tell, about late 20's.......very tall.....REMEMBER that was part of Intel we got that there was a plan for the bad actors to dress up with MAGA gear but hats on backwards.......

1/6/2021 2:23:52 PM

*From*: Chris                                    *To*:  OLD Leadership CHAT

ANTIFA infiltrating as MAGA
with backwards red hats

# Vallejo SMS Messages

| | | |
|---|---|---|
| 12/20/2020 2:15:30 PM(UTC+0) | **To:** (480) 242-7437 K2 | https://nationalfile.com/backbone-matt-gaetz-joins-electoral-college-challenge-says-tuberville-will-join-coalition/ <br>**Source:** Phone |
| 12/20/2020 2:17:15 PM(UTC+0) | **To:** (480) 242-7437 K2 | WE HAVE OUR CONTESTANTS! <br><br>Feet2TheFire <br>**Source:** Phone |

| | | |
|---|---|---|
| 1/3/2021 2:50:14 AM(UTC+0) | **To:** +19283861714 Miller E | Headed to DC to hold their feet to the fire <br>**Source:** Phone |

Wednesday, December 14, 2022

SUBSCRIBE    SUPPORT

# NATIONAL FILE

    

3 : 32

☰    HOME    CULTURE    NEWS    POLITICS    BIG TECH    SPORTS    EDUCATION    RONA'    SUE

⏱ 12/19


Report: Proposed Omnibus Funding Bill Has Over 7,500 Earmarks Totaling $16 Billion
⏱ 12/14


Report: 'Black Bloc Infiltrators' Used Arrest of Brazilian Tribal Chief To 'Trigger' Political Unrest, Sources Say
⏱ 12/14


Judge Holds Emergency Hearing on Kari Lake Election Lawsuit, Sets Schedule
⏱ 12/14


School Board President Resigns After Inviting Teens to an 'Adult Party' That Featured a 'Dirty Santa'
⏱ 12/14


BLM Mayor of Richmond, VA DIGS UP REMAINS of Confederate General AP Hill
⏱ 12/14


J6 Prisoner Derrick Evans Denounces Ronna McDaniel, Kevin McCarthy, Endorses Andy Biggs for Speaker of The House
⏱ 12/13

Home  ›  Politics  ›  Nationalism vs. Globalism

# BACKBONE: Matt Gaetz Joins Electoral College Challenge, Says Tuberville Will Join Coalition

Gaetz made the announcement at TPUSA's annual SAS conference

*by* **NATIONAL FILE NEWS**
— December 19, 2020

*in* **Nationalism vs. Globalism**, **News**, **Politics**, **The Swamp**, **Voter Fraud**





Share on Facebook

Share on Twitter

3:32

Last Updated on December 19, 2020

Greeted by cheers, Rep. Matt Gaetz announced he is joining the January 6 Electoral College challenge. Explosively, Gaetz added that Senator-elect Tommy Tuberville will be the first U.S. Senator to join the fight.

Speaking at Turning Point USA's annual Student Action Summit in West Palm Beach, Florida, Representative Gaetz (R-FL) revealed that he will be "joining the fighters in Congress," and will be objecting to Electoral College votes from states "that didn't run clean elections" on January 6th.

Related **Posts**

**Report: Proposed Omnibus Funding Bill Has Over 7,500 Earmarks Totaling $16 Billion**

**Report: 'Black Bloc Infiltrators' Used Arrest of Brazilian Tribal Chief To 'Trigger' Political Unrest, Sources Say**

**Judge Holds Emergency Hearing on Kari Lake Election Lawsuit, Sets Schedule**

The announcement was greeted by whoops and cheers from the crowd, along with chants of "USA." Gaetz added that he has spoken to Senator-elect Tommy Tuberville (R-AL), and that he will also be joining the Electoral College challenge.

"He still talks like a coach, and I had a chance to speak with Coach Tuberville just moments ago, and he says we are done running plays from the establishment's losing playbook – it is time to stand and fight," said Gaetz.

"Coach Tuberville went forward a lot on fourth down, when he was coaching at Auburn." Gaetz noted, "They called him the Mississippi Riverboat Gambler."

"Well the odds may be tough, it may be fourth and long," he declared. "But we're going for it on January 6th."

Gaetz seemed to include Tuberville in his comments when he noted "we're going for" the Electoral College challenge in January.

Gaetz noted that the media will "breathlessly exclaim" that he, Tuberville, and the others who join them are "attacking democracy" with their Electoral College challenge, but he decried that as "nonsense":

> **Democracy is left undefended if we accept the result of a stolen**

> *The media and their woketopian allies in Silicon Valley only grow stronger in their ability to superspread lies and bullsh\*t. Our constitutional system proposes power in the people, and our media resents the hell out of it. They no longer want to program the news, they want to program you, controlling what you see and what you hear, so they can manage how you behave. Well I guess in their eyes, we're all behaving a little badly, but maybe more bad behavior is what we need to advance the America First agenda.*

3:32

READ MORE: EXCLUSIVE: Arizona Rep Hints Andy Biggs Will Challenge Electoral College Votes, Compares to Revolutionary War

"We deserve leaders bold enough to take action, and media honest enough to report the facts objectively, but instead, we get the perversed opposite," Gaetz continued, describing American politicians as "weak husks of humans," and slammed Republican leadership:

> *They scurry around Capitol Hill just doing favors for lobbyists and special interests. Often times, they only look busy, because they accept busy work from our milquetoast, so-called leadership. We should not be*

> *America is burning and in need of bold action and leadership.*

"I don't know about you, but I'm not going back to yesterday's Republican Party," Gaetz concluded. "I'm not going back to losing politely with Mitt Romney. I'm not going back to the Bushes, or the Cheneys. This is Donald Trump's party, and I am a Donald Trump Republican. If you want to get the job done, if you want to drain the swamp, hire a Florida man."

**Scriberr News**
@Scriberr... · **Follow**

HAPPENING NOW, REP. MATT GAETZ: "I'm not going back to yesterday's Republican Party. I'm not going back to losing politely with Mitt Romney, or the Bush's you want to drain the swamp, h a Florida man." via #SAS2020

6:29 PM · Dec 19, 2020

♥ 22.5K    💬 Reply    ⬆

**Read 375 replies**

Radio host Sebastian Gorka spoke following Gaetz, and said that not one Senator "who has the letter R behind his name," has so far agreed to be the second person to stop the Electoral College votes, with no word from Tuberville himself confirming what Gaetz said. "Where are they? Where are you guys? We voted for you to uphold the Constitution," Gorka added.

READ MORE: Dem Mayor Bans Young Conservatives from Florida TPUSA Event Over COVID Rules

National File reported on Friday that Tuberville was waffling on his support the challenge. Tuberville, speaking to local media, said he had to do his "due diligence" before supporting President Donald Trump and Brooks, and that such a process will likely take until after Christmas. However, it will be hard for Tuberville to back out following Gaetz's announcement that he will fight the Electoral College votes.

3:32

**Tags:**    Electoral College    Florida    Matt Gaetz

Tommy Tuberville    TPUSA    Turning Point USA

voter fraud

**Related Posts**



POLITICS

**Report: Proposed Omnibus Funding Bill Has Over**



INTERNATIONAL NEWS

**Report: 'Black Bloc Infiltrators' Used Arrest of Brazilian**



2022

**Judge Holds Emergency Hearing on Kari Lake Election**





HOME    CULTURE    NEWS    POLITICS    BIG TECH    SPORTS    EDUCATION    RONA'



Totaling $16 Billion

 December 14, 2022

Political Unrest, Sources Say

 December 14, 2022

Sets Schedule

 December 14, 2022

LOAD MORE

FACEBOOK    TWITTER

 REDDIT    TELEGRAM

 RSS



**Category**

2020    2024    Big Tech

Breaking News

Free Speech

Radical Islam

Cartoons

Gun Rights

Related Stories

China

Hate Hoax

Sex Crimes

Christianity

Human Trafficking

Snow

3:32

Civil Unrest

Immigration

So

Climate Hysteria

Impeachment

Sp

Commentary

International News

Sta

Coronavirus

LGBTQ

Supreme Court

Culture

Life

Technology

Deep State

Lifestyle

The Hill

Economic War

Marxism

The Swamp

Economy

Movies

Video

Education

National Security

Video Games

Election Integrity

Nationalism Vs. Globalism

Violent Crime

Elections

News

Vote Fraud

Exclusive

Op-Ed

Voter Fraud

Fake News

Opinion

Voter Fraud Investigation

Fake News Media

Opioid Crisis

White House

Feminism

Politics

Wholesome News

**Recent News**

Report: Proposed Omnibus Funding Bill Has Over 7,500 Earmarks Totaling $16 Billion

Report: 'Black Bloc Infiltrators' Used Arrest of Brazilian Tribal Chief To 'Trigger' Political Unrest, Sources Say

HOME     CULTURE     NEWS     POLITICS     BIG TECH     SPORTS     EDUCATION     RONA'

**Judge Holds Emergency Hearing on Kari Lake Election Lawsuit, Sets Schedule**

3 : 32

© 2022 NationalFile.com National File, LLC. Privacy. C                   .
About Us. All Rights Reserved.

Have any questions or suggestions? If you are having
unsubscribing from our mail subscription please send an email here
info@nationalfile.com Want to advertise with us? Please email:
brett@nationalfile.com



1776 ^2

Ed Vallejo, Tee,

Carters the last name

Now ✅

**Tee**
Thanks Kelly Now

Wed, Dec 30

**Ed Vallejo**
WE HAVE OUR SENATOR!!!
Send Hawley has put out an official statement that he WILL OBJECT to the certification of the Biden Electors! Now

Signal mes...



**1776 ^2**
Ed Vallejo, Tee,

subjects, bless our efforts, with victory oh Lord, we beseech thee.

Now ✅

**Ed Vallejo**
Woe onto the fucker that GETS IN MY WAY! Antifa is DOOMED 😈

Democrats DOOMED!



Signal mes...

 

## 1776 ^2
Ed Vallejo, Tee,



## Situation Update, Dec. 31st - Game-changing

In today's Situation Update for Dec. 31st, we reveal Trump's plan to unleash bombshell evidence in front of Congress on January 6th, right before Congress votes on which slate of electors to accept. The full podcast is embedded below. Because of the New Year's Eve holiday, this upd

naturalnews.com · Dec 31, 2020

 Signal mes...  



1776 ^2

Ed Vallejo, Tee,

2020

https://www.naturalnews.com/2020-12-31-situation-update-dec-31st-game-changing-bombshells-january-6.html

We also have 3 confirmed Senators that will join DOZENS of Reps objecting on the 6th. Now

Ed Vallejo
It was 25 degrees when I posted that and has

Signal mes...



## 1776 ^2
### Ed Vallejo, Tee,

posted that and has dropped 4 more since.

Valley Forge all over again... ☃️

EV

Now

Mr Prometheus got stuck for a bit,on the road to you now ,sorry, be to you soon...

Now



Ed Vallejo

Signal mes...







 

# 1776 ^2
### Ed Vallejo, Tee,



## Massive Car Caravans to Travel to D.C. For Jan. 6

Thousands of Americans are planning to travel to Washington, D.C. for a "big protest" on Jan. 6, when Congress meets to certify the results of the Electoral College. President Donald Trump urged his supporters to gather in the nation's capital for the event, so many





 Signal mes...   





## Ed Vallejo
Mobile

1/6/21 1:10 PM          3:10 PM

# Shots were flashbangs not gunshots

1/6/21 1:16 PM          3:16 PM



📹 00:30

# We believe this is Antifa but not confirmed. Note the lumber. There was a cache of lumber and



← **Ed Vallejo**
Mobile

1/6/21 1:16 PM          3:16 PM



■ 00:30

We believe this
is Antifa but
not confirmed.
Note the
lumber. There
was a cache
of lumber and
propane tanks
discovered in
downtown DC
yesterday just
like the Soros

Type a message...

   



**Ed Vallejo**
Mobile

yesterday just like the Soros brick stashes

1/6/21 1:29 PM      3:29 PM

https://mobile.twitter.com/home

1/6/21 1:37 PM      3:37 PM

https://mobile.twitter.com/dhookstead/status/134691 4290553516032?prefetchtimestamp=1609965333943

1/6/21 1:47 PM      3:47 PM

Type a message...

 **Ed Vallejo**
Mobile

1/6/21 1:47 PM   3:47 PM

So, have you secured the Arizona Capital yet, slacker?

Waitin' on you now 😆

1/6/21 2:01 PM   4:01 PM



Type a message...



# Ed Vallejo
Mobile



1/6/21 2:21 PM          4:41 PM



Antifa

They broke in and out guys are now getting pics of antifa posters inside



Type a message...



← **Ed Vallejo**
Mobile

**Antifa**

**They broke in
and out guys are
now getting pics
of antifa posters
inside**

1/6/21 2:45 PM     4:45 PM



@KelemenCari

AZ BLM rally in June, DC Capital in
January

Translate Tweet

3:19 PM · 1/6/21 · Twitter Web App

**4,046** Retweets  **823** Quote Tweets  **4,393** Likes

      

ujjwal. 💜 @masteryoda_69 · 6m
Replying to @KelemenCari

Type a message...

### DC OP Jan 6 21 Signal Chat

| | | | |
|---|---|---|---|
| Stewart Rhodes | 1/5/2021 | 4:29 PM | Added Ed V from Arizona Oath Keepers who has a team at the Supreme Court.]  Chat text "Welcome Ed" |
| Ed Vallejo | 1/5/2021 | 4:29 PM | Where do you want us whip didn't answer |
| Stewart Rhodes | 1/5/2021 | 4:30 PM | Whip, the South Carolina team is with the Arizona team at the Supreme Court if you are still there please link up |
| Derek Midnightrider | 1/5/2021 | 4:30 PM | Whip just left scotus heading the freedom plaza. Ca group will be there shortly. |
| Ed Vallejo | 1/5/2021 | 4:31 PM | You want us to head there - these guys want action? |
| Stewart Rhodes | 1/5/2021 | 4:31 PM | [Responding to Derek Midnightrider's 4:30pm chat] OK.  AZ and SC teams please go to Freedom and Plaza. I will meet you there with whip. |
| Ed Vallejo | 1/5/2021 | 4:53 PM | Dropped cadre at 7th and G - walking your way |

| Stewart Rhodes | 1/5/2021 | 4:53 PM | [Responding to Ed Vallejo's 4:53pm chat] Please clarify |
| Ed Vallejo | 1/5/2021 | 4:54 PM | I got them as close as traffic would allow in my truck.  Looking to park now |
| Stewart Rhodes | 1/5/2021 | 4:57 PM | [Responding to Ed Vallejo's 4:54pm chat] Roger that.  I'm looking for parking too.  Let me know if you find a good area |
| Ed Vallejo | 1/5/2021 | 4:58 PM | Looks like half a mile is closest we can get |
| Ed Vallejo | 1/6/2021 | 6:21 AM | Stupid alert I parked my dark grey Nissan 4 cyl pickup within 5 blocks of Freedom Plaza after dropping SC team and searched for an hour on foot, never finding it.  If you spot it, let me know.  Duh, thanks. |
| Stewart Rhodes | 1/6/2021 | 6:21 AM | [Responding to Ed Vallejo's 6:21am chat] Been there.  You got a ride in? |
| Ed Vallejo | 1/6/2021 | 6:22 AM | Took an Uber back to the hotel. |

| Stewart Rhodes | 1/6/2021 | 6:23 AM | [Responding to Ed Vallejo's 6:21am chat] Do you need a ride in or are you Ubering it? |
|---|---|---|---|
| Ed Vallejo | 1/6/2021 | 6:24 AM | I think I found where it WAS parked, and think it was stolen because parking enforcement didn't tow it and they aren't enforcing meter rules. |
| Ed Vallejo | 1/6/2021 | 6:26 AM | I'm waiting for my "civilian" team to arise & will come in with them. |
| Ed Vallejo | 1/6/2021 | 6:27 AM | What is the DC "blade length rule"?  What's the limit?  I want my boarding cutlass… |
| syde kontrol kirk | 1/6/2021 | 6:29 AM | 3 inches….but they also have an ordinance *anything deemed lethal or grievous bodily injury is illegal* |
| Stewart Rhodes | 1/6/2021 | 6:33 AM | {Responding to Ed Vallejo's 6:29am chat] Highly recommend a C or D cell flaghlight if you have one.  Collapsible batons are a grey area in the law.  Unclear.  I bring one.  But I'm willing to take that risk because I love em.  Good hard gloves, eye pro, |

| Ed Vallejo | 1/6/2021 | 11:18 AM | "FYI I brought a drone with 720p cam for recon use, but I am not a proficient operator. Do we have anyone qualified to use it? Do you want it prepped for deployment? Let me know." |
|---|---|---|---|
| Stewart Rhodes | 1/6/2021 | 11:21 AM | "[Reponse to Ed Vallejo message sent at 11:18am]: Yes. Bring it." |
| Horsewhisperer Texas | 1/6/2021 | 11:31 AM | "[Reponse to Ed Vallejo message sent at 11:18am]: Considered a felony in that areas airspace. Leave it in the vehicle." |
| Ed Vallejo | 1/6/2021 | 1:19 PM | "Eureka! Truck found :)" |

# Vallejo SMS Messages

| 12/15/2020 10:07:27 PM(UTC+0) | **To:** (480) 242-7437 K2 | https://www.hagmannreport.com/silent-no-more-john-moore-sam-andrews-full-show-12-14-2020-hagmann-report/<br>**Source:** Phone |
|---|---|---|
| 12/15/2020 10:07:57 PM(UTC+0) | **To:** (480) 242-7437 K2 | Listen to the second hour.<br>It's ON.<br>**Source:** Phone |
| 12/15/2020 11:46:22 PM(UTC+0) | **From:** +14802427437 K2 | Field trip signatures not required, get on the road train to Washington, yes , yes I will be glad to go.....<br>**Source:** Phone |

12/30/2020 9:23:59 AM

*From*: Kelly Meggs                    *To*: Jeremy Liggett

https://rumble.com/vbwjmv-dont-just-talk-like-an-american-act-likeone-hagmann-report-12152020.html

2000.T.421.8

  

# Don't Just Talk Like An American - Act Like One - Hagmann Report 12/15/2020



**Hagmann Report**
December 15, 2020
19,537 Views

SUBSCRIBE  28.1K



+ −  207 rumbles

EMBED ↗    SHARE

Sam Andrews unveils plans to appear in Washington, DC on January 4, 2021, to demand government accountability - this time with an effective "twist."

For show notes and complete description, visit www.HagmannReport.com/videos



Special guest Sam Andrews of the Freedom Center USA announces the plan to assemble a large group of armed patriots on January 4, 2021, in Washington, DC to lawfully & legally petition the US government to take action against the treason and sedition of elected and appointed public officials.

IMPORTANT LINKS:

DONATE: (www.HagmannReport.com/donate)

HAGMANN COFFEE: (www.HagmannStore.com)

The Hagmann Report provides news and information based on a combination of exclusive investigative work, proprietary sources, contacts, qualified guests, open-source material. The Hagmann Report will never be encumbered by political correctness or held hostage to an agenda of revisionist history.

Join Doug Hagmann, host of the Hagmann Report, Weekdays @ 7 PM ET.

ON THE GO? SUBSCRIBE TO HAGMANN'S PODCAST

iTunes: (https://podcasts.apple.com/us/podcast/hagmann-report/id631558915?uo=4)

Spotify: (https://open.spotify.com/show/376mkckQHCPYTJssQN794g)

iHeart: (https://www.iheart.com/podcast/256-hagmann-report-30926499/)

Speaker: (https://www.spreaker.com/show/hagmann-report)

FOLLOW HAGMANN AT:

Parler: (www.parler.com/profile/DouglasHagmann)
Twitter: (www.twitter.com/HagmannPI)
Facebook: (www.facebook.com/douglas.hagmann)

Randy Taylor

Email: randytaylor@hagmannreport.com
Twitter: https://twitter.com/RandyTaylor_USA





**False & Controlled Narratives - Satan's Soldiers Are Turning the…**

 Hagmann Report



**Randy Taylor - 11/17/2020 - Hagmann Report**

 Hagmann Report



**Stan Deyo - 11/17/2020 - Hagmann Report**

 Hagmann Report





**Doug Hagmann on What Exists Ahead - 12/09/2020 - Hagmann…**

 Hagmann Report



**The Dragon is Here - Steve Quayle- FULL SHOW - 12/10/2020 -…**

 Hagmann Report



**John Moore - FULL SHOW - 11/23/2020 - Hagmann Report**

 Hagmann Report



**POPULAR SEGMENT - The Resistance - Randy Taylor & Dou…**

 Hagmann Report



**Steve Quayle & Doug Hagmann - FULL SHOW - 12/03/2020 -…**

 Hagmann Report





Situation Room with Randy Taylor - The Hagmann Report - 12/02/2020

Hagmann Report

1:02:15

Doug Hagmann on the Coming War Inside America - Hagmann Report...

