Use the Tab key to move from field to field on this form
Case 1:22-cr-00015-APM   Document 608   Filed 07/12/23   Page 1 of 1   CO-290
Notice of Appeal Criminal                                                Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )     Criminal No. 22-cr-15 (APM)
)
EDWARD VALLEJO )

## NOTICE OF APPEAL

Name and address of appellant:     United States of America

Name and address of appellant's attorney:     Jeffrey Nestler, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.1501
Washington, DC 20253

Offense:   18 USC Sec. 2384; 18 USC Sec. 1512(k); 18 USC Secs. 1512(c)(2) and 2; 18 USC Sec. 372

Concise statement of judgment or order, giving date, and any sentence:

Sentenced imposed on June 1, 2023 (judgment entered on the docket on July 5, 2023),
sentencing defendant to a term of 36 months on each count, to run concurrently; followed by a
term of 36 months' supervised release on each count, to run concurrently; assessment of $400.00

Name and institution where now confined, if not on bail:   on bail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

July 12, 2023                                United States of America
_____        _____
DATE                                    APPELLANT   Jeffrey Nestler

                                        _____
                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [✔]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]
Does counsel wish to appear on appeal?                        YES [ ]    NO [✔]
Has counsel ordered transcripts?                             YES [✔]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]    NO [✔]