```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3     UNITED STATES OF AMERICA,           )
                                          )
4              Plaintiff,                 )   CR No. 22-15
                                          )   Washington, D.C.
5          vs.                            )   December 13, 2022
                                          )   1:45 p.m.
6     ROBERTO A. MINUTA, ET AL.,          )
                                          )   Day 6
7              Defendants.                )   Afternoon Session
      _____)
8

9                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
               BEFORE THE HONORABLE AMIT P. MEHTA
10                UNITED STATES DISTRICT JUDGE

11

12

13

14   APPEARANCES:

15   For the Government:       Jeffrey Nestler, AUSA
                               Alexandra Hughes, AUSA
                               Troy Edwards, AUSA
16                             Louis Manzo, AUSA
                               U.S ATTORNEY'S OFFICE
17                             601 D Street, NW
                               Washington, D.C., 20579
18                             (202) 252-7277

19

20

21

22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2    For Defendant
      Roberto A. Minuta:          William Lee Shipley, Jr.
 3                                LAW OFFICES OF WILLIAM L. SHIPLEY
                                  PO Box 745
 4                                Kailua, HI 96734
                                  (808) 228-1341
 5

 6    For Defendant
      Joseph Hackett:             Angela Halim
 7                                3580 Indian Queen Lane
                                  Philadelphia, PA 19129
 8                                (215) 300-3229

 9
      For Defendant
10    David Moerschel:            Connor Robert Martin
                                  BROWN, SUAREZ, RIOS & WEINBERG
11                                1532 Jackson Street
                                  Fort Myers, FL 33901
12                                (239) 337-9755

13                                Scott Weinberg
                                  BROWN, SUAREZ, RIOS & WEINBERG
14                                265 E Marion Avenue
                                  Suite 114
15                                Punta Gorda, FL 33950
                                  (941) 575-8000
16

17    For Defendant
      Edward Vallejo:             Matthew J. Peed
18                                CLINTON & PEED
                                  1775 Eye Street, NW
19                                Suite 1150
                                  Washington, D.C. 20006
20                                (202) 919-9491

21

22

23

24

25
```

**I N D E X**

WITNESSES                                                    PAGE

CONTINUING DIRECT EXAMINATION OF KELSEY HARRIS..... 1173

```
1                    (Court resumed at 1:45 p.m.)

2               THE COURT:  Just a scheduling issue.  We have

3     a juror tomorrow who has a child care matter mid-afternoon.

4     So the juror will have to depart by 12:30 but could be back

5     by 2:30.  So we'll take a couple of hours for lunch

6     tomorrow, but we'll start at 9 to try to recoup the extra

7     half hour, one of the two half hours that we lose otherwise.

8     And all the jurors are available starting at 9.

9                    (Jury enters courtroom.)

10              THE COURT:  Welcome back, everyone.  Please be

11    seated.

12         Agent Harris, why don't you come back up, and we'll

13    continue with your testimony.
```

14         **DIRECT EXAMINATION OF KELSEY HARRIS (CONTINUING)**

15    **BY MR. NESTLER:**

16    **Q**    Good afternoon again, sir.

17    **A**    Good afternoon, sir.

18    **Q**    When we left off, we were on Government Exhibit 3054,

19    which was a stipulation.  There was one typo that we

20    identified, which is paragraph 2, subpart F.  One of the

21    phone numbers for Mr. Hackett was a duplicate.  The correct

22    phone number is 941-529-2509.

23         Okay.  Now, talking about Signal, Agent Harris, was

24    there a Signal group recovered from Stewart Rhodes's phone

25    with the group name DC Op Jan 6 21?

1    **A**    Yes, sir.

2    **Q**    And approximately how many messages were in that

3    group?

4    **A**    If I recall correctly, there was somewhere around a

5    thousand messages in that group, I believe.

6                    MR. NESTLER:  And if we could pull up on the

7    screen for Agent Harris, please, Government Exhibit 1557.

8    BY MR. NESTLER:

9    **Q**    Have you seen this before, Agent Harris?

10   **A**    Yes, sir.  I have.

11   **Q**    Is it fair to say this is a summary of 11 different

12   Signal chats -- sorry -- summary of the people -- why don't

13   you describe what you think it's a summary of.

14   **A**    So this is the DC Op Jan 6 21 Signal chat that you

15   just mentioned.  It has a list of selected participants that

16   we've drawn from that group chat.  So this is just a summary

17   of some of the individuals that were there in that chat.

18   **Q**    And there were more individuals present in that chat

19   than just listed here on that screen, is that correct?

20   **A**    Yes, sir.  That's correct.

21   **Q**    And what was the date you used to anchor which

22   individuals were present in the chat?

23   **A**    This list was current as of January 6, '21.

24   **Q**    People can enter chats and leave chats at different

25   times, correct?

1   **A**    Yes, sir.

2   **Q**    So, as of January 6, 2021, this is some of the people

3   who were in this chat?

4   **A**    Yes.

5   **Q**    And this entire Exhibit 1557, does it have the same

6   kind of thing for 11 different chats in total?

7   **A**    Yes, sir.

8   **Q**    And as far as you're aware, are these accurate

9   summaries based on the original data the FBI has?

10  **A**    Yes, sir.

11           MR. NESTLER:  The government moves to admit

12  1557 into evidence.

13           THE COURT:  Any objection?

14           MS. HALIM:  No objection.

15           THE COURT:  1557 will be admitted.

16  BY MR. NESTLER:

17  **Q**    Okay.  And so help orient us here, Agent Harris.  The

18  stuff on the top right corner, what are we looking at there?

19  **A**    So the top right corner, these are -- these numbers

20  represent certain things, so the exhibits are labeled using

21  these numbers.

22       The number 1 at the beginning of that is -- it

23  represents that this Signal chat came from Mr. Stewart

24  Rhodes's phone.

25       The S signifies that it was from a Signal chat.

1    And the number 159 is the number of that chat thread

2    from Mr. Rhodes's phone.  So there were hundreds of Signal

3    chats, this is just chat number 159.

4    **Q**    And then if we look at a message later, is there

5    another dot and then a bunch of numbers afterwards?

6    **A**    Yes, sir.  Following the 159, if there are numbers,

7    that will signify the actual message number within that

8    group chat in Signal.

9    **Q**    And the S here for Signal, were there other types of

10   things recovered from Stewart Rhodes's, other people's

11   phones?

12   **A**    Yes, sir.  For example, text messages.

13   **Q**    Photos and videos, is that correct?

14   **A**    Yes, sir.  That's correct.

15   **Q**    And they had different letters, depending on what it

16   is we're pulling out of the phone, is that right?

17   **A**    Yes, sir.

18   **Q**    So for the DC Op Jan 6 21 Signal chat recovered from

19   Stewart Rhodes's phone, what was the chat number?

20   **A**    159.

21   **Q**    And can you please read the two highlighted names of

22   people who were in that chat as of January 6th?

23   **A**    Roberto Minuta and Ed Vallejo.

24   **Q**    All right.

25               MR. NESTLER:  Now can we go to the next slide,

1    please, Ms. Badalament.

2    BY MR. NESTLER:

3    **Q**    So this is the next chat we're going to discuss, is

4    that right?

5    **A**    Yes, sir.

6    **Q**    And where did this chat come from?

7    **A**    This chat came from Mr. William Isaacs's phone.

8                MR. NESTLER:  I'm now going to go back to the

9    stipulation between the parties, Government Exhibit 3050.

10           You can just leave that up, Ms. Badalament.

11           And I'll say for the record that the parties stipulate

12    that on March 29th, 2021, the FBI recovered Exhibit 85 from

13    William Isaacs, a black Samsung Galaxy Note cellular phone.

14    BY MR. NESTLER:

15    **Q**    And after recovering that phone, did the FBI, Agent

16    Harris, look at some of the data on the phone?

17    **A**    Yes, sir.

18    **Q**    Now, was the FBI able to do a Signal backup from that

19    phone?

20    **A**    No, sir.

21    **Q**    And so what does that mean?

22    **A**    So, like we talked about earlier this morning, usually

23    when we get mobile devices or electronic devices, we'll do a

24    data extraction using certain tools.  The FBI was not able

25    to do the data extraction on Mr. Isaacs's phone.

1    **Q**    How did the FBI, therefore, review the data on the

2    phone?

3    **A**    We captured the Signal messages via screenshot, and

4    that's why the label here shows image file numbers.

5    **Q**    So, for each screen, the FBI just screenshotted the

6    different messages as they went through, is that right?

7    **A**    Yes, sir.

8    **Q**    And so that's why the labeling system is a little bit

9    different?

10   **A**    Yes, sir.

11   **Q**    All right.  And so in this chat, OKFL DC Op Jan 6, can

12   you read the name of the two individuals who were

13   highlighted, please.

14   **A**    Joseph Hackett, Ahab/Faith; David Moerschel, Hatsy.

15                     MR. NESTLER:  And if we can go to the next

16   slide, please, Ms. Badalament.

17   BY MR. NESTLER:

18   **Q**    Now, what's the name of this chat?

19   **A**    This was called the Old Leadership chat.

20   Previously -- it was renamed to be Old Leadership chat, but

21   previously it was named the Leadership Intel Sharing

22   Secured.

23   **Q**    So that leads to a question.  When you said people can

24   enter and leave chats, can people also rename chats?

25   **A**    Yes, sir.

1    **Q**    Okay.  And so as of January 6th of 2021, what was the

2    name of this chat?

3    **A**    Old Leadership chat.

4    **Q**    Do you know when it was changed to Old Leadership

5    chat?

6    **A**    After January 6th it was changed to Old Leadership

7    chat.  As of January 6th it was the Leadership Intel Sharing

8    Secured chat.

9    **Q**    And what was the chat number on Rhodes's phone of this

10   chat?

11   **A**    696.

12                MR. NESTLER:  If we can go to the next slide,

13   please, Ms. Badalament.

14   BY MR. NESTLER:

15   **Q**    And which Signal chat is this?

16   **A**    This is the OKFL Hangout chat.

17   **Q**    And whose phone did this come from?

18   **A**    Mr. Stewart Rhodes.

19   **Q**    And what was the chat number on Rhodes's phone?

20   **A**    656.

21   **Q**    And can you read the highlighted names for us, please.

22   **A**    Joseph Hackett, Ahab/Faith; David Moerschel, Hatsy.

23                MR. NESTLER:  If we can go to next one,

24   please.

25   BY MR. NESTLER:

1    **Q**    What's the name of this chat?

2    **A**    Vetted OKFL Hangout.

3            MR. NESTLER:  And I'm now going back to that

4    stipulation, Government Exhibit 3050, and say that the

5    parties agree and stipulate that on December 3rd of 2021,

6    the FBI recovered Government Exhibit 50 from someone named

7    Aaron Stone, and it was a SanDisk thumb driving containing a

8    Signal backup.

9    BY MR. NESTLER:

10   **Q**    You know generally who Aaron Stone is, Agent Harris?

11   **A**    He was an Oath Keeper from the state of Florida.

12   **Q**    And this chat was extracted off of the data recovered

13   from his external hard drive, is that right?

14   **A**    Yes, sir.  That's correct.

15   **Q**    And can you read the name of the two people

16   highlighted here on the left?

17   **A**    Joseph Hackett and David Moerschel.

18            MR. NESTLER:  Go to the next one, please,

19   Ms. Badalament.

20   BY MR. NESTLER:

21   **Q**    And what's the name of this Signal chat?

22   **A**    Jan 5/6 DC Op Intel Team.

23   **Q**    Whose phone was this recovered from?

24   **A**    Mr. Stewart Rhodes.

25   **Q**    What was the chat number?

1    **A**    153.

2                    MR. NESTLER:  Next one, please.

3    BY MR. NESTLER:

4    **Q**    What's the name of this chat?

5    **A**    The GA OK general chat.

6    **Q**    And do you know what GA typically stands for?

7    **A**    That's the Georgia Oath Keepers.

8    **Q**    And whose phone was this recovered from?

9    **A**    This came from Mr. Stewart Rhodes's phone as well, and

10   it was chat number 233.

11   **Q**    Thank you.

12           And then the next one, what's the name of this chat?

13   **A**    This is the OK SE Region open forum, which was the

14   Oath Keepers southeast region, and it also came from

15   Mr. Rhodes's phone.

16   **Q**    What was the chat number?

17   **A**    187.

18   **Q**    And please read the highlighted name.

19   **A**    Joseph Hackett.

20   **Q**    And then if you go to the next, what's the name of

21   this chat?

22   **A**    Miami Rolling Stone Op.

23   **Q**    And whose phone did it come from?

24   **A**    This was chat number 222 from Mr. Stewart Rhodes's

25   phone.

1    **Q**    And who is highlighted here?

2    **A**    Joseph Hackett and David Moerschel.

3                    MR. NESTLER:  And then the final one, please,

4    Ms. Badalament.

5    BY MR. NESTLER:

6    **Q**    What's the name of this chat?

7    **A**    This is Irish Whiskey chat, came from Mr. Rhodes's

8    phone, and it was chat number 209.

9    **Q**    And who is highlighted on the left as being a member

10   of this chat as of January 6th?

11   **A**    Mr. Roberto Minuta.

12                    MR. NESTLER:  If we can --

13                    MR. PEED:  Objection.

14                    (The following discussion was had between

15                    Court and counsel at sidebar.)

16                    THE COURT:  Go ahead.

17                    MR. PEED:  Okay, Your Honor.

18          So, just as a summary exhibit, I think that I would

19   object to it only including selected participants in this

20   manner.  I would also ask that it have the dates when people

21   joined to the extent the government has that and -- but

22   object to the highlighting in the form because the jury --

23   no objection as a demonstrative.  I just think if it's going

24   to be a summary exhibit, it just shouldn't have select

25   participants, and it's confusing in a sense that --

1    THE COURT:  So, Mr. Peed, it's already in

2    evidence.  There was no objection when it was requested to

3    be in evidence.  It's now in evidence.  I'm not going to

4    undo it from being in evidence.

5    MR. PEED:  Well, that's why I said, Your

6    Honor, we just got it at 2 AM, so I had not had a chance to

7    fully review them.

8    THE COURT:  Sorry to hear that, but, you know,

9    that's why I asked if there's an objection.  It's now in

10   evidence.

11   MR. PEED:  Okay, Your Honor.  I'll just ask

12   that in the future we just have a few moments to review it

13   before the Court moves on.  I didn't say no objection, but

14   the Court heard Ms. Halim said there was no objection.  I

15   was trying to review it and not unnecessarily interrupt the

16   flow.

17   THE COURT:  Well, if you've got an objection

18   before it gets admitted, make the objection.  And, you know,

19   you're welcome to cross-examine him about the nature of the

20   exhibit and that it excludes people.  And I think it's

21   already been clear it doesn't have all the participants, but

22   you're free to cross-examine the agent on the exhibit.

23   (Sidebar concluded.)

24   THE COURT:  Ladies and gentlemen, I just want

25   to give you a quick instruction.

1    This is what is considered a summary exhibit.  A

2    summary exhibit is a summary of voluminous evidence.  You

3    may consider the summary exhibits as you would any other

4    evidence that's admitted during a trial and give them such

5    weight or importance, if any, as you feel they deserve.

6    Testimony concerning a summary exhibit.  You should

7    consider such testimony only as an aid in evaluating the

8    summary exhibit.

9    BY MR. NESTLER:

10   **Q**    Okay.  So let's go back to this first slide, DC Op

11   Jan 6 21.  You said you've reviewed messages from this chat,

12   is that correct, Agent Harris?

13   **A**    Yes, sir.

14           MR. NESTLER:  Now I want to pull up on the

15   screen for the agent Exhibit 1.S.159.1078.

16   BY MR. NESTLER:

17   **Q**    Have you seen this message before?

18   **A**    Yes, sir.  I have.

19   **Q**    This is a message from that chat?

20   **A**    It is.

21           MR. NESTLER:  The government moves into

22   evidence 1.S.159.1078.

23           MR. PEED:  Objection, Your Honor.

24           THE COURT:  I'm sorry?

25           MR. PEED:  Objection, Your Honor.

1    (The following discussion was had between

2    Court and counsel at sidebar.)

3    THE COURT:  Go ahead.

4    MR. PEED:  Your Honor, Rule 106, which

5    requires the government to put in everything at the same

6    time, I would object to this one QRF statement with

7    Mr. Vallejo without the prior one 14 minutes earlier.

8    THE COURT:  Mr. Nestler.

9    MR. NESTLER:  I don't believe that's warranted

10   here.  We're introducing this in order to identify how the

11   FBI identified Mr. Vallejo and identified the QRF and

12   identified the hotel, and so I don't believe any of the

13   messages that he sent at any other times would complete

14   that.  Mr. Peed of course is free to cross-examine on this,

15   but I don't believe under Rule 106, for the purposes of

16   which we're introducing this, which is the Signal message,

17   the time, the word "QRF," and the word "hotel" and Ed

18   Vallejo, that that is necessary for completeness.

19   MR. PEED:  Your Honor, this is not possibly

20   how the government identified the Comfort Inn as the QRF

21   hotel.  There's no way this text is the way they did that.

22   They did a million other things before this text that led

23   them to the Comfort Inn.

24   THE COURT:  Okay.  Do we have the prior slide

25   or the one that's 14 -- I don't know which one you are

1   referring to, Mr. Peed.

2            MR. PEED:  It's 14 minutes before this, at

3   2:24.

4            THE COURT:  Is it something the government can

5   pull up?

6            MR. NESTLER:  We can attempt -- if Mr. Peed

7   has it and he wants to show it after I show this slide,

8   that's fine with the government.

9            THE COURT:  Okay.  Well, either way, we can

10  either have Mr. Peed pull it up or if the government can

11  pull it up, go ahead, and if you would just do that.

12            MR. NESTLER:  That's fine.

13       I would like it clear under 106 that this is a defense

14  request, so if we are pulling up, this is coming in from the

15  defense.  To make it clear, this is not part of our

16  presentation.

17            THE COURT:  Understood.  All right.

18            (Sidebar concluded.)

19            THE COURT:  So 1.S.159.1078 will be admitted

20  pursuant to the discussion at the bench.

21            MR. NESTLER:  Thank you, Your Honor.

22  BY MR. NESTLER:

23  Q    Agent Harris --

24            MR. NESTLER:  Ms. Badalament, could you zoom

25  in on the bottom left corner here?

1    We won't do this for every message, but we'll do it

2  now to sort of orient us.

3  BY MR. NESTLER:

4  **Q**    And so we see on the bottom left of these messages

5  this numbering scheme, is that right?

6  **A**    Yes, sir.

7  **Q**    Just remind us, 1 means what?

8  **A**    The number 1 means that this message came from

9  Mr. Stewart Rhodes's phones.

10    The S signifies that it is from the Signal

11  application.

12    159 means that it was the group chat number 159.

13    And 1078 means it was message number 1078 within that

14  159 chat.

15  **Q**    So if we found message 1077, it would be the immediate

16  preceding message?

17  **A**    Yes, sir.  That's correct.

18  **Q**    And 1079 would be the immediate message afterwards?

19  **A**    Yes, sir.

20    MR. NESTLER:  We can go back to that big

21  screen here.

22  BY MR. NESTLER:

23  **Q**    So who is this message from?

24  **A**    This is from Mr. Ed Vallejo.

25  **Q**    Where was he -- or to which group was he sending this

1   message?

2   **A**   The DC Op Jan 6 21 chat.

3   **Q**   What was the date and time?

4   **A**   January 6, 2021, at 2:38 PM.

5   **Q**   What time zone is that?

6   **A**   That is eastern time.

7   **Q**   Why is it listed here in eastern time?

8   **A**   So during the extraction of a cellular device with the

9   application we use to extract devices, you can have the

10  times converted to a certain time zone.  So, to make

11  everything uniform, it was all converted to eastern time.

12  **Q**   Why is eastern time helpful for us?

13  **A**   Because that's where we are right now.

14  **Q**   Thank you.

15      Now, what did Ed Vallejo say to the DC Op Jan 6 21

16  chat at 2:38 PM on January 6th?

17  **A**   "QRF standing by at hotel.  Just say the word."

18              MR. NESTLER:  Okay.  And if the defense wants

19  to introduce the additional message.

20      If we could pull up -- thank you, Ms. Badalament.

21      The defense has requested that we also provide the

22  jury this exhibit, which is 1.S.159.1056, message at

23  2:24 PM, also from Ed Vallejo, to the DC Op Jan 6 21 chat.

24  BY MR. NESTLER:

25  **Q**   What does Vallejo say to the chat at this time, 14

1    minutes before the message we just saw?

2    **A**    "Vallejo back at hotel and outfitted.  Have two trucks

3    available.  Let me know how I can assist."

4    **Q**    Thank you, Agent Harris.

5                MR. NESTLER:  Now, at this time the government

6    is going to go back to Government Exhibit 3050 and read a

7    portion of a stipulation.

8         The parties agree that on June 9th of 2021, at Exhibit

9    Number 210, the FBI recovered from Edward Vallejo one black

10   Motorola Moto cellular telephone, phone number ending in

11   6843.

12   BY MR. NESTLER:

13   **Q**    Now, are you aware of the FBI looking at data from

14   that phone, Agent Harris?

15   **A**    Yes, sir.

16   **Q**    All right.

17               MR. NESTLER:  I'm going to go to Government

18   Exhibit 210.P.1.

19   BY MR. NESTLER:

20   **Q**    Is this a photo from that phone of January 5th of

21   2021?

22   **A**    Yes, sir.  It is.

23               MR. NESTLER:  The government moves into

24   evidence 210.P.1.

25               THE COURT:  Any objection?

1    All right.  210.P.1 will be admitted.

2    BY MR. NESTLER:

3    **Q**    From Mr. Vallejo's phone, the FBI recovered this

4    photo, is that right?

5    **A**    Yes, sir.

6    **Q**    Who is depicted in the center of the photograph?

7    **A**    Mr. Vallejo.

8    **Q**    Can you tell what building is on the left?

9    **A**    The U.S. Capitol building.

10   **Q**    And what does the hat say that he's wearing?

11   **A**    It's an Oath Keeper patch.

12   **Q**    Okay.

13                   MR. NESTLER:  Now, if we can go back to

14   1351.A, the PowerPoint version.

15   BY MR. NESTLER:

16   **Q**    You mentioned Mr. Vallejo a second ago, Agent

17   Harris --

18                   MR. NESTLER:  I'll now ask if Mr. Vallejo and

19   his counsel wouldn't mind rising.

20   BY MR. NESTLER:

21   **Q**    And this is Mr. Vallejo, is that correct, Agent

22   Harris?

23   **A**    Yes, sir.

24   **Q**    Thank you.

25                   MR. PEED:  We'll stipulate that this is indeed

1    Mr. Vallejo.

2                    MR. NESTLER:  And if we could pull up

3    Mr. Vallejo here.

4    BY MR. NESTLER:

5    **Q**    And is that photograph of Mr. Vallejo from January 5th

6    now placed back onto Government Exhibit 1531?

7    **A**    It is.

8    **Q**    Which state is Mr. Vallejo from?

9    **A**    Arizona.

10   **Q**    Have you seen any messages sent by Stewart Rhodes in

11   which he says what the letters QRF stand for?

12   **A**    Yes, sir.

13   **Q**    What did Stewart Rhodes write?

14   **A**    "Quick reaction force."

15                   MR. NESTLER:  If we can go to the next slide,

16   Ms. Badalament.

17   BY MR. NESTLER:

18   **Q**    And are those words now written on Government

19   Exhibit 1531, "quick reaction force"?

20   **A**    Yes, sir.

21   **Q**    Now, let's talk about George Douglas Smith.  Have you

22   heard of him before?

23   **A**    Yes, sir.

24   **Q**    Who is he?

25   **A**    George Smith, or Ranger Doug as he went by, was the

1    leader of the North Carolina Oath Keepers.

2    **Q**    Are you aware of messages between Rhodes and Douglas

3    Smith in the period around December 2020 and January 2021?

4    **A**    Yes, sir.  I am.

5              MR. NESTLER:  And if we could go to the next

6    slide, please, Ms. Badalament.

7    BY MR. NESTLER:

8    **Q**    Is this a photograph of Doug Smith, also known as

9    Ranger Doug, from January 6th itself?

10   **A**    Yes, sir.  It is.

11   **Q**    Thank you.

12             MR. NESTLER:  Now, if we could go back to

13   Mr. Vallejo's message, please, Ms. Badalament, 1.S.159.1078.

14   BY MR. NESTLER:

15   **Q**    Now, Vallejo said in the message at 2:38 PM that he

16   was "back at hotel."  Do you remember that?

17   **A**    Yes, sir.

18   **Q**    Have you reviewed surveillance video from a hotel

19   showing where Vallejo spent the night of January 5th of

20   2021?

21   **A**    Yes, sir.  I have.

22   **Q**    Which hotel is that?

23   **A**    It's the Comfort Inn hotel in Arlington, Virginia.

24   **Q**    And have you observed other individuals in that

25   surveillance video from the Comfort Inn hotel in Arlington,

1    Virginia related to this case?

2    **A**    Yes, sir.

3    **Q**    All right.  We'll start with Thomas Caldwell.  Do you

4    know who he is?

5    **A**    Yes, sir.

6    **Q**    And who is that?

7    **A**    He was another individual affiliated with the Oath

8    Keepers from Virginia.

9                   MR. NESTLER:  And if we can go back to the

10   PowerPoint, please, Ms. Badalament.

11        And if we could go to the next slide forward.

12   BY MR. NESTLER:

13   **Q**    And is this a photograph of Thomas Caldwell?

14   **A**    Yes.  At the very top.

15   **Q**    And when was this photograph taken?

16   **A**    January 6th.

17   **Q**    Do you know the approximate location?

18   **A**    At the U.S. Capitol.

19   **Q**    And did Caldwell go by the nickname C-A-G or CAG?

20   **A**    Yes, he did.

21   **Q**    All right.  Now, are you aware of an individual named

22   Todd Kandaris?

23   **A**    Yes, sir.  I am.

24   **Q**    And who is he, generally?

25   **A**    Mr. Kandaris was an Oath Keeper -- an Oath Keeper

1    from -- I believe he was from Arizona as well.

2                    MR. NESTLER:  If we could show his photograph

3    here on Government Exhibit 1531.

4    BY MR. NESTLER:

5    **Q**    And is this a still frame from the Comfort Inn

6    surveillance video of Mr. Kandaris at that hotel?

7    **A**    Yes, sir.  It is.

8    **Q**    And what was his nickname on Signal?

9    **A**    He went by Prometheus.

10   **Q**    And, next, are you aware of someone named Kenneth

11   Bittner?

12   **A**    Yes, sir.  I am.

13   **Q**    Who was he?

14   **A**    He was an Oath Keeper from Florida.

15   **Q**    And is this a still frame of him on Government

16   Exhibit 1531 from the Comfort Inn surveillance video?

17   **A**    Yes, sir.

18   **Q**    And what was his nickname listed here?

19   **A**    Gator Kane.  He also went by Gator or sometimes Cape

20   Kane.

21   **Q**    And then finally are you aware of someone named

22   Jeffrey Paul Stamey?

23   **A**    Yes, sir.

24   **Q**    And who was he?

25   **A**    Mr. Stamey was the western state leader of the North

1    Carolina Oath Keepers.

2    **Q**    And on Government Exhibit 1531, is this showing a

3    photograph or a still frame of Paul Stamey from the Comfort

4    Inn in Ballston, Virginia?

5    **A**    Yes, sir.  It does.

6    **Q**    Thank you.

7              MR. NESTLER:  Ms. Badalament, you can take

8    that one down.

9    BY MR. NESTLER:

10   **Q**    Okay.  Now, in connection with this investigation, you

11   indicated you've reviewed hundreds, if not thousands, of

12   messages, is that right?

13   **A**    That's correct.

14   **Q**    I want to pull up on the screen for you, Agent Harris,

15   Government Exhibit 6770.

16             And are you aware of what this is?

17   **A**    Yes.  This is a Signal message posted to the Old

18   Leadership chat.

19   **Q**    And does this entire exhibit contain many different

20   messages from the approximate early November of 2020

21   timeframe?

22   **A**    Yes, sir.

23   **Q**    Have you compared these messages to the original

24   extractions from when they were pulled out of the phones or

25   other devices or other accounts?

1    **A**    I have.

2    **Q**    They appear to be accurate?

3    **A**    They do.

4              MR. NESTLER:  The government moves into

5    evidence Exhibit 6770.

6              THE COURT:  Hearing no objection, Exhibit 6770

7    is admitted.

8              MR. NESTLER:  Thank you.

9    BY MR. NESTLER:

10   **Q**    So let's start here, Agent Harris.  What's the date of

11   this message?

12   **A**    November 4th, 2020.

13   **Q**    And is it correct that the presidential election

14   occurred on November 3rd of 2020?

15   **A**    That's correct.

16   **Q**    And where was this message sent?

17   **A**    To the Old Leadership chat.

18   **Q**    And if we look at the bottom here, we can see that

19   name numbering system we talked about earlier, is that

20   right?

21   **A**    That's correct.

22   **Q**    So this is the 12,106th message in that chat?

23   **A**    It is.

24   **Q**    What did someone named Chris write to the Old

25   Leadership chat?

1  **A**      "Well, what's the game plan?  How are we drawing our

2  battle plans as we are now all going to be public enemy

3  number 1 by the tyrants?"

4  **Q**      And how did Stewart Rhodes respond in the next

5  message?

6  **A**      "Remain calm."

7          "Number 2, it ain't over till it's over."

8          "3, don't give legitimacy to an illegitimate

9  fraudulent fraud-infested system.

10          "4, if that system declares Biden the winner, I won't

11  ever recognize him as a legitimate president because of that

12  fraud.  And to that add his corruption, his being a chi com

13  puppet, and all the unconstitutional crap he plans to do.

14          "5, continue to plan to defeat the domestic enemies of

15  the Constitution."

16                    MR. NESTLER:  If we can go to the next,

17  please.

18  BY MR. NESTLER:

19  **Q**      The very next message, what did Stewart Rhodes

20  continue in this chat?  What did he write?

21  **A**      "The left, including the democratic party, has taken

22  off the mask and revealed their totalitarian Marxist

23  America-hating and hate-filled agenda.  They seek our

24  destruction.  They seek the destruction of all we swore to

25  defend.  We must defeat them, even if one of them occupies

1    the White House."

2    **Q**    And this is approximately at what time?

3    **A**    1:39 AM.

4                MR. NESTLER:  If we can go to the next slide,

5    please.

6    BY MR. NESTLER:

7    **Q**    Someone named OK Gator 1 responds.  Do you see that?

8    **A**    Yes, sir.

9    **Q**    And who is OK Gator 1?

10   **A**    That's Mr. Kelly Meggs.

11   **Q**    And what did he write?

12   **A**    Either a "US" or "us."

13               MR. NESTLER:  And if we can go to the next,

14   please.

15   BY MR. NESTLER:

16   **Q**    Later that morning around -- sorry.  Later that day,

17   around 9 PM, what did Rhodes write to this chat?

18   **A**    "We are establishing a QRF for D.C., but we were also

19   establishing regional QRFs in each major region of the

20   nation.  All either combat arms or LEO veterans with needed

21   trained support MOS veterans.  We will get it done."

22   **Q**    Have you seen the abbreviation "LEO" before?

23   **A**    Yes, sir.

24   **Q**    What does it stand for?

25   **A**    Law enforcement officer.

1    **Q**    Have you seen the abbreviation "MOS" before?

2    **A**    Yes, sir.

3    **Q**    What does it stand for?

4    **A**    Military occupational specialty.

5              MR. NESTLER:  And if we can go to the next,

6    please.

7    BY MR. NESTLER:

8    **Q**    A few minutes later, at 9:16 PM that night, what does

9    Rhodes write to the same chat?

10   **A**    "As General Washington told the troops before the

11   battle of Long Island in 1776, the time is now near at hand

12   which must probably determine whether Americans are to be

13   freemen or slaves, whether they are to have any property

14   they can call their own, whether their houses and farms are

15   to be pillaged and destroyed, and themselves consigned to a

16   state of wretchedness from which no human effort will

17   deliver them.  The fate of unborn millions will now depend

18   under God on the courage and conduct of this army.  Our

19   cruel and unrelenting enemy leaves us only the choice of

20   brave resistance or the most abject submission.  We have

21   therefore to resolve to conquer or die.  George Washington."

22   **Q**    Thank you.

23             MR. NESTLER:  If we can go to the next,

24   please.

25   BY MR. NESTLER:

1    **Q**    In a few minutes later on the evening of November 4th

2    of 2020, what did Rhodes continue with?

3    **A**    "Now it will depend on the conduct of us patriots."

4                    MR. NESTLER:  The next slides, please.

5    BY MR. NESTLER:

6    **Q**    And now, the next day, November 5th at 11:14 AM, what

7    did Rhodes write to this group?

8    **A**    "We must refuse to accept Biden as a legitimate

9    winner.  Call out the fraud and theft.  Protect and defend

10   all who are publicly standing against it.  Officials, reps,

11   any, the people, and President Trump."

12        So this was a continuation of that message.  It

13   continued:  "Prepare to defend against communist terrorism

14   and prepare to win the coming war.  We aren't getting

15   through this without a civil war.  Too late for that.

16   Prepare your mind, body, spirit."

17   **Q**    Thank you.

18                    MR. NESTLER:  If we can go to the next,

19   please.

20                    MR. PEED:  Your Honor, if we can get on the

21   phones.

22                    (The following discussion was had between

23                    Court and counsel at sidebar.)

24                    MR. PEED:  At this point in the exhibit, Your

25   Honor, it switches to a complete different string.  It's a

1    Facebook post, as the others were part of a continuous chat,

2    and then it keeps going through -- scrolling through it to

3    various individual texts.

4         So, you know, this exhibit started with a question of

5    what is the plan, and there was a continuous series from a

6    specific chat.  And I don't think that's objectionable, but

7    I don't think the government should be putting, you know,

8    just unconnected messages from Facebook or other texts that

9    are not at all tied to that part of the exhibit.

10                  THE COURT:  This is a Signal message.

11                  MR. NESTLER:  That was a Signal message.  This

12   is a compilation of different messages around the same

13   timeframe.

14                  THE COURT:  I understand, but this, what we're

15   reading now, is a Signal message, right?

16                  MR. PEED:  It's the next page, Your Honor,

17   which is why I asked to get on the phone.

18                  THE COURT:  Okay.

19                  MR. PEED:  Starting at page 12 or 13.

20                  MR. NESTLER:  Correct.  This is a Facebook

21   message, which it clearly says at the top.

22                  THE COURT:  So what's the issue?

23                  MR. PEED:  Two issues.

24        Number 1, I would object to compiling different

25   sources from totally different message streams into one.

