1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

2

3  UNITED STATES OF AMERICA,    )
                          )

4                     )
         Plaintiff,     )  CR No. 22-15

5                     )  Washington, D.C.
  Vs.                   )

6                     )  December 19, 2022
                     )  1:30 p.m.

7                     )
  ROBERTO A. MINUTA, ET AL.,  )  DAY 9

8                     )  Afternoon Session
                     )

9         Defendants.    )
  _____)

10

11

12           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA

13             UNITED STATES DISTRICT JUDGE

14

15

  APPEARANCES:

16  For the Government:        Kathryn Rakoczy, AUSA
                        Jeffrey Nestler, AUSA

17                      Alexandra Hughes, AUSA
                      Troy Edwards, AUSA

18                      Louis Manzo, AUSA
                      U.S ATTORNEY'S OFFICE

19                      601 D Street, NW
                      Washington, D.C., 20579

20                      (202) 252-72

21

22

23

24

25

```
 1    APPEARANCES CONTINUED:

 2    For Defendant
      Roberto A. Minuta:          William Lee Shipley, Jr.
 3                                 LAW OFFICES OF WILLIAM L. SHIPLEY
                                   PO Box 745
 4                                 Kailua, HI 96734
                                   (808) 228-1341
 5
      For Defendant
 6    Joseph Hackett:             Angela Halim
                                   3580 Indian Queen Lane
 7                                 Philadelphia, PA 19129
                                   (215) 300-3229
 8
      For Defendant
 9    David Moerschel:            Connor Robert Martin
                                   BROWN, SUAREZ, RIOS & WEINBERG
10                                 1532 Jackson Street
                                   Fort Myers, FL 33901
11                                 (239) 337-9755

12                                 Scott Weinberg
                                   BROWN, SUAREZ, RIOS & WEINBERG
13                                 265 E Marion Avenue
                                   Suite 114
14                                 Punta Gorda, FL 33950
                                   (941) 575-8000
15
      For Defendant
16    Edward Vallejo:             Matthew J. Peed
                                   CLINTON & PEED
17                                 1775 Eye Street, NW
                                   Suite 1150
18                                 Washington, D.C. 20006
                                   (202) 919-9491
19

20

21

22

23

24

25
```

1

2                                 INDEX

3

   WITNESS                                                          PAGE

4

5  SYLVIA HILGEMAN

6  Direct Examination by Mr. Manzo                                     4

7
   E X H I B I T S
8
   Exhibit No.                        Received
9

10      9514                            1936

11      9514.6                          1943

12      9514.1.1                        1960

13      9415.5                          1963

14      9514.4                          1982

15      9510                            1985

16      6900                            1992

17      9514.3                          2022

18      1501.2                          2029

19      6901.1 - 6901.6                 2036

20      6925                            2038

21      9515.1 - 9515.9                 2043

22      1518                            2049

23

24

25

                        P R O C E E D I N G S

1              THE COURT:  How early in the testimony are we going to

2    deal with the audio from the podcast?

3              MR. MANZO:  At the very end, which will be either

4    after the 3:00 break or --

5              THE COURT:  Okay.

6              (Jury enters the courtroom.)

7              THE COURT:  Please be seated, everyone.  Welcome back.

8    We're ready to continue with the government's case.  Mr. Manzo.

01:30 9        MR. MANZO:  Thank you, Your Honor.  The government

10   calls agent Sylvia Hilgeman to the stand.

11             THE COURT:  Welcome.

12             SYLVIA HILGEMAN, Sworn

13   DIRECT EXAMINATION BY MR. MANZO:

14   Q.   Good morning, ma'am.

15   A.   Good afternoon.

16   Q.   Good afternoon.

17        Can you please introduce yourself to the jury by stating

18   and spelling your name.

01:31 19  A.   Sylvia Hilgeman.  S-Y-L-V-I-A.  H-I-L-G-E-M-A-N.

20   Q.   What do you do for a living?

21   A.   I'm an FBI agent.

22   Q.   How long have you been doing that?

23   A.   A little over 13 years.

24   Q.   And what did you do before you became an FBI agent?

A.    I worked as an auditor in public accounting.  I'm a
certified public accountant.

Q.    And how did you begin your career as an FBI agent?  What
were your duties and assignments?

A.    I worked in our New York field office, and I primarily
worked accounting in bank fraud investigations.

Q.    And can you give the jury just a little bit of an example
of what that is?

A.    Yeah.  They're very document-heavy, a lot of bank
statements, review of business emails and text messages, other
financial documents, things like that.

Q.    What type of training did you receive when you became an
FBI agent?

A.    We received training in a number of areas to include the
law, and firearms training, defensive tactics training,
interview techniques, things like that.

Q.    At some point in your career did you leave New York and
come down to this neck of the woods?

A.    I did, yes.  In the -- in January of 2018, I took a
position at headquarters here in DC where I worked primarily in
terrorist financing.  I assisted on the financial aspects of
various terrorism cases throughout the country, and then also
assisted with our private sector outreach initiative with
companies in the private sector.

Q.    In early January of 2021, where were you assigned?

```
1   A.   I was assigned to a corporate fraud squad in Manassas,

2   Virginia.

3   Q.   What were you doing on the morning of January 6, 2021?

4   A.   I was at the office in Manassas.

5   Q.   Did something happen that morning?

6   A.   Yes.

7   Q.   What happened?

8   A.   As we -- the certification of the election was happening.

9   Sometime in the early afternoon, we got notification that

10  something was happening at the Capitol and were instructed to

11  report to a staging area in D.C.

12  Q.   What did you do?

13  A.   Everyone on my squad reported.  We met with some of the

14  local PD that was there from various agencies, staged with

15  them, and then they divided us up and sent us off to do various

16  tasks.

17       I was part of a group that was told to assist the MPD, the

18  Metropolitan Police Department, help clear the Capitol grounds.

19  Q.   And did you do that?

20  A.   Yes.

21  Q.   Were you -- is that a typical role as a certified public

22  accountant for you?

23  A.   It is a typical role for an FBI -- well, maybe not a

24  typical role, but we're all trained in that.  But, no, not in

25  my previous employment.
```

```
 1   Q.   At some point then did you become involved in the
 2   investigation that we're talking about here today?
 3   A.   Yes.
 4   Q.   Around about when was that?
 5   A.   It was March 1st of 2021.
 6   Q.   And what has been your focus in this investigation?
 7   A.   Primarily the individuals that were part of the Quick
 8   Reaction Force or the QRF.
 9   Q.   And what is generally your understanding of Quick Reaction
10   Force?
11   A.   So it was a Quick Reaction Force --
12        THE COURT:  Sorry, was there an objection?
13        MR. PEED:  Rephrase the question, Your Honor.
14        THE COURT:  Rephrase the question?  What was the
15   question again?
16        MR. MANZO:  What is your understanding of the Quick
17   Reaction Force?
18        THE COURT:  I'll sustain it.  Go ahead, next question.
19   Q.   When you say Quick Reaction Force, what types of
20   information did you gather in your investigation?
21   A.   So these were primarily the individuals that were staged
22   at a hotel in Arlington, Virginia.
23   Q.   In relation to what event?
24   A.   The certification.
25   Q.   And what types of materials have you reviewed in your
```

1  investigation into the Quick Reaction Force?

2  A.   I have reviewed hotel records, hotel CCTV footage,

3  Facebook records, Signal messages, text messages, open source

4  video.  I think that's pretty much it, yeah.

5  Q.   And have you actually been to the hotel itself?

6  A.   I have.

7  Q.   Prior to your testimony here today have you reviewed

8  Government's Exhibit 9514?

9  A.   Yes.

01:35 10  Q.   What generally is 9514?

11  A.   It's a compilation of various communications, primarily

12  Signal messages, text messages, and Facebook messages that

13  involve the period roughly December 20, 2020 to January 5, 2021

14  and the planning and coordination efforts for January 6th.

15       MR. MANZO:  Your Honor, at this time we'd seek to move

16  into evidence 9514.

17       THE COURT:  9514 will be admitted.

18       (Exhibit 9514 admitted into evidence.)

19       MR. MANZO:  Okay.  Ms. Badalament, can you pull up

01:36 20  9514?

21  Q.   First off, just to orient the jury, what are we looking at

22  here in 9514?

23  A.   So this is a Signal message obtained from the telephone or

24  cellular phone of Stewart Rhodes.

25  Q.   Is that because of the designation that you see down here?

|     |    |                                                                    |
|-----|----|--------------------------------------------------------------------|
| 1   | A. | Correct.                                                           |
| 2   | Q. | That's the 1.S?                                                    |
| 3   | A. | Correct.                                                           |
| 4   | Q. | Can you tell the jury what else we're looking at here?            |
| 5   | A. | It's a message sent on December 20, 2020, at approximately        |

6     9:27 p.m. from Hydro Al to a group called the Old Leadership

7     Chat.

8     Q.   And as part of your investigation, did you learn who Hydro

9     Al was?

01:36 10    A.   Yes.

11    Q.   Who was that?

12    A.   Joshua James.

13    Q.   Can we flip over very briefly to 1657 and go to page 3,

14    which has already been admitted into evidence.

15         What are we looking at here?

16    A.   So this is a selection of the participants that were in

17    that chat that I just mentioned.

18    Q.   And where it says "Leadership Intel Sharing Secured," what

19    does that mean?

01:37 20    A.   That is what the chat used to be called.  We can tell

21    based on some of the Signal data that we get when a name is

22    changed.  I believe it was changed to Old Leadership Chat

23    sometime before we actually obtained the device from

24    Mr. Rhodes.

25    Q.   So that would be after January 6?

|     | |   |
|-----|---|---|
| 1   | A. | Yes. |
| 2   | Q. | Let's flip back to 9514. |
| 3   |    | What did Mr. James say in 9514 here? |
| 4   | A. | "SE region is creating a national call to action for D.C. |
| 5   |    | Jan 6th, four states are mobilizing." |
| 6   | Q. | Can we go to the next slide? |
| 7   | A. | "Right now." |
| 8   | Q. | And can we go to the next slide? |
| 9   | A. | "My boys will know what to do." |

01:37 10   MR. MANZO:  All right.  And Mr. Edwards, if you

11 wouldn't mind helping me for one second just set up the board,

12 which I believe is Government Exhibit 1653 -- 1531.

13 Q. Do you recognize Government Exhibit 1531?

14 A. I do.

15 Q. And on line 2 where it says "southeast here," do you

16 recognize the people in that column?

17 A. Yes.

18 Q. Do you recognize the name Roberto Minuta?

19 A. Yes.

01:38 20 Q. Is he from the southeast?

21 A. I believe he moved to Texas in December of 2020.  Prior to

22 that, he lived in New Jersey.

23 Q. And why is he in this line?

24 A. That is the group of people that he was with on January 5

25 and January 6, 2021.

```
 1  Q.   All right.  Can we go to the next slide here on 9514,
 2  please.
 3       What's going on here on the slide 4?
 4  A.   So this is now a different Signal chat group called OKFL
 5  hangout.  This is also on the 20th, 7:43 a.m., a message from
 6  David Moerschel.
 7  Q.   And how do you know it's David Moerschel?
 8  A.   The phone number.
 9  Q.   And did we add the name Moerschel in here to signify the
10  phone number?
11  A.   We did.
12  Q.   Can we go to the next slide?  What's happening here?
13  A.   Want me to read it?
14  Q.   Yes.
15  A.   Can you go back?
16  Q.   Go back one second.
17       What does Mr. Moerschel say on December 20?
18  A.   "I'm going to ask off work so I'm a tentative yes to Jan 6
19  rally."
20  Q.   And can we go to the next slide.  What's going on here
21  with OK Gator 1?
22  A.   This is a message to the same chat a couple days later,
23  December 22 at 9:49 a.m.  He says, "It's going to be wild, it's
24  going to be wild.  He wants us to make it wild.  That's what
25  he's saying.  He called us all to the Capitol and wants us to
```

1  make it wild.  Sir, yes, sir, gentlemen we are heading to D.C.

2  Pack your shit."

3  Q.   And can we go to the next slide, please.

4       What's going on here in Government Exhibit 94 -- 9514?

5  A.   So on this next group of slides, next group of slides, on

6  the same day, December 22, 2020, Mr. Kelly Meggs exchanged a

7  number of messages with an individual by the name of Jeremy

8  Liggett.

9  Q.   And what was the medium they exchanged messages on?

01:40 10  A.   Facebook.

11  Q.   And do you know that by the 2000.t, and "t" is for thread?

12  A.   Yes.  And I also reviewed the actual Facebook messages.

13  Q.   Just briefly, do you know who Jeremy Liggett is?

14  A.   I do.

15  Q.   Who is Jeremy Liggett?

16  A.   He is the leader of the Florida Three Percent group.

17  Q.   And briefly without going out much detail, were the Three

18  Percenters present at the Capitol on January 6th?

19  A.   Yes.

01:40 20  Q.   Where he says, "Kelly the Oath Keeper that trains with

21  Andrew," does "Andrew" have any significance to you?

22  A.   Yes.

23  Q.   What significance is that?

24  A.   Kelly Meggs attended I believe two trainings with an

25  individual by the name of Andrew Schrensek.

```
 1   Q.   What types of trainings was that?

 2   A.   It was firearms training.

 3   Q.   Can you read this message, please?

 4   A.   "Kelly the Oath Keeper that" -- "Kelly the Oath Keeper

 5   that trains with Andrew.  We are thinking that this is the

 6   plan.  He wants us to get shit kicked off."

 7   Q.   Can we go to the next slide, please.

 8        What does he say now?

 9   A.   "Trump said it's going to be wild, it's going to be wild.

10   He wants us to make it wild.  That's what he's saying.  He

11   called us all to the Capitol and wants us to make it wild.

12   Gentlemen we are heading to D.C.  Pack your shit."

13   Q.   What does the next slide say?  Is there a response from

14   Mr. Liggett?

15   A.   Yes.

16   Q.   What does he say?

17   A.   "I will have a ton of men with me."

18   Q.   And the next slide?  What does Kelly Meggs say?

19   A.   "Nice.  We will have at least 50 to 100 OK there."

20   Q.   And what is OK an abbreviation for?

21   A.   Oath Keepers.

22   Q.   Can we go to the next slide, please.

23        What does Jeremy Liggett say next?

24   A.   "Hell yeah."

25   Q.   And the next?  What does Kelly Meggs say?
```

A.    "Plus we have made contact with PB and they always have a big group, force multiplier."

Q.    Are you familiar with any group that was present at the Capitol on January 6th that had the initials PB?

A.    Yes.

Q.    What was that?

A.    Proud Boys.

Q.    Can we go to the next slide?  What does Jeremy Liggett respond?

A.    "Yeah, they are showing in force."

Q.    Next, what does Kelly Meggs say?

A.    "I figure we can splinter off the main group of PB and come up behind them, fucking crush them for good."

Q.    And the next slide.  What does Mr. Liggett respond?

A.    "Good plan."

Q.    Can we go to the next?  What does Mr. Meggs say here?

A.    "We can hang for a while.  They'll see one group.  Then we all fall to back of the pack and peel off.  We catch them in the middle.  Game over."

Q.    And can we go to the next slide.  What's going on here?  And we're back in the OK Florida hangout; is that correct?

A.    Yes.

Q.    What is this?

A.    This is a video, it's about -- it's a link to a video. I'm sorry, it's about four and a half minutes long, of former

1    President Trump.

2    Q.    Who sends this video?

3    A.    Kelly Meggs.

4    Q.    Have you reviewed the video previously?

5    A.    Yes.

6         MR. MANZO:  Can we pull up 9514.6.  We'll start just

7    at three minutes and 50 seconds.

8    Q.    And before we start, I'm going to ask you one more

9    question.  The first three minutes and 50 seconds of this

01:43 10   video, generally what is the subject?

11   A.    A description of what the funds in this bill are allocated

12   to.

13   Q.    And what type of bill was it?

14   A.    It was a COVID relief bill.  I think it had some other

15   items in there, but that was the main purpose.

16        MR. MANZO:  Okay.  I'm going to play it from 3:50 to

17   4:08.

18        (Video played.)

19        MR. MANZO:  Can you pause this.  Can we move this into

01:43 20   evidence before we play it the jury?  I apologize.

21        THE COURT:  It will be admitted.

22        (Exhibit 9514.6 admitted into evidence.)

23        MR. MANZO:  Can we go back to 3:50, please.

24        (Video played.)

25   Q.    Can we go back to 9514 now.

1    A.    And the date of that video was December 22, 2020.

2    Q.    Were there messages in response to Kelly Meggs sending

3    this video?

4    A.    Yes.

5    Q.    Can you go to the next page.  What does somebody named

6    GenX say on 12/22/20?

7    A.    "He didn't have to mention the insurrection clause.

8    Genius.  Maybe there's hope he's got this."

9    Q.    And were you able to identify who GenX is?

01:44 10   A.    Yes.

11   Q.    Who is GenX?

12   A.    Graydon Young.

13   Q.    And can you just step down for one moment here and point

14   to Graydon Young and Kelly Meggs on the board you were

15   previously testifying about?

16   A.    So Kelly Meggs is the first underlined one by Florida, and

17   Graydon Young is the bottom individual to the left in that same

18   column.

19   Q.    Thank you.

01:45 20        Was there another followup reply of this line by Graydon

21   Young?

22   A.    Yes.

23   Q.    Can we go to the next slide, please.  What does somebody

24   named Faith state on 12/22/20?

25   A.    "He sounds pissed.  That's good.  Now just fucking do it.

1    We are ready."

2    Q.    Based on your investigation were you able to identify who

3    Faith is?

4    A.    Yes.

5    Q.    Who is that?

6    A.    Joseph Hackett.

7    Q.    Can we go to the next slide, please.

8        What does OK Gator 1 say on the next day on 12/23/2020?

9    A.    "We need to surround the Capitol all the way around with

01:45 10   patriots screaming so they hear us inside.  Scare the hell out

11   of them with about a million surrounding them should do the

12   trick."

13   Q.    Can we go to the next slide, please.  On that same day

14   what else does he send?

15   A.    "These will be flying Jan 6th in front of the Capitol,"

16   and it's a photo of an Oath Keepers' flag.

17   Q.    Can we go to the next slide, please.  Does somebody named

18   GG Sol respond on 12/23/2020?

19   A.    Yes.

01:46 20   Q.    What does he say?

21   A.    "We have a RV and van going.  Plenty of gun ports left to

22   fill.  We can pick you up."

23   Q.    Based on your investigation, were you able to identify who

24   GG Sol is?

25   A.    Yes.

```
 1   Q.   Who is that?

 2   A.   Jeremy Brown.

 3   Q.   Can you point to him on the board, please?

 4   A.   Jeremy Brown is in the lower right-hand corner under

 5   Florida.

 6   Q.   Thank you.  Can we go to the next slide, please.  Does

 7   Mr. Moerschel respond to a comment on 12/24/2020?

 8   A.   I don't know if this is a response, but he certainly says

 9   this.
```

01:46 10   Q.   What does he say?

```
11   A.   "Trump knows this is a communist takeover.  What's he

12   waiting for?"

13   Q.   Can we go to the next slide?  What happens here?

14   A.   Mr. Meggs responds.  "Got to be timing.  I'm hoping he

15   wants us all in D.C. to protect him if they lose their minds

16   but no idea."

17   Q.   Can we go to the next slide.  Does Mr. Moerschel make a

18   statement here?

19   A.   Yes.  He responds again, "I think he will wait until the
```

01:47 20   Constitution completely fails before he invokes Insurrection

```
21   Act.  That means if all legislative options fail on Jan 6 he

22   will invoke the act.  Probably the same day.  IMO, any members

23   in D.C. should absolutely have firearms somewhere, legally," in

24   parentheses, "nearby."

25   Q.   Okay.  Can we go to the next slide, please.  What does
```

GenX here, who you've previously identified as Graydon Young,
say on 12/24?

A.   "Patrick Byrnes says that Mark Meadows and his lead
attorney are blocking Flynn and Powell.  They also keep talking
him down from taking offensive action.  The theory is they've
been promised big money if he concedes.  Who knows the veracity
of that."

Q.   And can we go to the next slide, please.  What does
Mr. Moerschel say here?

01:48   A.   "Speculation:  Jan 6th must be his personal resolve date
to act.  Why else would he call us up."

Q.   And this was on what date?

A.   December 24, 2020.

Q.   Can we go to the next slide, please.  Does somebody named
Pete FL make a statement here?

A.   Yes.

Q.   What does he say?

A.   "Who are they Mark Meadows and his lead attorney," in
quotes.  "We can dox them and get their names out so they can
01:48   be pressured.  They need the same treatment."

Q.   And are you generally aware of who Mark Meadows is?

A.   Yes.

Q.   Who was Mark Meadows?

A.   He was chief of staff for Donald Trump.

Q.   Can we go to the next slide, please.  What does somebody

1    named Gator say here?

2    A.    "Personally I think they need the same treatment," in

3    quotes, "that is prescribed for traitors."

4    Q.    Based on your investigation, were you able to identify who

5    Gator is?

6    A.    Yes.

7    Q.    Who is that?

8    A.    Kenneth Bittner.

9    Q.    Can you point to him on the board, please.

01:49 10    A.    He is in the third row down under Quick Reaction Force.

11    Q.    Thank you.  Can we go to the next slide.  What does

12    Mr. Moerschel say here?

13    A.    "Lawyers always think the answer is legal.  Warriors

14    always think the answer is a gun battle."

15    Q.    Based on your investigation, have you been able to

16    determine whether Mr. Moerschel is a lawyer?

17    A.    He is not, to my knowledge.

18    Q.    And what's the date of this message?

19    A.    December 24, 2020.

01:49 20    Q.    Can we go to the next slide, please.  What does OK Gator 1

21    say here on 12/24?

22    A.    "We have 10 to 12 staying there.  So it's going to be a

23    wild time in D.C., we gotta get the crowd going during the day.

24    I think we get everyone up good and close to the Capitol

25    building so they can hear is inside.  Then at night well

whatever happens happens."

Q.   Can you remind the jury who OK Gator 1 is?

A.   That's Kelly Meggs.

Q.   At this point are you aware, as of around 12/24, his position in the Oath Keepers?

A.   He was the leader of the Florida chapter.

Q.   Can we go to the next slide, please.  What does somebody named Gator 242 say?

A.   "I'm ready for it."

Q.   Do you know who Gator 242 is?

A.   I do.

Q.   Who is that?

A.   Caleb Berry.

Q.   Can we go to the next slide, please.  What's going on here?

A.   This is another message from Gator, Kenneth Bittner, on December 25, 6:45 p.m.  "I'm trying to schedule work, et cetera, so Tuesday 5th is travel day.  Wednesday 6th is 'action day,' Thursday 7 back to Florida.  Is this accurate?  Thanks."

Q.   Can we go to the next slide.  What does an individual by the name of Stewart Rhodes say here?

A.   So the evening of Christmas, right after that message from Mr. Bittner, or shortly thereafter, 6:50 p.m., Mr. Rhodes says, "He is being advised to wait until the 6th in reliance on Congress.  His 'legal advisors' are not actually advising him."

In parentheses, "not laying out all his actual options like a real staff member should and then let him decide.  They are instead acting as if his only option is to hope Congress does the right thing which is extremely unlikely.  I'm working to get him to see other options and put them on the table."

Q.   Just to remind the jury here, this is a message from Mr. Rhodes?

A.   Yes.

Q.   And can you point to him on the board?

A.   Mr. Rhodes is all the way on the right in leadership.

Q.   Can we go to the next slide here.  What does somebody named GenX say on Christmas day at about 6:52 p.m.?

A.   And I should clarify, these are all messages from the OK Florida hangout chat.  I haven't been saying that.

This is from Graydon Young, December 25, a little bit after.  "That's what I would have guessed.  One dammed week left.  I'm going to D.C. but it feels like a fool's errand based on current events."

Q.   Can we go to the next slide.  What does Stewart Rhodes say next?

A.   "I think Congress will screw him over.  The only chance we/he has is if we scare the shit out of them and convince them it will be torches and pitchforks time if they don't do the right thing but I don't think they will listen."

Q.   Okay.  Can we go to the next slide, please.  What does

1  Mr. Rhodes say here?

2  A.   "It's not a fool's errand.  It has benefits regardless of

3  outcome and regardless of what we then do.  Trump needs to know

4  we support him in using the Insurrection Act and that needs to

5  be the message.  If Congress rubber stamps an unconstitutional

6  fraud, President Trump must defend the Constitution and we urge

7  him to use the Insurrection Act to do so and we will support

8  him with our boots on the ground nationwide and we will protect

9  him and assist him."

01:52 10  Q.   Can you go to the next slide?

11  A.   "He needs to know that to his bones.  We need to make it

12  clear.  And we need to have that message echoing off every

13  rooftop from now to that day.  Focus like a laser on it."

14  Q.   Can we go to the next slide, please.

15  A.   "And he needs to know that if he fails to act then we

16  will.  He needs to understand that we will have no choice."

17  Q.   And what's the date that Mr. Rhodes is sending this

18  message that if he -- "he needs to know that if he fails to act

19  then we will"?

01:53 20  A.   That's on December 25, 2020.

21  Q.   Can we go to the next slide, please.  Did somebody named

22  OK Gator 1 respond?

23  A.   Yes.

24  Q.   Who is OK Gator 1 again?

25  A.   Kelly Meggs.

1    Q.    What does he say?

2    A.    "We need to make these senators very uncomfortable with

3    all of us being a few hundred feet away.  Our peaceful protests

4    need to have a little more teeth.  They aren't listening.  Now

5    we aren't talking about crossing the line but we need to be

6    standing on the line."

7    Q.    Can we go to the next slide, please.  What does OK Gator 1

8    here do on 12/25 at about 7:28 p.m.?

9    A.    It's an image with the words "The tree of liberty must be

01:54 10    refreshed from time to time with the blood of patriots and

11    tyrants."

12    Q.    And what's the image in the background of the statement?

13    A.    It's a tree.

14    Q.    Can we go to the next slide, please.  What's going on here

15    at 12/25 at about 7:29 p.m.?

16    A.    Mr. Moerschel says, "I too am trying to plan with work.

17    Leaving on Tuesday in the RV, return on Thursday."

18        This is a few messages after Mr. Bittner had said

19    something similar.  I think he's responding to that.

01:54 20    Q.    Can we go to the next slide.  What's happening here?

21    A.    This is now Mr. Meggs, excuse me, posting another message,

22    7:34 p.m.  "It's all bad from here guys.  We need Trump because

23    it will make our job easier.  There is going to be blood in the

24    streets no matter what but with Trump in office it's much

25    easier for sure.  Let's see what he does and be ready for

 1    whatever that is.  We can't make up his mind for him but we can

 2    be ready for whatever the outcome is."

 3    Q.    What's the date of this message?

 4    A.    December 25, 2020.

 5    Q.    Can we go to the next slide?  What's going on here?

 6    A.    A little later Mr. Moerschel posts a message, "Pence is

 7    literally our last hope in Congress.  I don't think anyone

 8    believes they have enough votes in Congress to change the

 9    outcome."  In parenthesis, "need simple majority."

01:55 10    Q.    Can we go to the next slide.  What does Mr. Moerschel say

11    here?

12    A.    "It's a war time Christmas."

13    Q.    What's the date of this message?

14    A.    December 25, 2020.

15    Q.    Can we go to the next slide, please?  What's going on

16    here?

17    A.    It's a little later, just a couple of minutes.

18          Mr. Moerschel writes, "Gentleman, Trump is going to make

19    his big move on Jan 6.  Be prepared."

01:55 20    Q.    Can we go to the next slide.  What's going on here now,

21    the day after Christmas?

22    A.    So this is, yeah, the next day in the evening.  There had

23    been some previous messages about different kinds of, I think,

24    ammunition and weapons.  And Mr. Bittner says --

25    Q.    Mr. Bittner goes by the name Gator?

A.    Correct.  And also Gator Kane at times.

      "As a pistol instructor I can tell you there are four
arguments I avoid.  What's the best gun, what's the best
caliber, should I get a gun with an external," in parentheses,
"mechanical safety, should I carry with a round in the
chamber."

Q.   Can we go to the next slide.  What does somebody named GG
Sol respond?

A.    "Not on the brink of war.  Now we need to make wise
choices on our gear and weapons."

Q.    Who is GG Sol again?

A.    That is Jeremy Brown.

Q.    Can we go to the next slide.  What does Mr. Moerschel say
here?

A.    "My battle pistol is a Glock 21 in .45 caliber.  I want
the extra knock down power."

Q.    What's the date of this message?

A.    December 26, 2020.

Q.    Can we go forward to the next message.  What's going on
here?

A.    So this is a message later that evening from Kelly Meggs
to the same group, OK Florida hangout.  "Hey guys, when Trump
said those words earlier this week he wasn't talking to the
soccer moms, the rah-rah Trumpers or the Stop the Steal people,
he was talking to us.  The Three Percent, the PB and most

importantly the Oath Keepers guardians of the republic.  He

asked for everyone.  He didn't ask for Trumpers or soccer moms

or his supporters.  He said everyone.  He said stand by and

stand ready before.  I am pretty sure he wants us there.  He's

going to do this.  It's going to be really good to be a part of

history."

Q.   What's the date of this message?

A.   December 26, 2020.

Q.   Can you remind the jury again who sent it?

A.   Kelly Meggs.

Q.   And what's his role again?

A.   He is the leader, Oath Keepers leader of the state of

Florida.

Q.   Can we go to the next slide, please.  What's going on

here?

A.   This is a message from Roberto Minuta to the OK Rocket

chat forum, which was a messaging board that was on the Oath

Keepers website.

Q.   So just to make it clear, this was not a Signal chat

anymore?

A.   Correct.

Q.   What does Mr. Minuta say here?

A.   "Brothers, I have been in attendance for all D.C. events

thus far.  January 6th we must be present.  Not for our

President but for our liberty.  Please get there."

```
 1    Q.    What's the date of this message?

 2    A.    December 27, 2020.

 3    Q.    Can we go to the next slide, please.

 4          What's going on here on New Year's Eve 2020?

 5    A.    This is a Parler message from Enrique Tarrio @noblelead

 6    that he posted on Parler.

 7    Q.    And generally without going into too much detail, or

 8    really any, are you aware of who Enrique Tarrio is?

 9    A.    Yes.

01:58 10   Q.    Does he lead a group?

11    A.    Yes.

12    Q.    What group is that?

13    A.    The Proud Boys.

14    Q.    Were the Proud Boys present on January 6th?

15    A.    Yes.

16    Q.    Looking at this picture here, do you recognize any of the

17    faces?

18    A.    Yes.

19    Q.    What faces do you recognize?

01:58 20   A.    The gentleman in the front is Dominic Pezzola, who is also

21    a Proud Boy; and over his shoulder with the goggles is Roberto

22    Minuta.

23    Q.    Do the numbers and letters J6 and J20 mean anything to

24    you?

25    A.    Yes.
```

1    Q.    What do they mean?

2    A.    January 6th was the date of the certification.    January 20

3    was inauguration.

4    Q.    And what does Mr. Tarrio include with the photo here?

5    A.    Lords of War.

6    Q.    Can we go to the next slide.    Was there a response from

7    Mr. Minuta?

8    A.    Yes.

9    Q.    What does he say?

01:59  10    A.    "Bad ass.    Thanks @noblelead for the picture.    Honor to

11    stand with you guys.    See you Jan 6."

12    Q.    Okay.    Can we go to the next slide, please.

13          What does this slide say?

14    A.    So we're moving on to a different chat here.    This is now

15    the D.C. op Jan 6, '21 chat.    And this is a message from Kelly

16    Meggs, December 30, 2020, at 8:16 a.m.

17    Q.    And what does the text of the message say?

18    A.    "I'm not making any suggestions in any way, but this was

19    sent as an FYI."    And it's a link to a Rumble report.

02:00  20          MR. MANZO:    Okay.    Okay.    With the court's indulgence.

21    Q.    Agent Hilgeman, did you click on this link?

22    A.    I did.

23    Q.    And what comes up when you click on the link?

24    A.    I think it's about an eight-minute clip from, I think it

25    might be an over two-hour -- the Haggman report I think is

maybe two hours long, from December 15, 2020.  And this is an

eight-minute clip within that.

Q.    So it's an eight-minute clip that was hosted on this

Rumble site?

A.    Yes.  I'm sorry.

Q.    And have you previously reviewed --

        MR. MANZO:  And, Ms. Badalament, if you could pull up

9514.1.1.  And just play the first second here and pause it,

please.

        (Video played.)

Q.    Do you recognize what 9514.1.1 is?

A.    Yes.

Q.    What is it, generally?

A.    This is that eight-minute clip.

Q.    And is this actually the first two minutes and 42 seconds

of the eight-minute clip?

A.    I'm sorry.  It is a clip of the clip, yes.

        MR. MANZO:  At this point the government would move

into evidence 9514.1.1.

        **SIDEBAR:**

        MR. PEED:  As I understand the testimony, this is a

clip that was on the website Mr. Meggs sent which is being

introduced in its totality.  If that's correct, no objection.

There's a separate evidence stream regarding Mr. Vallejo.  I

don't believe this is the same -- being introduced just what

 1   was on the website sent by Mr. Meggs.  I want to make sure that

 2   was correct and that everything in this exhibit came from the

 3   eight-minute clip from Mr. Meggs' link.

 4        MR. MANZO:  Mr. Meggs sent an eight-minute video here.

 5   That's hosted on the Rumble website.  And this is the first two

 6   minutes and 43 seconds of that video.  Later on Mr. Vallejo

 7   sends another link to the same general podcast that's two hours

 8   long and says listen to the second hour.  But what the

 9   government is only intending to do now is play the first two

02:02 10  minutes and 43 seconds of the eight-minute clip that is on the

11   Rumble website here.

12        MR. PEED:  So no objection as long as the eight-minute

13   clip is sort of its own document in whole as sent by Mr. Meggs,

14   that's what I want to make sure, that it wasn't spliced with

15   the two hours of Mr. Vallejo.

16        MR. MANZO:  So we were only intending to play the

17   first two minutes and 43 seconds, not the whole eight-minute

18   clip.

19        THE COURT:  Okay.  Doesn't sound like there's an

02:03 20  issue, right?

21        MR. PEED:  Well, if the whole clip is introduced as

22   evidence, not played, but is evidence, we want to make sure the

23   whole eight minutes is not government editing but is the clip

24   that Mr. Meggs posted.

25        THE COURT:  I understand that the eight minutes is

1    whatever Mr. Meggs obtained from Rumble, right?

2              MR. MANZO:  Correct.

3              THE COURT:  There's no editing of the eight minutes,

4    only stopping after the two minutes being played.

5              MR. PEED:  Okay.  No objection, Your Honor.  Thank

6    you.

7    (End of sidebar.)

8              THE COURT:  9514.1.1 is admitted.

9              (Exhibit 9514.1.1 admitted into evidence.)

02:03 10         THE COURT:  Just a reminder with respect to this

11   exhibit like some of the other videos and articles that have

12   been linked to messages, these are not being introduced for the

13   truth of what the speaker says, but rather for the contents of

14   what was sent and the effect on any listener that may have seen

15   the video.

16             MR. MANZO:  Okay.  Can we start the video from the

17   beginning.

18             (Video played.)

19             MR. MANZO:  Can we go back to 9514 now.

02:06 20   Q.   And just to clarify for the jury, the transitions that

21   were in that clip, were those original to the Rumble video?

22   A.   Yes.

23   Q.   And so what does Mr. Meggs say when he sends this video on

24   12/30?

25   A.   To the DC Op Jan 6th chat he says, "I'm not making any

1    suggestions in any way but this was sent as an FYI."

2    Q.   Can we go to the next slide.  What does he say here?

3    A.   "It's from a few weeks back but it's making its rounds on

4    internet groups."

5    Q.   Can we go to the next slide.  What does Mr. Meggs say

6    here?

7    A.   "I've called the same here.  I agree.  Other than QRF

8    teams outside the city like we have done prior, my point is we

9    should at least know this is going around."

02:07 10   Q.   Can we go to the next slide.  What are we looking at here

11   on 12/30?

12   A.   This is a --

13            THE COURT:  Thank you, everyone.

14   A.   This is Mr. Meggs sending that same link to Jeremy

15   Liggett.

16   Q.   Can you remind the jury again who Jeremy Liggett is?

17   A.   He's the leader of a Three Percenter group in Florida.

18   Q.   Does Mr. Meggs include any other statements when he sends

19   this original link here on Facebook?

02:08 20   A.   He does not.

21   Q.   Can we go to the next slide, please.  What does Mr. Meggs

22   say here?

23   A.   This is directly after he says "You guys going to carry?"

24   Q.   Can we go to the next slide.  What does Mr. Liggett say?

25   A.   "No."

         1    Q.   What does Mr. Meggs respond?

         2    A.   "Okay.  We aren't either.  We have a heavy QRF 10 min out

         3    though."

         4    Q.   Can we go to the next slide.  All right.  What are we

         5    looking at here on 12/15, so a little bit back in time now?

         6    A.   This is actually a separate message from Ed Vallejo to

         7    someone stored in his phone as K2 with a link to the entire

         8    Haggman report, the two-hour Haggman report that I mentioned

         9    earlier.

02:09   10    Q.   And were you able to identify who K2 is?

        11    A.   Yes.

        12    Q.   Who is that?

        13    A.   Kelly Carter.

        14    Q.   When you say the two-hour Haggman report, the Rumble clip

        15    that we just looked at, is that an excerpt from that longer

        16    two-hour report?

        17    A.   It is.

        18    Q.   And when you see the designation "210.t" down here, do you

        19    understand that to be a text message from Mr. Vallejo's phone?

02:09   20    A.   Yes.

        21    Q.   Okay.  Can we go to the next slide, please.  What does

        22    Mr. Vallejo say here on 12/15?

        23    A.   "Listen to the second hour.  It's on."

        24    Q.   And were the clips that we just watched in that shorter

        25    Rumble video, where were those from?

1    A.   The second hour.

2    Q.   Can we go to the next slide, please.

3         So what does Mr. Vallejo send now on 12/24/20?

4    A.   So this is a link to an open letter to President Trump

5    that Mr. Rhodes wrote on December 23.  And this corresponds to

6    some messages that we saw earlier where he said he was

7    trying -- where Rhodes was saying he was trying to get Trump to

8    understand his options.

9    Q.   And can you remind the jury again who K2 is?

02:10 10   A.   Kelly Carter.

11   Q.   Have you clicked on this link?

12   A.   Yes.

13        MR. MANZO:  And can you pull up, Ms. Badalament,

14   9415.5.

15   Q.   And is this the link that opens when you click on it?

16   A.   Yes.

17        MR. MANZO:  Your Honor, we'd seek to move into

18   evidence 9514.5.

19        THE COURT:  9415.5, you said?  I misspoke.  9514.5.

02:10 20   Sorry about that.

21        (Exhibit 9415.5 admitted into evidence.)

22   Q.   Can you just zoom in on the top title there.  What is the

23   title of this letter?

24   A.   "Open letter to President Trump.  You must use

25   Insurrection Act to ' Stop the Steal' and defeat the coup."

1  Q.   Can we flip down and page down to the 8th page of this

2  letter.

3       Are we now at the bottom of the letter?

4  A.   Yes.

5  Q.   Can you just read who the letter was signed by?

6  A.   Stewart Rhodes.

7       MR. MANZO:  And then Ms. Badalament, can you zoom in

8  on "Conclusion" and the next paragraph here.

9  Q.   What do those first two paragraphs say of this letter?

02:11 10  A.   It says "Conclusion:  We are in for a fight no matter

11  what.  Let's get it done with you as commander in chief.  There

12  is no way out but through.  And we will not submit to a chicom

13  puppet regime.  You must stand tall and use your constitutional

14  powers to fight this war against enemies foreign and domestic

15  while you are still president and commander in chief.  If you

16  fail to do so, we the people will have to fight a bloody

17  revolution civil war to throw off an illegitimate deep state

18  Chinese puppet regime."

19       MR. MANZO:  Ms. Badalament, can you zoom out here and

02:12 20  return back to 9514 where we left off, I believe slide 65.

21       MR. PEED:  Your Honor, could we go to the phones?

22       **SIDEBAR:**

23       MR. PEED:  Matthew Peed for Mr. Vallejo.  Your Honor,

24  I just wanted to flag that this is what was identified at the

25  pretrial conference as to where I would ask for a limiting

1    instruction that the defendants here are not charged with

2    attempting to do anything after the transfer of power.  It was

3    predicted at the pretrial conference messages were going to be

4    shown over and over discussing resisting a regime and I would

5    ask for a limiting instruction when the government did that.

6    It's essentially form 404(b) because they're using talk about

7    overturning regime later as bad evidence or evidence of intent

8    so I think some sort of limiting instruction is due for that.

9            MR. MANZO:  One, we think that -- open interpretation

02:13 10    of when the civil war was happening and, two, I think this is a

11    much larger, longer conversation than is appropriate for a

12    limiting instruction in the middle of testimony.

13            THE COURT:  I think that's right.  I also don't -- I'm

14    not sure this is 404(b) evidence or subject to any kind of

15    limiting testimony.  It will be clear to the jury what the

16    allegations of the indictment are, the time period of the

17    conspiracy, and it doesn't relate to any conspiracy after -- at

18    the end of the January.  So I don't know that there's any need

19    for me to put on such a limiting instruction at this point.

02:14 20            MR. PEED:  I think it's confusing for the government

21    to show the --

22            THE COURT:  I don't -- you can say it's confusing.

23    You can point out on the cross-examination if you think that's

24    fruitful that they're talking about a conspiracy from outside

25    the conspiracy theory.  I don't think it's terribly helpful.

1    But that's up to you.

2         MR. MANZO:  Just so I think we're on the same page,

3    the indictment does not allege a specific date in January.  It

4    just says January.

5         THE COURT:  I know, I know, that's why I didn't say

6    January 20.

7         MR. PEED:  But the transcript is the 20th noon.  The

8    fact it didn't say the end date, it ended January --

9         THE COURT:  Yes and no.  I mean, because there is a

02:15 10   two part sedition charge.  The bottom line is I'm not providing

11   a limiting instruction at this point.  It's something we can

12   have conversation later bout, but I'm certainly not going to do

13   it right now

14   (End of sidebar.)

15   Q.   Okay.  Just returning now to 9514, slide 65, what was the

16   date Mr. Vallejo sent Mr. Carter the open letter?

17   A.   The link was sent on December 4, 2020.

18   Q.   Okay.  Can we go to the next slide, please.

19        Shifting gears now back away from Mr. Vallejo to

02:15 20   Mr. Caldwell.  Are you aware of who Mr. Caldwell is?

21   A.   Yes.

22   Q.   Are you aware of who Mr. Doug Smith is?

23   A.   Yes.

24   Q.   Can you point to them on the board and orient the jury?

25   A.   Mr. Caldwell is the first individual under the Quick

1    Reaction Force, Thomas Caldwell from Virginia.  And Paul Stamey

2    and Doug Smith are the two individuals from North Carolina at

3    the very bottom of that column.

4    Q.   And where is Mr. Caldwell from?

5    A.   Virginia.

6    Q.   So we're back here on 12/22, and Mr. Caldwell is sending

7    Mr. Smith a message; is that correct?

8    A.   Yes.

9    Q.   And he refers to "Paul," and you just referenced Mr. Paul

02:16 10   Stamey; is that correct?

11   A.   Yes.

12   Q.   What does Mr. Caldwell say to Mr. Smith back here on

13   12/22?

14   A.   So this message is in reference to where Mr. Caldwell had

15   reservations, which is the hotel I referenced earlier when you

16   asked what I had focused my time on.  And he says, "Spoke to

17   Paul last night.  I will be at the march on the 6th.  I have

18   booked a hotel room in Arlington.  We do not yet know what may

19   go down but this room gives us a spot to stage materials should

02:17 20   things go high order.  10 minutes from the Potomac.  Sharon and

21   I will be there 5th and 6th.  Wanted you to know this for

22   contingency planning.  Close hold.  You and Paul only for now,

23   please."

24   Q.   And this is -- by seeing the "22.S" here, that's a Signal

25   message from Mr. Caldwell's phone; is that fair to say?

A.    Correct.

Q.    Can we go to the next slide.  What does Mr. Stamey say to Mr. Caldwell here on December 30?

A.    "Booked room 252, 5th and 6th."

Q.    Can we go to the next slide.  What does Mr. Stamey here say to Mr. Caldwell?

A.    "Name, AAA Burner, mobile 980-318-1486, home Charlotte, North Carolina."

Q.    Can we go to the next slide.  What does Mr. Stamey say to Caldwell?

A.    "Same Comfort Inn," referring back to the room he booked.

Q.    Can we go to the next slide.  What does Mr. Caldwell say to Mr. Stamey here, again on December 30?

A.    "That's great.  Hope that's an inner room so you can have eyes on the courtyard where your vehicle will be parked.  I'm trying to get Jessica to get a room or two.  She has a total of five, including her.  Time was that I would rent a room with two queen beds and a roll-away so the motel would know we had three and just let the other two stay as well.  Typical sailor, huh."

Q.    Does the name Jessica mean anything to you in this investigation?

A.    Yes.

Q.    What does it mean?

A.    He's referring to Jessica Watkins.

Q.   And can you point to Jessica Watkins on the board?

A.   Jessica Watkins is the first individual under -- next to Ohio under line 1.

Q.   Now turning your attention back to 9514, can we go to the next slide.  What does somebody named Tom Commander say to Jessica Watkins here?

A.   This is from Jessica Watkins' phone.

Q.   How do you know that?

A.   I know by the "192.t" designation at the bottom.

02:18     Tom Commander, whose number comes back to Tom Caldwell, says, "Talked to Paul.  At least one full bus, 40 plus people coming from NC.  Another group, unclear if Mississippi guys, also a bus.  Buses have their own lane on 14th Street bridge so they will be able to get in and out.  Paul is driving plus one and arriving night before.  As we speak he is trying to book a room at Comfort Inn Ballston/Arlington because of its close in location and easy access to downtown because he feels, 1, he's too broken down to be on the ground all day, and, 2, he is committed to being the Quick Reaction Force and bringing the

02:19 tools if something goes to hell.  That way the boys don't have to try to schlep weps on the bus.  He'll bring them in his truck day before."

Q.   Let me just pause you for a second here.  Is this message now continued onto a third screen?

A.   Yes.

1   Q.    Okay.  What does he say?

2   A.    "He'll bring them in his truck day before.  Just got a

3   text from him.  He was able to book a room in that hotel I

4   recommended which is on Glebe Road in Arlington.  However it

5   goes it will be great to see you again.  I sure hope your arm

6   is getting better."

7   Q.    And the name Tom Commander, why is he referred to as Tom

8   Commander in this slide?

9   A.    Since these messages came from Jessica Watkins' phone,

02:20 10   that is how he was stored in her contacts.

11   Q.    Can we go to the next slide, please.  What are we looking

12   at here on 12/31 from Tom Caldwell?

13   A.    This is a message or a post on Facebook where he replied

14   to a comment by someone named John McGraw.

15   Q.    And is this Mr. Caldwell's Facebook account?

16   A.    Yes.

17   Q.    And what does he say in replying to a comment?

18   A.    "It begins for real Jan 5 and 6 on Washington, D.C. when

19   we mobilize in the streets.  Let them try to certify some crud

02:20 20   on Capitol Hill with a million or more patriots in the streets.

21   This kettle is set to boil."

22   Q.    Now, you said in the beginning here it's a reply to a

23   comment by John McGraw; is that correct?

24   A.    Yes.

25   Q.    And do we have that original comment?

1  A.   We don't.

2  Q.   Why is that?

3  A.   That was not provided as part of the production that we

4  got from Facebook.

5  Q.   Okay.  Can we go to the next slide, please.  What is going

6  on here now on New Year's Day between Mr. Caldwell and

7  Mr. Grimes?

8  A.   This is a Facebook thread and Mr. Grimes says, "Trump will

9  win on the 6th.  If not I'm personally going to start the civil

02:21 10  war myself so fucking tired of these libtards."

11  Q.   Is there a response from Mr. Caldwell?

12  A.   Yes.

13  Q.   Can we go to the next slide.  What does Mr. Caldwell say

14  on January 1, 2021?

15  A.   He says, "I am starting it the night of the 6th if

16  necessary."

17  Q.   Can we go to the next slide here.  What are we looking at

18  now with Stewart Rhodes in the Old Leadership Chat?

19  A.   So this is on December 31, 2020, at approximately 9:60

02:21 20  p.m. -- sorry, 9:59 p.m., 10:00 p.m.  Same participants we

21  looked at earlier that were on the board that were in the Old

22  Leadership Chat.  "On the 6th they are going to put the final

23  nail in the coffin of this republic unless we fight our way out

24  with Trump preferably or without him.  We have no choice."

25  Q.   Can we go to the next slide, please.  What's going on here

1  again on New Year's Day in the OK Florida hangout?

2  A.   This is a message from Mr. Moerschel.  It says, "Hope porn

3  warning from the Epoch Times.  Miller said that evidence could

4  be presented in Congress on Jan 6 which would differ from what

5  the Trump campaign presented in courts over the past several

6  weeks."  I think that's a quote from the Epoch Times.  And

7  Mr. Moerschel says, "Maybe Trump will expose the actual people

8  involved in the fraud on Jan 6 when everyone in the world will

9  be watching.  Maybe our role on Jan 6 as patriots there would

02:22 10  be more kinetic and less for," quote-unquote, "'show of force.'

11  I'm just trying to anticipate what might happen to be prepared.

12  As president, he has enormous power.  I haven't seen any of

13  that power at work this whole time."

14  Q.   And are you aware of what the word "kinetic" means?

15  A.   Yes.

16  Q.   What does it mean?

17  A.   Go active or engage.

18  Q.   Can we go to the next slide here.

19       So we're going to switch gears for a second back to

02:23 20  Mr. Vallejo.  What are we looking at here on 12/27?

21  A.   So these are the beginning of the messages where

22  Mr. Vallejo and the individuals he traveled with from Arizona

23  began communicating about those plans.

24  Q.   Are you aware of who is TK?

25  A.   Yes.

```
 1    Q.    Who is that?

 2    A.    Todd Kandaris.

 3    Q.    And what does Todd Kandaris say to Mr. Vallejo here on

 4    12/27?

 5    A.    "Let's switch to Signal."  Sends him a link, and says "not

 6    perfect but better than nothing."

 7    Q.    And are you aware of what Signal is?

 8    A.    Yes.

 9    Q.    Without going into too much detail, can you just describe

10    what Signal is?

11    A.    It's an encrypted messaging application.

12    Q.    And what does it mean to be an encrypted messaging

13    application?

14    A.    It means to get the contents of those messages, you have

15    to get it from one of the devices.

16    Q.    The contents are not available in the cloud; is that fair

17    to say?

18    A.    Yes.

19    Q.    Okay.  Can we go to the next slide, please.  What are we

20    looking at here on 12/29/2020?

21    A.    So this is a message from Tee, who is who is Todd

22    Kandaris, to a Signal group called 1776 to the second power

23    that we obtained from the cellular phone of Kelly Carter.

24    Q.    And what does this message say?

25    A.    "First we will meet up with Ed in Holbrook on the way out
```

1   of AZ.  Ed will be pulling a trailer.  All please acknowledge

2   you got this message."

3   Q.   And returning now to the group's name, 1776 to the second

4   power, are you aware of what happened in 1776?

5   A.   Yes.

6   Q.   What happened?

7   A.   The Declaration of Independence was signed but it was the

8   Revolutionary War.

9   Q.   Can we go to the next slide, please.  What are we looking

02:24 10  at here now on 12/31 on this page?

11   A.   So this is a series of messages between Todd Kandaris, who

12   went by Prometheus, and Stewart Rhodes.  And these are Signal

13   messages.

14   Q.   And was this found on Mr. Rhodes' phone, designated by the

15   "1.s"?

16   A.   Yes.

17   Q.   Can you read this message, please?

18   A.   "Hey Stewart are you going to DC for the 6th.  Myself and

19   some other patriots are going to be there.  Would like to touch

02:25 20  base if you will be there."

21   Q.   Can we go to the next message here.  What happens here?

22   A.   He says, "This is Todd Kandaris."

23   Q.   Can we go to the next message.  What does Mr. Kandaris say

24   here on 12/31?

25   A.   "I'm wanting to coordinate with others as much as possible

        1    so I'm putting us out there as supplemental personnel."

        2    Q.    Can we go to the next message.  What does Mr. Kandaris say

        3    here again on 12/31?

        4    A.    "Everyone coming has their own technical equipment and

        5    knows how to use it," winky face.

        6    Q.    Can we go to the next message.  Does Mr. Rhodes reply?

        7    A.    "Awesome.  How many are you bringing?"

        8    Q.    Can we go to the next?

        9    A.    "And from what state."

02:25  10    Q.    And the next?  Does Mr. Kandaris respond here?

       11    A.    Yes.  He says, "Not large numbers.  We are four at this

       12    point but may gain more.  We are coming from Arizona, starting

       13    in Phoenix/Mesa.  I would like to rally with you when you have

       14    decided where you want to be.  We are leaving AZ tomorrow

       15    morning, 1/1/21.  Please keep us in the loop.  Our code name is

       16    Prometheus."

       17    Q.    Can we go to the next slide, please.  Does Mr. Rhodes ask

       18    him a question here?

       19    A.    Yes.  "How long have you been in Oath Keepers?"

02:26  20    Q.    And does Mr. Kandaris respond?

       21    A.    It says, "Four.  This is Todd from Stepwyze."

       22    Q.    And what is Stepwyze?

       23    A.    Stepwyze is Mr. Kandaris's company.  He did some IT work

       24    for Mr. Rhodes at some point.

       25    Q.    Can we go to the next message.  What does Mr. Rhodes say

1    here?

2    A.   "Oh, okay, now I remember.  Who are you bringing?"

3    Q.   And the next slide?

4    A.   Mr. Kandaris says, "Dr. Phranq Tamburri, Ed Vallejo, Kelly

5    Carter and myself thus far."

6    Q.   And can we go to the next slide.  What does Mr. Rhodes say

7    here again on 12/31?

8    A.   "As attendees or speakers or as security volunteers?"

9    Q.   Can we go to the next slide.  What does Mr. Kandaris

02:27 10   reply?

11   A.   "Just as volunteers.  As far as I know no one is

12   anticipating speaking.  We are rifles, manpower, warm bodies

13   there to support the process and the president."

14   Q.   And what does Mr. Kandaris say here after that slide?

15   A.   "Hi Stewart.  Ed Vallejo wants to be a speaker.  We are

16   requesting a slot for him.  We need to know where staging is

17   going to be for technical equipment and," quote-unquote,

18   "'supplies.'  We are leaving AZ this morning.  Please advise."

19   Q.   What's the date of that message?

02:27 20   A.   January 1, 2021.

21   Q.   Can we go to the next message.  What are we looking at

22   here on January 1 of 2021 in the Signal group 1774 to the

23   second power?

24   A.   So this is now Ed Vallejo to that group that included

25   himself, Todd Kandaris, Kelly Carter and Phranq Tamburri.

1    Q.    What does Mr. Vallejo say here?

2    A.    And only Mr. Kandaris is on the board over here.

3          "Gentlemen, may the living God bless us this day and grant

4    us victory in this historic mission we undertake against all

5    forms of tyranny over the minds of men.  We are the

6    Constitution of America not some paper with mere words.

7    Action.  Amen."

8    Q.    Can we go to the next slide.  Does Mr. Kelly Carter

9    respond?

02:28 10   A.    Yes.

11   Q.    What does he say?

12   A.    "Lions not lambs, men not boys, free not subjects.  Bless

13   our efforts with victory, oh, lord, we beseech thee."

14   Q.    Can we go to the next slide.  What does Mr. Vallejo

15   respond with?

16   A.    "Woe unto the fucker that gets in my way.  Antifa is

17   doomed."  There's a devil emoji.  "Democrats doomed."

18   Q.    Can we go to the next slide.  What are we looking at here?

19   A.    This was Mr. Kandaris responding to the first message from

02:28 20   Mr. Vallejo and saying, "Amen."

21              MR. PEED:  Your Honor --

22              THE COURT:  Headphones.

23              **SIDEBAR:**

24              THE COURT:  I'm going to really need you to speak up.

25   It's hard to hear you.

              1              MR. PEED:  Sorry, Your Honor.  Mr. Peed for

              2    Mr. Vallejo.  This is a 106 objection, Your Honor.  I'm not

              3    sure Mr. Vallejo sent the doomed, it was a post of an article

              4    discussing -- I mean, in the text there's a whole description

              5    of the article and I think it needs to be included that's what

              6    he's putting right there with that text.  I say that because

              7    the article he posts talks about the process and --

              8              THE COURT:  Does the government have any objection to

              9    showing that slide.

02:29   10              MR. MANZO:  If Mr. Peed has it ready.

             11              THE COURT:  What's that?

             12              MR. MANZO:  If Mr. Peed has it ready.  We don't have

             13    the slide ready, Your Honor.

             14              THE COURT:  All right.  If you want to show it, that's

             15    fine.

             16    (End of sidebar. )

             17              THE COURT:  Mr. Peed is just going to show an

             18    additional slide.  Go ahead, Mr. Peed.

             19    BY MR. PEED:

02:30   20    Q.   Agent Hilgeman, do you recognize what's on the screen

             21    before you?

             22    A.   Yes, I do.

             23    Q.   All right.  What is that?

             24    A.   These are the screenshots of that 1776 Signal chat that we

             25    got from Kelly Carter's phone.

1        MR. PEED:  Your Honor, would you like me to have this

2  exhibit or have it displayed and then create an exhibit?

3        THE COURT:  Just display it for now.

4        MR. PEED:  Can you display this?

5  Q.   Ms. Hilgeman, could you just read the text that the

6  government just had you read?  And then I'm going to have you

7  read the summation of the article that accompanied that text.

8  A.   Sure.  "Woe unto the fucker that gets in my way.  Antifa

9  is doomed.  Democrats doomed."

02:31 10  Q.   That's what you just read, right?

11  A.   Correct.

12  Q.   Just please read the article that was attached with that.

13  A.   "Situation update, December 3" --

14        MR. MANZO:  Objection to the reference to the

15  "attached with that."

16        THE COURT:  Could you scroll up so I can see.

17        MR. MANZO:  Is that better?

18        THE COURT:  Please scroll up.  Please scroll up.

19  Okay.  Go ahead.

02:31 20  A.   What I can tell from that is it's the next message posted.

21        THE COURT:  That's what I was trying to figure out.

22  Okay.  It's the next message.

23  Q.   Go ahead.

24  A.   "Situation update, December 31, game changing.  In today's

25  situation update for December 31, we reveal Trump's plan to

1  unleash bombshell evidence in front of Congress on January 6

2  right before Congress votes on which slate of electors to

3  accept.  The full podcast is embedded below.  Because of the

4  New Year's Eve holiday, this upped," I think, upward departure,

5  and then he attaches or sends a link I think probably to the

6  podcast.

7          MR. PEED:  I would end with that, Your Honor.

8          THE COURT:  Okay.

9  Q.   Could you read his comment following the article?

02:32  10  A.   "We also have three confirmed senators that will join

11  dozens of reps objecting on the 6th."

12          MR. PEED:  Thank you.

13          MR. MANZO:  Okay.  Can we go back now to 9514 and go

14  to the slide where it says "May the living God."

15  BY MR. MANZO:

16  Q.   Yes.  Okay.  Looking here at 9514, just to reorient the

17  jury, what is Mr. Vallejo saying on 1/1?

18  A.   "Gentleman, may the living God bless us this day and grant

19  us victory in this historic mission we undertake against all

02:33  20  forms of tyranny over the minds of men.  We are the

21  Constitution of America, not some paper with mere words.

22  Action.  Amen."

23  Q.   Can we go to the next slide.  What does Mr. Kelly Carter

24  respond?

25  A.   "Lions not lambs.  Men not boys.  Free not subjects.

1    Bless our efforts with victory, oh, lord, we beseech thee."

2    Q.   Can we go to the next slide.  What does Mr. Vallejo

3    respond to that?

4    A.   Want me to read this again?

5    Q.   Sure.

6    A.   "Woe unto the fucker that gets in my way.  Antifa is

7    doomed."  Devil emoji.  "Democrats doomed."

8    Q.   Okay.  Now can we go to the next slide.  What is happening

9    here on 1/1 again with Tee and the 1776 to the second power

02:34 10    chat?

11    A.   This is Mr. Kandaris replying to that first message that I

12    just read from Mr. Vallejo saying "Amen."

13    Q.   Can we go to the next slide.  What is Mr. Vallejo sending

14    here on January 3 to the 1776 to the second power chat?

15    A.   So this is a link to a News Busters' article, and it is

16    about, I think it's a CBS article.

17    Q.   I'll just stop you right there.  Have you clicked on that

18    link?

19    A.   I did, yes.

02:34 20         MR. MANZO:  Can we pull up 95 --

21    A.   I do want to say I couldn't click on any of these links

22    because as we saw we could only get screenshots of this message

23    string, and also no times.  We couldn't get any times for the

24    messages.

25    Q.   And so when you say you didn't click on this, you manually

1    entered this in and found the page?

2    A.    I did.

3            MR. MANZO:  Okay.  Could we pull up 9514.4.

4    Q.    And is this the page that it goes to?

5    A.    Yes.

6            MR. MANZO:  At this point the government would move in

7    9514.4.

8            THE COURT:  9514.4 is admitted.

9            (Exhibit 9514.4 admitted into evidence.)

02:35 10          MR. MANZO:  Ms. Badalament, can you just zoom in on

11   this rectangle here.

12   Q.    Agent Hilgeman, can you read this to the jury?

13   A.    It says, "The CBS evening news wore their hatred for Trump

14   supporters on their sleeve Tuesday as anchor Nora O'Donnell and

15   White House correspondent Weijia Jiang claimed without evidence

16   that pro Trump protesters gathering in Washington D.C. on

17   Wednesday planned to bring," quote, "'weapons' and," quote,

18   "storm the Capitol building in some kind of coup attempt."

19   Q.    And what was the title of this article?

02:35 20   A.    "CBS Claims Trump Supporters Plan To" quote, "'Storm' the

21   Capitol With Weapons."

22   Q.    Did Mr. Vallejo include any other statements when he sent

23   this message?

24   A.    Not that I saw.

25           MR. PEED:  Can we have an instruction, Your Honor?

1    Use the headphones?

2          THE COURT:  Okay.  Just a reminder, ladies and

3    gentlemen, that news articles are not being put in for the

4    truth, but rather for the effect on the listener and the fact

5    that they were being sent.

6    Q.   Just to be clear, who sent that article?

7    A.   Mr. Vallejo.

8    Q.   Okay.  Can we now go back to 9514 here.

9          MR. MANZO:  And go to the next slide, please,

02:36 10   Ms. Badalament.

11   Q.   So we're back now in DC Op Jan 6th; is that correct?

12   A.   Yes.

13   Q.   What are we looking at here on December 30, 2020?

14   A.   So this is a message from Stewart Rhodes to the DC Op Jan

15   6 chat at 8:04 p.m. on December 30.  And the participants that

16   were in this chat at this time include Kelly Meggs, Jessica

17   Watkins, Don Siekerman obviously, Stewart Rhodes.  Roberto

18   Minuta got added on December 30th, I think it was right before

19   this message.  Josh James.  And I think that's it.

02:37 20   Q.   And can you read this message to the jury, please?

21   A.   "I'm putting Don Siekerman in overall command of this op

22   and then Whip, Josh and Kelly as his seconds because they have

23   been to DC prior.  I always like to put LEO in command where

24   possible so nobody get their panties in a wad over that."

25   Q.   Can we go to the next page.  Is this continued on the same

1    message?

2    A.   Yes.

3         "He's also very level headed and calm under pressure which

4    is what is needed."

5    Q.   Have you had the opportunity to investigate more

6    information about Mr. Siekerman?

7    A.   Yes.

8    Q.   First of all, can you please point to him on the board?

9    A.   Yes.  He is in the middle left under leadership.

02:38 10         MR. MANZO:  Ms. Badalament, can you flip back one

11   page.

12   Q.   And does the term "LEO" mean anything to you?

13   A.   Yes.

14   Q.   What does it mean to you?

15   A.   Law enforcement officer.

16   Q.   What have you done to investigate Mr. Siekerman?

17   A.   We did a number of things, but we executed a search

18   warrant on his Parler account.

19   Q.   Okay.  Can we pull up 9510.  And flipping through 9510

02:38 20   just briefly here, do you recognize what 9510 is?

21   A.   Yes.

22   Q.   What is 9510?

23   A.   These are Parler posts from a period of time end of

24   November to early January by user names LEO2211.  The records

25   for that account come back to Don Siekerman.

         1          MR. MANZO:  At this time, Your Honor, we'd move into

         2     evidence 9510.

         3          THE COURT:  9510 will be admitted.

         4          (Exhibit 9510 admitted into evidence.)

         5     Q.   Okay.  Just to be clear to the jury, so what are we

         6     looking at here in 9510?

         7     A.   So these are posts from Don Siekerman's Parler account.

         8     So, to Parler, which is similar to Twitter, I think.

         9     Q.   And what does Mr. Siekerman say on November 26?

02:39   10     A.   He says, "If Biden gets away with this there will be war."

        11     Q.   Can we go to the next page, please.  What does Mr.

        12     Siekerman say about a month later on 12/22?

        13     A.   "Ali, this may be bigger than both prior DC days combined.

        14     I see on multiple sites and chats people organizing groups for

        15     travel and being there.  Multiple Patriot groups are getting

        16     highly organized for their trip and participation.  People are

        17     totally fed up with Washington and 99 percent of those in it.

        18     While things could change and you never know until they

        19     actually show up, this has the possibility to overwhelm DC.

02:40   20     Q.   Can we go to the next slide, please, on 12/24.

        21     A.   He posts, "Fellow patriots, are we going to let all of

        22     those past sacrifices of our forefathers, our own friends, our

        23     sons and daughters slip between our fingers?  Or are you going

        24     to put forth some real effort to maintain our freedoms.  It may

        25     cost you something, effort, time, money, maybe even everything

1  you have, including your life.  Or are you just going to sit

2  there and bitch about it."

3  Q.   Can we go to the next slide, please, on 12/30 here.  What

4  does Mr. Siekerman say on Parler?

5  A.   "Patriots and communists, take a long hard look at that

6  map.  We know in reality due to election fraud, many of those

7  blue areas are red and if not some are barely blue.  Now think

8  long and hard what would happen if patriots said, 'blockade, no

9  goods or services provided to those areas.'  If nothing else

02:41 10  but the trucks stopped moving to those areas.  A minimum of 72

11  hours and totally bare grocery store shelves.  So if you really

12  mean to push us to the point of rebellion, how do you think

13  that will end."

14  Q.   Can we go to the next slide here on 12/31.  What is Mr.

15  Siekerman saying here on 12/31?

16  A.   "There are tens of millions of well trained, equipped and

17  fully ready patriots standing besides and in back of you,

18  general, and ready for the orders to assault their positions."

19  Q.   Can we go to the next slide, please on January 1, 2021.

02:41 20  What does Mr. Siekerman say here?

21  A.   That a, quote, "Concord Green moment is inevitable."

22  Q.   Without going into too much detail, are you aware of what

23  the Concord Green is?

24  A.   Yes.

25  Q.   What is it?

```
 1    A.    He's referring to the first military engagement of the
 2    Revolutionary War.
 3    Q.    Okay.  Can we now flip back to 9514.
 4          MR. MANZO:  Just turn back one slide, Ms. Badalament.
 5    Q.    The messages you were just reading, who are they from?
 6    A.    Don Siekerman.
 7    Q.    Who is Mr. Rhodes putting in charge of DC Op?
 8    A.    Don Siekerman.
 9    Q.    Okay.  Can we go forward now.  What are we looking at here
10    on 12/30/2020 in the DC Op Jan 6 21 chat?
11    A.    So this is at 7:52 p.m., and this is just an automatic
12    post to the DC Op Jan 6 Chat.
13    Q.    And, first of all, what are we looking at at the top left
14    here?  What is that?
15    A.    So that is the icon attached to the Signal group, and it
16    is the U.S. Capitol.
17    Q.    And then what are we looking at here in the bottom middle
18    after Stewart Rhodes says "Awesome"?
19    A.    So that's how it shows within the Signal application when
20    an admin changes or system changes get made.  And here it is,
21    "Hydro Al state POC added Roberto Minuta to the chat."
22    Q.    Stepping down now, can you remind the jury who Hydro Al
23    is?
24    A.    I'm sorry Hydro Al is Joshua James, and he is the first
25    individual under line 2.
```

```
 1   Q.   And who did he add to the chat here on 12/30?
 2   A.   Roberto Minuta, who is the next individual under line 2.
 3   And the time -- the two messages in between are 7:51 p.m. and
 4   7:53 p.m., so it was somewhere within that range on December
 5   30.
 6   Q.   Can we go to the next slide, please.  What does Mr. Rhodes
 7   say here on 12/30 at about 8:31 p.m.?
 8   A.   "This is the DC Op thread for all leadership coming in
 9   from multiple states and together with the overall DC Op
10   leadership."
11   Q.   Can we go to the next.  What does somebody named Bilbo
12   reply here on 12/31/2020?
13   A.   So this is again a number of messages that are going to be
14   in this DC Op Jan 6 Chat.  He says, "Someone can tell me if I'm
15   crazy but I'm planning on having a backpack for regular use and
16   then a separate backpack with my ammo load out with some basics
17   that I can just switch to if shit truly hits the fan blades."
18   Q.   Who is Bilbo?
19   A.   Bilbo is Brian Ulrich.
20   Q.   And can you point to him on the board?
21   A.   Brian Ulrich is underneath Roberto Minuta on the right.
22   Q.   In the line 2 column?
23   A.   Correct, sorry.
24   Q.   Can we go to the next slide, please.  What does Mr. Ulrich
25   say here on 12/31/2020?
```

1   A.   "I will be the guy running around with the," quote,

2   "budget AR," with a -- some sort of smiley face emoji.

3   Q.   Can we go to the next slide, please.  What are we looking

4   at here again on 12/31?

5   A.   This is Joshua James to that chat saying, "Alabama will

6   have a team in DC Tuesday morning as well."

7   Q.   Can we go to the next slide.

8   A.   Tuesday was January 5, I believe.

9   Q.   What are we looking at here from Josh James to Don

02:45 10   Siekerman?

11   A.   So these are separate Signal messages, Signal direct

12   messages between Joshua James and Don Siekerman.  "Do we have a

13   farm location for weapons?"

14   Q.   And the "111" designation, does that mean they were

15   recovered from Joshua James's phone?

16   A.   Yes.

17   Q.   Does Don Siekerman respond in the next slide here?

18   A.   He does.

19   Q.   What does he say?

02:45 20   A.   "Not that I'm aware of yet.  If nothing else, my hotel is

21   in VA and has secured underground parking about 15 to 20

22   minutes outside DC, less if you really don't care about speed

23   limits.  Would be great if we had someone with an enclosed

24   truck type vehicle and had a quick response unit just outside

25   the city."

1    Q.   Can we go to the next slide, please.  Where are we now?

2    What chat are we in?

3    A.   So this is a continuation of the DC Op Jan 6 Chat.

4    There's a series of messages here about various items that

5    people would be bringing.

6    Q.   What's the date of this message?

7    A.   January 1, 2021.

8    Q.   And who is sending the message?

9    A.   Kelly Meggs.

02:46 10   Q.   What does he say?

11   A.   "I am bringing an OK flag on a nice thick piece of wood."

12   Q.   Then is there something after that?

13   A.   Yes.  He says, "That will be enough for me.  Hacksaw Jim

14   Duggan style."

15   Q.   Agent Hilgeman, have you looked up who Hacksaw Jim Duggan

16   is?

17   A.   I did.

18   Q.   Can we pull up briefly here 9514.2.  Do you recognize this

19   picture?

02:46 20   A.   Yes.

21        MR. MANZO:  Just for demonstrative purposes only, we'd

22   seek to publish this to the jury.

23        THE COURT:  Any objection?

24        MR. PEED:  No objection.

25        MS. HALIM:  No objection.

1991

1          MR. WEINBERG:  No objection.

2    Q.    What are we looking at here?

3    A.    Hacksaw Jim Duggan was a professional wrestler, and he

4    used a two-by-four to -- against his opponents.

5    Q.    And what does he have in his left hand?

6    A.    He has a two-by-four in his left hand, and the American

7    flag in his right hand.

8    Q.    Okay.  Can we go back to 9514 now.  What does Don

9    Siekerman respond here on January 1, in the DC Op Jan 6 chain?

02:47 10   A.    He said, "Lots of folks had some very stout walking sticks

11   during the last one.  Didn't see PD say anything."

12   Q.    Does the term "PD" mean anything to you?

13   A.    Police department.

14   Q.    Can we go to the next slide.  What does OK Gator 1, who

15   you've previously testified is Kelly Meggs, say here on January

16   1?

17   A.    "Cattle prods aren't mentioned in the banned items."

18   Q.    Can we go to the next slide.  What are we looking at here?

19   A.    So this is the first of a couple of planning calls on GoTo

02:47 20   Meeting.  This is Mr. Siekerman sending the invite for this

21   GoTo Meeting to the DC Op Jan 6 Chat.

22   Q.    And generally what is GoTo Meeting?

23   A.    Just like a conference call call-in line.

24   Q.    Have you reviewed records that the government has received

25   from GoTo Meeting?

A.   Yes.

Q.   Can you describe the nature of those records?

A.   They come in not a user friendly format, but at least in Excel.  Typically it will have the meeting ID, dates, times, and participant IDs, which typically are whatever the participant manually put in as their participant ID.

Q.   And have you summarized the records that you've received from GoTo Meeting?

A.   Yes.

02:48    MR. MANZO:  Can we pull up 6900.

Q.   Do you recognize what 6900 is?

A.   Yes.

Q.   What is 6900?

A.   This is that summary that I put together of those records.

     MR. MANZO:  Your Honor, at this point I'd seek to move into evidence government 6900.

     MR. PEED:  No objection.

     THE COURT:  All right.  6900 is admitted.

     (Exhibit 6900 admitted into evidence.)

02:48    THE COURT:  I'm sorry.  Just as a reminder, this is one of these summary exhibits, and just the same reminder about summary exhibits and summary testimony I've given you previously.

Q.   Just by way of example here, can you tell the jury what we're looking at in the first row?

1   A.   Yes.  So the meeting ID corresponds back to that invite

2   that we just saw posted in the DC Op Jan 6 Chat, so it's the

3   date and the time from the records, the meeting ID from the

4   records, the subject from the records, the duration from the

5   records, the approximate number of attendees.  Because of how

6   the records come, sometimes it shows like duplicate entries of

7   the same person.  So I did my best to de-duplicate that, the

8   organizer, whoever set up the call, and then the participant

9   IDs.

02:49 10   Q.   And where it says "selection of attendees," does that

11   mean -- what does that mean?

12   A.   Not every attendee is in this chart.

13   Q.   Okay.  Turning back now to 9514, so following the previous

14   message where Don Siekerman sent the invite to the GoTo

15   Meeting, what are we looking at here on 1/1?

16   A.   These are direct Signal messages between Joshua James and

17   Mark Grods.

18   Q.   And what is Joshua James saying to Mark Grods?

19   A.   So he says, "Are you on the cc?"  So this is at 9:03 p.m.

02:50 20   If you went back to the invite, you could see it started at

21   8:30.  The summary chart shows Josh James is one of the

22   participants.

23   Q.   Can we go to the next slide, please.  What does Mark Grods

24   say to Joshua James?

25   A.   Mark Grods is also on line 2 at the very bottom on the

1    left.

2    Q.    Thank you.  What does he say?

3    A.    "Yes, I have been in, bad commo on your end.  I think we

4    need to find out how to get up with Ranger Doug for supply

5    drop."

6    Q.    Now, are you aware of who Ranger Doug is?

7    A.    Yes.  So Ranger Doug again is Doug Smith, the North

8    Carolina Oath Keeper, and he resides at quite a large property

9    in North Carolina.

02:51 10    Q.    Can we go to the next slide, please.  What are we looking

11    at here?

12    A.    So in response to that message, about the supply drop at

13    Ranger Doug's, James says, "Negative too far away two hours

14    outside of route."

15    Q.    And again because this is from the 111.S designation, do

16    you recognize that to be from Joshua James's phone?

17    A.    Yes.

18    Q.    Can we go to the next slide, please.  What are we looking

19    at here?

02:51 20    A.    This is what comes up on your phone if you were to put in

21    an address.  It's a screenshot of that.  I can tell that it

22    says 1880 Dock Road on the original, and then it says "over six

23    hours away."

24    Q.    Does that address have any significance?

25    A.    Those property records come back to Doug Smith.

Q.   Okay.  Can we go to the next slide, please.  Where are we
now when we're talking about the OK Florida Hangout?
A.   This is a brief detour to this chat discussing departure
plans by Jeremy Brown.
Q.   What is Jeremy Brown saying now on January 1 of 2021?
A.   "Ground force 1 departure plan.  If you can, come to my
house any time Saturday.  You can stop by and drop stuff off or
stay the night.  This way we can load plan, route plan and
conduct PCIs, precombat inspections.  I would like to depart by
0645 on Sunday morning Jan 3.  Push through to the NC linkup on
the 3rd.  Ron, rest overnight there and then push to DC on the
4th.  This will give us the 4th, 5th to set up, conduct route
recons, CTR, close target recognizance, and any linkups needed
with DC elements.  If you need to be picked up, then we will
work that into route plan and provide exact pickup time by
Saturday evening.  Please have everything ready.  Once we
arrive it will be an ERO, engine running onload.  If you are
riding with me, DM me with your plan to come here or to be
picked up.  I will send address via the DM."
Q.   Can we go to the next slide, please.  How does he finish?
A.   "I am willing to make adjustments all the way up until we
pass your ass headed north but it is now time to shit or get on
someone else's pot.  Ready, go."
Q.   Okay.  Can we go to the next slide, please.  What are we
looking at here in the message from Rhodes to OK Gator 1?

A.   So these are a series of, again, direct messages

between -- direct Signal messages between Stewart Rhodes and

Kelly Meggs on the 2nd of January, 5:48 a.m.  "Hey how many

hotel rooms does your FL team need?  Don has an OK credit card

he can use to get rooms."

Q.   And by the 1.S designation down here, do you understand

that to be from Stewart Rhodes' phone?

A.   Yes.

Q.   Can we go to the next slide, please.  Does Mr. Rhodes

continue?

A.   "We are staying in a good hotel outside D.C. in Vienna."

Q.   Can we go to the next.  What's happening here?

A.   Meggs responds, "We have rooms already in DC."

Q.   And can we go to the next slide.  What does Meggs say

here?

A.   This is actually a message from Rhodes to Kelly Meggs.

Q.   So this is a typo?  It should be from Rhodes?

A.   It should, yes.

Q.   Okay.  Thank you.

A.   "Where we stayed last time.  Has a great underground

parking garage with a full chain link gate that requires room

key to access."

Q.   And can we go to the next slide.  What does Mr. Rhodes say

here?

A.   If you want to stow weapons with Whip, you can.  He'll

1    have a secure car trunk or his hotel room or mine."

2    Q.    And Whip, do you know who Whip is?

3    A.    Yes.  Whip is Michael Greene, and he is under leadership

4    to the right.

5    Q.    Of who?

6    A.    The very right.  So Don Siekerman.

7    Q.    Can we go to the next slide, please.  What are we looking

8    at here on January 2?

9    A.    So "last night call with Don," referring back to the 1/1

02:55 10    GoTo Meeting that we just talked about, the conference call,

11    Don Siekerman, Kelly Meggs, Josh James, and Marlon Brandes I

12    think were the only four notable people on there.

13         "Last night call with Don we discussed a QRF RP so we may

14    do that as well as the NC team has a hotel room close by."

15    Q.    Can we go to the next slide.  What does Mr. Rhodes respond

16    here on January 2?

17    A.    "Okay.  We will have a QRF.  This situation calls for it."

18    Q.    Can we go to the next slide.  What is OK Gator now saying

19    to Stewart Rhodes on 1/2/21?

02:55 20    A.    "Yes, we have the overlay maps of street closures and it

21    looks like Lincoln is our RP of SHTF," shit hits the fan.

22    "Lots of access roads on the edge of main area."

23    Q.    Does the term "RP" mean anything to you?

24    A.    Rally point.

25    Q.    Can we go to the next slide.  What does Mr. Rhodes

 1    respond?

 2    A.   "Cool.  That's good.  Both in and out is very useful.

 3    I'll reimburse you for them.  Just let me know how much."

 4         I think he's actually referring to some patches or

 5    T-shirts from a previous message.

 6    Q.   Can we go to the next slide, please.  What does Mr. Rhodes

 7    say here?

 8    A.   "And decent cover IIRC," which I believe means "if I

 9    recall correctly."

02:56 10   Q.   Can we go to the next slide.  Okay.  What chain are we in

11    now?

12    A.   So this is maybe 40 minutes or so after this exchange with

13    Mr. Rhodes back to the main DC Op planning chat, DC Op Jan 6,

14    and Kelly Meggs says, "Good call last night," again referring

15    back to the 1/1 call, "lots covered.  I'll get with NC team

16    today and find out QRF location."

17    Q.   Can we go to the next slide.  What's going on here in this

18    message from Paul Stamey to Tom Caldwell?

19    A.   This is from Paul Stamey who is one of the NC people under

02:57 20   Quick Reaction Force to Tom Caldwell, a member from the

21    Virginia Quick Reaction Force, reporting what Florida is going

22    to do.  So Florida, two men left back, 12 to 15 going in DC.

23    Q.   Just to be clear, is either Paul Stamey or Tom Caldwell

24    from Florida?

25    A.   No.

1999

1      But Kelly Meggs is, and he said he would "get with NC
2  team."
3  Q.   Can we go to the next slide, please.  What's happening
4  here again in a DC Op Jan 6 chain?
5  A.   So this is later that day.  So the message previously
6  where he said I'll get with North Carolina about QRF location
7  was maybe -- I think it was 6:48 a.m. on the 2nd.  This is now
8  5:43 p.m. on the 2nd.  "One if by land, north side of Lincoln
9  Memorial, two if by sea, corner of West Basin and Ohio is a
02:57 10  water transport landing."
11  Q.   Can we go to the next slide.
12  A.   "QRF rally points.  Water if the bridges get closed."
13  Q.   Okay.  Can we go to the next slide, please.  So Kelly
14  Meggs was just talking about a water landing site; is that
15  correct?
16  A.   Yes.
17  Q.   Did you develop information about planning for a water
18  route?
19      THE COURT:  Mr. Manzo, why don't we take a break.
02:58 20  It's 3:00.  We'll take our afternoon break now.  We'll resume
21  at 3:15.  See you all shortly.
22      (Jury exits the courtroom.)
23      THE COURT:  Ms. Hilgeman, you may step down.  I'd just
24  ask you not to discuss your testimony during the break.
25      THE WITNESS:  Yes, Your Honor.

1    THE COURT:  Counsel, are you still thinking the tape

2    will be played this afternoon or tomorrow?

3    MR. MANZO:  It could be this afternoon at the very end

4    of the day.

5    THE COURT:  Okay.  My preference would be to have the

6    government just run it through.  It makes it a little more

7    efficient that way and doesn't create the awkwardness that we

8    have of opposing counsel getting up during the middle of the

9    government's presentation.

02:59 10    MR. EDWARDS:  What does the court think about -- so

11    the last two times we've done this, we've highlighted that this

12    is now the defense presenting this.  If it's the government

13    that's presenting it, I think it's the government's preference

14    to still make that indication.

15    THE COURT:  We looked at this over the break and

16    there's no firm way to do this.  The Court has seen something

17    in Wright & Miller that essentially says it's the trial court's

18    option of how to do it.

19    Look, I guess the issue really is how both sides wish

03:00 20    this to be presented.  My interest is largely in efficiency.

21    If the government wants to have it clear what the portion

22    they're sponsoring versus what the defense is sponsoring,

23    that's fine.  We can make that clear to the jury.

24    On the other hand, I don't know whether making that

25    distinction benefits either side.

1          MR. EDWARDS:  Right.  We can talk with defense

2     counsel, too.

3          And just in candor with the Court with the timing, we

4     have the audio -- right? -- we obviously have the full podcast.

5     We can just play from time stamp to time stamp to play for the

6     Court or the choice that Mr. Peed presented to the Court, we

7     wouldn't have a transcript or anything like that.

8          THE COURT:  Right.  That's okay.

9          MR. EDWARDS:  Okay.  Thank you.

03:00 10          THE COURT:  Thank you, all.

11          MS. HALIM:  Your Honor, can I just raise one quick

12     thing?  It's nitpicky but we are in a court of law here.  I

13     would ask that the agents, if they're just going to read the

14     messages, that they read exactly what they say, not

15     auto-correct them.  Read them as they are exactly in the

16     message.

17          THE COURT:  Okay.  I'll remind her to do that.

18          MR. PEED:  Could I address what Mr. Edwards just

19     asked?

03:01 20          THE COURT:  Okay.

21          MR. PEED:  Your Honor, we have a transcript of the

22     entire podcast, and they have PowerPoints that we could copy

23     and paste that into the exhibit.  There's no extra step there.

24     And I think whatever reasons are at the audio equally applies

25     to the transcript.  So I'll just ask that we do that.  It will

1    take -- literally taking my email Attorney Halim typed up and

2    sticking it into their PowerPoints which have the portion of

3    the transcript.  What they want to do is just play the audio

4    and the jury is not seeing it, and then on the part they like,

5    they start seeing something they can follow with their eyes.

6         MR. EDWARDS:  I don't mean to be -- I'm not in any way

7    trying to be difficult here, but we've vetted the audio, we've

8    listened, we followed the transcript.  To now go do that when

9    Mr. Peed could have done the exact same thing with our slides,

03:01 10   in fact he's done that and changed the transcript from one of

11   the exhibits.

12         THE COURT:  The audio is the evidence.  So the jury

13   will be -- I will remind them of that.  If you want to present

14   a transcript...

15         MR. PEED:  Maybe during the portions of that part I'll

16   give the government one they can label that as a defense

17   transcript.  Does that work?

18         THE COURT:  If you can get them something seamless,

19   and I'd rather deal with some of these things prior to the

03:02 20   start of the trial day.

21         MR. EDWARDS:  We'll work with Mr. Peed.  Thank you.

22         (Recess taken 3:02 p.m. - 3:16 p.m.)

23         THE COURT:  Are we all sorted out on the podcast

24   issue?  Are we sorted out?

25         MR. EDWARDS:  We're just waiting for Mr. Peed, but he

```
 1    said he was working on it.
 2              THE COURT:  Okay.
 3              MS. HALIM:  Can I raise an objection in the meantime?
 4    This is something I raised at the pretrial conference and
 5    Mr. Manzo kindly gave me a heads-up that it's expected to come
 6    shortly.
 7              At the first trial Agent Hilgeman testified that she
 8    identified Mr. Hackett as someone at the QRF hotel on January 7
 9    based on her review of Agent Banks' cell site analysis report.
10    And I object to that coming in through this agent.  Agent Banks
11    will testify to that, and I understand she's coming up next and
12    will be subject to cross-examination.  But I would ask that
13    Agent Hilgeman not be allowed to draw in that hearsay
14    information that comes from another agent's report.
15              MR. MANZO:  Your Honor, we would just ask for a bit of
16    leave from the Court.  Agent Banks will be testifying at 9:30
17    a.m. tomorrow.  We'd be requesting to take her out of order
18    because she's from Washington and is here -- I believe she's
19    landing right now.  So she will be an expert.  She will testify
20    about this and --
21              THE COURT:  But the immediate issue is whether you
22    were intending to elicit any information about Agent Banks'...
23              MR. MANZO:  So the January 2-5 coordinated movement
24    chart that you'll see where the dots move around, that has
25    information about Mr. Hackett being present at the --
```

```
 1              THE COURT:  Right.  But I thought this was something
 2     that was coming up in the next 90 minutes or so.
 3              MR. MANZO:  After we're done with 9514, we're going to
 4     move to the coordinated movement map, which is a summary
 5     exhibit based on financial information --
 6              THE COURT:  This is 1500, or this is the map of
 7     everyone coming to DC?
 8              MR. MANZO:  This is 1501.2.
 9              THE COURT:  Okay.
10              MR. MANZO:  Which we've revised per Mr. Peed's request
11     to -- last night to remove the co-conspirators and change it to
12     traveling.
13              THE COURT:  But I thought what we were focused on is
14     post January 6.  Is that coming up now?
15              MR. MANZO:  That will come up after.  After that map
16     will come up the QRF montage, which is the video exhibits.
17              THE COURT:  Right.  Is that all going to come up this
18     afternoon, do you think?
19              MR. MANZO:  It could be at the very end of the day.
20              THE COURT:  Okay.  Well, I mean, I think I ruled
21     pretrial that absent -- I think what I ruled pretrial, if
22     memory serves -- well, let me put it this way:  I don't think
23     Agent Hilgeman can say that somebody in the video identified
24     that person as Mr. Hackett just based upon the expert testimony
25     of the next witness.  That was a concern raised pretrial.
```

03:17 (line 10)
03:18 (line 20)

1           MR. MANZO:  It will also be tied together with the

2     civilian statement identifying Mr. Hackett.  We'd be asking to

3     conditionally admit this.

4           THE COURT:  But it's not a question of conditional

5     admission.  It's a question of what the proper foundation is

6     for an identification.  And unless she can affirmatively say,

7     "I'm looking at the video and I know that's Mr. Hackett," I

8     don't think it's proper to say, "Well, I know he was in the

9     area based on cell site information," and therefore kind of

03:19 10     backed into this being Mr. Hackett.

11           MR. MANZO:  Well, I think there's also information

12     that she would testify about regarding text messages where

13     they're coordinating and moving together.  And the fact that

14     these people are then together in the Comfort Inn, process of

15     elimination indicates that it's Mr. Hackett.

16           THE COURT:  We don't typically identify defendants

17     based on process of elimination.  She can either identify or

18     not.

19           MR. MANZO:  If there's four people in a car and they

03:19 20     get out of the car and go into the hotel together, and we know

21     who three of them are --

22           THE COURT:  I'm still not sure I'd let you tell the

23     jury the fourth is based on the process of elimination.

24           So I'm going to ask you not to elicit any

25     identification from her based upon -- I mean, again, if she can

1    look at the video and say that's Mr. Hackett based upon her

2    investigation, and is familiar with his appearance, et cetera,

3    that's one thing, but it can't be just based upon cell site

4    records.

5        MR. MANZO:  I think what we're saying here is that

6    we're going to have a civilian come into court and say that's

7    Mr. Hackett.

8        THE COURT:  Okay.

9        MR. MANZO:  That person will be coming in tomorrow.

03:20 10       THE COURT:  Then that's your identification.  It

11   doesn't come in through the agent.

12       MR. MANZO:  Okay.

13       MS. HALIM:  Lastly, it was news to me that Agent Banks

14   will be testifying tomorrow morning out of turn, and we need to

15   prep for an expert's cross-examination.  Just putting that on

16   the record.  I learned now.

17       MR. MANZO:  We've previously provided her exhibits,

18   it's the same testimony.

19       THE COURT:  Okay.  All right.  Let's bring Agent

03:20 20   Hilgeman in, and then I'll just provide her instruction and

21   then we'll get going.

22       Could somebody run out?  Mr. Nestler, could you run

23   out and grab her?

24       MR. MANZO:  Your Honor, could we have two minutes to

25   adjust our exhibit consistent with the Court's ruling.

```
 1              THE COURT:  Sure.
 2              Agent Hilgeman, will you have a seat.  I want to just
 3   ask you when you're reading the slides to just read them
 4   verbatim.  If there's a reason for clarification, Mr. Manzo
 5   will follow up.
 6              THE WITNESS:  Okay, sure.  Sorry.
 7              THE COURT:  It's okay.  Thank you.
 8              THE WITNESS:  Does that include the typos and stuff?
 9              THE COURT:  Yes, that includes the typos.  Obviously
03:21 10   if you're sounding out a typo, that's different.
11              THE WITNESS:  Okay.
12              THE COURT:  It didn't happen much.
13              MR. MANZO:  Your Honor, can we get on the phone for
14   one second?
15              SIDEBAR:
16              MR. MANZO:  Sorry.  Just scrupulously, to not talk to
17   our witness during the break, can we or can the Court instruct
18   Agent Hilgeman not to identify Mr. Hackett when we get to the
19   video footage just to make everything easier?
03:22 20              THE COURT:  Sure.
21   (End of sidebar.)
22              THE COURT:  I will instruct Agent Hilgeman.  I
23   understand at some point you are going to be asked to identify
24   people at the hotel, the Comfort Inn.  I'm going to ask you or
25   I'm going to instruct you not to identify Mr. Hackett --
```

1              THE WITNESS:  Okay.

2              THE COURT:  -- as one of those people.

3              THE WITNESS:  Sure.

4              THE COURT:  All right.  We're ready to bring our

5    jurors in?

6              MR. MANZO:  Yes, thank you.

7              (Jury enters the courtroom.)

8              THE COURT:  All right.  Please be seated, everyone.

9    Thank you for your patience.  Apologies.  I had to deal with a

03:24 10    couple of legal matters.  Now we are ready to go.  Mr. Manzo.

11             MR. MANZO:  Thank you, Your Honor.

12    BY MR. MANZO:

13    Q.   Can we go to back to 9514 now and finish up this exhibit

14    here.  Okay.

15        We left off with a discussion and a text message about

16    water transportation.  Do you remember that?

17    A.   Yes.

18    Q.   Okay.  Did you investigate whether there were plans for

19    boats involved in the messages that the government has

03:25 20    recovered?

21    A.   Yes.

22    Q.   Can we now go to the next slide here and Government

23    Exhibit 9514, which is between the Western State Lead, and it's

24    to the DC Op.  And I would just bother Mr. Edwards one more

25    time to set up the board again.

1     Can you remind the jury who the Western State Lead is?

2     A.    That's Paul Stamey.

3     Q.    Where is Paul Stamey from?

4     A.    North Carolina.

5     Q.    And what is Mr. Paul Stamey writing on January 2 to the

6     D.C. Op Jan 6 Signal group?

7     A.    "My sources DC working on procuring boat transport as we

8     speak."

9     Q.    All right.  Was there anyone who lived not far from DC who

03:25 10    is on the board behind you?

11    A.    Tom Caldwell lived in Berryville, Virginia.

12    Q.    Can we go to the next slide, please.

13          What does Mr. Caldwell say here to Oath Paul Stamey on

14    1/2/21?  And why is his name Oath Paul Stamey?

15    A.    These are messages from Mr. Caldwell's phone, and that is

16    how he had Oath Paul Stamey saved in his Signal chats.

17    Q.    So what did Mr. Caldwell say on January 2, 2021?

18    A.    "Thanks for this brother.  Any more event stuff you see

19    please send my way.  I will do the same, am working the Navy

03:26 20    angle as we discussed."

21    Q.    Can we go to the next slide.  So what does Tom Caldwell

22    say here on January 2, to somebody identified as Tree Sean

23    Pugh?

24    A.    He says --

25    Q.    Let me stop you for a second.  Do you know who Tree Sean

1    Pugh is?

2    A.    Yes.

3    Q.    What do you know about him?

4    A.    Sean Pugh also lives in Virginia and is affiliated with, I

5    believe it's the Blue Ridge Militia Group.

6    Q.    And was he saved as Tree Sean Pugh in Mr. Caldwell's

7    phone?

8    A.    Yes.

9    Q.    And what does Mr. Caldwell say to him on January 2?

03:27 10    A.    "Sean, can't believe I just thought of this.  How many

11    people either in the militia or not who are still supportive of

12    our efforts to save the republic have a boat on a trailer that

13    could handle a Potomac crossing.  If we had someone standing by

14    at a dock ramp, one near the Pentagon for sure, we could have

15    our quick response."

16    Q.    Go to the next slide.

17    A.    "Team with the heavy weapons standing by.  Quickly load

18    them and ferry them across the river to our waiting arms.  I'm

19    not talking about a bass boat.  Anyone who would be interested

03:27 20    in supporting the team this way?  I will buy the fuel.  More or

21    less be hanging around sipping coffee and maybe scooting on the

22    river a bit and pretending to fish.  Then if it all went to

23    shit, our guy loads our weps and Blue Ridge Militia weps and

24    ferries them across.  Dude if we had two boats we could ferry

25    across and never drive into DC at all.  Then get picked up.  Is

1    there a way to please pass the word among folks you know and
2    see if anyone would jump into the middle of this to help.  I am
3    spreading the word too.  Genius if someone is willing and
4    hasn't put their boat away for the winter."
5    Q.    Agent Hilgeman, based on your review of the Signal
6    messages that Mr. Caldwell sent, did he also seek to get a boat
7    from other individuals?
8    A.    I remember at least two others, yes.
9    Q.    Can we go to the next message, please.  What is Mr.
03:28 10   Caldwell saying here on January 3 to Oath Paul Stamey?
11   A.    "I'm calling it a night.  Got feelers out in the boat
12   idea.  Will finish new map tomorrow.  Early wake up full day
13   tomorrow.  Sleep well, bro.  Cag is on the case.
14   Q.    Does Cag or C-A-G mean anything to you?
15   A.    I know that Mr. Caldwell, that was his sort of nickname or
16   username.
17   Q.    Can we go to the next message, please.  What is going on
18   here now in the D.C. Op Jan 6 Signal group?
19   A.    So this is a message from Don Siekerman to the DC Op chat
03:29 20   on January 2, 7:30, approximately, p.m.  "Everyone tonight or
21   tomorrow, let's take some time to thank our loved ones for
22   putting up with us and our inability not to stop from running
23   to the sounds of battle.  Many of us are prior military and
24   first responders and likely our families thought that was
25   behind us, and we were just going to ride off together into the

1  sunset but here we go again.  Even though what we do is of

2  utmost importance to our country holding down the home front is

3  also important.  Let them know how important they are.  After

4  all, they put up with us."

5  Q.  Can we go to the next slide, please.  What's going on here

6  now in the vetted OK Florida Hangout?

7  A.  This is a message from a different Signal group, January

8  2, 4:44 p.m., from David Moerschel.

9  Q.  And what does he say?

03:29 10  A.  "A LEO told me when the whole defund the police movement

11  started that had we would see the good cops leave and only the

12  bad cops stay.  I think that may be happening now.  Especially

13  in these more liberal states.  We still need to be very

14  cognizant of whose side the police are on because the

15  assumption that they are on the side of the righteous may be

16  flawed."

17  Q.  Can we go to the next slide, please.  We're back in the DC

18  Jan 6 Op channel.  Who is speaking here?

19  A.  Kelly Meggs.

03:30 20  Q.  What does he say?

21  A.  "Will advise same RP as discussed before.  Tuesday OK

22  shirts and tan combat or jeans.  OK stuff all the way.

23  Wednesday we will be full battle rattle."

24  Q.  Can we go to the next slide, please.  What are we looking

25  at here in this slide on January 3, sent by Kelly Meggs?

1    A.    So this is a Facebook post or Facebook message to someone

2    by the name of Lisa Brodeur Clinter, a contact of Kelly Meggs.

3    "Florida is taking Roger Stone for two days when he moves full

4    kits.  Insurrection Act should be why he is presenting to

5    America, now Pence announced he is going to allow the evidence

6    to be presented to Congress.  That checks all the boxes.  I

7    think this is why we were called there.  Anything less would be

8    a terrible mistake."

9    Q.    Can we go to the next slide, please.

03:31 10   A.    "The natives are very restless.  Tell your friend this

11   isn't a rally."

12   Q.    What is the date of the slide here where Kelly Meggs says

13   "Tell your friends this isn't a rally"?

14   A.    January 3, 2021.

15   Q.    Can we go to the next slide, please.  What are we looking

16   at here, generally?

17   A.    So this is another GoTo Meeting invite sent on January 3,

18   2021, by Don.

19   Q.    And can we go to the next one.  What are we looking at

03:31 20   here?

21   A.    So this is a response from Kelly Meggs saying, "Added

22   Gator 6 ground team lead in Florida.  He needs to be in the

23   call as well so I will repost."

24   Q.    Do you know who Gator 6 is?

25   A.    Yes.  He is Kenneth Harrelson.

1    Q.    Can you point to him on the board, please?

2    A.    Kenneth Harrelson is right next to Kelly Meggs under line

3    1.

4    Q.    And what did Kelly Meggs say Gator 6's job would be?

5    A.    The ground team lead.

6    Q.    Can we go to the next slide.  What's going on here?

7    A.    So Kelly Meggs is just reposting that same GoTo Meeting

8    invite.

9    Q.    Can we go to the next.  What's happening here?

03:32 10    A.    So this is to the separate chat, the OK Florida D.C. Op

11    Jan 6th chat at 10:18 on 1/3/2021 from Kelly Meggs.  "We will

12    gather and discuss Wednesday the big one in person Tuesday

13    night."

14    Q.    Can we go to the next slide.  Now, is -- who is in the OK

15    Florida D.C. Op Jan 6 chat that's speaking here?

16    A.    This is Jessica Watkins.

17    Q.    Was Jessica Watkins from Florida?

18    A.    No, Jessica Watkins is from Ohio.

19    Q.    What is she saying in that chat?

03:32 20    A.    "We will be in VA at 8 p.m.  Where can we drop off weapons

21    to the QRF team?  I'd like to have the weapons secured prior to

22    the op tomorrow.  Our hotel is in Arlington VA by the Metro

23    station but we don't check in until tomorrow.  Staying with

24    family this evening in Winchester."

25    Q.    Can we go to the next slide.  What are we looking at here?

A.    So this is a series of messages between Tom Caldwell and

Doug Smith on January 4, possibly into the 5th -- January 4.

Q.    And when we see the 22.S, does that mean these were

recovered from Thomas Caldwell's Signal messages on his phone?

A.    Yes.

Q.    What does Mr. Caldwell say to Mr. Smith here on 1/4?

A.    "Paul, Sharon and I are planning a prestrike into the

hornet's nest tomorrow afternoon."

Q.    Next.  What does he say here?

A.    "Ohio crew of five, three who were here before, Donovan

and Jessica and Montana scheduled to arrive Winchester Virginia

this evening.  They will stay with us at the hotel.  More to

follow tomorrow.  R/Cag."

Q.    Does the name Donovan mean anything to you?

A.    Yes.

Q.    Can you see if Donovan is on the board next to you?

A.    An individual by the name of Donovan Crowl from Ohio right

below Jessica Watkins also traveled here with her.  And by

"here" I mean to DC.  I'm sorry.

Q.    Can we go to the next slide, please.  What does Doug Smith

respond to Thomas Caldwell on 1/4?

A.    "How far is it from the Capitol building to the motel on

the Virginia side?"

Q.    Next, please.  Does Tom Caldwell respond?

A.    "Four miles or so."

Q.    Next.

A.    "Actually Google maps says 6.8, too far to hike."  Then some sort of emoji.

Q.    Can we go to the next slide, please.

So let's shift gears for a second here.  So moving away from Mr. Caldwell and Ms. Watkins and Mr. Crowl, we're going to move to Arizona, okay?

A.    Yeah.

Q.    What are we looking at here on 1/4 on this slide?

03:34 A.    This is a message from Ed Vallejo, a text message from Ed Vallejo to Dr. Phranq on 1/4/2021.

Q.    What is your understanding of whether Dr. Phranq traveled to the Washington, D.C. area?

A.    Based on messages that I've reviewed, he did not travel.

Q.    What does Mr. Vallejo say on 1/4/2021 to Dr. Phranq?

A.    "No on departure.  I was literally freezing as I was hooking up my trailer in the dark and it felt like I was getting into the boat with General George at Valley Forge. Ed."

03:35 Q.    Does "General George at Valley Forge" mean anything to you?

A.    Yes.  I have a general understanding that the -- General George Washington and his troops camped in the Valley Forge area in the winter of 1777, I think.

Q.    And what conflict was that?

1    A.    The Revolutionary War.

2    Q.    Can we go to the next slide, please.  What are we looking

3    at here?

4    A.    This is a text message from Ed Vallejo to Stewart Rhodes.

5    Q.    What does he say?

6    A.    "Sir, Ed Vallejo of Arizona in 10 with cadre requesting

7    coordinates to allied encampment outside DC boundaries to

8    rendezvous.  Please respond ASAP for the republic."

9    Q.    Are there a series of symbols after?

03:36 10    A.    Yes.

11    Q.    Can we go to the next slide, please.  What's going on

12    here?

13    A.    Mr. Rhodes responds.  "Greetings, Ed.  Are you on Signal?

14    Please direct message me there."

15    Q.    Next, please.  Does Mr. Vallejo respond?

16    A.    Yes.  Wilco.

17    Q.    And generally what does "wilco" mean?

18    A.    I understand that to mean "will comply."

19    Q.    Can we go to the next slide.  What is Mr. Rhodes saying to

03:36 20    Mr. Vallejo here on January 4?

21    A.    So this is now a Signal message based on the 1.S at the

22    bottom.

23    Q.    Is this from Mr. Rhodes' phone?

24    A.    Yes.  And these were direct Signal messages between

25    Mr. Vallejo and Mr. Rhodes.

1    Q.    What does Mr. Rhodes say?

2    A.    "What is your ETA?"

3    Q.    Next?

4    A.    "To DC."

5    Q.    Next?

6    A.    Mr. Vallejo says, "I'm driving, can you please call me."

7    Q.    And can we go to the next slide, please.  What's going on

8    here?

9    A.    This is now a message from Ed Vallejo to Stewart Rhodes

03:37 10    again a few hours later.

11    Q.    What does Mr. Vallejo say to Stewart Rhodes?

12    A.    "Sir, we must not have gotten Kelly's number wrong as we

13    never received response from the text we sent requesting

14    location.  We didn't make it to Roanoke anyways and have gotten

15    a motel room.  Please send my number to Kelly so he can tell us

16    where campground is.  Thanks and good night."

17    Q.    Can you just tell the jury, does the name "Kelly" mean

18    anything to you?

19    A.    Yes.

03:37 20    Q.    What does it mean?

21    A.    Based on who I see him text later, he's referring to Kelly

22    Meggs.

23    Q.    Can we go to the next message, please.  What's going on

24    here?

25    A.    This is another direct message from Todd Kandaris to

Stewart Rhodes on the 4th.  "This is Todd with Ed Vallejo.  Is

there a rally point."

Q.    Next, please.  What happens here?

A.    And then he says, "Hey Stewart must have wrong phone for

Kelly.  Please send to this number.  Thanks.  Todd."

Q.    Can you just remind the jury, Mr. Kandaris is going by

"Prometheus," and Mr. Vallejo, where are they from?

A.    Arizona.

Q.    And where is Mr. Kelly Meggs from?

A.    Florida.

Q.    Can we go to the next slide, please.  What does Mr. Rhodes

send here?

A.    So he sends a phone number to Todd Kandaris,

1-352-598-0600.

Q.    Whose phone number is that?

A.    Kelly Meggs.

Q.    Can we go to the next slide.  What's happening here?

A.    So this is now Ed Vallejo texting someone in his phone as

OK Kelly.

Q.    What does he say?

A.    "Sir, this is Ed Vallejo.  We must have copied your number

incorrectly as we never received response to our text

requesting campground address.  We made it as far as

Wrightville VA and had to get a room.  Please text location so

we will know where to begin in the morning.  Thank you kindly."

1    Q.    What's the date of this message?

2    A.    It is January 4, 2021.

3    Q.    Can we go to the next message, please.  What does

4    Mr. Kelly Meggs respond?

5    A.    "1211 North N. Glebe Road, Arlington, VA, 22201."

6    Q.    Does that address have any significance to you?

7    A.    Yes.

8    Q.    What?

9    A.    It is the address for the Comfort Inn on Glebe Road in

03:39 10    Arlington, Virginia, where Mr. Stamey and Mr. Caldwell also

11    stayed as discussed.

12    Q.    Can we go to the next slide, please.  So now what chain

13    are we in?

14    A.    Now this is the morning of the 5th and the D.C. Op Jan 6

15    chat.

16    Q.    And who is it from?

17    A.    Liberty.

18    Q.    And is Liberty associated with anyone on the board to your

19    left?

03:39 20    A.    Liberty is not.

21    Q.    What does Liberty say on January 5 in the morning here at

22    about 6:42 a.m.?

23    A.    "Stewart Rhodes, urgent alert, do not enter DC with

24    anything that would be deemed illegal in DC or even

25    questionable.  The DC police have arrested multiple people for

1    items that cannot bring into DC including Enrique Tarrio

2    president of Proud Boys."

3    Q.   I'm going to stop you there for one second.  Earlier did

4    you testify about an individual named Enrique Tarrio?

5    A.   Yes.

6    Q.   What was the nature of that testimony?

7    A.   Those were Parler messages between -- or a post from

8    Enrique Tarrio on Parler that Roberto Minuta had responded to.

9    Q.   And what was the post that Enrique Tarrio had put up on

03:40 10  Parler?

11            MR. SHIPLEY:  Objection.  Asked and answered.

12            THE COURT:  Sustained.  Let's move forward.

13            MR. MANZO:  Okay.

14   Q.   What is Mr. -- after Liberty says "DC police have arrested

15   multiple people for items they cannot bring into DC, including

16   Enrique Tarrio, president of Proud Boys," what does Liberty say

17   next?

18   A.   "But he's not the only one."

19   Q.   Can we go to the next slide.

03:40 20  A.   "Three others have also been arrested.  They are setting

21   traps.  Do not even cross over into DC at all for any reason

22   with anything on you or in your vehicle that could get you into

23   trouble."

24   Q.   Can we go to the next slide, please.  What are we looking

25   at here?

```
 1   A.   This is a link to a video saved in Dropbox posted by Kelly
 2   Meggs, and it says, "We are ready.  Should be in DC by noon."
 3   Q.   What's the time and date of this link?
 4   A.   It is January 5, 2021, at approximately 9:19 a.m.
 5   Q.   Have you clicked on this link?
 6   A.   Yes.
 7        MR. MANZO:  Ms. Badalament, can you pull up 9514.3 and
 8   play one second and stop.
 9        (Video played.)
10        MR. MANZO:  Pause it there.
11   Q.   Agent Hilgeman, do you recognize 9514.3?
12   A.   Yes.
13   Q.   And what is 9514.3 generally?
14   A.   This is the video you access when we click on the link.
15        MR. MANZO:  Your Honor, we'd seek to admit 9514.3.
16        THE COURT:  9514.3 will be admitted.
17        (Exhibit 9514.3 admitted into evidence.)
18   Q.   And, Agent Hilgeman, the video is about two minutes and 45
19   seconds long.  We're going to play it forward and I'm going to
20   come back and ask you a few questions about that.  Okay?
21   A.   Sure.
22        (Video played.)
23   Q.   Agent Hilgeman, may I ask you a few questions about that
24   video now.  And we can probably just turn off the volume to
25   make this more enjoyable.
```

03:41 (line 10)
03:42 (line 20)

```
 1              MR. MANZO:  Can we go to 38 seconds.
 2   Q.   We're looking at the video here at 38 seconds.  Does "Ares
 3   training facility" have any mean meaning to you?
 4   A.   Yes.
 5   Q.   What is that?
 6   A.   That is where Andrew Schrensek hosts his combat arts
 7   training.
 8   Q.   Playing forward to 41 seconds.  Here at 41 seconds, what
 9   are we looking at?
10   A.   The individual on the left is Kenneth Harrelson and the
11   individual on the right is Andrew Schrensek, and this is from a
12   video we obtained from Combat Arts.
13   Q.   But this video here, this Dropbox link, this is something
14   that Kelly Meggs posted, not the government, correct?
15   A.   I'm sorry, yes.  The footage is the same; it's a different
16   video.
17   Q.   Thank you.  Going forward now to 50 seconds.
18        (Video played.)
19   Q.   And just to be clear here again, the music and everything,
20   this was made by or posted by Kelly Meggs, not by the
21   government?
22   A.   Correct, yes.
23   Q.   Thank you.
24   A.   This is the video I accessed when you click on the link
25   that was shared.
```

1   Q.   Now we're at 50 seconds.  What are we looking at here at

2   50 seconds?

3   A.   That's Kelly Meggs.

4   Q.   Can we go to 54 seconds.  What are we looking at here at

5   54 seconds?

6   A.   That's Andrew Schrensek and Connie Meggs.

7   Q.   Can we go to one minute.  And starting from second to left

8   to second to right, do you know who those people are?

9   A.   Yes.

03:46 10   Q.   Who are they?

11   A.   Kenneth Harrelson, Joseph Hackett, Andrew Schrensek, Kelly

12   Meggs, Zach Meggs, Connie Meggs.

13          MR. MANZO:  And can we go to 1:11.

14   Q.   Now, what are we looking at here with this live footage

15   that's in this part of the Dropbox video?

16   A.   This is footage from a parking lot in Louisville,

17   Kentucky.

18   Q.   How do you know that?

19   A.   Based on the original YouTube video that I watched where

03:47 20   this came from.  Also the map at the end of this video is of

21   Louisville.  There's a business in here from Louisville.  And

22   the -- actually the title of the video says Kentucky in it or

23   has an abbreviation for Kentucky.

24   Q.   Do you recognize the person here at 1:11 here in the

25   video?

```
 1   A.   Yes.
 2   Q.   Who is that?
 3   A.   Jessica Watkins.
 4        MR. MANZO:  Can we play it forward now?
 5        (Video played.)
 6        MR. MANZO:  At 1:35 I'll ask you to stop, Ms.
 7   Badalament.
 8   Q.   Do you recognize who that is, Agent Hilgeman?
 9   A.   I do.
10   Q.   Who is that?
11   A.   Holden Haney.
12   Q.   Do you know why Holden Haney is from?
13   A.   Illinois.
14        MR. MANZO:  Can we go to 1:48 now.
15        (Video played.)
16   Q.   And this is the map?
17   A.   Yes.
18   Q.   And 1:49?
19        MR. PEED:  Your Honor?
20        SIDEBAR:
21        MR. PEED:  Matthew Peed for Edward Vallejo.  There's a
22   lot of questions without foundation.  I'd ask that he lay a
23   foundation for identifications.  I don't know if this agent has
24   actually met these individuals.
25        MR. MANZO:  I can lay a foundation.
```

03:47 (line 10)
03:48 (line 20)

```
 1   (End of sidebar.)
 2   BY MR. MANZO:
 3   Q.   Agent Hilgeman, have you reviewed photos in this
 4   investigation?
 5   A.   Yes.
 6   Q.   How many?
 7   A.   Yes.
 8   Q.   How many?
 9   A.   Hundreds, if not thousands.
10   Q.   How long have you been involved in this investigation?
11   A.   It will be two years in March.
12   Q.   Have you personally met a number of individuals in this
13   investigation?
14   A.   Yes.
15   Q.   And based on that information, are you making these
16   identifications?
17   A.   And also messages that I reviewed identifying people who
18   were at this event.
19   Q.   Okay.  So looking here at 1:49, who are these individuals?
20   A.   Kenneth Harrelson and Kelly Meggs.
21        MR. MANZO:  And can we go to 1:52.
22        (Video played.)
23   Q.   And do you recognize any of the individuals here at 1:52?
24   A.   That's Michael Greene on the left, also known as Whip.
25        MR. MANZO:  And can we go to 2:01.  Playing forward to
```

03:48 10

03:49 20

1    the end of this video here at 2:01.

2              (Video played.)

3    Q.   Are you aware of what Defend America Now is?

4    A.   I believe it's hosted on the -- or was hosted on the Oath

5    Keepers' website.

6              MR. MANZO:   Okay.   Ms. Badalament, can we now turn

7    back briefly to the end of 9514.

8    Q.   When did Mr. Meggs post that video to the OK DC Op chain?

9    A.   January 5, 2021, approximately 9:19 a.m.

03:50 10   Q.   And what did he say when he posted that?

11   A.   "We are ready.   Should be in DC by noon."

12   Q.   Can we go to the next slide.   What does Gator 6 say here

13   on the morning of January 5 in the OK Florida DC Op chain?

14   A.   "We get that QRF hotel address yet."

15   Q.   Can we go to the next slide.   What does OK Gator 1

16   respond?

17   A.   "DM."

18   Q.   And who, again, is OK Gator 1?

19   A.   Kelly Meggs.

03:51 20   Q.   And can we go to the next slide.   What are we looking at

21   here on January 5 between Stewart Rhodes and Kelly Meggs?

22   A.   So these are three texts, last three texts are from

23   Stewart Rhodes's phone between Stewart Rhodes and Kelly Meggs,

24   January 5 at 11:45 a.m.

25   Q.   And what does he say?

1    A.    "Test, you see this?"

2    Q.    Next, please.  What does Kelly Meggs respond?

3    A.    "Yes, we are just outside of town unloading at QRF on our

4    way in.  Left Ranger's place at 4:30 a.m."

5    Q.    And does the name "Ranger" have any significance to you in

6    your investigation?

7    A.    Yes.  Ranger Doug Smith.

8    Q.    Can we go to the next message.  What does Mr. Rhodes say?

9    A.    "Good to go, see you soon."

03:51 10    Q.    Thank you.  Okay.  Let's switch over now to 1501.2.

11          MR. MANZO:  And just play the first one second,

12    please, here.

13          (Video played.)

14    Q.    Are you familiar with 1501.2?

15    A.    Yes.

16    Q.    What is 1501.2?

17    A.    This is a summary of the travel to DC of most if not all

18    of the individuals on the board over here based on a variety of

19    records.

03:52 20    Q.    Does that include financial records?

21    A.    Yes.

22    Q.    And messages?

23    A.    Yes.

24    Q.    And additional information contained in 6902.1 to 6902.3,

25    which I'm marking for identification?

1    A.    Yes.

2    Q.    Did you help create this exhibit?

3    A.    I did.  I provided the underlying information for the

4    exhibit.

5    Q.    And have you tried to ensure its accuracy as best as

6    possible?

7    A.    Yes.

8          MR. MANZO:  Your Honor, at this point we'd seek to

9    move in 1501.2 into evidence.

03:52 10          THE COURT:  Any objection, counsel?

11          MR. WEINBERG:  No objection.

12          THE COURT:  Admitted.

13          (Exhibit 1501.2 admitted into evidence.)

14   Q.    Just generally to orient the jury because they didn't have

15   it in the screens in front of them, what are we looking at here

16   in 1501.2?

17   A.    So this will show from the period of January 2 to January

18   5 the travel of various individuals from wherever they departed

19   from to the Virginia/DC area by the evening of January 5, 2021.

03:53 20   Q.    Can you orient the jury to what the key means in the

21   bottom left-hand corner here?

22   A.    So it does match up to the color coding on this chart over

23   here.  The green would be leadership, orange is QRF, yellow is

24   line 1, purple is line 2.

25          MR. MANZO:  Okay.  Ms. Badalament, can we start

2030

1    playing forward.

2    Q.   And, Agent Hilgeman, I'll ask you a series of questions

3    along the way.  Okay?

4    A.   Yeah.

5         (Video played.)

6              MR. MANZO:  Can you pause it there.  We're at 29

7    seconds.

8    Q.   What are we looking at at 29 seconds?

9    A.   These would be where these individuals were located on

03:54 10   January 2, 2021.

11             MR. MANZO:  Can we play it forward now, please.

12             (Video played.)

13   Q.   What are we looking at here at 39 seconds going forward?

14   A.   So this will be starting with the individuals from

15   Florida, color coded based on where we've placed them in this

16   chart.

17   Q.   Can you describe the movement as we go forward at 53

18   seconds here?

19   A.   So they departed Florida, from their homes generally, on

03:54 20   January 4.  A number of them met at a rally point, a

21   predetermined rally point in Jacksonville, Florida.  And I'll

22   let you catch up there.

23             MR. MANZO:  Let's stop there at 11:26.

24   Q.   What was going on here?

25   A.   These are the individuals, based on the various forms of

2031

data that I reviewed, who met at the Jacksonville rally point
to further travel together.

Q.   And why is Mr. Bittner in orange?

A.   Because Mr. Bittner is part of the -- is part of the QRF
at the hotel.

          MR. MANZO:  Can we play it forward now at 1:26.

          (Video played.)

Q.   What are we looking at as we go into about 1:40 here?

A.   So sometime on the 4th they arrived in the area of
Whiteville, North Carolina.  A number of the individuals stayed
at the property of Mr. Smith while some stayed at a hotel
nearby.

Q.   And what are we looking at at two minutes there where
Mr. Isaacs just traveled north?

A.   So Mr. Isaacs drove straight through with his Aunt Tracy
from St. Cloud, Florida, or thereabouts, directly to DC.

Q.   And what are we looking at at 2:10?

A.   Graydon Young flew to Thomasville, North Carolina and
stayed overnight with Laura Steele, who is his sister.

          MR. MANZO:  Just pausing here now -- actually, can you
play it forward one second, Ms. Badalament.

Q.   What are we looking at here at 2:30?

A.   So this is now January 5.  We worked to create this
exhibit, it dims when it's overnight, so we're now January 5
and it's showing the individuals here on the left that are

1   located in the Whiteville, North Carolina, area moving to the

2   DC area, Virginia/DC area.

3          MR. MANZO:  Can we play it forward.

4          (Video played.)

5   Q.   What are we looking at at 2:30 here?

6   A.   Ms. Steele and Mr. Young stayed at a hotel in Springfield,

7   Virginia.

8   Q.   What's the significance here at 2:54 of the Comfort Inn

9   again?

03:57 10   A.   So this is midday on January 5.  January 5 midday at the

11   Comfort Inn, Ballston, Virginia, which was the hotel where

12   Mr. Vallejo, Mr. Kandaris, Mr. Stamey, and Mr. Caldwell stayed,

13   and Mr. Bittner.

14   Q.   So pausing it now at 3:20, what are we looking at?

15   A.   These are now the locations where these individuals

16   actually spent the night of January 5 around the DC area.

17          MR. MANZO:  Can we play it forward, please.

18          (Video played.)

19   Q.   What are we looking at here as we're at about 3:30?

03:58 20   A.   So these are the individuals designated as part of the QRF

21   in their travel.

22   Q.   And what is Mr. Vallejo and Mr. Kandaris doing?

23   A.   So we're starting -- they departed from outside of

24   Flagstaff the morning of the second, I believe, stayed in

25   Amarillo, then West Memphis, Arkansas, the night of the 3rd.

2033

1    The night of the 4th they were in Wrightville, I think that's

2    how you pronounce it.  And then the morning of the 5th, early

3    afternoon of the 5th arrived at -- sorry.  Sometime between --

4    in the range of 11:00 a.m. to 1:00 p.m. on the 5th all of these

5    individuals arrived at the Comfort Inn in Ballston.

6    Q.    Okay.  What are we looking at here at about 4:42?

7    A.    So these are another three individuals up there that are

8    designated as leadership in their travel.  Mr. Rhodes and

9    Ms. SoRelle, traveled together from -- I believe they departed

03:59 10    from Granbury, Texas.

11    Q.    And are you aware of any type of relationship Mr. Rhodes

12    and Ms. SoRelle had?

13    A.    I believe they were in a romantic relationship at the

14    time, yes.

15    Q.    Then what are we looking at here at about 5:32?

16    A.    So based on some text messages that I reviewed, Mr. Greene

17    departed from his home in Indianapolis on the 4th and drove

18    straight through and arrived early morning hours of January 5

19    at that Hilton Garden Inn.

04:00 20    Q.    And now at 5:48, what are we looking at?

21    A.    These are the four folks from Ohio.  Ms. Watkins and Mr.

22    Crowl picked up the Parkers at their home in Morrow, Ohio, and

23    then spent the evening of the 4th in Winchester, Virginia.  And

24    then they arrived at the Comfort Inn around -- sometime between

25    5:00 and 6:00 p.m. on January 5.

1   Q.   Now what are we looking at here at 6:30?

2   A.   So this is the last group, the line 2.  Mr. James and Mr.

3   Rhodes are both from Alabama.  Mr. Jackson and Mr. Ulrich are

4   from Georgia.  And they all met at a park, it was called

5   Silverback Park, north of Atlanta, and then went to a hotel in

6   DC where Mr. James dropped off those three at the Mayflower,

7   and then himself went to the Hilton Garden Inn.

8   Q.   And what about Mr. Minuta here at 7:10?

9   A.   Based on credit card records, Mr. Minuta actually flew to

04:02 10  New Jersey, Newark, arrived there on the 5th and then drove to

11  Virginia.

12  Q.   And Mr. Walden here at 7:27?

13  A.   Mr. Walden drove straight through from his home in, I

14  think it was Hoover, Alabama.

15  Q.   So now here on the evening of January 5 --

16       MR. MANZO:  Ms. Badalament, I'll ask you to pause it

17  right before we get to the very end.

18          (Video played.)

19  Q.   What are we looking at?

04:02 20  A.   These are going to be all of the -- these are going to be

21  where all these people stayed the night of the 5th based on a

22  combination of cellular site data, text messages, Signal

23  message, and financial records.

24       MR. MANZO:  And can you just play it to the end, Ms.

25  Badalament?

1                (Video played.)

2    Q.   This is just what you were testifying about on the evening

3    of January 5, this is the location of individuals?

4    A.   Correct.

5    Q.   Thank you.

6                MR. MANZO:  Ms. Badalament, can we go back to the

7    timestamp of 4:46 on this map.  Just pause it here.

8    Q.   Agent Hilgeman, did you investigate any financial records

9    that -- of Mr. Rhodes as he made his way to Washington, D.C.?

04:04 10   A.   I did review those financial records, yes.

11   Q.   What type of financial records did that include?

12   A.   It included bank records, receipts from stores, and in

13   some cases actually text messages.

14   Q.   And did that include bank records that we're marking for

15   identification as 2010.1, 2010.2.1, 2010.2, 2010.3.1 and

16   2010.3?

17   A.   Yes.  Those should be Bank of America records for two

18   accounts.

19   Q.   And when you say "Bank of America records," did you also

04:04 20   review the underlying receipt that paired up to those Bank of

21   America records?

22   A.   Yes, for the debit card transactions.

23   Q.   And did you investigate cash withdrawals that Mr. Rhodes

24   made on his way to Washington, D.C.?

25   A.   Yes.

1    Q.    Did you compare those cash withdrawals to anything?

2    A.    Yes.

3    Q.    What did you compare them to?

4    A.    To text messages that were sent around the same time as

5    those withdrawals were made.

6            MR. MANZO:  At this time the government would seek to

7    move into evidence but will not go through them all, 6901.11 to

8    6901.6, which should have been previously provided.

9            And we can pull up 6901.1.

04:05 10   Q.    Generally do you recognize what 6901.1 is?

11   A.    Yes.

12   Q.    Can you tell the jury what these are?

13   A.    These are text messages between Mr. Rhodes and another

14   individual where they're arranging the purchase of some

15   firearms accessories.

16           MR. MANZO:  And, Your Honor, at this point we'd seek

17   to move into evidence 6901.1 to 6901.6.

18           MS. HALIM:  No objection.

19           MR. MANZO:  Can we actually go to 6901.6 instead of

04:06 20   this one.

21           THE COURT:  Those exhibits will be admitted.

22           (Exhibits 6901.1 to 6901.6 admitted into evidence.)

23   Q.    Just by way of example here --

24           MR. MANZO:  Ms. Badalament, can you enlarge the first

25   two rows of this exhibit.

```
 1   Q.   Agent Hilgeman, can you briefly explain what we're looking

 2   at here?

 3   A.   Yes.  So these are two text exchanges in one of six of

 4   these batches of text messages that I looked at from Mr.

 5   Rhodes' phone.

 6   Q.   What does the first message say here?

 7   A.   It says, "Want to buy your Geissele AR today.  I'm from

 8   Granbury but in Tyler now.  Can we meet?"

 9   Q.   What's the date?

10   A.   January 3, 2021.

11   Q.   And does somebody respond here?

12   A.   Yes.

13        MR. MANZO:  Okay.  Now, Ms. Badalament, can we go to

14   the very last two messages of the same string here, which I

15   believe is on the second page actually.  Just zoom in actually

16   on the top three.  I'm sorry.

17   Q.   So between the first messages that you just read to the

18   jury and these last ones, could you just briefly summarize what

19   happened?

20   A.   They're making arrangements to meet.

21   Q.   And then what are we looking at here in the last three

22   messages?

23   A.   So the individual writes to Mr. Rhodes, "I'll be there in

24   a black Altima."  Mr. Rhodes responds "8 minutes."

25        Then the individual responds, "Okay, I'm in the plot in
```

1    the front."

2    Q.    And then did you compare the timing on these messages to

3    ATM cash withdrawals?

4    A.    I did.  And in...

5              MR. MANZO:  Okay.  Ms. Badalament, can you pull up

6    6925, please.

7    Q.    Generally what are we looking at here in 6925?

8    A.    So this is the summary exhibit of the purchases that are a

9    selection of purchases that Mr. Rhodes made from his -- during

04:07 10    his travels en route to DC.  There are cash purchases as well

11    as debit card purchases.

12    Q.    Is this a summary of the financial records that you just

13    testified about as well as the text messages?

14    A.    Yes.

15              MR. MANZO:  At this time we'd seek to move 6925 into

16    evidence.

17              THE REPORTER:  I'm sorry, is somebody speaking?

18              MS. HALIM:  Angela Halim on behalf of Mr. Hackett.

19              THE REPORTER:  Are you objecting?  I'm sorry.

04:08 20              MS. HALIM:  I said no objection.

21              THE REPORTER:  Thank you.

22              THE COURT:  6925 will be admitted.

23              (Exhibit 6925 admitted into evidence.)

24    Q.    Okay.  Can you generally tell the jury what we're looking

25    at here in 6925, then we'll zoom in on the messages.

1    A.   So this plots along the route that we looked at in the

2    previous exhibit of Mr. Rhodes' travel from Granbury, Texas, to

3    DC; and there are various stops along the way where purchases

4    were made, and that is what is shown here.

5         MR. MANZO:  Ms. Badalament, can you zoom in on this

6    box first up here.

7    Q.   And what are we looking at here in the purple box?

8    A.   So that top message, the 1/1/2021, it says, "Rhodes

9    arranged via text message on December 31 to buy two bolt

04:09 10  carrier groups from an individual on January 1."

11        So that would have been the 6901.1 set of messages that we

12   looked at.  And he -- Mr. Rhodes withdrew $1900 on January 1.

13   Q.   And what are we looking at here on January 2?

14   A.   So that is a debit card purchase where he spent 2989.51 at

15   Academy Sports in Georgetown, Texas, where he bought a number

16   of items, to include 14 magazines, three sights, two optics, a

17   bipad, a scope-leveling kit, and ammunition; and also on that

18   day arranged via text message to a buy an upper air rifle,

19   three boxes of ammunition, and a shotgun part from multiple

04:09 20  individuals, and he withdrew $1900.

21   Q.   Ms. Hilgeman, is it fair to say you're not an expert in

22   firearms?

23   A.   Far from it.

24   Q.   Generally what is an upper, though?

25        MS. HALIM:  Objection.

         1              THE COURT:  Sustained, unless you can lay the

         2    foundation for it.

         3    Q.    Ms. Hilgeman, are you an FBI agent?

         4    A.    I am.

         5    Q.    Do you carry a firearm?

         6    A.    Yes.

         7    Q.    Do you know what an upper is?

         8    A.    I don't know that from my job as an FBI agent.  I know it

         9    from Googling after looking at these.

04:10   10    Q.    All right.  We'll ask that question to a new person.

        11    A.    Okay.  Sorry.

        12    Q.    Does it have something to do with a firearm?

        13    A.    It does, yes.

        14              MR. MANZO:  Can we zoom out now, Ms. Badalament.  And

        15    then, Ms. Badalament, can you zoom in on these bottom three

        16    squares here.

        17    Q.    What's going on here on the map of 6925?

        18    A.    So these are additional purchases.  So on January 3, 2021,

        19    Rhodes spent close to about $5700 at Superior Outfitters in

04:10   20    Tyler, Texas, that we saw that stop along the map in the

        21    previous exhibit.  Items bought included two triggers, six

        22    sights, two scope mounts, a sling and mount, and attachment

        23    accessories.

        24    Q.    And what about here on January 3?

        25    A.    That was another one of those private purchases.  I think

1    that may have even been the last one we looked at that was on

2    January 3.

3    Q.    And what did he purchase?

4    A.    An AR rifle, and also he withdrew another $1900 near where

5    he met that individual.

6         MR. MANZO:   And, Ms. Badalament, can you zoom out now.

7    And then just highlight now these final two messages here.

8    Q.    What are we looking at here?

9    A.    So the top one is actually a purchase that was made on

04:11 10    12/30/2020 for night vision sights or devices that were

11    purchased by Mr. Rhodes on 12/30 and then were shipped to an

12    individual named Marshal Lasard in Virginia.

13         The bottom purchase is another purchase made on 1/3/2021

14    en route to DC where he spent approximately $4500 at The Range

15    At 601.  Items include uppers, sights, mounts, optic plates,

16    ladder rail panels, magazines, lights, and other related items.

17    Q.    And then how much were the night vision goggles that he

18    sent to Lovettsville, Virginia?

19    A.    Approximately $7300.  I believe they were night vision

04:12 20    sights, devices, yeah.

21         MR. MANZO:   Okay.  Can we now pull up 1510, Ms.

22    Badalament.

23         THE COURT:   May I just -- again, just a reminder about

24    the summary exhibits and the way they ought to be treated.

25    Again, these are summaries of voluminous records.  You may

1    consider the summary exhibits as you would any other evidence

2    admitted during the trial and giving them such weight or

3    importance, if any, as you feel they deserve.

4         With respect to the testimony about these summary

5    exhibits, that testimony is only an aid in evaluating the

6    summary exhibit.

7         MR. MANZO:  With the Court's indulgence briefly.

8    Apologies here.

9    Q.   Agent Hilgeman, have you reviewed the records contained in

04:13 10   9515.1 to .9?

11   A.   Yes.  Would you mind just scrolling through them?

12   Q.   Yes.

13   A.   Yes.

14   Q.   And what are these records, generally?

15   A.   So these are credit card statements as well as receipts

16   for certain purchases for Roberto Minuta and David Moerschel.

17        MR. MANZO:  And can you go to the final slide of this,

18   Ms. Badalament.

19   Q.   This is actually -- the final slide is titled 9515.  What

04:14 20   generally is 9515?

21   A.   So this is -- I was asked to summarize specifically

22   purchases of ammunition in December of 2020 for these two

23   individuals.

24   Q.   And is this a summary of the business records that we

25   previously had on the screen which are 9515.1 to 9515.9?

A.   Yes.

        MR. MANZO:  Your Honor, at this point we seek to move

into evidence both the summary exhibit 9515, as well as the

business records of 9515.1 to 9515.9.

        MR. SHIPLEY:  No objection.

        (Exhibits 9515.1 - 9515.9 admitted into evidence.)

        MR. MANZO:  Okay.  Ms. Badalament, can we actually go

to, briefly, just 9515.1, the first slide.

Q.   And can you walk the jury through what we're looking at

here by zooming in on the top portion?

A.   So this is a credit card statement for Roberto Minuta with

highlighted purchases at -- four purchases at Target in

December.

        MR. MANZO:  And can you zoom in on those purchases

now.  Thank you.

Q.   What are the nature of the purchases here?

A.   They're just at Target for hundreds of dollars.

Q.   Can you read the numbers to the jury?

A.   So two purchases on 12/4/2020.  The first one was for

$685.48, the second for $597.08.  A third purchase on the 11th

of December for $547.35, and a fourth purchase on the 12th of

December for $298.06.

        MR. MANZO:  Can you zoom out now, please, Ms.

Badalament.

Q.   Going to the next slide, what are we looking at here?

1   A.   So these next items will be the actual receipts from

2   Target that we just looked at.

3   Q.   And when you say Target, you mean Target Sports?

4   A.   Target Sports USA, yes.

5          MR. MANZO:   And, Ms. Badalament, can you just zoom in

6   on the highlighted portion.

7   Q.   Is this the underlying receipt that you're talking about?

8   A.   Yes.

9   Q.   Okay.  Can we go forward to the next slide, please?

04:16 10  A.   Same thing.

11  Q.   Who made this purchase?

12  A.   Roberto Minuta, that is the name on the receipt.

13  Q.   And can we go to the next slide, please.  Again, who made

14  this purchase?

15  A.   Mr. Minuta.

16  Q.   And is this one of the receipts that you were talking

17  about just moments ago?

18  A.   Yes.

19  Q.   And can we go to the next slide.  Who made this purchase

04:17 20  here at 9515.5?

21  A.   This is the fourth purchase from the credit card

22  statement.

23  Q.   Just remind the jury --

24          MR. MANZO:   Ms. Badalament, can you zoom in on the

25  product line there.

```
 1   Q.   What is the product that Mr. Minuta is purchasing here?

 2   A.   This one is for Wolf Performance 223 Remington ammo.

 3   Q.   How many rounds?

 4   A.   A thousand rounds.

 5   Q.   And can we back up now.  Can we go to 9515.6.  What are we

 6   looking at here in 9515.6?

 7   A.   This is a bank statement for Mr. Moerschel with a purchase

 8   highlighted also in December of 2020.

 9          MR. MANZO:  Ms. Badalament, can you zoom in on that

10   purchase.

11   Q.   What is this?

12   A.   It was a purchase from Miwall Ammo E-commerce, Grass

13   Valley, California, for $657.24.

14   Q.   And did the government go about obtaining the underlying

15   records for that purchase?

16   A.   Yes.

17   Q.   Can we go to the next slide, please.  What are we looking

18   at here in 9515.7?

19   A.   So this is the receipt for that purchase.  It is for a

20   thousand rounds of 223 Remington ammo for $625.95.

21   Q.   Okay.  Can we go to the next slide.  What are we looking

22   at here?

23   A.   So this is a fifth purchase by Mr. Minuta later in

24   December, also at Target Sports, USA.

25   Q.   And what's it for?
```

1    A.   Can you zoom in?

2         It is for $497.51.

3              MR. MANZO:  Ms. Badalament, can we go to the next

4    slide.

5    Q.   What's the product they purchased?

6    A.   It's more ammunition of 500 rounds.

7              MR. MANZO:  Okay.  And, Ms. Badalament, can we go to

8    the final slide in this deck, which is 9515.

9    Q.   So what is 9515 here?

04:19 10   A.   So this is what I was asked to summarize, the purchases

11   that we just looked at, and total those.

12   Q.   And how many rounds in December did Mr. Minuta and

13   Mr. Moerschel purchase?

14   A.   6500.

15   Q.   What was the approximate total amount of those rounds?

16   A.   $3,044.02.

17             THE COURT:  Counsel, can I discuss something on the

18   phone with you real quick.

19             **SIDEBAR:**

04:19 20             THE COURT:  So I'll admit 9515.1 through .9.  I think

21   the underlying evidence is admissible.  Obviously I do think

22   the summary here, which is actually mistitled, there's a typo,

23   but in any event, it's probably not really -- doesn't meet the

24   voluminous records requirement, and there's a handful of these

25   records in and this is a useful demonstrative, so I won't let

1    this summary go back, but the underlying documents can go back.

2        MR. MANZO:  Thank you.

3    (End of sidebar.)

4        THE COURT:  Just for your information, the underlying

5    documents that Mr. Manzo just went through, those documents

6    will be provided to you for your consideration and will be

7    admitted into evidence.  This summary here, however, is just

8    going to be -- is just provided to you at this point as a

9    demonstrative exhibit.  It will not be actually admitted into

04:20 10   evidence.  It's the underlying records that will be the

11   evidence in the case.

12        Mr. Manzo.

13        MR. MANZO:  Thank you, Your Honor.

14        Okay.  Ms. Badalament, can we briefly go back to 9514

15   and go to slide 73.

16   Q.   So we're back here in the messages that you testified

17   about earlier?

18   A.   Yes.

19   Q.   Do you understand that?

04:20 20   A.   Yeah.

21   Q.   Did you complete further investigation into the Comfort

22   Inn Ballston location?

23   A.   I did.

24   Q.   And what did you do to complete further investigation?

25   A.   I reviewed the Comfort Inn, the folio records of the

1    reservations and payment records for individuals that stayed

2    there; and I also watched many, many hours of CCTV footage.

3    Q.    And when you say "many, many hours," can you give a

4    general sense?

5    A.    I would say it was probably somewhere between 80 and 100.

6    Q.    And did you obtain folio and other paper document records

7    from the Comfort Inn?

8    A.    Yes.

9    Q.    And have you reviewed those records which I'm marking for

04:21 10    identification as 2621 to 2625?

11    A.    Yes.

12    Q.    And have you also reviewed video clips that you referred

13    to as part of your investigation which I'm marking for

14    identification as 1510.1 to 1510.14?

15    A.    Yes.

16         MR. MANZO:  Ms. Badalament, can you pull up Government

17    Exhibit 1518.  Go to the very beginning here.

18    Q.    Do you recognize what Government Exhibit 1518 is?

19    A.    Yes.

04:22 20    Q.    And is this a summary exhibit or a summary -- an exhibit

21    based on the voluminous hours of video footage and paper

22    records that you reviewed as well as a Google map?

23    A.    Yes, and a visit to the Comfort Inn.

24    Q.    Thank you.

25         MR. MANZO:  At this point, Your Honor, we'd seek to

1    move into evidence Government Exhibit 1518.

2              THE COURT:  All right.  Any objection?

3              1518 will be admitted as a summary exhibit.

4              (Exhibit 1518 admitted into evidence.)

5    Q.    Okay.  Do you see on your screen in front of you

6    Government Exhibit 1518?

7    A.    Yes.

8    Q.    What are we looking at generally here at 00?

9    A.    So this is a Google map to orient where the Comfort Inn

04:22 10    Ballston was, which is the yellow circle, and where the Capitol

11    is is the blue circle.

12    Q.    Approximately how many miles is the Comfort Inn to the

13    U.S. Capitol?

14    A.    It would be six and a half miles if you took Route 66 to

15    Constitution.

16              MR. MANZO:  Ms. Badalament, can you play it forward,

17    please?

18              (Video played.)

19    Q.    And I'll ask you questions as we go.

04:23 20              All right.  What are we looking at here at the Comfort Inn

21    at 1211 North Glebe Road?

22    A.    Just the overhead view of the hotel.  And this is the

23    entrance on the right, and then the entrance ramp to get on 66

24    East.

25    Q.    And where does getting on that entrance ramp take you?

1    A.    So, into DC.  I think it goes over the Theodore Roosevelt

2    Bridge and turns into Constitution Avenue.

3          MR. MANZO:  I'm going to pause it -- actually, can you

4    back up to to about 44 seconds.

5    Q.    What is this overhead that we're looking at?

6    A.    So it's overhead of the hotel of the interior parking lot,

7    and the green arrow is pointing to a ramp that goes into some

8    covered parking.

9          MR. MANZO:  Okay.  Can you please play it forward.

04:24 10          (Video played.)

11   A.    That's the entrance into the covered parking, the garage.

12   Q.    What are we looking at here at 52 second?

13   A.    So we'll now go through a series of photos.  This is the

14   garage with the door to the elevators.

15   Q.    I'm going to pause it here at 1:05, 1:06.  What are we

16   looking at here?

17   A.    So the open area to the left is going to be the lobby.  So

18   the blue -- here is the doors, the doors to the entrance to the

19   Comfort Inn, into the lobby.  Off to the right where it's red

04:24 20   right now are the lobby elevators.

21         MR. MANZO:  Okay.  And can you play it forward, Ms.

22   Badalament.

23         (Video played.)

24   Q.    What are we looking at here at 1:15?

25   A.    Those are the doors to enter the lobby.  That is the lobby

1    area with the elevators off to the right.  The Comfort Inn has

2    three floors.  These are the second floor elevators.

3    Q.   We're at 1:37 here.  I'm going to pause it right here at

4    1:43.  What are we looking at at 1:43?

5    A.   These are some individuals that we identified that stayed

6    at the Comfort Inn on at least the night of the 5th.

7    Q.   How were you able to identify those individuals?

8    A.   Based on the Comfort Inn records, the text messages, and

9    just comparing photos that I had to the individuals.

04:26 10    Q.   And who stayed in room 206?

11   A.   Jessica Watkins and Donovan Crowl under line 1 here on our

12   chart.

13   Q.   And who stayed in room 225?

14   A.   So 225 and 226 were both reserved by Frank Margacella,

15   he's an Oath Keeper from South Carolina.  He stayed with David

16   Kirk.  The other three, Bruce Holden, Darin Bassett, and Robert

17   Kennedy stayed in the other room.

18        MR. MANZO:  Can you play it forward, please?

19   A.   And they are not on the board over here.

04:26 20        (Video played.)

21   Q.   Then now pausing it here at 1:52, what are we looking at?

22   A.   So these are three rooms that were reserved, all three

23   rooms were reserved by Paul Stamey, two of them were paid for

24   by Kelly Meggs, reserved for by Paul Stamey.  And based on the

25   messages that I saw about North Carolina facing the interior of

1    the hotel, they would have stayed in room 252.  So that is Paul

2    Stamey, Randy Mosleyer, Randy Earp, Randall Lipengood.  The

3    other two rooms, Kenneth Bittner from Florida stayed in one and

4    Todd Kandaris, Ed Vallejo, and Kelly Carter from Arizona stayed

5    in the other one.

6    Q.    Now, were there cameras generally in many locations in the

7    Comfort Inn?

8    A.    So there were several fixed cameras, yeah.

9    Q.    Were there any cameras that showed these three doors in

04:27 10    this area?

11    A.    No.  If you look right here, where you come around the

12    corner right there, there is no camera pointing down that

13    hallway.

14    Q.    And you just pointed to the top of the screen at 1:52.

15    When you say "pointing down," you mean from the top left to the

16    bottom right there's no camera?

17    A.    Yes, the hallway that would go by those three rooms.

18    Q.    Okay.  Playing forward now from 1:52.

19          (Video played.)

04:27 20    Q.    What are we looking at here?

21    A.    That's just showing a door that adjoins the two rooms 253

22    and 255.

23    Q.    Now, on the third floor we're going to pause it at 2:16.

24    What are we looking at here?

25    A.    So again, Sandra Parker and Bennie Parker stayed in one

1    room, 338.  They are under Ohio in line 1 over here.  Then

2    Thomas Caldwell and his wife Sharon Caldwell stayed in room

3    320.  Mr. Caldwell is under the Quick Reaction Force on the

4    right.

5            MR. MANZO:  Can you play it forward.  Pause it here.

6            (Video played.)

7    Q.   Okay.  We're at 2:24.  What are we looking at?

8    A.   So these are a series of clips from the CCTV footage that

9    I reviewed.

04:28 10   Q.   And were you able to identify individuals in these clips?

11   A.   Yes.

12   Q.   Who is the individual here at 2:24?

13   A.   That's Edward Vallejo.

14   Q.   And what are we looking at here in terms of this area?

15   A.   That is the lobby.

16   Q.   Based on your review of the records, were you able to make

17   determinations about the identity of people?

18   A.   Yes.

19   Q.   How?

04:29 20   A.   Like I said, it was based on check-in times and CCTV

21   footage.  It was based on Signal and text messages.  It was

22   based on cell site data.  And it was based on known photos of

23   those individuals.

24   Q.   And now have you -- let me back up for one second.  When

25   the FBI acquired this video footage, what was the range of the

1   times that the FBI required the video footage for?

2   A.    So that was before my time on the team, but my

3   understanding is due to the voluminous nature of it, also they

4   felt that a period of time from 1:00 p.m. on the 5th to noon on

5   the 7th was a reasonable period of time to get footage.

6   Q.    And to the best of your knowledge does any footage exist

7   from before 1:00 p.m. on the 5th?

8   A.    Not that we have, no.

9   Q.    What were you able to determine about the time stamps on

10  the video footage?

11  A.    So the time stamps in the first floor, the lobby cameras

12  are accurate based on the time stamps on the check-in times on

13  the folio records, but the cameras on the second floor and the

14  third floor are 20 minutes behind.  So -- and I was able to

15  determine that based also on watching the footage sequentially

16  from first floor to second floor to see which one was accurate.

17  Q.    So basically if you saw someone get in the elevator, you

18  would assume that it wasn't a 20-minute elevator ride?

19  A.    Correct.

20  Q.    All right.  And so these times --

21  A.    Actually, it's backwards, so it would, yeah.

22  Q.    It would be even more impossible?

23  A.    Yes.

24  Q.    So these times in the bottom left-hand corner here, are

25  these the correct true times?

```
 1   A.    They are the true times.
 2         MR. MANZO:  Okay.  Let's play it forward.
 3   A.    To be clear, those were edited to be the true times.
 4         (Video played.)
 5   Q.    And the person walking in here at 2:36, who is that with
 6   the yellow totes?
 7   A.    That's Mr. Vallejo.
 8         MR. MANZO:  Can we pause it there at 2:42.
 9   Q.    What's going on here?
10   A.    So this is now --
11         MR. PEED:  Your Honor.
12         SIDEBAR:
13         THE COURT:  Go ahead, Mr. Peed.
14         MR. PEED:  Thank you.  The foundation laid was her own
15   review of photographs and receipts and whatnot, not her
16   personal reaction to any of these people.  The jury I think
17   should make any IDs and not have the witness's opinion based on
18   things the jury itself could review.
19         THE COURT:  I don't think this is opinion testimony.
20   She's making identifications based on her familiarity with the
21   investigation, when people checked in, what they look like,
22   messages.  And there's a fair amount of foundation for her to
23   make these identifications, and if you think there's any
24   inaccuracy about them, you can cross-examine her about it.
25         MR. PEED:  Objection.  Thank you.
```

|   |   |
|---|---|
| 1 | (End of sidebar.) |
| 2 | BY MR. MANZO: |
| 3 | Q.   Just to make this point further.  Have you met Mr. Vallejo |
| 4 | before? |
| 5 | A.   I have. |
| 6 | Q.   Can you identify him in the courtroom here today? |
| 7 | A.   I can. |
| 8 | Q.   Can you please identify him by an article of clothing and |
| 9 | where he's seated? |

04:32 10    A.   He's the gentleman, I think it's a lighter blue shirt with
11    a tie and the beard.
12         MR. MANZO:  May the record reflect an in-court
13    identification of the defendant.
14         THE COURT:  Okay.  The record will reflect an in-court
15    ID of Mr. Vallejo.
16    Q.   Okay.  So we're here at 2:42 of the video.  What are we
17    looking at?
18    A.   So this is now 1:15 p.m. in the lobby.  Frank Margacella
19    is checking in.  That was based on the actual folio records.
04:33 20    That's Tom Caldwell behind him, and Sharon Caldwell, and
21    Mr. Vallejo is going through the lobby a second time with that
22    cart.
23         MR. MANZO:  Can we play it forward now, Ms.
24    Badalament.
25              (Video played.)

```
          1              MR. MANZO:  Can we pause it here at 2:58.
          2    Q.    What are we looking at now?
          3    A.    So this is a third time now at 1:54 p.m., Mr. Vallejo is
          4    bringing in another what appears to be a black tote, and an
          5    item in his hands.  This is the first time that we will see
          6    second floor footage, and that is because we are now past 1:20
          7    p.m.
          8    Q.    And what item or can you see what the item is in his left
          9    hand?
04:33    10    A.    I can see it better in the second floor footage, but I can
         11    describe it now if you'd like.
         12    Q.    We'll play it forward.
         13          (Video played.)
         14    Q.    Pausing here at 3:18, what are we looking at?
         15    A.    Now Mr. Kandaris and Mr. Vallejo are getting off the
         16    elevator on the second floor about a minute later, and they are
         17    heading down the hall where they will turn the corner on the
         18    right which is where I had circled earlier where there is no
         19    camera view.
04:34    20    Q.    And that's the dark space between the three rooms that you
         21    identified earlier?
         22    A.    Correct.
         23    Q.    And were you able to identify what is in Mr. Vallejo's
         24    left hand?
         25              MR. PEED:  Objection, Your Honor.
```

           1            THE COURT:  What's the objection?  She can say what it
           2   is if she recognizes what it is.
           3   A.   So based on a --
           4            MR. PEED:  That would be narration.  My objection
           5   would be having the witness narrate.
           6            THE COURT:  It's not narrating it.  She can identify
           7   the object if the government would like the jury's attention to
           8   be brought to it.  Overruled.
           9   Q.   What is in Mr. Vallejo's left hand?
04:35     10   A.   It appears to be some type of sword.
          11            MR. MANZO:  Can we play it forward now at 3:20.
          12            (Video played.)
          13            MR. MANZO:  Pause it, please, here at 3:37.
          14   Q.   What are we looking at?
          15   A.   So this is later in that afternoon about 2:54 p.m.  Mr.
          16   Caldwell and Mrs. Caldwell came down from the third floor.  Mr.
          17   Caldwell has a large item under his arm that's wrapped in a
          18   sheet.  And they proceed to head in the direction of the three
          19   rooms --
04:35     20            MR. MANZO:  Can we play it forward now?
          21   A.   -- the 252, 253 and 255 rooms.
          22            (Video played.)
          23   Q.   And that's where you pointed to earlier, down this hallway
          24   to the right is the three rooms?
          25   A.   Correct.

Q.   This is what you just spoke about, the large item in his
left hand?

A.   Correct.

     MR. MANZO:  Can we pause it here at four minutes.

Q.   What are we looking at now?

A.   So this is the Ohio team, Sandra Parker, Bennie Barker,
Donovan Crowl, and Jessica Watkins coming into the hotel with a
baggage cart shortly after they checked in.

Q.   How long was the reservation for?

A.   It was for two nights.

     MR. MANZO:  And can we play it forward, please.

     (Video played.)

     MR. MANZO:  Can we stop it right here at 4:16.

Q.   What are we looking at?

A.   This is them arriving on the second floor about a minute
later.  That is Paul Stamey standing by the elevator.  The
footage prior to that showed him coming down from the area of
his room.

Q.   And can you just point to Paul Stamey on the board real
quick.

A.   Yeah.  So he's on the bottom left-hand corner under Quick
Reaction Force.

     MR. MANZO:  Can we play it forward, please.

     (Video played.)

     MR. MANZO:  Pause it here at 4:40, please.

1    Q.    What are we looking at here?

2    A.    So this is now the morning of January 6 at 8:00 a.m.  This

3    is Mr. Vallejo getting off the elevator on the second floor

4    with what appears to be a black tote.

5              MR. MANZO:  Play it forward.

6              (Video played.)

7    Q.    What are we looking at here at 5:04?

8    A.    It's now 8:15 a.m.  This is Ed Vallejo and Kenneth Bittner

9    getting off the elevator on the second floor.  Mr. Vallejo has

04:38 10    another black tote or what appears to be a black tote.

11    Q.    And again, this is headed down the direction towards the

12    blind spot of the three rooms?

13    A.    Correct.

14          (Video played.)

15    A.    This is Mr. Vallejo again, 8:23 a.m., with another black

16    tote.  Appears to get a running start there.

17              MR. MANZO:  Pause it here at -- play it forward one

18    more second.

19    Q.    What are we looking at here at 548?

04:39 20    A.    This is Mr. Vallejo again, this time with what appears to

21    be a large black bag on the dolly cart.

22              MR. MANZO:  Can we play it forward.

23              (Video played.)

24    Q.    What are we looking at here at 6:06?

25    A.    This is now 11:12 a.m., and this is Todd Kandaris and Ed

1   Vallejo with two more black totes.

2   Q.    What are we looking at here at 6:24?

3   A.    And this is Mr. Kandaris with a large green bag.

4   Q.    And can we pause it here at 6:41.  What are we looking at

5   at 6:41?

6   A.    We're now a few hours later on January 6 at 2:15 p.m.

7   Mr. Vallejo arriving back on the second floor at the hotel.

8   Q.    Is it your understanding that he left the hotel at some

9   point that morning?

04:40 10   A.    Yes, at approximately 11:50.

11   Q.    And what's that based on?

12   A.    The CCTV footage.

13   Q.    And he's arriving back now at about 2:15?

14   A.    Correct.

15         MR. MANZO:  Can we go forward, please.

16   Q.    What are we looking at now, and what's the time of this?

17   A.    So this is 5:31 p.m. on the 6th, and this is Mr. Stamey

18   carrying a large item under his arm wrapped in some sort of

19   blanket, it looks like.  And he actually takes that item up to

04:41 20   the third floor to Mr. Caldwell's room.

21         MR. MANZO:  Can you return that back for a minute, Ms.

22   Badalament?  Just go back ten seconds.

23   Q.    So this item here, he -- what does he do with it?

24   A.    He takes it up to the third floor.  Shortly after he gets

25   to the third floor, Mr. Caldwell returns and follows him down

1    the hall.  And then Mr. Stamey leaves without the item and

2    departs the hotel.

3    Q.   And what is the date of this?

4    A.   January 6 at 5:31 p.m.

5         MR. MANZO:  Okay.  Can we go to the next slide and

6    play it forward.

7         (Video played.)

8    Q.   What are we looking at here?

9    A.   So these next series are -- I think there might be four

04:41 10   groupings of individuals with Mr. Kenneth Bittner retrieving

11   items on a baggage cart.

12   Q.   And what's the date of this?

13   A.   So this is the morning of January 7 at 7:20 a.m.

14        MR. MANZO:  We'll pause it at 7:26 here.  And can we

15   go forward now to 7:35.

16   Q.   What are we looking at here at 7:35?

17   A.   7:52?

18   Q.   Sorry.  Yes, okay.  So it's 7:52 a.m.?

19   A.   Yes.  So this is another group of individuals.

04:42 20   Mr. Bittner is in the back with the blue shirt on retrieving

21   items from the Comfort Inn.

22        MR. MANZO:  Can we go forward?

23   Q.   And what are we looking at here at 7:53 in the video?

24   What's the time and date?

25   A.   At 9:07 here on the 7th, this is two additional

1    individuals also retrieving items with the assistance of

2    Mr. Bittner.

3    Q.    And who is this individual here?

4    A.    That's Jeremy Brown.  And this is the last group of

5    individuals that I saw, 9:35 a.m., the morning of January 7,

6    also retrieving items.

7    Q.    And who is this in the bottom right-hand corner at 8:26?

8    A.    That's Kenneth Harrelson.

9          MR. MANZO:  Ms. Badalament, can you go back one

04:43 10   second.

11   Q.    Then who is that on the left?

12   A.    That's Jason Dolan.

13   Q.    And at the top right?

14   A.    Terry Cummings.

15         MR. MANZO:  Can you play it forward.

16         (Video played.)

17   Q.    All right.  What are we looking at here at 8:30?

18   A.    So this is -- so 11:00 a.m. on January 7.  It's Donovan

19   Crowl, Jessica Watkins, and Tom Caldwell the morning after

04:43 20   January 6.  And they will salute each other here shortly.

21         MR. MANZO:  Your Honor, can we get on the phone for

22   one moment?

23         **SIDEBAR:**

24         MR. MANZO:  Ending now is fine.  The only real piece

25   of evidence we have left is the podcast, and I'm not sure where

1   we stand on that.

2        THE COURT:  Okay.  If you want to break now so you all

3   can handle that overnight, that's okay.

4   (End of sidebar.)

5        THE COURT:  Okay.  Ladies and gentlemen, we've come to

6   end our day a little earlier than 5:00, so we are going to

7   adjourn for the day.  We'll start again at 9:30 in the morning.

8   Same reminders about the media, and particularly this evening,

9   please be diligent about avoiding any news coverage of the

04:44 10  events in Congress.

11        We look forward to seeing you in the morning.  Thank

12   you all very much.

13           (Jury exits the courtroom.)

14        THE COURT:  Ms. Hilgeman, you may step down.  And I

15   remind you not to discuss your testimony with anyone.

16        THE WITNESS:  Yes, sir.

17        THE COURT:  Thank you very much.

18        Okay.  Have a seat, everybody.  Real quick before we

19   adjourn for the day.

04:45 20        So you all will meet and confer with respect to the

21   podcast evidence.  And then is there anything else we need to

22   discuss?  Anything anyone wants to raise?

23        MS. HALIM:  Can I ask the government what their order

24   of witnesses is tomorrow?  And I suspect I will object to

25   taking witnesses out of turn.

```
 1              MR. MANZO:  So we would ask to make sure that Jenny
 2    Banks gets on tomorrow morning at some point.  She's an
 3    out-of-town witness.
 4              THE COURT:  Okay.  Go ahead.
 5              MS. HALIM:  My objection would be to interrupting the
 6    flow of the cross-examination of Agent Hilgeman to take a
 7    different government witness, FBI-related witness.
 8              MR. MANZO:  We can start her before Ms. Hilgeman goes
 9    back on cross-examination, that's fine.
04:46 10         THE COURT:  Let me ask you, counsel, is the issue just
11    the fact that the cross and the direct is going to be broken up
12    or just the direct is broken up?
13              MS. HALIM:  Well, quite frankly, all of it.  We're
14    getting to the point now where it's feeling like a pattern.
15    We've already taken one witness out of turn.  And I think,
16    first of all, in terms of defense preparation, that's the
17    primary issue, to be very clear.
18              We did not realize that Agent Banks was testifying
19    tomorrow.  Certainly didn't realize that she was on first.
04:47 20    And, lastly, let's finish a witness.  Let's finish the witness.
21    I don't think it's fair to the defense to have to disrupt the
22    flow.
23              MR. MANZO:  We did tell defense last week that
24    Ms. Banks would be testifying, and we provided all the
25    exhibits, and it's just the one exhibit.
```

1          MS. HALIM:  We just got the exhibits, they were just

2     loaded this afternoon around 3:34 p.m. --

3          MR. MANZO:  No.

4          MS. HALIM:  -- by Ms. Hughes, and they're not exactly

5     the same as the exhibits that we were given originally.

6          MR. MANZO:  Ms. Hughes is not doing Ms. Banks.  I'm

7     doing Ms. Banks.  I emailed the exhibits last week.

8          MS. HALIM:  I just got them, just now.

9          MR. MANZO:  I emailed them.

04:47 10          MS. HALIM:  The exact same ones?

11          MR. MANZO:  Exact same ones.

12          MS. HALIM:  All right.  Because we keep getting

13     different versions of things, and we keep getting it up to the

14     last minute.  And even if we have gotten everything in

15     discovery, when we get something that's been revised, there's a

16     comparison process or a reconciliation that has to take place.

17     It's not as immediate as just scanning something.  These are

18     very complex exhibits that the government is giving us.

19          So I'll take Mr. Manzo at his word but that what I

04:48 20     just got on USAfx is the exact same as what was emailed, but I

21     don't know that.

22          MR. MANZO:  Just so we're clear and so there's no

23     confusion, Jenny Banks, we plan on having her called twice.  So

24     she'll be testifying tomorrow, and then we'd expect her to come

25     back and testify at the end of the case as well.  So tomorrow

1    would just be the one government exhibit basically showing

2    movement to DC, and then she would come back and testify later

3    showing movement out of DC.

4          MR. SHIPLEY:  Your Honor, my view on that is -- I

5    didn't have any problem last week with the civilian witness

6    brought up here.  We did it so he could get out of here and not

7    spend the weekend.  It's a completely different situation

8    calling a witness out of order without cross in the middle of

9    the week.

04:48 10          THE COURT:  How long -- I know she's been on for a

11    while.  Do you have a sense of what the collective

12    cross-examination might be tomorrow?

13          MR. WEINBERG:  We'll be at least 45 minutes.

14          MR. SHIPLEY:  I'll probably be that long.

15          MS. HALIM:  I'm not exactly sure, but I think anywhere

16    between 30 minutes and an hour is possible --

17          THE COURT:  Okay.

18          MS. HALIM:  -- based on the material that's covered.

19          THE COURT:  I'm also not holding anybody to a time

04:49 20    certain.  I'm just trying to do the math in my own head.

21          Okay.  Mr. Peed?

22          MR. PEED:  I was going to say at least with --

23          THE COURT:  Sorry?

24          MR. PEED:  At least 30 minutes to an hour.  I couldn't

25    say.

1          THE COURT:  All right.  And what's the urgency of

2     getting Agent Banks in and out tomorrow?

3          MR. MANZO:  She testifies in a number of

4     jurisdictions.  She's from Washington state.  I don't know what

5     her schedule is for the rest of the week, if she has a firm

6     court appearance.  I can inquire of her tonight.  But that is

7     that she flies around the country testifying, and as you know

8     from the last trial, she often has emergency duties involving

9     exigent circumstances.

04:50 10          THE COURT:  Sure.  I mean, if there arises exigent

11     circumstances, you'll let us know.  Otherwise, she'll be here

12     overnight, although it sounds like we should be able to get to

13     her tomorrow afternoon at the latest.  Her testimony is not

14     that long.  So absent some reason to think that she's got to be

15     on a 12:00 flight out of here tomorrow, we'll finish up on

16     direct, start the cross.  And as I said, I think we'll get to

17     her by late afternoon.  All right.  Anything else?  Okay.

18     Thank you, everybody.  Have a good night.

19          (Recess, 4:50 p.m.)

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3              I, Kelly Mortellite, Registered Merit Reporter

4     and Certified Realtime Reporter, in and for the United States

5     District Court for the District of Massachusetts, do hereby

6     certify that the foregoing transcript is a true and correct

7     transcript of the stenographically reported proceedings held in

8     the above-entitled matter to the best of my skill and ability.

9                    Dated this  19th day of December, 2022.

10

11

12              /s/ Kelly Mortellite

13              _____

14              Kelly Mortellite, RMR, CRR

15              Official Court Reporter

16

17

18

19

20

21

22

23

24

25

## $

**$1900** [3] - 111:12, 111:20, 113:4
**$298.06** [1] - 115:22
**$3,044.02** [1] - 118:16
**$4500** [1] - 113:14
**$497.51** [1] - 118:2
**$547.35** [1] - 115:21
**$5700** [1] - 112:19
**$597.08** [1] - 115:20
**$625.95** [1] - 117:20
**$657.24** [1] - 117:13
**$685.48** [1] - 115:20
**$7300** [1] - 113:19

## '

**'21** [1] - 29:15
**'action** [1] - 21:18
**'blockade** [1] - 58:8
**'legal** [1] - 21:25
**'show** [1] - 44:10
**'storm'** [1] - 54:20
**'supplies** [1] - 48:18
**'weapons'** [1] - 54:17

## /

**/s** [1] - 141:12

## 0

**00** [1] - 121:8
**0645** [1] - 67:10

## 1

**1** [28] - 11:21, 17:8, 20:20, 21:2, 23:22, 23:24, 24:7, 41:3, 41:17, 43:14, 48:20, 48:22, 58:19, 62:7, 63:9, 63:14, 63:16, 67:5, 67:6, 67:25, 86:3, 99:15, 99:18, 101:24, 111:10, 111:12, 123:11, 125:1
**1-352-598-0600** [1] - 91:14
**1.s** [1] - 46:15
**1.S** [3] - 9:2, 68:6, 89:21
**1/1** [5] - 52:17, 53:9, 65:15, 69:9, 70:15
**1/1/2021** [1] - 111:8
**1/1/21** [1] - 47:15
**1/2/21** [1] - 69:19, 81:14
**1/3/2021** [2] - 86:11, 113:13
**1/4** [3] - 87:6, 87:21, 88:9
**1/4/2021** [1] - 88:11, 88:15
**10** [4] - 20:22, 34:2, 39:20, 89:6
**100** [2] - 13:19, 120:5
**101** [1] - 3:18
**106** [1] - 50:2
**108** [1] - 3:19
**10:00** [1] - 43:20
**10:18** [1] - 86:11
**110** [1] - 3:20

**111** [1] - 61:14
**111.S** [1] - 66:15
**114** [1] - 2:13
**115** [1] - 3:21
**1150** [1] - 2:17
**11:00** [2] - 105:4, 135:18
**11:12** [1] - 132:25
**11:26** [1] - 102:23
**11:45** [1] - 99:24
**11:50** [1] - 133:10
**11th** [1] - 115:20
**12** [2] - 20:22, 70:22
**12/15** [2] - 34:5, 34:22
**12/22** [3] - 39:6, 39:13, 57:12
**12/22/20** [2] - 16:6, 16:24
**12/23/2020** [2] - 17:8, 17:18
**12/24** [4] - 19:2, 20:21, 21:4, 57:20
**12/24/20** [1] - 35:3
**12/24/2020** [1] - 18:7
**12/25** [2] - 24:8, 24:15
**12/27** [2] - 44:20, 45:4
**12/29/2020** [1] - 45:20
**12/30** [6] - 32:24, 33:11, 58:3, 60:1, 60:7, 113:11
**12/30/2020** [2] - 59:10, 113:10
**12/31** [8] - 42:12, 46:10, 46:24, 47:3, 48:7, 58:14, 58:15, 61:4
**12/31/2020** [2] - 60:12, 60:25
**12/4/2020** [1] - 115:19
**121** [1] - 3:22
**1211** [2] - 92:5, 121:21
**12:00** [1] - 140:15
**12th** [1] - 115:21
**13** [1] - 4:24
**14** [1] - 111:16
**14th** [1] - 41:13
**15** [4] - 3:11, 30:1, 61:21, 70:22
**1500** [1] - 76:6
**1501.2** [8] - 3:18, 76:8, 100:10, 100:14, 100:16, 101:9, 101:13, 101:16
**1510** [1] - 113:21
**1510.1** [1] - 120:14
**1510.14** [1] - 120:14
**1518** [7] - 3:22, 120:17, 120:18, 121:1, 121:3, 121:4, 121:6
**1531** [2] - 10:12, 10:13
**1532** [1] - 2:10
**1653** [1] - 10:12
**1657** [1] - 9:13
**1774** [1] - 48:22
**1775** [1] - 2:17
**1776** [6] - 45:22, 46:3, 46:4, 50:24, 53:9, 53:14
**1777** [1] - 88:24
**1880** [1] - 66:22
**19** [1] - 1:6
**19129** [1] - 2:7
**192.t** [1] - 41:9
**19th** [1] - 141:9

**1:00** [3] - 105:4, 126:4, 126:7
**1:05** [1] - 122:15
**1:06** [1] - 122:15
**1:11** [2] - 96:13, 96:24
**1:15** [2] - 122:24, 128:18
**1:20** [1] - 129:6
**1:26** [1] - 103:6
**1:30** [1] - 1:6
**1:35** [1] - 97:6
**1:37** [1] - 123:3
**1:40** [1] - 103:8
**1:43** [1] - 123:4
**1:48** [1] - 97:14
**1:49** [2] - 97:18, 98:19
**1:52** [5] - 98:21, 98:23, 123:21, 124:14, 124:18
**1:54** [1] - 129:3
**1st** [1] - 7:5

## 2

**2** [19] - 10:15, 41:18, 59:25, 60:2, 60:22, 65:25, 69:8, 69:16, 81:5, 81:17, 81:22, 82:9, 83:20, 84:8, 101:17, 101:24, 102:10, 106:2, 111:13
**2-5** [1] - 75:23
**20** [7] - 8:13, 9:5, 11:17, 29:2, 38:6, 61:21, 126:14
**20-minute** [1] - 126:18
**2000.t** [1] - 12:11
**20006** [1] - 2:18
**2010.1** [1] - 107:15
**2010.2** [1] - 107:15
**2010.2.1** [1] - 107:15
**2010.3** [1] - 107:16
**2010.3.1** [1] - 107:15
**2018** [1] - 5:19
**202** [2] - 1:20, 2:18
**2020** [21] - 8:13, 9:5, 10:21, 12:6, 16:1, 19:13, 20:19, 23:20, 25:4, 25:14, 26:18, 27:8, 28:2, 28:4, 29:16, 30:1, 38:17, 43:19, 55:13, 114:22, 117:8
**2021** [21] - 5:25, 6:3, 7:5, 8:13, 10:25, 43:14, 48:20, 48:22, 58:19, 62:7, 67:5, 81:17, 85:14, 85:18, 92:2, 94:4, 99:9, 101:19, 102:10, 109:10, 112:18
**2022** [2] - 1:6, 141:9
**20579** [1] - 1:19
**206** [1] - 123:10
**20th** [2] - 11:5, 38:7
**21** [2] - 26:15, 59:10
**210.t** [1] - 34:18
**215** [1] - 2:7
**22** [3] - 11:23, 12:6, 16:1
**22-15** [1] - 1:4
**22.S** [2] - 39:24, 87:3
**22201** [1] - 92:5
**223** [2] - 117:2, 117:20
**225** [2] - 123:13, 123:14

**226** [1] - 123:14
**228-1341** [1] - 2:4
**23** [1] - 35:5
**239** [1] - 2:11
**24** [2] - 19:13, 20:19
**242** [2] - 21:8, 21:10
**25** [5] - 21:17, 22:15, 23:20, 25:4, 25:14
**252** [3] - 40:4, 124:1, 130:21
**252-72** [1] - 1:20
**253** [2] - 124:21, 130:21
**255** [2] - 124:22, 130:21
**26** [3] - 26:18, 27:8, 57:9
**2621** [1] - 120:10
**2625** [1] - 120:10
**265** [1] - 2:13
**27** [1] - 28:2
**29** [2] - 102:6, 102:8
**2989.51** [1] - 111:14
**2:01** [2] - 98:25, 99:1
**2:10** [1] - 103:17
**2:15** [2] - 133:6, 133:13
**2:16** [1] - 124:23
**2:24** [2] - 125:7, 125:12
**2:30** [2] - 103:22, 104:5
**2:36** [1] - 127:5
**2:42** [2] - 127:8, 128:16
**2:54** [2] - 104:8, 130:15
**2:58** [1] - 129:1
**2nd** [3] - 68:3, 71:7, 71:8

## 3

**3** [12] - 9:13, 51:13, 53:14, 67:10, 83:10, 84:25, 85:14, 85:17, 109:10, 112:18, 112:24, 113:2
**30** [8] - 29:16, 40:3, 40:13, 55:13, 55:15, 60:5, 139:16, 139:24
**300-3229** [1] - 2:7
**30th** [1] - 55:18
**31** [4] - 43:19, 51:24, 51:25, 111:9
**32** [1] - 3:12
**320** [1] - 125:3
**337-9755** [1] - 2:11
**338** [1] - 125:1
**33901** [1] - 2:10
**33950** [1] - 2:14
**35** [1] - 3:13
**3580** [1] - 2:6
**38** [2] - 95:1, 95:2
**39** [1] - 102:13
**3:00** [2] - 4:5, 71:20
**3:02** [1] - 74:22
**3:15** [1] - 71:21
**3:16** [1] - 74:22
**3:18** [1] - 129:14
**3:20** [2] - 104:14, 130:11
**3:30** [1] - 104:19
**3:34** [1] - 138:2
**3:37** [1] - 130:13

**3:50** [2] - 15:16, 15:23
**3rd** [2] - 67:11, 104:25

## 4

**4** [8] - 3:6, 11:3, 38:17, 87:2, 89:20, 92:2, 102:20
**40** [2] - 41:11, 70:12
**404(b** [2] - 37:6, 37:14
**41** [2] - 95:8
**42** [1] - 30:15
**43** [3] - 31:6, 31:10, 31:17
**44** [1] - 122:4
**45** [3] - 26:15, 94:18, 139:13
**4:08** [1] - 15:17
**4:16** [1] - 131:13
**4:30** [1] - 100:4
**4:40** [1] - 131:25
**4:42** [1] - 105:6
**4:44** [1] - 84:8
**4:46** [1] - 107:7
**4:50** [1] - 140:19
**4th** [7] - 67:12, 91:1, 103:9, 105:1, 105:17, 105:23

## 5

**5** [21] - 8:13, 10:24, 42:18, 61:8, 92:21, 94:4, 99:9, 99:13, 99:21, 99:24, 101:18, 101:19, 103:23, 103:24, 104:10, 104:16, 105:18, 105:25, 106:15, 107:3
**50** [6] - 13:19, 15:7, 15:9, 95:17, 96:1, 96:2
**500** [1] - 118:6
**52** [1] - 122:12
**53** [1] - 102:17
**54** [3] - 3:14, 96:4, 96:5
**548** [1] - 132:19
**57** [1] - 3:15
**575-8000** [1] - 2:14
**5:00** [2] - 105:25, 136:6
**5:04** [1] - 132:7
**5:31** [2] - 133:17, 134:4
**5:32** [1] - 105:15
**5:43** [1] - 71:8
**5:48** [2] - 68:3, 105:20
**5th** [14] - 21:18, 39:21, 40:4, 67:12, 87:2, 92:14, 105:2, 105:3, 105:4, 106:10, 106:21, 123:6, 126:4, 126:7

## 6

**6** [36] - 6:3, 9:25, 10:25, 11:18, 18:21, 25:19, 29:11, 29:15, 42:18, 44:4, 44:8, 44:9, 52:1, 55:15, 59:10, 59:12, 60:14, 62:3, 63:9, 63:21, 65:2, 70:13, 71:4, 76:14, 81:6, 83:18, 84:18, 85:22, 85:24, 86:15, 92:14, 99:12, 132:2, 133:6, 134:4, 135:20

**6's** [1] - 86:4
**6.8** [1] - 88:2
**601** [2] - 1:19, 113:15
**64** [1] - 3:16
**65** [2] - 36:20, 38:15
**6500** [1] - 118:14
**66** [2] - 121:14, 121:23
**6900** [7] - 3:16, 64:10, 64:11, 64:13, 64:16, 64:18, 64:19
**6901.1** [6] - 3:19, 108:9, 108:10, 108:17, 108:22, 111:11
**6901.11** [1] - 108:7
**6901.6** [5] - 3:19, 108:8, 108:17, 108:19, 108:22
**6902.1** [1] - 100:24
**6902.3** [1] - 100:24
**6925** [8] - 3:20, 110:6, 110:7, 110:15, 110:22, 110:23, 110:25, 112:17
**6:00** [1] - 105:25
**6:06** [1] - 132:24
**6:24** [1] - 133:2
**6:30** [1] - 106:1
**6:41** [2] - 133:4, 133:5
**6:42** [1] - 92:22
**6:45** [1] - 21:17
**6:48** [1] - 71:7
**6:50** [1] - 21:23
**6:52** [1] - 22:12
**6th** [23] - 8:14, 10:5, 12:18, 14:4, 17:15, 19:10, 21:18, 21:24, 27:24, 28:14, 29:2, 32:25, 39:17, 39:21, 40:4, 43:9, 43:15, 43:22, 46:18, 52:11, 55:11, 86:11, 133:17

## 7

**7** [5] - 21:19, 75:8, 134:13, 135:5, 135:18
**72** [1] - 58:10
**73** [1] - 119:15
**745** [1] - 2:3
**7:10** [1] - 106:8
**7:20** [1] - 134:13
**7:26** [1] - 134:14
**7:27** [1] - 106:12
**7:28** [1] - 24:8
**7:29** [1] - 24:15
**7:30** [1] - 83:20
**7:34** [1] - 24:22
**7:35** [2] - 134:15, 134:16
**7:43** [1] - 11:5
**7:51** [1] - 60:3
**7:52** [3] - 59:11, 134:17, 134:18
**7:53** [2] - 60:4, 134:23
**7th** [2] - 126:5, 134:25

## 8

**8** [3] - 3:10, 86:20, 109:24
**80** [1] - 120:5

**808** [1] - 2:4
**8:00** [1] - 132:2
**8:04** [1] - 55:15
**8:15** [1] - 132:8
**8:16** [1] - 29:16
**8:23** [1] - 132:15
**8:26** [1] - 135:7
**8:30** [2] - 65:21, 135:17
**8:31** [1] - 60:7
**8th** [1] - 36:1

## 9

**9** [3] - 1:7, 114:10, 118:20
**90** [1] - 76:2
**919-9491** [1] - 2:18
**94** [2] - 3:17, 12:4
**941** [1] - 2:14
**9415.5** [4] - 3:13, 35:14, 35:19, 35:21
**95** [1] - 53:20
**9510** [9] - 3:15, 56:19, 56:20, 56:22, 57:2, 57:3, 57:4, 57:6
**9514** [28] - 3:10, 8:8, 8:10, 8:16, 8:17, 8:18, 8:20, 8:22, 10:2, 10:3, 11:1, 12:4, 15:25, 32:19, 36:20, 38:15, 41:4, 52:13, 52:16, 55:8, 59:3, 63:8, 65:13, 76:3, 80:13, 80:23, 99:7, 119:14
**9514.1.1** [6] - 3:12, 30:8, 30:11, 30:19, 32:8, 32:9
**9514.2** [1] - 62:18
**9514.3** [7] - 3:17, 94:7, 94:11, 94:13, 94:15, 94:16, 94:17
**9514.4** [5] - 3:14, 54:3, 54:7, 54:8, 54:9
**9514.5** [2] - 35:18, 35:19
**9514.6** [3] - 3:11, 15:6, 15:22
**9515** [5] - 114:19, 114:20, 115:3, 118:8, 118:9
**9515.1** [7] - 3:21, 114:10, 114:25, 115:4, 115:6, 115:8, 118:20
**9515.5** [1] - 116:20
**9515.6** [2] - 117:5, 117:6
**9515.7** [1] - 117:18
**9515.9** [4] - 3:21, 114:25, 115:4, 115:6
**96734** [1] - 2:4
**980-318-1486** [1] - 40:7
**99** [1] - 57:17
**9:03** [1] - 65:19
**9:07** [1] - 134:25
**9:19** [2] - 94:4, 99:9
**9:27** [1] - 9:6
**9:30** [2] - 75:16, 136:7
**9:35** [1] - 135:5
**9:49** [1] - 11:23
**9:59** [1] - 43:20
**9:60** [1] - 43:19

## A

**a.m** [20] - 11:5, 11:23, 29:16, 68:3, 71:7, 75:17, 92:22, 94:4, 99:9, 99:24, 100:4,
105:4, 132:2, 132:8, 132:15, 132:25, 134:13, 134:18, 135:5, 135:18
**AAA** [1] - 40:7
**abbreviation** [2] - 13:20, 96:23
**ability** [1] - 141:8
**able** [15] - 16:9, 17:2, 17:23, 20:4, 20:15, 34:10, 41:14, 42:3, 123:7, 125:10, 125:16, 126:9, 126:14, 129:23, 140:12
**above-entitled** [1] - 141:8
**absent** [2] - 76:21, 140:14
**absolutely** [1] - 18:23
**academy** [1] - 111:15
**accept** [1] - 52:3
**access** [4] - 41:17, 68:22, 69:22, 94:14
**accessed** [1] - 95:24
**accessories** [2] - 108:15, 112:23
**accompanied** [1] - 51:7
**account** [4] - 42:15, 56:18, 56:25, 57:7
**accountant** [2] - 5:2, 6:22
**accounting** [2] - 5:1, 5:6
**accounts** [1] - 107:18
**accuracy** [1] - 101:5
**accurate** [3] - 21:19, 126:12, 126:16
**acknowledge** [1] - 46:1
**acquired** [1] - 125:25
**Act** [3] - 18:21, 23:4, 35:25
**act** [6] - 18:22, 19:11, 23:7, 23:15, 23:18, 85:4
**acting** [1] - 22:3
**action** [4] - 10:4, 19:5, 49:7, 52:22
**active** [1] - 44:17
**actual** [5] - 12:12, 22:1, 44:7, 116:1, 128:19
**add** [2] - 11:9, 60:1
**added** [3] - 55:18, 59:21, 85:21
**additional** [4] - 50:18, 100:24, 112:18, 134:25
**address** [8] - 66:21, 66:24, 67:19, 73:18, 91:23, 92:6, 92:9, 99:14
**adjoins** [1] - 124:21
**adjourn** [2] - 136:7, 136:19
**adjust** [1] - 78:25
**adjustments** [1] - 67:21
**admin** [1] - 59:20
**admissible** [1] - 118:21
**admission** [1] - 77:5
**admit** [3] - 77:3, 94:15, 118:20
**admitted** [28] - 8:17, 8:18, 9:14, 15:21, 15:22, 32:8, 32:9, 35:21, 54:8, 54:9, 57:3, 57:4, 64:18, 64:19, 94:16, 94:17, 101:12, 101:13, 108:21, 108:22, 110:22, 110:23, 114:2, 115:6, 119:7, 119:9, 121:3, 121:4
**advise** [2] - 48:18, 84:21
**advised** [1] - 21:24
**advising** [1] - 21:25
**advisors'** [1] - 21:25
**affiliated** [1] - 82:4
**affirmatively** [1] - 77:6

**afternoon** [13] - 4:16, 4:17, 6:9, 71:20, 72:2, 72:3, 76:18, 87:8, 105:3, 130:15, 138:2, 140:13, 140:17
**Afternoon** [1] - 1:8
**agencies** [1] - 6:14
**Agent** [27] - 54:12, 62:15, 75:7, 75:9, 75:10, 75:13, 75:16, 75:22, 76:23, 78:13, 78:19, 79:2, 79:18, 79:22, 83:5, 94:11, 94:18, 94:23, 97:8, 98:3, 102:2, 107:8, 109:1, 114:9, 137:6, 137:18, 140:2
**agent** [12] - 4:11, 4:22, 4:25, 5:3, 5:13, 29:21, 50:20, 75:10, 78:11, 97:23, 112:3, 112:8
**agent's** [1] - 75:14
**agents** [1] - 73:13
**ago** [1] - 116:17
**agree** [1] - 33:7
**ahead** [6] - 7:18, 50:18, 51:19, 51:23, 127:13, 137:4
**aid** [1] - 114:5
**air** [1] - 111:18
**AI** [5] - 9:6, 9:9, 59:21, 59:22, 59:24
**AL** [1] - 1:7
**Alabama** [3] - 61:5, 106:3, 106:14
**alert** [1] - 92:23
**Alexandria** [1] - 1:17
**Ali** [1] - 57:13
**allegations** [1] - 37:16
**allege** [1] - 38:3
**allied** [1] - 89:7
**allocated** [1] - 15:11
**allow** [1] - 85:5
**allowed** [1] - 75:13
**Altima** [1] - 109:24
**Amarillo** [1] - 104:25
**amen** [3] - 49:7, 49:20, 52:22
**Amen** [1] - 53:12
**AMERICA** [1] - 1:3
**America** [7] - 49:6, 52:21, 85:5, 99:3, 107:17, 107:19, 107:21
**American** [1] - 63:6
**AMIT** [1] - 1:12
**Ammo** [1] - 117:12
**ammo** [3] - 60:16, 117:2, 117:20
**ammunition** [5] - 25:24, 111:17, 111:19, 114:22, 118:6
**amount** [2] - 118:15, 127:22
**analysis** [1] - 75:9
**anchor** [1] - 54:14
**Andrew** [6] - 12:21, 12:25, 13:5, 95:6, 95:11, 96:6, 96:11
**Angela** [2] - 2:6, 110:18
**angle** [1] - 81:20
**announced** [1] - 85:5
**answer** [2] - 20:13, 20:14
**answered** [1] - 93:11
**anticipate** [1] - 44:11
**anticipating** [1] - 48:12

**Antifa** [3] - 49:16, 51:8, 53:6
**anyways** [1] - 90:14
**apologies** [2] - 80:9, 114:8
**apologize** [1] - 15:20
**appearance** [2] - 78:2, 140:6
**APPEARANCES** [2] - 1:15, 2:1
**application** [3] - 45:11, 45:13, 59:19
**applies** [1] - 73:24
**appropriate** [1] - 37:11
**approximate** [2] - 65:5, 118:15
**AR** [3] - 61:2, 109:7, 113:4
**area** [16] - 6:11, 69:22, 77:9, 88:13, 88:24, 101:19, 103:9, 104:1, 104:2, 104:16, 122:17, 123:1, 124:10, 125:14, 131:17
**areas** [4] - 5:14, 58:7, 58:9, 58:10
**Ares** [1] - 95:2
**arguments** [1] - 26:3
**arises** [1] - 140:10
**Arizona** [6] - 44:22, 47:12, 88:7, 89:6, 91:8, 124:4
**Arkansas** [1] - 104:25
**Arlington** [6] - 7:22, 39:18, 42:4, 86:22, 92:5, 92:10
**arm** [3] - 42:5, 130:17, 133:18
**arms** [1] - 82:18
**arranged** [2] - 111:9, 111:18
**arrangements** [1] - 109:20
**arranging** [1] - 108:14
**arrested** [3] - 92:25, 93:14, 93:20
**arrive** [2] - 67:17, 87:11
**arrived** [6] - 103:9, 105:3, 105:5, 105:18, 105:24, 106:10
**arriving** [4] - 41:15, 131:15, 133:7, 133:13
**arrow** [1] - 122:7
**article** [11] - 50:3, 50:5, 50:7, 51:7, 51:12, 52:9, 53:15, 53:16, 54:19, 55:6, 128:8
**articles** [2] - 32:11, 55:3
**arts** [2] - 95:6, 95:12
**ASAP** [1] - 89:8
**aspects** [1] - 5:21
**ass** [2] - 29:10, 67:22
**assault** [1] - 58:18
**assigned** [2] - 5:25, 6:1
**assignments** [1] - 5:4
**assist** [2] - 6:17, 23:9
**assistance** [1] - 135:1
**assisted** [2] - 5:21, 5:23
**associated** [2] - 92:18
**assume** [1] - 126:18
**assumption** [1] - 84:15
**Atlanta** [1] - 106:5
**ATM** [1] - 110:3
**attached** [3] - 51:12, 51:15, 59:15
**attaches** [1] - 52:5
**attachment** [1] - 112:22
**attempt** [1] - 54:18

**attempting** [1] - 37:2
**attendance** [1] - 27:23
**attended** [1] - 12:24
**attendee** [1] - 65:12
**attendees** [3] - 48:8, 65:5, 65:10
**attention** [2] - 41:4, 130:7
**attorney** [2] - 19:4, 19:18
**Attorney** [1] - 74:1
**ATTORNEY'S** [1] - 1:18
**audio** [6] - 4:3, 73:4, 73:24, 74:3, 74:7, 74:12
**auditor** [1] - 5:1
**aunt** [1] - 103:15
**AUSA** [5] - 1:16, 1:16, 1:17, 1:17, 1:18
**auto** [1] - 73:15
**auto-correct** [1] - 73:15
**automatic** [1] - 59:11
**available** [1] - 45:16
**avenue** [1] - 122:2
**Avenue** [1] - 2:13
**avoid** [1] - 26:3
**avoiding** [1] - 136:9
**aware** [14] - 19:21, 21:4, 28:8, 38:20, 38:22, 44:14, 44:24, 45:4, 58:22, 61:20, 66:6, 99:3, 105:11
**awesome** [2] - 47:7, 59:18
**awkwardness** [1] - 72:7
**AZ** [3] - 46:1, 47:14, 48:18

## B

**backed** [1] - 77:10
**background** [1] - 24:12
**backpack** [2] - 60:15, 60:16
**backwards** [1] - 126:21
**bad** [5] - 24:22, 29:10, 37:7, 66:3, 84:12
**badalament** [1] - 8:19
**Badalament** [39] - 30:7, 35:13, 36:7, 36:19, 54:10, 55:10, 56:10, 59:4, 94:7, 97:7, 99:6, 101:25, 103:21, 106:16, 106:25, 107:6, 108:24, 109:13, 110:5, 111:5, 112:14, 112:15, 113:6, 113:22, 114:18, 115:7, 115:24, 116:5, 116:24, 117:9, 118:3, 118:7, 119:14, 120:16, 121:16, 122:22, 128:24, 133:22, 135:9
**bag** [2] - 132:21, 133:3
**baggage** [2] - 131:8, 134:11
**Ballston** [4] - 104:11, 105:5, 119:22, 121:10
**Ballston/Arlington** [1] - 41:16
**bank** [5] - 5:6, 5:9, 107:12, 107:14, 117:7
**Bank** [3] - 107:17, 107:19, 107:20
**banks** [3] - 137:2, 137:24, 138:7
**Banks** [7] - 75:10, 75:16, 78:13, 137:18, 138:6, 138:23, 140:2
**Banks'** [1] - 75:9
**Banks'..** [1] - 75:22
**banned** [1] - 63:17

**bare** [1] - 58:11
**barely** [1] - 58:7
**Barker** [1] - 131:6
**base** [1] - 46:20
**based** [43] - 9:21, 17:2, 17:23, 20:4, 20:15, 22:18, 75:9, 76:5, 76:24, 77:9, 77:17, 77:23, 77:25, 78:1, 78:3, 83:5, 88:14, 89:21, 90:21, 96:19, 98:15, 100:18, 102:15, 102:25, 105:16, 106:9, 106:21, 120:21, 123:8, 123:24, 125:16, 125:20, 125:21, 125:22, 126:12, 126:15, 127:17, 127:20, 128:19, 130:3, 133:11, 139:18
**basics** [1] - 60:16
**basin** [1] - 71:9
**bass** [1] - 82:19
**Bassett** [1] - 123:16
**batches** [1] - 109:4
**battle** [4] - 20:14, 26:15, 83:23, 84:23
**beard** [1] - 128:11
**became** [2] - 4:25, 5:12
**become** [1] - 7:1
**beds** [1] - 40:18
**BEFORE** [1] - 1:12
**began** [1] - 44:23
**begin** [2] - 5:3, 91:25
**beginning** [4] - 32:17, 42:22, 44:21, 120:17
**begins** [1] - 42:18
**behalf** [1] - 110:18
**behind** [5] - 14:13, 81:10, 83:25, 126:14, 128:20
**believes** [1] - 25:8
**below** [2] - 52:3, 87:18
**benefits** [2] - 23:2, 72:25
**Bennie** [2] - 124:25, 131:6
**Berry** [1] - 21:13
**Berryville** [1] - 81:11
**beseech** [2] - 49:13, 53:1
**best** [6] - 26:3, 65:7, 101:5, 126:6, 141:8
**better** [4] - 42:6, 45:6, 51:17, 129:10
**between** [21] - 43:6, 46:11, 57:23, 60:3, 61:12, 65:16, 68:2, 80:23, 87:1, 89:24, 93:7, 99:21, 99:23, 105:3, 105:24, 108:13, 109:17, 120:5, 129:20, 139:16
**Biden** [1] - 57:10
**big** [4] - 14:2, 19:6, 25:19, 86:12
**bigger** [1] - 57:13
**Bilbo** [3] - 60:11, 60:18, 60:19
**bill** [3] - 15:11, 15:13, 15:14
**bipad** [1] - 111:17
**bit** [5] - 5:7, 22:15, 34:5, 75:15, 82:22
**bitch** [1] - 58:2
**Bittner** [14] - 20:8, 21:16, 21:23, 24:18, 25:24, 25:25, 103:3, 103:4, 104:13, 124:3, 132:8, 134:10, 134:20, 135:2
**black** [8] - 109:24, 129:4, 132:4, 132:10, 132:15, 132:21, 133:1
**blades** [1] - 60:17

**blanket** [1] - 133:19
**bless** [4] - 49:3, 49:12, 52:18, 53:1
**blind** [1] - 132:12
**blocking** [1] - 19:4
**blood** [2] - 24:10, 24:23
**bloody** [1] - 36:16
**blue** [6] - 58:7, 121:11, 122:18, 128:10, 134:20
**Blue** [2] - 82:5, 82:23
**board** [20] - 10:11, 16:14, 18:3, 20:9, 22:9, 27:17, 38:24, 41:1, 43:21, 49:2, 56:8, 60:20, 80:25, 81:10, 86:1, 87:16, 92:18, 100:18, 123:19, 131:19
**boat** [7] - 81:7, 82:12, 82:19, 83:4, 83:6, 83:11, 88:18
**boats** [2] - 80:19, 82:24
**bodies** [1] - 48:12
**boil** [1] - 42:21
**bolt** [1] - 111:9
**bombshell** [1] - 52:1
**bones** [1] - 23:11
**book** [2] - 41:15, 42:3
**booked** [3] - 39:18, 40:4, 40:11
**boots** [1] - 23:8
**bother** [1] - 80:24
**bottom** [15] - 16:17, 36:3, 38:10, 39:3, 41:9, 59:17, 65:25, 89:22, 101:21, 112:15, 113:13, 124:16, 126:24, 131:21, 135:7
**bought** [2] - 111:15, 112:21
**boundaries** [1] - 89:7
**bout** [1] - 38:12
**box** [2] - 111:6, 111:7
**Box** [1] - 2:3
**boxes** [2] - 85:6, 111:19
**Boy** [1] - 28:21
**boys** [4] - 10:9, 41:20, 49:12, 52:25
**Boys** [5] - 14:7, 28:13, 28:14, 93:2, 93:16
**Brandes** [1] - 69:11
**break** [7] - 4:5, 71:19, 71:20, 71:24, 72:15, 79:17, 136:2
**Brian** [2] - 60:19, 60:21
**bridge** [2] - 41:13, 122:2
**bridges** [1] - 71:12
**brief** [1] - 67:3
**briefly** [11] - 9:13, 12:13, 12:17, 56:20, 62:18, 99:7, 109:1, 109:18, 114:7, 115:8, 119:14
**bring** [7] - 41:21, 42:2, 54:17, 78:19, 80:4, 93:1, 93:15
**bringing** [6] - 41:19, 47:7, 48:2, 62:5, 62:11, 129:4
**brink** [1] - 26:9
**bro** [1] - 83:13
**Brodeur** [1] - 85:2
**broken** [3] - 41:18, 137:11, 137:12
**brother** [1] - 81:18
**brothers** [1] - 27:23

**brought** [2] - 130:8, 139:6
**Brown** [6] - 18:2, 18:4, 26:12, 67:4, 67:5, 135:4
**BROWN** [2] - 2:9, 2:12
**Bruce** [1] - 123:16
**budget** [1] - 61:2
**building** [3] - 20:25, 54:18, 87:22
**burner** [1] - 40:7
**bus** [3] - 41:11, 41:13, 41:21
**buses** [1] - 41:13
**business** [4] - 5:10, 96:21, 114:24, 115:4
**busters'** [1] - 53:15
**buy** [4] - 82:20, 109:7, 111:9, 111:18
**BY** [6] - 4:14, 50:19, 52:15, 80:12, 98:2, 128:2
**Byrnes** [1] - 19:3

# C

**cadre** [1] - 89:6
**Cag** [2] - 83:13, 83:14
**CAG** [1] - 83:14
**Caldwell** [45] - 38:20, 38:25, 39:1, 39:4, 39:6, 39:12, 39:14, 40:3, 40:6, 40:10, 40:12, 41:10, 42:12, 43:6, 43:11, 43:13, 70:18, 70:20, 70:23, 81:11, 81:13, 81:17, 81:21, 82:9, 83:6, 83:10, 83:15, 87:1, 87:6, 87:21, 87:24, 88:6, 92:10, 104:12, 125:2, 125:3, 128:20, 130:16, 130:17, 133:25, 135:19
**Caldwell's** [6] - 39:25, 42:15, 81:15, 82:6, 87:4, 133:20
**Caleb** [1] - 21:13
**caliber** [2] - 26:4, 26:15
**California** [1] - 117:13
**call-in** [1] - 63:23
**calm** [1] - 56:3
**camera** [3] - 124:12, 124:16, 129:19
**cameras** [5] - 124:6, 124:8, 124:9, 126:11, 126:13
**campaign** [1] - 44:5
**camped** [1] - 88:23
**campground** [2] - 90:16, 91:23
**candor** [1] - 73:3
**cannot** [2] - 93:1, 93:15
**Capitol** [6] - 6:10, 6:18, 11:25, 12:18, 13:11, 14:4, 17:9, 17:15, 20:24, 42:20, 54:18, 54:21, 59:16, 87:22, 121:10, 121:13
**car** [3] - 69:1, 77:19, 77:20
**card** [8] - 68:4, 106:9, 107:22, 110:11, 111:14, 114:15, 115:11, 116:21
**care** [1] - 61:22
**career** [2] - 5:3, 5:17
**Carolina** [11] - 39:2, 40:8, 66:8, 66:9, 71:6, 81:4, 103:10, 103:18, 104:1, 123:15, 123:25
**carrier** [1] - 111:10
**carry** [3] - 26:5, 33:23, 112:5

**carrying** [1] - 133:18
**cart** [4] - 128:22, 131:8, 132:21, 134:11
**Carter** [9] - 34:13, 35:10, 38:16, 45:23, 48:5, 48:25, 49:8, 52:23, 124:4
**Carter's** [1] - 50:25
**case** [4] - 4:9, 83:13, 119:11, 138:25
**cases** [2] - 5:22, 107:13
**cash** [4] - 107:23, 108:1, 110:3, 110:10
**catch** [2] - 14:18, 102:22
**cattle** [1] - 63:17
**CBS** [3] - 53:16, 54:13, 54:20
**cc** [1] - 65:19
**CCTV** [5] - 8:2, 120:2, 125:8, 125:20, 133:12
**cell** [4] - 75:9, 77:9, 78:3, 125:22
**cellular** [3] - 8:24, 45:23, 106:22
**certain** [2] - 114:16, 139:20
**certainly** [3] - 18:8, 38:12, 137:19
**CERTIFICATE** [1] - 141:1
**certification** [3] - 6:8, 7:24, 29:2
**certified** [2] - 5:2, 6:21
**Certified** [1] - 141:4
**certify** [2] - 42:19, 141:6
**cetera** [2] - 21:18, 78:2
**chain** [7] - 63:9, 68:21, 70:10, 71:4, 92:12, 99:8, 99:13
**chamber** [1] - 26:6
**chance** [1] - 22:21
**change** [3] - 25:8, 57:18, 76:11
**changed** [3] - 9:22, 74:10
**changes** [2] - 59:20
**changing** [1] - 51:24
**channel** [1] - 84:18
**chapter** [1] - 21:6
**charge** [2] - 38:10, 59:7
**charged** [1] - 37:1
**Charlotte** [1] - 40:7
**chart** [6] - 65:12, 65:21, 75:24, 101:22, 102:16, 123:12
**Chat** [2] - 9:7, 9:22
**chat** [35] - 9:17, 9:20, 11:4, 11:22, 22:14, 27:17, 27:19, 29:14, 29:15, 32:25, 43:18, 43:22, 50:24, 53:10, 53:14, 55:15, 55:16, 59:10, 59:12, 59:21, 60:1, 60:14, 61:5, 62:2, 62:3, 63:21, 65:2, 67:3, 70:13, 83:19, 86:10, 86:11, 86:15, 86:19, 92:15
**chats** [2] - 57:14, 81:16
**check** [3] - 86:23, 125:20, 126:12
**check-in** [2] - 125:20, 126:12
**checked** [2] - 127:21, 131:8
**checking** [1] - 128:19
**checks** [1] - 85:6
**chicom** [1] - 36:12
**chief** [3] - 19:24, 36:11, 36:15
**Chinese** [1] - 36:18
**choice** [3] - 23:16, 43:24, 73:6
**choices** [1] - 26:10
**Christmas** [4] - 21:22, 22:12, 25:12,

25:21
**circle** [2] - 121:10, 121:11
**circled** [1] - 129:18
**circumstances** [2] - 140:9, 140:11
**city** [2] - 33:8, 61:25
**civil** [3] - 36:17, 37:10, 43:9
**civilian** [3] - 77:2, 78:6, 139:5
**claimed** [1] - 54:15
**claims** [1] - 54:20
**clarification** [1] - 79:4
**clarify** [2] - 22:13, 32:20
**clause** [1] - 16:7
**clear** [13] - 6:18, 23:12, 27:19, 37:15,
    55:6, 57:5, 70:23, 72:21, 72:23, 95:19,
    127:3, 137:17, 138:22
**click** [7] - 29:21, 29:23, 35:15, 53:21,
    53:25, 94:14, 95:24
**clicked** [3] - 35:11, 53:17, 94:5
**Clinter** [1] - 85:2
**CLINTON** [1] - 2:16
**clip** [16] - 29:24, 30:2, 30:3, 30:14,
    30:16, 30:17, 30:22, 31:3, 31:10,
    31:13, 31:18, 31:21, 31:23, 32:21,
    34:14
**clips** [4] - 34:24, 120:12, 125:8, 125:10
**close** [6] - 20:24, 39:22, 41:16, 67:13,
    69:14, 112:19
**closed** [1] - 71:12
**closures** [1] - 69:20
**clothing** [1] - 128:8
**Cloud** [1] - 103:16
**cloud** [1] - 45:16
**co** [1] - 76:11
**co-conspirators** [1] - 76:11
**code** [1] - 47:15
**coded** [1] - 102:15
**coding** [1] - 101:22
**coffee** [1] - 82:21
**coffin** [1] - 43:23
**cognizant** [1] - 84:14
**collective** [1] - 139:11
**color** [2] - 101:22, 102:15
**COLUMBIA** [1] - 1:1
**column** [4] - 10:16, 16:18, 39:3, 60:22
**combat** [3] - 84:22, 95:6, 95:12
**combination** [1] - 106:22
**combined** [1] - 57:13
**comfort** [1] - 105:5
**Comfort** [21] - 40:11, 41:16, 77:14,
    79:24, 92:9, 104:8, 104:11, 105:24,
    119:21, 119:25, 120:7, 120:23, 121:9,
    121:12, 121:20, 122:19, 123:1, 123:6,
    123:8, 124:7, 134:21
**coming** [12] - 41:12, 47:4, 47:12, 60:8,
    75:10, 75:11, 76:2, 76:7, 76:14, 78:9,
    131:7, 131:17
**command** [2] - 55:21, 55:23
**commander** [2] - 36:11, 36:15
**Commander** [4] - 41:5, 41:10, 42:7,
    42:8
**comment** [6] - 18:7, 42:14, 42:17,
    42:23, 42:25, 52:9
**commerce** [1] - 117:12
**committed** [1] - 41:19
**commo** [1] - 66:3
**communicating** [1] - 44:23
**communications** [1] - 8:11
**communist** [1] - 18:11
**communists** [1] - 58:5
**companies** [1] - 5:24
**company** [1] - 47:23
**compare** [3] - 108:1, 108:3, 110:2
**comparing** [1] - 123:9
**comparison** [1] - 138:16
**compilation** [1] - 8:11
**complete** [2] - 119:21, 119:24
**completely** [2] - 18:20, 139:7
**complex** [1] - 138:18
**comply** [1] - 89:18
**concedes** [1] - 19:6
**concern** [1] - 76:25
**conclusion** [2] - 36:8, 36:10
**Concord** [2] - 58:21, 58:23
**conditional** [1] - 77:4
**conditionally** [1] - 77:3
**conduct** [2] - 67:9, 67:12
**confer** [1] - 136:20
**conference** [5] - 36:25, 37:3, 63:23,
    69:10, 75:4
**confirmed** [1] - 52:10
**conflict** [1] - 88:25
**confusing** [2] - 37:20, 37:22
**confusion** [1] - 138:23
**Congress** [11] - 21:25, 22:3, 22:21,
    23:5, 25:7, 25:8, 44:4, 52:1, 52:2,
    85:6, 136:10
**Connie** [2] - 96:6, 96:12
**Connor** [1] - 2:9
**consider** [1] - 114:1
**consideration** [1] - 119:6
**consistent** [1] - 78:25
**conspiracy** [4] - 37:17, 37:24, 37:25
**conspirators** [1] - 76:11
**constitution** [1] - 121:15, 122:2
**Constitution** [4] - 18:20, 23:6, 49:6,
    52:21
**constitutional** [1] - 36:13
**contact** [2] - 14:1, 85:2
**contacts** [1] - 42:10
**contained** [1] - 100:24, 114:9
**contents** [3] - 32:13, 45:14, 45:16
**contingency** [1] - 39:22
**continuation** [1] - 62:3
**continue** [2] - 4:9, 68:10
**continued** [2] - 41:24, 55:25
**CONTINUED** [1] - 2:1
**conversation** [2] - 37:11, 38:12
**convince** [1] - 22:22
**cool** [1] - 70:2
**coordinate** [1] - 46:25
**coordinated** [2] - 75:23, 76:4
**coordinates** [1] - 89:7
**coordinating** [1] - 77:13
**coordination** [1] - 8:14
**copied** [1] - 91:21
**copy** [1] - 73:22
**corner** [5] - 18:4, 71:9, 101:21, 124:12,
    126:24, 129:17, 131:21, 135:7
**corporate** [1] - 6:1
**correct** [28] - 9:1, 9:3, 14:21, 26:1,
    27:21, 30:23, 31:2, 32:2, 39:7, 39:10,
    40:1, 42:23, 51:11, 55:11, 60:23,
    71:15, 73:15, 95:14, 95:22, 107:4,
    126:19, 126:25, 129:22, 130:25,
    131:3, 132:13, 133:14, 141:6
**correctly** [1] - 70:9
**correspondent** [1] - 54:15
**corresponds** [2] - 35:5, 65:1
**cost** [1] - 57:25
**Counsel** [2] - 72:1, 118:17
**counsel** [4] - 72:8, 73:2, 101:10, 137:10
**country** [3] - 5:22, 84:2, 140:7
**coup** [2] - 35:25, 54:18
**couple** [4] - 11:22, 25:17, 63:19, 80:10
**COURT** [102] - 1:1, 4:2, 4:6, 4:8, 4:12,
    7:12, 7:14, 7:18, 8:17, 15:21, 31:19,
    31:25, 32:3, 32:8, 32:10, 33:13, 35:19,
    37:13, 37:22, 38:5, 38:9, 49:22, 49:24,
    50:8, 50:11, 50:14, 50:17, 51:3, 51:16,
    51:18, 51:21, 52:8, 54:8, 55:2, 57:3,
    62:23, 64:18, 64:20, 71:19, 71:23,
    72:1, 72:5, 72:15, 73:8, 73:10, 73:17,
    73:20, 74:12, 74:18, 74:23, 75:2,
    75:21, 76:1, 76:6, 76:9, 76:13, 76:17,
    76:20, 77:4, 77:16, 77:22, 78:8, 78:10,
    78:19, 79:1, 79:7, 79:9, 79:12, 79:20,
    79:22, 80:2, 80:4, 80:8, 93:12, 94:16,
    101:10, 101:12, 108:21, 110:22,
    112:1, 113:23, 118:17, 118:20, 119:4,
    121:2, 127:13, 127:19, 128:14, 130:1,
    130:6, 136:2, 136:5, 136:14, 136:17,
    137:4, 137:10, 139:10, 139:17,
    139:19, 139:23, 140:1, 140:10
**court** [10] - 72:10, 73:3, 73:6, 73:12,
    75:16, 78:6, 79:17, 128:12, 128:14,
    140:6
**Court** [4] - 72:16, 73:6, 141:5, 141:15
**Court's** [1] - 114:7
**court's** [3] - 29:20, 72:17, 78:25
**courtroom** [5] - 4:7, 71:22, 80:7, 128:6,
    136:13
**courts** [1] - 44:5
**courtyard** [1] - 40:15
**cover** [1] - 70:8
**coverage** [1] - 136:9
**covered** [4] - 70:15, 122:8, 122:11,
    139:18

**COVID** [1] - 15:14
**CR** [1] - 1:4
**crazy** [1] - 60:15
**create** [4] - 51:2, 72:7, 101:2, 103:23
**creating** [1] - 10:4
**credit** [5] - 68:4, 106:9, 114:15, 115:11, 116:21
**crew** [1] - 87:10
**cross** [11] - 37:23, 75:12, 78:15, 93:21, 127:24, 137:6, 137:9, 137:11, 139:8, 139:12, 140:16
**cross-examination** [6] - 37:23, 75:12, 78:15, 137:6, 137:9, 139:12
**cross-examine** [1] - 127:24
**crossing** [2] - 24:5, 82:13
**crowd** [1] - 20:23
**Crowl** [6] - 87:17, 88:6, 105:22, 123:11, 131:7, 135:19
**CRR** [1] - 141:14
**crud** [1] - 42:19
**crush** [1] - 14:13
**CTR** [1] - 67:13
**Cummings** [1] - 135:14
**current** [1] - 22:18

## D

**D.C** [24] - 1:5, 1:19, 2:18, 6:11, 10:4, 12:1, 13:12, 18:15, 18:23, 20:23, 22:17, 27:23, 29:15, 42:18, 54:16, 68:11, 81:6, 83:18, 86:10, 86:15, 88:13, 92:14, 107:9, 107:24
**dammed** [1] - 22:16
**Darin** [1] - 123:16
**dark** [2] - 88:17, 129:20
**data** [4] - 9:21, 103:1, 106:22, 125:22
**date** [24] - 16:1, 19:10, 19:12, 20:18, 23:17, 25:3, 25:13, 26:17, 27:7, 28:1, 29:2, 38:3, 38:8, 38:16, 48:19, 62:6, 65:3, 85:12, 92:1, 94:3, 109:9, 134:3, 134:12, 134:24
**Dated** [1] - 141:9
**dates** [1] - 64:4
**daughters** [1] - 57:23
**David** [6] - 2:9, 11:6, 11:7, 84:8, 114:16, 123:15
**DAY** [1] - 1:7
**days** [3] - 11:22, 57:13, 85:3
**DC** [59] - 5:20, 32:25, 46:18, 55:11, 55:14, 55:23, 57:13, 57:19, 59:7, 59:10, 59:12, 60:8, 60:9, 60:14, 61:6, 61:22, 62:3, 63:9, 63:21, 65:2, 67:11, 67:14, 68:13, 70:13, 70:22, 71:4, 76:7, 80:24, 81:7, 81:9, 82:25, 83:19, 84:17, 87:19, 89:7, 90:4, 92:23, 92:24, 92:25, 93:1, 93:14, 93:15, 93:21, 94:2, 99:8, 99:11, 99:13, 100:17, 103:16, 104:2, 104:16, 106:6, 110:10, 111:3, 113:14, 122:1, 139:2, 139:3
**de** [1] - 65:7

**de-duplicate** [1] - 65:7
**deal** [3] - 4:3, 74:19, 80:9
**debit** [3] - 107:22, 110:11, 111:14
**December** [41] - 1:6, 8:13, 9:5, 10:21, 11:17, 11:23, 12:6, 16:1, 19:13, 20:19, 21:17, 22:15, 23:20, 25:4, 25:14, 26:18, 27:8, 28:2, 29:16, 30:1, 35:5, 38:17, 40:3, 40:13, 43:19, 51:13, 51:24, 51:25, 55:13, 55:15, 55:18, 60:4, 111:9, 114:22, 115:13, 115:21, 115:22, 117:8, 117:24, 118:12, 141:9
**decent** [1] - 70:8
**decide** [1] - 22:2
**decided** [1] - 47:14
**deck** [1] - 118:8
**declaration** [1] - 46:7
**deemed** [1] - 92:24
**deep** [1] - 36:17
**defeat** [1] - 35:25
**defend** [2] - 23:6, 99:3
**defendant** [1] - 128:13
**Defendant** [4] - 2:2, 2:5, 2:8, 2:15
**defendants** [2] - 37:1, 77:16
**Defendants** [1] - 1:9
**defense** [7] - 72:12, 72:22, 73:1, 74:16, 137:16, 137:21, 137:23
**defensive** [1] - 5:15
**defund** [1] - 84:10
**democrats** [3] - 49:17, 51:9, 53:7
**demonstrative** [3] - 62:21, 118:25, 119:9
**depart** [1] - 67:9
**departed** [5] - 101:18, 102:19, 104:23, 105:9, 105:17
**department** [2] - 6:18, 63:13
**departs** [1] - 134:2
**departure** [4] - 52:4, 67:3, 67:6, 88:16
**describe** [4] - 45:9, 64:2, 102:17, 129:11
**description** [2] - 15:11, 50:4
**deserve** [1] - 114:3
**designated** [3] - 46:14, 104:20, 105:8
**designation** [6] - 8:25, 34:18, 41:9, 61:14, 66:15, 68:6
**detail** [4] - 12:17, 28:7, 45:9, 58:22
**determinations** [1] - 125:17
**determine** [3] - 20:16, 126:9, 126:15
**detour** [1] - 67:3
**develop** [1] - 71:17
**device** [1] - 9:23
**devices** [3] - 45:15, 113:10, 113:20
**devil** [2] - 49:17, 53:7
**differ** [1] - 44:4
**different** [9] - 11:4, 25:23, 29:14, 79:10, 84:7, 95:15, 137:7, 138:13, 139:7
**difficult** [1] - 74:7
**diligent** [1] - 136:9
**dims** [1] - 103:24
**Direct** [1] - 3:6

**DIRECT** [1] - 4:14
**direct** [10] - 61:11, 65:16, 68:1, 68:2, 89:14, 89:24, 90:25, 137:11, 137:12, 140:16
**direction** [2] - 130:18, 132:11
**directly** [2] - 33:23, 103:16
**discovery** [1] - 138:15
**discuss** [5] - 71:24, 86:12, 118:17, 136:15, 136:22
**discussed** [4] - 69:13, 81:20, 84:21, 92:11
**discussing** [3] - 37:4, 50:4, 67:3
**discussion** [1] - 80:15
**display** [2] - 51:3, 51:4
**displayed** [1] - 51:2
**disrupt** [1] - 137:21
**distinction** [1] - 72:25
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [1] - 141:5
**divided** [1] - 6:15
**DM** [3] - 67:18, 67:19, 99:17
**dock** [2] - 66:22, 82:14
**document** [3] - 5:9, 31:13, 120:6
**document-heavy** [1] - 5:9
**documents** [4] - 5:11, 119:1, 119:5
**Dolan** [1] - 135:12
**dollars** [1] - 115:17
**dolly** [1] - 132:21
**domestic** [1] - 36:14
**Dominic** [1] - 28:20
**Don** [17] - 55:17, 55:21, 56:25, 57:7, 59:6, 59:8, 61:9, 61:12, 61:17, 63:8, 65:14, 69:6, 69:9, 69:11, 69:13, 83:19, 85:18
**don** [1] - 68:4
**Donald** [1] - 19:24
**done** [7] - 33:8, 36:11, 56:16, 72:11, 74:9, 74:10, 76:3
**Donovan** [7] - 87:10, 87:14, 87:16, 87:17, 123:11, 131:7, 135:18
**doomed** [7] - 49:17, 50:3, 51:9, 53:7
**door** [2] - 122:14, 124:21
**doors** [4] - 122:18, 122:25, 124:9
**dots** [1] - 75:24
**Doug** [10] - 38:22, 39:2, 66:4, 66:6, 66:7, 66:25, 87:2, 87:20, 100:7
**Doug's** [1] - 66:13
**down** [24] - 5:18, 8:25, 16:13, 19:5, 20:10, 26:16, 34:18, 36:1, 39:19, 41:18, 59:22, 68:6, 71:23, 84:2, 124:12, 124:15, 129:17, 130:16, 130:23, 131:17, 132:11, 133:25, 136:14
**downtown** [1] - 41:17
**dox** [1] - 19:19
**dozens** [1] - 52:11
**Dr** [4] - 48:4, 88:11, 88:12, 88:15
**draw** [1] - 75:13
**drive** [1] - 82:25

8

**driving** [2] - 41:14, 90:6
**drop** [4] - 66:5, 66:12, 67:7, 86:20
**dropbox** [2] - 94:1, 95:13
**Dropbox** [1] - 96:15
**dropped** [1] - 106:6
**drove** [4] - 103:15, 105:17, 106:10, 106:13
**dude** [1] - 82:24
**due** [3] - 37:8, 58:6, 126:3
**Duggan** [3] - 62:14, 62:15, 63:3
**duplicate** [2] - 65:6, 65:7
**duration** [1] - 65:4
**during** [8] - 20:23, 63:11, 71:24, 72:8, 74:15, 79:17, 110:9, 114:2
**duties** [2] - 5:4, 140:8

## E

**e-commerce** [1] - 117:12
**early** [7] - 4:2, 5:25, 6:9, 56:24, 83:12, 105:2, 105:18
**Earp** [1] - 124:2
**easier** [3] - 24:23, 24:25, 79:19
**east** [1] - 121:24
**easy** [1] - 41:17
**echoing** [1] - 23:12
**Ed** [15] - 34:6, 45:25, 48:15, 48:24, 88:10, 89:4, 89:13, 90:9, 91:1, 91:18, 91:21, 124:4, 132:8, 132:25
**ed** [4] - 46:1, 48:4, 88:19, 89:6
**edge** [1] - 69:22
**edited** [1] - 127:3
**editing** [2] - 31:23, 32:3
**Edward** [3] - 2:16, 97:21, 125:13
**EDWARDS** [6] - 72:10, 73:1, 73:9, 74:6, 74:21, 74:25
**Edwards** [4] - 1:17, 10:10, 73:18, 80:24
**effect** [2] - 32:14, 55:4
**efficiency** [1] - 72:20
**efficient** [1] - 72:7
**effort** [2] - 57:24, 57:25
**efforts** [4] - 8:14, 49:13, 53:1, 82:12
**eight** [13] - 29:24, 30:2, 30:3, 30:14, 30:16, 31:3, 31:4, 31:10, 31:12, 31:17, 31:23, 31:25, 32:3
**eight-minute** [10] - 29:24, 30:2, 30:3, 30:14, 30:16, 31:3, 31:4, 31:10, 31:12, 31:17
**either** [6] - 4:4, 34:2, 70:23, 72:25, 77:17, 82:11
**election** [2] - 6:8, 58:6
**electors** [1] - 52:2
**elements** [1] - 67:14
**elevator** [6] - 126:17, 126:18, 129:16, 131:16, 132:3, 132:9
**elevators** [4] - 122:14, 122:20, 123:1, 123:2
**elicit** [2] - 75:22, 77:24
**elimination** [3] - 77:15, 77:17, 77:23

**email** [1] - 74:1
**emailed** [3] - 138:7, 138:9, 138:20
**emails** [1] - 5:10
**embedded** [1] - 52:3
**emergency** [1] - 140:8
**emoji** [4] - 49:17, 53:7, 61:2, 88:3
**employment** [1] - 6:25
**en** [2] - 110:10, 113:14
**encampment** [1] - 89:7
**enclosed** [1] - 61:23
**encrypted** [2] - 45:11, 45:12
**End** [8] - 32:7, 38:14, 50:16, 79:21, 98:1, 119:3, 128:1, 136:4
**end** [16] - 4:4, 37:18, 38:8, 52:7, 56:23, 58:13, 66:3, 72:3, 76:19, 96:20, 99:1, 99:7, 106:17, 106:24, 136:6, 138:25
**ended** [1] - 38:8
**ending** [1] - 135:24
**enemies** [1] - 36:14
**enforcement** [1] - 56:15
**engage** [1] - 44:17
**engagement** [1] - 59:1
**engine** [1] - 67:17
**enjoyable** [1] - 94:25
**enlarge** [1] - 108:24
**enormous** [1] - 44:12
**Enrique** [4] - 28:5, 28:8, 93:1, 93:4, 93:8, 93:9, 93:16
**ensure** [1] - 101:5
**enter** [2] - 92:23, 122:25
**entered** [1] - 54:1
**enters** [2] - 4:7, 80:7
**entire** [2] - 34:7, 73:22
**entitled** [1] - 141:8
**entrance** [5] - 121:23, 121:25, 122:11, 122:18
**entries** [1] - 65:6
**Epoch** [2] - 44:3, 44:6
**equally** [1] - 73:24
**equipment** [2] - 47:4, 48:17
**equipped** [1] - 58:16
**ERO** [1] - 67:17
**errand** [2] - 22:17, 23:2
**especially** [1] - 84:12
**essentially** [2] - 37:6, 72:17
**et** [2] - 21:17, 78:2
**ET** [1] - 1:7
**ETA** [1] - 90:2
**evaluating** [1] - 114:5
**Eve** [2] - 28:4, 52:4
**evening** [12] - 21:22, 25:22, 26:21, 54:13, 67:16, 86:24, 87:12, 101:19, 105:23, 106:15, 107:2, 136:8
**event** [4] - 7:23, 81:18, 98:18, 118:23
**events** [3] - 22:18, 27:23, 136:10
**evidence** [44] - 8:16, 8:18, 9:14, 15:20, 15:22, 30:19, 30:24, 31:22, 32:9, 35:18, 35:21, 37:7, 37:14, 44:3, 52:1, 54:9, 54:15, 57:2, 57:4, 64:16, 64:19,

74:12, 85:5, 94:17, 101:9, 101:13, 108:7, 108:17, 108:22, 110:16, 110:23, 114:1, 115:3, 115:6, 118:21, 119:7, 119:10, 119:11, 121:1, 121:4, 135:25, 136:21
**exact** [5] - 67:15, 74:9, 138:10, 138:11, 138:20
**exactly** [4] - 73:14, 73:15, 138:4, 139:15
**examination** [6] - 37:23, 75:12, 78:15, 137:6, 137:9, 139:12
**EXAMINATION** [1] - 4:14
**Examination** [1] - 3:6
**examine** [1] - 127:24
**example** [3] - 5:7, 64:24, 108:23
**excel** [1] - 64:4
**excerpt** [1] - 34:15
**exchange** [1] - 70:12
**exchanged** [2] - 12:6, 12:9
**exchanges** [1] - 109:3
**excuse** [1] - 24:21
**executed** [1] - 56:17
**exhibit** [23] - 31:2, 32:11, 51:2, 73:23, 76:5, 78:25, 80:13, 101:2, 101:4, 103:24, 108:25, 110:8, 111:2, 112:21, 114:6, 115:3, 119:9, 120:20, 121:3, 137:25, 139:1
**Exhibit** [21] - 3:8, 8:8, 8:18, 10:12, 10:13, 12:4, 15:22, 32:9, 35:21, 54:9, 57:4, 64:19, 80:23, 94:17, 101:13, 110:23, 120:17, 120:18, 121:1, 121:4, 121:6
**Exhibits** [2] - 108:22, 115:6
**exhibits** [14] - 64:21, 64:22, 74:11, 76:16, 78:17, 108:21, 113:24, 114:1, 114:5, 137:25, 138:1, 138:5, 138:7, 138:18
**exigent** [2] - 140:9, 140:10
**exist** [1] - 126:6
**exits** [2] - 71:22, 136:13
**expect** [1] - 138:24
**expected** [1] - 75:5
**expert** [3] - 75:19, 76:24, 111:21
**expert's** [1] - 78:15
**explain** [1] - 109:1
**expose** [1] - 44:7
**external** [1] - 26:4
**extra** [2] - 26:16, 73:23
**extremely** [1] - 22:4
**Eye** [1] - 2:17
**eyes** [2] - 40:15, 74:5

## F

**face** [2] - 47:5, 61:2
**Facebook** [11] - 8:3, 8:12, 12:10, 12:12, 33:19, 42:13, 42:15, 43:4, 43:8, 85:1
**faces** [2] - 28:17, 28:19
**facility** [1] - 95:3
**facing** [1] - 123:25
**fact** [5] - 38:8, 55:4, 74:10, 77:13,

137:11
**fail** [2] - 18:21, 36:16
**fails** [3] - 18:20, 23:15, 23:18
**fair** [5] - 39:25, 45:16, 111:21, 127:22, 137:21
**faith** [2] - 16:24, 17:3
**fall** [1] - 14:18
**familiar** [3] - 14:3, 78:2, 100:14
**familiarity** [1] - 127:20
**families** [1] - 83:24
**family** [1] - 86:24
**fan** [2] - 60:17, 69:21
**far** [9] - 27:24, 48:5, 48:11, 66:13, 81:9, 87:22, 88:2, 91:23, 111:23
**farm** [1] - 61:13
**FBI** [10] - 4:22, 4:25, 5:3, 5:13, 6:23, 112:3, 112:8, 125:25, 126:1, 137:7
**FBI-related** [1] - 137:7
**fed** [1] - 57:17
**feelers** [1] - 83:11
**feet** [1] - 24:3
**fellow** [1] - 57:21
**felt** [2] - 88:17, 126:4
**ferries** [1] - 82:24
**ferry** [2] - 82:18, 82:24
**few** [7] - 24:3, 24:18, 33:3, 90:10, 94:20, 94:23, 133:6
**field** [1] - 5:5
**fifth** [1] - 117:23
**fight** [4] - 36:10, 36:14, 36:16, 43:23
**figure** [2] - 14:12, 51:21
**fill** [1] - 17:22
**final** [5] - 43:22, 113:7, 114:17, 114:19, 118:8
**financial** [9] - 5:11, 5:21, 76:5, 100:20, 106:23, 107:8, 107:10, 107:11, 110:12
**financing** [1] - 5:21
**fine** [4] - 50:15, 72:23, 135:24, 137:9
**fingers** [1] - 57:23
**finish** [6] - 67:20, 80:13, 83:12, 137:20, 140:15
**firearm** [1] - 112:5, 112:12
**firearms** [5] - 5:15, 13:2, 18:23, 108:15, 111:22
**firm** [2] - 72:16, 140:5
**first** [34] - 8:21, 15:9, 16:16, 30:8, 30:15, 31:5, 31:9, 31:17, 36:9, 38:25, 41:2, 45:25, 49:19, 53:11, 56:8, 59:1, 59:13, 59:24, 63:19, 64:25, 75:7, 83:24, 100:11, 108:24, 109:6, 109:17, 111:6, 115:8, 115:19, 126:11, 126:16, 129:5, 137:16, 137:19
**fish** [1] - 82:22
**five** [2] - 40:17, 87:10
**fixed** [1] - 124:8
**FL** [4] - 2:10, 2:14, 19:15, 68:4
**flag** [4] - 17:16, 36:24, 62:11, 63:7
**Flagstaff** [1] - 104:24
**flawed** [1] - 84:16

**flew** [2] - 103:18, 106:9
**flies** [1] - 140:7
**flight** [1] - 140:15
**flip** [5] - 9:13, 10:2, 36:1, 56:10, 59:3
**flipping** [1] - 56:19
**floor** [18] - 123:2, 124:23, 126:11, 126:13, 126:14, 126:16, 129:6, 129:10, 129:16, 130:16, 131:15, 132:3, 132:9, 133:7, 133:20, 133:24, 133:25
**floors** [1] - 123:2
**Florida** [28] - 12:16, 14:21, 16:16, 18:5, 21:6, 21:19, 22:14, 26:22, 27:13, 33:17, 44:1, 67:2, 70:21, 70:22, 70:24, 84:6, 85:3, 85:22, 86:10, 86:15, 86:17, 91:10, 99:13, 102:15, 102:19, 102:21, 103:16, 124:3
**flow** [2] - 137:6, 137:22
**flying** [1] - 17:15
**Flynn** [1] - 19:4
**focus** [2] - 7:6, 23:13
**focused** [2] - 39:16, 76:13
**folio** [4] - 119:25, 120:6, 126:13, 128:19
**folks** [3] - 63:10, 83:1, 105:21
**follow** [3] - 74:5, 79:5, 87:13
**followed** [1] - 74:8
**following** [2] - 52:9, 65:13
**follows** [1] - 133:25
**followup** [1] - 16:20
**fool's** [2] - 22:17, 23:2
**footage** [9] - 8:2, 79:19, 95:15, 96:14, 96:16, 120:2, 120:21, 125:8, 125:21, 125:25, 126:1, 126:5, 126:6, 126:10, 126:15, 129:6, 129:10, 131:17, 133:12
**FOR** [1] - 1:1
**force** [5] - 14:2, 14:10, 20:10, 44:10, 67:6
**Force** [12] - 7:8, 7:10, 7:11, 7:17, 7:19, 8:1, 39:1, 41:19, 70:20, 70:21, 125:3, 131:22
**forefathers** [1] - 57:22
**foregoing** [1] - 141:6
**foreign** [1] - 36:14
**forge** [1] - 88:18
**Forge** [2] - 88:20, 88:23
**form** [1] - 37:6
**format** [1] - 64:3
**former** [1] - 14:25
**forms** [3] - 49:5, 52:20, 102:25
**Fort** [1] - 2:10
**forth** [1] - 57:24
**forum** [1] - 27:17
**forward** [39] - 26:19, 59:9, 93:12, 94:19, 95:8, 95:17, 97:4, 98:25, 102:1, 102:11, 102:13, 102:17, 103:6, 103:21, 104:3, 104:17, 116:9, 121:16, 122:9, 122:21, 123:18, 124:18, 125:5, 127:2, 128:23, 129:12, 130:11, 130:20, 131:11, 131:23, 132:5, 132:17, 132:22, 133:15, 134:6,

134:15, 134:22, 135:15, 136:11
**foundation** [7] - 77:5, 97:22, 97:23, 97:25, 112:2, 127:14, 127:22
**four** [14] - 10:5, 14:25, 26:2, 47:11, 47:21, 63:4, 63:6, 69:12, 77:19, 87:25, 105:21, 115:12, 131:4, 134:9
**fourth** [3] - 77:23, 115:21, 116:21
**frank** [2] - 123:14, 128:18
**frankly** [1] - 137:13
**fraud** [5] - 5:6, 6:1, 23:6, 44:8, 58:6
**free** [2] - 49:12, 52:25
**freedoms** [1] - 57:24
**freezing** [1] - 88:16
**friend** [1] - 85:10
**friendly** [1] - 64:3
**friends** [2] - 57:22, 85:13
**front** [7] - 17:15, 28:20, 52:1, 84:2, 101:15, 110:1, 121:5
**fruitful** [1] - 37:24
**fucker** [3] - 49:16, 51:8, 53:6
**fucking** [5] - 14:13, 16:25, 43:10
**fuel** [1] - 82:20
**full** [7] - 41:11, 52:3, 68:21, 73:4, 83:12, 84:23, 85:3
**fully** [1] - 58:17
**funds** [1] - 15:11
**FYI** [2] - 29:19, 33:1

## G

**gain** [1] - 47:12
**game** [2] - 14:19, 51:24
**garage** [3] - 68:21, 122:11, 122:14
**garden** [1] - 105:19
**Garden** [1] - 106:7
**gate** [1] - 68:21
**gather** [2] - 7:20, 86:12
**gathering** [1] - 54:16
**gator** [9] - 20:1, 21:8, 21:10, 21:16, 25:25, 26:1, 63:14, 69:18, 86:4
**Gator** [14] - 11:21, 17:8, 20:5, 20:20, 21:2, 23:22, 23:24, 24:7, 67:25, 85:22, 85:24, 99:12, 99:15, 99:18
**gear** [1] - 26:10
**gears** [3] - 38:19, 44:19, 88:5
**Geissele** [1] - 109:7
**general** [7] - 31:7, 58:18, 88:18, 88:20, 88:22, 120:4
**generally** [20] - 7:9, 8:10, 15:10, 19:21, 28:7, 30:13, 63:22, 85:16, 89:17, 94:13, 101:14, 102:19, 108:10, 110:7, 110:24, 111:24, 114:14, 114:20, 121:8, 124:6
**genius** [2] - 16:8, 83:3
**gentleman** [4] - 25:18, 28:20, 52:18, 128:10
**gentlemen** [5] - 12:1, 13:12, 49:3, 55:3, 136:5
**GenX** [5] - 16:6, 16:9, 16:11, 19:1, 22:12
**George** [3] - 88:18, 88:20, 88:23

**Georgetown** [1] - 111:15
**Georgia** [1] - 106:4
**GG** [4] - 17:18, 17:24, 26:7, 26:11
**given** [2] - 64:22, 138:5
**Glebe** [4] - 42:4, 92:5, 92:9, 121:21
**Glock** [1] - 26:15
**God** [3] - 49:3, 52:14, 52:18
**goggles** [2] - 28:21, 113:17
**goods** [1] - 58:9
**Google** [3] - 88:2, 120:22, 121:9
**Googling** [1] - 112:9
**Gorda** [1] - 2:14
**GoTo** [1] - 63:19
**goto** [8] - 63:21, 63:22, 63:25, 64:8, 65:14, 69:10, 85:17, 86:7
**gotta** [1] - 20:23
**Government** [9] - 1:16, 10:12, 10:13, 12:4, 80:22, 120:16, 120:18, 121:1, 121:6
**government** [25] - 4:10, 30:18, 31:9, 31:23, 37:5, 37:20, 50:8, 51:6, 54:6, 63:24, 64:16, 72:6, 72:12, 72:21, 74:16, 80:19, 95:14, 95:21, 108:6, 117:14, 130:7, 136:23, 137:7, 138:18, 139:1
**Government's** [1] - 8:8
**government's** [3] - 4:9, 72:9, 72:13
**grab** [1] - 78:23
**Granbury** [3] - 105:10, 109:8, 111:2
**grant** [2] - 49:3, 52:18
**grass** [1] - 117:12
**Graydon** [7] - 16:12, 16:14, 16:17, 16:20, 19:1, 22:15, 103:18
**great** [4] - 40:14, 42:5, 61:23, 68:20
**green** [5] - 58:21, 58:23, 101:23, 122:7, 133:3
**Greene** [2] - 69:3, 98:24
**greene** [1] - 105:16
**greetings** [1] - 89:13
**Grimes** [2] - 43:7, 43:8
**grocery** [1] - 58:11
**Grods** [2] - 65:17, 65:18, 65:23, 65:25
**ground** [5] - 23:8, 41:18, 67:6, 85:22, 86:5
**grounds** [1] - 6:18
**group** [27] - 6:17, 9:6, 10:24, 11:4, 12:5, 12:16, 14:2, 14:3, 14:12, 14:17, 26:22, 28:10, 28:12, 33:17, 41:12, 45:22, 48:22, 48:24, 59:15, 81:6, 82:5, 83:18, 84:7, 106:2, 134:19, 135:4
**group's** [1] - 46:3
**groupings** [1] - 134:10
**groups** [4] - 33:4, 57:14, 57:15, 111:10
**guardians** [1] - 27:1
**guess** [1] - 72:19
**guessed** [1] - 22:16
**gun** [4] - 17:21, 20:14, 26:3, 26:4
**guy** [2] - 61:1, 82:23
**guys** [5] - 24:22, 26:22, 29:11, 33:23,

41:12

# H

**H-I-L-G-E-M-A-N** [1] - 4:20
**Hackett** [15] - 2:6, 17:6, 75:8, 75:25, 76:24, 77:2, 77:7, 77:10, 77:15, 78:1, 78:7, 79:18, 79:25, 96:11, 110:18
**hacksaw** [2] - 62:13, 62:15
**Hacksaw** [1] - 63:3
**Haggman** [4] - 29:25, 34:8, 34:14
**half** [2] - 14:25, 121:14
**Halim** [1] - 2:6, 74:1, 110:18
**HALIM** [18] - 62:25, 73:11, 75:3, 78:13, 108:18, 110:18, 110:20, 111:25, 136:23, 137:5, 137:13, 138:1, 138:4, 138:8, 138:10, 138:12, 139:15, 139:18
**hall** [2] - 129:17, 134:1
**hallway** [3] - 124:13, 124:17, 130:23
**hand** [13] - 18:4, 63:5, 63:6, 63:7, 72:24, 101:21, 126:24, 129:9, 129:24, 130:9, 131:2, 131:21, 135:7
**handful** [1] - 118:24
**handle** [2] - 82:13, 136:3
**hands** [1] - 129:5
**Haney** [2] - 97:11, 97:12
**hang** [1] - 14:17
**hanging** [1] - 82:21
**hangout** [7] - 11:5, 14:21, 22:14, 26:22, 44:1, 67:2, 84:6
**hard** [3] - 49:25, 58:5, 58:8
**Harrelson** [6] - 85:25, 86:2, 95:10, 96:11, 98:20, 135:8
**hatred** [1] - 54:13
**head** [2] - 130:18, 139:20
**headed** [3] - 56:3, 67:22, 132:11
**heading** [3] - 12:1, 13:12, 129:17
**headphones** [2] - 49:22, 55:1
**headquarters** [1] - 5:20
**heads** [1] - 75:5
**heads-up** [1] - 75:5
**hear** [3] - 17:10, 20:25, 49:25
**hearsay** [1] - 75:13
**heavy** [3] - 5:9, 34:2, 82:17
**held** [1] - 141:7
**hell** [3] - 13:24, 17:10, 41:20
**help** [3] - 6:18, 83:2, 101:2
**helpful** [1] - 37:25
**helping** [1] - 10:11
**hereby** [1] - 141:5
**HI** [1] - 2:4
**hi** [1] - 48:15
**high** [1] - 39:20
**highlight** [1] - 113:7
**highlighted** [4] - 72:11, 115:12, 116:6, 117:8
**highly** [1] - 57:16
**hike** [1] - 88:2
**HILGEMAN** [2] - 3:5, 4:13

**Hilgeman** [30] - 4:11, 4:20, 29:21, 50:20, 51:5, 54:12, 62:15, 71:23, 75:7, 75:13, 76:23, 78:20, 79:2, 79:18, 79:22, 83:5, 94:11, 94:18, 94:23, 97:8, 98:3, 102:2, 107:8, 109:1, 111:21, 112:3, 114:9, 136:14, 137:6, 137:8
**Hill** [1] - 42:20
**Hilton** [2] - 105:19, 106:7
**himself** [2] - 48:25, 106:7
**historic** [2] - 49:4, 52:19
**history** [1] - 27:6
**hits** [2] - 60:17, 69:21
**Holbrook** [1] - 45:25
**hold** [1] - 39:22
**holden** [1] - 97:11
**Holden** [2] - 97:12, 123:16
**holding** [2] - 84:2, 139:19
**holiday** [1] - 52:4
**home** [5] - 40:7, 84:2, 105:17, 105:22, 106:13
**homes** [1] - 102:19
**honor** [1] - 29:10
**Honor** [34] - 4:10, 7:13, 8:15, 32:5, 35:17, 36:21, 36:23, 49:21, 50:1, 50:2, 50:13, 51:1, 52:7, 54:25, 57:1, 64:15, 71:25, 73:11, 73:21, 75:15, 78:24, 79:13, 80:11, 94:15, 97:19, 101:8, 108:16, 115:2, 119:13, 120:25, 127:11, 129:25, 135:21, 139:4
**HONORABLE** [1] - 1:12
**hooking** [1] - 88:17
**Hoover** [1] - 106:14
**Hope** [1] - 44:2
**hope** [5] - 16:8, 22:3, 25:7, 40:14, 42:5
**hoping** [1] - 18:14
**hornet's** [1] - 87:8
**hosted** [4] - 30:3, 31:5, 99:4
**hosts** [1] - 95:6
**hotel** [30] - 7:22, 8:2, 8:5, 39:15, 39:18, 42:3, 61:20, 68:4, 68:11, 69:1, 69:14, 75:8, 77:20, 79:24, 86:22, 87:12, 99:14, 103:5, 103:11, 104:6, 104:11, 106:5, 121:22, 122:6, 124:1, 131:7, 133:7, 133:8, 134:2
**hour** [9] - 29:25, 31:8, 34:8, 34:14, 34:16, 34:23, 35:1, 139:16, 139:24
**hours** [12] - 30:1, 31:7, 31:15, 58:11, 66:13, 66:23, 90:10, 105:18, 120:2, 120:3, 120:21, 133:6
**House** [1] - 54:15
**house** [1] - 67:7
**Hughes** [3] - 1:17, 138:4, 138:6
**hundred** [1] - 24:3
**hundreds** [2] - 98:9, 115:17
**Hydro** [3] - 9:6, 9:8, 59:24
**hydro** [2] - 59:21, 59:22

# I

**icon** [1] - 59:15

**ID** [5] - 64:4, 64:6, 65:1, 65:3, 128:15
**idea** [2] - 18:16, 83:12
**identification** [8] - 77:6, 77:25, 78:10, 100:25, 107:15, 120:10, 120:14, 128:13
**identifications** [4] - 97:23, 98:16, 127:20, 127:23
**identified** [7] - 19:1, 36:24, 75:8, 76:23, 81:22, 123:5, 129:21
**identify** [16] - 16:9, 17:2, 17:23, 20:4, 34:10, 77:16, 77:17, 79:18, 79:23, 79:25, 123:7, 125:10, 128:6, 128:8, 129:23, 130:6
**identifying** [1] - 77:2, 98:17
**identity** [1] - 125:17
**IDs** [3] - 64:5, 65:9, 127:17
**IIRC** [1] - 70:8
**illegal** [1] - 92:24
**illegitimate** [1] - 36:17
**Illinois** [1] - 97:13
**image** [2] - 24:9, 24:12
**immediate** [2] - 75:21, 138:17
**IMO** [1] - 18:22
**importance** [2] - 84:2, 114:3
**important** [2] - 84:3
**importantly** [1] - 27:1
**impossible** [1] - 126:22
**IN** [1] - 1:1
**in-court** [2] - 128:12, 128:14
**in..** [1] - 110:4
**inability** [1] - 83:22
**inaccuracy** [1] - 127:24
**inauguration** [1] - 29:3
**include** [11] - 5:14, 29:4, 33:18, 54:22, 55:16, 79:8, 100:20, 107:11, 107:14, 111:16, 113:15
**included** [4] - 48:24, 50:5, 107:12, 112:21
**includes** [1] - 79:9
**including** [4] - 40:17, 58:1, 93:1, 93:15
**incorrectly** [1] - 91:22
**independence** [1] - 46:7
**INDEX** [1] - 3:2
**Indian** [1] - 2:6
**Indianapolis** [1] - 105:17
**indicates** [1] - 77:15
**indication** [1] - 72:14
**indictment** [2] - 37:16, 38:3
**individual** [20] - 12:7, 12:25, 16:17, 21:20, 38:25, 41:2, 59:25, 60:2, 87:17, 93:4, 95:10, 95:11, 108:14, 109:23, 109:25, 111:10, 113:5, 113:12, 125:12, 135:3
**individuals** [33] - 7:7, 7:21, 39:2, 44:22, 83:7, 97:24, 98:12, 98:19, 98:23, 100:18, 101:18, 102:9, 102:14, 102:25, 103:10, 103:25, 104:15, 104:20, 105:5, 105:7, 107:3, 111:20, 114:23, 120:1, 123:5, 123:7, 123:9, 125:10, 125:23, 134:10, 134:19,

135:1, 135:5
**indulgence** [2] - 29:20, 114:7
**inevitable** [1] - 58:21
**information** [13] - 7:20, 56:6, 71:17, 75:14, 75:22, 75:25, 76:5, 77:9, 77:11, 98:15, 100:24, 101:3, 119:4
**initials** [1] - 14:4
**initiative** [1] - 5:23
**inn** [1] - 105:19
**Inn** [23] - 40:11, 41:16, 77:14, 79:24, 92:9, 104:8, 104:11, 105:5, 105:24, 106:7, 119:22, 119:25, 120:7, 120:23, 121:9, 121:12, 121:20, 122:19, 123:1, 123:6, 123:8, 124:7, 134:21
**inner** [1] - 40:14
**inquire** [1] - 67:9
**inside** [2] - 17:10, 20:25
**inspections** [1] - 67:9
**instead** [2] - 22:3, 108:19
**instruct** [3] - 79:17, 79:22, 79:25
**instructed** [1] - 6:10
**instruction** [8] - 37:1, 37:5, 37:8, 37:12, 37:19, 38:11, 54:25, 78:20
**instructor** [1] - 26:2
**insurrection** [1] - 16:7
**Insurrection** [5] - 18:20, 23:4, 23:7, 35:25, 85:4
**Intel** [1] - 9:18
**intending** [3] - 31:9, 31:16, 75:22
**intent** [1] - 37:7
**interest** [1] - 72:20
**interested** [1] - 82:19
**interior** [2] - 122:6, 123:25
**internet** [1] - 33:4
**interpretation** [1] - 37:9
**interrupting** [1] - 137:5
**interview** [1] - 5:16
**introduce** [1] - 4:18
**introduced** [4] - 30:23, 30:25, 31:21, 32:12
**investigate** [5] - 56:5, 56:16, 80:18, 107:8, 107:23
**investigation** [19] - 7:2, 7:6, 7:20, 8:1, 9:8, 17:2, 17:23, 20:4, 20:15, 40:22, 78:2, 98:4, 98:10, 98:13, 100:6, 119:21, 119:24, 120:13, 127:21
**investigations** [1] - 5:6
**invite** [6] - 63:20, 65:1, 65:14, 65:20, 85:17, 86:8
**invoke** [1] - 18:22
**invokes** [1] - 18:20
**involve** [1] - 8:13
**involved** [4] - 7:1, 44:8, 80:19, 98:10
**involving** [1] - 140:8
**Isaacs** [2] - 103:14, 103:15
**issue** [4] - 31:20, 72:19, 74:24, 75:21, 137:10, 137:17
**IT** [1] - 47:23
**item** [9] - 129:5, 129:8, 130:17, 131:1,

133:18, 133:19, 133:23, 134:1
**items** [14] - 15:15, 62:4, 63:17, 93:1, 93:15, 111:16, 112:21, 113:15, 113:16, 116:1, 134:11, 134:21, 135:1, 135:6
**itself** [2] - 8:5, 127:18

## J

**J20** [1] - 28:23
**J6** [1] - 28:23
**Jackson** [2] - 2:10, 106:3
**Jacksonville** [2] - 102:21, 103:1
**James** [15] - 9:12, 10:3, 55:19, 59:24, 61:5, 61:9, 61:12, 65:16, 65:18, 65:21, 65:24, 66:13, 69:11, 106:2, 106:6
**James's** [2] - 61:15, 66:16
**Jan** [31] - 10:5, 11:18, 17:15, 18:21, 19:10, 25:19, 29:11, 29:15, 32:25, 42:18, 44:4, 44:8, 44:9, 55:11, 55:14, 59:10, 59:12, 60:14, 62:3, 63:9, 63:21, 65:2, 67:10, 70:13, 71:4, 81:6, 83:18, 84:18, 86:11, 86:15, 92:14
**January** [85] - 5:19, 5:25, 6:3, 8:13, 8:14, 9:25, 10:24, 10:25, 12:18, 14:4, 27:24, 28:14, 29:2, 37:18, 38:3, 38:4, 38:6, 38:8, 43:14, 48:20, 48:22, 52:1, 53:14, 56:24, 58:19, 61:8, 62:7, 63:9, 63:15, 67:5, 68:3, 69:8, 69:16, 75:8, 75:23, 76:14, 81:5, 81:17, 81:22, 82:9, 83:10, 83:20, 84:7, 84:25, 85:14, 85:17, 87:2, 89:20, 92:2, 92:21, 94:4, 99:9, 99:13, 99:21, 99:24, 101:17, 101:19, 102:10, 102:20, 103:23, 103:24, 104:10, 104:16, 105:18, 105:25, 106:15, 107:3, 109:10, 111:10, 111:12, 111:13, 112:18, 112:24, 113:2, 132:2, 133:6, 134:4, 134:13, 135:5, 135:18, 135:20
**Jason** [1] - 135:12
**jeans** [1] - 84:22
**Jeffrey** [1] - 1:16
**Jenny** [2] - 137:1, 138:23
**Jeremy** [13] - 12:7, 12:13, 12:15, 13:23, 14:8, 18:2, 18:4, 26:12, 33:14, 33:16, 67:4, 67:5, 135:4
**Jersey** [2] - 10:22, 106:10
**Jessica** [18] - 40:16, 40:21, 40:25, 41:1, 41:2, 41:6, 41:7, 42:9, 55:16, 86:16, 86:17, 86:18, 87:11, 87:18, 97:3, 123:11, 131:7, 135:19
**Jiang** [1] - 54:15
**Jim** [3] - 62:13, 62:15, 63:3
**job** [3] - 24:23, 86:4, 112:8
**John** [2] - 42:14, 42:23
**join** [1] - 52:10
**Joseph** [3] - 2:6, 17:6, 96:11
**Josh** [5] - 55:19, 55:22, 61:9, 65:21, 69:11
**Joshua** [9] - 9:12, 59:24, 61:5, 61:12,

61:15, 65:16, 65:18, 65:24, 66:16
**Jr** [1] - 2:2
**JUDGE** [1] - 1:13
**jump** [1] - 83:2
**jurisdictions** [1] - 140:4
**jurors** [1] - 80:5
**JURY** [1] - 1:12
**jury** [37] - 4:18, 5:7, 8:21, 9:4, 15:20, 21:2, 22:6, 27:9, 32:20, 33:16, 35:9, 37:15, 38:24, 52:17, 54:12, 55:20, 57:5, 59:22, 62:22, 64:24, 72:23, 74:4, 74:12, 77:23, 81:1, 90:17, 91:6, 101:14, 101:20, 108:12, 109:18, 110:24, 115:9, 115:18, 116:23, 127:16, 127:18
**Jury** [4] - 4:7, 71:22, 80:7, 136:13
**jury's** [1] - 130:7

## K

**K2** [3] - 34:7, 34:10, 35:9
**Kailua** [1] - 2:4
**Kandaris** [25] - 45:2, 45:3, 45:22, 46:11, 46:22, 46:23, 47:2, 47:10, 47:20, 48:4, 48:9, 48:14, 48:25, 49:2, 49:19, 53:11, 90:25, 91:6, 91:13, 104:12, 104:22, 124:4, 129:15, 132:25, 133:3
**Kandaris's** [1] - 47:23
**Kane** [1] - 26:1
**Kathryn** [1] - 1:16
**keep** [4] - 19:4, 47:15, 138:12, 138:13
**Keeper** [5] - 12:20, 13:4, 66:8, 123:15
**Keepers** [6] - 13:21, 21:5, 27:1, 27:12, 27:18, 47:19
**Keepers'** [2] - 17:16, 99:5
**Kelly** [67] - 12:6, 12:20, 12:24, 13:4, 13:18, 13:25, 14:11, 15:3, 16:2, 16:14, 16:16, 21:3, 23:25, 26:21, 27:10, 29:15, 34:13, 35:10, 45:23, 48:4, 48:25, 49:8, 50:25, 52:23, 55:16, 55:22, 62:9, 63:15, 68:3, 68:16, 69:11, 70:14, 71:1, 71:13, 84:19, 84:25, 85:2, 85:12, 85:21, 86:2, 86:4, 86:7, 86:11, 90:15, 90:17, 90:21, 91:5, 91:9, 91:16, 91:19, 92:4, 94:1, 95:14, 95:20, 96:3, 96:11, 98:20, 99:19, 99:21, 99:23, 100:2, 123:24, 124:4, 141:3, 141:12, 141:14
**Kelly's** [1] - 90:12
**Kennedy** [1] - 123:17
**Kenneth** [11] - 20:8, 21:16, 85:25, 86:2, 95:10, 96:11, 98:20, 124:3, 132:8, 134:10, 135:8
**Kentucky** [3] - 96:17, 96:22, 96:23
**kettle** [1] - 42:21
**key** [2] - 68:22, 101:20
**kicked** [1] - 13:6
**kind** [3] - 37:14, 54:18, 77:9
**kindly** [2] - 75:5, 91:25
**kinds** [1] - 25:23

**kinetic** [2] - 44:10, 44:14
**Kirk** [1] - 123:16
**kit** [1] - 111:17
**kits** [1] - 85:4
**knock** [1] - 26:16
**knowledge** [2] - 20:17, 126:6
**known** [2] - 98:24, 125:22
**knows** [3] - 18:11, 19:6, 47:5

## L

**label** [1] - 74:16
**ladder** [1] - 113:16
**ladies** [2] - 55:2, 136:5
**laid** [1] - 127:14
**lambs** [2] - 49:12, 52:25
**land** [1] - 71:8
**landing** [3] - 71:10, 71:14, 75:19
**Lane** [1] - 2:6
**lane** [1] - 41:13
**large** [7] - 47:11, 66:8, 130:17, 131:1, 132:21, 133:3, 133:18
**largely** [1] - 72:20
**larger** [1] - 37:11
**Lasard** [1] - 113:12
**laser** [1] - 23:13
**last** [21] - 25:7, 39:17, 63:11, 68:20, 69:9, 69:13, 70:14, 72:11, 76:11, 99:22, 106:2, 109:14, 109:18, 109:21, 113:1, 135:4, 137:23, 138:7, 138:14, 139:5, 140:8
**lastly** [2] - 78:13, 137:20
**late** [1] - 140:17
**latest** [1] - 140:13
**Laura** [1] - 103:19
**law** [3] - 5:15, 56:15, 73:12
**LAW** [1] - 2:3
**lawyer** [1] - 20:16
**lawyers** [1] - 20:13
**lay** [3] - 97:22, 97:25, 112:1
**laying** [1] - 22:1
**lead** [7] - 19:3, 19:18, 28:10, 80:23, 81:1, 85:22, 86:5
**leader** [5] - 12:16, 21:6, 27:12, 33:17
**Leadership** [2] - 9:6, 9:22
**leadership** [10] - 9:18, 22:10, 43:18, 43:22, 56:9, 60:8, 60:10, 69:3, 101:23, 105:8
**learn** [1] - 9:8
**learned** [1] - 78:16
**least** [9] - 13:19, 33:9, 41:11, 64:3, 83:8, 123:6, 139:13, 139:22, 139:24
**leave** [3] - 5:17, 75:16, 84:11
**leaves** [1] - 134:1
**leaving** [3] - 24:17, 47:14, 48:18
**Lee** [1] - 2:2
**left** [29] - 16:17, 17:21, 22:17, 36:20, 56:9, 59:13, 63:5, 63:6, 66:1, 70:22, 80:15, 92:19, 95:10, 96:7, 98:24,

100:4, 101:21, 103:25, 122:17, 124:15, 126:24, 129:8, 129:24, 130:9, 131:2, 131:21, 133:8, 135:11, 135:25
**left-hand** [3] - 101:21, 126:24, 131:21
**legal** [2] - 20:13, 80:10
**legally** [1] - 18:23
**legislative** [1] - 18:21
**LEO** [3] - 55:23, 56:12, 84:10
**LEO2211** [1] - 56:24
**less** [4] - 44:10, 61:22, 82:21, 85:7
**letter** [8] - 35:4, 35:23, 35:24, 36:2, 36:3, 36:5, 36:9, 38:16
**letters** [1] - 28:23
**level** [1] - 56:3
**leveling** [1] - 111:17
**liberal** [1] - 84:13
**liberty** [7] - 24:9, 27:25, 92:17, 92:18, 92:20, 93:14, 93:16
**Liberty** [1] - 92:21
**libtards** [1] - 43:10
**life** [1] - 58:1
**Liggett** [10] - 12:8, 12:13, 12:15, 13:14, 13:23, 14:8, 14:14, 33:15, 33:16, 33:24
**lighter** [1] - 128:10
**lights** [1] - 113:16
**likely** [1] - 83:24
**limiting** [7] - 36:25, 37:5, 37:8, 37:12, 37:15, 37:19, 38:11
**limits** [1] - 61:23
**Lincoln** [2] - 69:21, 71:8
**line** [19] - 10:15, 10:23, 16:20, 24:5, 24:6, 38:10, 41:3, 59:25, 60:2, 60:22, 63:23, 65:25, 86:2, 101:24, 106:2, 116:25, 123:11, 125:1
**link** [24] - 14:24, 29:19, 29:21, 29:23, 31:3, 31:7, 33:14, 33:19, 34:7, 35:4, 35:11, 35:15, 38:17, 45:5, 52:5, 53:15, 53:18, 68:21, 94:1, 94:3, 94:5, 94:14, 95:13, 95:24
**linked** [1] - 32:12
**links** [1] - 53:21
**linkup** [1] - 67:10
**linkups** [1] - 67:13
**lions** [2] - 49:12, 52:25
**Lipengood** [1] - 124:2
**Lisa** [1] - 85:2
**listen** [3] - 22:24, 31:8, 34:23
**listened** [1] - 74:8
**listener** [2] - 32:14, 55:4
**listening** [1] - 24:4
**literally** [3] - 25:7, 74:1, 88:16
**live** [1] - 96:14
**lived** [3] - 10:22, 81:9, 81:11
**lives** [1] - 82:4
**living** [4] - 4:21, 49:3, 52:14, 52:18
**load** [3] - 60:16, 67:8, 82:17
**loaded** [1] - 138:2
**loads** [1] - 82:23

**lobby** [9] - 122:17, 122:19, 122:20, 122:25, 125:15, 126:11, 128:18, 128:21
**local** [1] - 6:14
**located** [2] - 102:9, 104:1
**location** [8] - 41:17, 61:13, 70:16, 71:6, 90:14, 91:24, 107:3, 119:22
**locations** [2] - 104:15, 124:6
**look** [6] - 58:5, 72:19, 78:1, 124:11, 127:21, 136:11
**looked** [10] - 34:15, 43:21, 62:15, 72:15, 109:4, 111:1, 111:12, 113:1, 116:2, 118:11
**looking** [101] - 8:21, 9:4, 9:15, 28:16, 33:10, 34:5, 42:11, 43:17, 44:20, 45:20, 46:9, 48:21, 49:18, 52:16, 55:13, 57:6, 59:9, 59:13, 59:17, 61:3, 61:9, 63:2, 63:18, 64:25, 65:15, 66:10, 66:18, 67:25, 69:7, 77:7, 84:24, 85:15, 85:19, 86:25, 88:9, 89:2, 93:24, 95:2, 95:9, 96:1, 96:4, 98:14, 98:19, 99:20, 101:15, 102:8, 102:13, 103:8, 103:13, 103:17, 103:22, 104:5, 104:14, 104:19, 105:6, 105:15, 105:20, 106:1, 106:19, 109:1, 109:21, 110:7, 110:24, 111:7, 111:13, 112:9, 113:8, 115:9, 115:25, 117:6, 117:17, 117:21, 121:8, 121:20, 122:5, 122:12, 122:16, 122:24, 123:4, 123:21, 124:20, 124:24, 125:7, 125:14, 128:17, 129:2, 129:14, 130:14, 131:5, 131:14, 132:1, 132:7, 132:19, 132:24, 133:2, 133:4, 133:16, 134:8, 134:16, 134:23, 135:17
**looks** [2] - 69:21, 133:19
**loop** [1] - 47:15
**lord** [2] - 49:13, 53:1
**Lords** [1] - 29:5
**lose** [1] - 18:15
**Louis** [1] - 1:18
**Louisville** [3] - 96:16, 96:21
**loved** [1] - 83:21
**Lovettsville** [1] - 113:18
**lower** [1] - 18:4

**M**

**ma'am** [1] - 4:15
**magazines** [2] - 111:16, 113:16
**main** [4] - 14:12, 15:15, 69:22, 70:13
**maintain** [1] - 57:24
**majority** [1] - 25:9
**Manassas** [2] - 6:1, 6:4
**manpower** [1] - 48:12
**manually** [2] - 53:25, 64:6
**Manzo** [10] - 1:18, 3:6, 4:9, 71:19, 75:5, 79:4, 80:10, 119:5, 119:12, 138:19
**MANZO** [157] - 4:4, 4:10, 4:14, 7:16, 8:15, 8:19, 10:10, 15:6, 15:16, 15:19, 15:23, 29:20, 30:7, 30:18, 31:4, 31:16, 32:2, 32:16, 32:19, 35:13, 35:17, 36:7,

36:19, 37:9, 38:2, 50:10, 50:12, 51:14, 51:17, 52:13, 52:15, 53:20, 54:3, 54:6, 54:10, 55:9, 56:10, 57:1, 59:4, 62:21, 64:10, 64:15, 72:3, 75:15, 75:23, 76:3, 76:8, 76:10, 76:15, 76:19, 77:1, 77:11, 77:19, 78:5, 78:9, 78:12, 78:17, 78:24, 79:13, 79:16, 80:6, 80:11, 80:12, 93:13, 94:7, 94:10, 94:15, 95:1, 96:13, 97:4, 97:6, 97:14, 97:25, 98:2, 98:21, 98:25, 99:6, 100:11, 101:8, 101:25, 102:6, 102:11, 102:23, 103:6, 103:20, 104:3, 104:17, 106:16, 106:24, 107:6, 108:6, 108:16, 108:19, 108:24, 109:13, 110:5, 110:15, 111:5, 112:14, 113:6, 113:21, 114:7, 114:17, 115:2, 115:7, 115:14, 115:23, 116:5, 116:24, 117:9, 118:3, 118:7, 119:2, 119:13, 120:16, 120:25, 121:16, 122:3, 122:9, 122:21, 123:18, 125:5, 127:2, 127:8, 128:2, 128:12, 128:23, 129:1, 130:11, 130:13, 130:20, 131:4, 131:11, 131:13, 131:23, 131:25, 132:5, 132:17, 132:22, 133:15, 133:21, 134:5, 134:14, 134:22, 135:9, 135:15, 135:21, 135:24, 137:1, 137:8, 137:23, 138:3, 138:6, 138:9, 138:11, 138:22, 140:3
**map** [12] - 58:6, 76:4, 76:6, 76:15, 83:12, 96:20, 97:16, 107:7, 112:17, 112:20, 120:22, 121:9
**maps** [2] - 69:20, 88:2
**March** [2] - 7:5, 98:11
**march** [1] - 39:17
**Margacella** [2] - 123:14, 128:18
**Marion** [1] - 2:13
**mark** [2] - 65:17, 65:25
**Mark** [6] - 19:3, 19:18, 19:21, 19:23, 65:18, 65:23
**marking** [4] - 100:25, 107:14, 120:9, 120:13
**Marlon** [1] - 69:11
**marshal** [1] - 113:12
**Martin** [1] - 2:9
**Massachusetts** [1] - 141:5
**match** [1] - 101:22
**material** [1] - 139:18
**materials** [2] - 7:25, 39:19
**math** [1] - 139:20
**matter** [3] - 24:24, 36:10, 141:8
**matters** [1] - 80:10
**Matthew** [3] - 2:16, 36:23, 97:21
**mayflower** [1] - 106:6
**McGraw** [2] - 42:14, 42:23
**Meadows** [4] - 19:3, 19:18, 19:21, 19:23
**mean** [33] - 9:19, 28:23, 29:1, 38:9, 40:21, 40:24, 44:16, 45:12, 50:4, 56:12, 56:14, 58:12, 61:14, 63:12, 65:11, 69:23, 74:6, 76:20, 77:25, 83:14, 87:3, 87:14, 87:19, 88:20, 89:17, 89:18, 90:17, 90:20, 95:3,

116:3, 124:15, 140:10
**meaning** [1] - 95:3
**means** [5] - 18:21, 44:14, 45:14, 70:8, 101:20
**meantime** [1] - 75:3
**mechanical** [1] - 26:5
**media** [1] - 136:8
**medium** [1] - 12:9
**meet** [5] - 45:25, 109:8, 109:20, 118:23, 136:20
**meeting** [12] - 63:20, 63:21, 63:22, 63:25, 64:4, 64:8, 65:1, 65:3, 65:15, 69:10, 85:17, 86:7
**Meggs** [68] - 12:6, 12:24, 13:18, 13:25, 14:11, 14:16, 15:3, 16:2, 16:14, 16:16, 18:14, 21:3, 23:25, 24:21, 26:21, 27:10, 29:16, 30:22, 31:1, 31:4, 31:13, 31:24, 32:1, 32:23, 33:5, 33:14, 33:18, 33:21, 34:1, 55:16, 62:9, 63:15, 68:3, 68:13, 68:14, 68:16, 69:11, 70:14, 71:1, 71:14, 84:19, 84:25, 85:2, 85:12, 85:21, 86:2, 86:4, 86:7, 86:11, 90:22, 91:9, 91:16, 92:4, 94:2, 95:14, 95:20, 96:3, 96:6, 96:12, 98:20, 99:8, 99:19, 99:21, 99:23, 100:2, 123:24
**Meggs'** [1] - 31:3
**MEHTA** [1] - 1:12
**member** [2] - 22:2, 70:20
**members** [1] - 18:22
**memorial** [1] - 71:9
**memory** [1] - 76:22
**Memphis** [1] - 104:25
**men** [6] - 13:17, 49:5, 49:12, 52:20, 52:25, 70:22
**mention** [1] - 16:7
**mentioned** [3] - 9:17, 34:8, 63:17
**mere** [2] - 49:6, 52:21
**Merit** [1] - 141:3
**message** [86] - 8:23, 9:5, 11:5, 11:22, 13:3, 20:18, 21:16, 21:22, 22:6, 23:5, 23:12, 23:18, 24:21, 25:3, 25:6, 25:13, 26:17, 26:19, 26:21, 27:7, 27:16, 28:1, 28:5, 29:15, 29:17, 34:6, 34:19, 39:7, 39:14, 39:25, 41:23, 42:13, 44:2, 45:21, 45:24, 46:2, 46:17, 46:21, 46:23, 47:2, 47:6, 47:25, 48:19, 48:21, 49:19, 51:20, 51:22, 53:11, 53:22, 54:23, 55:14, 55:19, 55:20, 56:1, 62:6, 62:8, 65:14, 66:12, 67:25, 68:16, 70:5, 70:18, 71:5, 73:16, 80:15, 83:9, 83:17, 83:19, 84:7, 85:1, 88:10, 89:4, 89:14, 89:21, 90:9, 90:23, 90:25, 92:1, 92:3, 100:8, 106:23, 109:6, 111:8, 111:9, 111:18
**messages** [62] - 5:10, 8:3, 8:12, 12:7, 12:9, 12:12, 16:2, 22:13, 24:18, 25:23, 32:12, 35:6, 37:3, 42:9, 44:21, 45:14, 46:11, 46:13, 53:24, 59:5, 60:3, 60:13, 61:11, 61:12, 62:4, 65:16, 68:1, 68:2, 73:14, 77:12, 80:19, 81:15, 83:6, 87:1,

87:4, 88:14, 89:24, 93:7, 98:17, 100:22, 105:16, 106:22, 107:13, 108:4, 108:13, 109:4, 109:14, 109:17, 109:22, 110:2, 110:13, 110:25, 111:11, 113:7, 119:16, 123:8, 123:25, 125:21, 127:22
**messaging** [3] - 27:17, 45:11, 45:12
**met** [8] - 6:13, 97:24, 98:12, 102:20, 103:1, 106:4, 113:5, 128:3
**Metro** [1] - 86:22
**Metropolitan** [1] - 6:18
**Michael** [2] - 69:3, 98:24
**midday** [2] - 104:10
**middle** [7] - 14:19, 37:12, 56:9, 59:17, 72:8, 83:2, 139:8
**might** [4] - 29:25, 44:11, 134:9, 139:12
**miles** [3] - 87:25, 121:12, 121:14
**military** [2] - 59:1, 83:23
**militia** [3] - 82:5, 82:11, 82:23
**Miller** [2] - 44:3, 72:17
**million** [2] - 17:11, 42:20
**millions** [1] - 58:16
**min** [1] - 34:2
**mind** [3] - 10:11, 25:1, 114:11
**minds** [3] - 18:15, 49:5, 52:20
**mine** [1] - 69:1
**minimum** [1] - 58:10
**MINUTA** [1] - 1:7
**Minuta** [20] - 2:2, 10:18, 27:16, 27:22, 28:22, 29:7, 55:18, 59:21, 60:2, 60:21, 93:8, 106:8, 106:9, 114:16, 115:11, 116:12, 116:15, 117:1, 117:23, 118:12
**minute** [15] - 29:24, 30:2, 30:3, 30:14, 30:16, 31:3, 31:4, 31:10, 31:12, 31:17, 96:7, 129:16, 131:15, 133:21, 138:14
**minutes** [25] - 14:25, 15:7, 15:9, 25:17, 30:15, 31:6, 31:10, 31:17, 31:23, 31:25, 32:3, 32:4, 39:20, 61:22, 70:12, 76:2, 78:24, 94:18, 103:13, 109:24, 126:14, 131:4, 139:13, 139:16, 139:24
**mission** [2] - 49:4, 52:19
**Mississippi** [1] - 41:12
**misspoke** [1] - 35:19
**mistake** [1] - 85:8
**mistitled** [1] - 118:22
**Miwall** [1] - 117:12
**mobile** [1] - 40:7
**mobilize** [1] - 42:19
**mobilizing** [1] - 10:5
**Moerschel** [21] - 2:9, 11:6, 11:7, 11:9, 11:17, 18:7, 18:17, 19:9, 20:12, 20:16, 24:16, 25:6, 25:10, 25:18, 26:13, 44:2, 44:7, 84:8, 114:16, 117:7, 118:13
**moment** [3] - 16:13, 58:21, 135:22
**moments** [1] - 116:17
**moms** [2] - 26:24, 27:2
**money** [2] - 19:6, 57:25
**montage** [1] - 76:16
**Montana** [1] - 87:11
**month** [1] - 57:12

**morning** [23] - 4:15, 6:3, 6:5, 47:15, 48:18, 61:6, 67:10, 78:14, 91:25, 92:14, 92:21, 99:13, 104:24, 105:2, 105:18, 132:2, 133:9, 134:13, 135:5, 135:19, 136:7, 136:11, 137:2
**Morrow** [1] - 105:22
**Mortellite** [3] - 141:3, 141:12, 141:14
**Mosleyer** [1] - 124:2
**most** [2] - 26:25, 100:17
**motel** [3] - 40:18, 87:22, 90:15
**mount** [1] - 112:22
**mounts** [2] - 112:22, 113:15
**move** [18] - 8:15, 15:19, 25:19, 30:18, 35:17, 54:6, 57:1, 64:15, 75:24, 76:4, 88:7, 93:12, 101:9, 108:7, 108:17, 110:15, 115:2, 121:1
**moved** [1] - 10:21
**movement** [5] - 75:23, 76:4, 84:10, 102:17, 139:2, 139:3
**moves** [1] - 85:3
**moving** [5] - 29:14, 58:10, 77:13, 88:5, 104:1
**MPD** [1] - 6:17
**MR** [200] - 4:4, 4:10, 4:14, 7:13, 7:16, 8:15, 8:19, 10:10, 15:6, 15:16, 15:19, 15:23, 29:20, 30:7, 30:18, 30:21, 31:4, 31:12, 31:16, 31:21, 32:2, 32:5, 32:16, 32:19, 35:13, 35:17, 36:7, 36:19, 36:21, 36:23, 37:9, 37:20, 38:2, 38:7, 49:21, 50:1, 50:10, 50:12, 50:19, 51:1, 51:4, 51:14, 51:17, 52:7, 52:12, 52:13, 52:15, 53:20, 54:3, 54:6, 54:10, 54:25, 55:9, 56:10, 57:1, 59:4, 62:21, 62:24, 63:1, 64:10, 64:15, 64:17, 72:3, 72:10, 73:1, 73:9, 73:18, 73:21, 74:15, 74:21, 74:25, 75:15, 75:23, 76:3, 76:8, 76:10, 76:15, 76:19, 77:1, 77:11, 77:19, 78:5, 78:9, 78:12, 78:17, 78:24, 79:13, 79:16, 80:6, 80:11, 80:12, 93:11, 93:13, 94:7, 94:10, 94:15, 95:1, 96:13, 97:4, 97:6, 97:14, 97:19, 97:21, 97:25, 98:2, 98:21, 98:25, 99:6, 100:11, 101:8, 101:11, 101:25, 102:6, 102:11, 102:23, 103:6, 103:20, 104:3, 104:17, 106:16, 106:24, 107:6, 108:6, 108:16, 108:19, 108:24, 109:13, 110:5, 110:15, 111:5, 112:14, 113:6, 113:21, 114:7, 114:17, 115:2, 115:5, 115:7, 115:14, 115:23, 116:5, 116:24, 117:9, 118:3, 118:7, 119:2, 119:13, 120:16, 120:25, 121:16, 122:3, 122:9, 122:21, 123:18, 125:5, 127:2, 127:8, 127:11, 127:14, 127:25, 128:2, 128:12, 128:23, 129:1, 129:25, 130:4, 130:11, 130:13, 130:20, 131:4, 131:11, 131:13, 131:23, 131:25, 132:5, 132:17, 132:22, 133:15, 133:21, 134:5, 134:14, 134:22, 135:9, 135:15, 135:21, 135:24, 137:1, 137:8, 137:23, 138:3, 138:6, 138:9, 138:11, 138:22,

139:4, 139:13, 139:14, 139:22, 139:24, 140:3
**MS** [18] - 62:25, 73:11, 75:3, 78:13, 108:18, 110:18, 110:20, 111:25, 136:23, 137:5, 137:13, 138:1, 138:4, 138:8, 138:10, 138:12, 139:15, 139:18
**multiple** [6] - 57:14, 57:15, 60:9, 92:25, 93:15, 111:19
**multiplier** [1] - 14:2
**music** [1] - 95:19
**must** [9] - 19:10, 23:6, 24:9, 27:24, 35:24, 36:13, 90:12, 91:4, 91:21
**Myers** [1] - 2:10

## N

**nail** [1] - 43:23
**name** [20] - 4:19, 9:21, 10:18, 11:9, 12:7, 12:25, 21:21, 25:25, 40:7, 40:21, 42:7, 46:3, 47:15, 81:14, 85:2, 87:14, 87:17, 90:17, 100:5, 116:12
**named** [14] - 16:5, 16:24, 17:17, 19:14, 20:1, 21:8, 22:12, 23:21, 26:7, 41:5, 42:14, 60:11, 93:4, 113:12
**names** [2] - 19:19, 56:24
**narrate** [1] - 130:5
**narrating** [1] - 130:6
**narration** [1] - 130:4
**national** [1] - 10:4
**nationwide** [1] - 23:8
**natives** [1] - 85:10
**nature** [4] - 64:2, 93:6, 115:16, 126:3
**Navy** [1] - 81:19
**NC** [6] - 41:12, 67:10, 69:14, 70:15, 70:19, 71:1
**near** [2] - 82:14, 113:4
**nearby** [2] - 18:24, 103:12
**necessary** [1] - 43:16
**neck** [1] - 5:18
**need** [20] - 17:9, 19:20, 20:2, 23:11, 23:12, 24:2, 24:4, 24:5, 24:22, 25:9, 26:9, 37:18, 48:16, 49:24, 66:4, 67:14, 68:4, 78:14, 84:13, 136:21
**needed** [2] - 56:4, 67:13
**needs** [8] - 23:3, 23:4, 23:11, 23:15, 23:16, 23:18, 50:5, 85:22
**negative** [1] - 66:13
**nest** [1] - 87:8
**Nestler** [2] - 1:16, 78:22
**never** [4] - 57:18, 82:25, 90:13, 91:22
**New** [5] - 5:5, 5:17, 10:22, 28:4, 52:4, 106:10
**new** [4] - 43:6, 44:1, 83:12, 112:10
**Newark** [1] - 106:10
**news** [5] - 53:15, 54:13, 55:3, 78:13, 136:9
**next** [199] - 7:18, 10:6, 10:8, 11:1, 11:12, 11:20, 12:3, 12:5, 13:7, 13:13, 13:18, 13:22, 13:23, 13:25, 14:8, 14:11, 14:14, 14:16, 14:20, 16:5, 16:23, 17:7,

17:8, 17:13, 17:17, 18:6, 18:13, 18:17,
18:25, 19:8, 19:14, 19:25, 20:11,
20:20, 21:7, 21:14, 21:20, 22:11,
22:19, 22:20, 22:25, 23:10, 23:14,
23:21, 24:7, 24:14, 24:20, 25:5, 25:10,
25:15, 25:20, 25:22, 26:7, 26:13,
26:19, 27:14, 28:3, 29:6, 29:12, 33:2,
33:5, 33:10, 33:21, 33:24, 34:4, 34:21,
35:2, 36:8, 38:18, 40:2, 40:5, 40:9,
40:12, 41:2, 41:5, 42:11, 43:5, 43:13,
43:17, 43:25, 44:18, 45:19, 46:9,
46:21, 46:23, 47:2, 47:6, 47:8, 47:10,
47:17, 47:25, 48:3, 48:6, 48:9, 48:21,
49:8, 49:14, 49:18, 51:20, 51:22,
52:23, 53:2, 53:8, 53:13, 55:9, 55:25,
57:11, 57:20, 58:3, 58:14, 58:19, 60:2,
60:6, 60:11, 60:24, 61:3, 61:7, 61:17,
62:1, 63:14, 63:18, 65:23, 66:10,
66:18, 67:1, 67:20, 67:24, 68:9, 68:12,
68:14, 68:23, 69:7, 69:15, 69:18,
69:25, 70:6, 70:10, 70:17, 71:3, 71:11,
71:13, 75:11, 76:2, 76:25, 80:22,
81:12, 81:21, 82:16, 83:9, 83:17, 84:5,
84:17, 84:24, 85:9, 85:15, 85:19, 86:2,
86:6, 86:9, 86:14, 86:25, 87:9, 87:16,
87:20, 87:24, 88:1, 88:4, 89:2, 89:11,
89:15, 89:19, 90:3, 90:5, 90:7, 90:23,
91:3, 91:11, 91:17, 92:3, 92:12, 93:17,
93:19, 93:24, 99:12, 99:15, 99:20,
100:2, 100:8, 115:25, 116:1, 116:9,
116:13, 116:19, 117:17, 117:21,
118:3, 134:5, 134:9
**nice** [2] - 13:19, 62:11
**nickname** [1] - 83:15
**night** [21] - 20:25, 39:17, 41:15, 43:15,
67:8, 69:9, 69:13, 70:14, 76:11, 83:11,
86:13, 90:16, 104:16, 104:25, 105:1,
106:21, 113:10, 113:17, 113:19,
123:6, 140:18
**nights** [1] - 131:10
**nitpicky** [1] - 73:12
**noblelead** [2] - 28:5, 29:10
**nobody** [1] - 55:24
**noon** [4] - 38:7, 94:2, 99:11, 126:4
**Nora** [1] - 54:14
**north** [6] - 67:22, 71:8, 92:5, 103:14,
106:5, 121:21
**North** [10] - 39:2, 40:8, 66:7, 66:9, 71:6,
81:4, 103:10, 103:18, 104:1, 123:25
**notable** [1] - 69:12
**nothing** [3] - 45:6, 58:9, 61:20
**notification** [1] - 6:9
**November** [2] - 56:24, 57:9
**number** [19] - 5:14, 11:8, 11:10, 12:7,
41:10, 56:17, 60:13, 65:5, 90:12,
90:15, 91:5, 91:13, 91:15, 91:21,
98:12, 102:20, 103:10, 111:15, 140:3
**numbers** [3] - 28:23, 47:11, 115:18
**NW** [2] - 1:19, 2:17

## O

**O'Donnell** [1] - 54:14
**oath** [4] - 81:13, 81:14, 81:16, 83:10
**Oath** [13] - 12:20, 13:4, 13:21, 17:16,
21:5, 27:1, 27:12, 27:17, 47:19, 66:8,
99:4, 123:15
**object** [3] - 75:10, 130:7, 136:24
**objecting** [2] - 52:11, 110:19
**objection** [26] - 7:12, 30:23, 31:12, 32:5,
50:2, 50:8, 51:14, 62:23, 62:24, 62:25,
63:1, 64:17, 75:3, 93:11, 101:10,
101:11, 108:18, 110:20, 111:25,
115:5, 121:2, 127:25, 129:25, 130:1,
130:4, 137:5
**obtain** [1] - 120:6
**obtained** [5] - 8:23, 9:23, 32:1, 45:23,
95:12
**obtaining** [1] - 117:14
**obviously** [4] - 55:17, 73:4, 79:9, 118:21
**OF** [5] - 1:1, 1:3, 1:12, 2:3, 141:1
**offensive** [1] - 19:5
**office** [3] - 5:5, 6:4, 24:24
**OFFICE** [1] - 1:18
**officer** [1] - 56:15
**OFFICES** [1] - 2:3
**OFFICIAL** [1] - 141:1
**Official** [1] - 141:15
**often** [1] - 140:8
**Ohio** [9] - 41:3, 71:9, 86:18, 87:10,
87:17, 105:21, 105:22, 125:1, 131:6
**OK** [30] - 11:21, 13:19, 13:20, 14:21,
17:8, 20:20, 21:2, 22:13, 23:22, 23:24,
24:7, 26:22, 27:16, 44:1, 62:11, 63:14,
67:2, 67:25, 68:4, 69:18, 84:6, 84:21,
84:22, 86:10, 86:14, 91:19, 99:8,
99:13, 99:15, 99:18
**OKFL** [1] - 11:4
**Old** [2] - 9:6, 9:22
**old** [2] - 43:18, 43:21
**once** [1] - 67:16
**one** [54] - 10:11, 11:16, 14:17, 15:8,
16:13, 16:16, 22:16, 37:9, 41:11,
41:14, 45:15, 48:11, 56:10, 59:4,
63:11, 64:21, 65:21, 70:19, 71:8,
73:11, 74:10, 74:16, 78:3, 79:14, 80:2,
80:24, 82:14, 85:19, 86:12, 93:3,
93:18, 94:8, 96:7, 100:11, 103:21,
108:20, 109:3, 112:25, 113:1, 113:9,
115:19, 116:16, 117:2, 124:3, 124:5,
124:25, 125:24, 126:16, 132:17,
135:9, 135:22, 137:15, 137:25, 139:1
**ones** [4] - 83:21, 109:18, 138:10, 138:11
**onload** [1] - 67:17
**Op** [5] - 81:6, 83:18, 86:10, 86:15, 92:14
**op** [24] - 29:15, 32:25, 55:11, 55:14,
55:21, 59:7, 59:10, 59:12, 60:8, 60:9,
60:14, 62:3, 63:9, 63:21, 65:2, 70:13,
71:4, 80:24, 83:19, 84:18, 86:22, 99:8,
99:13

**open** [6] - 8:3, 35:4, 35:24, 37:9, 38:16,
122:17
**opens** [1] - 35:15
**opinion** [2] - 127:17, 127:19
**opponents** [1] - 63:4
**opportunity** [1] - 56:5
**opposing** [1] - 72:8
**optic** [1] - 113:15
**optics** [1] - 111:16
**option** [2] - 22:3, 72:18
**options** [4] - 18:21, 22:1, 22:5, 35:8
**orange** [2] - 101:23, 103:3
**order** [4] - 39:20, 75:17, 136:23, 139:8
**orders** [1] - 58:18
**organized** [1] - 57:16
**organizer** [1] - 65:8
**organizing** [1] - 57:14
**orient** [5] - 8:21, 38:24, 101:14, 101:20,
121:9
**original** [5] - 32:21, 33:19, 42:25, 66:22,
96:19
**originally** [1] - 138:5
**otherwise** [1] - 140:11
**ought** [1] - 113:24
**out-of-town** [1] - 137:3
**outcome** [3] - 23:3, 25:2, 25:9
**outfitters** [1] - 112:19
**outreach** [1] - 5:23
**outside** [6] - 33:8, 37:24, 61:22, 61:24,
66:14, 68:11, 89:7, 100:3, 104:23
**overall** [2] - 55:21, 60:9
**overhead** [3] - 121:22, 122:5, 122:6
**overlay** [1] - 69:20
**overnight** [5] - 67:11, 103:19, 103:24,
136:3, 140:12
**overruled** [1] - 130:8
**overturning** [1] - 37:7
**overwhelm** [1] - 57:19
**own** [6] - 31:13, 41:13, 47:4, 57:22,
127:14, 139:20

## P

**p.m** [36] - 1:6, 9:6, 21:17, 21:23, 22:12,
24:8, 24:15, 24:22, 43:20, 55:15,
59:11, 60:3, 60:4, 60:7, 65:19, 71:8,
74:22, 83:20, 84:8, 86:20, 105:4,
105:25, 126:4, 126:7, 128:18, 129:3,
129:7, 130:15, 133:6, 133:17, 134:4,
138:2, 140:19
**PA** [1] - 2:7
**pack** [2] - 12:2, 13:12, 14:18
**page** [12] - 9:13, 16:5, 36:1, 38:2, 46:10,
54:1, 54:4, 55:25, 56:11, 57:11,
109:15
**PAGE** [1] - 3:3
**paid** [1] - 123:23
**paired** [1] - 107:20
**panels** [1] - 113:16
**panties** [1] - 55:24

**paper** [4] - 49:6, 52:21, 120:6, 120:21
**paragraph** [1] - 36:8
**paragraphs** [1] - 36:9
**parentheses** [3] - 18:24, 22:1, 26:4
**parenthesis** [1] - 25:9
**park** [2] - 106:4, 106:5
**parked** [1] - 40:15
**parker** [3] - 124:25, 131:6
**parkers** [1] - 105:22
**parking** [6] - 61:21, 68:21, 96:16, 122:6, 122:8, 122:11
**Parler** [10] - 28:5, 28:6, 56:18, 56:23, 57:7, 57:8, 58:4, 93:7, 93:8, 93:10
**part** [14] - 6:17, 7:7, 9:8, 27:5, 38:10, 43:3, 74:4, 74:15, 96:15, 103:4, 104:20, 111:19, 120:13
**participant** [4] - 64:5, 64:6, 65:8
**participants** [4] - 9:16, 43:20, 55:15, 65:22
**participation** [1] - 57:16
**particularly** [1] - 136:8
**pass** [2] - 67:22, 83:1
**past** [3] - 44:5, 57:22, 129:6
**paste** [1] - 73:23
**patches** [1] - 70:4
**patience** [1] - 80:9
**patrick** [1] - 19:3
**Patriot** [1] - 57:15
**patriots** [9] - 17:10, 24:10, 42:20, 44:9, 46:19, 57:21, 58:5, 58:8, 58:17
**pattern** [1] - 137:14
**Paul** [23] - 39:1, 39:9, 39:17, 39:22, 41:11, 41:14, 70:18, 70:19, 70:23, 81:2, 81:3, 81:5, 81:13, 81:14, 81:16, 83:10, 87:7, 123:23, 123:24, 124:1, 131:16, 131:19
**pause** [20] - 15:19, 30:8, 41:23, 94:10, 102:6, 106:16, 107:7, 122:3, 122:15, 123:3, 124:23, 125:5, 127:8, 129:1, 130:13, 131:4, 131:25, 132:17, 133:4, 134:14
**pausing** [4] - 103:20, 104:14, 123:21, 129:14
**payment** [1] - 120:1
**PB** [4] - 14:1, 14:4, 14:12, 26:25
**PCIs** [1] - 67:9
**PD** [3] - 6:14, 63:11, 63:12
**peaceful** [1] - 24:3
**peed** [11] - 36:23, 50:1, 50:10, 50:12, 50:17, 50:18, 73:6, 74:9, 74:21, 127:13, 139:21
**Peed** [3] - 2:16, 74:25, 97:21
**PEED** [32] - 2:16, 7:13, 30:21, 31:12, 31:21, 32:5, 36:21, 36:23, 37:20, 38:7, 49:21, 50:1, 50:19, 51:1, 51:4, 52:7, 52:12, 54:25, 62:24, 64:17, 73:18, 73:21, 74:15, 97:19, 97:21, 127:11, 127:14, 127:25, 129:25, 130:4, 139:22, 139:24
**peed's** [1] - 76:10

**peel** [1] - 14:18
**Pence** [2] - 25:6, 85:5
**Pentagon** [1] - 82:14
**people** [24] - 10:16, 10:24, 26:24, 36:16, 41:11, 44:7, 57:14, 57:16, 62:5, 69:12, 70:19, 77:14, 77:19, 79:24, 80:2, 82:11, 92:25, 93:15, 96:8, 98:17, 106:21, 125:17, 127:16, 127:21
**per** [1] - 76:10
**percent** [3] - 12:16, 26:25, 57:17
**percenter** [1] - 33:17
**percenters** [1] - 12:18
**perfect** [1] - 45:6
**performance** [1] - 117:2
**period** [6] - 8:13, 37:16, 56:23, 101:17, 126:4, 126:5
**person** [7] - 65:7, 76:24, 78:9, 86:12, 96:24, 112:10, 127:5
**personal** [2] - 19:10, 127:16
**personally** [3] - 20:2, 43:9, 98:12
**personnel** [1] - 47:1
**Pete** [1] - 19:15
**Pezzola** [1] - 28:20
**Philadelphia** [1] - 2:7
**Phoenix/Mesa** [1] - 47:13
**phone** [28] - 8:24, 11:8, 11:10, 34:7, 34:19, 39:25, 41:7, 42:9, 45:23, 46:14, 50:25, 61:15, 66:16, 66:20, 68:7, 79:13, 81:15, 82:7, 87:4, 89:23, 91:4, 91:13, 91:15, 91:18, 99:23, 109:5, 118:18, 135:21
**phones** [1] - 36:21
**photo** [2] - 17:16, 29:4
**photographs** [1] - 127:15
**photos** [4] - 98:3, 122:13, 123:9, 125:22
**Phranq** [5] - 48:4, 48:25, 88:11, 88:12, 88:15
**pick** [1] - 17:22
**picked** [4] - 67:14, 67:19, 82:25, 105:22
**pickup** [1] - 67:15
**picture** [3] - 28:16, 29:10, 62:19
**piece** [2] - 62:11, 135:24
**pissed** [1] - 16:25
**pistol** [2] - 26:2, 26:15
**pitchforks** [1] - 22:23
**place** [2] - 100:4, 138:16
**placed** [1] - 102:15
**Plaintiff** [1] - 1:4
**plan** [11] - 13:6, 14:15, 24:16, 51:25, 54:20, 67:6, 67:8, 67:15, 67:18, 138:23
**planned** [1] - 54:17
**planning** [7] - 8:14, 39:22, 60:15, 63:19, 70:13, 71:17, 87:2
**plans** [3] - 44:23, 67:4, 80:18
**plates** [1] - 113:15
**play** [35] - 15:16, 15:20, 30:8, 31:9, 31:16, 73:5, 74:3, 94:8, 94:19, 97:4, 100:11, 102:11, 103:6, 103:21, 104:3,

104:17, 106:24, 121:16, 122:9, 122:21, 123:18, 125:5, 127:2, 128:23, 129:12, 130:11, 130:20, 131:11, 131:23, 132:5, 132:17, 132:22, 134:6, 135:15
**played** [40] - 15:18, 15:24, 30:10, 31:22, 32:4, 32:18, 72:2, 94:9, 94:22, 95:18, 97:5, 97:15, 98:22, 99:2, 100:13, 102:5, 102:12, 103:7, 104:4, 104:18, 106:18, 107:1, 121:18, 122:10, 122:23, 123:20, 124:19, 125:6, 127:4, 128:25, 129:13, 130:12, 130:22, 131:12, 131:24, 132:6, 132:14, 132:23, 134:7, 135:16
**playing** [4] - 95:8, 98:25, 102:1, 124:18
**plenty** [1] - 17:21
**plot** [1] - 109:25
**plots** [1] - 111:1
**plus** [3] - 14:1, 41:11, 41:14
**PO** [1] - 2:3
**POC** [1] - 59:21
**podcast** [9] - 4:3, 31:7, 52:3, 52:6, 73:4, 73:22, 74:23, 135:25, 136:21
**point** [38] - 5:17, 7:1, 16:13, 18:3, 20:9, 21:4, 22:9, 30:18, 33:8, 37:19, 37:23, 38:11, 38:24, 41:1, 47:12, 47:24, 54:6, 56:8, 58:12, 60:20, 64:15, 69:24, 79:23, 86:1, 91:2, 101:8, 102:20, 102:21, 103:1, 108:16, 115:2, 119:8, 120:25, 128:3, 131:19, 133:9, 137:2, 137:14
**pointed** [2] - 124:14, 130:23
**pointing** [3] - 122:7, 124:12, 124:15
**points** [1] - 71:12
**police** [6] - 6:18, 63:13, 84:10, 84:14, 92:25, 93:14
**porn** [1] - 44:2
**portion** [4] - 72:21, 74:2, 115:10, 116:6
**portions** [1] - 74:15
**ports** [1] - 17:21
**position** [2] - 5:20, 21:5
**positions** [1] - 58:18
**possibility** [1] - 57:19
**possible** [4] - 46:25, 55:24, 101:6, 139:16
**possibly** [1] - 87:2
**post** [8] - 42:13, 50:3, 59:12, 76:14, 85:1, 93:7, 93:9, 99:8
**posted** [8] - 28:6, 31:24, 51:20, 65:2, 94:1, 95:14, 95:20, 99:10
**posting** [1] - 24:21
**posts** [5] - 25:6, 50:7, 56:23, 57:7, 57:21
**pot** [1] - 67:23
**Potomac** [2] - 39:20, 82:13
**Powell** [1] - 19:4
**power** [9] - 26:16, 37:2, 44:12, 44:13, 45:22, 46:4, 48:23, 53:9, 53:14
**PowerPoints** [2] - 73:22, 74:2
**powers** [1] - 36:14
**precombat** [1] - 67:9

**predetermined** [1] - 102:21
**predicted** [1] - 37:3
**preferably** [1] - 43:24
**preference** [2] - 72:5, 72:13
**prep** [1] - 78:15
**preparation** [1] - 137:16
**prepared** [2] - 25:19, 44:11
**prescribed** [1] - 20:3
**present** [6] - 12:18, 14:3, 27:24, 28:14, 74:13, 75:25
**presentation** [1] - 72:9
**presented** [5] - 44:4, 44:5, 72:20, 73:6, 85:6
**presenting** [3] - 72:12, 72:13, 85:4
**President** [5] - 15:1, 23:6, 27:25, 35:4, 35:24
**president** [5] - 36:15, 44:12, 48:13, 93:2, 93:16
**pressure** [1] - 56:3
**pressured** [1] - 19:20
**prestrike** [1] - 87:7
**pretending** [1] - 82:22
**pretrial** [6] - 36:25, 37:3, 75:4, 76:21, 76:25
**pretty** [2] - 8:4, 27:4
**previous** [6] - 6:25, 25:23, 65:13, 70:5, 111:2, 112:21
**previously** [10] - 15:4, 16:15, 19:1, 30:6, 63:15, 64:23, 71:5, 78:17, 108:8, 114:25
**primarily** [5] - 5:5, 5:20, 7:7, 7:21, 8:11
**primary** [1] - 137:17
**private** [3] - 5:23, 5:24, 112:25
**pro** [1] - 54:16
**problem** [1] - 139:5
**proceed** [1] - 130:18
**PROCEEDINGS** [1] - 1:12
**proceedings** [1] - 141:7
**process** [6] - 48:13, 50:7, 77:14, 77:17, 77:23, 138:16
**procuring** [1] - 81:7
**prods** [1] - 63:17
**product** [3] - 116:25, 117:1, 118:5
**production** [1] - 43:3
**professional** [1] - 63:3
**Prometheus** [3] - 46:12, 47:16, 91:7
**promised** [1] - 19:6
**pronounce** [1] - 105:2
**proper** [2] - 77:5, 77:8
**property** [3] - 66:8, 66:25, 103:11
**protect** [2] - 18:15, 23:8
**protesters** [1] - 54:16
**protests** [1] - 24:3
**Proud** [6] - 14:7, 28:13, 28:14, 28:21, 93:2, 93:16
**provide** [2] - 67:15, 78:20
**provided** [8] - 43:3, 58:9, 78:17, 101:3, 108:8, 119:6, 119:8, 137:24
**providing** [1] - 38:10

**public** [3] - 5:1, 5:2, 6:21
**publish** [1] - 62:22
**Pugh** [4] - 81:23, 82:1, 82:4, 82:6
**pull** [14] - 8:19, 15:6, 30:7, 35:13, 53:20, 54:3, 56:19, 62:18, 64:10, 94:7, 108:9, 110:5, 113:21, 120:16
**pulling** [1] - 46:1
**Punta** [1] - 2:14
**puppet** [2] - 36:13, 36:18
**purchase** [19] - 108:14, 111:14, 113:3, 113:9, 113:13, 115:20, 115:21, 116:11, 116:14, 116:19, 116:21, 117:7, 117:10, 117:12, 117:15, 117:19, 117:23, 118:13
**purchased** [2] - 113:11, 118:5
**purchases** [15] - 110:8, 110:9, 110:10, 110:11, 111:3, 112:18, 112:25, 114:16, 114:22, 115:12, 115:14, 115:16, 115:19, 118:10
**purchasing** [1] - 117:1
**purple** [2] - 101:24, 111:7
**purpose** [1] - 15:15
**purposes** [1] - 62:21
**push** [3] - 58:12, 67:10, 67:11
**put** [13] - 22:5, 37:19, 43:22, 55:3, 55:23, 57:24, 64:6, 64:14, 66:20, 76:22, 83:4, 84:4, 93:9
**putting** [6] - 47:1, 50:6, 55:21, 59:7, 78:15, 83:22

## Q

**QRF** [16] - 7:8, 33:7, 34:2, 69:13, 69:17, 70:16, 71:6, 71:12, 75:8, 76:16, 86:21, 99:14, 100:3, 101:23, 103:4, 104:20
**queen** [1] - 40:18
**Queen** [1] - 2:6
**questionable** [1] - 92:25
**questions** [5] - 94:20, 94:23, 97:22, 102:2, 121:19
**quick** [6] - 61:24, 73:11, 82:15, 118:18, 131:20, 136:18
**Quick** [13] - 7:7, 7:9, 7:11, 7:16, 7:19, 8:1, 20:10, 38:25, 41:19, 70:20, 70:21, 125:3, 131:21
**quickly** [1] - 82:17
**quite** [2] - 66:8, 137:13
**quote** [8] - 44:6, 44:10, 48:17, 54:17, 54:20, 58:21, 61:1
**quote-unquote** [2] - 44:10, 48:17
**quotes** [2] - 19:19, 20:3

## R

**R/Cag** [1] - 87:13
**rah** [2] - 26:24
**rah-rah** [1] - 26:24
**rail** [1] - 113:16
**raise** [3] - 73:11, 75:3, 136:22
**raised** [2] - 75:4, 76:25

**Rakoczy** [1] - 1:16
**rally** [10] - 11:19, 47:13, 69:24, 71:12, 85:11, 85:13, 91:2, 102:20, 102:21, 103:1
**ramp** [4] - 82:14, 121:23, 121:25, 122:7
**Randall** [1] - 124:2
**Randy** [1] - 124:2
**range** [4] - 60:4, 105:4, 113:14, 125:25
**Ranger** [5] - 66:4, 66:6, 66:7, 66:13, 100:7
**ranger** [1] - 100:5
**ranger's** [1] - 100:4
**rather** [3] - 32:13, 55:4, 74:19
**rattle** [1] - 84:23
**Reaction** [12] - 7:8, 7:9, 7:11, 7:17, 7:19, 8:1, 39:1, 41:19, 70:20, 70:21, 125:3, 131:22
**reaction** [2] - 20:10, 127:16
**read** [20] - 11:13, 13:3, 36:5, 46:17, 51:5, 51:6, 51:7, 51:10, 51:12, 52:9, 53:4, 53:12, 54:12, 55:20, 73:13, 73:14, 73:15, 79:3, 109:17, 115:18
**reading** [2] - 59:5, 79:3
**ready** [17] - 4:9, 17:1, 21:9, 24:25, 25:2, 27:4, 50:10, 50:12, 50:13, 58:17, 58:18, 67:16, 67:23, 80:4, 80:10, 94:2, 99:11
**real** [7] - 22:2, 42:18, 57:24, 118:18, 131:19, 135:24, 136:18
**reality** [1] - 58:6
**realize** [2] - 137:18, 137:19
**really** [7] - 27:5, 28:8, 49:24, 58:11, 61:22, 72:19, 118:23
**Realtime** [1] - 141:4
**reason** [3] - 79:4, 93:21, 140:14
**reasonable** [1] - 126:5
**reasons** [1] - 73:24
**rebellion** [1] - 58:12
**receipt** [4] - 107:20, 116:7, 116:12, 117:19
**receipts** [5] - 107:12, 114:15, 116:1, 116:16, 127:15
**receive** [1] - 5:12
**Received** [1] - 3:8
**received** [5] - 5:14, 63:24, 64:7, 90:13, 91:22
**Recess** [2] - 74:22, 140:19
**recognizance** [1] - 67:13
**recognize** [17] - 10:13, 10:16, 10:18, 28:16, 28:19, 30:11, 50:20, 56:20, 62:18, 64:11, 66:16, 94:11, 96:24, 97:8, 98:23, 108:10, 120:18
**recognizes** [1] - 130:2
**recommended** [1] - 42:4
**reconciliation** [1] - 138:16
**recons** [1] - 67:13
**record** [3] - 78:16, 128:12, 128:14
**records** [45] - 8:2, 8:3, 56:24, 63:24, 64:2, 64:7, 64:14, 65:3, 65:4, 65:5, 65:6, 66:25, 78:4, 100:19, 100:20,

106:9, 106:23, 107:8, 107:10, 107:11, 107:12, 107:14, 107:17, 107:19, 107:21, 110:12, 113:25, 114:9, 114:14, 114:24, 115:4, 117:15, 118:24, 118:25, 119:10, 119:25, 120:1, 120:6, 120:9, 120:22, 123:8, 125:16, 126:13, 128:19

**recovered** [3] - 61:15, 80:20, 87:4

**rectangle** [1] - 54:11

**red** [2] - 58:7, 122:19

**reference** [2] - 39:14, 51:14

**referenced** [2] - 39:9, 39:15

**referred** [2] - 42:7, 120:12

**referring** [7] - 40:11, 40:25, 59:1, 69:9, 70:4, 70:14, 90:21

**refers** [1] - 39:9

**reflect** [2] - 128:12, 128:14

**refreshed** [1] - 24:10

**regarding** [2] - 30:24, 77:12

**regardless** [2] - 23:2, 23:3

**regime** [4] - 36:13, 36:18, 37:4, 37:7

**region** [1] - 10:4

**Registered** [1] - 141:3

**regular** [1] - 60:15

**reimburse** [1] - 70:3

**relate** [1] - 37:17

**related** [2] - 113:16, 137:7

**relation** [1] - 7:23

**relationship** [2] - 105:11, 105:13

**reliance** [1] - 21:24

**relief** [1] - 15:14

**remember** [3] - 48:2, 80:16, 83:8

**remind** [12] - 21:2, 22:6, 27:9, 33:16, 35:9, 59:22, 73:17, 74:13, 81:1, 91:6, 116:23, 136:15

**reminder** [5] - 32:10, 55:2, 64:20, 64:21, 113:23

**reminders** [1] - 136:8

**Remington** [2] - 117:2, 117:20

**remove** [1] - 76:11

**rendezvous** [1] - 89:8

**rent** [1] - 40:17

**reorient** [1] - 52:16

**rephrase** [2] - 7:13, 7:14

**replied** [1] - 42:13

**reply** [5] - 16:20, 42:22, 47:6, 48:10, 60:12

**replying** [2] - 42:17, 53:11

**report** [9] - 6:11, 29:19, 29:25, 34:8, 34:14, 34:16, 75:9, 75:14

**reported** [2] - 6:13, 141:7

**Reporter** [3] - 141:3, 141:4, 141:15

**REPORTER** [4] - 110:17, 110:19, 110:21, 141:1

**reporting** [1] - 70:21

**repost** [1] - 85:23

**reposting** [1] - 86:7

**reps** [1] - 52:11

**republic** [4] - 27:1, 43:23, 82:12, 89:8

**request** [1] - 76:10

**requesting** [5] - 48:16, 75:17, 89:6, 90:13, 91:23

**required** [1] - 126:1

**requirement** [1] - 118:24

**requires** [1] - 68:21

**reservation** [1] - 131:9

**reservations** [2] - 39:15, 120:1

**reserved** [4] - 123:14, 123:22, 123:23, 123:24

**resides** [1] - 66:8

**resisting** [1] - 37:4

**resolve** [1] - 19:10

**respect** [3] - 32:10, 114:4, 136:20

**respond** [25] - 14:9, 14:14, 17:18, 18:7, 23:22, 26:8, 34:1, 47:10, 47:20, 49:9, 49:15, 52:24, 53:3, 61:17, 63:9, 69:15, 70:1, 87:21, 87:24, 89:8, 89:15, 92:4, 99:16, 100:2, 109:11

**responded** [1] - 93:8

**responders** [1] - 83:24

**responding** [2] - 24:19, 49:19

**responds** [6] - 18:14, 18:19, 68:13, 89:13, 109:24, 109:25

**response** [11] - 13:13, 16:2, 18:8, 29:6, 43:11, 61:24, 66:12, 82:15, 85:21, 90:13, 91:22

**rest** [2] - 67:11, 140:5

**restless** [1] - 85:10

**resume** [1] - 71:20

**retrieving** [4] - 134:10, 134:20, 135:1, 135:6

**return** [3] - 24:17, 36:20, 133:21

**returning** [2] - 38:15, 46:3

**returns** [1] - 133:25

**reveal** [1] - 51:25

**review** [8] - 5:10, 75:9, 83:5, 107:10, 107:20, 125:16, 127:15, 127:18

**reviewed** [18] - 7:25, 8:2, 8:7, 12:12, 15:4, 30:6, 63:24, 88:14, 98:3, 98:17, 103:1, 105:16, 114:9, 119:25, 120:9, 120:12, 120:22, 125:9

**revised** [2] - 76:10, 138:15

**revolution** [1] - 36:17

**Revolutionary** [3] - 46:8, 59:2, 89:1

**Rhodes** [61] - 8:24, 9:24, 21:21, 21:23, 22:7, 22:10, 22:19, 23:1, 23:17, 35:5, 35:7, 36:6, 43:18, 46:12, 47:6, 47:17, 47:24, 47:25, 48:6, 55:14, 55:17, 59:7, 59:18, 60:6, 67:25, 68:2, 68:9, 68:16, 68:17, 68:23, 69:15, 69:19, 69:25, 70:6, 70:13, 89:4, 89:13, 89:19, 89:25, 90:1, 90:9, 90:11, 91:1, 91:11, 92:23, 99:21, 99:23, 100:8, 105:8, 105:11, 106:3, 107:9, 107:23, 108:13, 109:23, 109:24, 110:9, 111:8, 111:12, 112:19, 113:11

**Rhodes'** [5] - 46:14, 68:7, 89:23, 109:5, 111:2

**Rhodes's** [1] - 99:23

**ride** [2] - 83:25, 126:18

**Ridge** [1] - 82:5

**ridge** [1] - 82:23

**riding** [1] - 67:18

**rifle** [2] - 111:18, 113:4

**rifles** [1] - 48:12

**right-hand** [2] - 18:4, 135:7

**righteous** [1] - 84:15

**RIOS** [2] - 2:9, 2:12

**river** [2] - 82:18, 82:22

**RMR** [1] - 141:14

**Road** [4] - 42:4, 92:5, 92:9, 121:21

**road** [1] - 66:22

**roads** [1] - 69:22

**Roanoke** [1] - 90:14

**Robert** [2] - 2:9, 123:16

**ROBERTO** [1] - 1:7

**Roberto** [12] - 2:2, 10:18, 27:16, 28:21, 55:17, 59:21, 60:2, 60:21, 93:8, 114:16, 115:11, 116:12

**rocket** [1] - 27:16

**Roger** [1] - 85:3

**role** [5] - 6:21, 6:23, 6:24, 27:11, 44:9

**roll** [1] - 40:18

**roll-away** [1] - 40:18

**romantic** [1] - 105:13

**Ron** [1] - 67:11

**rooftop** [1] - 23:13

**room** [22] - 39:18, 39:19, 40:4, 40:11, 40:14, 40:16, 40:17, 41:16, 42:3, 68:21, 69:1, 69:14, 90:15, 91:24, 123:10, 123:13, 123:17, 124:1, 125:1, 125:2, 131:18, 133:20

**rooms** [13] - 68:4, 68:5, 68:13, 123:22, 123:23, 124:3, 124:17, 124:21, 129:20, 130:19, 130:21, 130:24, 132:12

**Roosevelt** [1] - 122:1

**roughly** [1] - 8:13

**round** [1] - 26:5

**rounds** [7] - 33:3, 117:3, 117:4, 117:20, 118:6, 118:12, 118:15

**route** [8] - 66:14, 67:8, 67:12, 67:15, 71:18, 110:10, 111:1, 113:14

**Route** [1] - 121:14

**row** [2] - 20:10, 64:25

**rows** [1] - 108:25

**RP** [4] - 69:13, 69:21, 69:23, 84:21

**rubber** [1] - 23:5

**ruled** [2] - 76:20, 76:21

**ruling** [1] - 78:25

**rumble** [8] - 29:19, 30:4, 31:5, 31:11, 32:1, 32:21, 34:14, 34:25

**run** [3] - 72:6, 78:22

**running** [4] - 61:1, 67:17, 83:22, 132:16

**RV** [2] - 17:21, 24:17

# S

**S-Y-L-V-I-A** [1] - 4:20
**sacrifices** [1] - 57:22
**safety** [1] - 26:5
**sailor** [1] - 40:19
**salute** [1] - 135:20
**Sandra** [2] - 124:25, 131:6
**Saturday** [2] - 67:7, 67:16
**save** [1] - 82:12
**saved** [3] - 81:16, 82:6, 94:1
**saw** [8] - 35:6, 53:22, 54:24, 65:2, 112:20, 123:25, 126:17, 135:5
**scanning** [1] - 138:17
**scare** [2] - 17:10, 22:22
**schedule** [2] - 21:17, 140:5
**scheduled** [1] - 87:11
**schlep** [1] - 41:21
**Schrensek** [5] - 12:25, 95:6, 95:11, 96:6, 96:11
**scooting** [1] - 82:21
**scope** [2] - 111:17, 112:22
**scope-leveling** [1] - 111:17
**Scott** [1] - 2:12
**screaming** [1] - 17:10
**screen** [5] - 41:24, 50:20, 114:25, 121:5, 124:14
**screens** [1] - 101:15
**screenshot** [1] - 66:21
**screenshots** [2] - 50:24, 53:22
**screw** [1] - 22:21
**scroll** [3] - 51:16, 51:18
**scrolling** [1] - 114:11
**scrupulously** [1] - 79:16
**SE** [1] - 10:4
**sea** [1] - 71:9
**seamless** [1] - 74:18
**Sean** [5] - 81:22, 81:25, 82:4, 82:6, 82:10
**search** [1] - 56:17
**seat** [2] - 79:2, 136:18
**seated** [3] - 4:8, 80:8, 128:9
**second** [40] - 10:11, 11:16, 30:8, 31:8, 34:23, 35:1, 41:23, 44:19, 45:22, 46:3, 48:23, 53:9, 53:14, 79:14, 81:25, 88:5, 93:3, 94:8, 96:7, 96:8, 100:11, 103:21, 104:24, 109:15, 115:20, 122:12, 123:2, 125:24, 126:13, 126:16, 128:21, 129:6, 129:10, 129:16, 131:15, 132:3, 132:9, 132:18, 133:7, 135:10
**seconds** [23] - 15:7, 15:9, 30:15, 31:6, 31:10, 31:17, 55:22, 94:19, 95:1, 95:2, 95:8, 95:17, 96:1, 96:2, 96:4, 96:5, 102:7, 102:8, 102:13, 102:18, 122:4, 133:22
**sector** [2] - 5:23, 5:24
**secure** [1] - 69:1
**secured** [3] - 9:18, 61:21, 86:21

**security** [1] - 48:8
**sedition** [1] - 38:10
**see** [26] - 8:25, 14:17, 22:5, 24:25, 29:11, 34:18, 42:5, 51:16, 57:14, 63:11, 65:20, 71:21, 75:24, 81:18, 83:2, 84:11, 87:3, 87:16, 90:21, 100:1, 100:9, 121:5, 126:16, 129:5, 129:8, 129:10
**seeing** [4] - 39:24, 74:4, 74:5, 136:11
**seek** [12] - 8:15, 35:17, 62:22, 64:15, 83:6, 94:15, 101:8, 108:6, 108:16, 110:15, 115:2, 120:25
**selection** [3] - 9:16, 65:10, 110:9
**senators** [2] - 24:2, 52:10
**send** [7] - 17:14, 35:3, 67:19, 81:19, 90:15, 91:5, 91:12
**sending** [7] - 16:2, 23:17, 33:14, 39:6, 53:13, 62:8, 63:20
**sends** [7] - 15:2, 31:7, 32:23, 33:18, 45:5, 52:5, 91:13
**sense** [2] - 120:4, 139:11
**sent** [23] - 6:15, 9:5, 27:9, 29:19, 30:22, 31:1, 31:4, 31:13, 32:14, 33:1, 38:16, 38:17, 50:3, 54:22, 55:5, 55:6, 65:14, 83:6, 84:25, 85:17, 90:13, 108:4, 113:18
**separate** [5] - 30:24, 34:6, 60:16, 61:11, 86:10
**sequentially** [1] - 126:15
**series** [9] - 46:11, 62:4, 68:1, 87:1, 89:9, 102:2, 122:13, 125:8, 134:9
**serves** [1] - 76:22
**services** [1] - 58:9
**Session** [1] - 1:8
**set** [6] - 10:11, 42:21, 65:8, 67:12, 80:25, 111:11
**setting** [1] - 93:20
**several** [2] - 44:5, 124:8
**shared** [1] - 95:25
**sharing** [1] - 9:18
**Sharon** [4] - 39:20, 87:7, 125:2, 128:20
**sheet** [1] - 130:18
**shelves** [1] - 58:11
**shift** [1] - 88:5
**shifting** [1] - 38:19
**Shipley** [1] - 2:2
**SHIPLEY** [5] - 2:3, 93:11, 115:5, 139:4, 139:14
**shipped** [1] - 113:11
**shirt** [2] - 128:10, 134:20
**shirts** [2] - 70:5, 84:22
**shit** [8] - 12:2, 13:6, 13:12, 22:22, 60:17, 67:22, 69:21, 82:23
**shorter** [1] - 34:24
**shortly** [6] - 21:23, 71:21, 75:6, 131:8, 133:24, 135:20
**shotgun** [1] - 111:19
**shoulder** [1] - 28:21
**show** [5] - 37:21, 50:14, 50:17, 57:19, 101:17

**showed** [2] - 124:9, 131:17
**showing** [6] - 14:10, 50:9, 103:25, 124:21, 139:1, 139:3
**shown** [2] - 37:4, 111:4
**shows** [3] - 59:19, 65:6, 65:21
**SHTF** [1] - 69:21
**side** [5] - 71:8, 72:25, 84:14, 84:15, 87:23
**sidebar** [8] - 32:7, 38:14, 50:16, 79:21, 98:1, 119:3, 128:1, 136:4
**SIDEBAR** [8] - 30:20, 36:22, 49:23, 79:15, 97:20, 118:19, 127:12, 135:23
**sides** [1] - 72:19
**Siekerman** [21] - 55:17, 55:21, 56:6, 56:16, 56:25, 57:9, 57:12, 58:4, 58:15, 58:20, 59:6, 59:8, 61:10, 61:12, 61:17, 63:9, 63:20, 65:14, 69:6, 69:11, 83:19
**Siekerman's** [1] - 57:7
**sights** [5] - 111:16, 112:22, 113:10, 113:15, 113:20
**signal** [31] - 8:3, 8:12, 8:23, 9:21, 11:4, 27:19, 39:24, 45:5, 45:7, 45:10, 45:22, 46:12, 48:22, 50:24, 59:15, 59:19, 61:11, 65:16, 68:2, 81:6, 81:16, 83:5, 83:18, 84:7, 87:4, 89:13, 89:21, 89:24, 106:22, 125:21
**signed** [2] - 36:5, 46:7
**significance** [6] - 12:21, 12:23, 66:24, 92:6, 100:5, 104:8
**signify** [1] - 11:9
**silverback** [1] - 106:5
**similar** [2] - 24:19, 57:8
**simple** [1] - 25:9
**sipping** [1] - 82:21
**sister** [1] - 103:19
**sit** [1] - 58:1
**site** [7] - 30:4, 71:14, 75:9, 77:9, 78:3, 106:22, 125:22
**sites** [1] - 57:14
**situation** [5] - 51:13, 51:24, 51:25, 69:17, 139:7
**six** [4] - 66:22, 109:3, 112:21, 121:14
**skill** [1] - 141:8
**slate** [1] - 52:2
**sleep** [1] - 83:13
**sleeve** [1] - 54:14
**slide** [166] - 10:6, 10:8, 11:1, 11:3, 11:12, 11:20, 12:3, 13:7, 13:13, 13:18, 13:22, 14:8, 14:14, 14:20, 16:23, 17:7, 17:13, 17:17, 18:6, 18:13, 18:17, 18:25, 19:8, 19:14, 19:25, 20:11, 20:20, 21:7, 21:14, 21:20, 22:11, 22:19, 22:25, 23:10, 23:14, 23:21, 24:7, 24:14, 24:20, 25:5, 25:10, 25:15, 25:20, 26:7, 26:13, 27:14, 28:3, 29:6, 29:12, 29:13, 33:2, 33:5, 33:10, 33:21, 33:24, 34:4, 34:21, 35:2, 36:20, 38:15, 38:18, 40:2, 40:5, 40:9, 40:12, 41:5, 42:8, 42:11, 43:5, 43:13, 43:17, 43:25, 44:18, 45:19, 46:9, 47:17, 48:3, 48:6,

48:9, 48:14, 49:8, 49:14, 49:18, 50:9, 50:13, 50:18, 52:14, 52:23, 53:2, 53:8, 53:13, 55:9, 57:20, 58:3, 58:14, 58:19, 59:4, 60:6, 60:24, 61:3, 61:7, 61:17, 62:1, 63:14, 63:18, 65:23, 66:10, 66:18, 67:1, 67:20, 67:24, 68:9, 68:14, 68:23, 69:7, 69:15, 69:18, 69:25, 70:6, 70:10, 70:17, 71:3, 71:11, 71:13, 80:22, 81:12, 81:21, 82:16, 84:5, 84:17, 84:24, 84:25, 85:9, 85:12, 85:15, 86:6, 86:14, 86:25, 87:20, 88:4, 88:9, 89:2, 89:11, 89:19, 90:7, 91:11, 91:17, 92:12, 93:19, 93:24, 99:12, 99:15, 99:20, 114:17, 114:19, 115:8, 115:25, 116:9, 116:13, 116:19, 117:17, 117:21, 118:4, 118:8, 119:15, 134:5
**slides** [4] - 12:5, 74:9, 79:3
**sling** [1] - 112:22
**slip** [1] - 57:23
**slot** [1] - 48:16
**smiley** [1] - 61:2
**Smith** [11] - 38:22, 39:2, 39:7, 39:12, 66:7, 66:25, 87:2, 87:6, 87:20, 100:7, 103:11
**soccer** [2] - 26:24, 27:2
**Sol** [4] - 17:18, 17:24, 26:8, 26:11
**someone** [11] - 34:7, 42:14, 60:14, 61:23, 67:23, 75:8, 82:13, 83:3, 85:1, 91:18, 126:17
**sometime** [5] - 6:9, 9:23, 103:9, 105:3, 105:24
**sometimes** [1] - 65:6
**somewhere** [3] - 18:23, 60:4, 120:5
**sons** [1] - 57:23
**soon** [1] - 100:9
**SoRelle** [2] - 105:9, 105:12
**sorry** [21] - 7:12, 14:25, 30:5, 30:17, 35:20, 43:20, 50:1, 59:24, 60:23, 64:20, 79:6, 79:16, 87:19, 95:15, 105:3, 109:16, 110:17, 110:19, 112:11, 134:18, 139:23
**sort** [6] - 31:13, 37:8, 61:2, 83:15, 88:3, 133:18
**sorted** [2] - 74:23, 74:24
**sound** [1] - 31:19
**sounding** [1] - 79:10
**sounds** [3] - 16:25, 83:23, 140:12
**source** [1] - 8:3
**sources** [1] - 81:7
**South** [1] - 123:15
**southeast** [2] - 10:15, 10:20
**space** [1] - 129:20
**speaker** [2] - 32:13, 48:15
**speakers** [1] - 48:8
**speaking** [4] - 48:12, 84:18, 86:15, 110:17
**specific** [1] - 38:3
**specifically** [1] - 114:21
**speculation** [1] - 19:10

**speed** [1] - 61:22
**spelling** [1] - 4:19
**spend** [1] - 139:7
**spent** [5] - 104:16, 105:23, 111:14, 112:19, 113:14
**spliced** [1] - 31:14
**splinter** [1] - 14:12
**sponsoring** [2] - 72:22
**sports** [4] - 111:15, 116:3, 116:4, 117:24
**spot** [2] - 39:19, 132:12
**spreading** [1] - 83:3
**Springfield** [1] - 104:6
**squad** [2] - 6:1, 6:13
**squares** [1] - 112:16
**St** [1] - 103:16
**staff** [2] - 19:24, 22:2
**stage** [1] - 39:19
**staged** [2] - 6:14, 7:21
**staging** [2] - 6:11, 48:16
**Stamey** [25] - 39:1, 39:10, 40:2, 40:5, 40:9, 40:13, 70:18, 70:19, 70:23, 81:2, 81:3, 81:5, 81:13, 81:14, 81:16, 83:10, 92:10, 104:12, 123:23, 123:24, 124:2, 131:16, 131:19, 133:17, 134:1
**stamp** [2] - 73:5
**stamps** [4] - 23:5, 126:9, 126:11, 126:12
**stand** [6] - 4:11, 27:3, 27:4, 29:11, 36:13, 136:1
**standing** [5] - 24:6, 58:17, 82:13, 82:17, 131:16
**start** [11] - 15:6, 15:8, 32:16, 43:9, 74:5, 74:20, 101:25, 132:16, 136:7, 137:8, 140:16
**started** [2] - 65:20, 84:11
**starting** [5] - 43:15, 47:12, 96:7, 102:14, 104:23
**state** [8] - 16:24, 27:12, 36:17, 47:9, 59:21, 80:23, 81:1, 140:4
**statement** [7] - 18:18, 19:15, 24:12, 77:2, 115:11, 116:22, 117:7
**statements** [4] - 5:10, 33:18, 54:22, 114:15
**states** [3] - 10:5, 60:9, 84:13
**States** [1] - 141:4
**STATES** [3] - 1:1, 1:3, 1:13
**stating** [1] - 4:18
**station** [1] - 86:23
**stay** [4] - 40:19, 67:8, 84:12, 87:12
**stayed** [20] - 68:20, 92:11, 103:10, 103:11, 103:19, 104:6, 104:12, 104:24, 106:21, 120:1, 123:5, 123:10, 123:13, 123:15, 123:17, 124:1, 124:3, 124:4, 124:25, 125:2
**staying** [3] - 20:22, 68:11, 86:23
**Steal** [1] - 26:24
**Steal'** [1] - 35:25
**Steele** [2] - 103:19, 104:6
**stenographically** [1] - 141:7

**step** [4] - 16:13, 71:23, 73:23, 136:14
**stepping** [1] - 59:22
**Stepwyze** [3] - 47:21, 47:22, 47:23
**Stewart** [23] - 8:24, 21:21, 22:19, 36:6, 43:18, 46:12, 46:18, 48:15, 55:14, 55:17, 59:18, 68:2, 68:7, 69:19, 89:4, 90:9, 90:11, 91:1, 91:4, 92:23, 99:21, 99:23
**sticking** [1] - 74:2
**sticks** [1] - 63:10
**still** [6] - 36:15, 72:1, 72:14, 77:22, 82:11, 84:13
**Stone** [1] - 85:3
**Stop** [2] - 26:24, 35:25
**stop** [10] - 53:17, 67:7, 81:25, 83:22, 93:3, 94:8, 97:6, 102:23, 112:20, 131:13
**stopped** [1] - 58:10
**stopping** [1] - 32:4
**stops** [1] - 111:3
**store** [1] - 58:11
**stored** [2] - 34:7, 42:10
**stores** [1] - 107:12
**storm** [1] - 54:18
**stout** [1] - 63:10
**stow** [1] - 68:25
**straight** [3] - 103:15, 105:18, 106:13
**stream** [1] - 30:24
**Street** [3] - 1:19, 2:10, 2:17
**street** [2] - 41:13, 69:20
**streets** [3] - 24:24, 42:19, 42:20
**string** [2] - 53:23, 109:14
**stuff** [4] - 67:7, 79:8, 81:18, 84:22
**style** [1] - 62:14
**SUAREZ** [2] - 2:9, 2:12
**subject** [4] - 15:10, 37:14, 65:4, 75:12
**subjects** [2] - 49:12, 52:25
**submit** [1] - 36:12
**suggestions** [2] - 29:18, 33:1
**Suite** [2] - 2:13, 2:17
**summaries** [1] - 113:25
**summarize** [3] - 109:18, 114:21, 118:10
**summarized** [1] - 64:7
**summary** [21] - 64:14, 64:21, 64:22, 65:21, 76:4, 100:17, 110:8, 110:12, 113:24, 114:1, 114:4, 114:6, 114:24, 115:3, 118:22, 119:1, 119:7, 120:20, 121:3
**summation** [1] - 51:7
**Sunday** [1] - 67:10
**sunset** [1] - 84:1
**superior** [1] - 112:19
**supplemental** [1] - 47:1
**supply** [2] - 66:4, 66:12
**support** [3] - 23:4, 23:7, 48:13
**supporters** [3] - 27:3, 54:14, 54:20
**supporting** [1] - 82:20
**supportive** [1] - 82:11
**surround** [1] - 17:9

**surrounding** [1] - 17:11
**suspect** [1] - 136:24
**sustain** [1] - 7:18
**sustained** [2] - 93:12, 112:1
**switch** [4] - 44:19, 45:5, 60:17, 100:10
**sword** [1] - 130:10
**Sworn** [1] - 4:13
**SYLVIA** [2] - 3:5, 4:13
**Sylvia** [2] - 4:11, 4:20
**symbols** [1] - 89:9
**system** [1] - 59:20

## T

**T-shirts** [1] - 70:5
**table** [1] - 22:5
**tactics** [1] - 5:15
**takeover** [1] - 18:11
**talks** [1] - 50:7
**tall** [1] - 36:13
**Tamburri** [2] - 48:4, 48:25
**tan** [1] - 84:22
**tape** [1] - 72:1
**target** [8] - 67:13, 115:12, 115:17, 116:2, 116:3, 116:4, 117:24
**Tarrio** [8] - 28:5, 28:8, 29:4, 93:1, 93:4, 93:8, 93:9, 93:16
**tasks** [1] - 6:16
**team** [12] - 61:6, 68:4, 69:14, 70:15, 71:2, 82:17, 82:20, 85:22, 86:5, 86:21, 126:2, 131:6
**teams** [1] - 33:8
**technical** [2] - 47:4, 48:17
**techniques** [1] - 5:16
**Tee** [2] - 45:21, 53:9
**teeth** [1] - 24:4
**telephone** [1] - 8:23
**ten** [1] - 133:22
**tens** [1] - 58:16
**tentative** [1] - 11:18
**term** [3] - 56:12, 63:12, 69:23
**terms** [2] - 125:14, 137:16
**terrible** [1] - 85:8
**terribly** [1] - 37:25
**terrorism** [1] - 5:22
**terrorist** [1] - 5:21
**Terry** [1] - 135:14
**test** [1] - 100:1
**testified** [4] - 63:15, 75:7, 110:13, 119:16
**testifies** [1] - 140:3
**testify** [6] - 75:11, 75:19, 77:12, 93:4, 138:25, 139:2
**testifying** [8] - 16:15, 75:16, 78:14, 107:2, 137:18, 137:24, 138:24, 140:7
**testimony** [15] - 4:2, 8:7, 30:21, 37:12, 37:15, 64:22, 71:24, 76:24, 78:18, 93:6, 114:4, 114:5, 127:19, 136:15, 140:13

**Texas** [5] - 10:21, 105:10, 111:2, 111:15, 112:20
**text** [30] - 5:10, 8:3, 8:12, 29:17, 34:19, 42:3, 50:4, 50:6, 51:5, 51:7, 77:12, 80:15, 88:10, 89:4, 90:13, 90:21, 91:22, 91:24, 105:16, 106:22, 107:13, 108:4, 108:13, 109:3, 109:4, 110:13, 111:9, 111:18, 123:8, 125:21
**texting** [1] - 91:18
**texts** [2] - 99:22
**THE** [114] - 1:1, 1:1, 1:12, 4:2, 4:6, 4:8, 4:12, 7:12, 7:14, 7:18, 8:17, 15:21, 31:19, 31:25, 32:3, 32:8, 32:10, 33:13, 35:19, 37:13, 37:22, 38:5, 38:9, 49:22, 49:24, 50:8, 50:11, 50:14, 50:17, 51:3, 51:16, 51:18, 51:21, 52:8, 54:8, 55:2, 57:3, 62:23, 64:18, 64:20, 71:19, 71:23, 71:25, 72:1, 72:5, 72:15, 73:8, 73:10, 73:17, 73:20, 74:12, 74:18, 74:23, 75:2, 75:21, 76:1, 76:6, 76:9, 76:13, 76:17, 76:20, 77:4, 77:16, 77:22, 78:8, 78:10, 78:19, 79:1, 79:6, 79:7, 79:8, 79:9, 79:11, 79:12, 79:20, 79:22, 80:1, 80:2, 80:3, 80:4, 80:8, 93:12, 94:16, 101:10, 101:12, 108:21, 110:17, 110:19, 110:21, 110:22, 112:1, 113:23, 118:17, 118:20, 119:4, 121:2, 127:13, 127:19, 128:14, 130:1, 130:6, 136:2, 136:5, 136:14, 136:16, 136:17, 137:4, 137:10, 139:10, 139:17, 139:19, 139:23, 140:1, 140:10
**thee** [2] - 49:13, 53:1
**Theodore** [1] - 122:1
**theory** [2] - 19:5, 37:25
**thereabouts** [1] - 103:16
**thereafter** [1] - 21:23
**therefore** [1] - 77:9
**they've** [1] - 19:5
**thick** [1] - 62:11
**thinking** [2] - 13:5, 72:1
**third** [10] - 20:10, 41:24, 115:20, 124:23, 126:14, 129:3, 130:16, 133:20, 133:24, 133:25
**Thomas** [4] - 39:1, 87:4, 87:21, 125:2
**Thomasville** [1] - 103:18
**thousand** [2] - 117:4, 117:20
**thousands** [1] - 98:9
**thread** [3] - 12:11, 43:8, 60:8
**three** [28] - 15:7, 15:9, 26:25, 33:17, 40:19, 52:10, 77:21, 87:10, 93:20, 99:22, 105:7, 106:6, 109:16, 109:21, 111:16, 111:19, 112:15, 123:2, 123:16, 123:22, 124:9, 124:17, 129:20, 130:18, 130:24, 132:12
**Three** [2] - 12:16, 12:17
**throughout** [1] - 5:22
**throw** [1] - 36:17
**Thursday** [2] - 21:19, 24:17
**tie** [1] - 128:11
**tied** [1] - 77:1

**timestamp** [1] - 107:7
**timing** [3] - 18:14, 73:3, 110:2
**tired** [1] - 43:10
**title** [4] - 35:22, 35:23, 54:19, 96:22
**titled** [1] - 114:19
**TK** [1] - 44:24
**today** [5] - 7:2, 8:7, 70:16, 109:7, 128:6
**today's** [1] - 51:24
**Todd** [13] - 45:2, 45:3, 45:21, 46:11, 46:22, 47:21, 48:25, 90:25, 91:1, 91:5, 91:13, 124:4, 132:25
**together** [9] - 60:9, 64:14, 77:1, 77:13, 77:14, 77:20, 83:25, 103:2, 105:9
**Tom** [15] - 41:5, 41:10, 42:7, 42:12, 70:18, 70:20, 70:23, 81:11, 81:21, 87:1, 87:24, 128:20, 135:19
**tomorrow** [21] - 47:14, 72:2, 75:17, 78:9, 78:14, 83:12, 83:13, 83:21, 86:22, 86:23, 87:8, 87:13, 136:24, 137:2, 137:19, 138:24, 138:25, 140:2, 140:12, 140:13, 140:15
**ton** [1] - 13:17
**tonight** [2] - 83:20, 140:6
**took** [2] - 5:19, 121:14
**tools** [1] - 41:20
**top** [9] - 35:22, 59:13, 109:16, 111:8, 113:9, 115:10, 124:14, 124:15, 135:13
**torches** [1] - 22:23
**total** [3] - 40:16, 118:11, 118:15
**totality** [1] - 30:23
**totally** [2] - 57:17, 58:11
**tote** [5] - 129:4, 132:4, 132:10, 132:16
**totes** [2] - 127:6, 133:1
**touch** [1] - 46:19
**towards** [1] - 132:11
**town** [2] - 100:3, 137:3
**Tracy** [1] - 103:15
**trailer** [3] - 46:1, 82:12, 88:17
**trained** [2] - 6:24, 58:16
**training** [7] - 5:12, 5:14, 5:15, 13:2, 95:3, 95:7
**trainings** [2] - 12:24, 13:1
**trains** [2] - 12:20, 13:5
**traitors** [1] - 20:3
**transactions** [1] - 107:22
**TRANSCRIPT** [1] - 1:12
**transcript** [10] - 38:7, 73:7, 73:21, 73:25, 74:3, 74:8, 74:10, 74:17, 141:6, 141:7
**transcript..** [1] - 74:14
**transfer** [1] - 37:2
**transitions** [1] - 32:20
**transport** [2] - 71:10, 81:7
**transportation** [1] - 80:16
**traps** [1] - 93:21
**travel** [9] - 21:18, 57:15, 88:14, 100:17, 101:18, 103:2, 104:21, 105:8, 111:2
**traveled** [5] - 44:22, 87:18, 88:12, 103:14, 105:9

**traveling** [1] - 76:12
**travels** [1] - 110:10
**treated** [1] - 113:24
**treatment** [2] - 19:20, 20:2
**tree** [2] - 24:9, 24:13
**Tree** [3] - 81:22, 81:25, 82:6
**TRIAL** [1] - 1:12
**trial** [5] - 72:17, 74:20, 75:7, 114:2, 140:8
**trick** [1] - 17:12
**tried** [1] - 101:5
**triggers** [1] - 112:21
**trip** [1] - 57:16
**troops** [1] - 88:23
**trouble** [1] - 93:23
**Troy** [1] - 1:17
**truck** [3] - 41:22, 42:2, 61:24
**trucks** [1] - 58:10
**true** [4] - 126:25, 127:1, 127:3, 141:6
**truly** [1] - 60:17
**Trump** [20] - 13:9, 15:1, 18:11, 19:24, 23:3, 23:6, 24:22, 24:24, 25:18, 26:22, 35:4, 35:7, 35:24, 43:8, 43:24, 44:5, 44:7, 54:13, 54:16, 54:20
**Trump's** [1] - 51:25
**Trumpers** [2] - 26:24, 27:2
**trunk** [1] - 69:1
**truth** [2] - 32:13, 55:4
**try** [2] - 41:21, 42:19
**trying** [10] - 21:17, 24:16, 35:7, 40:16, 41:15, 44:11, 51:21, 74:7, 139:20
**Tuesday** [7] - 21:18, 24:17, 54:14, 61:6, 61:8, 84:21, 86:12
**turn** [7] - 59:4, 78:14, 94:24, 99:6, 129:17, 136:25, 137:15
**turning** [2] - 41:4, 65:13
**turns** [1] - 122:2
**twice** [1] - 138:23
**Twitter** [1] - 57:8
**two** [51] - 12:24, 29:25, 30:1, 30:15, 31:5, 31:7, 31:9, 31:15, 31:17, 32:4, 34:8, 34:14, 34:16, 36:9, 37:10, 38:10, 39:2, 40:16, 40:18, 40:19, 60:3, 63:4, 63:6, 66:13, 70:22, 71:9, 72:11, 78:24, 82:24, 83:8, 85:3, 94:18, 98:11, 103:13, 107:17, 108:25, 109:3, 109:14, 111:9, 111:16, 112:21, 112:22, 113:7, 114:22, 115:19, 123:23, 124:3, 124:21, 131:10, 133:1, 134:25
**two-by-four** [2] - 63:4, 63:6
**two-hour** [4] - 29:25, 34:8, 34:14, 34:16
**Tyler** [2] - 109:8, 112:20
**type** [6] - 5:12, 15:13, 61:24, 105:11, 107:11, 130:10
**typed** [1] - 74:1
**types** [3] - 7:19, 7:25, 13:1
**typical** [4] - 6:21, 6:23, 6:24, 40:19
**typically** [3] - 64:4, 64:5, 77:16

**typo** [3] - 68:17, 79:10, 118:22
**typos** [2] - 79:8, 79:9
**tyranny** [2] - 49:5, 52:20
**tyrants** [1] - 24:11

## U

**U.S** [3] - 1:18, 59:16, 121:13
**Ulrich** [4] - 60:19, 60:21, 60:24, 106:3
**unclear** [1] - 41:12
**uncomfortable** [1] - 24:2
**unconstitutional** [1] - 23:5
**under** [18] - 18:4, 20:10, 38:25, 41:2, 41:3, 56:3, 56:9, 59:25, 60:2, 69:3, 70:19, 86:2, 123:11, 125:1, 125:3, 130:17, 131:21, 133:18
**underground** [2] - 61:21, 68:20
**underlined** [1] - 16:16
**underlying** [8] - 101:3, 107:20, 116:7, 117:14, 118:21, 119:1, 119:4, 119:10
**underneath** [1] - 60:21
**undertake** [2] - 49:4, 52:19
**unit** [1] - 61:24
**UNITED** [3] - 1:1, 1:3, 1:13
**United** [1] - 141:4
**unleash** [1] - 52:1
**unless** [3] - 43:23, 77:6, 112:1
**unlikely** [1] - 22:4
**unloading** [1] - 100:3
**unquote** [2] - 44:10, 48:17
**unto** [3] - 49:16, 51:8, 53:6
**up** [72] - 6:15, 8:19, 10:11, 14:13, 15:6, 17:22, 19:11, 20:24, 25:1, 29:23, 30:7, 35:13, 38:1, 45:25, 49:24, 51:16, 51:18, 53:20, 54:3, 56:19, 57:17, 57:19, 62:15, 62:18, 64:10, 65:8, 66:4, 66:20, 67:12, 67:14, 67:19, 67:21, 72:8, 74:1, 75:5, 75:11, 76:2, 76:14, 76:15, 76:16, 76:17, 79:5, 80:13, 80:25, 82:25, 83:12, 83:22, 84:4, 88:17, 93:9, 94:7, 101:22, 102:22, 105:7, 105:22, 107:20, 108:9, 110:5, 111:6, 113:21, 117:5, 120:16, 122:4, 125:24, 133:19, 133:24, 137:11, 137:12, 138:13, 139:6, 140:15
**update** [3] - 51:13, 51:24, 51:25
**upped** [1] - 52:4
**upper** [3] - 111:18, 111:24, 112:7
**uppers** [1] - 113:15
**upward** [1] - 52:4
**urge** [1] - 23:6
**urgency** [1] - 140:1
**urgent** [1] - 92:23
**USA** [2] - 116:4, 117:24
**USAfx** [1] - 138:20
**useful** [2] - 70:2, 118:25
**user** [2] - 56:24, 64:3
**username** [1] - 83:16
**utmost** [1] - 84:2

## V

**VA** [5] - 61:21, 86:20, 86:22, 91:24, 92:5
**Vallejo** [60] - 2:16, 30:24, 31:6, 31:15, 34:6, 34:22, 35:3, 36:23, 38:16, 38:19, 44:20, 44:22, 45:3, 48:4, 48:15, 48:24, 49:1, 49:14, 49:20, 50:2, 50:3, 52:17, 53:2, 53:12, 53:13, 54:22, 55:7, 88:10, 88:11, 88:15, 89:4, 89:6, 89:15, 89:20, 89:25, 90:6, 90:9, 90:11, 91:1, 91:7, 91:18, 91:21, 97:21, 104:12, 104:22, 124:4, 125:13, 127:7, 128:3, 128:15, 128:21, 129:3, 129:15, 132:3, 132:8, 132:9, 132:15, 132:20, 133:1, 133:7
**Vallejo's** [3] - 34:19, 129:23, 130:9
**valley** [3] - 88:18, 88:20, 117:13
**Valley** [1] - 88:23
**van** [1] - 17:21
**variety** [1] - 100:18
**various** [8] - 5:22, 6:14, 6:15, 8:11, 62:4, 101:18, 102:25, 111:3
**vehicle** [3] - 40:15, 61:24, 93:22
**veracity** [1] - 19:6
**verbatim** [1] - 79:4
**versions** [1] - 138:13
**versus** [1] - 72:22
**vetted** [2] - 74:7, 84:6
**via** [3] - 67:19, 111:9, 111:18
**victory** [4] - 49:4, 49:13, 52:19, 53:1
**Video** [36] - 15:24, 30:10, 32:18, 94:9, 94:22, 95:18, 97:5, 97:15, 98:22, 99:2, 100:13, 102:5, 102:12, 103:7, 104:4, 104:18, 106:18, 107:1, 121:18, 122:10, 122:23, 123:20, 124:19, 125:6, 127:4, 128:25, 129:13, 130:12, 130:22, 131:12, 131:24, 132:6, 132:14, 132:23, 134:7, 135:16
**video** [44] - 8:4, 14:24, 15:2, 15:4, 15:10, 15:18, 16:1, 16:3, 31:4, 31:6, 32:15, 32:16, 32:21, 32:23, 34:25, 76:16, 76:23, 77:7, 78:1, 79:19, 94:1, 94:14, 94:18, 94:24, 95:2, 95:12, 95:13, 95:16, 95:24, 96:15, 96:19, 96:20, 96:22, 96:25, 99:1, 99:8, 120:12, 120:21, 125:25, 126:1, 126:10, 128:16, 134:23
**videos** [1] - 32:11
**Vienna** [1] - 68:11
**view** [3] - 121:22, 129:19, 139:4
**Virginia** [16] - 6:2, 7:22, 39:1, 39:5, 70:21, 81:11, 82:4, 87:11, 87:23, 92:10, 104:7, 104:11, 105:23, 106:11, 113:12, 113:18
**Virginia/DC** [2] - 101:19, 104:2
**vision** [3] - 113:10, 113:17, 113:19
**visit** [1] - 120:23
**volume** [1] - 94:24
**voluminous** [4] - 113:25, 118:24, 120:21, 126:3
**volunteers** [2] - 48:8, 48:11

**votes** [2] - 25:8, 52:2
**vs** [1] - 1:5

# W

**wad** [1] - 55:24
**wait** [2] - 18:19, 21:24
**waiting** [3] - 18:12, 74:25, 82:18
**wake** [1] - 83:12
**Walden** [2] - 106:12, 106:13
**walk** [1] - 115:9
**walking** [2] - 63:10, 127:5
**wants** [10] - 11:24, 11:25, 13:6, 13:10,
  13:11, 18:15, 27:4, 48:15, 72:21,
  136:22
**War** [4] - 29:5, 46:8, 59:2, 89:1
**war** [7] - 25:12, 26:9, 36:14, 36:17,
  37:10, 43:10, 57:10
**warm** [1] - 48:12
**warning** [1] - 44:3
**warrant** [1] - 56:18
**warriors** [1] - 20:13
**Washington** [12] - 1:5, 1:19, 2:18,
  42:18, 54:16, 57:17, 75:18, 88:13,
  88:23, 107:9, 107:24, 140:4
**watched** [3] - 34:24, 96:19, 120:2
**watching** [2] - 44:9, 126:15
**water** [5] - 71:10, 71:12, 71:14, 71:17,
  80:16
**Watkins** [15] - 40:25, 41:1, 41:2, 41:6,
  55:17, 86:16, 86:17, 86:18, 87:18,
  88:6, 97:3, 105:21, 123:11, 131:7,
  135:19
**Watkins'** [2] - 41:7, 42:9
**we/he** [1] - 22:22
**weapons** [8] - 25:24, 26:10, 54:21,
  61:13, 68:25, 82:17, 86:20, 86:21
**website** [6] - 27:18, 30:22, 31:1, 31:5,
  31:11, 99:5
**Wednesday** [4] - 21:18, 54:17, 84:23,
  86:12
**week** [7] - 22:16, 26:23, 137:23, 138:7,
  139:5, 139:9, 140:5
**weekend** [1] - 139:7
**weeks** [2] - 33:3, 44:6
**weight** [1] - 114:2
**Weijia** [1] - 54:15
**WEINBERG** [5] - 2:9, 2:12, 63:1,
  101:11, 139:13
**Weinberg** [1] - 2:12
**welcome** [2] - 4:8, 4:12
**weps** [3] - 41:21, 82:23
**west** [2] - 71:9, 104:25
**western** [2] - 80:23, 81:1
**whatnot** [1] - 127:15
**whip** [6] - 55:22, 68:25, 69:2, 69:3,
  98:24
**White** [1] - 54:15
**Whiteville** [2] - 103:10, 104:1
**whole** [7] - 31:13, 31:17, 31:21, 31:23,

  44:13, 50:4, 84:10
**wife** [1] - 125:2
**wilco** [2] - 89:16, 89:17
**wild** [9] - 11:23, 11:24, 12:1, 13:9,
  13:10, 13:11, 20:23
**William** [1] - 2:2
**WILLIAM** [1] - 2:3
**willing** [2] - 67:21, 83:3
**win** [1] - 43:9
**Winchester** [3] - 86:24, 87:11, 105:23
**winky** [1] - 47:5
**winter** [2] - 83:4, 88:24
**wise** [1] - 26:9
**wish** [1] - 72:19
**withdrawals** [4] - 107:23, 108:1, 108:5,
  110:3
**withdrew** [3] - 111:12, 111:20, 113:4
**WITNESS** [8] - 3:3, 71:25, 79:6, 79:8,
  79:11, 80:1, 80:3, 136:16
**witness** [11] - 76:25, 79:17, 130:5,
  137:3, 137:7, 137:15, 137:20, 139:5,
  139:8
**witness's** [1] - 127:17
**witnesses** [2] - 136:24, 136:25
**Woe** [2] - 49:16, 53:6
**woe** [1] - 51:8
**Wolf** [1] - 117:2
**wood** [1] - 62:11
**woods** [1] - 5:18
**word** [4] - 44:14, 83:1, 83:3, 138:19
**words** [4] - 24:9, 26:23, 49:6, 52:21
**wore** [1] - 54:13
**world** [1] - 44:8
**wrapped** [2] - 130:17, 133:18
**wrestler** [1] - 63:3
**Wright** [1] - 72:17
**Wrightville** [2] - 91:24, 105:1
**writes** [2] - 25:18, 109:23
**writing** [1] - 81:5
**wrote** [1] - 35:5

# Y

**year's** [2] - 43:6, 44:1
**Year's** [2] - 28:4, 52:4
**years** [2] - 4:24, 98:11
**yellow** [3] - 101:23, 121:10, 127:6
**York** [2] - 5:5, 5:17
**Young** [7] - 16:12, 16:14, 16:17, 16:21,
  19:1, 22:15, 103:18
**young** [1] - 104:6
**yourself** [1] - 4:18
**YouTube** [1] - 96:19

# Z

**Zach** [1] - 96:12
**zoom** [16] - 35:22, 36:7, 36:19, 54:10,
  109:15, 110:25, 111:5, 112:14,
  112:15, 113:6, 115:14, 115:23, 116:5,

116:24, 117:9, 118:1
**zooming** [1] - 115:10