Hagmann Report

10:50

DEVELOPERS   OUR APPS   ABOUT US   CAREERS   ADVERTISING   STORE

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

# DC OP: Jan 6 21

| | | |
|---|---|---|
| 1/6/2021 1:25:41 PM | Stewart Rhodes | Pence is doing nothing. As I predicted. |
| 01/06/2021 1:38:13 PM | Stewart Rhodes | All I see Trump doing is complaining.  I see no intent by him to do anything. So the patriots are taking it into their own hands.  They've had enough. |
| 1/6/2021 1:48:41 PM | Stewart Rhodes | ATTENTION SECURITY TEAM AT FREEDOM RALLY!   My grey shoulder bag and helmet are on the ground behind the stage.  Please secure them and keep them with you (whenever you end up).  I'm on my way to the Capitol.  Please confirm. Stewart |
| 1/6/2021 2:06:17 PM | Stewart Rhodes | Whip, what's your location? I'm trying to get to you. |

←    👤   **Matthew Truo...**   📹   📞   ⋮

Matt, I am meeting 6p.m. with officers of Blue Ridge Militia. Your intro will be easier for me to arrange thereafter. Burning question: do you have any members of your community who have, or have contacts who have a boat we could have in the Potomac on the 6th? Here's why: we are not going in with guns. However, we have designated a Quick Reaction Force which will have all such things. If things went really bad and we needed to fight back to save lives, the QRF vehicle will have a hard time fighting through traffic to get to our guys. But if we had a boat standing by, the QRF could load the boat, ferry stuff to our waitin arms. If we had to get folks OUT,



Signal message     📷



← **Your message**

will have a hard time fighting through traffic to get to our guys. But if we had a boat standing by, the QRF could load the boat, ferry stuff to our waiting arms. If we had to get folks OUT, sick, hurt, just too cold, we could get them out via boat and our QRF vehicle could get them home or coordinate it. If someone had a commercial boat even, maybe we could hire it for the day (I would get the $) and if traffic is just too brutal we could ferry people IN to the protest. I have 5 coming in from Ohio, 15 from florida. Going to be hard for us to drive in and not get separated including in terms of the nightmarish parking. Could I respectfully ask you to put out the call? Its a way a patriot could help and we will compensate them, no worries. Thanks in advance for your help.

Jan 2, 11:08 pm

7/22/2020 6:27:11 PM

*From*: Stewart Rhodes                    *To*: Op Rivertown

This is for Louisville?

*From*: Guardian 7                                    *To*: Op Rivertown

I suggest a QRF watching near by and photo/film guys

*From*: Aegis                                          *To*: Op Rivertown



It is

8/9/2020 9:19:40 PM

*From*: Thomas

*To*: Op Rivertown

Hey buddy. Just spoken with Rob Duport and Shannon minor. We are putting together a QRF that will be specifically trained for hot extract. An ACE cell for intelligence analysis, and a HUMIT team for in field collection operations. With up coming missions we are going to need some gear. What are the chances we can get a couple radios and a small drone we can stream video from. I'd like these teams to be built as a rapid response force for handling sophisticated HUMIT and SIGINT operations.

*From*: Stewart Rhodes                                    *To*: Op Rivertown

Chances are very good. Especially since
we have a possible
op in Louisville looming.

Would you be able to be there for that op
to help fly the drone
and other IT/comms needs?

*From*: Thomas                                              *To*: Op Rivertown

Yes, with the new teams. Posted the notice today and already have applicants. Signing the memorandum of understanding tomorrow to extend my FCC license to oath keepers.

Case 2:22-cr-00045-APM    Document 574    Filed 05/11/23    Page 190 of 582

*From*: Thomas                                    *To*: Op Rivertown

Drone? It would be great to get one ASAP. If we can get one, I was planning on doing some recon at the Stone Mountain event this Saturday.

*From*: Stewart Rhodes

*To*: Op Rivertown

Clint on it. In fact I'll call you today to order it.

# Ed Vallejo SMS Messages

| Date | Time (UTC-5) | From | To | Message |
|---|---|---|---|---|
| 1/7/2021 | 7:09:01 PM | Ed Vallejo | Dr Phranq | Word now is go home or to TEXAS - POTUS directive - coup underway. |
| 1/8/2021 | 6:37:18 AM | Oyate | Ed Vallejo | https://www.naturalnews.com/2021-01-08situation-update-jan-8th-trump-fighting-fromsecure-location.html |
| 1/8/2021 | 9:45:42 PM | Ed Vallejo | Pam | Trump is safe in Abilene right now |
| 1/8/2021 | 9:46:12 PM | Ed Vallejo | Pam | He's still in power |
| 1/8/2021 | 9:46:23 PM | Pam | Ed Vallejo | No he's at the White House, they took him off |
| 1/8/2021 | 9:47:36 PM | Ed Vallejo | Pam | You watch, he's gonna speak to the people directly through their phones with the EAS |
| 1/8/2021 | 9:48:01 PM | Ed Vallejo | Pam | Going to announce arrests soon. |
| 1/9/2021 | 10:53:30 PM | Ed Vallejo | Donna Hancock | We are headed for Texas. |
| 1/9/2021 | 11:45:42 PM | Ed Vallejo | TK | https://healthrangerreport.com/situationupdate-jan-10-2021-trumps-final-window-ofopportunity-rapidly-closing |
| 1/10/2021 | 1:16:17 AM | Ed Vallejo | Taylor Tommi | Elvis says hi |

# Situation Update Jan 8th – Trump fighting from secure location, did NOT concede

Friday, January 08, 2021 by: Mike Adams
*Tags: America, conspiracy, deep state, MAGA, Nancy Pelosi, national defense, President Trump, traitors, treason*

**This article may contain statements that reflect the opinion of the author**

8:14



(Natural News) Intel is coming in today from many sources, and I will likely need to post a separate article to cover it all. Importantly, Trump has not conceded anything, and if you parse the words of his most recent video statement, there is absolutely no concession in it and no naming of Joe Biden as president:

*A new administration will be inaugurated on January 20th. … my priority is to ensure a smooth, orderly and seamless transition of power. This moment calls for healing and reconciliation.*

Trump is merely attempting to appear that he is conceding while not actually using any binding language that would legally tie him to such an outcome. To state that, "A new administration will be inaugurated on January 20th" without naming the year is, of course, always a true statement. There's a new administration coming on January 20th, of 2025, for example. There's also a new administration coming this year if Trump dumps Pence and has a new VP at his side.

But why would Trump still be refusing to concede while trying to make people think he's conceding? Because according to one source that has briefed me, the globalist controllers are threatening to detonate dirty bombs in every US state representing a senator who voted against the Biden slate of

electors. The threat against Trump is that if he does not concede, the dirty bombs will be set off, killing hundreds of thousands of Americans.

Yet Trump fully realizes that **far more American would die under the totalitarian communist-run regime represented by Joe Biden**. Trump isn't going to be threatened into quitting.

8:14



In fact, as I cover in today's podcast, Trump is in a secure location and he's fighting from there, alongside loyal forces of the US military who are preparing for decisive action against the deep state traitors who are desperate to remove Trump from power by any means necessary.

Nancy Pelosy, who will obvious face arrest and prosecution for treason if Trump secures his second term, is running around D.C. like a crazed hyena, trying to get Pence to invoke the 25th Amendment to remove Trump immediately. An impeachment "trial" is scheduled for Monday to try to remove Trump by other means, claiming that Trump still has access to the nuclear codes and might unleash a nuclear missile.

Nancy Pelosi wrote today in an urgent letter:

*This morning, I spoke to the Chairman of the Joint Chiefs of Staff Mark Milley to discuss available precautions for preventing an unstable president from initiating military hostilities or accessing the launch codes and ordering a nuclear strike…*

In other words, Pelosi is conspiring with Mark Milley — also a traitor — to remove Trump from power before he can complete his counterinsurgency actions involving the military.

The deep state is trying to thwart Trump from every possible angle, and Trump's victory isn't assured, but he remains the US President for the next 12 days, and he's using those days to carry out an epic counterattack against the criminals who rigged the elections, staged the "siege" on the capitol building, and plan to tear down our constitutional republic if they gain control of the White House.

Here's what's covered in today's Situation Update:

- Why efforts to remove Trump by force will set off a hot civil war.
- It's not a "breach" if the police invite you in: The media's false narrative about the capitol building "riots."
- Trump did not concede. No binding concession language in his speech.
- Trump during rally on Monday in Dalton, GA: "We have to go all the way… you watch what happens over the next couple of weeks. You watch what's going to come out and watch what's

going to be revealed."

- NPR caught publishing capitol "siege" story hours before it took place. (Echoes of 9/11 media staging.)
- AOC tweeted about left-wing riots: "To folks who complain protest demands make others uncomfortable… that's the point." But now she wants Big Tech to censor anyone quoting
- Congress operating its betrayals under the cover of darkness.
- 200 top corporate CEOs in America demand Biden be installed as president so they can continue to loot the nation under forced covid lockdowns.
- Mo Brooks reveals "growing evidence" the capitol building "siege" was initiated by Antifa operatives.
- Leftists build a 7-foot WALL (fence) around the White House, and deploy 6,200 National Guard troops to protect their treason and election theft. Suddenly they believe in walls after all.
- Trump supporters instantly convicted in the left-wing media, even though obvious evidence of election theft by the Dems is thrown out of court without any hearing at all. Gross double standards will drive this nation to war with itself.
- Leftists declare war on conservatives and plan to silence them and destroy them in any way possible, all in the name of "tolerance."
- Lin Wood warns that coup plotters are now planning to hunt down and execute Trump loyalists.
- US Rep Hank Johnson (dem) says the nation should treat Trump supporters like "negroes," further proving that Democrats really are racist, hate-filled bigots.
- Biden calls Trump supporters "domestic terrorists" but was completely silent on the actual terrorism and violence of left-wing insurrectionists.
- Lindsey Graham vows to help jail Trump supporters, demonstrating his disdain for his own base of voters. (Yes, the GOP is finished.)
- Media using the "siege" narrative to push for more censorship of all conservatives, which will only drive them to more frustration and anger. This model of authoritarianism and marginalizing all conservatives will only end in bloodshed.
- Big Tech censorship is part of a cleanup operation to hide all the evidence and truths they don't want people to see.
- Conservatives are the new "marginalized" people of society, and we need a new civil rights movement to protect those who hold conservative ideas.

Listen to the full podcast here:

Brighteon.com/7971328a-0cb3-4a11-962b-22a9aea42e5d

Hear each day's new podcast at:

https://www.brighteon.com/channels/hrreport

8:14





# DC OP Jan 6 21 Signal Chat

HYDRO - AL State POC HYDRO - AL State POC

Trump conceded.. its over

2021/01/07 06:34:39(UTC-6)

HYDRO - AL State POC HYDRO - AL State POC

We lose

2021/01/07 06:34:59(UTC-6)

+16024346843 Ed Vallejo

Like HELL it's "over"!

2021/01/07 06:36:41(UTC-6)

+19168046500 Nancy

Was this actually a concession? "Even though I totally disagree with the outcome of the election, and the facts bear me out, nevertheless there will be an orderly transition on January 20th. I have always said we would continue our fight to ensure that only legal votes were counted. While this represents the end of the greatest first term in presidential history, it's only the beginning of our fight to Make America Great Again!"

2021/01/07 10:18:11(UTC-6)

*From*: Ed Vallejo (SMS)                    *To*: Dr Phranq, TK

https://youtu.be/w-ySG-qhmEQ



 

Search



0:00 / 4:08

WE ARE NOT TIFA! / THE STORM ARRIVED PT. 1

26K views   1 year ago

**The Black Conservative Preacher**
22.6K subscribers

Join   Subscribe

👍 621   👎   Share   Download   Thanks   •••

26K views   1 year ago
Hundresa of thousands took to the steps of the U.S Capital on Electoral Vote Day 2021.

...more

# DC OP Jan 6 Signal Chat

+16024346843 Ed Vallejo

Gentleman,
Our Commander in Chief has just ordered us to go home.
Comments?

2021/01/06 15:25:21(UTC-6)

+16014620848 Jim

Trump?

2021/01/06 15:26:30(UTC-6)

+16024346843 Ed Vallejo

Yes Sir.

2021/01/06 15:26:52(UTC-6)

+15749710175

From a pre recorded message POTUS said we are so sweet. Please go home. Weirdest damn pre recorded message I've ever heard

2021/01/06 15:27:59(UTC-6)

+16024346843 Ed Vallejo

The video under close scrutiny looks like an overlay via CGI

2021/01/06 15:33:47(UTC-6)

# Ed Vallejo SMS Messages

| 1/6/2021 9:43:24 PM(UTC+0) | **From:** Oyate | Trump requests everybody leave and go home |
|---|---|---|
| 1/6/2021 9:43:37 PM(UTC+0) | **To:** Oyate | FAKE |

Case 1:22-cr-00015-APM   Document 574   Filed 05/11/23   Page 202 of 582

*From*: Ed Vallejo (SMS)                    *To*: Miller E

Headed to DC to hold their feet to the fire.



| 139 | **Start Time:** 2021/01/04 18:36:05(UTC-6)<br>**Last Activity:** 2021/03/09 10:44:41(UTC-6)<br>**Number of attachments:** 0<br>**Source:** Signal<br>**Account:** Stewart<br>**Source file:** 00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B1B1BEC (Table: model_TSThread, model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes) | |

**Source Extraction:** Legacy
**Body file:** chat-139.txt

Participants:

          +16024346843
                              Ed Vallejo

          Stewart
                               Stewart (owner)

**Identifier:** 83790D69-0424-4551-99AD-1F911CA47D79

Stewart Stewart (owner)

Ed, keep in mind that is NOT a secure chat.  Contains at least one turn-coat snitch.

Keep that in mind.

2021/01/24 07:14:58(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x30B0E2B9 (Table: model_TSInteraction, model_OWSUserProfile; Size:
955158528 bytes)

Stewart Stewart (owner)

Please confirm you got this

2021/01/24 07:16:53(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x30C22170
(Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

+16024346843 Ed Vallejo

Oh I got that but I never did anything wrong and I was at the hotel when things went
wonky

2021/01/24 07:17:54(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x309C796D (Table: model_TSInteraction, model_OWSUserProfile; Size:
955158528 bytes)

Stewart Stewart (owner)

No sweat.   Just keep it in mind.

And, FBI has Jessica's phone.  So they are no doubt now monitoring any chat she was in.
Which included  that DC op chat

2021/01/24 07:22:00(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x304DC2C1 (Table: model_TSInteraction, model_OWSUserProfile; Size:
955158528 bytes)

+16024346843 Ed Vallejo

P.S. If you ever need me for ANYTHING I am on call and am at your service, Sir!

2021/01/24 07:22:41(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x304DCE20 (Table: model_TSInteraction, model_OWSUserProfile;
Size: 955158528 bytes)

+16024346843 Ed Vallejo

I stayed in the dc op chat because running and hiding is what GUILTY people do...

2021/01/24 07:23:46(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x30502E1E (Table: model_TSInteraction, model_OWSUserProfile;
Size: 955158528 bytes)

Stewart Stewart (owner)

Thanks.

2021/01/24 07:40:02(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x30C211C4
(Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

Stewart Stewart (owner)

Understood.  Just be mindful it's not secure.  And lying .gov lawyers will twist anything
you say.

2021/01/24 07:40:59(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-
0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2FA3B729 (Table: model_TSInteraction, model_OWSUserProfile; Size:
955158528 bytes)

+16024346843 Ed Vallejo



2021/01/24 07:41:37(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2FA3B56E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

Stewart Stewart (owner)

Hey brother.  We have a new vetted national chat.  You want in it?

2021/03/07 12:41:14(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-
86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x360546B6 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 955158528 bytes)

+16024346843 Ed Vallejo

Of course

2021/03/07 13:14:10(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x360ACE66
(Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

Stewart Stewart (owner)

I'll add you.  Again, be mindful that there is no such thing as secure comms.

2021/03/07 13:15:23(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x360AC6CF (Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

+16024346843 Ed Vallejo

Signal Corps here

2021/03/07 13:15:50(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-
000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42
-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x360AC50A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

+16024346843 Ed Vallejo

I started it in the 80's with "Land line is NOT secure!"

2021/03/07 13:16:48(UTC-6)

Source Extraction:
Legacy
Source Info:
00008101-000130283C84001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D208AE42-F10C-49CA-86B0-0B9BEC309007/grdb/signal.sqlite/signal.sqlite.decrypted : 0x360AC321 (Table: model_TSInteraction, model_OWSUserProfile; Size: 955158528 bytes)

 

## 1776 ^2
Ed Vallejo, Tee,



**Ed Vallejo**

Oathkeepers escorting a

 Signal mes...   



## 1776 ^2
### Ed Vallejo, Tee,

Oathkeepers escorting a scared shitless MPD riot squad that were inside, afraid they'd be torn apart by "the mob".    Now

EV



Ed Vallejo

Now

EV

 Signal mes... 

1/2/2021 5:50:14 AM

*From*: Stewart Rhodes                    *To*: OK Gator 1

If you want to stow weapons with Whip you can. He'll have a secure car trunk or his hotel room (or mine).

1.S.613.172

*From*: OK Gator 1                    *To*: Stewart Rhodes

Last night call with Don we discussed a QRF RP so we may do that . As well as the NC team has a hotel room close by

*From*: Stewart Rhodes                    *To*: OK Gator 1

OK. We WILL have a QRF. this situation calls for it.

*From*: OK Gator 1                    *To*: Stewart Rhodes

Yes we have the overlay maps of street closures and it looks like Lincoln is our RP of SHTF .

Lots of access roads on the edge of main area.

1.S.613.176

*From*: Stewart Rhodes                    *To*: OK Gator 1

Cool. That's good. Both in and out is very useful. I'll reimburse you for them. Just let me know how much.

*From*: Stewart Rhodes                    *To*:  OK Gator 1

And decent cover IIRC

1.S.613.178

1/2/2021 6:28:20 AM

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

Good call last night .

Lots covered , I'll get with NC team today and find out QRF location

1.S.159.450

*From*: Oath Paul Stamey          *To*:  Tom Caldwell

FLA.

2 Men left back

12 to 15 going in DC

22.S.508.A

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

1 if by land

North side of Lincoln Memorial

2 if by Sea

Corner of west basin and Ohio is a water transport landing !!

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

QRF Rally Points

Water of the bridges get closed

*From*: WESTERN STATE LEA    *To*: DC OP: Jan 6 21

My sources DC

Working on procuring Boat transport as we speak

1.S.159.526

1/2/2021 9:52:00 PM

*From*: Tom Caldwell                    *To*:  Oath Paul Stamey

Thanks for this, Brother. Any more event stuff you see pls send my way I will do the same. Am working the Navy angle as we discussed.

22.S.511.B

Case 1:22-cr-00015-APM     Document 574     Filed 05/11/23     Page 223 of 582

*From*: Tom Caldwell                              *To*:  TREE  Shaw Pugh

Shawn!  Can't believe I just thought of this: how many people either in the militia or not (who are still supportive of our efforts to save the Republic) have a boat on a trailer that could handle a Potomac crossing?  If we had someone standing by at a dock ramp (one near the Pentagon for sure) we could have our Quick Response

22.T.15.26 / 1 Continued

Case 1:22-cr-00015-APM     Document 574     Filed 05/11/23     Page 224 of 582

*From*: Tom Caldwell                    *To*:  TREE Shawn Pugh

Team with the heavy weapons standing by, quickly load them and ferry them across the river to our waiting arms.  I'm not talking about a bass boat.  Anyone who would be interested in supporting the team this way?  I will buy the fuel.  More or less be hanging around sipping coffee and maybe scooting on the river a bit and

22.T.15.26 / 2 Continued

*From*: Tom Caldwell                    *To*:  TREE  Shawn Pugh

pretending to fish, then if it all went to shit, our guy loads our weps AND Blue Ridge Militia weps and ferries them across. Dude!  If we had 2 boats, we could ferry across and never drive into D.C. at all!!!! Then get picked up.  Is there a way to PLEASE pass the word among folks you know and see if someone would jump in to

22.T.15.26 / 3 Continued

*From*: Tom Caldwell                    *To*:  TREE Shawn Pugh

the middle of this to help.  I am spreading the word, too.  Genius if someone is willing and hasn't put their boat away for the winter.

22.T.15.26 / 4 Continued

1/3/2021 12:55:00 AM

*From*: Caldwell                              *To*:  Oath Paul Stamey

I'm calling it a night.  Got feelers out in the boat idea, will finish new map tomorrow. Early wake up full day tomorrow.  Sleep well, bro: CAG is on the case!

22.S.517.A

*From*: Liberty

*To*:  NCOK County Leaders

https://www.facebook.com/N2Sreports/videos/287019042701868/?notif_id=1605968002601625¬if_t=live_video_explicit&ref=notif    Armed antifa coalition opposes "Stop the Steal" rally in Atlanta

"If Atlanta don't get no justice, Atlanta don't get no peace!" Today as Trump supporters held another "Stop the Steal" rally in Atlanta, Georgia, a coalition of armed leftist militia members, black-bloc clad antifa, Refuse Fascism, and Black Lives Matter activists counter-protested.

Footage by N2S Contributor Joey Pluto



# Watch

Home    Live    Shows    Explore    Saved Videos    Following



▶ 0:00 / 7:48

**Armed antifa coalition opposes "Stop the Steal" rally in Atlanta**

 Like     Comment     Share

 1K · 1.3K comments · 58K views

https://web.archive.org/web/20201118180436/https://oathkeepers.org/2020/11/call-to-action-march-on-dc-stop-the-steal-defend-the-president-defeat-the-deep-state/

**Government Exhibit**

**U.S. v. Minuta, et al.**
22-cr-15-APM

**1002**

https://oathkeepers.org/2020/11/call-to-action-march-on-dc-stop-the-steal-defend-the-president-defeat-the-deep-state/

24 captures
11 Nov 2020 – 10 Dec 2021

NOV DEC
18
2019 2020 2021

LOG IN

ABOUT

JOIN

DONATE

NEWS

GEAR STORE

CONTACT US

# News

BOOK. GIVE. SMILE.

5%

☑ Register for FREE and pick Oath Keepers as your charity
☑ Book your hotel at our members-only discount rates
☑ We donate 5% + of the sales price to Oath Keepers

CURRENT RAFFLE

THIS RAFFLE HAS ENDED!
CHECK BACK FOR FUTURE RAFFLES.



Call to Action! March on DC, Stop the Steal, Defend the President, & Defeat the Deep State

⊙ November 10, 2020
👤 Stewart Rhodes
💬 6
🏛 2020 Election, Oath Keepers
🏷 Sticky

0
SHARES

🐦 Tweet



*President Trump is a fighter,*

*but he needs us to stand with him and fight too!*

**Oath Keepers and patriots, duty calls!**

We must all march on Washington D.C. and directly back-up and defend President Trump as he fights against the ongoing coup that is attempting to steal the election.   Start rolling toward DC now!  Join in on:

1. **Million MAGA rally scheduled in Washington D.C. this Saturday, November 14, 2020, 1301 Pennsylvania Ave, at 12pm.**
2. **Infowars Stop the Steal Caravan!  Owen Shroyer is leading a caravan of patriots across the nation to converge on D.C. this Friday and Saturday, to converge and join in with the other rally initiatives, all standing together on Saturday.**

**Go too www.stopthestealcaravan.com to learn more.**

WE WILL BE THERE, in D.C., and we urge YOU to be there!