1    And, number 2, I have no way to tell the context of

2    this related to the prior one.

3    So, as a general objection -- and this will be just

4    going forward -- I would object to government exhibits which

5    are taking different conversations from different streams

6    like Facebook, individual texts between two people who

7    weren't seen by anyone else and putting them next to Signal

8    chats.  I think this should be Signal chat exhibits so we

9    can see the context and what people are --

10    THE COURT:  Here's how this works.  The

11    government gets to present the evidence it wishes to present

12    in the manner it wishes to present it, unless there is

13    something unduly prejudicial and unfair about it.  You get

14    the opportunity to then cross-examine the witness with other

15    messages you may wish to have the jury see or take apart the

16    actual exhibit that's in front of you.

17    All this is is showing messages from the early periods

18    of post election.  It identifies who the speaker is, it's

19    identifying what the source is.  And, you know, that's all

20    it's doing.  It's under one exhibit number, and that's all

21    that's happening.

22    So, again, if -- hang on -- if there are other chats

23    or other -- excuse me -- messages you want to have brought

24    in, you can then make a completeness objection before the

25    evidence is presented, or you can use it to cross-examine

1    the evidence.  I mean, you can use it to cross-examine a

2    witness.  There's nothing improper about sequencing evidence

3    from different sources at all.

4                    MR. PEED:  Well, if it's one exhibit, I assume

5    it's a summary, so it's coming under that.

6                    THE COURT:  It's not coming in as summary.

7    These are separate individualized communications that are

8    coming in under one exhibit number.  This is not a summary

9    exhibit.

10                   MR. PEED:  Well, I think it's -- my objection

11   is that it's prejudicial to have the start of the exhibit

12   say what is the plan and then the series of messages as if

13   that's answering the question --

14                   THE COURT:  Well --

15                   MR. PEED:  -- from different sources.

16                   THE COURT:  -- as I said, feel free to

17   cross-examine to ensure the jury understands that.  But as

18   it stands right now, every slide in this exhibit identifies

19   the date, the time, who the speaker is, and the source of

20   the comment.  So I don't know that the jury would be

21   confused in the manner that you suggest, but if you want to

22   disabuse of any potential confusion, you're welcome to do so

23   through cross-examination, okay?

24                   (Sidebar concluded.)

25   BY MR. NESTLER:

1    **Q**    Agent Harris, what are we looking at here?

2    **A**    This is a Facebook comment posted by Mr. Kelly Meggs.

3    **Q**    What's the date and time of the Facebook comment post?

4    **A**    November 9th, 2020, at 6:13 AM.

5    **Q**    And down at the bottom here, we see this is from

6    Government Exhibit 200.T.89.  Do you see that?

7    **A**    Yes, I do.

8    **Q**    Did the FBI search Kelly Meggs's Facebook records?

9    **A**    Yes, sir.

10   **Q**    So is this coming from Meggs's Facebook records?

11   **A**    It is.

12   **Q**    And you see on the top it says this Facebook comment

13   on a post from November 7th?

14   **A**    Yes, sir.

15   **Q**    Why does it say that?

16   **A**    So this is just the comment, it's not an original

17   post.

18   **Q**    For those of us who are not familiar with Facebook,

19   can you walk us through how that works?

20   **A**    Yes.  So people can post things on Facebook.  I think

21   most people, a lot of us, use Facebook.

22        So people post things on Facebook, and people can

23   comment.  In this case here, just for a little background

24   surrounding the way the FBI receives these records, these

25   are obtained usually via search warrant to Facebook.  Based

1    off of the warrant, we can get content of a particular

2    user's Facebook, and that only shows us that user's content.

3         So in this case Mr. Meggs commented on another

4    Facebook user's post.  We don't get to see what their

5    original post was, only what Mr. Meggs commented on that

6    post.

7    **Q**    So the FBI knows the original post happened on

8    November 7th, is that right?

9    **A**    That's correct.

10   **Q**    But it doesn't know who posted it or what they said?

11   **A**    Correct.

12   **Q**    Thank you.

13        So what was it that Kelly Meggs wrote in his comment

14   on someone else's post here on November 9th?

15   **A**    "Didn't do it.  A lot of people here are talking.  I

16   don't see anybody doing it.  I used to say hell, yeah, and

17   let's go.  Then I did it.  Now I laugh when I see people say

18   it.  If you're waiting for it to come to your street, you're

19   going to die.  You aren't trained, you don't have any

20   experience, and you might do some shooting, but that's not

21   combat or riots.  This fight is face to face, not far away.

22   If you're ready to really join the fight, DM me.  If it --

23   you're going to keep talking on Facebook, remember there are

24   people doing shit."

25   **Q**    And just to be clear, as we go through this throughout

1    the trial, sometimes there's a "/1" or a "/2" at the bottom

2    here?

3    **A**    Yes, sir.

4    **Q**    What is that indicating?

5    **A**    It just means it's multiple messages, but -- it's the

6    same message but multiple pages.  It's a continuation.

7    **Q**    If we put it all on the same slide, that font would be

8    really small?

9    **A**    Yeah.  And we probably wouldn't be able to read it

10    all.

11                    MR. NESTLER:  Now, if we can go to the next

12    slide, please, Ms. Badalament.

13    BY MR. NESTLER:

14    **Q**    Now, that was the morning of November 9th, is that

15    right?

16    **A**    Yes, sir.

17    **Q**    Now we're here on the evening of November 9th at

18    6:45 PM.  What did Stewart Rhodes write to the Old

19    Leadership chat?

20    **A**    "Heads up, doing a national OK members call tonight at

21    8:30 PM Eastern Standard time on the election fraud issue

22    and what we are doing to fight it."

23            He also followed up with the information needed to log

24    in to that call.

25    **Q**    And what was the name of the call?

1    **A**    The Oath Keepers National Election Call.

2    **Q**    And then what?

3    **A**    "Members only tonight."

4                MR. NESTLER:  If we can go to the next slide.

5    BY MR. NESTLER:

6    **Q**    And is this just information for how to access that

7    call?

8    **A**    Yes, it is.

9    **Q**    Okay.  Now, do you see here that the access is from

10   something called GoToMeeting?

11   **A**    Yes, sir.  I do.

12   **Q**    Do you know what GoToMeeting is?

13   **A**    I do.

14   **Q**    Can you please describe it.

15   **A**    GoToMeeting is a -- it's a meeting platform similar to

16   Zoom, so you can host conference calls, video calls, things

17   of that nature.

18   **Q**    And have you reviewed GoToMeetings records in

19   connection with this investigation?

20   **A**    Yes, sir.  I have.

21               MR. NESTLER:  If we can show the witness

22   Government Exhibit 1525.

23        And if you could just scroll in on the top up here,

24   please, Ms. Badalament, on the top left corner.

25   BY MR. NESTLER:

1208

1     **Q**     So when the FBI gets records from GoToMeeting, what do

2     they look like?

3     **A**     So in this case when I reviewed the GoToMeetings, they

4     came in an Excel format, hundreds of rows and columns and

5     lots of data.

6     **Q**     And is this exhibit here, Government Exhibit 1525, a

7     summary of some of that data?

8     **A**     It is.

9                 MR. NESTLER:  And the government at this time

10    moves Government Exhibit 1525 into evidence.

11                THE COURT:  Hearing no objection, 1525 will be

12    admitted.

13                MS. HALIM:  I do not have an objection, Your

14    Honor.

15                MR. NESTLER:  Thank you.

16          And now if we can go to the second page,

17    Ms. Badalament.

18          And we're just going to highlight the November 9th

19    call.

20    BY MR. NESTLER:

21    **Q**     There are lots of different GoToMeeting records in

22    this summary exhibit, is that right?

23    **A**     Yes, sir.

24                MR. NESTLER:  For now we just want to blow up

25    November 9th.  Thank you.

1    BY MR. NESTLER:

2    **Q**    Okay.  So what's the date and time of this call?

3    **A**    November 9th, 2020, at 8:25 PM.

4    **Q**    And what was the subject of the call?

5    **A**    "Oath Keepers national call, members only."

6    **Q**    And what was the full duration?

7    **A**    125 minutes.

8    **Q**    Now, on the right-hand side here we see "participant

9    ID" and then "name."  Do you see that?

10   **A**    Yes, sir.  I do.

11   **Q**    What are we looking at there?

12   **A**    So on the left where it says "participant ID," that's

13   how the -- the users showed up on the call.  So however they

14   logged in.  And the names are what -- through our

15   investigation how we were able to identify them, so we know

16   who they were.

17   **Q**    So some people can log in with a phone number, is that

18   right?

19   **A**    Yes, sir.

20   **Q**    Or a user name?

21   **A**    Yes, sir.

22   **Q**    Or their true name?

23   **A**    Correct.

24   **Q**    Okay.  And so who were the people --

25                MR. NESTLER:  If you could go back to that,

1    Ms. Badalament.

2    BY MR. NESTLER:

3    **Q**    Who were the people on the right-hand side who are

4    selected here who logged in?

5    **A**    So these aren't all the people that were on that call.

6    This is a selection of names we put into this exhibit.  But

7    it was Mr. Stewart Rhodes, Mr. Don Siekerman, Mr. Kelly

8    Meggs, Mr. Kenneth Harrelson, Mr. Joseph Hackett, Mr. Mike

9    Adams, Ms. Jessica Watkins, Mr. Doug Smith, Mr. Paul Stamey,

10   and Mr. Abdullah Rasheed.

11   **Q**    Okay.  Now, leaving aside Mike Adams, who we'll go to

12   in a minute, the rest of them and Abdullah Rasheed,

13   and we've already heard the rest of the names today, is that

14   correct?

15   **A**    Yes, sir.

16   **Q**    All right.  Now, that final name, Abdullah Rasheed, do

17   you know who that individual is?

18   **A**    Yes, sir.  He was an Oath Keeper.

19              MR. NESTLER:  And if we can now show Agent

20   Harris Government Exhibit 6610.

21   BY MR. NESTLER:

22   **Q**    And, just to be clear, we talked about GoToMeeting.

23   Does GoToMeeting record audio of the calls that are

24   happening on their platform?

25   **A**    No, sir.

1    **Q**    So the FBI's only able to get from GoToMeeting the

2    records of the call, is that right?

3    **A**    That's correct.

4    **Q**    So any of those other GoToMeetings, the FBI doesn't

5    have access to what was actually said?

6    **A**    No, sir.

7    **Q**    Now, Government Exhibit 6610, have you seen this

8    before?

9    **A**    Yes, sir.  I have.

10   **Q**    What is it?

11   **A**    It's -- it's a tip submitted online to the FBI.

12   **Q**    And who submitted the tip?

13   **A**    Mr. Abdullah Rasheed.

14   **Q**    That same person we saw, according to the GoToMeeting

15   records, was in that November 9th call?

16   **A**    That's correct.

17            MR. NESTLER:  The government moves into

18   evidence Government Exhibit 6610.

19            MS. HALIM:  Can we ask the government to flip

20   through each page before --

21            MR. NESTLER:  Sure.

22                 (Pause in proceedings.)

23            MS. HALIM:  No objection.  Thank you.

24            THE COURT:  Thank you.  6610 will be admitted.

25            MR. NESTLER:  Thank you.

1    BY MR. NESTLER:

2    **Q**    And there's a lot of redactions on this, is that

3    correct, Agent Harris?

4    **A**    Yes, sir.  That's correct.

5    **Q**    The version you initially reviewed, did it have the

6    redactions on it?

7    **A**    I've seen both.

8    **Q**    You've seen the unredacted and the redacted versions?

9    **A**    Yes, sir.

10   **Q**    We're going to work off of the redacted version.

11              THE COURT:  I'm sorry, Mr. Nestler.

12         Ladies and gentlemen, just a point of explanation.

13         Sometimes you will receive exhibits in evidence which

14   are redacted, that is certain portions of the exhibits have

15   been removed.  They had been removed based upon rulings by

16   me concerning the relevance or other matters relating to the

17   exhibits.  You should not speculate as to what is behind the

18   redacted portions, that is the blacked-out portions, or the

19   reasons why those portions are blocked out.

20              MR. NESTLER:  Thank you, Your Honor.  I

21   appreciate that.

22         If we can just highlight the date at the top here,

23   Ms. Badalament.

24   BY MR. NESTLER:

25   **Q**    And so what date did Abdullah Rasheed send a tip to

1    the FBI about this November 9th, 2020, GoToMeeting call?

2    **A**    November 25th, 2020.

3    **Q**    And did the FBI eventually obtain from Abdullah

4    Rasheed an audio recording of a portion of that

5    November 9th, 2020, GoToMeeting?

6    **A**    Yes, sir.

7                MR. NESTLER:  If we can now go to Government

8    Exhibit 1000.SS, for screenshot.

9    BY MR. NESTLER:

10   **Q**    And have you reviewed the audio recording that the FBI

11   obtained from Abdullah Rasheed?

12   **A**    Yes, sir.  I have.

13   **Q**    And this is Government Exhibit 1000.SS.  Is this a

14   screenshot of that recording?

15   **A**    It is.

16                MR. NESTLER:  The government moves this into

17   evidence, Your Honor.

18                MR. PEED:  No objection.

19                THE COURT:  1000.SS will be admitted.

20   BY MR. NESTLER:

21   **Q**    And can you tell here how this recording was made

22   based on your expertise -- or -- sorry -- your experience in

23   using phones?

24   **A**    It appears that a device was used to video record the

25   screen and audio of another cellular phone.

1    **Q**    Two phones basically working?

2    **A**    That's correct.

3    **Q**    All right.  And so how long had the call been going on

4    at the time this recording started?

5    **A**    13 minutes and 41 seconds.

6    **Q**    And how long is this recording in length?

7    **A**    Just under -- just over 29 minutes.

8    **Q**    And we saw earlier that the call itself lasted for

9    about two hours, is that right?

10   **A**    That's correct.

11   **Q**    And have you reviewed the recording itself?

12   **A**    Yes, sir.

13   **Q**    And has the government prepared clips of that

14   approximately 29-minute recording from Mr. Rasheed with

15   transcripts to help understand some of the voices?

16   **A**    Yes, sir.

17             MR. NESTLER:  At this time the government

18   moves into evidence Government Exhibits 1000.1 through

19   1000.11, each with a TR at the end, should indicate the

20   version with the transcript.

21             MR. PEED:  Objection.

22             THE COURT:  I'm sorry?

23             MR. PEED:  Objection.

24             (The following discussion was had between

25             Court and counsel at sidebar.)

1    MR. PEED:  Objection to 1007, to the

2    transcript.  I think it's inaccurate and it contradicts

3    transcripts the government has provided us from

4    stenographers.  And, in general, I would object to

5    transcripts being more than demonstrative.

6    THE COURT:  Okay.  And what about 1000.7 is,

7    in your view, inaccurate?

8    MR. PEED:  The last word should be "coverage."

9    That was in -- that's how it was in all of the stenographer

10   transcripts provided by the government.  And I have listened

11   to it and believe that is the right word.

12   THE COURT:  Okay.

13   MR. NESTLER:  I've listened to it and don't...

14   THE COURT:  So this is how we dealt with this

15   last time, and I'm prepared to deal with it in the same way,

16   which is to admit these exhibits, including the transcripts.

17   I will advise the jury that the transcripts are not

18   evidence, that they're simply being provided to assist the

19   jury in its understanding of the audio, that the audio is

20   the evidence itself.  If there's any difference between the

21   transcripts and the audio, it is the audio that controls.

22       To the extent defense believes any transcript is

23   incorrect, it is free to submit its own transcript.  That is

24   the procedure that's been blessed by the Circuit.  And given

25   the number of audio recordings in this case and the volume

1    of evidence, I do think it is helpful to the jury to have

2    transcripts with it to review during its deliberations.

3         So simply because there is a perceived error doesn't

4    make the exhibit inadmissible, nor does it make the

5    transcripts admissible.  But the defense has the opportunity

6    to submit any different transcripts it believes are more

7    accurate.

8                          (Sidebar concluded.)

9                    MR. NESTLER:  Let's start with 1,000.1,

10   Ms. Badalament.

11                        (Audio played.)

12                   MR. NESTLER:  And we'll go to 1000.2.

13                   THE COURT:  Before you play that next exhibit,

14   Mr. Nestler, if I could just...

15        Ladies and gentlemen, you are receiving recordings of

16   conversations that have been identified as eyewitnesses and

17   that will be admitted into evidence.  In other words, these

18   recordings of the conversations are being admitted into

19   evidence.

20        Transcripts of the recorded conversations with which

21   you are seeing on the screen are being furnished for your

22   convenience and guidance as you listen to the tapes to

23   clarify portions of the tape which are difficult to hear and

24   to help you identify speakers.

25        Recordings, however, are the evidence in the case; the

1    transcripts are not.  If you notice any difference between

2    the transcripts and the recordings, you must rely only on

3    the recordings and not the transcripts.

4         In addition, if you cannot determine from the

5    recording that particular words were spoken, you must

6    disregard the transcripts as far as those words are

7    concerned.

8                    MR. NESTLER:  Thank you, Your Honor.

9         Now go to 1000.2.

10                         (Audio played.)

11                    MR. NESTLER:  If we could now go to 1000.3,

12   please.

13                         (Audio played.)

14                    MR. NESTLER:  If we can now go to 1000.4.

15                         (Audio played.)

16                    MR. NESTLER:  We can now go to 1000.5.

17                         (Audio played.)

18                    MR. NESTLER:  That was the second part of it.

19         Let's go to the first part of 1000.5.

20                         (Audio played.)

21                    MR. NESTLER:  Go to 1000.6, please,

22   Ms. Badalament.

23                         (Audio played.)

24                    MR. NESTLER:  We can go to 1000.7, please,

25   now.

```
 1                        (Audio played.)

 2    BY MR. NESTLER:

 3    Q     Just to be clear, Agent Harris, did the FBI record

 4    this call?

 5    A     We did not.

 6    Q     Thank you.

 7               MR. NESTLER:  If we can go to the next slide,

 8    Ms. Badalament.

 9                        (Audio played.)

10               MR. NESTLER:  If we can now go to 1000.8,

11    please, Ms. Badalament.

12                        (Audio played.)

13    BY MR. NESTLER:

14    Q     And, Agent Harris, do you see a reference from

15    Mr. Rhodes to Serbia there?

16    A     Yes, sir.

17    Q     Did Mr. Rhodes send any messages about what happened

18    in Serbia at this time?

19    A     He did.

20    Q     We'll get to those once these audio clips are over.

21               MR. NESTLER:  Now, if we can go to 1000.9,

22    please, Ms. Badalament.

23                        (Audio played.)

24               MR. NESTLER:  Now 1000.10.

25                        (Audio played.)
```

1    BY MR. NESTLER:

2    **Q**    And do you know who Ms. Watkins is?

3    **A**    That's Ms. Jessica Watkins.

4    **Q**    Thank you.

5                         (Audio played.)

6    BY MR. NESTLER:

7    **Q**    And do you know who Mr. Meggs is?

8    **A**    That's Mr. Kelly Meggs.

9    **Q**    Thank you.

10                   MR. NESTLER:  Last part of this clip,

11   Ms. Badalament.

12                         (Audio played.)

13                   MR. NESTLER:  And then the final piece of this

14   exhibit, please, 1000.11, Ms. Badalament.

15                         (Audio played.)

16                   MR. NESTLER:  Okay.  Thank you,

17   Ms. Badalament.

18        We can go back to Government Exhibit 6770, please.  I

19   think we were on slide 17.

20   BY MR. NESTLER:

21   **Q**    And, Agent Harris, we heard voices on there from Kelly

22   Meggs, Jessica Watkins, is that right?

23   **A**    Yes, sir.

24   **Q**    Are you aware of them sending messages on the night of

25   November 9th and the date of November 10th referencing this

1    call?

2    **A**    I am.

3    **Q**    And so here back on Government Exhibit 6770 we're on

4    the messages from another source, is that right, down here,

5    192?

6    **A**    Yes, sir.

7                    MR. NESTLER:  And I'll now go back the

8    stipulations we were reading, Government Exhibit 3050.

9            January 17th, 2021, the FBI recovered Government

10    Exhibit 192 from Jessica Watkins, a Samsung cellular

11    telephone.

12            And now if we can go back to 6770, Ms. Badalament.

13    BY MR. NESTLER:

14    **Q**    And so did the FBI extract data from Ms. Watkins's

15    phone?

16    **A**    Yes.

17    **Q**    And so that phone is the Government Exhibit 192, is

18    that right?

19    **A**    Yes, sir.

20    **Q**    And then there's a T after that.  Do you see that?

21    **A**    Yes, sir.

22    **Q**    What does a T mean instead of an S?

23    **A**    Text message.

24    **Q**    And this is the numbering system from the extraction

25    of that phone at 4:18, is that right?

1    **A**    That's correct.

2    **Q**    What did Jessica Watkins say to somebody else at

3    9:39 PM on the evening of November 9th of 2020?

4    **A**    "We can have mace, tasers, or nightsticks.  QRF

5    staged, armed with our weapons outside the city."

6                    MR. NESTLER:  Next slide, please.

7    BY MR. NESTLER:

8    **Q**    One minute later, what does she say?

9    **A**    "If it gets bad, the QRF to us with weapons for us."

10                   MR. NESTLER:  Next slide, please.

11   BY MR. NESTLER:

12   **Q**    Now, the next day, that was the night of November 9th,

13   is that right?

14   **A**    Yes, sir.

15   **Q**    Now, the next morning is November 10th at 6:50 AM, do

16   you see that?

17   **A**    Yes, sir.

18   **Q**    First of all, remind us who OK Gator 1 is.

19   **A**    OK Gator 1 is Mr. Kelly Meggs, the leader of the

20   Florida Oath Keepers.

21   **Q**    And what did he write to the OKFL Hangout chat?

22   **A**    "Anybody not on the call tonight, we have been issued

23   a call to action for D.C.  This is the moment we signed up

24   for."

25   **Q**    Okay.

1222

```
 1              MR. NESTLER:  Now, if we can go to Government
 2   Exhibit 1002, please, Ms. Badalament.
 3   BY MR. NESTLER:
 4   Q     Earlier we heard Stewart Rhodes reference something
 5   about what happened in Serbia.  Did you hear that?
 6   A     Yes, sir.
 7   Q     And have you seen references to that from other
 8   messages from Mr. Stewart Rhodes?
 9   A     I have.
10              MR. NESTLER:  We're looking here at Government
11   Exhibit 1002.
12         If you go to next page, please, Ms. Badalament.
13   BY MR. NESTLER:
14   Q     Can you tell us what this is, Agent Harris.
15   A     Yes.  This is an excerpt posted to the Oath Keepers
16   website.
17              MR. NESTLER:  The government moves into
18   evidence Government Exhibit 1002.
19              MS. HALIM:  No objection.
20              THE COURT:  All right.  1002 will be admitted.
21              MR. NESTLER:  And if we can highlight the text
22   over here, Ms. Badalament.  Just over here.
23   BY MR. NESTLER:
24   Q     Okay.  Who posted this to the Oath Keepers website?
25   A     Mr. Stewart Rhodes.
```

1    **Q**    On what date?

2    **A**    November 10th, 2020.

3    **Q**    And what did he title this?

4    **A**    "Call to action, march on D.C.  Stop the steal, defend

5    the president, and defend the deep state."

6              MR. NESTLER:  And if we can now go back to the

7    document itself and go down to page 4, please,

8    Ms. Badalament.

9          And starting with "what we the people must do" at the

10   bottom, if we can highlight that.

11   BY MR. NESTLER:

12   **Q**    And what did Stewart Rhodes write under the heading

13   "what we the people must do"?

14   **A**    "A patriot from Serbia who also loves America shows us

15   the way.  What we have done and what you probably need to

16   do.  Peaceful protests, good, well played, round one.  A

17   complete civil disobedience.  They are not your

18   representatives, they are foreign puppet government.

19   Connect with the local police and start organize by

20   neighborhoods to stay safe.  We didn't need this step.  We

21   swarmed the streets and started confronting the opponents.

22   I know, not nice, but it must be done if the institutions

23   stop to exist.  Millions gather in our Capitol.  There were

24   no barricades strong enough to stop them nor the police

25   determined enough to stop them.  Police and military align

1    with the people after a few hours of fistfight.  We storm

2    the parliament and burn down fake state television.  We won.

3    However, we made a mistake.  We have not removed all of his

4    people from their positions.  That was the only mistake."

5    **Q**    Thank you.

6                    MR. NESTLER:  We can go down to the top of the

7    next page, please.

8    BY MR. NESTLER:

9    **Q**    How did he continue?

10   **A**    "They are going to fight to the end.  You must do the

11   same.  Take that glorious flag from the chest, that old flag

12   your ancestors flew while fighting for liberty.  Kiss your

13   old Garand and your bible.  Do what you need to do.  You

14   have it in your genes.  Make your grandparents proud, and

15   make your future grandsons proud.  God bless America."

16   **Q**    Thank you.

17                   MR. NESTLER:  Now, Ms. Badalament, down to the

18   bottom starting there.

19            No.  The middle section, please.

20   BY MR. NESTLER:

21   **Q**    And how did Rhodes continue?

22   **A**    He said:  "The man knows of what he speaks.  Stand now

23   or kneel forever.  We must stand and we will stand.  Last

24   night on a conference call with Oath Keepers from around the

25   country, I urged them to stop at Arlington National Cemetery

1    on there way to D.C. to visit their brothers and sisters to

2    reflect on all they gave for this nation.  Many of them have

3    given their lives with many of them dying in their teen

4    years, they passed the torch of freedom to us.  Now it is

5    our watch, and now it is our time to stand in the breach.

6    As the late, great cowboy patriot LaVoy Finicum said, it

7    doesn't matter how it ends, it matters how you stand.  On

8    your feet.  Stand up.  Hook up.  Check equipment.  And

9    shuffle to the door, my brothers and sisters.  Stewart

10   Rhodes, found of the Oath Keepers."

11   **Q**    How did he list his credentials underneath that?

12   **A**    "U.S. Army Airborne, disabled veteran, voluntary

13   firefighter veteran, Yale Law School graduate, former member

14   of Republican Ron Paul's D.C. staff."

15   **Q**    And this Serbian plan that you see posted here on Oath

16   Keepers website on November 10th, have you seen Rhodes post

17   that in other places?

18   **A**    I have.

19   **Q**    Where?

20   **A**    In I believe the Old Leadership chat, and there was

21   another chat called the Friends of Stone chat.

22            MR. NESTLER:  And if we could go back to 1557,

23   please, Ms. Badalament.

24        And if we can go here, the Old Leadership chat.

25   BY MR. NESTLER:

1  **Q**    And so other members were in this chat, is that

2  correct?

3  **A**    That's correct.

4  **Q**    And then you said the Friends of Stone chat, is that

5  right?

6  **A**    Yes, sir.

7              MR. NESTLER:  If we can go down to the final

8  slide in 1557.

9  BY MR. NESTLER:

10  **Q**    This is the FOS, or Friends of Stone, chat, is that

11  right?

12  **A**    That's correct.

13  **Q**    And who else aside from Stewart Rhodes was in this

14  chat amongst other people?

15  **A**    Roger Stone, Alex Jones, Ali Alexander, Kellye

16  SoRelle, and Enrique Tario.

17  **Q**    You indicated that Rhodes posted this same Serbian

18  plan to this chat around the same time?

19  **A**    Yes, sir.

20  **Q**    And who is Enrique Tario?

21  **A**    He's the leader of the Proud Boys.

22              MR. NESTLER:  If we can now go back the 6770,

23  please, Ms. Badalament.

24  BY MR. NESTLER:

25  **Q**    And we last left off around November 10th reading

1    messages here, is that right, Agent Harris?

2    **A**    Yes, sir.

3    **Q**    Now, this message is from about a week later, is that

4    fair to say?

5    **A**    That's correct.

6    **Q**    And who's the message from?

7    **A**    It's from Jessica Watkins.

8    **Q**    And who is it to?

9    **A**    A contact saved in her phone as Recruit Leah, OSRM.

10   **Q**    And based on your investigation in this case, do you

11   know what OSRM means?

12   **A**    Yes, that's the Ohio State Regular Militia, which was

13   a militia group Ms. Jessica Watkins led out of Ohio.

14   **Q**    And what did Watkins say to Recruit Leah from her

15   militia group at 1 PM on November 17th?

16   **A**    "Well, if Biden gets the steal, none of us have a

17   chance in my mind.  We already have our neck in the noose,

18   they just haven't kicked the chair yet."

19   **Q**    How did Recruit Leah respond?

20   **A**    She asks:  "So I should get comfortable with the idea

21   of death?"

22   **Q**    And the next slide, what did Watkins say?

23   **A**    "That's why I do what I do."

24   **Q**    And then the next slide, how did Recruit Leah respond?

25   **A**    "I hope the training will help me be okay with dying

1    for country."

2    **Q**    And based on your review of Watkins's messages, had

3    she been discussing training with Recruit Leah prior to

4    this?

5    **A**    Yes.  That's correct.

6                    MR. NESTLER:  Now, different set of messages.

7    6771, please.

8    BY MR. NESTLER:

9    **Q**    Are you aware of a couple of messages showing

10   connection between the southeast region and the Florida

11   region of the Oath Keepers?

12   **A**    Yes, sir.

13   **Q**    Is that reflected here in Government Exhibit 6771?

14   **A**    It is.

15                   MR. NESTLER:  The government moves 6771 into

16   evidence.

17                   THE COURT:  6771 will be admitted.

18   BY MR. NESTLER:

19   **Q**    And we left off with Watkins talking on November 17th

20   to Recruit Leah, is that right?

21   **A**    Yes, sir.

22   **Q**    So on that same date, November 17th of 2020, who was

23   sending this message?

24   **A**    A user named hydro AL, which is Joshua James, the

25   leader of the southeast -- southeast Oath Keepers, which

1       were primarily from Alabama and Georgia.

2       **Q**      And was James located in Florida?

3       **A**      No.

4       **Q**      And where was he sending this message to?

5       **A**      It was to the OKFL, which is the Oath Keepers Florida

6       Hangout chat.

7       **Q**      And what did Joshua James say to the Florida Hangout

8       chat?

9       **A**      "Alabama checking in."

10                      MR. NESTLER:  Next slide, please.

11      BY MR. NESTLER:

12      **Q**      How did he continue?

13      **A**      "Standing by, on call, 24/7."

14      **Q**      Okay.  And now are you also aware of any messages

15      showing the North Carolina group of Oath Keepers

16      communicating with other people around this time?

17      **A**      Yes, sir.  I am.

18      **Q**      If we could show you Government Exhibit 6772.

19              And does this set of messages reflect communications

20      with people from North Carolina?

21      **A**      Yes, sir.  It does.

22                      MR. NESTLER:  The government moves into

23      evidence 6772.

24                      THE COURT:  6772 will be admitted.

25      BY MR. NESTLER:

1    **Q**    And before we read the first message, we see down

2    here, it starts with Government Exhibit 22, is that right?

3    **A**    Yes, sir.

4                MR. NESTLER:  I'll now read the other part of

5    the stipulation from Government Exhibit 3050, that the FBI

6    obtained the following device on January 19th of 2021,

7    Government Exhibit 22, from Thomas Caldwell, a black Samsung

8    phone in a blue case.

9    BY MR. NESTLER:

10   **Q**    And so, as we talked about earlier, the FBI got data

11   off of Caldwell's phone, is that correct?

12   **A**    Yes, sir.  That's correct.

13   **Q**    And remind us who Caldwell is.

14   **A**    Thomas Caldwell.

15   **Q**    And who was Caldwell sending a message to here on

16   December 4th of 2020?

17   **A**    Paul Stamey, which is the -- he's the western state

18   lead of the North Carolina Oath Keepers.

19   **Q**    And what did Caldwell from Virginia say to Stamey in

20   North Carolina on the night of December 4th?

21   **A**    "Ranger made me think, though he didn't say it in so

22   many words, that maybe I should be planning a much bigger op

23   for like when we have to roll into town to actually save the

24   republic.  It seems that the Ohio crew is considering this

25   next march next weekend, so someone must have reached out to

1    them."

2                        MR. NESTLER:  And if we can go to the next,

3    please.

4    BY MR. NESTLER:

5    **Q**    And remind us, where is Donovan Crowl from?

6    **A**    He's from Ohio.

7    **Q**    And this is another new item number, is that right?

8    **A**    Yes, sir.  It is.

9                        MR. NESTLER:  Okay.  And I'll now go back to

10   the stipulations.  Government Exhibit 3050.  The FBI

11   recovered on January 20th of 2021, Government Exhibit 200

12   from Donovan Crowl, a black Motorola Moto cellular telephone

13   with phone number ending 6843.

14   BY MR. NESTLER:

15   **Q**    Same as before, FBI extracted data from Crowl's phone,

16   is that right?

17   **A**    Yes, it did.

18   **Q**    Remind us, by the way, why does it say "NC Paul

19   Jarhead" over here on the left?

20   **A**    It says that because that was the way it was saved in

21   Mr. Crowl's phone.

22   **Q**    Okay.  And what did Paul Jarhead, Paul Stamey, say to

23   Crowl on the night of December 7th?

24        I'm sorry.  On the morning of December 7th.

25   **A**    "Let's switch to Signal."  And he sent the link to

1    install the Signal application.

2              MR. NESTLER:  If we can go to the next slide,

3    please.

4    BY MR. NESTLER:

5    **Q**    And how did he continue?

6    **A**    "Ranger Smith, please install Signal encrypted

7    end-to-end."

8    **Q**    And if we can now continue.

9    **A**    "Teams, house bed down space, first come, first serve

10   per Ranger Smith."

11   **Q**    And remind us who Ranger Smith is.

12   **A**    That is Doug Smith, the leader of the North Carolina

13   Oath Keepers.

14             MR. NESTLER:  And if we can go to the next

15   slide, please.

16   BY MR. NESTLER:

17   **Q**    Did Paul Stamey send an address to Donovan Crowl?

18   **A**    Yes.  It was an address for Whiteville, North

19   Carolina.

20   **Q**    And then what did he write?

21   **A**    "Location is classified."

22   **Q**    Let's go to a new topic.

23        Have you seen any news coverage of Roberto Minuta and

24   Stewart Rhodes around May 30th of 2020 in the state of New

25   York?

1    **A**     Yes, sir.  I have.

2    **Q**     What kind of news coverage generally did you see?

3    **A**     It was news coverage surrounding Mr. Minuta's tattoo

4    parlor in New York.

5                    MR. NESTLER:  And if we can pull up on the

6    screen for Agent Harris Government Exhibit 1121.1.

7    BY MR. NESTLER:

8    **Q**     Have you reviewed several videos and photographs of

9    that interaction at Mr. Minuta's tattoo parlor in New York?

10   **A**     Yes, sir.  I have.

11   **Q**     And is this a screenshot from one of those videos?