## OATH KEEPERS VOLUNTEER SECURITY OP FOR WASHINGTON D.C.

Oath Keepers is sending some of our most experienced LEO and military combat veterans into D.C. to help keep patriots safe this Saturday, and in the days to come.  Oath Keepers is linking up with the Infowars Stop the Steal Caravan and with the organizers of the Million MAGA event, and we will do all we can to assist with volunteer security on the ground inside D.C.

Oath Keepers will also have some of our most skilled special warfare veterans standing by armed, just outside D.C., as an emergency QRF in the event of a worst case scenario in D.C. (such as a "Benghazi" style assault on the White House by communist terrorists, in conjunction with stand-down orders by traitor generals).

Our men will be standing by, awaiting the President's orders to call us up as the militia, which would override D.C.'s ridiculous anti-gun laws (by federal statute, all Americans from age 17-45 are subject to being called up as the militia by the President, and all military veterans are subject to being called up until age 65 because of our training and experience).  – Stay tuned for further details.

We call on all our LEO, military, Fire, EMS, and search and rescue brothers and sisters nationwide to also volunteer, either for the inside D.C. security op, or for the outside D.C. contingency QRF.   You do NOT have to be an Oath Keepers member to volunteer, but you do need to be a trained professional. All military and LEO veterans are encouraged to volunteer (we will put you to work!), but we especially need combat arms veterans, SWAT and riot trained LEOs, EMS, Fire, intel personnel, logistics, EOD, etc.   You must be cool and calm under pressure, disciplined, and a quiet professional.

NOTE: For the volunteer security op inside D.C., to protect rally attendees, we also invite the participation of other patriot groups, such as bikers, who are not prior service but who have training, backgrounds, or experience that give them a capacity to effectively deal with unlawful physical violence by leftist terrorists.  But, again, you must be calm under pressure and committed to the ethos of the quiet professional.  We have found that it un-nerves the leftists to have to deal with stone-faced patriots who don't react to them running their mouths, but who are eminently capable if things turn physical.  Remember, the eyes of the nation, and the world, are on us.

**To volunteer, email us at: dcvolunteers@oathkeepers.org**

**Please also cc our backup volunteer email:  dcvolunteers@protonmail.com**

Please let us know what state you are from, and whether you want to serve inside D.C. or on the outside QRF, or both.

You will go through a comprehensive vetting process, including in-person.  Again, we welcome the participation of like-minded groups and their leadership, whether veteran groups, three percenters, bikers, etc.  Please have your leadership contact us and we will work with you, as we have on many past operations.

**If you can't make it to D.C. in person, please donate to support those who can.  We have brave veterans who are traveling there from across the nation, and they need your support to maintain their watch until we prevail.  Go here to donate:**

## DONATE





*Oath Keepers Fire-Fighter stands guard against communist arsonists in Louisville, KY (also an Army combat veteran & police officer veteran). A good example of the kind of men who answer the call, as volunteers.*

## ALL PATRIOTS MUST MARCH ON D.C. NOW!

We encourage ALL patriots to join together in D.C., beginning this Saturday, November 14, 2020. (NOTE: You do NOT have to be vetted to attend the protests/rallies. Just sh0w up. Vetting is only for those who want to be part of the Oath Keepers security op. Nor do you need to be prior service. ALL patriots need to show up). Understand that this Saturday's march/rally is just the beginning, and there needs to be a strong, ongoing patriot presence in D.C. going forward.

At a Stop the Steal protest in VA this past Sunday, we met elderly ladies who have been protesting in D.C. If they are brave enough to enter D.C. to stand up, so can you. Show up. Those of us who are more able-bodied will help keep you save.

This election was stolen and this is a communist/Deep State coup, every bit as corrupt and illegitimate as what is done in third world banana republics. We must refuse to EVER recognize this as a legitimate election, and refuse to recognize Biden as a legitimate winner, and refuse to ever recognize him as the President of the United States. This election was stolen by corrupt, law-breaking Democrat partisans on the ground, and by the manipulation of the CIA created HAMMR ("Hammer") and Scorecard programs.

## WHAT PRESIDENT TRUMP MUST DO TO DEFEAT THE DEEP STATE COUP

**A. President Trump must refuse to concede. No matter what, he must not concede.** This election was stolen by domestic enemies. Period. President Trump must refuse to recognize it as legitimate because it is not legitimate. He must follow the advice Hillary Clinton gave to Biden – to refuse to concede, no matter what. But by President Trump refusing to concede, he is stopping a coup rather than engaging in one.

**B. President Trump MUST declassify ALL of the dirty secrets in the files of the CIA, NSA, FBI, ODNI, etc. on all of the compromised political, legal, academic, business, media, social elites, etc.** He needs to order our Special Operations troops in SOCOM to take lead on securing all facilities where all the data is stored, and he must have SOCOM intelligence officers take lead on following his orders to IMMEDIATELY declassify all of the files on compromised American elites, so we can defeat the Deep State. The dirty secrets – who is a pedophile, who has taken bribes from Communist China and other foreign enemies, who has engaged in murder, etc, are the swam water that the swamp creatures swim in. It is how they are all both controlled and protected. So long as they obey the Deep State, they are immune from exposure and prosecution. If they dare to refuse to obey the Deep State, they can be destroyed by it in a matter of seconds. That is how the Deep State controls people. That is the root of its power (along with the Federal Reserve control on the financial system). And President Trump must strike at the root.

**C. President Trump must do a MASS "WIKILEAKS"/SNOWDEN STYLE DATA DUMP.** Both Julian Assange and Eric Snowden were heroes in the fight against the Deep State precisely because they dared to do what the Deep State fears most – exposure. The Deep State can throw such patriots into prison. But, it can't stop the President of the United States, the Commander-in-Chief, from declassifying and dumping ALL of the Deep State's dirty laundry. He has absolute authority to declassify anything he wants, and to disclose it to the American people. And he needs to do that for corrupt, compromised elites of both major parties. There are GOP traitors too, and they have undermined and worked to destroy our nation from within, right along with the domestic enemies within the Democratic Party and the communist left that is not dominating that party. Expose them all, once and for all. And may the heavens fall (it will be the Deep State that falls).

This is his final, last chance to actually drain the swamp.

## WHAT WE THE PEOPLE MUST DO

A patriot from Serbia, who also loves America, shows us the way:

*"What we have done, and what you probably need to do:*

*– Peaceful protests, good, well played round 1*
*– A complete civil disobedience, they are not your representatives. They are FOREIGN puppet government.*
*– Connect with the local police and start organize by neighborhoods to stay safe (we didn't need this step)*
*– We swarmed the streets and started confronting the opponents. I know, not nice, but it must be done if the institutions stop to exist*
*– Millions gathered in our capital. There were no barricades strong enough to stop them, nor the police determined enough to stop them*
*– Police and Military aligned with the people after few hours of fist-fight*
*– We stormed the Parliament*
*– And burned down fake state Television!*

*WE WON!*

*However, we made a mistake. We have not removed ALL of his people from their positions.*

*That was the only mistake.*

*They are going to fight to the end, you must do the same.*

*Take that glorious flag from the chest. That old flag your ancestors flew while fighting for liberty.*

*Kiss your old Garand, and your Bible.*

*Do what you need to do.*

*You have it in your genes.*

*Make your grand-parents proud, and make your future grandsons proud."*

*"GOD BLESS AMERICA!"*



The man knows of what he speaks!

STAND NOW, OR KNEEL FOREVER.

We must stand, and we WILL stand.  Last night, on a conference call with Oath Keepers from around the country, I urged them to stop at Arlington National Cemetery on their way to D.C. to visit their brothers and sisters and to reflect on all they gave for this nation – many of them giving their lives, with many of them dying in their teen years.  They passed the torch of freedom to us.  Now it is our watch, and now it is our time to stand in the breach.  As the late, great cowboy patriot LaVoy Finicum said:

*"It doesn't matter how it ends, It Matters How You Stand"*

On your feet!  Stand up, hook up, check equipment ... and shuffle to the door my brothers and sisters.

Stewart Rhodes

Founder of Oath Keepers

U.S. Army Airborne disabled veteran; volunteer fire fighter veteran.

Yale Law School graduate; former member of Rep. Ron Paul's D.C. staff.

**Help us defend the Constitution
against ALL enemies, foreign and domestic!**

Donate here to support our mission and sustain our volunteers. Or join Oath Keepers here. You do NOT have to be prior service to join! All patriots are welcome. We are all in this together.

**We need your support and your help. God bless.**

**And please "like" us on social media, so we can better keep you informed:**

  


0
SHARES

🐦 Tweet

### Stewart Rhodes

HAVE YOU ENJOYED THE POST ?

👍 35

Stewart is the founder and National President of Oath Keepers. He served as a U.S. Army paratrooper until disabled in a rough terrain parachuting accident during a night jump. He is a former firearms instructor, former member of Rep. Paul's DC staff, and served as a volunteer firefighter in Montana. Stewart previously wrote the monthly Enemy at the Gates column for S.W.A.T. Magazine. Stewart graduated from Yale Law School in 2004, where his paper "Solving the Puzzle of Enemy Combatant Status" won Yale's Miller prize for best paper on the Bill of Rights. He assisted teaching U.S. military history at Yale, was a Yale Research Scholar, and is writing a book on the dangers of applying the laws of war to the American people.



| 🔄 AMERICA IN LIMBO DUE TO 2020 ELECTION | DOESN'T THIS MAKE YOU WONDER WHAT THEY SAW? 🔄 |

💬 **6 comments**

**DOYLE** says:
*November 10, 2020 at 5:58 pm*

Patriot Petition Alert!!!
FIGHT THE ELECTION FRAUD BY THE CRIMINAL LEFT!!! SHOW YOUR SUPPORT FOR PRESIDENT TRUMP!!!
Please sign the petition, and disseminate far and wide:
https://petitions.whitehouse.gov/petition/fight-election-fraud-criminal-left-show-your-support-president-trump

↩ REPLY

**DONALD PETERS** says:
*November 10, 2020 at 6:00 pm*

Where else can I post this?

↩ REPLY



**NANCY OAKLEY** says:
*November 10, 2020 at 10:16 pm*

Donald, you can post it any place conservative, or email it to like-minded friends and relatives. HOWEVER I would not post it on the leftist social media outlets. We have been banned by fb and the blue bird, simply for telling the truth. FYI: I you post anything in support of our president, or about the current election, you will probably be banned as well. Thank you for posting this call to action!

↩ REPLY

**TIMOTHY BURKETT** says:
*November 10, 2020 at 8:15 pm*

State/county/ records for voters vs state/county records of ID'd drivers & card holders >17 years old
The data must include:
Voters
1. State
2. County
3. Precinct
4. Voters first/middle/last initial of name
5. Voters Address
6. Voters Zip Code
7. Voters Age
8. Male/Female
State ID's
1. State
2. County
3. first/middle/last initial of name
4. ID Type
5. ID Address
6. ID Zip Code
7. ID Age
8. Male/Female
There are 5 simple evaluation steps for validation.
1. The first test for the data is to confirm that the address exists. This is accomplished by comparing the zip and address to the USPS addresses. Any non-existent address is an indication the vote is fraud.
2. The second test is to compare the number of individuals by zip & address. When more votes are identified at an address than registered drivers/IDs then fraud is suspected. This requires direct validation of the address that the voter actually exists. In 2008 some single bedroom homes recorded 4 to 60 votes at the address.
3. The third test involves matching the zip/address & first/middle/last initials. All non-matching indicate a potential fraud vote. This is commonly referred to as a partial stolen identity.
4. The fourth test involves matching the zip/address & first/middle/last initials & age. All non-matching indicate a potential fraud vote. This is commonly referred to as a stolen identity.
5. The fifth test involves zip/address & first/middle/last initials & Male/Female. All non-matching indicate a potential fraud vote. This is commonly referred to as a stolen identity.
These steps identified 380,000+ potentially fraudulent votes in 2008 for one state. They also identified 400,000+ potentially fraudulent votes in 2012 for one state. This simple verification model could easily be incorporated in the voting activity when new or suspect voters are encountered. If we identify them today, maybe there will not be so many in the future.

↩ REPLY

**Jeffrey Clarke** says:
*November 10, 2020 at 9:34 pm*

Stewart and Oathkeepers thank you for your service and Security Ops plan for Million MAGA March. My wife and a group of fiery Patriotic women will be attending (sadly I have to work) so we appreciate that you're all going to be there. God bless, keep the faith – the victory is ours. Gods wins.

↩ REPLY

**OBBOPP** says:
*November 11, 2020 at 7:04 am*

Spreading the word across the Web.

↩ REPLY

## LEAVE A REPLY

COMMENT

NAME *

EMAIL *

WEBSITE

<span>⏵ POST COMMENT</span>



HONOR YOUR OATH, JOIN US!

BYLAWS   COMMUNITY RULES   CODE OF CONDUCT   TERMS OF SERVICE   PRIVACY POLICY   COOKIE POLICY                © 2012-2020 OATH KEEPERS · ALL RIGHTS RESERVED

https://web.archive.org/web/20201230043729/https://oathkeepers.org/2020/12/open-letter-to-president-trump-part-ii-act-now-do-not-wait-for-jan-6/

**Government Exhibit**
**USA v. Rhodes, III et al**
22-cr-15-APM

**1008**



*harder the conflict, the more glorious the triumph.*

*Thomas Paine – The American Crisis, Read to Washington's soldiers on December 23, 1776, before the Battle of Trenton.*

President Trump,

Today, December 23, is the anniversary of the reading of Thomas Paine's The American Crisis, Number 1, to Washington's troops as they prepared their minds, bodies, and spirits for the critical battle of Trenton, which turned the tide of the war. General Washington had suffered defeat after defeat, and both he and his men were worn down. Many of his men were demoralized. He needed a victory, and to get one, he needed to go on the offensive. And he did. He ordered Thomas Paine's immortal words read aloud to his men, to get their minds right, and then General Washington penned a simple note to himself: "victory or death" – which became the password for the operation to cross the Delaware and attack the Hessians. At that time, there were many on both sides predicting his inevitable defeat, declaring that he was done, that the cause was lost. Many turned against him. But Washington did not listen to the doubting Thomas's who were urging him to give up, to try to make a deal with the enemy. Instead, he went on the offensive. He attacked. And he won.

Like Washington, you have suffered defeats, treachery, and people you trusted abandoning you, or even turning on you (modern day "Benedict Arnolds" abound). Like Washington, you have people in your ear, urging you to give up, to make a deal. Don't do it. Follow Washington's example and attack.

In our last open letter to you, we urged you to invoke the insurrection act, declaring an insurrection to be in existence by domestic enemies of the Constitution who are in allegiance with, and doing the biding of, Communist China and its globalist allies, intent on stealing the election and installing their puppet. We urged you to use SOCOM and other loyal military units to seize the data not just on election fraud, but also all data held by U.S. intelligence agencies and federal law enforcement that contain the dirt on all American elites who have been bribed or blackmailed by the Chinese Communist regime, or other foreign powers, or who are ideological fellow-travelers and willingly doing their bidding.

We urged you to use your absolute power to declassify ANY secret information and do a Wikileaks style data-dump of that information on the traitors, to expose them all (regardless of political party). This will show the American people who has been compromised and who is a traitor. And that will give you the credibility in the only court that really matters at this moment – the court of public opinion among the patriots, and among the military – to do what you must do, which is to walk the same path of decisive action that President Lincoln took.

We pointed out that this is a matter of duty, and is your final, last chance to save this Republic. To that, we add the following:

**You are running out of time.**

The Deep State strategy had been, from day one, to do to you what they did to President Reagan: Surround you with Deep State agents who will assist in containing you by giving you terrible advice and by refusing to take meaningful action in any of their posts (AG Barr is but one example) and then run out the clock on you, until you are gone (and stealing your re-election to avoid the risk of having you in for eight full years). Right now there are still "advisors" around you telling you that you cannot use the Insurrection Act or do a mass data seizure/data dump to expose the traitors, or take other decisive action to defend our Constitution. Or they are telling you that you must wait for various reasons – such as waiting until after January 6, when the joint session of Congress meets to process the electoral college votes. Do not listen to them. That's just part of the plan to run the clock out on you. Do your duty, and do it now. Recognize you are already in a war, and you must act as a wartime president, and there is not a minute to lose.

**Do it now. And don't let the fact that it is Christmas stop you.**

Remember, George Washington led his men across the frozen Delaware river on Christmas in 1776 to attack the Hessians at Trenton early the next morning. Do the same to the Deep State traitors and ChiCom puppets. Attack them now, using your most effective weapons – your irrefutable powers as Commander-in-Chief and the Insurrection Act of 1807. Give American patriots a grand Christmas present by dropping the hammer now. Attack our enemies and deal them a crushing blow while they sleep, wrapped in their arrogance.



## AMERICANS
### WILLING TO CROSS A FROZEN RIVER TO KILL YOU.
### IN YOUR SLEEP.
### ON CHRISTMAS.
### TOTALLY NOT KIDDING.
### WE'VE DONE IT.

" **REMEMBER OUR HERITAGE. ACT ACCORDINGLY.**

**Why you should not wait until Jan 6, 2021:**

The Republicans in Congress, in both the House and Senate (with a small handful of notable exceptions) are very likely to stab you in the back, just like the GOP controlled RINO state legislatures did. The Deep State wants you to wait till January 6, 2021 so their GOP puppets (such as Senate Majority Leader Mitch McConnell) can betray you yet again, violating their oaths, and certifying electors for a fraudulent imposter. And if you then take action, they will call you a dictator, accusing you of taking action only to stay in power. Under those circumstances, more military service-members may mistakenly believe that Biden is the legitimate President-elect and more of them will unwittingly obey stand down orders from turn-coat Generals. This does NOT mean that if you wait till then, that you should not still take decisive action if that comes to pass. You should still invoke the Insurrection Act and do what must be done. But it will be better for you to do it now, rather than after the 6th.

The GOP controlled state legislatures and other Republican officials in the swing states have already stabbed you in the back and betrayed their oaths, by certifying fraudulent elections that were not conducted according to the Constitutional mandate that "Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors ..."

Those GOP controlled state legislatures, executive branches, and judiciaries knew that the voting was not done according to actual state law, but was instead done contrary to state law in multiple ways, making the selection of the electors unconstitutional. And they also knew there was fraud, all resulting the in the disenfranchisement of legitimate voters, who's right to equal protection of the laws was violated. And yet they still certified the fraudulent, unconstitutional results, and so far have refused and/or failed to decertify or overturn them.

And the courts, at every level, all the way up to the Supreme Court, have also refused to do their duty to defend the Constitution, and to secure the rights of the people, and have let this fraudulent farce go on.

Why should you expect anything better from even worse swamp creatures in the U.S. House and Senate? You should expect the dividing lines to be similar to the number of Republicans in Congress who voted "no" on the latest Stimulus Bill. Only a small handful of Republican Senators had any integrity. It will be the same with the Electoral College slates. The majority of them will join in with their Democratic fellow swamp creatures – even the ones you endorsed and helped get elected or re-elected. They will protect and preserve the swamp instead of the Constitution. They are loyal to the globalist oligarchy and to the interests of Communist China, instead of loyal to the Constitution or to the American people.

And you saw a similar breakdown on the U.S. Supreme Court, where only two out of nine upheld their oath and their duty to hear the Texas lawsuit against other states, despite it being clearly within the their original jurisdiction to hear all cases between states. All three of your own Supreme Court nominees turned out to be swamp creatures who stabbed you and the American people in the back by shirking their duty. Only Justices Thomas and Alito stood tall.

The same will happen in the House and Senate. A small handful of actual patriots will stand tall. The rest will fold, with Congress also rubber stamping and certifying unconstitutional voting, and unconstitutional selection of electors in the states, going along with the most blatant theft of an election in U.S. history, to knowingly, willfully, install a fraudulent Chinese puppet and his equally illegitimate running mate.

They could not beat you in a fair election, so they stole it, and now their establishment fellow travelers and/or cowards at every level of government and in every branch are supporting that theft.

**Invoking the Insurrection Act NOW Will Pressure Both the States and Congress to Finally Do the Right Thing.**

You need to take decisive action now, calling all National Guard units into national service to keep the peace as you order SOCOM and loyal military intelligence units to seize critical data/evidence and begin exposing Deep State traitors (anyone who has been bribed or blackmailed by Communist China or other foreign entities), and any evidence of vote fraud that has not already been destroyed. This is bigger than this election. It's about insidious subversion and take over of our nation from within by globalist elites in league with one of our most deadly enemies – Communist China.

This will put the fear of God into all the Deep State minions, including any of the compromised Republicans at every level, both in the states and in the U.S. Congress, and will embolden the patriot office-holders to again push for doing the right thing. The staters still have time to de-certify the elections/slates of electors, but time is running out. Put the bad guys on their heels now. They won't be able to know exactly what you now have on them, with all the data seizures all over the nation. They will begin turning on each other, and will roll over, seeking "deals" in exchange for testimony against each other. It's very similar to how you take down a crime syndicate or cartel.

You should have invoked the Insurrection Act immediately after it became apparent that the election was being stolen. Not doing so gave traitors time to destroy or manipulate evidence, covering their trail in the states. As any investigator or prosecutor knows, you don't leave evidence of criminal activity in the hands of the perpetrators – you seize the evidence as soon as possible to secure it.

You are already a month and a half behind, and now you have a crucial runoff election ongoing in Georgia, that is being stolen as we type this.