12   **A**     Yes, it is.

13                   MR. NESTLER:  The government moves into

14   evidence 1121.1.

15                   MR. SHIPLEY:  No objection.

16                   THE COURT:  1121.1 will be admitted.

17   BY MR. NESTLER:

18   **Q**     Generally in this video, which is much longer than the

19   screenshot, what's happening?

20   **A**     So Mr. Minuta is the individual on the left, and

21   Mr. Rhodes is the individual on the right.  And Mr. Rhodes

22   is laying down and -- to get a tattoo from Mr. Minuta.

23   **Q**     And what is written on Mr. Minuta's T-shirt?

24   **A**     "Oath Keepers."

25   **Q**     And can you see outside of the store through the

1   windows in the front?

2   **A**    Yes.   Just outside the window is an American flag that

3   was hanging out front of the tattoo parlor.

4   **Q**    And did the FBI have occasion to search Roberto

5   Minuta's Google records?

6   **A**    Yes, sir.

7   **Q**    And when searching his records, did the FBI come

8   across any photos that appeared to be taken around this same

9   time?

10   **A**    Yes, sir.

11                   MR. NESTLER:   We can now go to Government

12   Exhibit 2523.1.

13                        (Pause in proceedings.)

14   BY MR. NESTLER:

15   **Q**    We'll come back to that in a second.

16        Generally, what did that photo, 2325.1, show?

17   **A**    It was a photograph of Mr. Rhodes and Mr. Minuta

18   posing outside of the parlor in front of that same American

19   flag that was hanging out front.

20   **Q**    Was Mr. Rhodes showing off any particular part of his

21   body?

22   **A**    Yes.   He was appearing to hold up his arm to show the

23   fresh tattoo that he had just received.

24   **Q**    So that was back in the summer of 2020, is that right?

25   **A**    Yes, sir.

1    **Q**    Let's fast-forward about six months until about

2    November of 2020.

3                    THE COURT:  Before we zoom forward in time,

4    why don't we take a break.

5          All right.  It's 3:10.  We will resume at 3:25.  See

6    you all shortly.

7                (Recess taken from 3:10 p.m. to 3:27 p.m.)

8                    THE COURT:  Please be seated, ladies and

9    gentlemen.  Welcome back.  We are in the last stretch of our

10   afternoon.

11         So, Agent Harris, come on up.

12   BY MR. NESTLER:

13   **Q**    Agent Harris, we now have found on the screen and put

14   up Exhibit 2523.1, which you were talking about before we

15   broke for the day -- or before we broke for our afternoon

16   break.  Is this the photograph you were talking about?

17   **A**    Yes, sir.  It is.

18   **Q**    And who's the person on the left?

19   **A**    Mr. Minuta.

20   **Q**    And who's the person on the right?

21   **A**    Mr. Stewart Rhodes.

22   **Q**    Thank you.

23         All right.  Now let's fast-forward six months until

24   about November of 2020.

25                    MR. NESTLER:  Sorry.  I'll put it back up.  I

1    was trying to be efficient.

2              THE COURT:  So, 2523.1, that will be admitted.

3    BY MR. NESTLER:

4    **Q**    The person on the left, Agent Harris?

5    **A**    That's Mr. Minuta.

6    **Q**    The person on the right?

7    **A**    Mr. Rhodes.

8    **Q**    Thank you.

9         Now, let's fast-forward six months now to November

10   of 2020.  Did the FBI have occasion to review the data from

11   Mr. Minuta's Facebook account?

12   **A**    Yes, sir.

13   **Q**    And are you familiar with what a Facebook Live is?

14   **A**    I am.

15   **Q**    For those of us who are not familiar, will you please

16   explain what Facebook Live is?

17   **A**    So Facebook Live is just that, it's a live stream of

18   video, right -- where, you know, you can start a live stream

19   video and it can be broadcasted to -- based off the privacy

20   settings that you put on that live stream to your Facebook

21   friends or, if you make it public, anyone who visits your

22   page can see that.  Usually at the end of a live stream, you

23   could publish that live stream to your Facebook profile or

24   to your news feed, and people can go back and view that live

25   stream.

```
 1                   MR. NESTLER:  And we're going to pull up on
 2    the screen for Agent Harris, please, Ms. Badalament,
 3    2004.V.4.MD.
 4    BY MR. NESTLER:
 5    Q    And so, Government's Exhibit 2004, is that the records
 6    from Mr. Minuta's Facebook account?
 7    A    Yes, sir.
 8    Q    Is this the screenshot from the larger excerpt, 2004?
 9    A    It is.
10                   MR. NESTLER:  If we can highlight this,
11    Ms. Badalament.
12    BY MR. NESTLER:
13    Q    And so who was the author of this video?
14    A    Mr. Roberto Minuta.
15    Q    And what was the title of the video?
16    A    "Where is the Outrage?"
17    Q    And what was the date that Mr. Minuta uploaded the
18    video?
19    A    November 7th of 2020.
20    Q    And have you seen the video that was actually
21    uploaded?
22    A    Yes, sir.  I have.
23                   MR. NESTLER:  At this time the government will
24    move into evidence 2004.V.4, which is the video attached to
25    this metadata.
```

1    THE COURT:  All right.  2004.V.4 will be

2    admitted.

3    MR. NESTLER:  And it's about eight-and-a-half

4    minutes long.

5    (Video played.)

6    BY MR. NESTLER:

7    **Q**    Have you watched multiple videos from Mr. Minuta's

8    Facebook account from around this time in November and

9    December of 2020?

10   **A**    Yes, sir.  I have.

11   **Q**    And have you seen additional messages that Mr. Minuta

12   sent around this time in November and December of 2020?

13   **A**    Yes, sir.

14   MR. NESTLER:  We can pull up Government

15   Exhibit 6773, please, Ms. Badalament.

16   BY MR. NESTLER:

17   **Q**    Does this exhibit contain multiple messages sent to

18   and from Mr. Minuta around this timeframe?

19   **A**    Yes.  This was a message that was posted to a public

20   chat forum.

21   **Q**    And throughout this exhibit are there multiple

22   different kinds of messages?

23   **A**    That's correct.

24   MR. NESTLER:  The government moves into

25   evidence Exhibit 6773.

1    MR. SHIPLEY:  I'd like to voir dire just

2    briefly on this exhibit.

3    THE COURT:  Can you just get on the phone real

4    quick?  I'm just curious what you're intending to do.

5    (The following discussion was had between

6    Court and counsel at sidebar.)

7    THE COURT:  Mr. Shipley.

8    MR. SHIPLEY:  My intention is to cover the

9    same subject that Mr. Peed did earlier, that these messages

10   come at different points in time, they're not in the string,

11   and I'm entitled to establish foundationally before they're

12   admitted that that is true.  I can then cross-examine on

13   them afterwards in the same sense that the Court noted, but

14   I think I'm entitled as a foundational basis to have that

15   witness acknowledge that these messages come from different

16   locations at different points in time before they're

17   admitted.

18   THE COURT:  I'm not sure that's true, but if

19   Mr. Nestler wants to elicit those facts and then ask for

20   them to be admitted, then that's fine.

21   MR. NESTLER:  I believe I did just elicit

22   those facts.

23   MR. SHIPLEY:  He just -- he elicited them

24   collectively.  I mean, the right way to do it I believe

25   would be for him to go through and indicate individually one

1    came from Rocketchat, one came from Facebook, one came from,

2    you know, some -- I think there's four sources here, and

3    have the agent acknowledge that so, that way, the jury knows

4    what those references in the upper right-hand corner mean.

5                    THE COURT:  Yeah, okay.  I mean, if you want

6    to lay the foundation in that way, that's fine.  I think

7    you're not giving the jury enough credit.  It's pretty damn

8    obvious where they're coming from, and it's stated on the

9    exhibit, but okay.

10                   MR. SHIPLEY:  I understand, Your Honor, but

11    we're only in day one, so --

12                   THE COURT:  Yeah, I understand, which is why

13    by the time they get this, they will have a firm

14    understanding of it, if they don't already after the first

15    day.

16                   (Sidebar concluded.)

17                   MR. NESTLER:  If we can pull 6777 back up,

18    please.

19        If we can please publish the first page to the jury.

20    BY MR. NESTLER:

21    **Q**    So, Agent Harris, you indicated something on this

22    Rocketchat earlier, is that right?

23    **A**    Yes, sir.

24    **Q**    Can you please explain what Rocketchat is.

25    **A**    Rocketchat was the forum that was connected to the

1  Oath Keepers website so that people could go on there and

2  have open discussions on that forum.

3  **Q**    And did the FBI obtain records from the web provider

4  that hosted Oath Keepers's website to get some of those

5  communications?

6  **A**    Yes, sir.

7  **Q**    Okay.  And have all those communications from

8  Rocketchat been labeled by the government as Government

9  Exhibit 2200?

10  **A**    Yes, sir.

11  **Q**    So is this one message from Rocketchat which we've now

12  labeled as a subpart of that 2200.2?

13  **A**    That's correct.

14  **Q**    And just to remind us all, if there's a "/1" here, it

15  means it's a long message, spreads over multiple slides?

16  **A**    That's correct.

17  **Q**    So what was it that Roberto Minuta posted on the Oath

18  Keepers website, Rocketchat, on the morning of November 8th

19  of 2020?

20  **A**    "Fellow patriots, take this period of uncertainty to

21  make sure provisions and gear is set up properly.  If you

22  were called to action on short notice, what would you be

23  scrambling to organize?  What equipment would be

24  questionable as far as functionality?"

25  **Q**    Then the next slide, please.

1  **A**    "What items have you been procrastinating on

2  purchasing that you would wish you had?  Get that gear set

3  up and ready to deploy on a moment's notice.  This calm

4  before the storm is the perfect opportunity for us to

5  finalize preparedness."

6  **Q**    Thank you.

7              MR. NESTLER:  And the next slide, please.

8  BY MR. NESTLER:

9  **Q**    How does Mr. Minuta continue in this message?

10  **A**    "We must be ready to be in the streets in a controlled

11  manner, Virginia 2A rally style.  We must overtake the

12  streets in massive numbers.  Gather your trusted

13  patriots/veterans/law enforcement, Oath Keepers or not.  I

14  believe we will need all hands on deck."

15  **Q**    And just to be clear, it says "LE," correct?

16  **A**    Yes, sir.

17  **Q**    Have you seen those letters before?

18  **A**    Yes.

19  **Q**    And what do they typically mean?

20  **A**    Law enforcement.

21  **Q**    Now if we can go to the fourth part of this message.

22  **A**    "This is our country, and the time is now or never to

23  save the republic and preserve what is left of our

24  liberties.  On standby in New York/New Jersey.  God bless."

25  **Q**    Thank you.

1             MR. NESTLER:  If we can go to the next slide,

2   please.

3   BY MR. NESTLER:

4   **Q**    Now, that was all one message that was posted on

5   Rocketchat November 8th, is that right?

6   **A**    Yes, sir.  That's correct.

7   **Q**    Now we're in a new message, is that correct?

8   **A**    Yes, sir.

9   **Q**    And so 2004, we indicated earlier that's the exhibit

10  for Mr. Minuta's Facebook records, is that right?

11  **A**    That's correct.

12  **Q**    And in addition to having videos attached on Facebook,

13  can people also write things on Facebook?

14  **A**    Yes, in the form of a post.

15  **Q**    Can you briefly describe what a Facebook post is?

16  **A**    Yes.  It is just an original thought, video, picture,

17  whatever someone wants to post on their Facebook account.

18  **Q**    And what is it that Roberto Minuta posted to Facebook

19  on November 16th of 2020 around 10 AM?

20  **A**    "If you have never been in a literal mob of demonic

21  communists protected by the crooked ass police, then you

22  can't accurately talk about what is really going on in this

23  country.  We are already in civil war.  Choose a side."

24  **Q**    Two days later, on November 18th of 2020 at around

25  7:30 PM, what did Minuta post to Facebook now?

1    **A**      "Was a pleasure to be a part of this security detail

2    for InfoWars.  Revolution time.  I had the pleasure of being

3    part of the security detail with the infamous Proud Boys,

4    Oath Keepers, and InfoWars."

5    **Q**      Now, this is dated November 18th, is that correct?

6    **A**      Yes, sir.

7                  MR. NESTLER:  I now want to go to Government

8    Exhibit 2004.V.6.MD, the metadata portion.

9          And if we could just highlight the text, please,

10   Ms. Badalament.

11   BY MR. NESTLER:

12   **Q**      And, back to Mr. Minuta's Facebook records, are we

13   looking here at the metadata showing another video posted on

14   his Facebook?

15   **A**      Yes, sir.

16                  MR. NESTLER:  If we could please admit this

17   and publish to the jury.

18                  THE COURT:  The number, one more time?

19                  MR. NESTLER:  2004.V.6.MD.

20                  THE COURT:  That exhibit will be admitted.

21   BY MR. NESTLER:

22   **Q**      And what date did Mr. Minuta post this on Facebook?

23   **A**      November 22nd, 2020.

24   **Q**      And what did he call it?

25   **A**      "Data dump.  We are pissing in the wind."

1    **Q**    And have you watched the full video here?

2    **A**    I have.

3    **Q**    And have you watched the excerpts that we made of this

4    full longer video?

5    **A**    I have.

6    **Q**    Is it an -- accurate excerpts?

7    **A**    It is.

8                    MR. NESTLER:  If we can go now to,

9    Ms. Badalament, 2004.V.6.1, which is a clip of that longer

10   video.  Eight seconds long and --

11                   THE COURT:  What was the date?

12                   MR. NESTLER:  November 22nd is the date.  And

13   the exhibit number is 2004.V.6.1.

14                   THE COURT:  All right.  That exhibit will be

15   admitted.

16                   MR. NESTLER:  Thank you.

17        And if we can play it, please, Ms. Badalament.

18                        (Video played.)

19                   MR. NESTLER:  If we could now go back to 6773,

20   please, Ms. Badalament.

21   BY MR. NESTLER:

22   **Q**    So that video was on November 22nd, is that correct?

23   **A**    Yes, sir.

24   **Q**    All right.  Now, we're now a few weeks later here on

25   December 11th.  Do you see that?

1   **A**     Yes, sir.

2   **Q**     And what are we looking at here?

3   **A**     This is a direct message on Signal from Mr. Minuta to

4   Mr. Stewart Rhodes.

5   **Q**     And whose phone was this recovered from?

6   **A**     Mr. Stewart Rhodes's.

7   **Q**     And so there's a direct message exchange between

8   Mr. Minuta and Rhodes on his phone, is that right?

9   **A**     That's correct.

10  **Q**     And what was the date and time of this message?

11  **A**     December 11, 2020, at 8:20 PM.

12  **Q**     And what does Minuta write to Rhodes on December 11th

13  at 8:20 PM?

14  **A**     "Hey, Stewart, can you invite me to the D.C. chat,

15  please."

16                    MR. NESTLER:  Next slide, please.

17  BY MR. NESTLER:

18  **Q**     How does Minuta follow up?

19  **A**     "Rob."

20                    MR. NESTLER:  And then the next slide.

21  BY MR. NESTLER:

22  **Q**     What does Rhodes respond with?

23  **A**     The thumbs-up emoji.

24                    MR. NESTLER:  And then the next slide.

25  BY MR. NESTLER:

1    **Q**    What does -- now, this is a different message chain,

2    is that right?

3    **A**    Yes, sir.

4    **Q**    So describe what this is.

5    **A**    This is a message by Mr. Rhodes to the Irish Whiskey

6    Signal chat group.

7    **Q**    And did we talk about Irish Whiskey earlier today when

8    we went over the different Signal chat groups we were going

9    to talk about?

10   **A**    We did.

11   **Q**    Date and time of this message?

12   **A**    December 11, 2020, at 11:32 PM.

13   **Q**    And what does Rhodes write to the Irish Whiskey Signal

14   chat group on the night of December 11th?

15   **A**    "Added Roberto Minuta, our New York Oath Keepers

16   leader, who is a trained MMA fighter.  He was also an ER

17   medic with extensive trauma experience.  He has his medic

18   bag with him to handle any life-threatening injuries."

19                 MR. NESTLER:  If we can go to the next slide,

20   please.

21   BY MR. NESTLER:

22   **Q**    How does Rhodes continue to the Irish Whiskey group?

23   **A**    "He is one of my most trusted men.  He will be with

24   Don Siekerman in my place at the SCOTUS."  That's the

25   Supreme Court.

1    MR. NESTLER:  If we can go to the next slide,

2    please.

3    BY MR. NESTLER:

4    **Q**    How does Rhodes continue into the Irish Whiskey group?

5    **A**    "Robert, please send a photo of yourself."

6    MR. NESTLER:  And then the next slide, please.

7    BY MR. NESTLER:

8    **Q**    What does Minuta post to the Irish Whiskey group?

9    **A**    A photo of himself.

10    MR. NESTLER:  Then if we can go to the next

11    slide, please.

12    BY MR. NESTLER:

13    **Q**    What does someone named 1800 write to that group?

14    **A**    "Awesome, brother.  Glad to have you on board."

15    MR. NESTLER:  And then the next slide, please.

16    BY MR. NESTLER:

17    **Q**    What does Minuta say to that group?

18    **A**    "It's an honor to be here with you.  Thank you."

19    MR. NESTLER:  And go back one, please.

20    BY MR. NESTLER:

21    **Q**    And so this is November 11th -- sorry -- December 11th

22    of 2020, is that right?

23    **A**    Yes, sir.

24    **Q**    Are you aware of any photographs of Roberto Minuta in

25    D.C. the following day, December 12th of 2020?

1    **A**    Yes, sir.  I am.

2                    MR. NESTLER:  If we can pull up Government

3    Exhibit 1123.1, please, just for Agent Harris.

4         And the government moves for the admission of this

5    photograph pursuant to a 902(11) business certification.

6                    THE COURT:  1123.1 is admitted.

7                    MR. NESTLER:  And if we can publish to the

8    jury, please.

9    BY MR. NESTLER:

10   **Q**    First of all, Agent Harris, can you tell where this

11   photo is taken?

12   **A**    At the U.S. Capitol.

13                    MR. NESTLER:  And if you could highlight the

14   person in the back here, Ms. Badalament, with the hat on.

15   BY MR. NESTLER:

16   **Q**    Can you tell who that person is?

17   **A**    That's Mr. Minuta.

18   **Q**    And can you tell what is on his hat?

19   **A**    It's an Oath Keepers emblem on the hat.

20   **Q**    And are you aware of any video depicting Mr. Minuta in

21   D.C. on December 12th of 2020?

22   **A**    Yes, I am.

23                    MR. NESTLER:  And if we could now go to

24   Government Exhibit 1122.

25   BY MR. NESTLER:

1    **Q**    Is this the video that you were referring to?

2    **A**    Yes, sir.  It is.

3                    MR. NESTLER:  The government moves into

4    evidence Government Exhibit 1122.

5                    THE COURT:  Exhibit 1122 will be admitted.

6    BY MR. NESTLER:

7    **Q**    Can you tell us, Agent Harris, who the person on the

8    right-hand side of the video is?

9    **A**    Mr. Stewart Rhodes.

10   **Q**    And what does it say on his hat?

11   **A**    "Oath Keeper."

12                   MR. NESTLER:  If we could start playing this

13   video at around 1:30 and play it for 50 seconds until 2:20,

14   please, Ms. Badalament.

15                        (Video played.)

16                   MR. NESTLER:  And if we could pause it right

17   there.  Just go back a quick second.

18   BY MR. NESTLER:

19   **Q**    Who walks into the frame, Agent Harris, at around

20   1:30?

21   **A**    That's Mr. Minuta.

22   **Q**    Okay.

23                   MR. NESTLER:  If we could play it forward,

24   please.

25                        (Video played.)

1    BY MR. NESTLER:

2    **Q**    Now, are you aware of Stewart Rhodes giving a speech

3    on that same day, December 12th of 2020, in D.C.?

4    **A**    Yes, I am.

5                    MR. NESTLER:  If we could pull up for Agent

6    Harris Government Exhibit 1004.1.

7         And the government would move the admission of this

8    video.

9                    MS. HALIM:  No objection.

10                   THE COURT:  1004.1 will be admitted.

11                   MR. NESTLER:  1004.1.TR.

12        We'll use the version without the transcript.  That's

13    fine.

14        Let's go to 1004.1.

15                        (Video played.)

16                   MR. NESTLER:  At this time I have a

17    stipulation.

18        Government Exhibit 3076 is a stipulation.

19        The government and defendants hereby agree and

20    stipulate that on December 19th of 2020, Roberto Minuta sent

21    the following message to Dominic Pezzola:  "Hey, brother.

22    Doing well.  I heard about it, not sure of specifics yet.

23    Oath Keepers president is pretty disheartened.  He feels

24    like it's go time.  The time for peaceful protest is over in

25    his eyes.  I was talking with him last night."

1    And if we can now go back to 6773, Ms. Badalament.

2                    THE COURT:  Could you state the date of that

3    again?

4                    MR. NESTLER:  Sure.  December 19 of 2020.

5                    THE COURT:  Thank you.

6    BY MR. NESTLER:

7    **Q**    And that's now depicted here on the screen now on the

8    final slide, is that correct, Agent Harris?

9    **A**    Yes, sir.

10   **Q**    And can you read this for me out loud to the record?

11   **A**    Yes.

12            "Hey, brother.  Doing well.  I heard about it.  Not

13   sure of specifics yet.  Oath Keepers president is pretty

14   disheartened.  He feels like it's go time.  The time for

15   peaceful protests is over in his eyes.  I was talking with

16   him last night."

17   **Q**    Can you remind us who the Oath Keepers president is or

18   was?

19   **A**    Mr. Stewart Rhodes.

20   **Q**    And do you know who Dominic Pezzola is?

21   **A**    I believe he's a Proud Boy.

22   **Q**    And do you know generally what the Proud Boys group

23   is?

24   **A**    Generally they're another militia group.

25   **Q**    Thank you.

1               MR. NESTLER:  We can take that down now,

2    Ms. Badalament.

3        We're going to go on to a new topic.  Let's pull up

4    Government Exhibit 6774.

5    BY MR. NESTLER:

6    **Q**    Are you aware of any trainings conducted by the

7    Florida group of the Oath Keepers in the fall of 2020?

8    **A**    I am.

9    **Q**    And are you aware of the messages that are here in

10    front of you in Government Exhibit 6774?  Have you seen them

11    before?

12    **A**    Yes, sir.  I have.

13    **Q**    Do they fairly and accurately reflect the original

14    messages as they existed on phones and other devices?

15    **A**    Yes, sir.  They do.

16               MR. NESTLER:  The government moves into

17    evidence 6774.

18               MS. HALIM:  No objection.  Well, subject to

19    the objections that were raised pretrial.

20               THE COURT:  6774 will be admitted.

21    BY MR. NESTLER:

22    **Q**    Okay.  So let's start here.  What's the date of this

23    message?

24    **A**    September 20th of 2020.

25    **Q**    And who was it from?

1    **A**    OK Gator 1, which is Mr. Kelly Meggs.

2    **Q**    And who is he sending the message to?

3    **A**    To the OKFL Hangout Signal chat.

4    **Q**    What did he write?

5    **A**    "Great day, guys.  I'm beat.  That was great

6    training."

7    **Q**    And did he attach anything to this message on Signal?

8    **A**    There was a photograph attached.

9            MR. NESTLER:  Next slide, please.

10    BY MR. NESTLER:

11    **Q**    Is this the photograph he attached?

12    **A**    Yes, sir.

13    **Q**    Are you aware of who some of the individuals in this

14    photograph are?

15    **A**    Yes, sir.  I am.

16    **Q**    From left to right, why don't you tell us.

17    **A**    Far left is a gentleman named Mr. Kris Brown.

18          Mr. Kenneth Harrelson.

19          Mr. Joseph Hackett.

20          Mr. Andrew Smrecek.

21          Mr. Kelly Meggs.

22          Mr. Zack Meggs.

23          Mrs. Connie Meggs.

24          And another far right -- on the far right, that's an

25    unknown individual.

1    **Q**    What are most the people holding in their hands?

2    **A**    They're all holding rifles.

3    **Q**    And can you just circle for us Joseph Hackett so we

4    understand who he is?

5        And you circled the third person from the left.

6                MR. NESTLER:  If we can go to the next slide,

7    please.

8    BY MR. NESTLER:

9    **Q**    A few minutes later at 3:11 PM, what did OK Gator 1,

10   Kelly Meggs, send to this same OKFL Hangout group?

11   **A**    "Ken doing the Rittenhouse maneuvers."

12   **Q**    And did Kelly Meggs attach anything to this message?

13   **A**    Yes.  There was a video attached.

14   **Q**    And around this time in September of 2020, was

15   somebody named Rittenhouse in the news?

16   **A**    Yes.

17   **Q**    For what?

18   **A**    He was present at a protest and had been involved in a

19   shooting that resulted in the death of a few people.

20   **Q**    And what kind of firearm was he alleged to have during

21   that shooting?

22   **A**    An assault rifle.

23   **Q**    And the video attached here, we'll now go to that

24   video.  It's 1.S.656.1848.V.

25       And is this the video that was attached to the

1    message?

2    **A**    Yes, sir.  It is.

3                    MR. NESTLER:  The government moves this into

4    evidence.

5                    THE COURT:  1.S.656.V will be admitted.

6                    MR. NESTLER:  And if we can play it, please,

7    Ms. Badalament.

8                        (Video played.)

9                    MR. NESTLER:  If we could then go back to the

10   messages then, please, Ms. Badalament.

11       And go to the next one.

12   BY MR. NESTLER:

13   **Q**    And so about a half hour later, at 3:49 PM, what does

14   OK Gator 1, Kelly Meggs, send to the OKFL Hangout Signal

15   group now?

16   **A**    "Ken and Joe doing maneuvers.  Sorry for the bad

17   filter setting, not sure what I hit."

18   **Q**    And was there anything attached to this message in

19   Signal?

20   **A**    There was a video attached.

21   **Q**    And remind us what Harrelson's first name was.

22   **A**    Kenneth.

23   **Q**    And Hackett's first name?

24   **A**    Joseph.

25                    MR. NESTLER:  And we'll now seek the admission

1    of 1.S.656.1854.V, which is the video attached to this

2    message.

3                    THE COURT:  1.S.656.1854.V will be admitted.

4                            (Video played.)

5                    A JUROR:  I can't see it on our screen.

6                    THE COURT:  Is anybody else having difficulty

7    with their screen?

8                        (Pause in proceedings.)

9                    MR. NESTLER:  Is it okay with the Court if we

10   just turn around the monitor that's facing the gallery?

11                    THE COURT:  Well, are the monitors working

12   now?

13       They're giving a thumbs-up that it's working.

14       Folks, thank you.  If at any point in time these

15   monitors go out or the technology creates a problem for you

16   being able to hear or watch something, do not hesitate to

17   let us know.  But thank you very much.

18       Go ahead.

19                    MR. NESTLER:  Let's take that back.

20       And we're going to pause it at 21 seconds, please,

21   Ms. Badalament.

22       No.  Start at the beginning.  And then pause it there.

23                            (Video played.)

24   BY MR. NESTLER:

25   **Q**    And you watched this video before, is that correct,

1    Agent Harris?

2    **A**    Yes, sir.  I have.

3    **Q**    Do you know who the person running across the screen

4    here is paused at 21 seconds?

5    **A**    Mr. Harrelson.

6    **Q**    And who's the person in the squatting position just to

7    his left?

8    **A**    That's Mr. Hackett.

9                    MR. NESTLER:  If we can continue playing,

10    please, Ms. Badalament.

11                        (Video played.)

12                    MR. NESTLER:  Thank you, Ms. Badalament.

13    BY MR. NESTLER:

14    **Q**    Now, are you familiar with the facility where that

15    training appears to have been conducted?

16    **A**    Yes, sir.  I am.

17    **Q**    What state is it in?  What state is it located in.

18    **A**    Florida.

19    **Q**    And what's the facility called?

20    **A**    Ares Training Facility.

21    **Q**    And is there a company that is conducting the training

22    at the facility?

23    **A**    Yes.  That company is called Ares Training.

24    **Q**    And what about the firearms instructor?

25    **A**    The facility itself is Ares Training.  The company

1   with which they were doing the training, it's called Combat

2   Arts.

3   **Q**    And has the government received before both Combat

4   Arts and the Ares facility records in connection with this

5   case?

6   **A**    Yes, sir.

7                MR. NESTLER:  At this time the government

8   moves into evidence the following exhibit numbers pursuant

9   to a business records certificate:  4807.1, .2, .3, and .4;

10  4800.1; 4812; 4805.1, .2, and .3; 4809; 4802.1; 4802.2; and

11  4807.4.

12               THE COURT:  What was the last number?

13               MR. NESTLER:  4807.4.

14               THE COURT:  Any objections to the --

15               MS. HALIM:  Same objection made pretrial.

16               THE COURT:  Okay.  So those will be admitted.

17               MR. NESTLER:  Thank you, Your Honor.

18       Let's pull up for the jury as well 4807.1,

19  Ms. Badalament.

20  BY MR. NESTLER:

21  **Q**    And as part of the records that the government got

22  from Combat Arts Training, did it come with some e-mails?

23  **A**    Yes, sir.

24               MR. NESTLER:  If we can go to the -- to

25  page 2, please, and highlight the "I am interested" section.

1260

1    So the first message here at the bottom, what -- well,

2    let me go back a second, Ms. Badalament.  Let's highlight

3    who it's from.

4    BY MR. NESTLER:

5    **Q**    Who's this message from?

6    **A**    Mr. Kelly Meggs.

7    **Q**    And what did he write?

8    **A**    "I am interested in the rifle 15-hour private class

9    for five people.  I just wanted to know if this can be done

10   on a Sunday."

11                MR. NESTLER:  If we can now go down to page 1

12   and go up.

13        And if we can scroll in on "okay, we did."

14        Thank you.

15   BY MR. NESTLER:

16   **Q**    And what did Kelly Meggs send to the Combat Art

17   Training on September 11th of 2020?

18   **A**    "Okay.  We did the five person for five hours, but I

19   may have more people interested.  No rental gear will be

20   needed.  I can give you a partial list.  We would want a

21   rifle one, but a slight bit more advanced because we have

22   some experience.  I think one or two are ex-military.  If

23   there are more than five, is that okay?  And how much per

24   person, so I can let them know."

25   **Q**    Thank you.

1    MR. NESTLER:  Now we can go to 4807.02,

2    please, Ms. Badalament.

3    BY MR. NESTLER:

4    **Q**    And on the top here, what did Kelly Meggs send on

5    September 12th of 2020 in terms of the participants?

6    **A**    "Participants, Kelly Meggs, Zack Meggs, Kenneth

7    Harrelson, Connie Meggs, Kris Brown, Joe Hackett.

8    Potentially two more, but not 100 percent at this point,

9    Alondra Propes and Michael Propes."

10   **Q**    Thank you.

11   MR. NESTLER:  And now if we can go to 4807.3,

12   please, Ms. Badalament.

13   And if we could highlight this section here.

14   BY MR. NESTLER:

15   **Q**    And so what did you -- you mentioned someone named

16   Andrew Smrecek earlier, is that right?

17   **A**    Yes, sir.

18   **Q**    Who is he?

19   **A**    He's the owner of Combat Art Training and was the

20   instructor in the videos that we just watched.

21   **Q**    And so what did Mr. Smrecek write back to Kelly Meggs

22   on September 16th of 2020?

23   **A**    This message was in response to a question by

24   Mr. Meggs, I believe, and Mr. Smrecek said:  "AK-47s and

25   AR-15s, 400 rounds per person is recommended.  You would get

1    the most out of the day, 200 rounds minimum.  Each rifle

2    should have quality set of sights, a sling.  I will bring

3    quality two-point slings they can buy for $25.  I sew them

4    by hand.  Three magazines.  More magazines is always

5    better."

6    **Q**    Thank you, Agent Harris.

7               MR. NESTLER:  Now, if we could pull up

8    Exhibit 4800.1.

9    BY MR. NESTLER:

10   **Q**    Did Combat Art provide any sort of sign-in sheet and

11   liability waiver for the class on September 20th of 2020?

12   **A**    Yes, sir.

13              MR. NESTLER:  If we could highlight the names,

14   please, there, Ms. Badalament.

15   BY MR. NESTLER:

16   **Q**    What are the names listed?

17   **A**    Joseph Hackett, Kenneth Harrelson, Connie Meggs, and

18   Kelly Meggs.

19   **Q**    And did the Ares facility also provide signed

20   liability waivers from this same day?

21   **A**    Yes, sir.

22              MR. NESTLER:  If we could pull up Government

23   Exhibit 4812, please, Ms. Badalament.

24   BY MR. NESTLER:

25   **Q**    As we pull that up, did Combat Art Training provide

1    descriptions of the classes that it taught?

2    **A**    They did.

3    **Q**    Okay.  So one of the classes was called Rifleman I, is

4    that correct?

5    **A**    That's correct.

6                MR. NESTLER:  And we have a description in

7    4805.1.  And if we could just go to the description here,

8    please.

9    BY MR. NESTLER:

10   **Q**    And can you read the description for the class?

11   **A**    This is the description of the Live Fire class

12   information:  "Learn how to use the most effective tool for

13   gun-fighting and become a rifleman.  Rifles are easy to

14   shoot, but being able to shoot well does not make you a

15   rifleman.  This rifle class teaches you how to gunfight at

16   close distance with the rifle in a fast and effective

17   manner.  Zero your rifle sights before class at 50 yards."

18               MR. NESTLER:  And if we can now go to 4805.2.

19   BY MR. NESTLER:

20   **Q**    And this is the Carry Pistol I class, is that correct?

21   **A**    Yes, sir.  That's correct.

22               MR. NESTLER:  And if we can go down to the

23   next page, please.

24        And if we could highlight all of the different topics

25   that are taught here.

```
1          MS. HALIM:  Objection.

2               (The following discussion was had between

3               Court and counsel at sidebar.)

4               MS. HALIM:  I believe that at the very bottom

5    of the previous page, the very first topic covered was

6    safety.  And so I just want to make sure that the government

7    is including the entire list, so if we can just

8    double-check.

9               THE COURT:  I believe the whole exhibit is

10   incorrect.

11              MR. NESTLER:  It is.

12              MS. HALIM:  But Mr. Nestler is just

13   highlighting -- he asked about topics and I think the topics

14   started at the bottom of the previous page.

15              MR. NESTLER:  No problem.

16              THE COURT:  Okay.

17              MS. HALIM:  Thank you.

18               (Sidebar concluded.)

19   BY MR. NESTLER:

20   Q    And down at the bottom here it says topic -- go back

21   up -- says "topics covered"?

22   A    Yes, sir.

23   Q    What's the first topic?

24   A    "Safety."

25              MR. NESTLER:  Let's go to the second page.
```

1    BY MR. NESTLER:

2    **Q**    Let's see some of the other topics.  If you can read

3    those for us, please.