**Invoke the Insurrection Act to Stop the Steal Going on Right Now in Georgia**

Right now the runoff election in Georgia is being stolen. Georgia is using the exact same election model as they used in the November election – same machines, same process. And you can expect the same results. They will steal this election as well, giving the Democrats control of the U.S. Senate, and removing any possible barriers to their socialist agenda.

You need to call the Georgia National Guard (and any other state as you determine necessary) into federal service to stop the steal. Order them to monitor the voting, to secure the ballots and the voting machines, and to maintain chain of custody over every ballot and all the machines at every step of the process. Be prepared to relieve from command any commanding officer who will not do their duty. Expect it. The Deep State rot has unfortunately infested even the ranks of our military (as you are no doubt aware).

**Appoint a true patriot as your Acting Attorney General.**

Someone who you know will be a fearless champion for the Constitution and will take on the deep state and fight them tooth and nail. Have that new A.G. appoint special prosecutors and all necessary tasks forces to go after not just election fraud, but after all of the deep state and their treason and corruption. It is time to truly drain the swamp.

**White Hats have the Goods**

There have always been a group of white hats around you, this group has provided you assistance before and are ready to be called into action. This group has meticulously collected and secured open source data pertaining to the illegal acts committed by the traitors within the government. Barr and many others have failed to utilize the provided information and there may be people still in your orbit obstructing today. Luke 10:19

You need to be working with Patriots from outside the beltway to accomplish the mission – this has always been the problem. Those within the beltway seek to maintain the status quo and have been working against your efforts to drain the swamp. The White Hats only need access to you to help you. They/we stand ready to assist you.

# POST JANUARY 6

If you fail to act before January 6, 2021, and Congress at that time fails to defend the Constitution and stop the steal, as we expect them to, then we urge you to immediately take the following actions:

**Declare that Congress has failed to defend the Constitution by rubber stamping a fraudulent and unconstitutional election**. Further declare that the states also failed to defend the Constitution by failing to de-certify a fraudulent election and fraudulently selected electors. Also declare that seven out of nine of the Justices on Supreme Court has likewise failed in their duty, by refusing to hear a case squarely within their original jurisdiction. Declare that the American people are now being subjected to an extra-constitutional, illegitimate system that "rules" through systemic fraud, without the actual consent of the governed. And declare that therefore, you will honor your oath to "preserve, protect and defend the Constitution of the United States."

You will not concede to an unconstitutional fraudulent farce, you will not step down, and you will not leave the White House in the hands of an illegitimate, fraudulent imposter, who is a suspected agent of a foreign enemy.

along with the mass declassification and public data-dump (see below), the best thing you can do right now to show the American people, and the military service-members under your command, the reality of our predicament is to play the following videos for them, of a Communist Chinese professor bragging about how they control the inner circle of the American elite, at the very top:





Here is the full video of the Chinese University Professor's speech:



You are Commander-in-Chief. Order that those videos be shown to all current serving U.S. military personnel, immediately. And also show them the below excellent documentary by Epoch Times, which goes into detail on how the CCP is engaged in unrestricted warfare against the United States and has, over decades, subverted and infiltrated our nation, conquering it from within, including being directly involved in stealing the election for Biden:



Those are three videos every American should watch, and then come to terms with the truth that Wall Street sold out long ago, and then our political class, our legal class, and all mainstream media likewise sold out, for personal profit and power.

We need to take our country back, and you, Mr. President, need to help us finally get it done.

**Invoke the Insurrection Act and call all National Guard units into national service to keep the peace.**

**Call all patriotic veterans into federal service as part of the militia.**

One of your clearly described statutory powers as Commander-in-Chief, is to call any veteran until age 65 into federal service as the militia, to serve right there with the National Guard, under your command. Federal law provides for calling us veterans into service until age 65 because of our prior training and experience. We are all trained, each according to his or her M.O.S. Many of us are recent combat veterans of Iraq and/or Afghanistan.

You can order veterans to report to their nearest military base or their nearest National Guard unit to be put to work, likewise assisting in keeping the peace and assisting you in anything else you need done.

**Call all patriotic Americans of military age into service.**

You can, and should, also call into service all able-bodied Americans between the ages of 17-45 who are still loyal to the Constitution. You need only issue the call and they will respond. In fact, tens of thousands of patriotic Americans, both veterans and non-veterans, will already be in Washington D.C., and many of us will have our mission-critical gear stowed nearby just outside D.C., and we will answer the call right then and there, if you call on us. Us veterans can quickly train, organize, and lead our non-veteran patriot brothers and sisters, to put them to work within their abilities (according to their skillsets and experience in civilian life that can be carried over into military service).

Again, be prepared to relieve from command all Deep State traitor officers in the ranks of the U.S. military and National Guard. Be prepared to promote loyal patriot officers or noncommissioned officers, or loyal veterans, into command.

**Immediately begin the mass declassification and Wikileaks style data-dump to expose all the traitors, freeing Julian Assange so he can assist in this vital task.**

You need to do this mass data declassification and public data-dump immediately, but if you do wait until after January 6, it will be all the more critical that you do it as fast as you can, and with as much evidence of treason being disclosed to the American people as you can possibly facilitate in the short time you will have to do it before January 20. Again, the most critical court is the court of public opinion, and with the most critical portion of that will be the current serving military, and the veterans of this nation (to avoid as much bloodshed as possible). They must know the truth, and all of the truth, no matter how ugly it is, and about both major political parties. Do not spare the GOP traitors any more than you spare the Democrat traitors. Expose them all. Dump all their skeletons in the street (all evidence of their bing bribed, blackmailed, or otherwise colluding with our enemies) for the people to see. That will maximize your credibility, and will maximize the number of military personnel and federal law enforcement who will side with the Constitution and the rights of the people, and it will maximize the number of Americans who finally have the veil lifted from their eyes so they can see evil in high places among the principalities of the earth.

Remember, this is really a world war of the people vs tyrants and evil oligarchs. The world is watching us to see what we do, just as the world watched the Founding Fathers to see what would happen, and when they shook off the chains of monarchy, the world followed their example, in one nation after another. The same will happen again. And it starts by exposing all the dark secrets.

**Immediately order the U.S. military and National Guard units to conduct a new nationwide election that is an actually clean election using paper ballots. Order this to be done ASAP.**

**Do NOT concede to an illegitimate, fraudulent election, or illegitimate state and federal rubber stamping of that illegitimate election.**

Declare that no electronic voting is secure or free from being manipulated, hacked, or otherwise used to commit vote fraud.

There needs to be a new election, nationwide, for all positions that were to be determined by the November election (and the GA runoff election), that is actually a clean election, giving true respect to the right of the people to elect their representatives, so that the consent of the governed is honored. And until that new election is undertaken, you must not step down. You cannot concede to an illegitimate election and allow a fraudulent "President" to take office. He must win by an actual election, if he is to win.

Carry out a clean election, as fast as is humanly possible, and honor the results, whatever they may be.

We recommend the following:

The new election will be conducted by the national guard and veterans as part of the militia, and/or the U.S. military over a two week period on paper ballots, with constant civilian observers and the public being able to observe at every stage of the process.

The paper ballots are to be assigned an ID number that can be given to the voter and the name and ID number should be registered in a live time voter database on a secure military server (creating a scrolling sheet that is constantly updating). There should be a concurrent manual ballot count, along with the entry into the database, indicating voter ID number, and votes (maintaining voter privacy but also allowing the voter to audit their own vote).

The voter will put their thumb print on the paper ballot with purple ink (just like we did in Iraq) so nobody can vote more than once. All voters must provided some form of government issued ID that proves identity and residency. For federal elections, they must also prove citizenship in some way (by federal law, only U.S. citizens can vote in federal elections. This law must be enforced).

The voter shall be given a photo copy of their ballot so they can audit it later at their command and discretion at any time during business hours at their local county clerks office to confirm that their vote was not changed, and that it was counted.

The paper ballots will be counted at the end of the two week period. All ballots are to be securely maintained during the voting period by the military and militia (including National Guard) under constant supervision by the military, by the militia, and by local civilian observers selected by lottery and will be counted in front of any other citizens who wish to monitor. The whole process should be transparent and open to the public to observe at every step. At the time of the count the ballot ID number will be acknowledged in the database as having been counted. The ballots will then be made available for audit by the individual voter.

We must also clean up all the other public offices from past elections. All local communities are to hold public referendums on their elected officials with the support of the military and/or militia to decide if they should remove from office any or all of their other sitting elected officials, and/or to conduct special elections using the same protocols as above.

No party will be allowed to participate in such a referendum and only the citizens will determine if ALL other elected officials in their state are removed and a new special election held for all elected positions. Any new election will be conducted in the above described manner.

If we fail to root out the deep state, root and branch, NOW, this Republic is dead. We the People will not let that happen. But we need you, President Trump, to stand up and honor your oath, and do your duty as our President and Commander-in-Chief.

Know this: millions of American military and law enforcement veterans, and many millions more loyal patriotic American gun owners stand ready to answer your call to arms, and to obey your orders to get this done. Our goal is to honor our oaths to defend the Constitution and ultimately to restore our Constitutional Republic.

President Trump, you must be as decisive, if not more so, than President Lincoln was at the outset of the Civil War, when he issued an arrest warrant for the Chief Justice of the Supreme Court, issued arrest warrants for several members of Congress, for sitting state representatives and officials, as well as newspaper editors, as he suppressed an insurrection and rebellion that had spread throughout all branches of government at all levels.

If you fail to do your duty, you will leave We the People no choice but to walk in the Founders footsteps, by declaring the regime illegitimate, incapable of representing us, destructive of the just ends of government – to secure our liberty- and to be a mere puppet of a deadly foreign enemy. And, like the Founding generation, we will take to arms in defense of our God given liberty, we will declare our independence from that puppet regime, and we will fight for our liberty.

There are millions of American patriots standing ready. Do not forsake them. Do not leave them to have to do it all themselves. Keep your promise. Drain the Swamp. Do it now! We will help you at every step of the way.

For the Republic,

Stewart Rhodes,

Founder of Oath Keepers

US Army Airborne veteran

Yale Law 04

Kellye SoRelle

Texas patriot lawyer

Former Texas Prosecutor

PS – PATRIOTS, QUIT USING THE TERM "MARTIAL LAW."

The term "martial law" is nowhere in the constitutional text (go look. You won't find it there). The power of Congress to provide for calling forth the militia to suppress an insurrection, on the other hand, IS in the constitutional text, and Congress did so, starting in 1807, in the Insurrection Act (and all its amended versions since). Suppressing an insurrection and "martial law" are very different and should not be conflated or confused.

All the above recommended actions can be done under constitutional powers and authorities pursuant to the Insurrection Act, and pursuant to the President's powers and duties under Article II. President Trump does NOT need to try to step outside the Constitution to enforce it. He merely needs to use his constitutional powers in defense of that same Constitution, and in defense of the rights of the American people, pursuant to the Constitution (such as the right to vote, as well as the right to equal protection of the laws).

So please stop using the term "martial law" to describe actions President Trump can and must undertake to suppress this insurrection. You do a great disservice to the cause when you throw that term around instead of simply advocating his use of the Insurrection Act, and you only make it easier for our enemies to claim that President Trump is acting outside the Constitution and is a wanna-be dictator. Keep the focus on the Constitution, where it belongs.

Further, the Insurrection Act allows for the President to make his own determination of the facts regarding the existence of an ongoing insurrection. This is something else people seem to have a hard time understanding. He can invoke the Insurrection Act, and then gather the evidence of the extent of the insurrection and treason committed by individuals, for later prosecution in trials for treason, sedition, espionage, etc. He doesn't have to provide that evidence "beyond a reasonable doubt" up front. But he does need to articulate, to the American people, what is happening and why, and then he needs to seize the evidence and do that massive declassification and data-dump so the American people have a sense of just how widespread the corruption, treason, sedition, and espionage really is. Then comes the indictments, arrests, prosecutions, and public trials, before juries of We the People, as our Constitution requires. And that is where evidence beyond a reasonable doubt will need to be presented to the jury.

**Help us to defend the Constitution**
**against ALL enemies, foreign and domestic!**

Donate here to support our mission and sustain our volunteers. Or join Oath Keepers here. You do NOT have to be prior service to join! All patriots are welcome. We are all in this together.

We need your support and your help. God bless.

And please "like" us on social media, so we can better keep you informed:

  


SHARES

 Tweet

### Stewart Rhodes

Stewart is the founder and National President of Oath Keepers. He served as a U.S. Army paratrooper until disabled in a rough terrain parachuting accident during a night jump. He is a former firearms instructor, former member of Rep. Ron Paul's DC staff, and served as a volunteer firefighter in Montana. Stewart previously wrote the monthly Enemy at the Gates column for S.W.A.T. Magazine. Stewart graduated from Yale Law School in 2004, where his paper "Solving the Puzzle of Enemy Combatant Status" won Yale's Miller prize for best paper on the Bill of Rights. He assisted teaching U.S. military history at Yale, was a Yale Research Scholar, and is writing a book on the dangers of applying the laws of war to the American people.

HAVE YOU ENJOYED THE POST?

 100



**BOOK. GIVE. SMILE.**

5%+

☑ Register for FREE and pick Oath Keepers as your charity
☑ Book your hotel at our members-only discount rates
☑ We donate 5% + of the sales price to Oath Keepers

⟳ YES, IT WAS A STOLEN ELECTION – YOU'D HAVE TO BE BLIND NOT TO SEE IT.

THIS COUNTRY'S FABRIC IS BEING TORN APART – L. LIN WOOD ⟳

 68 comments

**Charles Hunter** says:
*December 23, 2020 at 8:47 pm*
Fight Mr. President, by all means fight. As you know the Country is at stake. I'll support you 100% as will over 74,000,000 people. Fight.

↩ REPLY

**WAYNE MULLER** says:
*December 23, 2020 at 9:11 pm*
I am a 68 year old retired police supervisor. I will fight alongside the younger Patriots, as long as there is a breath in me. I will do what my father did in World War II and my son did in Iraq, and that is to defend the Constitution of the United States. I am waiting for my call to arms.

↩ REPLY

**Eileen** says:
*December 23, 2020 at 9:13 pm*
Mr. Stewart Rhodes
I appreciate your clear and broad, detailed writing that puts into words expressly the urgency of the hour and exactly what Trump must do to break this dead pan silence of non action that is difficult and confusing for many patriots to withstand and observe. Personally I am not sure exactly "who" or "what" is directing and creating the strange energy that seems to be over our country regarding the election, but something feels off. I appreciate you bringing clarity to it, and calling it like it is, putting it in words, and straightening up the ambiguity of the mission facing us. We need the cohesiveness, focus, and action of the President. Thanks for kicking him in the derriere. I am concerned Trump is running a different agenda, wearing a 2 sided costume to somewhat please the patriots yet taking an entirely different path at the bidding of his owners. Am I the only one who feels this, fears this? I think multiple people are sensing this, based on the things I hear people expressing. So I appreciate you bringing crystal clarity and power, Mr. Rhodes, to what must be done NOW. Breaking the negative spell of the Quiet, wondering if he will seize his Power or will he just let America down. Thank you. I keep your organization in my prayers. Thank you to all Patriots who are still fighting and strengthening. You all mean so much to me.

↩ REPLY

**VINCENT PENZO** says:
*December 23, 2020 at 9:13 pm*
Well said, Stewart. I would only add that our Founding Fathers were not only shaking off the chains of monarchy, but more importantly, the chains of a Parliament (congress) that was compromised by Mercantilism (crony capitalism) in the form of the British East India Company and their monopoly on trade (tea, etc.). Reagan's landslide victory in 1984 had the slogan, 'it is morning again in America'. Well, we can now truthfully say, 'It's 1776 again in America'.

↩ REPLY

**DIXIE THOMAS** says:
*December 23, 2020 at 9:14 pm*
Thank you. You couldn't have made it any clearer. We are in a desperate time and need President Trump's help now. As a Grandma I will do whatever I can to save my grandkids from the slavery intended upon us by the evil maniac forces. God keep us strong and courageous. I'm praying for all American patriots now!

↩ REPLY

**ERIC MOE** says:
*December 23, 2020 at 9:15 pm*
Excellent open letter to President Trump.
Well written!
Spot-on!
Thank You!
Much Appreciated!

↩ REPLY

**Carol Bishop** says:
*December 23, 2020 at 9:20 pm*
Did this get to him?

↩ REPLY

*December 23, 2020 at 9:21 pm*

Voltaire said, "Those who can make you believe in absurdities, can make you commit atrocities."

↩ REPLY

**PATRICK BENSON says:**
*December 23, 2020 at 9:49 pm*

Thank you for your counsel to our president, for your service to our republic, and for educating those of us without the legal background you have. This stands, as well , as a call to attention awaiting further orders. Idahoans support our nation and our president, duly elected.

↩ REPLY

**JIM KUBITZA says:**
*December 23, 2020 at 9:49 pm*

I support this 500% !!! If Trump should fail, it is time for all-out war. Unfortunately I am 73 years old and my health is not the best. I am not ex-military, just a patriot. But I am fully armed, with plenty of ammo, and am ready and willing to do whatever I can! I may not be able to run or keep up on a march, but I can sure as hell shoot straight! This out and out fraudulent election CANNOT BE ALLOWED TO STAND. AT ANY COST! PLEASE do not hesitate to call on me if there is ANYTHING I can do!

↩ REPLY

**Steve T says:**
*December 23, 2020 at 10:11 pm*

This should include a link for readers to srnd to: President Trump White House; and bcs his staff cannot be trusted to convey this to him, your article/letter should also include links to send to General Flynn and to Sydney Powell. Everyone shld send this to both their state legislatures and their US Rep and Senator. Inundate all legislatures with this as emails, postage, etc.

↩ REPLY

**EMERSON RADER says:**
*December 23, 2020 at 10:48 pm*

Stewart, On behalf of all military and law enforcement veterans I want to thank you for your continued fight to save our Republic from the most egregious attack on our Constitution and our freedoms that this country has seen in my lifetime and beyond. I pray that President Trump is reading these "open letters" and that he is taking your recommendations seriously. We are short on time and we are on the precipice of losing the greatest nation the world has ever known to the unhinged Socialist/Marxist puppets that engineered and put into action the most massive election fraud in our country's history. As you stated, there are many of us ready to honor our oaths and do whatever needs to be done to secure our freedoms and the freedoms of our children, grandchildren and their heirs for generations to come. I'm past the time where I can be called to duty (i'm 71), but I'm in good shape, and still capable of defending our country from "domestic enemies", which is exactly what the Democratic Party and the Republican traitors are. I also believe President Trump needs to act now and I have sent him emails and letters encouraging him to take action to save our country as soon as humanly possible! I would like you to know that I am willing and able to assist in any manner needed. I am in Nevada, a state that saw rampant voter fraud, which I was personally exposed to through a very close friend's experience. This election cannot be allowed to stand. Biden cannot be allowed to take control of this country through a fraudulent election that was orchestrated and backed by the CCP, Soros, and corrupt politicians and election officials in many of our states. We must convince President Trump to do what must be done. If he fails to take action now, I'm convinced that the only other option will be an armed rebellion by the patriots of this country. I never wanted to go to war again, but to save this country and our freedoms, and to honor those that made the ultimate sacrifice, I will put my life on the line again, so help me God. I've said that if I was willing to go to a foreign country to fight for what I believed to be to protect democracy, what do these leftists think I'd be willing to do on American soil to protect our Republic and our freedoms? Looking back now I believe the Vietnam War was a tragedy that should never have been allowed to happen. We lost over 58,000 American patriots for nothing. But what most of us believed is that we were defending democracy. We must win this fight or the ultimate sacrifices that so many have made before us will have been for naught. That includes the men and women of our law enforcement agencies that took the oath to protect not only our Constitution, but our communities as well. These sacrifices of our men and women in uniform, regardless of whether it was military, law enforcement, or first responders, must not be in vain. We must stand as strong as our Forefathers did when taking this country from tyrants and giving us the freedoms that allowed our country to evolve into the greatest, most prosperous and most generous nation on the face of the earth. We must win this battle or our country as we've known it will be gone, replaced by the New World Order, the Great Reset, or whatever other God forsaken name these evil globalists concoct to take total control. God Bless America! God save America!

↩ REPLY

**WILLIAM GLOSSON says:**
*December 23, 2020 at 10:52 pm*

I just joined a few days ago. I am of the belief WE NEED to start acting NOW! We need OUR PRESIDENT TO START acting now...IMO. All the chin music is to no avail. WE NEED TO START MAKING THESE THIEVES BELIEVE WE WILL ACT! I am just a leaf on the tree, BUT we need to start somewhere. DJT needs to DIRECT US WHAT HE WANTS from US PLEASE! WE CAN NOT LET THIS STEAL go down.....I WILL do all I can DO. BTW, where are my PATCHES I ordered MANY DAYS ago?

↩ REPLY

**JON STOTTS says:**
*December 23, 2020 at 11:06 pm*

Just finished reading both, part I & II
Absolutely sound advice Mr. Rhodes!
I'm ALL in...

↩ REPLY

**Art Galbraith says:**
*December 23, 2020 at 11:48 pm*

Locked and loaded, awaiting marching orders from the POTUS, Donald J Trump !

↩ REPLY

**Blake Lalonde says:**
*December 24, 2020 at 12:00 am*

Met an anonymous Oath keeper a while back when Obama was in office. He was delivering packages we had ordered. He saw my flag flying out front of the house as my son and I were playing catch with the football! We had a good talk and he said that they were organized to defend the constitution and will lay down their lives if needed!!!! They are more organized than people realize!!!

↩ REPLY

**Charles Chaney says:**

Charles Chaney... AKA, THE LAST STAND
Vietnam veteran 1969-1970.... Americal division & 101st airborne.
OATH KEEPER. Will do what I can. Old, but not a hot head.

↩ REPLY

**david mccall** says:
*December 24, 2020 at 1:05 am*

I support the president, but there are some questions on my mind why was Barr given the job why is wray still there Hillary is still spewing venom Brennon Susan Rice clapper caught lying totaly got away with it and on and on..The president had the power to crush these bugs . I can,t figure out in my mind why he didn,t. Thanks just my thoughts.