4    **A**    "Use of a Tourniquet, Use of Force, Florida Law,

5    Weapons Handling, Target Areas, Incapacitation Versus

6    Lethality, Drawing from Concealment, Marksmanship, Emergency

7    and Tactical Reloads, Malfunctions Clearing, Movement and

8    Maneuvering, Use of Cover, Concealment and Barriers, Contact

9    Shooting, 9-1-1 Call, Interacting with Law Enforcement, Gun

10   Fighting Tactics, and Use of Lethal Force."

11                   MR. NESTLER:  And if we can now go to

12   Government Exhibit 4809.

13   BY MR. NESTLER:

14   **Q**    And on its website, how did Combat Art Training, if

15   you can read for us, advertise what its classes would allow

16   people to do?  Starting with the top, with the stuff in

17   bold.

18   **A**    "Gunfight training, tactical training for civilians.

19   These are not simple shooting classes.  These are gunfight

20   classes.  Everything we teach revolves around winning a

21   gunfight and saving lives.  It is more than just firearms

22   training.  This is tactical training for civilians.  Our

23   training is better than the training received by law

24   enforcement and military.  And we can say that because all

25   of the instructors have a background in either law

1266

1    enforcement or military, and we will still continue to train

2    and take classes in the commercial training market."

3    **Q**    Thank you.

4         Now, did Combat Art Training also provide links to

5    some videos about the trainings it provided?

6    **A**    Yes, sir.

7              MR. NESTLER:  And if we can now go to 4802.1.

8         And if we could publish, please.  Submit it with the

9    Court's ruling.

10        And if we can go back to the very beginning.

11   BY MR. NESTLER:

12   **Q**    Do you recall the name of this video as -- according

13   to Combat Art Training, Agent Harris?

14   **A**    As far as the link, or are you referring to this home

15   page here?

16   **Q**    The link.

17   **A**    I do not.  I would need to look at it.

18   **Q**    Okay.  That's fine.  We can play it forward.  It's

19   about six minutes long.

20                   (Video played.)

21              MR. NESTLER:  Pause here at 3:27.

22   BY MR. NESTLER:

23   **Q**    Do you see the people on the left-hand side of the

24   screen watching the instructor?

25   **A**    Yes, sir.

1    **Q**    So, first, tell us the instructor who's speaking.

2    **A**    Mr. Smrecek.  That's Mr. Andrew Smrecek.  He's the

3    owner of Combat Arts, and he is the instructor.

4    **Q**    And who are the people on the left-hand side of the

5    screen as it's paused here?

6    **A**    Starting from the left, that's Mr. Kenneth Harrelson,

7    Mr. Joseph Hackett, Ms. Connie Meggs, and Mr. Kris Brown.

8    **Q**    Thank you.

9                    MR. NESTLER:  If you can please continue,

10   Ms. Badalament.

11                         (Video played.)

12                   MR. NESTLER:  If we can pause there, please,

13   at 4:54 on the recording.

14   BY MR. NESTLER:

15   **Q**    Who is the individual on the center of the frame?

16   **A**    That's Mr. Kelly Meggs.

17   **Q**    Thank you.

18                   MR. NESTLER:  And if we can continue playing,

19   Ms. Badalament.

20                         (Video played.)

21                   MR. NESTLER:  Thank you.

22                   THE COURT:  On the phone, please.

23                   (The following discussion was had between

24                   Court and counsel at sidebar.)

25                   THE COURT:  So I think -- consistent with the

1   ruling pretrial, I think it's appropriate to give a limiting

2   instruction here that the video insofar as Mr. Smrecek's

3   statements are being admitted into evidence, it's only to

4   establish the effect on the listener, that is Mr. Hackett,

5   and is not admitted against any of the other defendants.

6        Any disagreement with that?

7             MR. NESTLER:  I believe it's admitted against

8   also -- well, Mr. Meggs and Mr. Harrelson in the sense that

9   what they were trained on is something that we can take into

10  account for their intent.

11            THE COURT:  Sure.  I think that's fair.  What

12  I'll just say is that in terms of those who were actually

13  present.

14            MR. NESTLER:  And that's fine for this

15  limiting instruction.  But just so the Court is clear,

16  Mr. Meggs sent a portion of this video to the DC Op Jan 6

17  chat on January 5th, and that chat included additional

18  defendants who are seated here.

19            THE COURT:  That's fine.  I don't think that

20  video included Mr. Smrecek's statements, so I think it's a

21  different issue.

22            MR. NESTLER:  Understood, Your Honor.

23            MS. HALIM:  And, Your Honor, I'm going to

24  renew my objection that this is irrelevant.  Yesterday when

25  we talked about this, I believe the Court indicated that its

1    relevance is it shows the relationships among the people.

2    This goes so far beyond the relationships between Mr. Meggs,

3    Mr. Hackett, Mr. Harrelson.

4                THE COURT:  Well, look, I think it's a few

5    things.  I mean, it certainly establishes their

6    relationship, and then to the extent that Mr. Hackett is

7    present and hearing things such as Mr. Smrecek's statements,

8    they're certainly admissible for his state of mind and what

9    he's learned.  And, beyond that, I don't know that it's all

10   that much more cumulative except to explain how the training

11   was established and Mr. Meggs established it.

12       And insofar as the company's business records, they

13   provide context for what's going on and the nature of the

14   training, so I don't think the evidence has been cumulative

15   or unduly prejudicial for the limited reasons that they've

16   been admitted.

17       I guess the only question I have, is there sort of an

18   appropriate limiting instruction with respect to the

19   evidence and its admissibility in terms of to establish the

20   relationship among those who were present?  This is --

21               MR. NESTLER:  Yeah, but we don't believe

22   that's warranted or necessary.  We believe that the Court

23   should suggest a limiting instruction for the -- it's being

24   admitted for the effect of the people who were there

25   receiving the training, including Meggs and Harrelson and

1    Hackett.

2              THE COURT:  Okay.  Is anybody requesting

3    anything more than that I suggested so far?

4         Okay.  All right.

5              (Sidebar concluded.)

6              THE COURT:  Quick limiting instruction.  I'll

7    do this from time to time about particular pieces of

8    evidence that you should only consider for certain purposes.

9         On that video you heard statements from Mr. Smrecek,

10   who was the instructor.  Those statements were being

11   presented to you not for the truth of what Mr. Smrecek said,

12   but rather only for the effect on the listener, that is what

13   those who were present heard Mr. Smrecek say.  Consequently,

14   what that means is that that video is not admitted as to

15   Mr. Minuta, Mr. Moerschel, or Mr. Vallejo, none of whom were

16   there.  Okay?

17              MR. NESTLER:  Thank you, Your Honor.

18   BY MR. NESTLER:

19   **Q**    And there's one additional video from the training,

20   which is Government Exhibit 4802.2.  It's up on the screen

21   now.  And what was the title of this video according to

22   Combat Art Training, Agent Harris?

23   **A**    Buddy Team Bounding.

24   **Q**    And are you familiar with the technique, buddy team

25   bounding?

1    **A**    Yes.  It's a tactical maneuver.

2                    MS. HALIM:  Objection.

3                    THE COURT:  Basis?  Same basis as before?

4                    MS. HALIM:  No.  No.  Can we get on the phone?

5                    THE COURT:  Sure.

6                    (The following discussion was had between

7                    Court and counsel at sidebar.)

8                    MS. HALIM:  This is another situation where

9    he's speaking from his expertise, and I'm not sure that the

10   foundation has been laid that he should be able to -- I'm

11   not sure he should be able to opine about what buddy team

12   bounding is.

13                   THE COURT:  Oh.  I thought he was just reading

14   what the title of the video is.

15                   MS. HALIM:  I think he's about to explain.

16   Mr. Nestler just asked him something about in his

17   experience, what does that mean, do you know what that is?

18   And I don't think that's appropriate in line with the

19   Court's earlier rulings.

20                   MR. NESTLER:  Well, we think this is a very

21   different issue.  Earlier we were talking about the agent's

22   interpretation of what they saw people doing and how they

23   were interpreting that in light of their military or law

24   enforcement experience.  This is literally a firearms

25   training class and a technique called Buddy Team Bounding,

1    and Agent Harris is familiar with that technique and what it

2    is designed to do and allow people to do.

3                 MS. HALIM:  I'm so sorry, but the foundation

4    cannot possibly be laid that he knows that --

5                 THE COURT:  Just to be on the safe side here,

6    you're right.  He can in theory testify that he knows what

7    the concept is.  I think the question is, is this the same

8    concept?  And, sure, he could be prepared to testify in the

9    context of law enforcement under his training and experience

10   what it means, but what's really relevant is what buddy team

11   bounding is as it's portrayed on the video.  And so it says

12   buddy team bounding, the video is going to run, they can

13   take a look.

14       I guess the other thing I should have mentioned in

15   terms of why this evidence is admissible, what the

16   government's theory here is that these defendants, including

17   Mr. Hackett and the others who were there who are present,

18   intended to resist, you know, the authority of the United

19   States by force including through the use of arms.  And this

20   evidence, although it's outside the conspiracy period, does

21   establish -- as evidence is proof that these individuals

22   knew how to use arms, and that they have had experience with

23   arms before, and that they had at least some minimal

24   capability of using them.

25                 So, again, I don't know whether that's -- I'll just

1    leave it at that.  I mean, there is probative value beyond

2    just establishing the relationships and hearing what the

3    instructor had to say to actually show that they have some

4    degree of facility with how to use the arms that the

5    government has alleged were intended to be used to resist

6    the authority of the United States in this seditious

7    conspiracy charge, okay?

8                    MR. NESTLER:  Thank you.

9                    (Sidebar concluded.)

10   BY MR. NESTLER:

11   **Q**    Does the video from Combat Art Training say "Buddy

12   Team Bounding" on the front?

13   **A**    It does.

14   **Q**    Okay.

15                   MR. NESTLER:  If we could now play this

16   forward, please, Ms. Badalament.

17                       (Video played.)

18                   MR. NESTLER:  Okay.  Now earlier I tried to

19   find Government Exhibit 4812, but Ms. Badalament told me I

20   had the wrong number.  And she was right, I was wrong.

21       Can we pull up 4804?

22       And we're going to just sub that in for 4812, which we

23   moved in earlier as a business record certification, Your

24   Honor.

25                   THE COURT:  Any objection to 4804?

1    Or at least can we bring it up on the screen so at

2    least we know what it is?

3              MS. HALIM:  Preserve the earlier objections.

4              THE COURT:  It will be admitted subject to the

5    earlier rulings.

6              MR. NESTLER:  Thank you.

7    BY MR. NESTLER:

8    **Q**    And, Agent Harris, earlier we talked about how Combat

9    Art Training had its liability waiver, is that right?

10   **A**    Yes, sir.

11   **Q**    And Ares had its own liability waiver?

12   **A**    That's correct.

13   **Q**    Are we looking at Ares's liability waiver from

14   September 20th of 2020?

15   **A**    Yes, sir.

16             MR. NESTLER:  If we can highlight the portion

17   over here, Ms. Badalament.  Thank you.

18   BY MR. NESTLER:

19   **Q**    And who's the name here?

20   **A**    Joseph Hackett.

21   **Q**    And what are the last four of the phone number?

22   **A**    6396.

23   **Q**    And what's the e-mail address?

24   **A**    johnwillow23@protonmail.com.

25   **Q**    Thank you.

1       MS. HALIM:  Your Honor, can we be heard just

2   very, very briefly?

3           (The following discussion was had between

4           Court and counsel at sidebar.)

5       MS. HALIM:  I just ask that Mr. Hackett's home

6   address be redacted.

7       THE COURT:  Any objection to that?

8       MR. NESTLER:  No.

9       THE COURT:  All right.  And I should just note

10  for the record that, you know, the other reason for the

11  admissibility of this particular document is it is arguably

12  an admission -- it is an admission of Mr. Hackett that ties

13  him to a particular e-mail address and a phone number that's

14  relevant to tying other messages from Mr. Hackett to the

15  case.

16          (Sidebar concluded.)

17      MR. NESTLER:  Now if we can pull up 4807.4.

18  BY MR. NESTLER:

19  **Q**    That was from September 20th of 2020, is that correct,

20  Agent Harris?

21  **A**    Yes, sir.

22      MR. NESTLER:  And now if we can pull up 4807.4

23  and highlight this portion right here, please,

24  Ms. Badalament.

25  BY MR. NESTLER:

1   **Q**    November 27th, so about two months later, what is this

2   correspondence?

3   **A**    So this was an e-mail from Combat Art Training to --

4   it was a promo, Black Friday sale, group class, five hours

5   of private training for up to five people, which you could

6   save $200.

7                MR. NESTLER:  Let's go down to the bottom of

8   this message first, please, Ms. Badalament.

9        Go to the customer portion.

10  BY MR. NESTLER:

11  **Q**    Who booked this training?

12  **A**    Mr. Kelly Meggs.

13  **Q**    Okay.  And now we can go back for a second.

14       And what date did he book the training for?

15  **A**    Sunday, December 6th of 2020.

16  **Q**    Thank you.

17       And for how many people?

18  **A**    Five people.

19  **Q**    Thank you.

20       Okay.  Now, are you aware of any other members of the

21  Florida Oath Keepers group attempting to arrange training in

22  December of 2020?

23  **A**    Yes, sir.  I am.

24                MR. NESTLER:  If we can pull up Government

25  Exhibit 4655.

1    BY MR. NESTLER:

2    **Q**    And who is this message from?

3    **A**    Mr. Graydon Young.

4    **Q**    And who is Graydon Young?

5    **A**    He's a Florida Oath Keeper.

6              MR. NESTLER:  The government moves into

7    evidence 4655.

8              THE COURT:  All right.  Hearing no objection,

9    4655 is admitted.

10             MR. NESTLER:  And if we could just highlight

11   the top half, please, Ms. Badalament.  Thank you.

12   BY MR. NESTLER:

13   **Q**    And what's the date of this message?

14   **A**    December 26th of 2020.

15   **Q**    What's the subject?

16   **A**    "Potential Class."

17   **Q**    You said it was from Graydon Young, is that right?

18   **A**    Yes, sir.

19   **Q**    And was it to a firearms training facility?

20   **A**    Yes, sir.

21   **Q**    And what did Young write?

22   **A**    "Hello.  My wife Stephanie and I trained with you not

23   long ago.  Since then I have joined the Oath Keepers.  I

24   recommended your training to them.  To that effect, four of

25   us would like to train with you, specifically in your UTM

1278

1  rifle class."

2  **Q**     And then you can continue.

3  **A**     "Could we do so as a group?  Is there a possibility of

4  any kind of a group discount?  Thank you.  Gray Young."

5  **Q**     Thank you.

6         Now, are you aware of any other trainings the Florida

7  chapter of the Oath Keepers conducted specifically in

8  November of 2020?

9  **A**     Yes, sir.

10 **Q**     And what kind of training was that?

11 **A**     That was also Combat Art Training.

12 **Q**     Well, let me talk about training hosted by someone

13 named Jeremy Brown?

14 **A**     Yes.  It was called Unconventional Warfare Training.

15 **Q**     And who was Jeremy Brown?

16 **A**     Jeremy Brown was another Florida Oath Keeper.

17 **Q**     Was he with the rest of Line One in D.C. on

18 January 6th?

19 **A**     Yes.  He was one of the individuals from Line One that

20 walked over from the Ellipse to the Capitol but did not

21 enter the Capitol with the rest of the Line One.

22 **Q**     And did the FBI obtain hotel records from around the

23 time that this training was conducted?

24 **A**     Yes, we did.

25            MR. NESTLER:  If we could move into evidence

1    Government Exhibit 6851, 52, and 53.  They're hotel records

2    from the Quality Inn in Brooksville.

3                    THE COURT:  Hearing no objection, 6851, 52,

4    and 53 will be admitted.

5                    MR. NESTLER:  And if we have up here on the

6    screen 6851, if we can do just the top half, please,

7    Ms. Badalament.

8    BY MR. NESTLER:

9    **Q**    So this is a record from the Quality Inn Suites and

10   Conference, do you see that?

11   **A**    Yes, sir.

12   **Q**    And what's the city it's located in?

13   **A**    Brooksville, Florida.

14   **Q**    And you work in Florida, is that correct?

15   **A**    I do work in Florida.

16   **Q**    Okay.  And who was this a hotel record for?

17   **A**    Mr. Jeremy Brown.

18   **Q**    And what is the arrival date?

19   **A**    November 21st of 2020.

20                   MR. NESTLER:  And if we could go 6852, please,

21   Ms. Badalament.

22            And the same things, top half.

23   BY MR. NESTLER:

24   **Q**    And who was this a record from the Quality Inn in

25   Brooksville, Florida for?

1    **A**    Mr. Kelly Meggs.

2    **Q**    And when did he arrive?

3    **A**    November 21st of 2020.

4    **Q**    Same date?

5    **A**    Yes, sir.

6                MR. NESTLER:  And if we could now go to 6853,

7    please, Ms. Badalament.

8            And if we can scroll on the top half.

9    BY MR. NESTLER:

10    **Q**    According to the records from the Quality Inn Suites

11    and Conference Center in Brooksville, Florida, on Kelly

12    Meggs's reservation, was there an additional person listed?

13    **A**    Yes.  Mr. Hackett was listed as an additional name to

14    the room.

15    **Q**    And now are you aware of Jeremy Brown sending messages

16    about this training?

17    **A**    Yes, I am.

18                MR. NESTLER:  And if we could pull up

19    Government Exhibit 6775, please.

20            And I'll start with reading a portion of the

21    stipulation, which is Government Exhibit 3050.

22            The FBI obtained on September 30th of 2021 Government

23    Exhibit 205 from Jeremy Brown, a black Android phone.

24    BY MR. NESTLER:

25    **Q**    And did the government and the FBI obtain data off of

1    Jeremy Brown's phone?

2    **A**    Yes, sir.

3    **Q**    And I have up here Government Exhibit 6775.  Are these

4    some of the messages the government obtained off of Jeremy

5    Brown's phone?

6    **A**    Yes, sir.

7                    MR. NESTLER:  The government moves into

8    evidence Exhibit 6775.

9                    MR. PEED:  Objection.

10                    THE COURT:  Sorry.  Did I hear an objection?

11                    MS. HALIM:  Objection.

12                    (The following discussion was had between

13                    Court and counsel at sidebar.)

14                    THE COURT:  Go ahead.

15                    MR. PEED:  No objection to the statement "go

16    to the page," but I think it's the third slide where there's

17    a retrospective statement of what he did.  That would be

18    hearsay.

19                    THE COURT:  That would be what?

20                    MR. PEED:  Hearsay.

21                    THE COURT:  Can you specify what you're

22    talking about?

23                    MR. PEED:  That one stating a statement about

24    the past of what he talked to the Oath Keepers, that's a

25    hearsay statement.

1     MS. HALIM:  Yes, it's the date, Your Honor, is

2     February 14th, 2021, outside -- after the charged conspiracy

3     period, and so it's not a statement in furtherance of the

4     conspiracy.

5             THE COURT:  Okay.  The government?

6             MR. NESTLER:  We believe this is a statement

7     against penal interest.  This is Mr. Brown telling another

8     individual the unconventional warfare training that he

9     provided to the members of the Florida Oath Keepers, and

10    Mr. Brown is not available.

11            MR. PEED:  Your Honor, the standard is that

12    the statement must be so indicative of criminal liability

13    that no one could possibly have made it unless it was true.

14    And just referring to an existing military doctrine, which

15    is, you know, not in itself incriminatory is not --

16            THE COURT:  Okay.  Okay.  I agree.  I think

17    this is -- it's a hearsay statement from Jeremy Brown, it is

18    outside the conspiracy period, one.

19        Two, it is a retrospective statement and so therefore

20    it can't be in furtherance of a conspiracy.  And I agree

21    it's not the kind of statement that would qualify as a

22    statement of penal interest even -- against penal interest,

23    excuse me, even though Mr. Brown is unavailable.  So I do

24    think it is hearsay, and I will sustain the objection as to

25    that slide.

1    (Sidebar concluded.)

2    THE COURT:  I'll admit it except for the one

3    page that we discussed.

4    MR. NESTLER:  Yes, Your Honor.  That's fine.

5    We'll just do pages 1 and 2.

6    BY MR. NESTLER:

7    **Q**    Remind us again who Jeremy Brown is, Agent Harris.

8    **A**    A Florida Oath Keeper.

9    **Q**    Okay.  And what's the date of this message?

10   **A**    February 14th of 2021.

11   **Q**    And what does he write?

12   **A**    "Go to this PDF page 9 and read the insurgency

13   doctrinal timeline."

14   **Q**    Does he include a long link?

15   **A**    Yes, he did.

16   **Q**    Have you gone to that link?

17   **A**    I have.

18   **Q**    Is it active?

19   **A**    Yes.

20   MR. NESTLER:  If we can go to the next page,

21   please, Ms. Badalament.

22   BY MR. NESTLER:

23   **Q**    Does that link take somebody to this -- this document?

24   **A**    Yes, sir.

25   **Q**    What would you call this document?

1    **A**      It's the Unconventional Warfare Pocket Guide.

2    **Q**      And what does it say at the bottom of the cover page

3    of this pocket guide?

4    **A**      "The purpose of this document is to provide a pocket

5    reference of unconventional warfare doctrine, concepts,

6    academic inquiry, and suggested supplementary reading for

7    military leaders and planners."

8    **Q**      And then if you can continue, please.

9    **A**      "Joint publication 3-05.1 defines unconventional

10   warfare as activities conducted to enable a resistance

11   movement or insurgency to coerce, disrupt, or overthrow a

12   government or occupying power by operating through or with

13   an underground, auxiliary, and guerilla force in a denied

14   area."

15   **Q**      And Mr. Brown had said to go to page 9 of the PDF, is

16   that correct?

17   **A**      Yes, sir.

18   **Q**      Have you gone to page 9 of the PDF?

19   **A**      Yes, sir.

20   **Q**      What is there?

21   **A**      It's a pyramid diagram.

22   **Q**      Hold on a second.  Let's go down.

23          Is this the pyramid diagram you're referring to?

24   **A**      Yes, sir.

25   **Q**      And can you just tell us what this shows?

1    **A**    It shows the progression from beginning to end of the

2    steps through the unconventional warfare.

3    **Q**    Okay.  For unconventional warfare, is that correct?

4    **A**    Yes.

5    **Q**    Thank you.

6              MR. NESTLER:  We can take that down,

7    Ms. Badalament.

8    BY MR. NESTLER:

9    **Q**    Now, are you aware of any messages that Defendant

10   Joseph Hackett sent in November and December -- sorry -- in

11   the fall of 2020?

12   **A**    Yes, sir.

13   **Q**    Have you reviewed many messages from Mr. Hackett?

14   **A**    Yes, I have.

15             MR. NESTLER:  And if we can go to Government

16   Exhibit 6776, please.

17   BY MR. NESTLER:

18   **Q**    And is this a compilation of various messages from and

19   with Mr. Hackett?

20   **A**    Yes, sir.

21             MR. NESTLER:  The government moves into

22   evidence Exhibit 6776.

23             MS. HALIM:  No objection.

24             THE COURT:  6776 will be admitted.

25   BY MR. NESTLER:

1  **Q**    And the first message here, what's the date of the

2  message?

3  **A**    September 28th of 2020.

4  **Q**    And it says from someone named Faith.  Do you see

5  that?

6  **A**    Yes, sir.

7  **Q**    And why does it say that?

8  **A**    So Faith was Mr. Hackett, that was the name that he

9  had chosen as his user name to be displayed in the Signal

10  group chat.

11  **Q**    And where did Mr. Hackett send this message to, what

12  chat?

13  **A**    The OKFL Hangout chat.

14  **Q**    And what did he send?

15  **A**    It was a link to a Facebook video with the message

16  attached:  "Time to be passive is over, inspiring speech."

17  **Q**    And did you go to the link at that Facebook video?

18  **A**    I did.

19  **Q**    Was it a video there?

20  **A**    It was.

21  **Q**    Several minutes long?

22  **A**    It is.

23  **Q**    Okay.  Did we prepare a clip or a snippet of that

24  longer video?

25  **A**    Yes, sir.

1    **Q**    And is that at 6776.1?  Is that where the video is?

2    **A**    Yes, sir.

3                    MR. NESTLER:  And the government now moves

4    into evidence 6776.1.

5                    MS. HALIM:  Same objection as pretrial, but

6    otherwise no objection.

7                    THE COURT:  6776.1 is admitted.

8    BY MR. NESTLER:

9    **Q**    And before we start playing, first, when you watched

10   this, was it full screen?

11   **A**    Yes, it was.

12                   MR. NESTLER:  All right.  And if we could play

13   this, it's about 30 seconds long, please, Ms. Badalament.

14                        (Video played.)

15                   MR. NESTLER:  If we can go back to 6776.

16        And if we can go to the next message, please.

17   BY MR. NESTLER:

18   **Q**    And so the following day, September 29th, now --

19                   THE COURT:  If I can just interrupt you.

20        Ladies and gentlemen, again, just want to provide you

21   a limiting instruction.

22        The video and the gentleman who's on the video and his

23   statements, again, they're not being admitted for the truth

24   of what he has said, but rather for in this case the fact

25   that I think Mr. Hackett sent the video out and the effect

1    it would have on any listeners in that particular Signal

2    chat group.

3         Go ahead.

4              MR. NESTLER:  Thank you, Your Honor.

5    BY MR. NESTLER:

6    **Q**    And the following day, September 29th, what did

7    Stewart Rhodes say to this same chat group, OKFL Hangout?

8    **A**    "Wouldn't it be epic if Trump body slammed him and

9    stomped his head in?  I can dream."

10             MR. NESTLER:  If we can go to the next page,

11   please.

12   BY MR. NESTLER:

13   **Q**    How did Faith, Joe Hackett, respond after that?

14   **A**    "F yeah."

15             MR. NESTLER:  If we can go to the next slide,

16   please.

17   BY MR. NESTLER:

18   **Q**    Later that night, at 9:41 PM, what did Joe Hackett say

19   to that same group?

20   **A**    "Fucking media wasted no time ripping into Trump

21   after.  Media is the biggest enemy to the U.S."

22   **Q**    So now a few weeks later, on October 17th of 2020, is

23   this another message from Joe Hackett as Faith to the OKFL

24   Hangout group?

25   **A**    Yes, sir.  It is.

1    **Q**    What does he say?

2    **A**    "Hey Rhonda, I'm glad to hear you are back.  I just

3    filled my med kit, so I'm good.  We don't have a firm time

4    on that stop bleed class.  That will likely not happen

5    before the election.  Do you have recommended videos for us

6    as we may come into turbulent times pretty quick?"

7                         MR. NESTLER:  Next slide, please.

8    BY MR. NESTLER:

9    **Q**    And a couple of weeks after that, what date are we on

10   now?

11   **A**    November 2nd, 2020.

12   **Q**    And who's sending this message?

13   **A**    Mr. Hackett.

14   **Q**    And, again, who?  Which group?

15   **A**    The OKFL Hangout.

16   **Q**    And is it correct that the following day,

17   November 3rd, is Election Day?  Is that right?

18   **A**    That's correct.

19   **Q**    Now, on November 2nd in the evening, around 10:06 PM,

20   what does Hackett say to that group?

21   **A**    "Things are tense and people are frustrated as we

22   watch big tech and big pharm along with the MSM control the

23   narrative in favor of the left making us all look like

24   assholes to the general public.  Most poor dumb bastards

25   have no idea what we stand to lose with this election."

1    **Q**    Next slide, please.

2    **A**    "I admit when I finish work and I see a hundred

3    messages, it can be daunting.  If I have time, I read them

4    all and watch all videos.  If I don't have time, I read the

5    cliff notes."

6                    MR. NESTLER:  Next slide, please.

7    BY MR. NESTLER:

8    **Q**    Now, about five days later, on November 7th, which --

9    who's sending this message?

10   **A**    Mr. Hackett.

11   **Q**    And, again, the same group?

12   **A**    Yes, sir.  The OKFL Hangout.

13   **Q**    What does he write here?

14   **A**    "Just spoke to a Marine at gun shop, young guy who

15   just got back from Afghanistan, gave him my number and

16   oathkeepers.org website and hope to get him involved.  It's

17   a great place to recruit.  Most people are pro gun and most

18   of them are pissed off."

19                    MR. NESTLER:  If we can go to the next slide,

20   please.

21   BY MR. NESTLER:

22   **Q**    And now about four days later, on November 11th, what

23   does Hackett write to this same group, OKFL Hangout?

24   **A**    "Phone call in a nutshell, ops planning for D.C.  If

25   not going to D.C., go to your state capitol and support our

1     president.  Then odd details with no specifics regarding

2     rally points, the importance of being low profile, or where

3     colors and be a target for unfriendlies."

4     **Q**     Next slide?

5     **A**     "Opening and closing prayers, discussed more F2F and

6     thorough vetting."

7     **Q**     Have you seen the phrase "F2F" before?

8     **A**     Yes, sir.  I have.

9     **Q**     When you've seen it, what does it mean?

10    **A**     Face to face.

11    **Q**     And what does face to face mean?

12    **A**     Just in person.

13              MR. NESTLER:  And if we can go to next slide,

14    please.

15    BY MR. NESTLER:

16    **Q**     On December 12th of 2020, are we in a different Signal

17    group here?

18    **A**     Yes, sir.

19    **Q**     And what Signal group is this?

20    **A**     This is the Signal chat called Miami Rolling Stone Op.

21    **Q**     And what did Joe Hackett as Faith write to this group?

22    **A**     He said:  "Great job, Cape Kane and John.  You guys

23    were solid and no nonsense.  Look forward to next time."

24    **Q**     And remind us who Cape Kane is.

25    **A**     That is Mr. Kenneth Bittner, a Florida Oath Keeper.

1    MR. NESTLER:  And if we can go to the next

2    slide, please.

3    BY MR. NESTLER:

4    **Q**    Four days later, on December 16th, who's sending this

5    message?

6    **A**    Mr. Hackett.

7    **Q**    And where is he sending it to?

8    **A**    The OKFL Signal chat.

9    **Q**    And if you could start reading --

10    Is this a long message?

11    **A**    Yes, sir.  It is.

12    **Q**    If you can start reading with the word "we" here in

13    the middle.

14    **A**    "We need to demand the arrest of corrupt politicians

15    for colluding with foreign enemies and blatantly ignoring

16    the legal process and an unconstitutional election."

17    MR. NESTLER:  The next slide, please.

18    BY MR. NESTLER:

19    **Q**    You can read that top paragraph.

20    **A**    "The DNI should be the last nail.  I have thought the

21    last nail happened a half a dozen times though.  When do we

22    show up on their doorsteps to make citizens arrests when the

23    sellouts and the corrupt alphabet agencies do nothing?"

24    **Q**    Thank you, Agent Harris.

25    MR. NESTLER:  I'm going to go to a new topic,

1    which I'm happy to start, Your Honor, or I'm happy to pause

2    here.

3                    THE COURT:  Let's end the day a little bit

4    before 5.

5         So tomorrow one of your fellow jurors has a bit of a

6    conflict in the afternoon, so our schedule tomorrow will be

7    from 9 AM, we'll start at 9, we'll go till about 12:30,

8    we'll break for lunch, and our lunch hour will be an extra

9    hour, so we'll pick up again at 2:30 tomorrow and then go to

10   the end of the day.

11        Ladies and gentlemen, thank you for your time and

12   attention.  I know these are long days, but we are grateful

13   for your endurance and your focus, and we appreciate it.

14   And just the same reminders I have been giving you

15   throughout.

16        Have a good evening.  We look forward to seeing you in

17   the morning.  Thank you, everyone.

18                    (Jury exits courtroom.)

19                    THE COURT:  Just one small reminder, and it

20   jogged my memory based on Ms. Halim's objection to -- or

21   request to redact the address of Mr. Hackett.

22        There has been a request by the media to publish

23   exhibits same day, and I have authorized that.  Just make

24   sure the government, before it posts anything, ensures that

25   any personal information is redacted from those exhibits.

1    MR. NESTLER:  Yes, Your Honor.

2        We'll redact Mr. Hackett's home address.  We do think

3    the phone numbers need to be there because they're part of

4    how people are identified, phone numbers and e-mails,

5    consistent with the same as we did in the first trial.

6                    THE COURT:  Okay.

7                    MS. HALIM:  Your Honor, Mrs. Hackett's

8    identifying information is on there as well.

9                    MR. NESTLER:  Sure.  We'll take her phone

10   number off completely.

11                   THE COURT:  All right.  If you would just be

12   mindful of any of those issues.

13       That was the only thing I had.  Does anybody else want

14   to discuss anything before we adjourn?

15       Okay.

16                   MR. NESTLER:  I'm only contemplating because

17   one of the defense witnesses is Michael Greene and we

18   understand that his -- he might have counsel who need to

19   have a conflict waiver done.  Mr. Linder and Mr. Wright

20   informed us that they represent Mr. Greene.

21                   THE COURT:  They do?

22                   MR. NESTLER:  And so to the extent that he's

23   going to be called as a witness, we wanted to -- we don't

24   have to address it tonight, just wanted to flag it if we

25   need to.  If he is going to be a witness, we need to make

1    sure that both he and Mr. Rhodes waive any potential

2    conflict.

3                    THE COURT:  Okay.

4                    MR. NESTLER:  If they're representing him.

5    They have not entered their appearance, but that's what they

6    have informed us.

7                    THE COURT:  Okay.  We'll take that as it

8    comes.  We'll see if that comes to pass.

9         All right.  Thank you, everybody.  We'll see you in

10   the morning.

11        Again, if there are any issues that need to be raised,

12   please text JC so that we can start before 9:00.  Thank you.

13                    (Court adjourned at 5:00 p.m.)

14

15

16                    **C E R T I F I C A T E**

17

18        I certify that the foregoing is a correct transcript

19   of the record of proceedings in the above-entitled matter

20   prepared from my stenotype notes.