↩ REPLY

**RICHARD WARREN** says:
*December 24, 2020 at 1:23 am*

I am calling for the arrest and prosecution of the democrats and republicrates that have sold our country down the river to China and other nations. Some of those that must be arrested are Maxine Waters for inciting riots against we-the-people and Chuck Shummer and Nancy Pelosi for treason and insurrection together with Dick Durbin, Nadler and Eric Holder, Lorreta Lynch and Obama and Joe Biden and all their demonic counter parts. It is time to support President Donald John Trump and help him take our country back. I have never seen such corruption in all my 79 years of life in America. We are no longer "One Nation Under God" as founded by our forefathers . We have been divided by the corrupt "DEMONCRATES" and their satanic followers . TAKE A FIRM STAND ALL YOU WHOM ARE TRUE AMERICANS"

↩ REPLY

**Benjamin Harrison Ward** says:
*December 24, 2020 at 2:18 am*

Stuart,

God Bless you. I pray the President reads this. However, I have been told he doesn't read. Just watches MSM. As we know from the Art of War... The battle is a very before it even begins... and this one is lost my friend. You have tremendous courage and wisdom. I pray that you can use it to help is form a strategy to win the next battle in this war. All the fools have been reading this Q garbage. If only any of that were true! Please publish national strategy before we face the full power of the state acting under color of law. They are coming for us. Trump's inaction has exposed all who stood with him.

God bless and God Speed to you and your Oath Keepers.

↩ REPLY

**MARK VEILLEUX** says:
*December 24, 2020 at 2:41 am*

I'm in able bodied and ready...

↩ REPLY

**Brenda Mellinger** says:
*December 24, 2020 at 5:04 am*

Wow, great article. I am 61 and can't believe what is unfolding in front of my eyes. All the crimes...where do I start! Geez. I just know I am reading and seeing so much that has always been in question and defined as conspiracy theories starting decades ago with the assassination of our President. Imagine, a 5 year old witnessing our President's historic funeral service. That event is still embedded in my brain as if it were yesterday. If my father was alive he would be so ashamed of this country and the traitors that have sold out for profit. God does work in mysterious ways but I also believe true patriotic Americans do too. I have never needed a gun but just recently bought one because of what we are witnessing.

I have never been in service but will gladly serve our President and my country to save it. I will gladly take an oath to protect the future of my kid. I would rather die an American hero than a coward.

You can call on me. May God Bless the United States of America!

↩ REPLY

**Edward Faulkner** says:
*December 24, 2020 at 5:27 am*

President DONALD J TRUMP , Our last chance to save the republic is for you to invoke the Insurrection Act ! The courts and congress of both parties are out of control !, there

are not enough just men in congress to make a difference . Please do not wait for the courts or congress to do anything ! you won the election , STOP THIS COUP NOW !

↩ REPLY

**John Blankenship** says:
*December 24, 2020 at 6:42 am*

I will probably be arrested, possibly drawn and quartered as well, but I forwarded the link to this page to the White House's "Contact the President" page.

↩ REPLY

**TURDDOG** says:
*December 24, 2020 at 7:21 am*

I am an Army Vet and standing by. In the mean time can someone please push my membership
through so i can access the forums?
I am trying to get in contact with any oathkeepers in the Greenville, SC area.
ANYONE ON HERE WHO HAS ACCESS to the forums, please have someone contact me in South Carolina at jakeprom@gmail.com
The call of duty is around the corner and we need to unite more than ever.
Keep your head on a swivel!

↩ REPLY

**John Blundy** says:
*December 24, 2020 at 7:48 am*

Any Politician that supports an election process that does not include voter identification and validation is indeed corrupt, and contributing to changing the USA from a Republic to a Socialist Nation. Josef Stalin is quoted: "Those who cast the votes decide nothing. Those who count the votes decide everything"! While I clearly support President Trump to remain in office as our President, the more important task for him now is to ensure our voting process is secure. I see no alternative but for him to invoke the Insurrection Act immediately.

↩

**John Komorowski** says:
*December 24, 2020 at 8:05 am*

Those Democrats and Republicans, those big tech companies, and media, who have sold out to China , in one form or another, need to be prosecuted under the Sedition Act, held for treason and tried accordingly. For those inciting riots, using ANTFA and BLM, tried and hung.

↳ REPLY

**MICHAEL HARTZELL** says:
*December 24, 2020 at 8:24 am*

Thank you for providing the direction and the course of battle that is upcoming. For those that may lack courage to stand and fight. It is to us that this burden has fallen. To keep our oaths as warriors of the Republic. Hold to our oaths and wait for the call to defend this constitution against all enemies foreign and domestic. May almighty God grant us the ability and wisdom to overcome this evil. Mount up and God bless.

↳ REPLY

**Leonard M. Grummell** says:
*December 24, 2020 at 9:52 am*

USAF (ret) Combat Arms Instructor (75370) 1965-1995. I will teach,train and qualify all those who rise to the occasion and are willing and able to answer a 'call to arms' given by President Trump.
Lifetime Founding Oath Keeper,#30
Indiana Lifetime Oath Keeper,#002
Indian region #2-coordinator

↳ REPLY

**DAVID HARTSON** says:
*December 24, 2020 at 10:40 am*

Mr. President
I will stand and fight for you tell my last breath. I am 65yrs old but can shoot good when needed. Have breathing problems but have gun and ammo. They all must be tried as treason. If there is anything I can do let me know. I'm not a veteran but a patriot and love my country.

↳ REPLY

**joe** says:
*December 24, 2020 at 10:55 am*

I lived under a totalitarian regime for many years then I escaped to this country.I know what's comming in case the enemies of the Republic succeed in their plans.As it stands, I have nothing left to loose.I am ready to be called at any time.
God Bless this nation and the entire world.

↳ REPLY

**Neil lucht** says:
*December 24, 2020 at 10:56 am*

God Bless America-Now turn Sid loose-we don't have much time!

↳ REPLY

**Michael Day** says:
*December 24, 2020 at 11:10 am*

Mr Rhodes Sir you have one real Problem only in your Opinion of what Potus Trump needs to do
THE DECLARATION OF INDEPENDENCE
Sir it clearly defines WHAT must be done in The First Paragraph
DISSOLVE THE POOLITICAL BANDS
No election can be done due to both political bands installed the FEDERAL RESERVE
An fair elections must be put on hold ,no such thing
Mr Rhodes the Potus must first follow our Declaration of Independence
An why due to the Constitution is just plain to slow for this type of UNCIVIL WAR
Two
ALL ABLE AMERICANS will have Skin in this CONTEST and this little Rebellion at all levels will require BOOTS filled by AMERICANS to hold the Ground
Three
Sir soon the lights will go out an my hope while there is still time is you might get The Word to what maybe our only way to Communicate basic bands on CB so the few may broad cast at the local level or receive our orders .
Four
This is a UNCIVIL WAR and the rules for engagement due to the enemy within will not wear a uniform and adhere to a rule of warfare that is civilized
So please Sir read this passage in the Declaration for it will be here again
He has Excited domestic Insurrection amongst us and has endeavored to bring on the Inhabitants of our Frontiers the merciless Indian Savages whose known rule of warfare is an undistinguished destruction of All Ages Sex's and conditions
The above quote Will be the case Sir due to EVIL is REAL so this must be ADDRESSED
Five
The Constitution is only for a Moral People and our Enemy's has no Morals this is UNCIVIL WAR by its very Nature a GOOD FIGHT but Evil is at its full Strength and this is a Super Natural power that has found it way to light of day
It must be dealt with No Mercy for it will show no mercy to those it captures for a very old type of WARFARE is here and it must be recognized now SIR
Six
The Colors SIR our Enemy will use them and being this is a uncivil war sir may I recommend Potus Washington flag to rally to
AN APEAL TO HEAVEN
My name is Michael Day Sir here in a little corner of the Republic behind the lines in Commiefornia
My fellow Americans HERE will HOLD UNTIL RELIEVED by GOD

↳ REPLY

**FREEKIEZOID2012** says:
*December 24, 2020 at 11:11 am*

WHERE ARE THE OATH KEEPERS THAT HAVE READ THIS LETTER TO TRUMP. IS HE NOT YOUR PRESIDENT? WHY IS TRUMP PROCRAINATING ON USING THE INSURRECTION ACT? AS THE LETTER STATES,THAT IF TRUMP WAITS UNTIL AFTER JANUARY 6, 2021 TO INVOKE THE INSURRECTION HE WILL BE CONSIDERED A DICTATOR TRYING TO HOLD ON TO POWER AND THE PRESIDENCY. THE SUPREME COURT WON'T BACK TRUMP, THE SENATE WILL NOT BACK TRUMP, THE CONGRESS WILL NOT

... BACK HIM AND HE IS LOSING THEM FOREVER. GOD BLESS THE HOMELAND FOREVER.

↩ **REPLY**

**Mark Belk** says:
*December 24, 2020 at 11:13 am*
As usual Stewart you hit the bullseye. We MUST NOT let this slide or we will be hunted down for our beliefs. Your advice to the president is correct and I pray he ignores the traitors within and does what is right for our nation.
BTW I worked the security with you at the Tupelo Ms. Trump rally and know that You and the Oathkeepers are a stand up bunch of guys. Keep up the good work and call on me if needed.

↩ **REPLY**

**FREEKIEZOID2012** says:
*December 24, 2020 at 11:22 am*
I AM ANGRY RIGHT NOW AT PRESIDENT TRUMP, BUT HE IS STILL MY PRESIDENT AND I ALSO BACK MY FELLOW OATH KEEPERS. ENOUGH SAID.

↩ **REPLY**

**DAVID HARTSON** says:
*December 24, 2020 at 11:34 am*
Mr. President
I will have your back 100%. I'm a patriot and will fight till my last breath. Democrats should be charged with treason and hung in public. I'm 65yrs old and breathing problems but can fight if I have to. Have guns and ammo and ready to use them. I'm ready to fight for my country.

↩ **REPLY**

**ROGER** says:
*December 24, 2020 at 12:13 pm*
Stand your ground and fight Mr. President. There are too many to count veterans who will rally to your battle cry. You can trust that we will run to the sound of battle, not from it.

↩ **REPLY**

**Gary William schaffner** says:
*December 24, 2020 at 12:27 pm*
Mr. PRESIDENT, it is time that this nation under God should stand up and fight. But. We need a Leader to rally the troops, to show the wotld that we will not buckle under. We will fight for what we believe in
. We must cut off the head of the snake. Mr. PRESIDENT , SHOW US THE WAY.

↩ **REPLY**

**Leonard M** says:
*December 24, 2020 at 12:29 pm*
I back our president and vice president 100% we need our country back if we as citizens did what Joe biden, hunter biden and hillary clinton and many more has done and are doing we would be sentenced to death. People better wake up God took out nations to protect his people and used them to do it just because we are God fearing people doesn't mean we're supposed to lay down and take this. Please Mr president invoke the insurrection act now.

↩ **REPLY**

**Dillon** says:
*December 24, 2020 at 12:51 pm*
Did anyone send this to the president?
It's time.
I'm in support.

↩ **REPLY**

**KENNETH L HURST** says:
*December 24, 2020 at 12:59 pm*
Orah !!! Fight till I can't fight any more with my last breath

↩ **REPLY**

**TERRY CURNUTT** says:
*December 24, 2020 at 1:25 pm*
I'm retired US Army. I am ready, willing and able. My Oath never stopped. BTW, need you to approve my membership so I can be official Oathkeepers!

↩ **REPLY**

**Chanda Ste.Marie** says:
*December 24, 2020 at 2:04 pm*
In God we trust! Where we go one we go all! I was never in the military. I love every single Patriot out there and what they stand for so I will back every single one of you up 100%. Im a single mother with three kids and I will do whatever it takes to protect them and all the children on this planet against our enemies. God bless the USA!

↩ **REPLY**

**RANDOLPH LUCAS** says:
*December 24, 2020 at 2:21 pm*
I sadly agree with the assessment and recommendation. In talking with my son who is 41 and lives in Montana he has NO confidence that our system is interested in justice. He believes that to a lesser or greater extent everyone in politics is tainted. I told him that Patriots are waiting for the system to run its course; that we should allow all the people in government to go on record. That we should not assume they will all cave. That is the fair thing to do but it is not the strategic thing to do.
God bless and guide you in His wisdom and continue to uphold you and give you courage.

↩ **REPLY**

**Marc - Great x 7 Grandson of Sam** says:
*December 24, 2020 at 2:54 pm*

That was EPIC! Thank you.
My great great great great great Grandfather Samuel Whittemore
American Revolution War Hero.
Would be proud.

↩ REPLY

**David Wenger** says:
*December 24, 2020 at 3:01 pm*

65 year old very willing and able to have your six. If nothing is done now my kids and grandkids will never be able to live free. I prefer that not be the choice. Mr President you raised your right hand as did I to protect and defend the constitution from both foreign or domestic. To all my fellow soldiers it is time.

↩ REPLY

**GREG BARKER** says:
*December 24, 2020 at 3:03 pm*

I just don't think he will do anything. It will be Biden if we let it. No one is coming to save us.

↩ REPLY

**John Doe** says:
*December 24, 2020 at 4:10 pm*

President Trump....you better fight now before it is too late and you are betrayed by your advisors. If the fraudsters get you out of office expect to face never ending trials until they put you in jail. At the very least they will tag you with a felony conviction which will make you ineligible fir a 2024 presidential run.

↩ REPLY

**LARRY LARSON** says:
*December 24, 2020 at 6:24 pm*

I support this effort. I support our President.
This election was a continuation of a conspiracy that began 4+ years ago. Seize this opportunity by exposing the nefarious activities and jail the traitors of our Constitution.

↩ REPLY

**Fung** says:
*December 24, 2020 at 11:19 pm*

OathKeepers, why not contact the other 164 militia groups and send this letter again with their signing on.

↩ REPLY

**TUNAKILLER** says:
*December 25, 2020 at 2:23 am*

People need to realize "Freedom is never free – it is paid for with the blood of those willing to fight for it". I am 55 and terminally ill but have been preparing for this for decades. I will fight to the death to defend our Republic and the Constitution.
I was labeled a "Conspiracy Theorist" by friends and family since 1979. Well, those same friends and family are now begging me for help prepping, firearm selection and instruction, survival instruction, etc.
The time has come to earn your freedom. Don't rely on others to pay for YOUR freedom. If you are unable to fight, provide logistical support. Be prepared to feed and house warriors. Provide intel. Tend to the wounded. Any help will be greatly appreciated. We cannot allow this to continue! A life without freedom is a life not worth living.

↩ REPLY

**SANDRA GOULETTE** says:
*December 25, 2020 at 8:44 am*

If any of our Founding Fathers were cowards ... We would not be where we are today. POTUS must begin setting the table so that the Oath Keepers can defend the constitutional values of our great nation.

↩ REPLY

**Alvin Hickox** says:
*December 25, 2020 at 9:50 am*

The enclosed depicted cross of this Christmas message was erected in the desert of Southeast California......in a place of quiet contemplation.
The cross being dedicated to the DEAD of all wars has special significance for us for family member PFC John I, was killed fighting Japanese aggression in April 1945, a few months after we celebrated our last Christmas together.......
This Christmas America apparently has a new and equal crises......FRAUD AT THE BALLOT BOX which has been characterized by the American News Media as something like, NOT SIGNIFICANT. I disagree with this view for the known facts speak differently. Ah! the pen is an instrument of fraudulent voting and it has been asserted that "THE PEN IS MIGHTIER THAN THE SWORD".
My brother fought our nation's battle for survival against the Japanese armed with a combat rifle, ammunition, bayonet, and explosives all supplied by the U.S. taxpayer. Upon maturity I become a very competent criminal investigator fighting a similar war against those of our society who embrace crime and corruption......MAJOR FRAUD was my forte. My basic tools, also provided by our society, were a bit less lethal than my brother's but just as effective......a Detective Shield, a Peace Officer Commission Card, a side arm, LAW BOOKS and jails. And yes voter crimes are addressed within these law books which books line court house shelves, however too political for our political judges.
It is my position that one illegal ballot is one too many......with the thousands required to upset a nation's apple cart, mind boggling. I believe that America is in dire straits as all future elections will be "blue prints" of this 2020 election.
Do I remember Pearl Harbor and the Nazi death camps? You damn right I do and hope you do also. Any organization capable of upsetting the American apple cart is quite capable of mass destruction.

↩ REPLY

**REUBEN BARKLEY** says:
*December 25, 2020 at 10:04 am*

This will be our only chance at saving our great nation.

↩ REPLY

**Robert D. Gubitch** says:
*December 25, 2020 at 1:37 pm*

Are you all advocating going to D.C. beginning on the 4th of January?

↩ REPLY

**GARY LAFRANCHI** says:
*December 25, 2020 at 2:08 pm*

Let's Roll!

↩ REPLY

**Hugh Hefty** says:
*December 25, 2020 at 2:24 pm*

Our Country is under attack by the WORLD.... The Globalists (Chinese Led) have an agenda and America is the only country ARMED to stop it.... Nationalism is gaining strength around the world. We do not want Globalism. Globalism led by Communist, Un-elected Politicans that know nothing of what is means to be American. To be Free.... The Nationalist movement around the World is watching us. Preying we don't give up the progress our President Trump has made thus far. It will be a 4 year set back, just as President Trump set the Globalists back in 2016. As an American, a Veteran, a Patriot, a Husband, a Father, a Grandfather, I am compelled to set the example to my family, my friends and my Flag, how I am to respond to this emergency we face in our country and indeed the World. If President Trump doesn't recognize his role as our leader, we must show him, we must assure him, we must gather around him as lay our arms at his feet and demand he lead us in this World War. We must assure him as Washington needed assurance of the right course to take. When we, the Militia show up in Washington D.C. armed and prepared to fight, I can assure you the National Guard will also show up, as well as the Quick Response Team from Fort Stewart, Ga. We can call out to our leader and demand he lead us, "Give us our Marching Orders or bid us farewell, to return home."

We, Americans, must do something, The Chinese has said it themselves, they planned, coordinated and executed their attack and called it Elite Capture... Capture the Elites of America's strength, finances, communications, education and culture. Divide them, so they may fight among themselves. They did it, but we recognize it now and we must cut the rot out of our garden. Anything less will be for not. For I will not live under Communist/Socialist/Globalist rule. I am an American, a fighting man, a FREE man.... I will not bend nor tolerate anything less. Everything in life has a cost. Freedom will cost me my Life, my Liberty and my Wealth. Without Freedom, Life, Liberty and Wealth means nothing anyway. Mr. Rhodes, call the President and tell him to put his boots on, we are on our way.

↩ REPLY

**John Fallon** says:
*December 25, 2020 at 3:37 pm*

Release the information now to the public. The public can ask for resignations and we can then deal with these issues within our existing framework with a special prosecutor. All broadcasters should be required to broadcast actual hearings only (less any hearing breaks) without comment as a public service.

↩ REPLY

**Silver dagger** says:
*December 25, 2020 at 7:16 pm*

I agree the time is now , actually your bound to act . The law and precedent is clear. At the very top of the constitution WE THE PEOPLE. That is the precedent the lawyers who say otherwise are likely communist . Enough of the candy -ss think they know the law lawyers. Men and women died fighting for this country – the Country is ours not some dime

Store lawyers who give advice – Ask and get a answer from the 9 over rated dummies who sit on the highest court – Ask them why the first part of the constitution is larger bolder and clearly spelled out that way . Ask them what it means and what their duty is and to whom it's to. We're under communist attack and it's time to ferret out the communist and send them to gitmo. If that's hard to grasp fire whom is telling you not to do what the founder here at oath keepers is telling you to do. After you fire them arrest them and send them to gitmo- enough is enough – also stop all incoming trade from China – that will wake them up .

↩ REPLY

**Silver dagger** says:
*December 25, 2020 at 7:18 pm*

I agree the time is now , actually your bound to act . The law and precedent is clear. At the very top of the constitution WE THE PEOPLE. That is the precedent the lawyers who say otherwise are likely communist . Enough of the candy -ss think they know the law lawyers. Men and women died fighting for this country – the Country is ours not some dime

Store lawyers who give advice – Ask and get a answer from the 9 over rated dummies who sit on the highest court – Ask them why the first part of the constitution is larger bolder and clearly spelled out that way . Ask them what it means and what their duty is and to whom it's to. We're under communist attack and it's time to ferret out the communist and send them to gitmo. If that's hard to grasp fire whom is telling you not to do what the founder here at oath keepers is telling you to do. After you fire them arrest them and send them to gitmo- enough is enough – also stop all incoming trade from China – that will wake them up . God bless America

↩ REPLY

**Sandy** says:
*December 26, 2020 at 9:41 am*

Do we know if this letter actually got into the President's hands? There are people in the White House trying to thwart his plans and actions. Can we make sure the President sees this letter? He needs to appoint Sydney Powell as Special Counsrl, Mike Flynn as Chief of Staff and Rudy Guiliani as Advisor to the President then put into play the Insurrection Act. ASAP.

↩ REPLY

**Michael Sirr** says:
*December 26, 2020 at 12:19 pm*

Oath Keepers in Nashville?

↩ REPLY

**ROBERT WRIGHT** says:
*December 26, 2020 at 7:03 pm*

I´m here to support President Trump to the end. Just say the word and millions of great Patriots will have your back. We the people need to take back the home of the free the United States of America.

↩ REPLY

**ED PASCU** says:
*December 26, 2020 at 9:11 pm*

FOR GOD SAKE MR PRESIDENT DO SOMETHING BEFORE WE LOSE THE WHOLE DAMN PLACE ! IF THE LEFT SCREWS THIS PLACE UP MY QUESTION IS WHERE THE HELL ARE THEY GOING TO RUN TO? AMERICA IS THE LAST BEST HOPE ON THIS PLANET.