21                    */s/ Gregory S. Mizanin*        *December 14, 2022*

22                    GREGORY S. MIZANIN, RDR, CRR              DATE

23

24

25

**$**

$200 [1] - 1276:6
$25 [1] - 1262:3

**'**

'21 [1] - 1174:23

**/**

/1 [2] - 1206:1;
  1241:14
/2 [1] - 1206:1
/s [1] - 1295:21

**1**

1 [15] - 1175:22;
  1187:7; 1197:3;
  1198:7, 9;
  1201:24;
  1221:18;
  1227:15;
  1254:1; 1255:9;
  1256:14;
  1260:11; 1283:5
1,000.1 [1] -
  1216:9
1.S.159.1056 [1]
  - 1188:22
1.S.159.1078 [4]
  - 1184:15, 22;
  1186:19;
  1192:13
1.S.656.1848.V
  [1] - 1255:24
1.S.656.1854.V
  [2] - 1257:1, 3
1.S.656.V [1] -
  1256:5
10 [1] - 1243:9
100 [1] - 1261:8
1000.1 [1] -
  1214:18
1000.10 [1] -
  1218:24
1000.11 [2] -
  1214:19;
  1219:14
1000.2 [2] -

1216:12; 1217:9
1000.3 [1] -
  1217:11
1000.4 [1] -
  1217:14
1000.5 [2] -
  1217:16, 19
1000.6 [1] -
  1217:21
1000.7 [2] -
  1215:6; 1217:24
1000.8 [1] -
  1218:10
1000.9 [1] -
  1218:21
1000.SS [3] -
  1213:8, 13, 19
1002 [4] - 1222:2,
  11, 18, 20
1004.1 [3] -
  1251:6, 10, 14
1004.1.TR [1] -
  1251:11
1007 [1] - 1215:1
106 [3] - 1185:4,
  15; 1186:13
1077 [1] -
  1187:15
1078 [2] -
  1187:13
1079 [1] -
  1187:18
10:06 [1] -
  1289:19
10th [5] -
  1219:25;
  1221:15;
  1223:2;
  1225:16;
  1226:25
11 [4] - 1174:11;
  1175:6;
  1246:11;
  1247:12
1121.1 [3] -
  1233:6, 14, 16
1122 [3] -
  1249:24; 1250:4

1123.1 [2] -
  1249:3, 6
114 [1] - 1171:14
1150 [1] -
  1171:19
1173 [1] - 1172:4
11:14 [1] - 1200:6
11:32 [1] -
  1247:12
11th [7] -
  1245:25;
  1246:12;
  1247:14;
  1248:21;
  1260:17;
  1290:22
12 [1] - 1201:19
12,106th [1] -
  1196:22
125 [1] - 1209:7
12:30 [2] -
  1173:4; 1293:7
12th [5] -
  1248:25;
  1249:21;
  1251:3; 1261:5;
  1291:16
13 [3] - 1170:5;
  1201:19; 1214:5
1351.A [1] -
  1190:14
14 [5] - 1185:7,
  25; 1186:2;
  1188:25;
  1295:21
14th [2] - 1282:2;
  1283:10
15-hour [1] -
  1260:8
1525 [4] -
  1207:22;
  1208:6, 10
153 [1] - 1181:1
1531 [5] - 1191:6,
  19; 1194:3, 16;
  1195:2
1532 [1] -
  1171:11

1557 [6] - 1174:7;
  1175:5, 12, 15;
  1225:22; 1226:8
159 [7] - 1176:1,
  3, 6, 20;
  1187:12, 14
16th [3] -
  1243:19;
  1261:22; 1292:4
17 [1] - 1219:19
1775 [1] -
  1171:18
1776 [1] -
  1199:11
17th [5] - 1220:9;
  1227:15;
  1228:19, 22;
  1288:22
1800 [1] -
  1248:13
187 [1] - 1181:17
18th [2] -
  1243:24; 1244:5
19 [1] - 1252:4
19129 [1] -
  1171:7
192 [3] - 1220:5,
  10, 17
19th [2] - 1230:6;
  1251:20
1:30 [2] -
  1250:13, 20
1:39 [1] - 1198:3
1:45 [2] - 1170:5;
  1173:1

**2**

2 [8] - 1173:20;
  1183:6; 1197:7;
  1202:1; 1259:9,
  25; 1283:5
200 [2] - 1231:11;
  1262:1
200.T.89 [1] -
  1204:6
20006 [1] -
  1171:19
2004 [3] - 1237:5,

8; 1243:9
2004.V.4 [2] -
  1237:24; 1238:1
2004.V.4.MD [1] -
  1237:3
2004.V.6.1 [2] -
  1245:9, 13
2004.V.6.MD [2] -
  1244:8, 19
202 [2] - 1170:18;
  1171:20
2020 [54] -
  1192:3;
  1195:20;
  1196:12, 14;
  1200:2; 1204:4;
  1209:3; 1213:1,
  5; 1221:3;
  1223:2;
  1228:22;
  1230:16;
  1232:24;
  1234:24;
  1235:2, 24;
  1236:10;
  1237:19;
  1238:9, 12;
  1241:19;
  1243:19, 24;
  1244:23;
  1246:11;
  1247:12;
  1248:22, 25;
  1249:21;
  1251:3, 20;
  1252:4; 1253:7,
  24; 1255:14;
  1260:17;
  1261:5, 22;
  1262:11;
  1274:14;
  1275:19;
  1276:15, 22;
  1277:14;
  1278:8;
  1279:19;
  1280:3;
  1285:11;

1286:3;
1288:22;
1289:11;
1291:16
2021 [15] -
1175:2;
1177:12;
1179:1; 1180:5;
1188:4; 1189:8,
21; 1192:3, 20;
1220:9; 1230:6;
1231:11;
1280:22;
1282:2; 1283:10
2022 [2] - 1170:5;
1295:21
205 [1] - 1280:23
20579 [1] -
1170:17
209 [1] - 1182:8
20th [5] -
1231:11;
1253:24;
1262:11;
1274:14;
1275:19
21 [9] - 1173:25;
1174:14;
1176:18;
1184:11;
1188:2, 15, 23;
1257:20; 1258:4
210 [1] - 1189:9
210.P.1 [3] -
1189:18, 24;
1190:1
215 [1] - 1171:8
21st [2] -
1279:19; 1280:3
22 [2] - 1230:2, 7
22-15 [1] - 1170:4
2200 [1] - 1241:9
2200.2 [1] -
1241:12
222 [1] - 1181:24
228-1341 [1] -
1171:4
22nd [3] -

1244:23;
1245:12, 22
2325.1 [1] -
1234:16
233 [1] - 1181:10
239 [1] - 1171:12
24/7 [1] - 1229:13
252-7277 [1] -
1170:18
2523.1 [3] -
1234:12;
1235:14; 1236:2
25th [1] - 1213:2
265 [1] - 1171:14
26th [1] - 1277:14
27th [1] - 1276:1
28th [1] - 1286:3
29 [1] - 1214:7
29-minute [1] -
1214:14
29th [3] -
1177:12;
1287:18; 1288:6
2:20 [1] - 1250:13
2:24 [2] - 1186:3;
1188:23
2:30 [2] - 1173:5;
1293:9
2:38 [3] - 1188:4,
16; 1192:15
2A [1] - 1242:11
2nd [2] - 1289:11,
19

3

3 [3] - 1197:8;
1259:9
3-05.1 [1] -
1284:9
30 [1] - 1287:13
300-3229 [1] -
1171:8
3050 [7] - 1177:9;
1180:4; 1189:6;
1220:8; 1230:5;
1231:10;
1280:21
3054 [1] -

1173:18
3076 [1] -
1251:18
30th [2] -
1232:24;
1280:22
337-9755 [1] -
1171:12
33901 [1] -
1171:11
33950 [1] -
1171:15
3580 [1] - 1171:7
3:10 [2] - 1235:5,
7
3:11 [1] - 1255:9
3:25 [1] - 1235:5
3:27 [2] - 1235:7;
1266:21
3:49 [1] - 1256:13
3rd [3] - 1180:5;
1196:14;
1289:17

4

4 [3] - 1197:10;
1223:7; 1259:9
400 [1] - 1261:25
41 [1] - 1214:5
4655 [3] -
1276:25;
1277:7, 9
4800.1 [2] -
1259:10; 1262:8
4802.1 [2] -
1259:10; 1266:7
4802.2 [2] -
1259:10;
1270:20
4804 [2] -
1273:21, 25
4805.1 [2] -
1259:10; 1263:7
4805.2 [1] -
1263:18
4807.02 [1] -
1261:1
4807.1 [2] -

1259:9, 18
4807.3 [1] -
1261:11
4807.4 [4] -
1259:11, 13;
1275:17, 22
4809 [2] -
1259:10;
1265:12
4812 [4] -
1259:10;
1262:23;
1273:19, 22
4:18 [1] - 1220:25
4:54 [1] - 1267:13
4th [4] - 1196:12;
1200:1;
1230:16, 20

5

5 [2] - 1197:14;
1293:4
5/6 [1] - 1180:22
50 [3] - 1180:6;
1250:13;
1263:17
52 [2] - 1279:1, 3
53 [2] - 1279:1, 4
575-8000 [1] -
1171:15
5:00 [1] - 1295:13
5th [5] - 1189:20;
1191:5;
1192:19;
1200:6; 1268:17

6

6 [13] - 1170:6;
1173:25;
1174:14, 23;
1175:2;
1176:18;
1178:11;
1184:11;
1188:2, 4, 15,
23; 1268:16
601 [1] - 1170:17
6396 [1] -

1274:22
656 [1] - 1179:20
6610 [4] -
1210:20;
1211:7, 18, 24
6770 [7] -
1195:15;
1196:5;
1219:18;
1220:3, 12;
1226:22
6771 [4] - 1228:7,
13, 15, 17
6772 [3] -
1229:18, 23
6773 [4] -
1238:15, 25;
1245:19; 1252:1
6774 [4] - 1253:4,
10, 17, 20
6775 [3] -
1280:19;
1281:3, 8
6776 [4] -
1285:16, 22, 24;
1287:15
6776.1 [3] -
1287:1, 4, 7
6777 [1] -
1240:17
6843 [2] -
1189:11;
1231:13
6851 [3] - 1279:1,
3, 6
6852 [1] -
1279:20
6853 [1] - 1280:6
696 [1] - 1179:11
6:13 [1] - 1204:4
6:45 [1] - 1206:18
6:50 [1] - 1221:15
6th [10] -
1176:22;
1179:1, 6-7;
1182:10;
1188:16;
1192:9;

1193:16;
1276:15;
1278:18

**7**

745 [1] - 1171:3
7:30 [1] - 1243:25
7th [6] - 1204:13;
1205:8;
1231:23;
1237:19; 1290:8

**8**

808 [1] - 1171:4
85 [1] - 1177:12
8:20 [2] -
1246:11, 13
8:25 [1] - 1209:3
8:30 [1] - 1206:21
8th [2] - 1241:18;
1243:5

**9**

9 [8] - 1173:6, 8;
1198:17;
1283:12;
1284:15, 18;
1293:7
9-1-1 [1] - 1265:9
902(11 [1] -
1249:5
919-9491 [1] -
1171:20
941 [1] - 1171:15
941-529-2509 [1]
- 1173:22
96734 [1] -
1171:4
9:00 [1] - 1295:12
9:16 [1] - 1199:8
9:39 [1] - 1221:3
9:41 [1] - 1288:18
9th [14] - 1189:8;
1204:4;
1205:14;
1206:14, 17;
1208:18, 25;
1209:3;

1211:15;
1213:1, 5;
1219:25;
1221:3, 12

**A**

Aaron [2] -
1180:7, 10
abbreviation [2] -
1198:22; 1199:1
Abdullah [7] -
1210:10, 12, 16;
1211:13;
1212:25;
1213:3, 11
abject [1] -
1199:20
able [9] -
1177:18, 24;
1206:9;
1209:15;
1211:1;
1257:16;
1263:14;
1271:10
above-entitled [1]
- 1295:19
academic [1] -
1284:6
accept [1] -
1200:8
access [3] -
1207:6, 9;
1211:5
according [4] -
1211:14;
1266:12;
1270:21;
1280:10
account [5] -
1236:11;
1237:6; 1238:8;
1243:17;
1268:10
accounts [1] -
1195:25
accurate [4] -
1175:8; 1196:2;

1216:7; 1245:6
accurately [2] -
1243:22;
1253:13
acknowledge [2] -
1239:15; 1240:3
action [3] -
1221:23;
1223:4; 1241:22
active [1] -
1283:18
activities [1] -
1284:10
actual [2] -
1176:7; 1202:16
Adams [2] -
1210:9, 11
add [1] - 1197:12
added [1] -
1247:15
addition [2] -
1217:4; 1243:12
additional [6] -
1188:19;
1238:11;
1268:17;
1270:19;
1280:12
address [8] -
1232:17;
1274:23;
1275:6, 13;
1293:21;
1294:2, 24
adjourn [1] -
1294:14
adjourned [1] -
1295:13
admissibility [2] -
1269:19;
1275:11
admissible [3] -
1216:5; 1269:8;
1272:15
admission [5] -
1249:4; 1251:7;
1256:25;
1275:12

admit [5] -
1175:11;
1215:16;
1244:16;
1283:2; 1290:2
admitted [41] -
1175:15;
1183:18;
1184:4;
1186:19;
1190:1; 1196:7;
1208:12;
1211:24;
1213:19;
1216:17;
1222:20;
1228:17;
1229:24;
1233:16;
1236:2; 1238:2;
1239:12, 17, 20;
1244:20;
1245:15;
1249:6; 1250:5;
1251:10;
1253:20;
1256:5; 1257:3;
1259:16;
1268:3, 5, 7;
1269:16, 24;
1270:14;
1274:4; 1277:9;
1279:4;
1285:24;
1287:7, 23
advanced [1] -
1260:21
advertise [1] -
1265:15
advise [1] -
1215:17
affiliated [1] -
1193:7
Afghanistan [1] -
1290:15
afternoon [6] -
1173:3, 16-17;
1235:10, 15;

1293:6
Afternoon [1] -
1170:7
afterwards [3] -
1176:5;
1187:18;
1239:13
agencies [1] -
1292:23
agenda [1] -
1197:23
agent [3] -
1183:22;
1184:15; 1240:3
Agent [44] -
1173:12, 23;
1174:7, 9;
1175:17;
1177:15;
1180:10;
1184:12;
1186:23;
1189:4, 14;
1190:16, 21;
1195:14;
1196:10;
1204:1;
1210:19;
1212:3; 1218:3,
14; 1219:21;
1222:14;
1227:1; 1233:6;
1235:11, 13;
1236:4; 1237:2;
1240:21;
1249:3, 10;
1250:7, 19;
1251:5; 1252:8;
1258:1; 1262:6;
1266:13;
1270:22;
1272:1; 1274:8;
1275:20;
1283:7; 1292:24
agent's [1] -
1271:21
ago [2] - 1190:16;
1277:23

agree [5] - 1180:5; 1189:8; 1251:19; 1282:16, 20
Ahab/Faith [2] - 1178:14; 1179:22
ahead [6] - 1182:16; 1185:3; 1186:11; 1257:18; 1281:14; 1288:3
aid [1] - 1184:7
ain't [1] - 1197:7
Airborne [1] - 1225:12
AK-47s [1] - 1261:24
AL [2] - 1170:6; 1228:24
Alabama [2] - 1229:1, 9
Alex [1] - 1226:15
Alexander [1] - 1226:15
Alexandra [1] - 1170:15
Ali [1] - 1226:15
align [1] - 1223:25
alleged [2] - 1255:20; 1273:5
allow [2] - 1265:15; 1272:2
Alondra [1] - 1261:9
alphabet [1] - 1292:23
AM [7] - 1183:6; 1198:3; 1200:6; 1204:4; 1221:15; 1243:19; 1293:7
America [3] - 1197:23; 1223:14; 1224:15

AMERICA [1] - 1170:3
America-hating [1] - 1197:23
American [2] - 1234:2, 18
Americans [1] - 1199:12
AMIT [1] - 1170:9
ancestors [1] - 1224:12
anchor [1] - 1174:21
Andrew [3] - 1254:20; 1261:16; 1267:2
Android [1] - 1280:23
Angela [1] - 1171:6
answering [1] - 1203:13
apart [1] - 1202:15
appear [1] - 1196:2
appearance [1] - 1295:5
APPEARANCES [2] - 1170:13; 1171:1
appeared [1] - 1234:8
appearing [1] - 1234:22
application [3] - 1187:11; 1188:9; 1232:1
appreciate [2] - 1212:21; 1293:13
appropriate [3] - 1268:1; 1269:18; 1271:18
approximate [2] - 1193:17; 1195:20

AR-15s [1] - 1261:25
area [1] - 1284:14
Areas [1] - 1265:5
Ares [6] - 1258:20, 23, 25; 1259:4; 1262:19; 1274:11
Ares's [1] - 1274:13
arguably [1] - 1275:11
Arizona [2] - 1191:9; 1194:1
Arlington [3] - 1192:23, 25; 1224:25
arm [1] - 1234:22
armed [1] - 1221:5
arms [5] - 1198:20; 1272:19, 22-23; 1273:4
Army [1] - 1225:12
army [1] - 1199:18
arrange [1] - 1276:21
arrest [1] - 1292:14
arrests [1] - 1292:22
arrival [1] - 1279:18
arrive [1] - 1280:2
Art [12] - 1260:16; 1261:19; 1262:10, 25; 1265:14; 1266:4, 13; 1270:22; 1273:11; 1274:9; 1276:3;

1278:11
Arts [4] - 1259:2, 4, 22; 1267:3
aside [2] - 1210:11; 1226:13
ass [1] - 1243:21
assault [1] - 1255:22
assholes [1] - 1289:24
assist [2] - 1189:3; 1215:18
assume [1] - 1203:4
attach [2] - 1254:7; 1255:12
attached [11] - 1237:24; 1243:12; 1254:8, 11; 1255:13, 23, 25; 1256:18, 20; 1257:1; 1286:16
attempt [1] - 1186:6
attempting [1] - 1276:21
attention [1] - 1293:12
ATTORNEY'S [1] - 1170:16
audio [25] - 1210:23; 1213:4, 10, 25; 1215:19, 21, 25; 1216:11; 1217:10, 13, 15, 17, 20, 23; 1218:1, 9, 12, 20, 23, 25; 1219:5, 12, 15
AUSA [4] - 1170:14
author [1] - 1237:13
authority [2] - 1272:18; 1273:6

authorized [1] - 1293:23
auxiliary [1] - 1284:13
available [3] - 1173:8; 1189:3; 1282:10
Avenue [1] - 1171:14
aware [20] - 1175:8; 1189:13; 1192:2; 1193:21; 1194:10, 21; 1195:16; 1219:24; 1228:9; 1229:14; 1248:24; 1249:20; 1251:2; 1253:6, 9; 1254:13; 1276:20; 1278:6; 1280:15; 1285:9
awesome [1] - 1248:14

**B**

background [2] - 1204:23; 1265:25
backup [2] - 1177:18; 1180:8
bad [2] - 1221:9; 1256:16
Badalament [70] - 1177:1, 10; 1178:16; 1179:13; 1180:19; 1182:4; 1186:24; 1188:20; 1191:16; 1192:6, 13; 1193:10;

1195:7;
1206:12;
1207:24;
1208:17;
1210:1;
1212:23;
1216:10;
1217:22;
1218:8, 11, 22;
1219:11, 14, 17;
1220:12;
1222:2, 12, 22;
1223:8;
1224:17;
1225:23;
1226:23;
1237:2, 11;
1238:15;
1244:10;
1245:9, 17, 20;
1249:14;
1250:14;
1252:1; 1253:2;
1256:7, 10;
1257:21;
1258:10, 12;
1259:19;
1260:2; 1261:2,
12; 1262:14, 23;
1267:10, 19;
1273:16, 19;
1274:17;
1275:24;
1276:8;
1277:11;
1279:7, 21;
1280:7;
1283:21;
1285:7; 1287:13
bag [1] - 1247:18
Ballston [1] -
1195:4
barricades [1] -
1223:24
Barriers [1] -
1265:8
based [8] -
1175:9;

1204:25;
1212:15;
1213:22;
1227:10;
1228:2;
1236:19;
1293:20
basis [3] -
1239:14; 1271:3
bastards [1] -
1289:24
battle [2] -
1197:2; 1199:11
beat [1] - 1254:5
become [1] -
1263:13
bed [1] - 1232:9
BEFORE [1] -
1170:9
beginning [4] -
1175:22;
1257:22;
1266:10; 1285:1
behind [1] -
1212:17
believes [2] -
1215:22; 1216:6
bench [1] -
1186:20
better [2] -
1262:5; 1265:23
between [18] -
1177:9;
1182:14;
1185:1; 1192:2;
1200:22;
1202:6;
1214:24;
1215:20;
1217:1;
1228:10;
1239:5; 1246:7;
1264:2;
1267:23;
1269:2; 1271:6;
1275:3; 1281:12
beyond [3] -
1269:2, 9;

1273:1
bible [1] -
1224:13
Biden [3] -
1197:10;
1200:8; 1227:16
big [3] - 1187:20;
1289:22
bigger [1] -
1230:22
biggest [1] -
1288:21
bit [4] - 1178:8;
1260:21;
1293:3, 5
Bittner [2] -
1194:11;
1291:25
Black [1] - 1276:4
black [5] -
1177:13;
1189:9; 1230:7;
1231:12;
1280:23
blacked [1] -
1212:18
blacked-out [1] -
1212:18
blatantly [1] -
1292:15
bleed [1] - 1289:4
bless [2] -
1224:15;
1242:24
blessed [1] -
1215:24
blocked [1] -
1212:19
blow [1] -
1208:24
blue [1] - 1230:8
board [1] -
1248:14
body [3] -
1200:16;
1234:21; 1288:8
bold [1] - 1265:17
book [1] -

1276:14
booked [1] -
1276:11
bottom [13] -
1186:25;
1187:4;
1196:18;
1204:5; 1206:1;
1223:10;
1224:18;
1260:1; 1264:4,
14, 20; 1276:7;
1284:2
Bounding [3] -
1270:23;
1271:25;
1273:12
bounding [4] -
1270:25;
1271:12;
1272:11
Box [1] - 1171:3
Boy [1] - 1252:21
Boys [3] -
1226:21;
1244:3; 1252:22
brave [1] -
1199:20
breach [1] -
1225:5
break [3] -
1235:4, 16;
1293:8
briefly [3] -
1239:2;
1243:15; 1275:2
bring [2] - 1262:2;
1274:1
broadcasted [1] -
1236:19
broke [1] -
1235:15
Brooksville [4] -
1279:2, 13, 25;
1280:11
brother [3] -
1248:14;
1251:21;

1252:12
brothers [2] -
1225:1, 9
brought [1] -
1202:23
BROWN [2] -
1171:10, 13
Brown [11] -
1254:17;
1261:7; 1267:7;
1278:13, 15-16;
1279:17;
1280:15, 23;
1282:17; 1283:7
brown [4] -
1282:7, 10, 23;
1284:15
Brown's [2] -
1281:1, 5
Buddy [3] -
1270:23;
1271:25;
1273:11
buddy [4] -
1270:24;
1271:11;
1272:10, 12
building [2] -
1190:8
bunch [1] -
1176:5
burn [1] - 1224:2
business [4] -
1249:5; 1259:9;
1269:12;
1273:23
buy [1] - 1262:3

C

CAG [2] -
1193:19
Caldwell [8] -
1193:3, 13, 19;
1230:7, 13-15,
19
Caldwell's [1] -
1230:11
calm [2] - 1197:6;

1242:3
cannot [2] - 1217:4; 1272:4
capability [1] - 1272:24
Cape [3] - 1194:19; 1291:22, 24
capitol [1] - 1290:25
Capitol [6] - 1190:9; 1193:18; 1223:23; 1249:12; 1278:20
captured [1] - 1178:3
care [1] - 1173:3
Carolina [8] - 1192:1; 1195:1; 1229:15, 20; 1230:18, 20; 1232:12, 19
Carry [1] - 1263:20
case [11] - 1193:1; 1204:23; 1205:3; 1208:3; 1215:25; 1216:25; 1227:10; 1230:8; 1259:5; 1275:15; 1287:24
cellular [6] - 1177:13; 1188:8; 1189:10; 1213:25; 1220:10; 1231:12
Cemetery [1] - 1224:25
Center [1] - 1280:11
center [2] -

1190:6; 1267:15
certain [5] - 1175:20; 1177:24; 1188:10; 1212:14; 1270:8
certainly [2] - 1269:5, 8
certificate [1] - 1259:9
certification [2] - 1249:5; 1273:23
certify [1] - 1295:18
chain [1] - 1247:1
chair [1] - 1227:18
chance [2] - 1183:6; 1227:17
changed [2] - 1179:4, 6
chapter [1] - 1278:7
charge [1] - 1273:7
charged [1] - 1282:2
chat [92] - 1174:14, 16-18, 22; 1175:3, 23, 25; 1176:1, 3, 8, 18-19, 22; 1177:3, 6-7; 1178:11, 18-20; 1179:2, 5, 7-10, 15-16, 19; 1180:1, 12, 21, 25; 1181:4, 10, 12, 16, 21, 24; 1182:6-8, 10; 1184:11, 19; 1187:12, 14; 1188:2, 16, 23, 25; 1195:18; 1196:17, 22, 25; 1197:20; 1198:17; 1199:9; 1201:1,

6; 1202:8; 1206:19; 1221:21; 1225:20, 24; 1226:1, 4, 10, 14, 18; 1229:6, 8; 1238:20; 1246:14; 1247:6, 8, 14; 1254:3; 1268:17; 1286:10, 12-13; 1288:2, 7; 1291:20; 1292:8
chats [9] - 1174:12, 24; 1175:6; 1176:3; 1178:24; 1202:8, 22
check [2] - 1225:8; 1264:8
checking [1] - 1229:9
chest [1] - 1224:11
chi [1] - 1197:12
child [1] - 1173:3
choice [1] - 1199:19
choose [1] - 1243:23
chosen [1] - 1286:9
Chris [1] - 1196:24
circle [1] - 1255:3
circled [1] - 1255:5
Circuit [1] - 1215:24
citizens [1] - 1292:22
city [2] - 1221:5; 1279:12
civil [3] - 1200:15; 1223:17; 1243:23
civilians [2] -

1265:18, 22
clarify [1] - 1216:23
class [11] - 1260:8; 1262:11; 1263:10, 15, 17, 20; 1271:25; 1276:4; 1278:1; 1289:4
Class [1] - 1277:16
classes [6] - 1263:1, 3; 1265:15, 19-20; 1266:2
classified [1] - 1232:21
clear [8] - 1183:21; 1186:13, 15; 1205:25; 1210:22; 1218:3; 1242:15; 1268:15
Clearing [1] - 1265:7
clearly [1] - 1201:21
cliff [1] - 1290:5
CLINTON [1] - 1171:18
clip [3] - 1219:10; 1245:9; 1286:23
clips [2] - 1214:13; 1218:20
close [1] - 1263:16
closing [1] - 1291:5
coerce [1] - 1284:11
collectively [1] - 1239:24
colluding [1] - 1292:15

colors [1] - 1291:3
COLUMBIA [1] - 1170:1
columns [1] - 1208:4
com [1] - 1197:12
Combat [16] - 1259:1, 3, 22; 1260:16; 1261:19; 1262:10, 25; 1265:14; 1266:4, 13; 1267:3; 1270:22; 1273:11; 1274:8; 1276:3; 1278:11
combat [2] - 1198:20; 1205:21
Comfort [7] - 1185:20, 23; 1192:23, 25; 1194:5, 16; 1195:3
comfortable [1] - 1227:20
coming [7] - 1186:14; 1200:14; 1203:5, 8; 1204:10; 1240:8
comment [7] - 1203:20; 1204:2, 12, 16, 23; 1205:13
commented [2] - 1205:3, 5
commercial [1] - 1266:2
communicating [1] - 1229:16
communications [4] - 1203:7; 1229:19; 1241:5, 7

communist [1] - 1200:13
communists [1] - 1243:21
company [3] - 1258:21, 23, 25
company's [1] - 1269:12
compared [1] - 1195:23
compilation [2] - 1201:12; 1285:18
compiling [1] - 1201:24
complete [3] - 1185:13; 1200:25; 1223:17
completely [1] - 1294:10
completeness [2] - 1185:18; 1202:24
Concealment [2] - 1265:6, 8
concept [2] - 1272:7
concepts [1] - 1284:5
concerned [1] - 1217:7
concerning [2] - 1184:6; 1212:16
concluded [10] - 1183:23; 1186:18; 1203:24; 1216:8; 1240:16; 1264:18; 1270:5; 1273:9; 1275:16; 1283:1
conduct [2] - 1199:18; 1200:3
conducted [5] - 1253:6; 1258:15;

1278:7, 23; 1284:10
conducting [1] - 1258:21
Conference [2] - 1279:10; 1280:11
conference [2] - 1207:16; 1224:24
conflict [3] - 1293:6; 1294:19; 1295:2
confronting [1] - 1223:21
confused [1] - 1203:21
confusing [1] - 1182:25
confusion [1] - 1203:22
connect [1] - 1223:19
connected [1] - 1240:25
connection [4] - 1195:10; 1207:19; 1228:10; 1259:4
Connie [4] - 1254:23; 1261:7; 1262:17; 1267:7
Connor [1] - 1171:10
conquer [1] - 1199:21
consequently [1] - 1270:13
consider [3] - 1184:3, 7; 1270:8
considered [1] - 1184:1
considering [1] - 1230:24
consigned [1] - 1199:15

consistent [2] - 1267:25; 1294:5
conspiracy [6] - 1272:20; 1273:7; 1282:2, 4, 18, 20
Constitution [1] - 1197:15
contact [1] - 1227:9
Contact [1] - 1265:8
contain [2] - 1195:19; 1238:17
containing [1] - 1180:7
contemplating [1] - 1294:16
content [2] - 1205:1
context [4] - 1202:1, 9; 1269:13; 1272:9
continuation [2] - 1200:12; 1206:6
continue [18] - 1173:13; 1197:14, 20; 1200:2; 1224:9, 21; 1229:12; 1232:5, 8; 1242:9; 1247:22; 1248:4; 1258:9; 1266:1; 1267:9, 18; 1278:2; 1284:8
CONTINUED [1] - 1171:1
continued [1] - 1200:13
CONTINUING [2] - 1172:4; 1173:14
continuous [2] - 1201:1, 5
contradicts [1] -

1215:2
control [1] - 1289:22
controlled [1] - 1242:10
controls [1] - 1215:21
convenience [1] - 1216:22
conversations [4] - 1202:5; 1216:16, 18, 20
converted [2] - 1188:10
corner [5] - 1175:18; 1186:25; 1207:24; 1240:4
correct [57] - 1173:21; 1174:19, 25; 1176:13; 1180:14; 1184:12; 1187:17; 1190:21; 1195:13; 1196:13, 15, 21; 1201:20; 1205:9, 11; 1209:23; 1210:14; 1211:3, 16; 1212:3; 1214:2, 10; 1221:1; 1226:2, 12; 1227:5; 1228:5; 1230:11; 1238:23; 1241:13, 16; 1242:15; 1243:6, 11; 1244:5; 1245:22; 1246:9; 1252:8; 1257:25; 1263:4, 20-21; 1274:12;

1275:19; 1279:14; 1284:16; 1285:3; 1289:16, 18; 1295:18
correctly [1] - 1174:4
correspondence [1] - 1276:2
corrupt [2] - 1292:14, 23
corruption [1] - 1197:12
counsel [12] - 1182:15; 1185:2; 1190:19; 1200:23; 1214:25; 1239:6; 1264:3; 1267:24; 1271:7; 1275:4; 1281:13; 1294:18
country [4] - 1224:25; 1228:1; 1242:22; 1243:23
couple [3] - 1173:5; 1228:9; 1289:9
courage [1] - 1199:18
course [1] - 1185:14
Court [20] - 1173:1; 1182:15; 1183:13; 1185:2; 1200:23; 1214:25; 1239:6, 13; 1247:25; 1257:9; 1264:3; 1267:24;

1268:15, 25;
1269:22;
1271:7; 1275:4;
1281:13;
1295:13
COURT [103] -
1170:1; 1173:2,
10; 1175:13, 15;
1182:16;
1183:1, 8, 17,
24; 1184:24;
1185:3, 8, 24;
1186:4, 9, 17,
19; 1189:25;
1196:6;
1201:10, 14, 18,
22; 1202:10;
1203:6, 14, 16;
1208:11;
1211:24;
1212:11;
1213:19;
1214:22;
1215:6, 12, 14;
1216:13;
1222:20;
1228:17;
1229:24;
1233:16;
1235:3, 8;
1236:2; 1238:1;
1239:3, 7, 18;
1240:5, 12;
1244:18, 20;
1245:11, 14;
1249:6; 1250:5;
1251:10;
1252:2, 5;
1253:20;
1256:5; 1257:3,
6, 11; 1259:12,
14, 16; 1264:9,
16; 1267:22, 25;
1268:11, 19;
1269:4; 1270:2,
6; 1271:3, 5, 13;
1272:5;
1273:25;

1274:4; 1275:7,
9; 1277:8;
1279:3;
1281:10, 14, 19,
21; 1282:5, 16;
1283:2;
1285:24;
1287:7, 19;
1293:3, 19;
1294:6, 11, 21;
1295:3, 7
Court's [2] -
1266:9; 1271:19
courtroom [2] -
1173:9; 1293:18
cover [2] -
1239:8; 1284:2
Cover [1] -
1265:8
coverage [4] -
1215:8;
1232:23; 1233:2
covered [2] -
1264:5, 21
cowboy [1] -
1225:6
CR [1] - 1170:4
crap [1] - 1197:13
creates [1] -
1257:15
credentials [1] -
1225:11
credit [1] - 1240:7
crew [1] -
1230:24
criminal [1] -
1282:12
crooked [1] -
1243:21
cross [9] -
1183:19, 22;
1185:14;
1202:14, 25;
1203:1, 17, 23;
1239:12
cross-
examination [1] -
1203:23

cross-examine [8]
- 1183:19, 22;
1185:14;
1202:14, 25;
1203:1, 17;
1239:12
Crowl [4] -
1231:5, 12, 23;
1232:17
Crowl's [2] -
1231:15, 21
CRR [1] -
1295:22
cruel [1] -
1199:19
cumulative [2] -
1269:10, 14
curious [1] -
1239:4
current [1] -
1174:23
customer [1] -
1276:9

D

D.C [15] - 1170:4,
17; 1171:19;
1198:18;
1221:23;
1223:4; 1225:1,
14; 1246:14;
1248:25;
1249:21;
1251:3;
1278:17;
1290:24
damn [1] - 1240:7
data [15] -
1175:9;
1177:16, 24-25;
1178:1;
1180:12;
1189:13;
1208:5, 7;
1220:14;
1230:10;
1231:15;
1236:10;

1244:25;
1280:25
DATE [1] -
1295:22
date [27] -
1174:21;
1188:3;
1196:10;
1203:19;
1204:3; 1209:2;
1212:22, 25;
1219:25;
1223:1;
1228:22;
1237:17;
1244:22;
1245:11;
1246:10;
1247:11;
1252:2;
1253:22;
1276:14;
1277:13;
1279:18;
1280:4; 1282:1;
1283:9; 1286:1;
1289:9
dated [1] - 1244:5
dates [1] -
1182:20
daunting [1] -
1290:3
David [5] -
1171:10;
1178:14;
1179:22;
1180:17; 1182:2
days [5] -
1243:24;
1290:8, 22;
1292:4; 1293:12
DC [10] -
1173:25;
1174:14;
1176:18;
1178:11;
1180:22;
1184:10;