**JOE TITTIGER** says:

*December 26, 2020 at 11:42 pm*

Reposted:

http://missourifreepress.com/2020/12/26/open-letter-to-president-trump-part-ii-act-now-do-not-wait-for-jan-6-stewart-rhodes-oath-keepers/

↩ REPLY

**ANTONIO WHITE** says:

*December 27, 2020 at 6:10 pm*

BRAVO ZULU – Well written, well said and well put!!!
USN VETERAN
Operations Specialist (OS)
USS Barnstable Cty. LST-1197 (1981-1985)
USS America CV-66 (1985-1987)

↩ REPLY

**Tim Watkins** says:

*December 28, 2020 at 12:36 am*

What a great letter sir! I must say how sad it made me to hear how disrespectful his own chief advisers are to him as reported recently from the four hour meeting he had with general Flynn, Powell and others who witnessed it firsthand. He needs to be constantly reminded by people like you that supporters are more numerous than he could ever know and are more than ready to prove that fact. I believe with you that the time to either put up or shut up has passed and thank you so much for so tactfully presenting this reality to our president.

↩ REPLY

## LEAVE A REPLY

COMMENT

NAME *

EMAIL *

WEBSITE

✈ POST COMMENT



**HONOR YOUR OATH, JOIN US!**

BYLAWS    COMMUNITY RULES    CODE OF CONDUCT    TERMS OF SERVICE    PRIVACY POLICY    COOKIE POLICY                    © 2012-2020 OATH KEEPERS - ALL RIGHTS RESERVED

*GoToMeeting*
*Summary Exhibit*
*Derived from Exhibit 2100*

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 11/5/2020 | 8:24 PM | 738598549 | oath keepers national call - members only | 73 minutes | Mike Adams | kenneth harrelson | Kenneth Harrelson |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | mike adams | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 23** |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 11/6/2020 | 8:25 AM | 738598549 | oath keepers national call - members only | 112 minutes | Mike Adams | (352) 598-0600 | Kelly Meggs |
| | | | | | | mike adams | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 26** |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 11/7/2020 | 8:27 PM | 738598549 | oath keepers national call - members only | 105 minutes | Mike Adams | jess watkins + ohio | Jessica Watkins |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | mike adams | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 28** |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 11/9/2020 | 8:25 PM | 738598549 | oath keepers national call - members only | 125 minutes | Mike Adams | terry cummings | Terry Cummings |
| | | | | | | alondra p | Alondra Propes |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | jess watkins | Jessica Watkins |
| | | | | | | mike adams | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 120** |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |

| 11/11/2020 | 8:28 PM | 738598549 | oath keepers national call - members only | 86 minutes | Mike Adams | jess watkins | Jessica Watkins |
| | | | | | | alondra p | Alondra Propes |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | ggsol | Jeremy Brown |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | mike adams | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 69** |

| | | | | | | Selection of Attendees | |
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/13/2020 | 8:26 PM | 232999077 | oath keepers dc call | 57 minutes | Mike Adams | mike adams | Mike Adams |
| | | | | | | (770) 356-5476 | David Moerschel |
| | | | | | | richard | Richard Dockery |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | alondra p | Alondra Propes |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | stewart | Stewart Rhodes |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 60** |

| | | | | | | Selection of Attendees | |
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/16/2020 | 7:41 PM | 736327669 | ok florida | 102 minutes | Mike Adams | gator 1 | Kelly Meggs |
| | | | | | | alondra p | Alondra Propes |
| | | | | | | ggsol | Jeremy Brown |
| | | | | | | (770) 356-5476 | David Moerschel |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 28** |

| | | | | | | Selection of Attendees | |
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/18/2020 | 8:21 PM | 263913893 | ok national call - post dc | 134 minutes | Mike Adams | gator 1 | Kelly Meggs |
| | | | | | | kenny | Kenneth Harrelson |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | josh james alabama | Joshua James |
| | | | | | | jess watkins | Jessica Watkins |
| | | | | | | (770) 356-5476 | David Moerschel |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | alondra p | Alondra Propes |
| | | | | | | the host | Mike Adams |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 85** |

| | | | | | | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 11/23/2020 | 7:27 PM | 736327669 | ok florida | 87 minutes | Mike Adams | the host | Mike Adams |
| | | | | | | gator 1 | Kelly Meggs |
| | | | | | | gator 6 | Kenneth Harrelson |
| | | | | | | sunchaser | Alondra Propes |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | (770) 356-5476 | David Moerschel |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 26** |

| | | | | | | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 11/30/2020 | 7:28 PM | 736327669 | ok florida | 80 minutes | Mike Adams | the host | Mike Adams |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | gator 6 | Kenneth Harrelson |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | (770) 356-5476 | David Moerschel |
| | | | | | | (813) 992-2552 | Caleb Berry |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 28** |

| | | | | | | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 12/1/2020 | 6:19 PM | 548660069 | new meeting | 20 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
| | | | | | | alondra | Alondra Propes |
| | | | | | | sunchaser | Alondra Propes |
| | | | | | | gator 1 | Kelly Meggs |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 5** |

| | | | | | | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|------|-----------|-----------|---------|----------|-----------|--------------|------|
| 12/2/2020 | 6:29 PM | 526207389 | warrior wednesday with gator 6 | 41 minutes | Kenneth Harrelson | jason dolan | Jason Dolan |
| | | | | | | sunchaser | Alondra Propes |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | richard | Richard Dockery |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 12** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|--------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/4/2020 | 6:30 PM | 186473613 | oath keepers friday night free for all | 56 minutes | Kelly Meggs Kenneth Harrelson | gator 1 | Kelly Meggs |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | gator 6 | Kenneth Harrelson |
| | | | | | | ahab | Joseph Hackett |
| | | | | | | terry cummings | Terry Cummings |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 14** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|--------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/7/2020 | 7:26 PM | 736327669 | ok florida | 75 minutes | Mike Adams | the host | Mike Adams |
| | | | | | | gator 6 | Kenneth Harrelson |
| | | | | | | ok242 | Caleb Berry |
| | | | | | | sunchaser | Alondra Propes |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | ahab | Joseph Hackett |
| | | | | | | terry | Terry Cummings |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | destokes | Richard Dockery |
| | | | | | | (770) 712-4304 | Joshua James |
| | | | | | | | |
| | | | | | | **Total Attendees** | **Appx 30** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|--------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/9/2020 | 7:31 PM | 915257573 | fitness and health | 36 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
| | | | | | | gator 1 | Kelly Meggs |
| | | | | | | ahab | Joseph Hackett |

|  |  |  |  |  |  | terry | Terry Cummings |
|  |  |  |  |  |  | **Total Attendees** | **Appx 9** |

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Selection of Attendees** |  |
| 12/11/2020 | 7:16 PM | 758590797 | osint and securing online intel | 39 minutes | Kelly Meggs | sunchaser | Alondra Propes |
|  |  |  |  |  | Alondra Propes | gator 1 | Kelly Meggs |
|  |  |  |  |  |  | mike | Mike Adams |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 13** |

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Selection of Attendees** |  |
| 12/11/2020 | 8:13 PM | 851557861 | miami review and positions | 34 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
|  |  |  |  |  | Kelly Meggs | gator 1 | Kelly Meggs |
|  |  |  |  |  |  | ahab | Jospeh Hackett |
|  |  |  |  |  |  | (808) 392-6217 | Jason Dolan |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 6** |

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Selection of Attendees** |  |
| 12/14/2020 | 7:26 PM | 736327669 | ok florida | 66 minutes | Mike Adams | mike - florida | Mike Adams |
|  |  |  |  |  |  | sunchaser | Alondra Propes |
|  |  |  |  |  |  | (352) 598-0600 | Kelly Meggs |
|  |  |  |  |  |  | (770) 356-5476 | David Moerschel |
|  |  |  |  |  |  | ahab | Joseph Hackett |
|  |  |  |  |  |  | destokes | Richard Dockery |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 23** |

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Selection of Attendees** |  |
| 12/16/2020 | 6:26 PM | 704555229 | warrior wednesday with gator 6 | 50 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
|  |  |  |  |  | Alondra Propes | sunchaser | Alondra Propes |
|  |  |  |  |  | Bryan Adamson | mr pink | Bryan Adamson |
|  |  |  |  |  |  | (352) 598-0600 | Kelly Meggs |
|  |  |  |  |  |  | ahab | Joseph Hackett |

|  |  |  |  |  |  | Total Attendees | Appx 19 |
|---|---|---|---|---|---|---|---|

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/16/2020 | 8:26 PM | 444206493 | ok national call | 233 minutes | Mike Adams | stewart | Stewart Rhodes |
| | | | | | | ahab | Joseph Hackett |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | mike - poc | Mike Adams |
| | | | | | | kenny | Kenneth Harrelson |
| | | | | | | (224) 214-9065 | Brian Ulrich |
| | | | | | | Total Attendees | Appx 58 |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/18/2020 | 6:28 PM | 832999189 | friday free for all | 67 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
| | | | | | Alondra Propes | sunchaser | Alondra Propes |
| | | | | | | ahab | Joseph Hackett |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | Total Attendees | Appx 24 |

| | | | | | | Selection of Attendees | |
|---|---|---|---|---|---|---|---|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/21/2020 | 7:26 PM | 365832389 | monday night call | 103 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
| | | | | | Alondra Propes | sunchaser | Alondra Propes |
| | | | | | Bryan Adamson | ahab | Joseph Hackett |
| | | | | | Joseph Hackett | mr. pink | Bryan Adamson |
| | | | | | | (352) 598-0600 | Kelly Meggs |
| | | | | | | (770) 356-5476 | David Moerschel |
| | | | | | | destokes | Richard Dockery |
| | | | | | | hydro - al | Joshua James |
| | | | | | | (808) 392-6217 | Jason Dolan |
| | | | | | | Total Attendees | Appx 47 |

| Selection of Attendees | |
|---|---|

| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
|------|-----------|-----------|---------|----------|-----------|-------------|------|
| 12/23/2020 | 6:23 PM | 374840733 | dc discussion and cpt teams | 33 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
|  |  |  |  |  | Kelly Meggs | (770) 356-5476 | David Moerschel |
|  |  |  |  |  | Joseph Hackett | gator 1 | Kelly Meggs |
|  |  |  |  |  |  | sunchaser | Alondra Propes |
|  |  |  |  |  |  | (501) 517-5167 | Alondra Propes |
|  |  |  |  |  |  | ahab | Joseph Hackett |
|  |  |  |  |  |  | kelly meggs | Kelly Meggs |
|  |  |  |  |  |  | **Total Attendees** | **Appx 23** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|-------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/23/2020 | 7:56 PM | 966733445 | ok intel call | 136 minutes | Mike Adams | mike - poc | Mike Adams |
|  |  |  |  |  |  | hydro - al | Joshua James |
|  |  |  |  |  |  | (406) 291-6558 | Stewart Rhodes |
|  |  |  |  |  |  | (251) 490-3994 | Mark Grods |
|  |  |  |  |  |  | sunchaser | Alondra Propes |
|  |  |  |  |  |  | (352) 598-0600 | Kelly Meggs |
|  |  |  |  |  |  | ahab | Joseph Hackett |
|  |  |  |  |  |  | **Total Attendees** | **Appx 37** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|-------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/28/2020 | 6:53 PM | 587522317 | monday night florida chapter call | 66 minutes | Kenneth Harrelson | destokes | Richard Dockery |
|  |  |  |  |  | Joseph Hackett | gator 6 | Kenneth Harrelson |
|  |  |  |  |  | Alondra Propes | ahab | Joseph Hackett |
|  |  |  |  |  |  | (808) 392-6217 | Jason Dolan |
|  |  |  |  |  |  | (352) 598-0600 | Kelly Meggs |
|  |  |  |  |  |  | (770) 356-5476 | David Moerschel |
|  |  |  |  |  |  | sunchaser | Alondra Propes |
|  |  |  |  |  |  | **Total Attendees** | **Appx 28** |

| | | | | | | Selection of Attendees | |
|------|-----------|-----------|---------|----------|-----------|-------------|------|
| Date | Time (EST) | Meeting ID | Subject | Duration | Organizer | Partipant ID | Name |
| 12/30/2020 | 6:58 PM | 636852837 | florida dc op planning chat | 32 minutes | Kenneth Harrelson | gator 6 | Kenneth Harrelson |
|  |  |  |  |  |  | (352) 598-0600 | Kelly Meggs |

|  |  |  |  |  |  | ok242 | Caleb Berry |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (770) 356-5476 | David Moerschel |
|  |  |  |  |  |  | destokes | Richard Dockery |
|  |  |  |  |  |  | grayy | Graydon Young |
|  |  |  |  |  |  | terry | Terry Cummings |
|  |  |  |  |  |  | (808) 392-6217 | Jason Dolan |
|  |  |  |  |  |  | (727) 647-6047 | Kenneth Bittner |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 14** |

|  |  |  |  |  |  | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 12/30/2020 | 8:00 PM | 595434061 | se leaders dc 1/6/21 op call | 11 minutes | Kelly Meggs | gator 1 | Kelly Meggs |
|  |  |  |  |  |  | hydro - al | Joshua James |
|  |  |  |  |  |  | (251) 490-3994 | Mark Grods |
|  |  |  |  |  |  | (717) 462-2740 | Don Siekerman |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 4** |

|  |  |  |  |  |  | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 1/9/2020 | 6:55 PM | 540386269 | dc debrief and recap | 117 minutes | Kelly Meggs<br>Alondra Propes | gator 1 | Kelly Meggs |
|  |  |  |  |  |  | sunchaser | Alondra Propes |
|  |  |  |  |  |  | mike | Mike Adams |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 32** |

|  |  |  |  |  |  | **Selection of Attendees** | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time (EST)** | **Meeting ID** | **Subject** | **Duration** | **Organizer** | **Partipant ID** | **Name** |
| 1/20/2020 | 6:59 PM | 972018973 | john odell's meeting | 66 minutes | John Odell | mike | Mike Adams |
|  |  |  |  |  |  | deplorable | Terry Cummings |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Total Attendees** | **Appx 22** |

*From*: HYDRO - AL                    *To*: OLD Leadership  CHAT

SE Region is creating a NATIONAL CALL TO ACTION FOR DC JAN 6TH....
4 states are mobilizing

1.S.696.16531

*From*: HYDRO - AL                    *To*: OLD Leadership  CHAT

RIGHT NOW!!!

*From*: HYDRO - AL                    *To*: OLD Leadership  CHAT

My boys will know what to do

1.S.696.16575

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

I am going to ask off work, so I am a tentative yes to Jan 6 rally

1.S.656.8746

*From*: OK Gator 1                    *To*: OKFL Hangout

It's gonna be wild !!!!!!!

It's gonna be wild !!!!!!!

He wants us to make it WILD that's what he's saying . He called us all to the Capitol and wants us to make it wild !!!

Sir Yes Sir !!!

Gentlemen we are heading to DC pack your shit !!

1.S.656.9328

*From*: Kelly Meggs                    *To*: Jeremy Liggett

Kelly the Oath Keeper that trains with Andrew .

We are thinking that this is the plan : he wants us to get shit kicked

off .

2000.T.420.7

*From*: Kelly Meggs                    *To*: Jeremy Liggett

Trump said

It's gonna be wild !!!!!!!

It's gonna be wild !!!!!!!

He wants us to make it WILD that's what he's saying . He called us all to the Capitol and wants us to make it wild !!! Gentlemen we are heading to DC pack your shit !!

2000.T.420.8

*From*: Jeremy Liggett                    *To*: Kelly Meggs

I will have a ton of men with me

2000.T.420.9

*From*: Kelly Meggs                              *To*: Jeremy Liggett

Nice , we will have at least 50-100 OK there

2000.T.420.11

*From*: Jeremy Liggett                    *To*: Kelly Meggs



Hell yeah!!!

2000.T.421.1

*From*: Kelly Meggs                    *To*: Jeremy Liggett

Plus we have made

Contact with PB and they always have a big group . Force multiplier

*From*: Jeremy Liggett                    *To*: Kelly Meggs

Yeah are they showing in force

2000.T.421.3

12/22/2020 6:41:56 PM

*From*: Kelly Meggs                    *To*: Jeremy Liggett

I figure we could splinter off the main group of PB and come up behind them . Fucking crush them for good

2000.T.421.4

*From*: Jeremy Liggett        *To*: Kelly Meggs



2000.T.421.5

*From*: Kelly Meggs                    *To*: Jeremy Liggett

We can hang for a while they'll see one group then we all fall to back of the pack and peel off. We catch them in the middle...game over.

2000.T.421.6

*From*: OK Gator 1                    *To*:  OKFL Hangout

https://www.cnbc.com/2020/12/22/trump-calls-covid-relief-bill-unsuitable-and-demands-congress-add-higher-stimulus-payments.html

*From*: Genx                                    *To*: OKFL Hangout

He didn't have to mention the insurrection clause ... genius... maybe there's hope he's got this

*From*: Faith                                    *To*: OKFL Hangout

He sounds pissed!  That's good, now just fucking do it.  We are ready

1.S.656.9570

*From*: OK Gator 1                    *To*: OKFL Hangout

We need to surround the Capitol all the way around with Patriots screaming so they hear us inside !

Scare the hell out of them with about a million surrounding them should do the trick !

*From*: OK Gator 1                    *To*: OKFL Hangout

These will be flying Jan 6th in front of the Capitol !!



1.S.656.9620

*From*: GGSoL                                    *To*: OKFL Hangout

We have a RV an Van going. Plenty of Gun Ports left to fill. We can pick you up.

1.S.656.9820

12/24/2020 9:17.36 AM

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

Trump knows this is a communist takeover. What's he waiting for?

1.S.656.9844

*From*: OK Gator 1                    *To*:  OKFL Hangout

Got to be timing , I'm hoping he wants us all in DC to protect him if they lose their minds but no idea

*From*: +770-356-5476 (Moerschel)        *To*: OKFL Hangout

I think he will wait until the constitution completely fails before he invokes insurrection act. That means, if all legislative options fail on Jan 6, he will invoke the act - probably the same day.

IMO, any members in DC should absolutely have firearms somewhere (legally) nearby.

*From*: Genx                                   *To*:  OKFL Hangout

Patrick Byrne says that Mark Meadows and his lead attorney are blocking Flynn and Powell.  They also keep talking him down from taking offensive action.  The theory is they've been promised big money if he concedes... who knows the veracity of that

1.S.656.9848

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

Speculation: Jan 6 must be his personal resolved date to act. Why else would he call us up?

1.S.656.9849

*From*: Pete - FL                              *To*:  OKFL Hangout

Who are they "Mark Meadows and his lead attorney". We can DOX them and get their names out so they can be pressured. THey need the same treatment!

1.S.656.9851

*From*: Gator                                    *To*:  OKFL Hangout

Personally, I think they need the same "treatment" that is prescribed for traitors.

1.S.656.9852

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

Lawyers always think the answer is legal. Warriors always think the answer is a gun battle

*From*: OK Gator 1                    *To*: OKFL Hangout

We have 10-12 staying there . So it's gonna be a WILD time in DC we gotta get the crowd going during the day . I think we get everyone up good and close to the Capitol bldg so they can here is inside . Then at night well whatever happens happens .

1.S.656.9990

*From*: Gator242                 *To*: OKFL Hangout



*From*: Gator                                    *To*: OKFL Hangout

I'm trying to schedule work etc. so, Tue 5th is travel day, Wed 6 is "action day" Thur 7 back to FL?  Is this accurate?  Tnx

*From*: Stewart Rhodes                    *To*: OKFL Hangout

He is being advised to wait till the 6th in reliance on Congress. His "legal advisors" are NOT actually advising him (not laying out all his actual options like a real staff member should, and then let him decide).

They are instead acting as if his only option is to hope Congress does the right thing - which is extremely unlikely.

1.S.656.10094 Continued

*From*: Stewart Rhodes                    *To*: OKFL Hangout

I'm working to get him to see other options and put them on the table.

1.S.656.10094

*From*: Genx                                   *To*: OKFL Hangout

That's what i would have guessed... one damned week left ...  I'm going to DC but it feels like a fool's errand based on current events

*From*: Stewart Rhodes                    *To*: OKFL Hangout

I think Congress will screw him over.   The only chance we/he has is if we scare the shit out of them and convince them it will be torches and pitchforks time is they don't do the right thing.

But I don't think they will listen.

1.S.656.10096

*From*: Stewart Rhodes                    *To*: OKFL Hangout

It's not a fools errand.  It has benefits regardless of outcome and regardless of what we then do.

Trump needs to know we support him in using the Insurrection Act.

And that needs to be the message - If Congress rubber stamps an unconstitutional fraud, President Trump

1.S.656.10101 Continued

*From*: Stewart Rhodes                    *To*: OKFL Hangout

must defend the Constitution and we URGE him to use the Insurrection Act to do so.

And we will support him with our boots on the ground nationwide and we will protect him, and assist him.

1.S.656.10101 Continued

*From*: Stewart Rhodes                    *To*: OKFL Hangout

He needs to know that to his bones. We need to make it clear.

And we need to have that message echoing off every roof top from now till that day.

Focus like a laser on it.

*From*: Stewart Rhodes                    *To*: OKFL Hangout

And he needs to know that if he fails to act, then we will.   He needs to understand that we will have no choice.

1.S.656.10102

*From*: OK Gator 1                    *To*: OKFL Hangout

We need to make those senators very uncomfortable with all of us being a few hundred feet away . Our peaceful protests need to have a little more teeth . They aren't listening . Now we aren't talking about crossing the line . But we need to be standing on the line !!!

*From*: OK Gator 1                    *To*: OKFL Hangout



Case 1:22-cr-00015-APM     Document 574     Filed 05/11/23     Page 301 of 582

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

I too am trying to plan with work. Leaving on Tuesday in the RV. Return on Thursday???

*From*: OK Gator 1                          *To*: OKFL Hangout

It's all bad from here guys. We need Trump because it will make our job easier. There is gonna be blood in the streets no matter what. But with Trump in office it's much easier for sure . Let's see what he does and be ready fir whatever that is .... we can't make up his mind for him. But we can be ready for what ever the outcome is .