1188:2, 15, 23;
1268:16
deal [1] - 1215:15
dealt [1] -
1215:14
death [2] -
1227:21;
1255:19
December [27] -
1170:5; 1180:5;
1192:3;
1230:16, 20;
1231:23;
1238:9, 12;
1245:25;
1246:11;
1247:12, 14;
1248:21, 25;
1249:21;
1251:3, 20;
1252:4;
1276:15, 22;
1277:14;
1285:10;
1291:16;
1292:4; 1295:21
deck [1] -
1242:14
declares [1] -
1197:10
deep [1] - 1223:5
defeat [2] -
1197:14, 25
defend [5] -
1197:25;
1200:9, 13;
1223:4
Defendant [5] -
1171:2, 6, 9, 17;
1285:9
defendants [4] -
1251:19;
1268:5, 18;
1272:16
Defendants [1] -
1170:7
defense [7] -
1186:13, 15;

1188:18, 21;
1215:22;
1216:5; 1294:17
defines [1] -
1284:9
degree [1] -
1273:4
deliberations [1] -
1216:2
deliver [1] -
1199:17
demand [1] -
1292:14
democratic [1] -
1197:21
demonic [1] -
1243:20
demonstrative [2]
- 1182:23;
1215:5
denied [1] -
1284:13
depart [1] -
1173:4
depicted [2] -
1190:6; 1252:7
depicting [1] -
1249:20
deploy [1] -
1242:3
describe [4] -
1174:13;
1207:14;
1243:15; 1247:4
description [4] -
1263:6, 10
descriptions [1] -
1263:1
deserve [1] -
1184:5
designed [1] -
1272:2
destroyed [1] -
1199:15
destruction [2] -
1197:24
detail [2] -
1244:1, 3

details [1] -
1291:1
determine [2] -
1199:12; 1217:4
determined [1] -
1223:25
device [3] -
1188:8;
1213:24; 1230:6
devices [5] -
1177:23;
1188:9;
1195:25;
1253:14
diagram [2] -
1284:21, 23
die [2] - 1199:21;
1205:19
difference [2] -
1215:20; 1217:1
different [28] -
1174:11, 24;
1175:6;
1176:15;
1178:6, 9;
1195:19;
1200:25;
1201:12, 24-25;
1202:5; 1203:3,
15; 1208:21;
1216:6; 1228:6;
1238:22;
1239:10, 15-16;
1247:1, 8;
1263:24;
1268:21;
1271:21;
1291:16
difficult [1] -
1216:23
difficulty [1] -
1257:6
dire [1] - 1239:1
direct [2] -
1246:3, 7
DIRECT [2] -
1172:4; 1173:14
disabled [1] -

1225:12
disabuse [1] -
1203:22
disagreement [1]
- 1268:6
discount [1] -
1278:4
discuss [2] -
1177:3; 1294:14
discussed [2] -
1283:3; 1291:5
discussing [1] -
1228:3
discussion [11] -
1182:14;
1185:1;
1186:20;
1200:22;
1214:24;
1239:5; 1264:2;
1267:23;
1271:6; 1275:3;
1281:12
discussions [1] -
1241:2
disheartened [2] -
1251:23;
1252:14
disobedience [1] -
1223:17
displayed [1] -
1286:9
disregard [1] -
1217:6
disrupt [1] -
1284:11
distance [1] -
1263:16
DISTRICT [3] -
1170:1, 10
DM [1] - 1205:22
DNI [1] - 1292:20
doctrinal [1] -
1283:13
doctrine [2] -
1282:14; 1284:5
document [5] -
1223:7;

1275:11;
1283:23, 25;
1284:4
domestic [1] -
1197:14
Dominic [2] -
1251:21;
1252:20
Don [2] - 1210:7;
1247:24
don't.. [1] -
1215:13
done [5] -
1198:21;
1223:15, 22;
1260:9; 1294:19
Donovan [3] -
1231:5, 12;
1232:17
door [1] - 1225:9
doorsteps [1] -
1292:22
dot [1] - 1176:5
double [1] -
1264:8
double-check [1]
- 1264:8
Doug [5] -
1191:25;
1192:8; 1210:9;
1232:12
Douglas [2] -
1191:21; 1192:2
down [18] -
1195:8; 1204:5;
1220:4; 1223:7;
1224:2, 6, 17;
1226:7; 1230:1;
1232:9;
1233:22;
1253:1;
1260:11;
1263:22;
1264:20;
1276:7;
1284:22; 1285:6
dozen [1] -
1292:21

drawing [1] -
1197:1
Drawing [1] -
1265:6
drawn [1] -
1174:16
dream [1] -
1288:9
drive [1] -
1180:13
driving [1] -
1180:7
dumb [1] -
1289:24
dump [1] -
1244:25
duplicate [1] -
1173:21
duration [1] -
1209:6
during [4] -
1184:4; 1188:8;
1216:2; 1255:20
dying [2] -
1225:3; 1227:25

                    E

e-mail [3] -
1274:23;
1275:13; 1276:3
e-mails [2] -
1259:22; 1294:4
early [2] -
1195:20;
1202:17
eastern [4] -
1188:6, 11
Eastern [1] -
1206:21
easy [1] -
1263:13
Ed [5] - 1176:23;
1185:17;
1187:24;
1188:15, 23
Edward [2] -
1171:17; 1189:9
Edwards [1] -

1170:15
effect [5] -
  1268:4;
  1269:24;
  1270:12;
  1277:24;
  1287:25
effective [2] -
  1263:12, 16
efficient [1] -
  1236:1
effort [1] -
  1199:16
eight [2] - 1238:3;
  1245:10
eight-and-a-half
  [1] - 1238:3
either [5] -
  1186:9;
  1198:12, 20;
  1265:25
Election [2] -
  1207:1; 1289:17
election [6] -
  1196:13;
  1202:18;
  1206:21;
  1289:5, 25;
  1292:16
electronic [1] -
  1177:23
elicit [2] -
  1239:19, 21
elicited [1] -
  1239:23
Ellipse [1] -
  1278:20
emblem [1] -
  1249:19
Emergency [1] -
  1265:6
emoji [1] -
  1246:23
enable [1] -
  1284:10
encrypted [1] -
  1232:6
end [8] - 1214:19;

1224:10;
  1232:7;
  1236:22;
  1285:1; 1293:3,
  10
end-to-end [1] -
  1232:7
ending [2] -
  1189:10;
  1231:13
ends [1] - 1225:7
endurance [1] -
  1293:13
enemies [2] -
  1197:14;
  1292:15
enemy [3] -
  1197:2;
  1199:19;
  1288:21
enforcement [7] -
  1198:25;
  1242:13, 20;
  1265:24;
  1266:1;
  1271:24; 1272:9
Enforcement [1] -
  1265:9
Enrique [2] -
  1226:16, 20
ensure [1] -
  1203:17
ensures [1] -
  1293:24
enter [3] -
  1174:24;
  1178:24;
  1278:21
entered [1] -
  1295:5
enters [1] -
  1173:9
entire [3] -
  1175:5;
  1195:19; 1264:7
entitled [3] -
  1239:11, 14;
  1295:19

epic [1] - 1288:8
equipment [2] -
  1225:8; 1241:23
ER [1] - 1247:16
error [1] - 1216:3
establish [4] -
  1239:11;
  1268:4;
  1269:19;
  1272:21
established [2] -
  1269:11
establishes [1] -
  1269:5
establishing [3] -
  1198:18; 1273:2
ET [1] - 1170:6
evaluating [1] -
  1184:7
evening [5] -
  1200:1;
  1206:17;
  1221:3;
  1289:19;
  1293:16
eventually [1] -
  1213:3
evidence [48] -
  1175:12;
  1183:2-4, 10;
  1184:2, 4, 22;
  1189:24;
  1196:5;
  1202:11, 25;
  1203:1;
  1208:10;
  1211:18;
  1212:13;
  1213:17;
  1214:18;
  1215:18, 20;
  1216:1, 17, 19,
  25; 1222:18;
  1228:16;
  1229:23;
  1233:14;
  1237:24;
  1238:25;

1250:4;
  1253:17;
  1256:4; 1259:8;
  1268:3;
  1269:14, 19;
  1270:8;
  1272:15, 20-21;
  1277:7;
  1278:25;
  1281:8;
  1285:22; 1287:4
ex [1] - 1260:22
ex-military [1] -
  1260:22
EXAMINATION
  [2] - 1172:4;
  1173:14
examination [1] -
  1203:23
examine [8] -
  1183:19, 22;
  1185:14;
  1202:14, 25;
  1203:1, 17;
  1239:12
example [1] -
  1176:12
Excel [1] - 1208:4
except [2] -
  1269:10; 1283:2
excerpt [2] -
  1222:15; 1237:8
excerpts [2] -
  1245:3, 6
exchange [1] -
  1246:7
excludes [1] -
  1183:20
excuse [2] -
  1202:23;
  1282:23
Exhibit [73] -
  1173:18;
  1174:7; 1175:5;
  1177:9, 12;
  1180:4, 6;
  1184:15;
  1189:6, 8, 18;

1191:6, 19;
  1194:3, 16;
  1195:2, 15;
  1196:5; 1204:6;
  1207:22;
  1208:6, 10;
  1210:20;
  1211:7, 18;
  1213:8, 13;
  1219:18;
  1220:3, 8, 10,
  17; 1222:2, 11,
  18; 1228:13;
  1229:18;
  1230:2, 5, 7;
  1231:10;
  1233:6;
  1234:12;
  1235:14;
  1237:5;
  1238:15, 25;
  1241:9; 1244:8;
  1249:3, 24;
  1250:4; 1251:6,
  18; 1253:4, 10;
  1262:8, 23;
  1265:12;
  1270:20;
  1273:19;
  1276:25;
  1279:1;
  1280:19, 21, 23;
  1281:3, 8;
  1285:16, 22
exhibit [36] -
  1182:18, 24;
  1183:20, 22;
  1184:1, 6, 8;
  1188:22;
  1195:19;
  1200:24;
  1201:4, 9;
  1202:16, 20;
  1203:4, 8-9, 11,
  18; 1208:6, 22;
  1210:6; 1216:4,
  13; 1219:14;
  1238:17, 21;

1239:2; 1240:9;
1243:9;
1244:20;
1245:13;
1259:8; 1264:9
Exhibits [1] -
1214:18
exhibits [10] -
1175:20;
1184:3; 1202:4,
8; 1212:13, 17;
1215:16;
1293:23, 25
exist [1] -
1223:23
existed [1] -
1253:14
existing [1] -
1282:14
exits [1] -
1293:18
experience [8] -
1205:20;
1213:22;
1247:17;
1260:22;
1271:17, 24;
1272:9, 22
expertise [2] -
1213:22; 1271:9
explain [4] -
1236:16;
1240:24;
1269:10;
1271:15
explanation [1] -
1212:12
extensive [1] -
1247:17
extent [4] -
1182:21;
1215:22;
1269:6; 1294:22
external [1] -
1180:13
extra [2] - 1173:6;
1293:8
extract [2] -

1188:9; 1220:14
extracted [2] -
1180:12;
1231:15
extraction [4] -
1177:24;
1188:8; 1220:24
extractions [1] -
1195:24
Eye [1] - 1171:18
eyes [2] -
1251:25;
1252:15
eyewitnesses [1]
- 1216:16

---

**F**

F2F [2] - 1291:5,
7
face [6] -
1205:21;
1291:10
Facebook [38] -
1201:1, 8, 20;
1202:6; 1204:2,
8, 10, 12, 18,
20-22, 25;
1205:2, 4, 23;
1236:11, 13,
16-17, 20, 23;
1237:6; 1238:8;
1240:1;
1243:10, 12-13,
15, 17-18, 25;
1244:12, 14, 22;
1286:15, 17
facility [8] -
1258:14, 19, 22,
25; 1259:4;
1262:19;
1273:4; 1277:19
Facility [1] -
1258:20
facing [1] -
1257:10
fact [1] - 1287:24
facts [2] -
1239:19, 22

fair [3] - 1174:11;
1227:4; 1268:11
fairly [1] -
1253:13
Faith [5] - 1286:4,
8; 1288:13, 23;
1291:21
fake [1] - 1224:2
fall [2] - 1253:7;
1285:11
familiar [6] -
1204:18;
1236:13, 15;
1258:14;
1270:24; 1272:1
far [10] - 1175:8;
1205:21;
1217:6;
1241:24;
1254:17, 24;
1266:14;
1269:2; 1270:3
farms [1] -
1199:14
fast [4] - 1235:1,
23; 1236:9;
1263:16
fast-forward [3] -
1235:1, 23;
1236:9
fate [1] - 1199:17
favor [1] -
1289:23
FBI [35] - 1175:9;
1177:12, 15, 18,
24; 1178:1, 5;
1180:6;
1185:11;
1189:9, 13;
1190:3; 1204:8,
24; 1205:7;
1208:1; 1211:4,
11; 1213:1, 3,
10; 1218:3;
1220:9, 14;
1230:5, 10;
1231:10, 15;
1234:4, 7;

1236:10;
1241:3;
1278:22;
1280:22, 25
FBI's [1] - 1211:1
February [2] -
1282:2; 1283:10
feed [1] - 1236:24
feet [1] - 1225:8
fellow [2] -
1241:20; 1293:5
few [9] - 1183:12;
1199:8; 1200:1;
1224:1;
1245:24;
1255:9, 19;
1269:4; 1288:22
fight [4] -
1205:21;
1206:22;
1224:10
fighter [1] -
1247:16
fighting [2] -
1224:12;
1263:13
Fighting [1] -
1265:10
file [1] - 1178:4
filled [2] -
1197:23; 1289:3
filter [1] - 1256:17
final [5] - 1182:3;
1210:16;
1219:13;
1226:7; 1252:8
finalize [1] -
1242:5
finally [1] -
1194:21
fine [9] - 1186:8,
12; 1239:20;
1240:6;
1251:13;
1266:18;
1268:14, 19;
1283:4
Finicum [1] -

1225:6
finish [1] - 1290:2
Fire [1] - 1263:11
firearm [1] -
1255:20
firearms [4] -
1258:24;
1265:21;
1271:24;
1277:19
firefighter [1] -
1225:13
firm [2] - 1240:13;
1289:3
first [19] -
1184:10;
1217:19;
1221:18;
1230:1; 1232:9;
1240:14, 19;
1249:10;
1256:21, 23;
1260:1; 1264:5,
23; 1267:1;
1276:8; 1286:1;
1287:9; 1294:5
fistfight [1] -
1224:1
five [8] - 1260:9,
18, 23; 1276:4,
18; 1290:8
FL [2] - 1171:11,
15
flag [5] - 1224:11;
1234:2, 19;
1294:24
flew [1] - 1224:12
flip [1] - 1211:19
Florida [22] -
1180:11;
1194:14;
1221:20;
1228:10;
1229:2, 5, 7;
1253:7;
1258:18;
1265:4;
1276:21;

1277:5; 1278:6, 16; 1279:13-15, 25; 1280:11; 1282:9; 1283:8; 1291:25
flow [1] - 1183:16
focus [1] - 1293:13
folks [1] - 1257:14
follow [1] - 1246:18
followed [1] - 1206:23
following [18] - 1176:6; 1182:14; 1185:1; 1200:22; 1214:24; 1230:6; 1239:5; 1248:25; 1251:21; 1259:8; 1264:2; 1267:23; 1271:6; 1275:3; 1281:12; 1287:18; 1288:6; 1289:16
font [1] - 1206:7
FOR [1] - 1170:1
force [4] - 1191:14, 19; 1272:19; 1284:13
Force [2] - 1265:4, 10
foregoing [1] - 1295:18
foreign [2] - 1223:18; 1292:15
forever [1] - 1224:23
form [2] - 1182:22; 1243:14
format [1] -

1208:4
former [1] - 1225:13
Fort [1] - 1171:11
forum [4] - 1181:13; 1238:20; 1240:25; 1241:2
forward [11] - 1193:11; 1202:4; 1235:1, 3, 23; 1236:9; 1250:23; 1266:18; 1273:16; 1291:23; 1293:16
FOS [1] - 1226:10
foundation [3] - 1240:6; 1271:10; 1272:3
foundational [1] - 1239:14
foundationally [1] - 1239:11
four [5] - 1240:2; 1274:21; 1277:24; 1290:22; 1292:4
fourth [1] - 1242:21
frame [5] - 1194:5, 15; 1195:3; 1250:19; 1267:15
fraud [4] - 1197:9, 12; 1200:9; 1206:21
fraud-infested [1] - 1197:9
fraudulent [1] - 1197:9
free [4] - 1183:22; 1185:14; 1203:16;

1215:23
freedom [1] - 1225:4
freemen [1] - 1199:13
fresh [1] - 1234:23
Friday [1] - 1276:4
friends [1] - 1236:21
Friends [3] - 1225:21; 1226:4, 10
front [7] - 1202:16; 1234:1, 3, 18-19; 1253:10; 1273:12
frustrated [1] - 1289:21
fucking [1] - 1288:20
full [4] - 1209:6; 1245:1, 4; 1287:10
fully [1] - 1183:7
functionality [1] - 1241:24
furnished [1] - 1216:21
furtherance [2] - 1282:3, 20
future [2] - 1183:12; 1224:15

G

GA [2] - 1181:5
Galaxy [1] - 1177:13
gallery [1] - 1257:10
game [1] - 1197:1
Garand [1] - 1224:13
gather [2] - 1223:23;

1242:12
Gator [9] - 1194:19; 1198:7, 9; 1221:18; 1254:1; 1255:9; 1256:14
gear [3] - 1241:21; 1242:2; 1260:19
General [1] - 1199:10
general [4] - 1181:5; 1202:3; 1215:4; 1289:24
generally [7] - 1180:10; 1193:24; 1233:2, 18; 1234:16; 1252:22, 24
genes [1] - 1224:14
gentleman [2] - 1254:17; 1287:22
gentlemen [6] - 1183:24; 1212:12; 1216:15; 1235:9; 1287:20; 1293:11
George [3] - 1191:21, 25; 1199:21
Georgia [2] - 1181:7; 1229:1
given [2] - 1215:24; 1225:3
glad [2] - 1248:14; 1289:2
glorious [1] - 1224:11
God [3] - 1199:18; 1224:15; 1242:24

Google [1] - 1234:5
Gorda [1] - 1171:15
GoToMeeting [11] - 1207:10, 12, 15; 1208:1, 21; 1210:22; 1211:1, 14; 1213:1, 5
GoToMeetings [3] - 1207:18; 1208:3; 1211:4
Government [62] - 1170:14; 1173:18; 1174:7; 1177:9; 1180:4, 6; 1189:6, 17; 1191:6, 18; 1194:3, 15; 1195:2, 15; 1204:6; 1207:22; 1208:6, 10; 1210:20; 1211:7, 18; 1213:7, 13; 1214:18; 1219:18; 1220:3, 8-9, 17; 1222:1, 10, 18; 1228:13; 1229:18; 1230:2, 5, 7; 1231:10; 1233:6; 1234:11; 1238:14; 1241:8; 1244:7; 1249:2, 24; 1250:4; 1251:6, 18; 1253:4, 10; 1262:22; 1265:12; 1270:20; 1273:19; 1276:24;

1279:1;
1280:19, 21-22;
1281:3; 1285:15
government [50] -
1175:11;
1182:21;
1184:21;
1185:5, 20;
1186:4, 8, 10;
1189:5, 23;
1196:4; 1201:7;
1202:4, 11;
1208:9;
1211:17, 19;
1213:16;
1214:13, 17;
1215:3, 10;
1222:17;
1223:18;
1228:15;
1229:22;
1233:13;
1237:23;
1238:24;
1241:8; 1249:4;
1250:3; 1251:7,
19; 1253:16;
1256:3; 1259:3,
7, 21; 1264:6;
1273:5; 1277:6;
1280:25;
1281:4, 7;
1282:5;
1284:12;
1285:21;
1287:3; 1293:24
government's [1]
- 1272:16
Government's [1]
- 1237:5
graduate [1] -
1225:13
grandparents [1] -
1224:14
grandsons [1] -
1224:15
grateful [1] -
1293:12

Gray [1] - 1278:4
Graydon [3] -
1277:3, 17
great [5] - 1225:6;
1254:5;
1290:17;
1291:22
Greene [2] -
1294:17, 20
Gregory [1] -
1295:21
GREGORY [1] -
1295:22
group [40] -
1173:24;
1174:3, 5, 16;
1176:8;
1187:12, 25;
1200:7;
1227:13, 15;
1229:15;
1247:6, 14, 22;
1248:4, 8, 13,
17; 1252:22, 24;
1253:7;
1255:10;
1256:15;
1276:4, 21;
1278:3;
1286:10;
1288:2, 7, 19,
24; 1289:14, 20;
1290:11, 23;
1291:17, 19, 21
groups [1] -
1247:8
guerilla [1] -
1284:13
guess [2] -
1269:17;
1272:14
guidance [1] -
1216:22
Guide [1] -
1284:1
guide [1] - 1284:3
Gun [1] - 1265:9
gun [3] - 1263:13;

1290:14, 17
gun-fighting [1] -
1263:13
gunfight [4] -
1263:15;
1265:18, 21
guy [1] - 1290:14
guys [2] - 1254:5;
1291:22

H

Hackett [39] -
1171:6;
1173:21;
1178:14;
1179:22;
1180:17;
1181:19;
1182:2; 1210:8;
1254:19;
1255:3; 1258:8;
1261:7;
1262:17;
1267:7; 1268:4;
1269:3, 6;
1270:1;
1272:17;
1274:20;
1275:12, 14;
1280:13;
1285:10, 13, 19;
1286:8, 11;
1287:25;
1288:13, 18, 23;
1289:13, 20;
1290:10, 23;
1291:21;
1292:6; 1293:21
Hackett's [4] -
1256:23;
1275:5; 1294:2,
7
half [9] - 1173:7;
1238:3;
1256:13;
1277:11;
1279:6, 22;
1280:8; 1292:21

HALIM [26] -
1175:14;
1208:13;
1211:19, 23;
1222:19;
1251:9;
1253:18;
1259:15;
1264:1, 4, 12,
17; 1268:23;
1271:2, 4, 8, 15;
1272:3; 1274:3;
1275:1, 5;
1281:11;
1282:1;
1285:23;
1287:5; 1294:7
Halim [2] -
1171:6; 1183:14
Halim's [1] -
1293:20
hand [8] -
1199:11;
1209:8; 1210:3;
1240:4; 1250:8;
1262:4;
1266:23; 1267:4
handle [1] -
1247:18
Handling [1] -
1265:5
hands [2] -
1242:14; 1255:1
hang [1] -
1202:22
hanging [2] -
1234:3, 19
Hangout [14] -
1179:16;
1180:2;
1221:21;
1229:6; 1254:3;
1255:10;
1256:14;
1286:13;
1288:7, 24;
1289:15;
1290:12, 23

happy [2] -
1293:1
hard [1] - 1180:13
Harrelson [9] -
1210:8;
1254:18;
1258:5; 1261:7;
1262:17;
1267:6; 1268:8;
1269:3, 25
Harrelson's [1] -
1256:21
Harris [44] -
1173:12, 23;
1174:7, 9;
1175:17;
1177:16;
1180:10;
1184:12;
1186:23;
1189:4, 14;
1190:17, 22;
1195:14;
1196:10;
1204:1;
1210:20;
1212:3; 1218:3,
14; 1219:21;
1222:14;
1227:1; 1233:6;
1235:11, 13;
1236:4; 1237:2;
1240:21;
1249:3, 10;
1250:7, 19;
1251:6; 1252:8;
1258:1; 1262:6;
1266:13;
1270:22;
1272:1; 1274:8;
1275:20;
1283:7; 1292:24
HARRIS [1] -
1173:14
HARRIS.... [1] -
1172:4
hat [5] - 1190:10;
1249:14, 18-19;

14

1250:10
hate [1] - 1197:23
hate-filled [1] -
1197:23
hating [1] -
1197:23
Hatsy [2] -
1178:14;
1179:22
head [1] - 1288:9
heading [1] -
1223:12
heads [1] -
1206:20
hear [6] - 1183:8;
1216:23;
1222:5;
1257:16;
1281:10; 1289:2
heard [10] -
1183:14;
1191:22;
1210:13;
1219:21;
1222:4;
1251:22;
1252:12;
1270:9, 13;
1275:1
hearing [6] -
1196:6;
1208:11;
1269:7; 1273:2;
1277:8; 1279:3
hearsay [5] -
1281:18, 20, 25;
1282:17, 24
hell [1] - 1205:16
hello [1] -
1277:22
help [4] -
1175:17;
1214:15;
1216:24;
1227:25
helpful [2] -
1188:12; 1216:1
hereby [1] -

1251:19
hesitate [1] -
1257:16
HI [1] - 1171:4
highlight [15] -
1208:18;
1212:22;
1222:21;
1223:10;
1237:10;
1244:9;
1249:13;
1259:25;
1260:2;
1261:13;
1262:13;
1263:24;
1274:16;
1275:23;
1277:10
highlighted [7] -
1176:21;
1178:13;
1179:21;
1180:16;
1181:18;
1182:1, 9
highlighting [2] -
1182:22;
1264:13
himself [1] -
1248:9
hit [1] - 1256:17
hold [2] -
1234:22;
1284:22
holding [1] -
1255:1
home [3] -
1266:14;
1275:5; 1294:2
honor [1] -
1248:18
Honor [29] -
1182:17;
1183:6, 11;
1184:23, 25;
1185:4, 19;

1186:21;
1200:20, 25;
1201:16;
1208:14;
1212:20;
1213:17;
1217:8;
1240:10;
1259:17;
1268:22;
1270:17;
1273:24;
1275:1; 1282:1,
11; 1283:4;
1288:4; 1293:1;
1294:1, 7
HONORABLE [1]
- 1170:9
hook [1] - 1225:8
hope [2] -
1227:25;
1290:16
host [1] - 1207:16
hosted [2] -
1241:4; 1278:12
hotel [14] -
1185:12, 17, 21;
1188:17;
1189:2;
1192:16, 18,
22-23, 25;
1194:6;
1278:22;
1279:1, 16
hour [4] - 1173:7;
1256:13; 1293:8
hours [6] -
1173:5, 7;
1214:9; 1224:1;
1260:18; 1276:4
House [1] -
1198:1
house [1] -
1232:9
houses [1] -
1199:14
Hughes [1] -
1170:15

human [1] -
1199:16
hundred [1] -
1290:2
hundreds [3] -
1176:2;
1195:11; 1208:4
hydro [1] -
1228:24

I

ID [2] - 1209:9,
12
idea [2] -
1227:20;
1289:25
identified [7] -
1173:20;
1185:11, 20;
1216:16; 1294:4
identifies [2] -
1202:18;
1203:18
identify [3] -
1185:10;
1209:15;
1216:24
identifying [2] -
1202:19; 1294:8
ignoring [1] -
1292:15
illegitimate [1] -
1197:8
image [1] -
1178:4
immediate [2] -
1187:15, 18
importance [2] -
1184:5; 1291:2
improper [1] -
1203:2
IN [1] - 1170:1
inaccurate [2] -
1215:2, 7
inadmissible [1] -
1216:4
Incapacitation [1]
- 1265:5

include [1] -
1283:14
included [2] -
1268:17, 20
including [7] -
1182:19;
1197:21;
1215:16;
1264:7;
1269:25;
1272:16, 19
incorrect [2] -
1215:23;
1264:10
incriminatory [1] -
1282:15
indeed [1] -
1190:25
Indian [1] -
1171:7
indicate [2] -
1214:19;
1239:25
indicated [5] -
1195:11;
1226:17;
1240:21;
1243:9; 1268:25
indicating [1] -
1206:4
indicative [1] -
1282:12
individual [10] -
1193:7, 21;
1201:3; 1202:6;
1210:17;
1233:20;
1254:25;
1267:15; 1282:8
individualized [1]
- 1203:7
individually [1] -
1239:25
individuals [8] -
1174:17, 22;
1178:12;
1192:24;
1254:13;

1272:21;
1278:19
infamous [1] -
1244:3
infested [1] -
1197:9
information [5] -
1206:23;
1207:6;
1263:12;
1293:25; 1294:8
informed [2] -
1294:20; 1295:6
InfoWars [2] -
1244:2, 4
injuries [1] -
1247:18
Inn [11] -
1185:20, 23;
1192:23, 25;
1194:5, 16;
1195:4; 1279:2,
9, 24; 1280:10
inquiry [1] -
1284:6
insofar [2] -
1268:2; 1269:12
inspiring [1] -
1286:16
install [2] -
1232:1, 6
instead [1] -
1220:22
institutions [1] -
1223:22
instruction [7] -
1183:25;
1268:2, 15;
1269:18, 23;
1270:6; 1287:21
instructor [7] -
1258:24;
1261:20;
1266:24;
1267:1, 3;
1270:10; 1273:3
instructors [1] -
1265:25

insurgency [2] -
1283:12;
1284:11
Intel [3] -
1178:21;
1179:7; 1180:22
intended [2] -
1272:18; 1273:5
intending [1] -
1239:4
intent [1] -
1268:10
intention [1] -
1239:8
Interacting [1] -
1265:9
interaction [1] -
1233:9
interest [3] -
1282:7, 22
interested [3] -
1259:25;
1260:8, 19
interpretation [1] -
1271:22
interpreting [1] -
1271:23
interrupt [2] -
1183:15;
1287:19
introduce [1] -
1188:19
introducing [2] -
1185:10, 16
investigation [4] -
1195:10;
1207:19;
1209:15;
1227:10
invite [1] -
1246:14
involved [2] -
1255:18;
1290:16
Irish [7] - 1182:7;
1247:5, 7, 13,
22; 1248:4, 8
irrelevant [1] -

1268:24
Isaacs [1] -
1177:13
Isaacs's [2] -
1177:7, 25
Island [1] -
1199:11
issue [5] -
1173:2;
1201:22;
1206:21;
1268:21;
1271:21
issued [1] -
1221:22
issues [3] -
1201:23;
1294:12;
1295:11
item [1] - 1231:7
items [1] - 1242:1
itself [7] - 1192:9;
1214:8, 11;
1215:20;
1223:7;
1258:25;
1282:15

J

Jackson [1] -
1171:11
James [3] -
1228:24;
1229:2, 7
Jan [10] -
1173:25;
1174:14;
1176:18;
1178:11;
1180:22;
1184:11;
1188:2, 15, 23;
1268:16
January [20] -
1174:23;
1175:2;
1176:22;
1179:1, 6-7;

1182:10;
1188:4, 16;
1189:20;
1191:5; 1192:3,
9, 19; 1193:16;
1220:9; 1230:6;
1231:11;
1268:17;
1278:18
Jarhead [2] -
1231:19, 22
JC [1] - 1295:12
Jeffrey [2] -
1170:14;
1194:22
Jeremy [10] -
1278:13, 15-16;
1279:17;
1280:15, 23;
1281:1, 4;
1282:17; 1283:7
Jersey [1] -
1242:24
Jessica [7] -
1210:9; 1219:3,
22; 1220:10;
1221:2; 1227:7,
13
job [1] - 1291:22
Joe [6] - 1256:16;
1261:7;
1288:13, 18, 23;
1291:21
jogged [1] -
1293:20
John [1] -
1291:22
johnwillow23@
protonmail.com
[1] - 1274:24
join [1] - 1205:22
joined [2] -
1182:21;
1277:23
joint [1] - 1284:9
Jones [1] -
1226:15
Joseph [14] -

1171:6;
1178:14;
1179:22;
1180:17;
1181:19;
1182:2; 1210:8;
1254:19;
1255:3;
1256:24;
1262:17;
1267:7;
1274:20;
1285:10
Joshua [2] -
1228:24; 1229:7
Jr [1] - 1171:2
JUDGE [1] -
1170:10
June [1] - 1189:8
juror [2] - 1173:3
JUROR [1] -
1257:5
jurors [2] -
1173:8; 1293:5
JURY [1] -
1170:9
jury [16] - 1173:9;
1182:22;
1188:22;
1202:15;
1203:17, 20;
1215:17, 19;
1216:1; 1240:3,
7, 19; 1244:17;
1249:8;
1259:18;
1293:18
just.. [1] -
1216:14

K

Kailua [1] -
1171:4
Kandaris [3] -
1193:22, 25;
1194:6
Kane [4] -
1194:19;

1291:22, 24
keep [1] -
  1205:23
Keeper [11] -
  1180:11;
  1190:11;
  1193:25;
  1194:14;
  1210:18;
  1250:11;
  1277:5;
  1278:16;
  1283:8; 1291:25
Keepers [35] -
  1181:7, 14;
  1192:1; 1193:8;
  1195:1; 1207:1;
  1209:5;
  1221:20;
  1222:15, 24;
  1224:24;
  1225:10, 16;
  1228:11, 25;
  1229:5, 15;
  1230:18;
  1232:13;
  1233:24;
  1241:1, 18;
  1242:13;
  1244:4;
  1247:15;
  1249:19;
  1251:23;
  1252:13, 17;
  1253:7;
  1276:21;
  1277:23;
  1278:7;
  1281:24; 1282:9
Keepers's [1] -
  1241:4
keeps [1] -
  1201:2
Kelly [23] -
  1198:10;
  1204:2, 8;
  1205:13;
  1210:7; 1219:8,

21; 1221:19;
  1254:1, 21;
  1255:10, 12;
  1256:14;
  1260:6, 16;
  1261:4, 6, 21;
  1262:18;
  1267:16;
  1276:12;
  1280:1, 11
Kellye [1] -
  1226:15
KELSEY [2] -
  1172:4; 1173:14
Ken [2] -
  1255:11;
  1256:16
Kenneth [8] -
  1194:10;
  1210:8;
  1254:18;
  1256:22;
  1261:6;
  1262:17;
  1267:6; 1291:25
kicked [1] -
  1227:18
kind [6] - 1175:6;
  1233:2;
  1255:20;
  1278:4, 10;
  1282:21
kinds [1] -
  1238:22
kiss [1] - 1224:12
kit [1] - 1289:3
kneel [1] -
  1224:23
known [1] -
  1192:8
knows [5] -
  1205:7;
  1224:22;
  1240:3; 1272:4,
  6
Kris [3] - 1254:17;
  1261:7; 1267:7