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

Pence is literally our last hope in congress. I don't think anyone believes they have enough votes in congress to change the outcome. (Need simple majority)

1.S.656.10227

*From*: +770-356-5476 (Moerschel)                    *To*: OKFL Hangout

It's a war time Christmas.

12/25/2020 10:10:10 PM

*From*: +770-356-5476 (Moerschel)     *To*: OKFL Hangout

Gentleman, Trump is going to make his big move on Jan 6. Be prepared

1.S.656.10246

*From*: Gator                                      *To*: OKFL Hangout

As a Pistol Instructor I can tell you...there are 4 arguments I avoid;  what's the best gun?  What's the best caliber?  Should I get a gun with a external (mechanical) safety?  Should I carry with a round in the chamber?

*From*: GGSoL                                    *To*: OKFL Hangout

Not on the brink of war. Now, we need to make wise choices on our gear and weapons.

1.S.656.10424

12/26/2020 7:58:01 PM

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

My battle pistol is a glock 21 in .45 caliber. I want the extra knock down power.

*From*: OK Gator 1                          *To*: OKFL Hangout

Hey guys !!

When Trump said those words earlier this week. He wasn't talking to the soccer moms , the rah rah trumpers , or the stop the steal people . He was talking to US !!

The 3% the PB and most importantly the Oath Keepers !!!!

Guardians of the Republic.

*From*: OK Gator 1                    *To*: OKFL Hangout

He asked for Everyone !
He did t ask for trumpers or soccer moms
Or his supporters
He said everyone , he said stand by and stand ready before , I'm pretty sure he wants us there !!
He's gonna do this , it's gonna be really good to be a part of history !!

*From*: Roberto Minuta                    *To*: OK Rocket Chat Forum

Brothers, I have been in attendance for all DC events thus far. January 6th, we must be present. Not for our president, but for our Liberty. Please get there!

2200.1

*From*: Enrique Tario                    *To*: Parler



Enrique Tarrio · @NobleLead

1 week ago · ◎ 103588

Lords of War.

#J6 #J20



*From*: Roberto Minuta          *To*: Parler

[Replying to Enrique Tario]



Roberto Minuta · @Robertominuta

1 week ago · ◎ 79

Bad ass! Thanks @NobleLead for the picture! Honor to stand with you guys. See you Jan 6

*From*: OK Gator 1                              *To*: DC OP: Jan 6 21

I'm not making any suggestions in any way
. But this was sent as an FYI!

https://rumble.com/vbwjmv-dont-just-talk-
like-an-american-act-like-one-hagmann-
report-12152020.html

1.S.159.25

*From*: OK Gator 1                              *To*: DC OP: Jan 6 21

It's from a few weeks back but Its making it's rounds on internet groups

1.S.159.26

*From*: OK Gator 1                          *To*: DC OP: Jan 6 21

I've called the same here I agree ,other than QRF teams outside the city like we have done prior. My point is we should at least know this is going around

1.S.159.28

*From*: Kelly Meggs                          *To*: Jeremy Liggett

https://rumble.com/vbwjmv-dont-just-talk-like-an-american-act-likeone-hagmann-report-12152020.html

2000.T.421.8

*From*: Kelly Meggs                    *To*: Jeremy Liggett



You guys going to carry?

2000.T.422.1

*From*: Jeremy Liggett                    *To*: Kelly Meggs



No

2000.T.422.2

12/31/2020 9:00:27 AM
*From*: Kelly Meggs                          *To*: Jeremy Liggett

Ok we aren't either , we have a heavy QRF 10 min out though

2000.T.422.3

*From*: Ed Vallejo                              *To*:  K2

https://www.hagmannreport.com/silent-no-more-john-moore-sam-andrews-full-show-12-14-2020-hagmann-report/

*From*: Ed Vallejo                    *To*:  K2

Listen to the second hour. It's ON.

210.T.2.2

12/24/2020 7:46:02 AM

*From*: Vallejo                    *To*:  K2

https://www.naturalnews.com/2020-12-23-open-letter-president-trump-use-insurrection-act.html

210.T.13.19

12/22/2020 8:50:00 AM

*From*: Tom Caldwell                    *To*:  Doug Smith

Spoke with Paul last night. I will be at the march on the 6th. I have booked a hotel room in arlington. We do not yet know what may go down but this room gives us a spot to stage materials should things go high order. 10 minutes from the potomac. Sharon and I will be there 5th and 6th. Wanted you to know this for contingency

22.S.553.A continued

*From*: Tom Caldwell                    *To*:  Doug Smith

planning. Close hold you and Paul only for now, pls.

22.S.553.A

Case 1:22-cr-00015-APM    Document 574    Filed 05/11/23    Page 326 of 582

*From*: Oath Paul Stamey          *To*:  Tom Caldwell

Booked Rm 252

5 an 6th

22.S.487.A

12/30/2020 4:15:00 PM

From: Oath Paul Stamey          *To*:  Tom Caldwell

[Name]  Aaa Burner

[Mobile]  (980) 318-1486

[Home]  Charlotte, NC

22.S.487.B

*From*: Oath Paul Stamey          *To*:  Caldwell



Same Comfort Inn

22.S.487.C

*From*: Tom Caldwell                    *To*:  Oath Paul Stamey

That's great! Hope that's an inner room so you can have eyes on the courtyard where your vehicle will be parked. I 'm trying to get Jessica to get a room or two. She has a total of 5 including her. Time was that I would rent a room with 2 queen beds and a rollaway so the motel would know we had 3 and just let the other 2 stay as well. Typical sailor, huh?

22.S.488.A

*From*: Tom Commander          *To*:  Jessica Watkins

Talked to Paul.  At least one full bus 40+ people coming from N.C.  Another group (unclear if Mississippi guys) also a bus. Busses have their own lane on the 14th street bridge so they will be able to get in and out.  Paul is driving plus 1 and arriving nite before.  As we speak he is trying to book a room at

(continued)

192.T.1415 / 192.T.1416 / 192.T.1417

*From*: Tom Commander          *To*: Jessica Watkins

Comfort Inn Ballston/Arlington because of its close-in location and easy access to downtown because he feels 1) he's too broken down to be on the ground all day and 2) he is committed to being the quick reaction force anf bringing the tools if something goes to hell.  That way the boys don't have to try to schlep weps on the bus.

(continued)

192.T.1417 / 192.T.1420 / 192.T.1418

*From*: Tom Commander          *To*:  Jessica Watkins

He'll bring them in his truck day before. Just got a text from him he WAS able to book a room in that hotel I recommended which is on Glebe Road in Arlington. However it goes  it will be great to see you again!  I sure hope your arm is getting better!

192.T.1418 / 192.T.1419

*From*: Tom Caldwell    *To*:  [Replied to comment by John McGraw]

[Replied to comment] It begins for real Jan 5 and 6 on Washington D.C. when we mobilize in the streets. Let them try to certify some crud on capitol hill with a million or more patriots in the streets. This kettle is set to boil….

2001.C.2.D

*From*: Adrian Grimes                    *To*:  Tom  Caldwell

Trump will win on the 6th if not im personally gonna start the civil war myself so fucking tired of these libtards.

*From*: Tom Caldwell                    *To*:  Adrian Grimes

I am starting it the night of the 6th if necessary

2001.T.112.6

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT

On the 6th, they are going to put the final nail in the coffin of this Republic, unless we fight our way out.  With Trump (preferably) or without him, we have no choice

*From*: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

Hope porn warning ⚠ ⚠

From the Epoch times: "Miller said that evidence could be presented in Congress (on Jan 6), which would differ from what the Trump campaign presented in courts over the past several weeks."

Maybe Trump will expose the actual people involved in the fraud on Jan 6,

From: +770-356-5476 (Moerschel) *To*: OKFL Hangout

when everyone in the world will be watching.
Maybe our role on Jan 6 (as Patriots) their will be more kinetic and less for "show of force"

I'm just trying to anticipate what might happen to be prepared. As president,

From: +770-356-5476 (Moerschel)          *To*: OKFL Hangout

he has enormous power. I haven't seen any of that power at work this whole time.

*From*: TK                                    *To*: Ed Vallejo

Let's switch to Signal
https://signal.org/install
Not perfect but better than  nothing.

210.T.4.4

*From*: Tee　　　　　　　　　　　　*To*:  1776^2

1st. We wiII meet up with Ed in Holbrook on the way out of AZ. Ed will be plulling a trailer. All, Please acknowledge you got this message.

*From*: Prometheus                              *To*: Stewart Rhodes

Hey Stewart are you going to DC for the 6th?  Myself and some other patriots are going to be there would like to touch base if you will be there.

*From*: Prometheus             *To*: Stewart Rhodes



This is Todd Kandaris

*From*: Prometheus                    *To*: Stewart Rhodes

I'm wanting to coordinate with others as much as possible so I'm putting us out there as supplemental personnel.

12/31/2020 1:11:39 PM

*From*: Prometheus                    *To*: Stewart Rhodes

Everyone coming has their own technical equipment and knows how to use it. 😉

1.S.859.7

Case 1:21-cr-00025-APM     Document 574     Filed 05/11/23     Page 346 of 582

*From*: Stewart Rhodes                    *To*: Prometheus

Awesome!  How many are you bringing?

1.S.859.8

*From*: Stewart Rhodes                    *To*:  Prometheus

And from what state?

1.S.859.9

*From*: Prometheus                          *To*: Stewart Rhodes

Not large numbers, we are 4 at this point but may gain more.  We are coming fom Arizona.  Starting in Phoenix/Mesa.  I would like to rally with you when you have decided where you want to be.  We are leaving AZ tomorrow morning. 1/1/21.  Please keep us in the loop.  Our Code Name is "Prometheus".

1.S.859.10

*From*: Stewart Rhodes                    *To*: Prometheus

How long have you been in Oath Keepers?

1.S.859.13

*From*: Prometheus                              *To*: Stewart Rhodes

4 - This is Todd from Stepwyze.

*From*: Stewart Rhodes                    *To*: Prometheus

Oh OK. Now I remember.  Who are you bringing?

12/31/2020 5:22:09 PM

*From*: Prometheus                                    *To*: Stewart Rhodes

Dr. Phranq Tambori, Ed Vallejo, Kelly Carter and myself thus far.

1.S.859.16

*From*: Stewart Rhodes          *To*: Prometheus

As attendees or speakers or as security volunteers?

*From*: Prometheus                    *To*: Stewart Rhodes

Just as volunteers,  as far as I know noone is anticipating speaking.  We  are rifles, man power, warm bodies there to support the process and the President.

1.S.859.18

*From*: Prometheus                    *To*: Stewart Rhodes

Hi Stewart, Ed Vallejo wants to be a speaker. We are requesting a slot for him. We need to now where staging is going to be for technical equipment and "supplies".  We are leaving AZ this morning ing. Please advise.

1/1/2021

*From*: Ed Vallejo                    *To*:  1776^2

Gentleman, May The Living God bless us this day and grant us Victory in this historic mission we undertake against all forms of tyranny over the minds of men. WE are the constitution of America, not some paper with mere words…

ACTION!

Amen.

240.S.1.21.5 / 240.S.1.22.1

*From*: Kelly Carter                    *To*:  1776^2

Lions not lambs ,men not boys, free ,not subjects, bless our efforts,with victory oh Lord, we beseech thee.

*From*: Ed Vallejo          *To*: 1776^2

Woe onto the fucker that GETS IN MY WAY! Antifa is DOOMED [devil emoji]. Democrats DOOMED!

240.S.1.23.2 / 240.S.1.23.3

*From*: Tee                              *To*:  1776^2

[Replying to Vallejo's message beginning, "May the living God . . ."] Amen

240.S.1.28.2 / 240.S.1.29.1

*From*: Ed Vallejo                                    *To*:  1776^2

[Sending link to: https://www.newsbusters.org/blogs/nb/nicholas-fondacaro/2021/01/05/cbs-claims-trump-supporters-plan-storm-capitol-weapons]

240.S.1.47.1 / 240.S.1.48.1

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

I'm putting Don Siekerman in overall command of this op.   And then Whip, Josh and Kelly as his seconds because they have been to DC prior.

I always like to put LEO in command where possible so nobody get their panties in a wad over that.

[cont'd]

1.S.159.83

*From*: Stewart Rhodes          *To*: DC OP: Jan 6 21

He's also very level headed and calm under pressure. Which is what is needed.

1.S.159.83

*From*: Joshua James                      *To*: DC OP: Jan 6 21



51.S.5252

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

This is THE DC op thread for all leadership coming in, from multiple states, and together with the overall DC op leadership.

*From*: Bilbo                              *To*: DC OP: Jan 6 21

Someone can tell me if I'm crazy but I'm planning on having a backpack for regular use and then a separate backpack with my ammo load out with some basics that I can just switch too is shit truly hits the fan blades...

*From*: Bilbo                                    *To*: DC OP: Jan 6 21

I will be the guy running around with the "budget AR" ☹

1.S.159.200

*From*: HYDRO - AL                    *To*: DC OP: Jan 6 21



Alabama will have a team in DC Tuesday morning as well.

1.S.159.212

*From*: Joshua James                    *To*:  Don Siekerman

Do we have a farm location for weapons?

111.S.757.A

*From*: Don Siekerman                    *To*:  Joshua James

Not that I am aware of yet. If nothing else, my hotel is in VA and has secured underground parking. About 15-20 minutes outside DC, less if you really don't care about speed limits…would be great if we had someone with an enclosed truck type vehicle and had a quick response unit just outside the city

*From*: OK Gator 1                              *To*: DC OP: Jan 6 21

I've bringing an OK flag on a nice thick piece of wood 🧻

1.S.159.389

*From*: OK Gator 1                          *To*: DC OP: Jan 6 21

That will be enough for me.

Hacksaw Jim Dugan style

1.S.159.390

*From*: Don                                    *To*: DC OP: Jan 6 21

Lots of folks had some very stout walking sticks during the last one, didn't see PD say anything.

*From*: OK Gator 1              *To*: DC OP: Jan 6 21

Cattle prods aren't mentioned in the banned items .

1.S.159.416

Case 1:22-cr-00015-APM     Document 574     Filed 05/11/23     Page 374 of 582

*From*: Don                                    *To*: DC OP: Jan 6 21

Conference Call For DC Leadership/team Leaders Only

Fri, Jan 1, 2021 8:30 PM - 9:30 PM (EST)

Please join my meeting from your computer, tablet or smartphone.

https://global.gotomeeting.com/join/418833445

This meeting is locked with a password:

1.S.159.431 Continued

01/01/2021 9:03PM

*From*: Joshua James                    *To*:  Marc Grods

Are you on the CC?

111.S.783.A

*From*: Marc Grods                    *To*:     Joshua James

Yes.

I have been in.

Bad Como on your end.

I think we need to find out how to get up with Ranger Doug for supply drop

111.S.783.B,C,D

01/01/2021 9:32PM

*From*: Joshua James          *To*:  Marc Grods



111.S.758.A,B,C

01/01/2021 8:33PM

*From*: Joshua James                    *To*:  Marc Grods



Over 6 hours away…

*From*: GGSoL                          *To*: OKFL Hangout

GROUND FORCE ONE Departure Plan:

If you can, come to my house anytime Saturday. You can stop by and drop stuff off, or stay the night. This way we can load plan, route plan, and conduct PCIs (Pre Combat Inspections).

I would LIKE to depart by 0645 on Sunday

1.S.656.11365 / 1 Continued

*From*: GGSoL                              *To*: OKFL Hangout

morning, Jan 3rd. Push through to the NC linkup on the 3rd, RON (Rest Over Night) there, then push to DC on the 4th. This will give us the 4th/5th to set up, conduct route recons, CTR (Close Target Reconnaissance) and any link ups needed with DC elements.

If you need to be picked up, then we will

*From*: GGSoL                                         *To*: OKFL Hangout

work that into route plan and will provide exact pickup time by Saturday evening. Please have EVERYTHING ready once we arrive. It will be an ERO (Engine Running Onload).

IF YOU ARE RIDING WITH ME, dm me with your plan to come here or be picked up. I will send address via the dm.

1.S.656.11365 / 3 Continued

*From*: GGSoL                    *To*: OKFL Hangout

I am willing to make adjustments all the way up until we pass your ass headed north, but it is now time to shit or get on someone else's pot. READY? GO!!!

*From*: Stewart Rhodes                    *To*: OK Gator 1

Hey, how many hotel room does your FL team need? Don has an OK credit card he can use to get rooms

1/2/2021 5:48:55 AM

*From*: Stewart Rhodes                    *To*: OK Gator 1

We ate staying in a good hotel outside DC in Vienna.

1.S.613.168

*From*: OK Gator 1                    *To*: Stewart Rhodes

We have rooms already in DC

1.S.613.169

1/2/2021 5:49:26 AM

*From*: OK Gator 1                    *To*: Stewart Rhodes

Where we stayed last time. Has a great underground parking garage with a full chain link gate that requires room key to access

1.S.613.170

*From*: Stewart Rhodes                    *To*: OK Gator 1

If you want to stow weapons with Whip you can. He'll have a secure car trunk or his hotel room (or mine).

1.S.613.172

*From*: OK Gator 1                    *To*: Stewart Rhodes

Last night call with Don we discussed a QRF RP so we may do that . As well as the NC team has a hotel room close by

1/2/2021 5:52:10 AM
*From*: Stewart Rhodes                    *To*: OK Gator 1

OK. We WILL have a QRF. this situation calls for it.

1.S.613.175

*From*: OK Gator 1                    *To*: Stewart Rhodes

Yes we have the overlay maps of street closures and it looks like Lincoln is our RP of SHTF .

Lots of access roads on the edge of main area.

1/2/2021 5:53:25 AM

*From*: Stewart Rhodes                    *To*: OK Gator 1

Cool. That's good. Both in and out is very useful. I'll reimburse you for them. Just let me know how much.

1.S.613.177

*From*: Stewart Rhodes                    *To*:  OK Gator 1

And decent cover IIRC

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

Good call last night .

Lots covered , I'll get with NC team today and find out QRF location

*From*: Oath Paul Stamey                *To*:  Tom Caldwell

FLA.

2 Men left back

12 to 15 going in DC

22.S.508.A

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

1 if by land

North side of Lincoln Memorial

2 if by Sea

Corner of west basin and Ohio is a water transport landing !!

*From*: OK Gator 1                          *To*: DC OP: Jan 6 21

QRF Rally Points

Water of the bridges get closed

1.S.159.525

*From*: WESTERN STATE LEA    *To*: DC OP: Jan 6 21

My sources DC

Working on procuring Boat transport as we speak

*From*: Tom Caldwell                    *To*:  Oath Paul Stamey

Thanks for this, Brother. Any more event stuff you see pls send my way I will do the same. Am working the Navy angle as we discussed.

*From*: Tom Caldwell                    *To*:  TREE  Shawn Pugh

Shawn!  Can't believe I just thought of this: how many people either in the militia or not (who are still supportive of our efforts to save the Republic) have a boat on a trailer that could handle a Potomac crossing?  If we had someone standing by at a dock ramp (one near the Pentagon for sure) we could have our Quick Response

22.T.15.26 / 1 Continued

1/02/2021 10:36:00 PM

*From*: Tom Caldwell                    *To*:  TREE Shawn Pugh

Team with the heavy weapons standing by, quickly load them and ferry them across the river to our waiting arms.  I'm not talking about a bass boat.  Anyone who would be interested in supporting the team this way?  I will buy the fuel.  More or less be hanging around sipping coffee and maybe scooting on the river a bit and

22.T.15.26 / 2 Continued

*From*: Tom Caldwell                    *To*:  TREE  Shawn Pugh

pretending to fish, then if it all went to shit, our guy loads our weps AND Blue Ridge Militia weps and ferries them across. Dude!  If we had 2 boats, we could ferry across and never drive into D.C. at all!!!! Then get picked up.  Is there a way to PLEASE pass the word among folks you know and see if someone would jump in to

22.T.15.26 / 3 Continued

*From*: Tom Caldwell          *To*:  TREE Shawn Pugh

the middle of this to help.  I am spreading the word, too.  Genius if someone is willing and hasn't put their boat away for the winter.

22.T.15.26 / 4 Continued

*From*: Caldwell                    *To*:  Oath Paul Stamey

I'm calling it a night.  Got feelers out in the boat idea, will finish new map tomorrow. Early wake up full day tomorrow.  Sleep well, bro: CAG is on the case!

22.S.517.A

*From*: Don                              *To*: DC OP: Jan 6 21

Everyone.... tonight or tomorrow... let's take some time to thank our loved ones for putting up with us and our inability NOT to stop from running to the sounds of battle. Many of us are prior military and first responders, and likely our families thought that was behind us, and we were just going to ride off together into the sunset....

1.S.159.540 Continued

*From*: Don                              *To*: DC OP: Jan 6 21

but here we go again.  Even though what we do is of upmost importance to our country,  holding down the home front is also important... let them know how important they are!  After all .... they put up with us.....

1.S.159.540 Continued

*From*: +770-356-5476 (Moerschel)          *To*: Vetted OK FL Hangout

A Leo told me when the whole defund the police movement started that we would see the good cops leave and only the bad cops stay. I think that may be happening now, especially in these more liberal states. We will need to be very cognizant of whose side the police are on. Because the assumption that they are on the side of the righteous may be flawed.

50.S.4.43

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

Will advise same RP as discussed before . Tuesday OK shirts and tan  combat or jeans . OK stuff all the way !

Wednesday we will be full Battle Rattle

1.S.159.567

*From*: Kelly Meggs                              *To*: Lisa Brodeur-Quinter

Florida is taking Roger Stone for 2 Days when he moves full kits . Insurrection act should be why he is presenting to America , now pence announced he is going to allow the evidence to be presented to Congress . That checks all the boxes . I think this is why we were called there . Anything less would be a terrible mistake .

2000.T.289

*From*: Kelly Meggs                    *To*: Lisa Brodeur-Quinte

The natives are very restless . Tell your friend this isn't a Rally !!