L

label [1] - 1178:4
labeled [3] -
  1175:20;
  1241:8, 12
labeling [1] -
  1178:8
ladies [6] -
  1183:24;
  1212:12;
  1216:15;
  1235:8;
  1287:20;
  1293:11
laid [2] - 1271:10;
  1272:4
Lane [1] - 1171:7
larger [1] - 1237:8
last [12] - 1215:8,
  15; 1219:10;
  1224:23;
  1226:25;
  1235:9;
  1251:25;
  1252:16;
  1259:12;
  1274:21;
  1292:20
lasted [1] -
  1214:8
late [2] - 1200:15;
  1225:6
laugh [1] -
  1205:17
LaVoy [1] -
  1225:6
Law [3] -
  1225:13;
  1265:4, 9
law [6] - 1198:25;
  1242:20;
  1265:23, 25;
  1271:23; 1272:9
LAW [1] - 1171:3
lay [1] - 1240:6
laying [1] -
  1233:22
LE [1] - 1242:15

lead [1] - 1230:18
leader [7] -
  1192:1;
  1194:25;
  1221:19;
  1226:21;
  1228:25;
  1232:12;
  1247:16
leaders [1] -
  1284:7
Leadership [13] -
  1178:19-21;
  1179:3, 6-7;
  1195:18;
  1196:17, 25;
  1206:19;
  1225:20, 24
leads [1] -
  1178:23
Leah [6] - 1227:9,
  14, 19, 24;
  1228:3, 20
learn [1] -
  1263:12
learned [1] -
  1269:9
least [3] -
  1272:23; 1274:1
leave [4] -
  1174:24;
  1177:10;
  1178:24; 1273:1
leaves [1] -
  1199:19
leaving [1] -
  1210:11
led [2] - 1185:22;
  1227:13
Lee [1] - 1171:2
left [24] -
  1173:18;
  1180:16;
  1182:9;
  1186:25;
  1187:4; 1190:8;
  1197:21;
  1207:24;

1209:12;
  1226:25;
  1228:19;
  1231:19;
  1233:20;
  1235:18;
  1236:4;
  1242:23;
  1254:16;
  1255:5; 1258:7;
  1266:23;
  1267:4, 6;
  1289:23
left-hand [2] -
  1266:23; 1267:4
legal [1] -
  1292:16
legitimacy [1] -
  1197:8
legitimate [2] -
  1197:11; 1200:8
length [1] -
  1214:6
LEO [2] -
  1198:20, 22
Lethal [1] -
  1265:10
Lethality [1] -
  1265:6
letters [3] -
  1176:15;
  1191:11;
  1242:17
liability [6] -
  1262:11, 20;
  1274:9, 11, 13;
  1282:12
liberties [1] -
  1242:24
liberty [1] -
  1224:12
life [1] - 1247:18
life-threatening
  [1] - 1247:18
light [1] - 1271:23
likely [1] - 1289:4
limited [1] -
  1269:15

limiting [6] - 1268:1, 15; 1269:18, 23; 1270:6; 1287:21
Linder [1] - 1294:19
Line [3] - 1278:17, 19, 21
line [1] - 1271:18
link [8] - 1231:25; 1266:14, 16; 1283:14, 16, 23; 1286:15, 17
links [1] - 1266:4
list [5] - 1174:15, 23; 1225:11; 1260:20; 1264:7
listed [6] - 1174:19; 1188:7; 1194:18; 1262:16; 1280:12
listen [1] - 1216:22
listened [2] - 1215:10, 13
listener [2] - 1268:4; 1270:12
listeners [1] - 1288:1
literal [1] - 1243:20
literally [1] - 1271:24
Live [4] - 1236:13, 16-17; 1263:11
live [6] - 1236:17, 20, 22
lives [2] - 1225:3; 1265:21
local [1] - 1223:19
located [3] - 1229:2; 1258:17; 1279:12

location [2] - 1193:17; 1232:21
locations [1] - 1239:16
log [2] - 1206:23; 1209:17
logged [2] - 1209:14; 1210:4
look [10] - 1176:4; 1177:16; 1196:18; 1208:2; 1266:17; 1269:4; 1272:13; 1289:23; 1291:23; 1293:16
looking [8] - 1175:18; 1189:13; 1204:1; 1209:11; 1222:10; 1244:13; 1246:2; 1274:13
lose [2] - 1173:7; 1289:25
loud [1] - 1252:10
Louis [1] - 1170:16
loves [1] - 1223:14
low [1] - 1291:2
lunch [3] - 1173:5; 1293:8

M

mace [1] - 1221:4
magazines [2] - 1262:4
mail [3] - 1274:23; 1275:13; 1276:3
mails [2] - 1259:22; 1294:4

major [1] - 1198:19
Malfunctions [1] - 1265:7
man [1] - 1224:22
maneuver [1] - 1271:1
Maneuvering [1] - 1265:8
maneuvers [2] - 1255:11; 1256:16
manner [5] - 1182:20; 1202:12; 1203:21; 1242:11; 1263:17
Manzo [1] - 1170:16
March [1] - 1177:12
march [2] - 1223:4; 1230:25
Marine [1] - 1290:14
Marion [1] - 1171:14
market [1] - 1266:2
Marksmanship [1] - 1265:6
Martin [1] - 1171:10
Marxist [1] - 1197:22
mask [1] - 1197:22
massive [1] - 1242:12
matter [3] - 1173:3; 1225:7; 1295:19
matters [2] - 1212:16; 1225:7
Matthew [1] - 1171:17
mean [12] -

1177:21; 1203:1; 1220:22; 1239:24; 1240:4; 1242:19; 1269:5; 1271:17; 1273:1; 1291:9, 11
means [9] - 1187:7, 12-13; 1206:5; 1227:11; 1241:15; 1270:14; 1272:10
med [1] - 1289:3
media [3] - 1288:20; 1293:22
medic [2] - 1247:17
meeting [1] - 1207:15
Meggs [36] - 1198:10; 1204:2; 1205:3, 5, 13; 1210:8; 1219:7, 22; 1221:19; 1254:1, 21-23; 1255:10, 12; 1256:14; 1260:6, 16; 1261:4, 6-7, 21, 24; 1262:17; 1267:7, 16; 1268:8, 16; 1269:2, 11, 25; 1276:12; 1280:1
Meggs's [3] - 1204:8, 10; 1280:12
MEHTA [1] - 1170:9
member [2] - 1182:9; 1225:13

members [6] - 1206:20; 1207:3; 1209:5; 1226:1; 1276:20; 1282:9
memory [1] - 1293:20
men [1] - 1247:23
mentioned [4] - 1174:15; 1190:16; 1261:15; 1272:14
message [76] - 1176:4, 7; 1184:17, 19; 1185:16; 1187:1, 8, 13, 15-16, 18, 23; 1188:1, 19, 22; 1189:1; 1192:13, 15; 1195:17; 1196:11, 16, 22; 1197:5, 19; 1200:12; 1201:10, 15, 21, 25; 1206:6; 1220:23; 1227:3, 6; 1228:23; 1229:4; 1230:1, 15; 1238:19; 1241:11, 15; 1242:9, 21; 1243:4, 7; 1246:3, 7, 10; 1247:1, 5, 11; 1251:21; 1253:23; 1254:2, 7; 1255:12; 1256:1, 18; 1257:2; 1260:1, 5; 1261:23; 1276:8; 1277:2, 13; 1283:9; 1286:1, 11, 15;

1287:16;
1288:23;
1289:12;
1290:9; 1292:5,
10
messages [45] -
1174:2, 5;
1176:12;
1178:3, 6;
1184:11;
1185:13;
1187:4;
1191:10;
1192:2;
1195:12, 20, 23;
1201:8, 12;
1202:15, 17, 23;
1203:12;
1206:5;
1218:17;
1219:24;
1220:4; 1222:8;
1227:1; 1228:2,
6, 9; 1229:14,
19; 1238:11, 17,
22; 1239:9, 15;
1253:9, 14;
1256:10;
1275:14;
1280:15;
1281:4; 1285:9,
13, 18; 1290:3
metadata [3] -
1237:25;
1244:8, 13
Miami [2] -
1181:22;
1291:20
Michael [2] -
1261:9; 1294:17
mid [1] - 1173:3
mid-afternoon [1]
- 1173:3
middle [2] -
1224:19;
1292:13
might [2] -
1205:20;

1294:18
Mike [2] - 1210:8,
11
military [8] -
1199:4;
1223:25;
1260:22;
1265:24;
1266:1;
1271:23;
1282:14; 1284:7
Militia [1] -
1227:12
militia [3] -
1227:13, 15;
1252:24
million [1] -
1185:22
millions [2] -
1199:17;
1223:23
mind [4] -
1190:19;
1200:16;
1227:17; 1269:8
mindful [1] -
1294:12
minimal [1] -
1272:23
minimum [1] -
1262:1
MINUTA [1] -
1170:6
Minuta [31] -
1171:2;
1176:23;
1182:11;
1232:23;
1233:20, 22;
1234:17;
1235:19;
1236:5;
1237:14, 17;
1238:11, 18;
1241:17;
1242:9;
1243:18, 25;
1244:22;

1246:3, 8, 12,
18; 1247:15;
1248:8, 17, 24;
1249:17, 20;
1250:21;
1251:20;
1270:15
Minuta's [9] -
1233:3, 9, 23;
1234:5;
1236:11;
1237:6; 1238:7;
1243:10;
1244:12
minute [2] -
1210:12; 1221:8
minutes [12] -
1185:7; 1186:2;
1189:1; 1199:8;
1200:1; 1209:7;
1214:5, 7;
1238:4; 1255:9;
1266:19;
1286:21
mistake [2] -
1224:3
Mizanin [1] -
1295:21
MIZANIN [1] -
1295:22
MMA [1] -
1247:16
mob [1] - 1243:20
mobile [1] -
1177:23
Moerschel [6] -
1171:10;
1178:14;
1179:22;
1180:17;
1182:2; 1270:15
moment [1] -
1221:23
moment's [1] -
1242:3
moments [1] -
1183:12
monitor [1] -

1257:10
monitors [2] -
1257:11, 15
months [4] -
1235:1, 23;
1236:9; 1276:1
morning [8] -
1177:22;
1198:16;
1206:14;
1221:15;
1231:24;
1241:18;
1293:17;
1295:10
MOS [2] -
1198:21; 1199:1
most [9] -
1199:20;
1204:21;
1247:23;
1255:1; 1262:1;
1263:12;
1289:24;
1290:17
Moto [2] -
1189:10;
1231:12
Motorola [2] -
1189:10;
1231:12
move [3] -
1237:24;
1251:7; 1278:25
moved [1] -
1273:23
Movement [1] -
1265:7
movement [1] -
1284:11
moves [23] -
1175:11;
1183:13;
1184:21;
1189:23;
1196:4;
1208:10;
1211:17;

1213:16;
1214:18;
1222:17;
1228:15;
1229:22;
1233:13;
1238:24;
1249:4; 1250:3;
1253:16;
1256:3; 1259:8;
1277:6; 1281:7;
1285:21; 1287:3
MSM [1] -
1289:22
multiple [6] -
1206:5; 1238:7,
17, 21; 1241:15
must [14] -
1197:25;
1199:12;
1200:8; 1217:2,
5; 1223:9, 13,
22; 1224:10, 23;
1230:25;
1242:10;
1282:12
Myers [1] -
1171:11

N

nail [2] - 1292:20
name [25] -
1173:25;
1178:12, 18;
1179:2; 1180:1,
15, 21; 1181:4,
12, 18, 20;
1182:6;
1196:19;
1206:25;
1209:9, 20, 22;
1210:16;
1256:21, 23;
1266:12;
1274:19;
1280:13; 1286:8
named [14] -
1178:21;

1180:6;
1193:21;
1194:10, 21;
1196:24;
1198:7;
1228:24;
1248:13;
1254:17;
1255:15;
1261:15;
1278:13; 1286:4
names [7] -
1176:21;
1179:21;
1209:14;
1210:6, 13;
1262:13, 16
narrative [1] -
1289:23
nation [2] -
1198:20; 1225:2
national [2] -
1206:20; 1209:5
National [2] -
1207:1; 1224:25
nature [3] -
1183:19;
1207:17;
1269:13
NC [1] - 1231:18
near [1] - 1199:11
necessary [2] -
1185:18;
1269:22
neck [1] -
1227:17
need [11] -
1223:15, 20;
1224:13;
1242:14;
1266:17;
1292:14;
1294:3, 18, 25;
1295:11
needed [3] -
1198:20;
1206:23;
1260:20

neighborhoods
[1] - 1223:20
NESTLER [381] -
1173:15;
1174:6, 8;
1175:11, 16;
1176:25;
1177:2, 8, 14;
1178:15, 17;
1179:12, 14, 23,
25; 1180:3, 9,
18, 20; 1181:2;
1182:3, 5, 12;
1184:9, 14, 16,
21; 1185:9;
1186:6, 12,
21-22, 24;
1187:3, 20, 22;
1188:18, 24;
1189:5, 12, 17,
19, 23; 1190:2,
13, 15, 18, 20;
1191:2, 4, 15,
17; 1192:5, 7,
12, 14; 1193:9,
12; 1194:2, 4;
1195:7, 9;
1196:4, 8-9;
1197:16, 18;
1198:4, 6, 13,
15; 1199:5, 7,
23, 25; 1200:4,
18; 1201:11, 20;
1203:25;
1206:11, 13;
1207:4, 21, 25;
1208:9, 15, 20,
24; 1209:1, 25;
1210:2, 19, 21;
1211:17, 21, 25;
1212:1, 20, 24;
1213:7, 9, 16,
20; 1214:17;
1215:13;
1216:9, 12;
1217:8, 11, 14,
16, 18, 21, 24;
1218:2, 7, 10,

13, 21, 24;
1219:1, 6, 10,
13, 16, 20;
1220:7, 13;
1221:6, 10-11;
1222:1, 3, 10,
13, 17, 21, 23;
1223:6, 11;
1224:6, 8, 17,
20; 1225:22, 25;
1226:7, 9, 22,
24; 1228:6, 8,
15, 18; 1229:10,
22, 25; 1230:4,
9; 1231:2, 4, 9,
14; 1232:2, 4,
14, 16; 1233:5,
7, 13, 17;
1234:11, 14;
1235:12, 25;
1236:3; 1237:1,
4, 10, 12, 23;
1238:3, 6, 14,
16, 24; 1239:21;
1240:17, 20;
1242:7; 1243:1,
3; 1244:7, 11,
16, 19, 21;
1245:8, 12, 16,
19, 21; 1246:16,
20-21, 24-25;
1247:19, 21;
1248:1, 3, 6-7,
10, 12, 15-16,
19-20; 1249:2,
7, 9, 13, 15, 23,
25; 1250:3, 6,
12, 16, 18, 23;
1251:1, 5, 11,
16; 1252:4, 6;
1253:1, 5, 16,
21; 1254:9;
1255:6, 8;
1256:3, 6, 9, 12,
25; 1257:9, 19,
24; 1258:9,
12-13; 1259:7,
13, 17, 20, 24;

1260:4, 11, 15;
1261:1, 3, 11,
14; 1262:7, 9,
13, 15, 22, 24;
1263:6, 9,
18-19, 22;
1264:11, 15, 19,
25; 1265:1, 11,
13; 1266:7, 11,
21-22; 1267:9,
12, 14, 18, 21;
1268:7, 14, 22;
1269:21;
1270:17;
1271:20;
1273:8, 10, 15,
18; 1274:6, 16,
18; 1275:8,
17-18, 22, 25;
1276:7, 10, 24;
1277:1, 6, 10,
12; 1278:25;
1279:5, 8, 20,
23; 1280:6, 9,
18, 24; 1281:7;
1282:6; 1283:4,
6, 20, 22;
1285:6, 8, 15,
17, 21, 25;
1287:3, 8, 12,
15, 17; 1288:4,
10, 12, 15, 17;
1289:7; 1290:6,
19, 21; 1291:13,
15; 1292:1, 3,
17-18, 25;
1294:1, 9, 16,
22; 1295:4
Nestler [7] -
1170:14;
1185:8;
1212:11;
1216:14;
1239:19;
1264:12;
1271:16
never [2] -
1242:22;

1243:20
new [5] - 1231:7;
1232:22;
1243:7; 1253:3;
1292:25
New [5] -
1232:24;
1233:4, 9;
1242:24;
1247:15
news [5] -
1232:23;
1233:2;
1236:24;
1255:15
next [71] -
1176:25;
1177:3;
1178:15;
1179:12, 23;
1180:18;
1181:2, 12, 20;
1191:15;
1192:5;
1193:11;
1194:10;
1197:4, 16, 19;
1198:4, 13;
1199:5, 23;
1200:4, 6, 18;
1201:16;
1202:7;
1206:11;
1207:4;
1216:13;
1218:7; 1221:6,
10, 12, 15;
1222:12;
1224:7;
1227:22, 24;
1229:10;
1230:25;
1231:2; 1232:2,
14; 1241:25;
1242:7; 1243:1;
1246:16, 20, 24;
1247:19;
1248:1, 6, 10,

15; 1254:9;
1255:6;
1256:11;
1263:23;
1283:20;
1287:16;
1288:10, 15;
1289:7; 1290:1,
6, 19; 1291:4,
13, 23; 1292:1,
17
nice [1] - 1223:22
nickname [3] -
1193:19;
1194:8, 18
night [11] -
1192:19;
1199:8;
1219:24;
1221:12;
1224:24;
1230:20;
1231:23;
1247:14;
1251:25;
1252:16;
1288:18
nightsticks [1] -
1221:4
none [2] -
1227:16;
1270:15
nonsense [1] -
1291:23
noose [1] -
1227:17
North [8] -
1192:1;
1194:25;
1229:15, 20;
1230:18, 20;
1232:12, 18
Note [1] -
1177:13
note [1] - 1275:9
noted [1] -
1239:13
notes [2] -

1290:5; 1295:20
nothing [2] -
1203:2; 1292:23
notice [3] -
1217:1;
1241:22; 1242:3
November [54] -
1195:20;
1196:12, 14;
1200:1, 6;
1204:4, 13;
1205:8, 14;
1206:14, 17;
1208:18, 25;
1209:3;
1211:15;
1213:1, 5;
1219:25;
1221:3, 12, 15;
1223:2;
1225:16;
1226:25;
1227:15;
1228:19, 22;
1235:2, 24;
1236:9;
1237:19;
1238:8, 12;
1241:18;
1243:5, 19, 24;
1244:5, 23;
1245:12, 22;
1248:21;
1276:1; 1278:8;
1279:19;
1280:3;
1285:10;
1289:11, 17, 19;
1290:8, 22
number [36] -
1173:22;
1175:22;
1176:1, 3, 7, 19;
1179:9, 19;
1180:25;
1181:10, 16, 24;
1182:8; 1187:8,
12-13; 1189:10;

1197:3, 7;
1201:24;
1202:1, 20;
1203:8;
1209:17;
1215:25;
1231:7, 13;
1244:18;
1245:13;
1259:12;
1273:20;
1274:21;
1275:13;
1290:15;
1294:10
Number [1] -
1189:9
numbering [3] -
1187:5;
1196:19;
1220:24
numbers [10] -
1173:21;
1175:19, 21;
1176:5; 1178:4;
1242:12;
1259:8; 1294:3
nutshell [1] -
1290:24
NW [2] - 1170:17;
1171:18

O

Oath [47] -
1180:11;
1181:7, 14;
1190:11;
1192:1; 1193:7,
25; 1194:14;
1195:1; 1207:1;
1209:5;
1210:18;
1221:20;
1222:15, 24;
1224:24;
1225:10, 15;
1228:11, 25;
1229:5, 15;

1230:18;
1232:13;
1233:24;
1241:1, 4, 17;
1242:13;
1244:4;
1247:15;
1249:19;
1250:11;
1251:23;
1252:13, 17;
1253:7;
1276:21;
1277:5, 23;
1278:7, 16;
1281:24;
1282:9; 1283:8;
1291:25
oathkeepers.org
[1] - 1290:16
object [6] -
1182:19, 22;
1185:6;
1201:24;
1202:4; 1215:4
objection [45] -
1175:13;
1182:13, 23;
1183:2, 9,
13-14, 17-18;
1184:23, 25;
1189:25;
1196:6; 1202:3,
24; 1203:10;
1208:11, 13;
1211:23;
1213:18;
1214:21, 23;
1215:1;
1222:19;
1233:15;
1251:9;
1253:18;
1259:15;
1264:1;
1268:24;
1271:2;
1273:25;

1275:7; 1277:8;
1279:3;
1281:9-11, 15;
1282:24;
1285:23;
1287:5; 1293:20
objectionable [1] -
1201:6
objections [3] -
1253:19;
1259:14; 1274:3
observed [1] -
1192:24
obtain [4] -
1213:3; 1241:3;
1278:22;
1280:25
obtained [5] -
1204:25;
1213:11;
1230:6;
1280:22; 1281:4
obvious [1] -
1240:8
occasion [2] -
1234:4; 1236:10
occupational [1] -
1199:4
occupies [1] -
1197:25
occupying [1] -
1284:12
occurred [1] -
1196:14
October [1] -
1288:22
odd [1] - 1291:1
OF [6] - 1170:1,
3, 9; 1171:3;
1172:4; 1173:14
OFFICE [1] -
1170:16
officer [1] -
1198:25
OFFICES [1] -
1171:3
officials [1] -
1200:10

Ohio [4] -
    1227:12;
    1230:24; 1231:6
OK [10] - 1181:5,
    13; 1198:7, 9;
    1206:20;
    1221:18;
    1254:1; 1255:9;
    1256:14
OKFL [15] -
    1178:11;
    1179:16;
    1180:2;
    1221:21;
    1229:5; 1254:3;
    1255:10;
    1256:14;
    1286:13;
    1288:7, 23;
    1289:15;
    1290:12, 23;
    1292:8
old [2] - 1224:11,
    13
Old [11] -
    1178:19;
    1179:3, 6;
    1195:17;
    1196:17, 24;
    1206:18;
    1225:20, 24
once [1] -
    1218:20
One [3] -
    1278:17, 19, 21
one [45] - 1173:7,
    19-20; 1179:23;
    1180:18;
    1181:2, 12;
    1182:3; 1185:6,
    25; 1189:9;
    1195:8;
    1197:25;
    1201:25;
    1202:2, 20;
    1203:4, 8;
    1221:8;
    1223:16;

1233:11;
    1239:25;
    1240:1, 11;
    1241:11;
    1243:4;
    1244:18;
    1247:23;
    1248:19;
    1256:11;
    1260:21;
    1263:3;
    1270:19;
    1278:19;
    1281:23;
    1282:13, 18;
    1283:2; 1293:5,
    19; 1294:17
online [1] -
    1211:11
op [1] - 1230:22
Op [12] -
    1173:25;
    1174:14;
    1176:18;
    1178:11;
    1180:22;
    1181:22;
    1184:10;
    1188:2, 15, 23;
    1268:16;
    1291:20
open [2] -
    1181:13; 1241:2
opening [1] -
    1291:5
operating [1] -
    1284:12
opine [1] -
    1271:11
opponents [1] -
    1223:21
opportunity [3] -
    1202:14;
    1216:5; 1242:4
ops [1] - 1290:24
order [1] -
    1185:10
organize [2] -

1223:19;
    1241:23
orient [2] -
    1175:17; 1187:2
original [7] -
    1175:9;
    1195:23;
    1204:16;
    1205:5, 7;
    1243:16;
    1253:13
OSRM [2] -
    1227:9, 11
otherwise [2] -
    1173:7; 1287:6
outfitted [1] -
    1189:2
Outrage [1] -
    1237:16
outside [7] -
    1221:5;
    1233:25;
    1234:2, 18;
    1272:20;
    1282:2, 18
overtake [1] -
    1242:11
overthrow [1] -
    1284:11
own [3] -
    1199:14;
    1215:23;
    1274:11
owner [2] -
    1261:19; 1267:3

| P |
|---|

PA [1] - 1171:7
page [24] -
    1201:16, 19;
    1208:16;
    1211:20;
    1222:12;
    1223:7; 1224:7;
    1236:22;
    1240:19;
    1259:25;
    1260:11;

1263:23;
    1264:5, 14, 25;
    1266:15;
    1281:16;
    1283:3, 12, 20;
    1284:2, 15, 18;
    1288:10
PAGE [1] -
    1172:2
pages [2] -
    1206:6; 1283:5
paragraph [2] -
    1173:20;
    1292:19
parliament [1] -
    1224:2
parlor [4] -
    1233:4, 9;
    1234:3, 18
part [13] -
    1186:15;
    1201:1, 9;
    1217:18;
    1219:10;
    1230:4;
    1234:20;
    1242:21;
    1244:1, 3;
    1259:21; 1294:3
partial [1] -
    1260:20
participant [2] -
    1209:8, 12
participants [6] -
    1174:15;
    1182:19, 25;
    1183:21; 1261:5
particular [7] -
    1205:1; 1217:5;
    1234:20;
    1270:7;
    1275:11, 13;
    1288:1
parties [4] -
    1177:9, 11;
    1180:5; 1189:8
party [1] -
    1197:21

pass [1] - 1295:8
passed [1] -
    1225:4
passive [1] -
    1286:16
past [1] - 1281:24
patch [1] -
    1190:11
patriot [2] -
    1223:14; 1225:6
patriots [2] -
    1200:3; 1241:20
patriots/veterans/
    law [1] - 1242:13
Paul [8] -
    1194:22;
    1195:3; 1210:9;
    1230:17;
    1231:18, 22;
    1232:17
Paul's [1] -
    1225:14
pause [9] -
    1211:22;
    1234:13;
    1250:16;
    1257:8, 20, 22;
    1266:21;
    1267:12; 1293:1
paused [2] -
    1258:4; 1267:5
PDF [3] -
    1283:12;
    1284:15, 18
peaceful [3] -
    1223:16;
    1251:24;
    1252:15
Peed [7] -
    1171:17;
    1183:1;
    1185:14;
    1186:1, 6, 10;
    1239:9
PEED [29] -
    1171:18;
    1182:13, 17;
    1183:5, 11;

1184:23, 25;
1185:4, 19;
1186:2;
1190:25;
1200:20, 24;
1201:16, 19, 23;
1203:4, 10, 15;
1213:18;
1214:21, 23;
1215:1, 8;
1281:9, 15, 20,
23; 1282:11
penal [3] -
1282:7, 22
people [50] -
1174:12, 24;
1175:2;
1176:22;
1178:23;
1180:15;
1182:20;
1183:20;
1200:11;
1202:6, 9;
1204:20-22;
1205:15, 17, 24;
1209:17, 24;
1210:3, 5;
1223:9, 13;
1224:1, 4;
1226:14;
1229:16, 20;
1236:24;
1241:1;
1243:13;
1255:1, 19;
1260:9, 19;
1265:16;
1266:23;
1267:4; 1269:1,
24; 1271:22;
1272:2; 1276:5,
17-18; 1289:21;
1290:17; 1294:4
people's [1] -
1176:10
per [3] - 1232:10;
1260:23;

1261:25
perceived [1] -
1216:3
percent [1] -
1261:8
perfect [1] -
1242:4
period [5] -
1192:3;
1241:20;
1272:20;
1282:3, 18
periods [1] -
1202:17
person [16] -
1211:14;
1235:18, 20;
1236:4, 6;
1249:14, 16;
1250:7; 1255:5;
1258:3, 6;
1260:18, 24;
1261:25;
1280:12;
1291:12
personal [1] -
1293:25
Pezzola [2] -
1251:21;
1252:20
pharm [1] -
1289:22
Philadelphia [1] -
1171:7
phone [54] -
1173:21, 24;
1175:24;
1176:2, 16, 19;
1177:7, 13,
15-16, 19, 25;
1178:2; 1179:9,
17, 19; 1180:23;
1181:8, 15, 23,
25; 1182:8;
1189:10, 14, 20;
1190:3;
1201:17;
1209:17;

1213:25;
1220:15, 17, 25;
1227:9; 1230:8,
11; 1231:13, 15,
21; 1239:3;
1246:5, 8;
1267:22;
1271:4;
1274:21;
1275:13;
1280:23;
1281:1, 5;
1290:24;
1294:3, 9
phones [7] -
1176:11;
1187:9;
1195:24;
1200:21;
1213:23;
1214:1; 1253:14
photo [6] -
1189:20;
1190:4;
1234:16;
1248:5, 9;
1249:11
photograph [13] -
1190:6; 1191:5;
1192:8;
1193:13, 15;
1194:2; 1195:3;
1234:17;
1235:16;
1249:5; 1254:8,
11, 14
photographs [2] -
1233:8; 1248:24
photos [2] -
1176:13; 1234:8
phrase [1] -
1291:7
pick [1] - 1293:9
picture [1] -
1243:16
piece [1] -
1219:13
pieces [1] -

1270:7
pillaged [1] -
1199:15
pissed [1] -
1290:18
pissing [1] -
1244:25
Pistol [1] -
1263:20
place [2] -
1247:24;
1290:17
placed [1] -
1191:6
places [1] -
1225:17
Plaintiff [1] -
1170:4
plan [6] - 1197:1,
14; 1201:5;
1203:12;
1225:15;
1226:18
planners [1] -
1284:7
planning [2] -
1230:22;
1290:24
plans [2] -
1197:2, 13
platform [2] -
1207:15;
1210:24
play [8] -
1216:13;
1245:17;
1250:13, 23;
1256:6;
1266:18;
1273:15;
1287:12
played [30] -
1216:11;
1217:10, 13, 15,
17, 20, 23;
1218:1, 9, 12,
23, 25; 1219:5,
12, 15; 1223:16;

1238:5;
1245:18;
1250:15, 25;
1251:15;
1256:8; 1257:4,
23; 1258:11;
1266:20;
1267:11, 20;
1273:17;
1287:14
playing [4] -
1250:12;
1258:9;
1267:18; 1287:9
pleasure [2] -
1244:1
PM [19] - 1188:4,
16, 23; 1192:15;
1198:17;
1199:8;
1206:18, 21;
1209:3; 1221:3;
1227:15;
1243:25;
1246:11, 13;
1247:12;
1255:9;
1256:13;
1288:18;
1289:19
PO [1] - 1171:3
Pocket [1] -
1284:1
pocket [2] -
1284:3
point [5] -
1200:24;
1212:12;
1257:14;
1261:8; 1262:3
points [3] -
1239:10, 16;
1291:2
police [4] -
1223:19, 24-25;
1243:21
politicians [1] -
1292:14

poor [1] - 1289:24
portion [8] -
  1189:7; 1213:4;
  1244:8;
  1268:16;
  1274:16;
  1275:23;
  1276:9; 1280:20
portions [5] -
  1212:14, 18-19;
  1216:23
portrayed [1] -
  1272:11
posing [1] -
  1234:18
position [1] -
  1258:6
positions [1] -
  1224:4
possibility [1] -
  1278:3
possibly [3] -
  1185:19;
  1272:4; 1282:13
post [19] -
  1201:1;
  1202:18;
  1204:3, 13, 17,
  20, 22;
  1205:4-7, 14;
  1225:16;
  1243:14, 17, 25;
  1244:22; 1248:8
posted [12] -
  1195:17;
  1204:2;
  1205:10;
  1222:15, 24;
  1225:15;
  1226:17;
  1238:19;
  1241:17;
  1243:4, 18;
  1244:13
posts [1] -
  1293:24
potential [3] -
  1203:22;

1277:16; 1295:1
potentially [1] -
  1261:8
power [1] -
  1284:12
PowerPoint [2] -
  1190:14;
  1193:10
prayers [1] -
  1291:5
preceding [1] -
  1187:16
prejudicial [3] -
  1202:13;
  1203:11;
  1269:15
prepare [4] -
  1200:13, 16;
  1286:23
prepared [4] -
  1214:13;
  1215:15;
  1272:8; 1295:20
preparedness [1]
  - 1242:5
present [11] -
  1174:18, 22;
  1202:11;
  1255:18;
  1268:13;
  1269:7, 20;
  1270:13;
  1272:17
presentation [1] -
  1186:16
presented [2] -
  1202:25;
  1270:11
preserve [2] -
  1242:23; 1274:3
President [1] -
  1200:11
president [6] -
  1197:11;
  1223:5;
  1251:23;
  1252:13, 17;
  1291:1

presidential [1] -
  1196:13
pretrial [4] -
  1253:19;
  1259:15;
  1268:1; 1287:5
pretty [4] -
  1240:7;
  1251:23;
  1252:13; 1289:6
previous [2] -
  1264:5, 14
previously [2] -
  1178:20
primarily [1] -
  1229:1
privacy [1] -
  1236:19
private [2] -
  1260:8; 1276:5
pro [1] - 1290:17
probative [1] -
  1273:1
problem [2] -
  1257:15;
  1264:15
procedure [1] -
  1215:24
PROCEEDINGS
  [1] - 1170:9
proceedings [4] -
  1211:22;
  1234:13;
  1257:8; 1295:19
process [1] -
  1292:16
procrastinating
  [1] - 1242:1
profile [2] -
  1236:23; 1291:2
progression [1] -
  1285:1
Prometheus [1] -
  1194:9
promo [1] -
  1276:4
proof [1] -
  1272:21

properly [1] -
  1241:21
property [1] -
  1199:13
Propes [2] -
  1261:9
protect [1] -
  1200:9
protected [1] -
  1243:21
protest [2] -
  1251:24;
  1255:18
protests [2] -
  1223:16;
  1252:15
proud [2] -
  1224:14
Proud [4] -
  1226:21;
  1244:3; 1252:21
provide [8] -
  1188:21;
  1262:10, 19, 25;
  1266:4;
  1269:13;
  1284:4; 1287:20
provided [5] -
  1215:3, 10, 18;
  1266:5; 1282:9
provider [1] -
  1241:3
provisions [1] -
  1241:21
public [4] -
  1197:2;
  1236:21;
  1238:19;
  1289:24
publication [1] -
  1284:9
publicly [1] -
  1200:10
publish [6] -
  1236:23;
  1240:19;
  1244:17;
  1249:7; 1266:8;

1293:22
pull [24] - 1174:6;
  1184:14;
  1186:5, 10-11;
  1188:20;
  1191:2;
  1195:14;
  1233:5; 1237:1;
  1238:14;
  1240:17;
  1249:2; 1251:5;
  1253:3;
  1259:18;
  1262:7, 22, 25;
  1273:21;
  1275:17, 22;
  1276:24;
  1280:18
pulled [1] -
  1195:24
pulling [2] -
  1176:16;
  1186:14
Punta [1] -
  1171:15
puppet [2] -
  1197:13;
  1223:18
purchasing [1] -
  1242:2
purpose [1] -
  1284:4
purposes [2] -
  1185:15; 1270:8
pursuant [3] -
  1186:20;
  1249:5; 1259:8
put [6] - 1185:5;
  1206:7; 1210:6;
  1235:13, 25;
  1236:20
putting [2] -
  1201:7; 1202:7
pyramid [2] -
  1284:21, 23