2000.T.289

*From*: Don                                      *To*: DC OP: Jan 6 21

OK State/team leader meeting

Sun, Jan 3, 2021 8:30 PM - 9:30 PM (EST)

Please join my meeting from your computer, tablet or smartphone.

https://global.gotomeeting.com/join/47805 8517

You can also dial in using your phone.

(For supported devices, tap a one-touch

1.S.159.690 Continued

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

Added Gator 6 Ground Team lead in Florida . He needs to be in the call as well so I will repost .

*From*: OK Gator 1                          *To*:  DC OP: Jan 6 21

OK State/team leader meeting

Sun, Jan 3, 2021 8:30 PM - 9:30 PM (EST)

Please join my meeting from your computer, tablet or smartphone.

https://global.gotomeeting.com/join/478058517

You can also dial in using your phone.

(For supported devices, tap a one-touch

1.S.159.696 Continued

*From*: OK Gator 1                    *To*:  OK FL DC Op Jan 6

We will gather and discuss Wednesday (the big one) in person. Tuesday night.

*From*: Jessica Watkins                    *To*:  OK FL DC OP Jan 6

We will be in VA @ 8pm. Where can we drop off weapons to the QRF team? I'd like to have the weapons secured prior to the Op tomorrow. Our hotel is in Arlington, VA by the Metro station, but we don't check in until tomorrow. Staying with family this evening in Winchester.

85.S.193808.C

*From*: Tom Caldwell                          *To*:  Doug Smith

Paul, Sharon and I are planning a pre-strike into the hornet's nest tomorrow afternoon.

22.S.560.A

1/4/2021 10:05:00 PM

*From*: Tom Caldwell          *To*:  Doug Smith

Ohio crew of 5 (3 who were here before, Donovan, Jessica and Montana sched to arrive Winchester VA this evening. They will stage with us at the hotel. More to follow tomorrow. R / CAG

22.S.560.B

1/5/2021 12:50:00 AM

*From*: Doug Smith                    *To*:  Tom Caldwell

How far is it form the Capitol Building to the motel on the Virginia side??

22.S.565.A

*From*: Tom Caldwell                 *To*:  Doug Smith



4 miles or so.

22.S.565.B

1/5/2021 1:01:00 AM

*From*: Tom Caldwell          *To*:  Doug Smith

Actually google maps says 6.8.  Too far to hike [smiley cool emoji]

22.565.C

1/4/2021 2:02:44 AM

*From*: Vallejo                    *To*:  Dr Phranq

Note on departure:

It was literally freezing as I was hooking up my trailer in the dark and it felt like I was getting into the boat with General George at Valley Forge!

Ed

210.T.12.10

*From*: Ed Vallejo                                    To: (406) 291-6658 (Rhodes)

Sir,

Ed Vallejo of Arizona in Tenn. With cadre requesting coordinates to Allied encampment outside DC boundaries to rendezvous. Please respond ASAP.

For The Republic ❖❖❖❖❖❖❖❖

210.T.1.4

*From*: (406) 291-6658 (Rhodes)     *To*: Ed Vallejo

Greetings Ed.  Are you on Signal?  Please direct message me there

210.T.1.3

1/4/2021 7:33:03 PM

*From*: Ed Vallejo                    *To*: (406) 291-6658 (Rhodes)



Yes- wilco

210.T.1.2

*From*: Stewart Rhodes                *To*: Ed Vallejo



What is your ETA?

1.S.139.3

*From*: Stewart Rhodes          *To*: Ed Vallejo



To DC?

1.S.139.4

*From*: Ed Vallejo                    *To*: Stewart Rhodes

I'm driving can you please call me?

1.S.139.5

*From*: Ed Vallejo                         *To*: Stewart Rhodes

Sir,
We must not have gotten Kelly's number wrong as we never received response from the text we sent requesting location. We didn't make it to Roanoke anyways and have gotten a motel room. Please send my number to Kelly so he can tell us where campground is.
Thanks & good night.

1.S.139.6

*From*: Prometheus                              *To*: Stewart Rhodes

This is Todd with Ed Vallejo is there a rally point?

*From*: Prometheus                                    *To*: Stewart Rhodes

Hey Stewart must have wrong phone for Kelly please send to this number, thanks.  - Todd

1.S.859.21

1/4/2021 11:45:25 PM

*From*: Stewart Rhodes                    *To*: Prometheus



+1 (352) 598-0600

1.S.859.22

*From*: Ed Vallejo                    *To*:  OK Kelly

Sir, this is Ed Vallejo. We must have copied your number incorrectly as we never received response to our text requesting campground address. We made it as far as Wrytheville VA & had to get a room. Please text location so we will know where to begin in the morning. Thank you kindly.

210.T.3.1

*From*: OK Kelly                    *To*:  Ed Vallejo

1211 N Glebe Road, Arlington, VA, 22201, US

210.T.3.2

*From*: Liberty                                    *To*: DC OP: Jan 6 21

Stewart Rhodes

URGENT ALERT:  Do NOT enter DC with ANYTHING that would be deemed illegal in DC. Or even questionable.

The DC police have arrested multiple people for items they cannot bing into DC, including Enrique Tarrio, president of Proud Boys.   But he's not the only one.

1.S.159.817 Continued

*From*: Liberty                              *To*: DC OP: Jan 6 21

Three others have also been arrested.

They are setting traps.

Do NOT even cross over into DC at all, for any reason, with anything on you or in your vehicle that could get you into trouble.

1.S.159.817

*From*: OK Gator 1                    *To*: DC OP: Jan 6 21

https://www.dropbox.com/s/imoxrpukde6q
g60/OKSpotFixedKy.mp4?dl=0

We are ready !! Should be in DC by noon

1.S.159.818

*From*: Gator 6                                    *To*:  OK FL DC OP Jan 6

We get that QRF hotel address yet?

85.S.194617.D

*From*: OK Gator 1                         *To*:  OK FL DC OP Jan 6



85.S.194617.E

1/5/2021 11:45:01 AM

*From*:  Stewart Rhodes          *To*:  Kelly Meggs

Test. You see this?

1.T.2315.9

*From*:  Kelly Meggs                    *To*:  Stewart Rhodes

Yes we are just outside of town unloading at QRF on our way in.  Left Rangers place at 4:30am

1.T.2315.10

*From*:  Stewart Rhodes          *To*:  Kelly Meggs

Good to go.  See you soon

1.T.2315.11

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

Patriots storming the "closed area" of the Capitol grounds by the scaffolding. Natl Guard called in. Incoming

*From*: Blue Skies                          *To*: DC OP: Jan 6 21

Riot police enroute to capital grounds

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21

Eureka!

Truck found 😃

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

American blood ⬛ in the Capitol steps. Officers down.

1.S.159.1037

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Pence is doing nothing.  As I predicted.

*From*: Chris                                    *To*: OLD Leadership  CHAT

They dumb enough to act like ANTIFA. What they hope id going to happen if they get into Capitol?

1.S.696.18147

*From*: Kellye                    *To*: OLD Leadership  CHAT

We are acting like the founding fathers - can't stand down.

1.S.696.18148

*From*: Kellye                              *To*: OLD Leadership  CHAT



Per Stewart and I concur

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

Reinforcements inbound to Capitol - suggest steering clear of Capitol area around the grand stands.

1.S.159.1040

*From*: Horsewhisperer        *To*: DC OP: Jan 6 21

Flash grenades / explosions going off now at Capitol Grounds.

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

All I see Trump doing is complaining.  I see no intent by him to do anything.

So the patriots are taking it into their own hands.  They've had enough.

1.S.159.1043

*From*: Gator Medic FL OK          *To*: OK FL DC OP Jan 6

Over the metro Pd radio I overheard that people were trying to breach the capital building

85.S.202735A

*From*: Gator Medic FL OK          *To*: OK FL DC OP Jan 6

Throwing rocks, concrete blocks and there was a crowd trying to force their way in

85.S.202735B

Case 1:22-cv-00015-APM    Document 574    Filed 05/11/23    Page 454 of 582

*From*: HYDRO - AL                    *To*: Jan 5/6 DC Op Intel team

Were coming to Capitol ETA 30 MIN

1.S.153.87

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT

Trump has one last chance to man up and fulfill his oath.  Will he?

1.S.696.18162

*From*: Stewart Rhodes  *To*: DC OP: Jan 6 21

Whip, what's your location?  I'm trying to get to you.

*From*: Liberty                          *To*: DC OP: Jan 6 21



Patriots in capital

*From*: Whiplash                              *To*: DC OP: Jan 6 21

The have taken ground at the capital

*From*: Stewart Rhodes          *To*:  Michael Greene



Call me

*From*: Whiplash     *To*: DC OP: Jan 6 21

We need to regroup any members who are not on mission

*From*: Stewart Rhodes                          *To*: DC OP: Jan 6 21

I'm on the Supreme Court side of US Capitol.

Whip or Landon, where are you?

*From*: Michael Greene                *To*:  Stewart Rhodes



Went to vm

Case 1:22-cr-00015-APM    Document 574    Filed 05/11/23    Page 463 of 582

*From*:  Michael Greene                    *To*:  Stewart Rhodes

By the trailers

2400.T.1.269

*From*:  Stewart Rhodes          *To*:  Michael Greene



On my way

2400.T.1.270

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Come to South Side of Capitol. On steps

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

WeThePpl have taken the Capitol -
Congress forced to recess

1.S.159.1060

Case 1:22-cr-00015-APM    Document 574    Filed 05/11/23    Page 467 of 582

*From*: Liberty                                  *To*: DC OP: Jan 6 21



Patriots in the Capital

*From*: Stewart Rhodes                    *To*:  F.O.S. Chat

Back door of US Capitol

1.S.345.1437

*From*: Liberty                                   *To*: DC OP: Jan 6 21

Patriots in the Capital I bet they ran through those tunnels

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT



Pounding on the doors

1.S.696.18187

1/6/2021 2:32:06 PM

*From*: Edward Vallejo                    *To*:  Donna Hancock

The People have taken the Capital and Congress is in bedlam & locked down

210.T.6.2

*From*: Ed Vallejo                          *To*: DC OP: Jan 6 21

QRF standing by at hotel.

Just say the word...

*From*: HighlanderKT                    *To*: DC OP: Jan 6 21

They are reporting tear gas (or pepper spray) deployed INSIDE the Rotunda - not sure at this point.

*From*: WESTERN STATE LEA    *To*: DC OP: Jan 6 21



That affirmative

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT



We are right hare

*From*:  Stewart Rhodes                    *To*: DC OP: Jan 6 21



*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

South side of US Capitol.  Patriots
pounding on doors

*From*: Jim                          *To*: DC OP: Jan 6 21

We own that fucking building and keep charging

*From*: HighlanderKT                    *To*: DC OP: Jan 6 21

They are deploying protective masks to Congress and being evacuated.......chickens.....face the music you wankers!!!!!!  I have goose bumps watching this.........

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21



*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Pissed off patriots.

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Come to South side. Just left of dome.

*From*: Stewart Rhodes                *To*: DC OP: Jan 6 21



*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21



Shots fired in rotunda

*From*: Edward Vallejo          *To*:  Ernie Hancock



Shots fired

*From*: Edward Vallejo                    *To*:  Ernie Hancock



In the Rotunda

210.T.7.2

*From*: Edward Vallejo          *To*:  Ernie Hancock

Reported by Oathkeeper on scene

1/6/2021 2:53:20 PM

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

They started spraying pepper spray.  I moved Kellye Sorrelle to left edge of back of US Capitol.

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Back steps.  On reflecting pool side.
Opposite the SCOTUS

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Walking back toward center of building. Under dome

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21



Still on top level

1.S.159.1114

*From*: Michael Greene                    *To*: 313-583-9080

Were storming the capital

2400.T.1.273

*From*: 317-403-9453                    *To*: Michael Greene

I see they are trying to get into chamber... said police has pulled guns

2400.T.1.274

*From*: Michael Greene                    *To*: 317-403-9453

There in

*From*: Michael Greene                    *To*: 317-403-9453

Fucked up Nancy office

2400.T.1.278

1/6/2021 3:09:13 PM
*From*: Michael Greene                    *To*: 317-403-9453



Congress evacuated

2400.T.1.279

*From*: Jim                              *To*: DC OP: Jan 6 21

Nurse just said news is reporting Congress given gas masks and are trying to get out

1/6/2021 3:09:18 PM

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21



*From*: Stewart Rhodes               *To*: DC OP: Jan 6 21

Kelly come to NE corner of building. On steps.

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Right across from Supreme Court.

*From*: Michael Greene                    *To*: Joshua James

Its like 25 of us

53.T.1.67

*From*: Michael Greene                    *To*: Joshua James

Northeast corner, right of the middle if your looking at the building

53.T.1.68

*From*: Edward Vallejo          *To*:  Ernie Hancock

So, have you secured the Arizona Capital yet, slacker?

210.T.7.7

*From*: Edward Vallejo          *To*:  Ernie Hancock



210.T.7.8

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Poop head-elect has declared us insurrectionists on tv.

Case 1:22-cr-00015-APM     Document 574     Filed 05/11/23     Page 506 of 582

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Gentleman,

Our Commander in Chief has just ordered us to go home.

Comments?

1.S.159.1215

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

40 to 60 Root Police moving in

1.S.159.1253

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21



Riot

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21



On the East Steps

*From*: law2187                          *To*: DC OP: Jan 6 21

so why are leaving???  It does NO good to go show up and say your there to defend and then just leave

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Leaving!?! 

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

I ain't goin nowhere.

1.S.159.1262

*From*: law2187                              *To*: DC OP: Jan 6 21

im sorry guys but I totally disagree with backing down..if we back down and leave everything we done is in vain and useless

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

My statement was to assure you Arizona won't let anyone walk.

I was RTO for 36 Dust off and we will monitor all night and transport anyone that meets us on the perimeter curfew be damned.

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT

We will now walk the same path as the Founding Fathers, for same reasons.

1.S.696.18317

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT

Trump needs to act as Commander in Chief.

We laid out his course of action on our two open letters.  He still has ALL of those options.

*From*: Ed Vallejo                          *To*: DC OP: Jan 6 21

The LameStreamEnemy is declaring Trump has called in the Nasty Guard lol

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

You were correct - drone red & non - functional

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Look, I WAS THERE.  I WAS RIGHT OUSIDE.  Patriots stormed in.  Not Antifa.  And I don't blame them.  They were justifiably pissed off.

*From*: OK Gator 1            *To*: DC OP: Jan 6 21

Ok who gives a damn who went in there . If it's Obama himself It doesn't matter

What matters is where we are now and decisions that have to be mad . We are now the enemy of the State

*From*: Kelly Meggs                              *To*: Vetted OK FL Hangout

TRUMP is a Traitor. !!

50.S.4.524

*From*: Kelly Meggs                              *To*: Vetted OK FL Hangout

He had the option and didn't use it !

He played us all and screwed our country.

He didn't have the balls to do it !

1/6/2021 7:08:07 PM

*From*: Rich Lupo                         *To*:  Kelly Meggs

When happens of House resumes session tonight?

7.T.431.2931

1/6/2021 7:08:33 PM

*From*: Rich Lupo                              *To*:  Kelly Meggs



If House

7.T.431.2932

*From*: Kelly Meggs    *To*:  Rich Lupo



We are going back

7.T.431.2933

*From*: Horsewhisperer                    *To*: DC OP: Jan 6 21

FYI - Congress requested back to Capitol tonight at 7pm to finish out the electoral process.

1/6/2021 7:17:37 PM

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

We'll, they have to declare buttboy pres in the dead of night with no one there, right?

1.S.159.1316

*From*: Stewart Rhodes                              *To*: DC OP: Jan 6 21

Thousands of ticked off patriots spontaneously marched on the Capitol and sent the message that they will not live under an illegitimate ChiCom  puppet regime.

You can't handle that, hit the door.  You ain't seen nothing yet.

1.S.159.1322

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

We'll be back at 6 am TO DO IT AGAIN.

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

We got food for 30 days

1.S.159.1324

*From*: OK Gator 1                          *To*: DC OP: Jan 6 21

We aren't quitting !!'

We are reloading !!

*From*: Ed Vallejo                                  *To*: DC OP: Jan 6 21

TAKE HEART

My phone is on 💧 💧 💧 and I'm told hundreds of thousands still headed here and even more will show in the weekend from being off work!

*From*: Ed Vallejo                         *To*: DC OP: Jan 6 21

We have only yet begin to fight!

1.S.159.1331

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21



Begun

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

"After Action Reports" will be dated 1/21/21.



*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

ALCON:

Going to eat at Olive Garden

8133 Leesburg Pike, Vienna, VA 22182

Anyone still in DC area, you are welcome to join us.  Going there now

*From*: Ed Vallejo                          *To*: DC OP: Jan 6 21

Roger that.

10 - 19

1.S.159.1360

*From*: OK Gator 1                          *To*: DC OP: Jan 6 21

Redress of grievances is step 1

1.S.159.1374

*From*: Stewart Rhodes                    *To*: DC OP: Jan 6 21

Declaration of illegitimacy is step 1.

*From*: Edward Vallejo          *To*:  Donna Hancock, TK



Can't sleep

210.T.8.6

1/6/2021 11:59:19 PM

*From*: Edward Vallejo                    *To*:  Donna Hancock, TK



We're pumped

210.T.8.7

*From*: Edward Vallejo          *To*:  Donna Hancock, TK

What a day!

*From*: Edward Vallejo                     *To*:  BMJay



I may be here a while

*From*: BMJay                    *To*:  Edward Vallejo



*From*: BMJay                     *To*:  Edward Vallejo

i was figuring most would stay til the20th

210.T.9.28

*From*: Edward Vallejo          *To*:  BMJay

If it's TEN million by Saturday,...

210.T.9.29

*From*: Edward Vallejo          *To*:  BMJay



210.T.9.30

*From*: Stewart Rhodes                    *To*: OLD Leadership  CHAT

Patriots, it was a long day but a day when patriots began to stand.

Stand now or kneel forever.  Honor your oaths.  Remember your legacy.

1.S.696.18428

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

We'll, they have to declare buttboy pres in the dead of night with no one there, right?

1.S.159.1316

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21

We'll be back at 6 am TO DO IT AGAIN.

*From*: Ed Vallejo                                    *To*: DC OP: Jan 6 21

The longer I hear these LIES the more I want to stomp some ASS

1.S.159.1350

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Did I call it, or what?

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

3:45 am

1.S.159.1412

*From*: LB                                    *To*: DC OP: Jan 6 21

I'm rolling home brothers.  Good to stand with you.

Everyone good?  All quiet in DC?

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Why go - this party has just started?

*From*: Ed Vallejo                     *To*: DC OP: Jan 6 21

We are going to probe their defense line right now. 6 am they should let us in. We'll see.

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21

Yeah, I got shit needs doin' but none as important as THIS.

*From*: Ed Vallejo                          *To*: DC OP: Jan 6 21

Departing for Recon now. Stewart call me when you're up.

1/7/2021 5:57:31 AM

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

We are at WAR.

1.S.159.1416

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

STATUS REPORT
NG has cordoned off the Capital grounds and no foot traffic allowed. 40 Virginia State Police cars lined up. Outer perimeter stopping vehicle traffic but a dozen or so walkers/joggers inside it, but not allowed on the building grounds. No signs or flags supporting Trump visible anywhere.

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21



All quiet.

1.S.159.1425

*From*: HYDRO - AL                     *To*: DC OP: Jan 6 21

Trump conceded.. its over

1/7/2021 7:34:59 AM

*From*: HYDRO - AL                    *To*: DC OP: Jan 6 21



We lose

*From*: Ed Vallejo                    *To*: DC OP: Jan 6 21

Like HELL it's "over"!

*From*: Ed Vallejo                                  *To*: Stewart Rhodes

Status report posted in Ops Room extended 1 day
Standing by awaiting orders, Sir. Good morning.

*From*: Ed Vallejo                              *To*: DC OP: Jan 6 21



Noon Recon report

Case 1:22-cr-00015-APM    Document 574    Filed 05/11/23    Page 567 of 582

*From*: Ed Vallejo                                    *To*: DC OP: Jan 6 21



Under way currently

1.S.159.1461

*From*: Warrior1961　　　　　　　　*To*: DC OP: Jan 6 21

Remember to stay Vigilant, everyone's tag numbers were probably captured.

*From*: Stewart Rhodes          *To*: Edward Vallejo

Ed, what's your 20?

1.S.139.16

1/11/2021 3:05:04 PM

*From*: Stewart Rhodes

*To*: Edward Vallejo



You in TX?

1.S.139.17

*From*: Edward Vallejo                          *To*: Stewart Rhodes

Just departed Texarkana

1.S.139.18

*From*: Edward Vallejo

*To*: Stewart Rhodes

Got held up there waiting for a trailer tire

1.S.139.19

*From*:  Edward Vallejo                    *To*: Stewart Rhodes



SB on 30

1.S.139.20

*From:* Stewart Rhodes

*To*: Edward Vallejo

No sweat.  I'm delayed as well.
Won't be there till tomorrow

1.S.139.21

*From*:  Stewart Rhodes                    *To*: Edward Vallejo

I'm up in Ft Worth area

*From*: Edward Vallejo

*To*: Stewart Rhodes



C U there

*From*: Edward Vallejo          *To*: Stewart Rhodes

Godspeed Sir 

*From*:  Edward Vallejo                    *To*: Stewart Rhodes

We're on CB 19

*From*: Stewart Rhodes          *To*: Edward Vallejo



*From*:  Edward Vallejo                        *To*: Stewart Rhodes

We have arrived at the Courthouse.

1.S.139.27

*From*:  Edward Vallejo                    *To*: Stewart Rhodes

Good morning.
Are we pitching tent on Courthouse lawn or do you have a bivouac location for us yet, Sir?

1.S.139.28

*From*: Todd Kandaris                    *To*: Stewart Rhodes

Hi Stewart.  I'm sure you're busy' but wanted to let you know that Ed and I are here at Isaack's restaurant in Junction. We are excited to learn next steps and would like to know what we should be doing right now.

1.S.859.24