Q

QRF [9] - 1185:6,

11, 17, 20;
1188:17;
1191:11;
1198:18;
1221:4, 9
QRFs [1] -
1198:19
qualify [1] -
1282:21
quality [2] -
1262:2
Quality [4] -
1279:2, 9, 24;
1280:10
Queen [1] -
1171:7
questionable [1] -
1241:24
quick [7] -
1183:25;
1191:14, 19;
1239:4;
1250:17;
1270:6; 1289:6

R

raised [2] -
1253:19;
1295:11
rally [2] -
1242:11; 1291:2
ranger [1] -
1230:21
Ranger [5] -
1191:25;
1192:9; 1232:6,
10
Rasheed [8] -
1210:10, 12, 16;
1211:13;
1212:25;
1213:4, 11;
1214:14
rather [2] -
1270:12;
1287:24
RDR [1] -
1295:22

reached [1] -
1230:25
reaction [2] -
1191:14, 19
read [17] -
1176:21;
1178:12;
1179:21;
1180:15;
1181:18;
1189:6; 1206:9;
1230:1, 4;
1252:10;
1263:10;
1265:2, 15;
1283:12;
1290:3; 1292:19
reading [8] -
1201:15;
1220:8;
1226:25;
1271:13;
1280:20;
1284:6; 1292:9,
12
ready [3] -
1205:22;
1242:3, 10
real [1] - 1239:3
really [4] -
1205:22;
1206:8;
1243:22;
1272:10
reason [1] -
1275:10
reasons [2] -
1212:19;
1269:15
receive [1] -
1212:13
received [3] -
1234:23;
1259:3; 1265:23
receives [1] -
1204:24
receiving [2] -
1216:15;

1269:25
recess [1] -
1235:7
recognize [1] -
1197:11
recommended [3]
- 1261:25;
1277:24; 1289:5
record [11] -
1177:11;
1210:23;
1213:24;
1218:3;
1252:10;
1273:23;
1275:10;
1279:9, 16, 24;
1295:19
recorded [1] -
1216:20
recording [10] -
1213:4, 10, 14,
21; 1214:4, 6,
11, 14; 1217:5;
1267:13
recordings [6] -
1215:25;
1216:15, 18, 25;
1217:2
records [21] -
1204:8, 10, 24;
1207:18;
1208:1, 21;
1211:2, 15;
1234:5, 7;
1237:5; 1241:3;
1243:10;
1244:12;
1259:4, 9, 21;
1269:12;
1278:22;
1279:1; 1280:10
recoup [1] -
1173:6
recovered [13] -
1173:24;
1176:10, 18;
1177:12;

1180:6, 12, 23;
1181:8; 1189:9;
1190:3; 1220:9;
1231:11; 1246:5
recovering [1] -
1177:15
Recruit [6] -
1227:9, 14, 19,
24; 1228:3, 20
recruit [1] -
1290:17
redact [2] -
1293:21; 1294:2
redacted [6] -
1212:8, 10, 14,
18; 1275:6;
1293:25
redactions [2] -
1212:2, 6
reference [3] -
1218:14;
1222:4; 1284:5
references [2] -
1222:7; 1240:4
referencing [1] -
1219:25
referring [5] -
1186:1; 1250:1;
1266:14;
1282:14;
1284:23
reflect [3] -
1225:2;
1229:19;
1253:13
reflected [1] -
1228:13
refuse [1] -
1200:8
regarding [1] -
1291:1
Region [1] -
1181:13
region [4] -
1181:14;
1198:19;
1228:10
regional [1] -

1198:19
Regular [1] -
1227:12
related [2] -
1193:1; 1202:2
relating [1] -
1212:16
relationship [2] -
1269:6, 20
relationships [3] -
1269:1; 1273:2
relevance [2] -
1212:16; 1269:1
relevant [2] -
1272:10;
1275:14
Reloads [1] -
1265:7
rely [1] - 1217:2
remain [1] -
1197:6
remember [2] -
1192:16;
1205:23
remind [11] -
1187:7;
1221:18;
1230:13;
1231:5, 18;
1232:11;
1241:14;
1252:17;
1256:21;
1283:7; 1291:24
reminder [1] -
1293:19
reminders [1] -
1293:14
removed [3] -
1212:15; 1224:3
rename [1] -
1178:24
renamed [1] -
1178:20
renew [1] -
1268:24
rental [1] -
1260:19

represent [2] -
1175:20;
1294:20
representatives
[1] - 1223:18
representing [1] -
1295:4
represents [1] -
1175:23
reps [1] - 1200:10
republic [2] -
1230:24;
1242:23
Republican [1] -
1225:14
request [3] -
1186:14;
1293:21
requested [2] -
1183:2; 1188:21
requesting [1] -
1270:2
requires [1] -
1185:5
reservation [1] -
1280:12
resist [2] -
1272:18; 1273:5
resistance [2] -
1199:20;
1284:10
resolve [1] -
1199:21
respect [1] -
1269:18
respond [5] -
1197:4;
1227:19, 24;
1246:22;
1288:13
responds [1] -
1198:7
response [1] -
1261:23
rest [4] - 1210:12;
1278:17, 21
resulted [1] -
1255:19

resume [1] -
1235:5
resumed [1] -
1173:1
retrospective [2] -
1281:17;
1282:19
revealed [1] -
1197:22
review [7] -
1178:1; 1183:7,
12, 15; 1216:2;
1228:2; 1236:10
reviewed [10] -
1184:11;
1192:18;
1195:11;
1207:18;
1208:3; 1212:5;
1213:10;
1214:11;
1233:8; 1285:13
revolution [1] -
1244:2
revolves [1] -
1265:20
Rhodes [44] -
1179:18;
1180:24;
1191:10, 13;
1192:2; 1197:4,
19; 1198:17;
1199:9; 1200:2,
7; 1206:18;
1210:7;
1218:15, 17;
1222:4, 8, 25;
1223:12;
1224:21;
1225:10, 16;
1226:13, 17;
1232:24;
1233:21;
1234:17, 20;
1235:21;
1236:7; 1246:4,
8, 12, 22;
1247:5, 13, 22;

1248:4; 1250:9;
1251:2;
1252:19;
1288:7; 1295:1
Rhodes's [13] -
1173:24;
1175:24;
1176:2, 10, 19;
1179:9, 19;
1181:9, 15, 24;
1182:7; 1187:9;
1246:6
Rhonda [1] -
1289:2
rifle [8] - 1255:22;
1260:8, 21;
1262:1;
1263:15-17;
1278:1
Rifleman [1] -
1263:3
rifleman [2] -
1263:13, 15
rifles [2] - 1255:2;
1263:13
right-hand [4] -
1209:8; 1210:3;
1240:4; 1250:8
RIOS [2] -
1171:10, 13
riots [1] - 1205:21
ripping [1] -
1288:20
rising [1] -
1190:19
Rittenhouse [2] -
1255:11, 15
rob [1] - 1246:19
Robert [2] -
1171:10; 1248:5
ROBERTO [1] -
1170:6
Roberto [11] -
1171:2;
1176:23;
1182:11;
1232:23;
1234:4;

1237:14;
1241:17;
1243:18;
1247:15;
1248:24;
1251:20
Rocketchat [8] -
1240:1, 22,
24-25; 1241:8,
11, 18; 1243:5
Roger [1] -
1226:15
roll [1] - 1230:23
Rolling [2] -
1181:22;
1291:20
Ron [1] - 1225:14
room [1] -
1280:14
round [1] -
1223:16
rounds [2] -
1261:25; 1262:1
rows [1] - 1208:4
Rule [2] - 1185:4,
15
ruling [2] -
1266:9; 1268:1
rulings [3] -
1212:15;
1271:19; 1274:5
run [1] - 1272:12
running [1] -
1258:3

S

safe [2] -
1223:20; 1272:5
safety [2] -
1264:6, 24
sale [1] - 1276:4
Samsung [3] -
1177:13;
1220:10; 1230:7
SanDisk [1] -
1180:7
save [3] -
1230:23;

1242:23; 1276:6
saved [2] -
1227:9; 1231:20
saving [1] -
1265:21
saw [4] - 1189:1;
1211:14;
1214:8; 1271:22
schedule [1] -
1293:6
scheduling [1] -
1173:2
scheme [1] -
1187:5
School [1] -
1225:13
Scott [1] -
1171:13
SCOTUS [1] -
1247:24
scrambling [1] -
1241:23
screen [21] -
1174:7, 19;
1178:5;
1184:15;
1187:21;
1195:14;
1213:25;
1216:21;
1233:6;
1235:13;
1237:2; 1252:7;
1257:5, 7;
1258:3;
1266:24;
1267:5;
1270:20;
1274:1; 1279:6;
1287:10
screenshot [6] -
1178:3; 1213:8,
14; 1233:11, 19;
1237:8
screenshotted [1]
- 1178:5
scroll [3] -
1207:23;

1260:13; 1280:8
scrolling [1] -
   1201:2
SE [1] - 1181:13
search [3] -
   1204:8, 25;
   1234:4
searching [1] -
   1234:7
seated [3] -
   1173:11;
   1235:8; 1268:18
second [9] -
   1190:16;
   1208:16;
   1217:18;
   1234:15;
   1250:17;
   1260:2;
   1264:25;
   1276:13;
   1284:22
seconds [6] -
   1214:5;
   1245:10;
   1250:13;
   1257:20;
   1258:4; 1287:13
section [3] -
   1224:19;
   1259:25;
   1261:13
Secured [2] -
   1178:22; 1179:8
security [2] -
   1244:1, 3
seditious [1] -
   1273:6
see [32] - 1187:4;
   1196:18;
   1198:7; 1202:9,
   15; 1204:5, 12;
   1205:4, 16-17;
   1207:9; 1209:8;
   1218:14;
   1220:20;
   1221:16;
   1225:15;

1230:1; 1233:2,
   25; 1235:5;
   1236:22;
   1245:25;
   1257:5; 1265:2;
   1266:23;
   1279:10;
   1286:4; 1290:2;
   1295:8
seeing [2] -
   1216:21;
   1293:16
seek [3] -
   1197:23;
   1256:25
select [1] -
   1182:24
selected [3] -
   1174:15;
   1182:19; 1210:4
selection [1] -
   1210:6
sellouts [1] -
   1292:23
send [10] -
   1212:25;
   1218:17;
   1232:17;
   1248:5;
   1255:10;
   1256:14;
   1260:16;
   1261:4;
   1286:11, 14
sending [11] -
   1187:25;
   1219:24;
   1228:23;
   1229:4;
   1230:15;
   1254:2;
   1280:15;
   1289:12;
   1290:9; 1292:4,
   7
sense [3] -
   1182:25;
   1239:13; 1268:8

sent [10] -
   1185:13;
   1191:10;
   1196:16;
   1231:25;
   1238:12, 17;
   1251:20;
   1268:16;
   1285:10;
   1287:25
separate [1] -
   1203:7
September [12] -
   1253:24;
   1255:14;
   1260:17;
   1261:5, 22;
   1262:11;
   1274:14;
   1275:19;
   1280:22;
   1286:3;
   1287:18; 1288:6
sequencing [1] -
   1203:2
Serbia [4] -
   1218:15, 18;
   1222:5; 1223:14
Serbian [2] -
   1225:15;
   1226:17
series [2] -
   1201:5; 1203:12
serve [1] - 1232:9
Session [1] -
   1170:7
set [5] - 1228:6;
   1229:19;
   1241:21;
   1242:2; 1262:2
setting [1] -
   1256:17
settings [1] -
   1236:20
several [2] -
   1233:8; 1286:21
sew [1] - 1262:3
Sharing [2] -

1178:21; 1179:7
sheet [1] -
   1262:10
Shipley [2] -
   1171:2; 1239:7
SHIPLEY [6] -
   1171:3;
   1233:15;
   1239:1, 8, 23;
   1240:10
shirt [1] - 1233:23
shit [1] - 1205:24
shoot [2] -
   1263:14
shooting [4] -
   1205:20;
   1255:19, 21;
   1265:19
Shooting [1] -
   1265:9
shop [1] -
   1290:14
short [1] -
   1241:22
shortly [1] -
   1235:6
show [10] -
   1186:7; 1194:2;
   1207:21;
   1210:19;
   1229:18;
   1234:16, 22;
   1273:3; 1292:22
showed [1] -
   1209:13
showing [7] -
   1192:19;
   1195:2;
   1202:17;
   1228:9;
   1229:15;
   1234:20;
   1244:13
shows [6] -
   1178:4; 1205:2;
   1223:14;
   1269:1;
   1284:25; 1285:1

shuffle [1] -
   1225:9
side [7] - 1209:8;
   1210:3;
   1243:23;
   1250:8;
   1266:23;
   1267:4; 1272:5
sidebar [20] -
   1182:15;
   1183:23;
   1185:2;
   1186:18;
   1200:23;
   1203:24;
   1214:20;
   1216:8; 1239:6;
   1240:16;
   1264:3, 18;
   1267:24;
   1270:5; 1271:7;
   1273:9; 1275:4,
   16; 1281:13;
   1283:1
Siekerman [2] -
   1210:7; 1247:24
sights [2] -
   1262:2; 1263:17
sign [1] - 1262:10
sign-in [1] -
   1262:10
Signal [41] -
   1173:23;
   1174:12, 14;
   1175:23, 25;
   1176:2, 8-9, 18;
   1177:18;
   1178:3;
   1179:15;
   1180:8, 21;
   1185:16;
   1187:10;
   1194:8;
   1195:17;
   1201:10, 15;
   1202:7;
   1231:25;
   1232:1, 6;

1246:3; 1247:6, 8, 13; 1254:3, 7; 1256:14, 19; 1286:9; 1288:1; 1291:16, 19-20; 1292:8
signed [2] - 1221:23; 1262:19
signifies [2] - 1175:25; 1187:10
signify [1] - 1176:7
similar [1] - 1207:15
simple [1] - 1265:19
simply [2] - 1215:18; 1216:3
sisters [2] - 1225:1, 9
situation [1] - 1271:8
six [4] - 1235:1, 23; 1236:9; 1266:19
slammed [1] - 1288:8
slaves [1] - 1199:13
slide [49] - 1176:25; 1178:16; 1179:12; 1184:10; 1185:24; 1186:7; 1191:15; 1192:6; 1193:11; 1198:4; 1203:18; 1206:7, 12; 1207:4; 1218:7; 1219:19; 1221:6, 10; 1226:8;

1227:22, 24; 1229:10; 1232:2, 15; 1241:25; 1242:7; 1243:1; 1246:16, 20, 24; 1247:19; 1248:1, 6, 11, 15; 1252:8; 1254:9; 1255:6; 1281:16; 1282:25; 1288:15; 1289:7; 1290:1, 6, 19; 1291:4, 13; 1292:2, 17
slides [2] - 1200:4; 1241:15
slight [1] - 1260:21
sling [1] - 1262:2
slings [1] - 1262:3
small [2] - 1206:8; 1293:19
Smith [9] - 1191:21, 25; 1192:3, 8; 1210:9; 1232:6, 10
Smrecek [9] - 1254:20; 1261:16, 21, 24; 1267:2; 1270:9, 11, 13
Smrecek's [3] - 1268:2, 20; 1269:7
snippet [1] - 1286:23
solid [1] - 1291:23
someone [12] - 1180:6; 1194:10, 21; 1196:24; 1198:7; 1205:14; 1230:25;

1243:17; 1248:13; 1261:15; 1278:12; 1286:4
sometimes [3] - 1194:19; 1206:1; 1212:13
somewhere [1] - 1174:4
SoRelle [1] - 1226:16
sorry [14] - 1174:12; 1183:8; 1184:24; 1198:16; 1212:11; 1213:22; 1214:22; 1231:24; 1235:25; 1248:21; 1256:16; 1272:3; 1281:10; 1285:10
sort [3] - 1187:2; 1262:10; 1269:17
source [3] - 1202:19; 1203:19; 1220:4
sources [4] - 1201:25; 1203:3, 15; 1240:2
southeast [4] - 1181:14; 1228:10, 25
space [1] - 1232:9
speaker [2] - 1202:18; 1203:19
speakers [1] - 1216:24
speaking [2] - 1267:1; 1271:9

speaks [1] - 1224:22
specialty [1] - 1199:4
specific [1] - 1201:6
specifically [2] - 1277:25; 1278:7
specifics [3] - 1251:22; 1252:13; 1291:1
specify [1] - 1281:21
speculate [1] - 1212:17
speech [2] - 1251:2; 1286:16
spent [1] - 1192:19
spirit [1] - 1200:16
spoken [1] - 1217:5
spreads [1] - 1241:15
squatting [1] - 1258:6
staff [1] - 1225:14
staged [1] - 1221:5
Stamey [8] - 1194:22, 25; 1195:3; 1210:9; 1230:17, 19; 1231:22; 1232:17
stand [10] - 1191:11; 1198:24; 1199:3; 1224:22; 1225:5, 7-8; 1289:25
standard [1] - 1282:11
Standard [1] - 1206:21
standby [1] -

1242:24
standing [3] - 1188:17; 1200:10; 1229:13
stands [2] - 1181:6; 1203:18
start [17] - 1173:6; 1193:3; 1196:10; 1203:11; 1216:9; 1223:19; 1236:18; 1250:12; 1253:22; 1257:22; 1280:20; 1287:9; 1292:9, 12; 1293:1, 7; 1295:12
started [4] - 1201:4; 1214:4; 1223:21; 1264:14
starting [6] - 1173:8; 1201:19; 1223:9; 1224:18; 1265:16; 1267:6
starts [1] - 1230:2
state [13] - 1180:11; 1191:8; 1194:25; 1199:16; 1223:5; 1224:2; 1230:17; 1232:24; 1252:2; 1258:17; 1269:8; 1290:25
State [1] - 1227:12
statement [12] - 1185:6; 1281:15, 17, 23,

25; 1282:3, 6, 12, 17, 19, 21
statements [6] - 1268:3, 20; 1269:7; 1270:9; 1287:23
States [2] - 1272:19; 1273:6
STATES [3] - 1170:1, 3, 10
stating [1] - 1281:23
stay [1] - 1223:20
steal [2] - 1223:4; 1227:16
stenographer [1] - 1215:9
stenographers [1] - 1215:4
stenotype [1] - 1295:20
step [1] - 1223:20
Stephanie [1] - 1277:22
steps [1] - 1285:2
Stewart [30] - 1173:24; 1175:23; 1176:10, 19; 1179:18; 1180:24; 1181:9, 24; 1187:9; 1191:10, 13; 1197:4, 19; 1206:18; 1210:7; 1222:4, 8, 25; 1223:12; 1225:9; 1226:13; 1232:24; 1235:21; 1246:4, 6, 14; 1250:9; 1251:2; 1252:19; 1288:7
still [4] - 1194:5, 15; 1195:3; 1266:1

stipulate [4] - 1177:11; 1180:5; 1190:25; 1251:20
stipulation [8] - 1173:19; 1177:9; 1180:4; 1189:7; 1230:5; 1251:17; 1280:21
stipulations [2] - 1220:8; 1231:10
stomped [1] - 1288:9
Stone [8] - 1180:7, 10; 1181:22; 1225:21; 1226:4, 10, 15; 1291:20
Stop [1] - 1223:4
stop [5] - 1223:23-25; 1224:25; 1289:4
store [1] - 1233:25
storm [2] - 1224:1; 1242:4
stream [6] - 1236:17, 20, 22-23, 25
streams [2] - 1201:25; 1202:5
street [1] - 1205:18
Street [3] - 1170:17; 1171:11, 18
streets [3] - 1223:21; 1242:10, 12
stretch [1] - 1235:9
string [2] - 1200:25; 1239:10
strong [1] -

1223:24
stuff [2] - 1175:18; 1265:16
style [1] - 1242:11
SUAREZ [2] - 1171:10, 13
sub [1] - 1273:22
subject [5] - 1209:4; 1239:9; 1253:18; 1274:4; 1277:15
submission [1] - 1199:20
submit [3] - 1215:23; 1216:6; 1266:8
submitted [2] - 1211:11
subpart [2] - 1173:20; 1241:12
suggest [2] - 1203:21; 1269:23
suggested [2] - 1270:3; 1284:6
Suite [2] - 1171:14, 19
Suites [2] - 1279:9; 1280:10
summaries [1] - 1175:9
summary [17] - 1174:11-13, 16; 1182:18, 24; 1184:1-3, 6, 8; 1203:5, 8; 1208:7, 22
summer [1] - 1234:24
Sunday [2] - 1260:10; 1276:15
supplementary [1] - 1284:6
support [2] -

1198:21; 1290:25
Supreme [1] - 1247:25
surrounding [2] - 1204:24; 1233:3
surveillance [4] - 1192:18, 25; 1194:6, 16
sustain [1] - 1282:24
swarmed [1] - 1223:21
switch [1] - 1231:25
switches [1] - 1200:25
swore [1] - 1197:24
system [5] - 1178:8; 1196:19; 1197:9; 1220:24

T

T-shirt [1] - 1233:23
Tactical [1] - 1265:7
tactical [3] - 1265:18, 22; 1271:1
Tactics [1] - 1265:10
tape [1] - 1216:23
tapes [1] - 1216:22
target [1] - 1291:3
Target [1] - 1265:5
Tario [2] - 1226:16, 20
tasers [1] - 1221:4
tattoo [5] - 1233:3, 9, 22; 1234:3, 23
taught [2] -

1263:1, 25
teach [1] - 1265:20
teaches [1] - 1263:15
team [4] - 1270:24; 1271:11; 1272:10, 12
Team [4] - 1180:22; 1270:23; 1271:25; 1273:12
teams [1] - 1232:9
tech [1] - 1289:22
technique [3] - 1270:24; 1271:25; 1272:1
technology [1] - 1257:15
teen [1] - 1225:3
telephone [3] - 1189:10; 1220:11; 1231:12
television [1] - 1224:2
tense [1] - 1289:21
terms [4] - 1261:5; 1268:12; 1269:19; 1272:15
terrorism [1] - 1200:13
testify [2] - 1272:6, 8
testimony [3] - 1173:13; 1184:6
text [7] - 1176:12; 1185:21; 1220:23; 1222:21; 1244:9; 1295:12
texts [3] - 1201:3,

8; 1202:6
THE [105] -
1170:1, 9;
1173:2, 10;
1175:13, 15;
1182:16;
1183:1, 8, 17,
24; 1184:24;
1185:3, 8, 24;
1186:4, 9, 17,
19; 1189:25;
1196:6;
1201:10, 14, 18,
22; 1202:10;
1203:6, 14, 16;
1208:11;
1211:24;
1212:11;
1213:19;
1214:22;
1215:6, 12, 14;
1216:13;
1222:20;
1228:17;
1229:24;
1233:16;
1235:3, 8;
1236:2; 1238:1;
1239:3, 7, 18;
1240:5, 12;
1244:18, 20;
1245:11, 14;
1249:6; 1250:5;
1251:10;
1252:2, 5;
1253:20;
1256:5; 1257:3,
6, 11; 1259:12,
14, 16; 1264:9,
16; 1267:22, 25;
1268:11, 19;
1269:4; 1270:2,
6; 1271:3, 5, 13;
1272:5;
1273:25;
1274:4; 1275:7,
9; 1277:8;
1279:3;

1281:10, 14, 19,
21; 1282:5, 16;
1283:2;
1285:24;
1287:7, 19;
1293:3, 19;
1294:6, 11, 21;
1295:3, 7
theft [1] - 1200:9
themselves [1] -
1199:15
theory [2] -
1272:6, 16
therefore [3] -
1178:1;
1199:21;
1282:19
they've [1] -
1269:15
third [2] - 1255:5;
1281:16
Thomas [4] -
1193:3, 13;
1230:7, 14
thorough [1] -
1291:6
thousand [1] -
1174:5
thousands [1] -
1195:11
thread [1] -
1176:1
threatening [1] -
1247:18
three [1] - 1262:4
throughout [3] -
1205:25;
1238:21;
1293:15
thumb [1] -
1180:7
thumbs [2] -
1246:23;
1257:13
thumbs-up [2] -
1246:23;
1257:13
tied [1] - 1201:9

ties [1] - 1275:12
timeframe [3] -
1195:21;
1201:13;
1238:18
timeline [1] -
1283:13
tip [3] - 1211:11;
1212:25
title [4] - 1223:3;
1237:15;
1270:21;
1271:14
today [2] -
1210:13; 1247:7
Todd [1] -
1193:22
tomorrow [5] -
1173:3, 6;
1293:5, 9
tonight [4] -
1206:20;
1207:3;
1221:22;
1294:24
tool [1] - 1263:12
tools [1] -
1177:24
top [16] -
1175:18;
1193:14;
1201:21;
1204:12;
1207:23;
1212:22;
1224:6; 1261:4;
1265:16;
1277:11;
1279:6, 22;
1280:8; 1292:19
topic [6] -
1232:22;
1253:3; 1264:5,
20, 23; 1292:25
topics [5] -
1263:24;
1264:13, 21;
1265:2

torch [1] - 1225:4
total [1] - 1175:6
totalitarian [1] -
1197:22
totally [1] -
1201:25
Tourniquet [1] -
1265:4
town [1] -
1230:23
TR [1] - 1214:19
train [2] - 1266:1;
1277:25
trained [5] -
1198:21;
1205:19;
1247:16;
1268:9; 1277:22
training [30] -
1227:25;
1228:3; 1254:6;
1258:15, 21;
1259:1;
1265:18, 22-23;
1266:2;
1269:10, 14, 25;
1270:19;
1271:25;
1272:9; 1276:5,
11, 14, 21;
1277:19, 24;
1278:10, 12, 23;
1280:16; 1282:8
Training [16] -
1258:20, 23, 25;
1259:22;
1260:17;
1261:19;
1262:25;
1265:14;
1266:4, 13;
1270:22;
1273:11;
1274:9; 1276:3;
1278:11, 14
trainings [3] -
1253:6; 1266:5;
1278:6

transcript [6] -
1214:20;
1215:2, 22-23;
1251:12;
1295:18
TRANSCRIPT [1]
- 1170:9
transcripts [15] -
1214:15;
1215:3, 5, 10,
16-17, 21;
1216:2, 5-6, 20;
1217:1-3, 6
trauma [1] -
1247:17
trial [3] - 1184:4;
1206:1; 1294:5
TRIAL [1] -
1170:9
tried [1] - 1273:18
troops [1] -
1199:10
Troy [1] - 1170:15
trucks [1] -
1189:2
true [4] - 1209:22;
1239:12, 18;
1282:13
Trump [3] -
1200:11;
1288:8, 20
trusted [2] -
1242:12;
1247:23
truth [2] -
1270:11;
1287:23
try [1] - 1173:6
trying [2] -
1183:15; 1236:1
turbulent [1] -
1289:6
turn [1] - 1257:10
two [15] - 1173:7;
1176:21;
1178:12;
1180:15;
1189:2;

1201:23; 1202:6; 1214:1, 9; 1243:24; 1260:22; 1261:8; 1262:3; 1276:1; 1282:19
two-point [1] - 1262:3
tying [1] - 1275:14
types [1] - 1176:9
typically [2] - 1181:6; 1242:19
typo [1] - 1173:19
tyrants [1] - 1197:3

**U**

U.S [6] - 1170:16; 1190:9; 1193:18; 1225:12; 1249:12; 1288:21
unavailable [1] - 1282:23
unborn [1] - 1199:17
uncertainty [1] - 1241:20
unconnected [1] - 1201:8
unconstitutional [2] - 1197:13; 1292:16
Unconventional [2] - 1278:14; 1284:1
unconventional [5] - 1282:8; 1284:5, 9; 1285:2
under [9] - 1185:15; 1186:13; 1199:18; 1202:20; 1203:5, 8;

1214:7; 1223:12; 1272:9
underground [1] - 1284:13
underneath [1] - 1225:11
understood [2] - 1186:17; 1268:22
undo [1] - 1183:4
unduly [2] - 1202:13; 1269:15
unfair [1] - 1202:13
unfriendlies [1] - 1291:3
uniform [1] - 1188:11
United [2] - 1272:18; 1273:6
UNITED [3] - 1170:1, 3, 10
unknown [1] - 1254:25
unless [2] - 1202:12; 1282:13
unnecessarily [1] - 1183:15
unredacted [1] - 1212:8
unrelenting [1] - 1199:19
up [53] - 1173:12; 1174:6; 1177:10; 1184:14; 1186:5, 10-11, 14; 1188:20; 1191:2; 1195:14; 1206:20, 23; 1207:23; 1208:24; 1209:13; 1221:23; 1225:8; 1233:5;

1234:22; 1235:11, 14, 25; 1237:1; 1238:14; 1240:17; 1241:21; 1242:3; 1246:18, 23; 1249:2; 1251:5; 1253:3; 1257:13; 1259:18; 1260:12; 1262:7, 22, 25; 1264:21; 1270:20; 1273:21; 1274:1; 1275:17, 22; 1276:5, 24; 1279:5; 1280:18; 1281:3; 1292:22; 1293:9
uploaded [2] - 1237:17, 21
upper [1] - 1240:4
urged [1] - 1224:25
US [1] - 1198:12
user [3] - 1209:20; 1228:24; 1286:9
user's [3] - 1205:2, 4
users [1] - 1209:13
UTM [1] - 1277:25

**V**

Vallejo [22] - 1171:17; 1176:23; 1185:7, 11, 18; 1187:24; 1188:15, 23, 25; 1189:2, 9;

1190:7, 16, 18, 21; 1191:1, 3, 5, 8; 1192:15, 19; 1270:15
Vallejo's [2] - 1190:3; 1192:13
value [1] - 1273:1
various [2] - 1201:3; 1285:18
version [5] - 1190:14; 1212:5, 10; 1214:20; 1251:12
versions [1] - 1212:8
Versus [1] - 1265:5
veteran [2] - 1225:12
veterans [2] - 1198:20
vetted [1] - 1180:2
vetting [1] - 1291:6
via [2] - 1178:3; 1204:25
video [66] - 1192:18, 25; 1194:6, 16; 1207:16; 1213:24; 1233:18; 1236:18; 1237:13, 15, 18, 20, 24; 1238:5; 1243:16; 1244:13; 1245:1, 4, 10, 18, 22; 1249:20; 1250:1, 8, 13, 15, 25; 1251:8, 15; 1255:13, 23-25; 1256:8, 20; 1257:1, 4, 23, 25; 1258:11; 1266:12, 20;

1267:11, 20; 1268:2, 16, 20; 1270:9, 14, 19, 21; 1271:14; 1272:11; 1273:11, 17; 1286:15, 17, 19, 24; 1287:1, 14, 22, 25
videos [9] - 1176:13; 1233:8, 11; 1238:7; 1243:12; 1261:20; 1266:5; 1289:5; 1290:4
view [2] - 1215:7; 1236:24
Virginia [6] - 1192:23; 1193:1, 8; 1195:4; 1230:19; 1242:11
visit [1] - 1225:1
visits [1] - 1236:21
voices [2] - 1214:15; 1219:21
voir [1] - 1239:1
volume [1] - 1215:25
voluminous [1] - 1184:2
voluntary [1] - 1225:12
vs [1] - 1170:5

**W**

waiting [1] - 1205:18
waive [1] - 1295:1
waiver [5] - 1262:11; 1274:9, 11, 13; 1294:19

waivers [1] - 1262:20
walk [1] - 1204:19
walked [1] - 1278:20
walks [1] - 1250:19
wants [4] - 1186:7; 1188:18; 1239:19; 1243:17
war [3] - 1200:14; 1243:23
warfare [5] - 1282:8; 1284:5, 10; 1285:2
Warfare [2] - 1278:14; 1284:1
warrant [2] - 1204:25; 1205:1
warranted [2] - 1185:9; 1269:22
Washington [5] - 1170:4, 17; 1171:19; 1199:10, 21
wasted [1] - 1288:20
watch [4] - 1225:5; 1257:16; 1289:22; 1290:4
watched [6] - 1238:7; 1245:1, 3; 1257:25; 1261:20; 1287:9
watching [1] - 1266:24
Watkins [11] - 1210:9; 1219:2, 22; 1220:10; 1221:2; 1227:7, 13-14, 22; 1228:19
Watkins's [2] - 1220:14; 1228:2
Weapons [1] -

1265:5
weapons [2] - 1221:5, 9
wearing [1] - 1190:10
web [1] - 1241:3
website [8] - 1222:16, 24; 1225:16; 1241:1, 4, 18; 1265:14; 1290:16
week [1] - 1227:3
weekend [1] - 1230:25
weeks [3] - 1245:24; 1288:22; 1289:9
weight [1] - 1184:5
WEINBERG [2] - 1171:10, 13
Weinberg [1] - 1171:13
welcome [4] - 1173:10; 1183:19; 1203:22; 1235:9
western [2] - 1194:25; 1230:17
Whiskey [7] - 1182:7; 1247:5, 7, 13, 22; 1248:4, 8
White [1] - 1198:1
Whiteville [1] - 1232:18
whole [1] - 1264:9
wife [1] - 1277:22
William [3] - 1171:2; 1177:7, 13
WILLIAM [1] - 1171:3
win [1] - 1200:14

wind [1] - 1244:25
window [1] - 1234:2
windows [1] - 1234:1
winner [2] - 1197:10; 1200:9
winning [1] - 1265:20
wish [2] - 1202:15; 1242:2
wishes [2] - 1202:11
witness [6] - 1202:14; 1203:2; 1207:21; 1239:15; 1294:23, 25
WITNESSES [1] - 1172:2
witnesses [1] - 1294:17
won [1] - 1224:2
word [6] - 1185:17; 1188:17; 1215:8, 11; 1292:12
words [5] - 1191:18; 1216:17; 1217:5; 1230:22
works [2] - 1202:10; 1204:19
wretchedness [1] - 1199:16
Wright [1] - 1294:19
write [23] - 1191:13; 1196:24; 1197:20; 1198:11, 17; 1199:9; 1200:7; 1206:18;

1221:21; 1223:12; 1232:20; 1243:13; 1246:12; 1247:13; 1248:13; 1254:4; 1260:7; 1261:21; 1277:21; 1283:11; 1290:13, 23; 1291:21
written [2] - 1191:18; 1233:23
wrote [1] - 1205:13

Y

Yale [1] - 1225:13
yards [1] - 1263:17
years [1] - 1225:4
yesterday [1] - 1268:24
York [4] - 1232:25; 1233:4, 9; 1247:15
York/New [1] - 1242:24
young [1] - 1290:14
Young [5] - 1277:3, 17, 21; 1278:4
yourself [1] - 1248:5

Z

Zack [2] - 1254:22; 1261:6
zero [1] - 1263:17
zone [2] - 1188:5, 10
Zoom [1] - 1207:16

zoom [2] - 1186:24; 1235:3