IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )      CR No. 22-15
                                       )      Washington, D.C.
            vs.                        )      January 6, 2023
                                       )      9:30 a.m.
ROBERTO A. MINUTA, ET AL.,             )
                                       )      Day 15
            Defendants.                )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

- - -

WITNESS INDEX

- - -

WITNESSES            DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

JAMIE FLEET           3306  3355
ANTHONY JACKSON       3356

- - -

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 1128 AND 1129 | 3334 |
| 1056.0263.0215FF | 3344 |
| 1130C | 3353 |
| 8000.2 | 3364 |
| 8002 | 3369 |
| 8001 | 3372 |
| 9603 | 3381 |
| 1089.1 | 3383 |
| 9602 | 3395 |
| 9601 | 3399 |
| 111.V.1 | 3403 |

3296

PROCEEDINGS

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4          THE COURT:  Please be seated, everyone.

5    Thank you.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Criminal Case No. 22-15, United States of America

8    versus Defendant No. 6, Roberto A. Minuta; Defendant 7,

9    Joseph Hackett; Defendant 8, David Moerschel; and Defendant

10   11, Edward Vallejo.

11         Kathryn Rakoczy, Jeffrey Nestler, Alexandra

12   Hughes, Troy Edwards, and Louis Manzo for the government.

13         William Shipley for Defendant Minuta.

14         Angela Halim for Defendant Hackett.

15         Scott Weinberg and Connor Martin for

16   Defendant Moerschel.

17         Matthew Peed for Defendant Vallejo.

18         All four named defendants are present in the

19   courtroom for these proceedings.

20         THE COURT:  All right.  Good morning, everyone.

21   Welcome back.

22         All right.  I understand there are some additional

23   exhibit objections before we begin today.

24         MS. HALIM:  Yes, if I may.

25         This is to follow up on what we discussed at the

1    end of the day yesterday regarding the exhibits that the

2    government proposes to introduce through Mr. Fleet, who

3    I think is the first witness up this morning, and to -- this

4    is 1128 and 1129, those are the photos of the folks in the

5    House Chamber.

6              THE COURT:  Right.

7              MS. HALIM:  Terrified, cowering, hiding.

8              So there's a couple of foundational objections and

9    we thought we'd just flesh them out now before we have to

10   get on the phones first thing as the jury comes in.

11             First of all, we're not sure, I mean obviously

12   it's going to depend on what Mr. Fleet says, but unless he

13   was on the upper level, we're not sure that he can

14   authenticate the photographs, because if he's, you know, on

15   the lower level looking up, the people are down low, so

16   looking up, you wouldn't see the people hiding up there.  So

17   that's issue number one.

18             THE COURT:  Yeah, I mean, that's why I asked the

19   question yesterday.

20             MS. HALIM:  Okay.

21             And issue number 2 is, according to the

22   government, 2:44, was when the chamber was evacuated.

23             THE COURT:  I'm sorry, you said 2:24?

24             MS. HALIM:  2:44.

25             THE COURT:  2:44.

1          MS. HALIM:  And as Your Honor knows, it was 2:39

2     and some change/2:40 when the first of the Oath Keepers

3     entered the building.

4          Evacuation, if it is completed at 2:44, it doesn't

5     happen in a minute, it takes time, several minutes.  And so

6     given that, unless someone can establish exactly how long it

7     took, there's a possibility that no one was in that position

8     at the point that an Oath Keeper was in the building, and so

9     that attenuates the relevance of the government's proffer as

10     to this witness.

11          The third issue that we want to discuss is

12     Mr. Nestler represented, both yesterday afternoon and

13     Wednesday afternoon, that the relevance for this witness's

14     testimony as to the staff in the Speaker's Suite who started

15     going in hiding at 2:15 p.m. is that those people are mere

16     feet away from Oath Keepers, or specifically he said it in

17     response to Mr. Weinberg's cross-examination about

18     Mr. Hackett and Mr. Moerschel being right by that statue.

19          We have gotten a diagram -- and, Justin, if you

20     can pull that up -- it is a scale that was off of the

21     Capitol website, we've done some machinations, and I might

22     have Scott do this part because it's -- the closest it could

23     possibly be as the crow flies is 45 feet, but in reality

24     when you really look at the length of the hall and the

25     doorways and where you would have to walk, it's between 60

1    and 65 feet.  And I'm not sure that that's mere feet.

2    I think that would stretch the definition of the word mere.

3          So for all those reasons, we're once again

4    objecting to the relevancy of the entirety of Mr. Fleet's

5    testimony but specifically Exhibits 1128 and 1129.

6          THE COURT:  Moving backwards, though, quick.

7          MS. HALIM:  Yeah.

8          THE COURT:  Do you have a sense of what the

9    distance is between the statue where your clients were

10   standing and the front door of the Speaker's Suite?

11         MS. HALIM:  So could I ask Scott to do this

12   because he and Justin worked on this diagram and I am not a

13   numbers person.

14         MR. WEINBERG:  Judge, from this map, I believe the

15   door to the Speaker's Suite -- and I would assume that

16   Mr. Nestler would know where the door was -- is further up,

17   if I could just draw, it's like around this area.  Is that

18   about right or is it further north?

19         MR. NESTLER:  It's a little bit -- well, it's a

20   little bit south.  That's the entrance to the

21   Speaker's Suite.

22         MR. WEINBERG:  Okay.

23         Where the individuals were hiding, Your Honor, is

24   right here.

25         And then according to our scale here, it's about

 1  65 feet away.

 2          THE COURT:  Right.

 3          But I don't know that the relevant distances to

 4  where they were hiding to where the individuals were as much

 5  as were they in the vicinity of where they would be put in

 6  fear, and that certainly would be outside the front door.

 7  I mean, you don't need to be right on top of them to cause

 8  them to be in fear for their safety.

 9          MR. WEINBERG:  If they were outside the front

10  door, Judge, I believe there's a camera there that would

11  show our clients being right outside that front door.

12          THE COURT:  Well, I don't mean immediately outside

13  the front door.

14          At least the way I've seen the photographs, there

15  seems to be the small Rotunda, which is where your clients

16  were, at least that's what the evidence seems to show,

17  there's then kind of an anteroom, if you will, or a space,

18  and then the door to the Speaker's Suite, right.

19          MR. WEINBERG:  Well, I believe there's a stairwell

20  first and then the door.

21          THE COURT:  No, the stairwell is behind them and

22  the door is in front of them, or at least Mr. Meggs and the

23  other couple folks, we actually have photograph there.  So

24  they seem to be kind of a few feet in front of Officer Dunn

25  and then the doorway itself is probably where the entrance

1    where -- or the entrance probably is another 10 feet at

2    most.

3                All right.  Well, I mean, I'm not -- I appreciate

4    the measurements, but I don't know that that sways me.

5                Let's talk about the timing issue, Mr. Nestler.

6    You've suggested that the chamber was evacuated by 2:44.

7    What's your understanding of the timing issue?

8                MR. NESTLER:  First of all, we don't think that

9    the time that these Oath Keepers entered the building and

10   they crossed the threshold of the door, has any particular

11   salience.  They were attacking the Capitol.  They were

12   there --

13               THE COURT:  Right.

14               MR. NESTLER:  -- before 2:40.  It doesn't matter

15   what time someone's foot crossed the threshold of the door

16   so we don't think that has any salience or relevance there.

17               We understand that the House went into recess at

18   2:29 p.m. and that Ms. Babbitt was shot at 2:44 p.m. and so

19   that the evacuation -- and that the shooting happened after

20   the evacuation occurred.  And so during those 15 minutes,

21   people were ordered to shelter in place.

22               THE COURT:  I'm sorry, can you just restate the

23   timeline for me again?

24               MR. NESTLER:  Sure.

25               At 2:29 p.m., Representative McGovern gaveled the

1    House into recess.  And at 2:44 p.m., the shooting of

2    Ms. Babbitt occurred in the area just behind the rostrum.

3            THE COURT:  Right.

4            MR. NESTLER:  In the Speaker's lobby.

5            And so during that 15-minute period, a lot of

6    things happened, which were people were told to shelter in

7    place, many law enforcement officers entered the chamber,

8    people moved away from the doors, the doors were all locked,

9    people were told to put on gas masks, to lie down, to arm

10   themselves.  All of this happened.

11           Then the decision was made to evacuate the

12   Chamber, and then the evacuation occurred and several

13   hundred people were evacuated from the Chamber.

14           THE COURT:  All before 2:44.

15           MR. NESTLER:  All before 2:44.

16           THE COURT:  Rights.

17           MR. NESTLER:  There were a few law enforcement

18   officers.

19           THE COURT:  There were a few people, right.

20           MR. NESTLER:  Yes, staff was evacuated by 2:44.

21           THE COURT:  Remind me again what the estimated

22   time is which Line 1 got up to the landing in front of the

23   Columbus Doors.

24           MR. NESTLER:  2:35.

25           On the stairs to the landing, Your Honor,

1    approximately 2:35.

2          THE COURT:  Right.  Okay.

3          Well, look, I think given the timing of this, the

4    reality is, the defendants, it is true they may have entered

5    a few minutes before the entire Chamber was evacuated, but

6    they were, if not inside, then certainly not too far outside

7    at a point in time when certainly from the west side people

8    began entering the Capitol Building, but also it wasn't --

9    I think the first east side entrance were, what, around 2:30

10   or 2:31?

11         MR. NESTLER:  I believe that the east Rotunda

12   doors were breached even prior to that the first time.  We

13   have to go back and double-check.

14         THE COURT:  Well, I guess if they got --

15         MR. SHIPLEY:  The first entrance into the building

16   was 2:11.

17         THE COURT:  No, that's the west side.  I'm talking

18   about the east side.

19         MR. SHIPLEY:  But 2:11 people were inside running

20   around free.

21         THE COURT:  No.  I understand that but --

22         I think the point is the same, which is, I don't

23   think this is a set of circumstances in which you can

24   suggest or -- well, let's put it this way.

25         It's not unreasonable for the government and even

3304

1   the jury to conclude, for the government to assert and for

2   the jury to conclude that all of these individuals

3   participated in causing what happened inside and contributed

4   to it in some way.

5           It's not as if these folks were a half a mile away

6   from the Capitol or even a quarter-mile away from the

7   Capitol.  They were, at a minimum, sort of in the East Plaza

8   approaching the steps and then ultimately on the steps

9   during the period of time when the Chamber is being

10  evacuated, and all of those circumstances led to the Chamber

11  being evacuated.

12          I don't think it's simply accurate to say that it

13  was only those who entered at 2:11 or those who were within

14  the building at 2:29 that created the circumstances that not

15  only required the evacuation but then that the evacuation

16  continued after it began.  And if memory serves, you know,

17  the House actually adjourned for a period of time and then

18  came back into session before it was fully evacuated and put

19  in recess for several hours.

20          So I think for those reasons, it continues to be

21  relevant as to what happens in the Chambers notwithstanding

22  the perhaps exact physical placement of these defendants

23  within the building, although, again, they're in the

24  building at the earliest by 2:39, which is within the time

25  frame within which the evacuation is taking place.  You

```
 1    know, obviously the defendants are welcome to bring out on

 2    cross-examination, to the extent that this defendant --

 3    I mean, this witness can actually pinpoint the time period

 4    that these folks were already crouched down and huddled

 5    before anybody entered the building.  Again, I'm not sure

 6    that's -- in any event, certainly, grounds for

 7    cross-examination.

 8              But I think ultimately given the balance I'm

 9    striking here and the limited -- the relevance of what

10    happens within the Chamber and the limited amount of

11    evidence and allowing it be brought in as to those two

12    photographs, I still continue to believe that that's an

13    appropriate balance to allow those two pieces of evidence

14    in, okay?

15              All right.  Anything else?

16              All right.

17              (Pause)

18              COURTROOM DEPUTY:  Jury panel.

19              (Jury entered the courtroom.)

20              THE COURT:  All right.  Please be seated,

21    everyone.

22              Good morning and welcome back.  I appreciate your

23    patience with us.  We just had a couple of legal issues to

24    resolve this morning, but we are ready to get going.

25              So, Mr. Nestler, is the government ready with his
```

```
 1    next witness.

 2              MR. NESTLER:  Thank you, Your Honor.  The

 3    United States calls Jamie Fleet.

 4              COURTROOM DEPUTY:  Please raise your right hand.

 5              (Witness is placed under oath.)

 6              COURTROOM DEPUTY:  Thank you.

 7              THE COURT:  All right, Mr. Fleet, welcome.  Have a

 8    seat.

 9              Mr. Nestler, when you're ready.

10              MR. NESTLER:  Thank you, Your Honor.

11                        - - -

12    JAMIE FLEET, WITNESS FOR THE GOVERNMENT, SWORN

13                      DIRECT EXAMINATION

14                        - - -

15    BY MR. NESTLER:

16        Q    Good morning, sir.  Could you please state and

17    spell your name for us.

18        A    Sure.

19             Jamie Fleet.  J-a-m-i-e, F-l-e-e-t.

20        Q    And, Mr. Fleet, on January 6th of 2021, so

21    two years ago today, were you working for the United States

22    House of Representatives?

23        A    I was.

24        Q    What was your position there?

25        A    I occupied two positions for the House of
```

```
 1    Representatives.  I was a senior advisor to Speaker of the
 2    House Nancy Pelosi, and I was a staff director for the
 3    Committee on House Administration.
 4         Q    And do you still work for the House?
 5         A    I do.
 6         Q    How long in total have you worked for the House?
 7         A    About 15 years.
 8         Q    What's your position as of today?
 9         A    I'm the staff director for the Committee on House
10    Administration, and I'm a senior advisor to the new
11    Democratic leader of the House.
12         Q    Are things a little hectic there right now?
13         A    A little hectic there right now.
14         Q    Okay.
15              What was Nancy Pelosi's position on January 6th
16    two years ago?
17         A    She was the Speaker of the House.
18         Q    And can you please just generally describe what
19    the Speaker of the House does?
20         A    Sure.
21              The Speaker of the House is the leader of the
22    House of Representatives.  She's responsible for what goes
23    on in the House that day.
24              The Speaker is also the -- in the line of
25    Presidential succession.  So she's responsible for any
```

1    number of the whole legislative agenda that the Congress is

2    moving forward with.

3        Q    Approximately how many people worked for

4    Speaker Pelosi on January 6th of 2021?

5        A    Approximately 70.

6        Q    And generally, what kinds of staffers did she

7    have, what positions and roles did they fill, just

8    generally?

9        A    Generally speaking, there's staff that's

10   administrative in nature.  There's staff that advises her on

11   policies.  There's staff that helps with press and

12   communications, scheduling, administrative support, I think

13   I mentioned that, and there's security staff.  There's staff

14   that help her deal with protocol and special events.  A

15   diverse set of skills.

16       Q    Is there a member services part of her staff?

17       A    It's an important part of her staff, yes.  That

18   part of her staff is responsible for making sure that she is

19   hearing from the members.  Obviously, there's a lot of

20   members of the House and she wants to make sure she's

21   hearing what's their interests are, and so we have a team of

22   people that help us work with other member offices to

23   determine what their wants and needs might be.

24       Q    Let's talk about January 6th of 2021 briefly.

25            What were your particular responsibilities going

1    to be that day?

2        A     My responsibilities that day were related to the

3    joint session.  My colleagues at the committee were

4    responsible for helping the members get ready for the debate

5    on the Floor of the House, the substantive debate about the

6    likely objections to the various states -- that's votes we

7    were attempting to certify.

8        Q     And what was Congress supposed to be accomplishing

9    that day?

10       A     Congress was to fulfill its duty and certify the

11   election of the -- certify the election of the President.

12       Q     And what was your understanding about the role

13   Speaker Pelosi would have in that process?

14       A     Well, she would preside over the proceedings.  The

15   Speaker of the House is the one that sort of facilitates the

16   debate, and given the attention and the gravity and the

17   seriousness of the matter, I had anticipated that she would

18   spend most of the day doing that herself.

19       Q     And would you be in the House Chamber for a lot of

20   that, assisting her?

21       A     Absolutely.

22       Q     What role was her staff supposed to play in

23   assisting her on January 6th in this process?

24       A     So we had began working with members of Congress

25   who were likely to help us make the arguments against the

1  objections that were being raised.

2          So her staff would have been doing everything from

3  coordinating the logistics with those members of Congress,

4  making sure they were on the Floor at the right time when

5  the objection was going to be raised, to making sure that

6  they had accurate information in making their debates and

7  answering questions about -- that might come up either in

8  responding to someone who was making the objection or to the

9  member that might have questions about what we suggested

10  they argue.

11      Q    Let's talk about some specifics regarding that

12  day.  Approximately what time did you arrive at work?

13      A    About 8:00.

14      Q    And do you have an office on the Capitol complex,

15  not in the Capitol Building itself?

16      A    I have an office in both places.  I have an office

17  in the Capitol and an office in the Longworth House Office

18  Building.

19          MR. NESTLER:  If we could pull up, Ms. Badalament,

20  please, Government's Exhibit 1516.  It's already in

21  evidence.

22          And if we could go to approximately 2:04 on the

23  counter, which is about 12:59 p.m.

24          (Video played)

25

3311

1    BY MR. NESTLER:

2        Q    And so do you see here at 12:59 p.m., Mr. Fleet,

3    who is presiding over the House Chamber here?

4        A    That's Speaker Pelosi.

5        Q    And at this time just before 1:00 p.m. on

6    January 6th, do you know where you were?

7        A    I was on the House Floor.

8        Q    Are you visible in this screenshot?

9        A    I'm not, no.

10       Q    Do you know approximately where you are?

11       A    Yeah, I was -- if you see the woman with the green

12   skirt, or dress, I'm sort of to the left of her in the

13   camera angle, so right outside the frame.

14       Q    So this was around 1:00 p.m., correct?

15       A    That's correct.

16       Q    Okay.

17            Now, about a half hour later, around 1:30 p.m.,

18   did you have occasion to leave the House Chamber?

19       A    I do.

20       Q    Where do you go?

21       A    I go to the Senate Sergeant at Arms' office.

22       Q    And what took you to the Senate Sergeant at Arms'

23   office around 1:30 p.m.?

24       A    The House Sergeant at Arms and the Speaker's Chief

25   of Staff asked me to join them for a spontaneous meeting

1    with the Senate Sergeant at Arms to discuss the

2    deteriorating security situation.

3         Q    And where did that meeting take place?

4         A    In the Capitol but on the sort of other side of

5    the building where the -- where the Senate is noted on your

6    graphic here.

7         Q    And did you walk there?

8         A    I did.

9         Q    When you were part of that meeting with the

10   security staff and the Sergeant at Arms from the House and

11   the Senate, did you have occasion to look outside of the

12   Capitol Building?

13        A    I did.

14             When I walked into the Senate Sergeant at Arms'

15   office, the Senate Sergeant at Arms, a gentleman named

16   Mike Stenger was standing at the window, and I said, "Mike,

17   what's going on?"

18             And he said, "Well, you've got to come over here

19   and look at this."

20             And so I had walked over to the window and stood

21   there for a few minutes and observed the activity outside.

22        Q    And which side of the Capitol were you looking at

23   here, the west?

24        A    The west.  West.

25        Q    And just briefly, what did you see when you looked

1    out of the west side of the building here around 1:30 p.m.?

2        A    I saw a lot of rioters and an active, what I would

3    describe as altercations, combat, violence, happening at a

4    perimeter very close to the -- very close to the Capitol.

5    We saw police officers being pulled off, sort of -- I

6    remember very vividly at one -- a bottle of water being

7    poured over a couple of their eyes and then sort of like

8    being gotten back up, like shaken off and put back into the

9    line.  So sort of a violent, chaotic scene.

10        Q    And after seeing all this, did you have any

11   concerns about the proceeding that was happening within the

12   Capitol Building that day?

13        A    I did.

14        Q    What concerns were those?

15        A    Are they going to get into the building.

16        Q    Did you have any concerns for Speaker Pelosi's

17   personal safety?

18        A    I did.

19        Q    Why?

20        A    I mean, Speaker Pelosi is among the most vilified

21   people in America politics.

22        Q    After having this meeting with the Sergeant at

23   Arms -- or Sergeants at Arms, is that --

24        A    Sergeants at Arms, yes.

25        Q    Okay.

1          -- with the Sergeants at Arms, did you make your

2    way back to the House Chamber?

3          A    I did.

4          Q    And do you know approximately what time you got

5    back to the House Chamber?

6          A    1:45ish.

7               MR. NESTLER:  If we could go to -- well, if we

8    could fast-forward here, Ms. Badalament, to approximately

9    2:15 on the counter.

10              THE WITNESS:  I'm sorry, could I revise?

11   BY MR. NESTLER:

12         Q    Sure, yes.

13         A    It wasn't 1:45-ish.  It was, I think -- I think it

14   was closer actually to this -- to this time that I came back

15   over there.

16         Q    So we have here -- we're at 7:02 on the counter,

17   about 2:16 p.m.

18              And do you see who's presiding over the House

19   Chamber now?

20         A    Yeah, it's Chairman Jim McGovern.

21         Q    And when you had left the House Chamber, who had

22   been presiding?

23         A    Speaker Pelosi had been presiding.

24         Q    And when you got back, was Speaker Pelosi still

25   presiding?

1       A    She was not.

2       Q    What was your understanding, when you got back to

3  the House Chamber, about where Speaker Pelosi was?

4       A    Her security detail had removed her from the

5  building.

6       Q    What did that mean for you that Speaker Pelosi had

7  been removed from the building and that

8  Representative McGovern was now presiding?

9       A    It meant for me that the Speaker's security team

10 feared for her life.

11      Q    What was the mood like in the chamber around here,

12 around 2:15, 2:16 p.m., when you returned to it?

13      A    Tense and -- very tense, and, like unsettled,

14 uncertain.

15           MR. NESTLER:  If we could we go forward, please,

16 Ms. Badalament, to about 8:09 on the counter, about

17 2:29 p.m.

18           (Video played)

19 BY MR. NESTLER:

20      Q    And so here at 2:29 p.m., were you present in the

21 House Chamber when Representative McGovern declared an

22 emergency recess?

23      A    I was.

24      Q    What did you think was going on at that time?

25      A    I thought that -- I didn't know exactly what was

```
 1   going on.
 2           MS. HALIM:  Objection.
 3           THE COURT:  It's overruled.
 4   BY MR. NESTLER:
 5       Q    You can answer.
 6       A    I didn't know exactly what was going on.  There
 7   was a lot of -- it was chaotic, for sure.
 8       Q    Let's talk about the next several minutes and your
 9   observations over the next several minutes inside of the
10   House Chamber.
11           MR. NESTLER:  If we could go to 8:56 on the
12   counter, please, Ms. Badalament.
13           (Video played)
14   BY MR. NESTLER:
15       Q    Using this view -- this is at 2:44 p.m., but using
16   this view, can you generally describe where you were
17   spending most of your time while you were in the
18   House Chamber?
19       A    Yeah, does this -- can I touch this?
20       Q    Yeah, I think there's a touchscreen available for
21   you.
22       A    So when I came back from the Senate Sergeant at
23   Arms' office, I went back sort of to this kind of area here.
24   In fact, I think that's my stuff right here.  I think that's
25   my stuff.  Right there.
```

1      Q     Okay.

2            So you're circling sort of the center of the frame

3      and that would be the back corner there of the

4      House Chamber?

5      A     That's right.

6      Q     And when you say your stuff, what kind of stuff

7      did you have?

8      A     We had a forest of paper from all the arguments

9      that we had prepared to debate the objections.  So we had

10     stuff, arguments about Arizona and Pennsylvania and

11     Wisconsin, all the other states that we had anticipated

12     there being a debate.  So we had copies of the Constitution,

13     the Electoral Count Act, all the materials you would think

14     to anticipate questions that members might have.

15     Q     And so while you were in the House Chamber after

16     Representative McGovern declared the emergency recess,

17     approximately how many people were in the Chamber?

18     A     Hundreds.

19     Q     And what kinds of people were there?

20     A     Members of Congress, staff, partisan staff, staff

21     like me supporting one side or the other.  Nonpartisan

22     institutional staff, like the Clerks who sit down at the

23     desk and the parliamentarians.  And there was security,

24     Capitol Police and unarmed security from the Sergeant at

25     Arms were there.

3318

1    Q    Do you see how there's sort of three rows of

2  seating up in the balcony area?

3    A    I do.

4    Q    Can you describe what that is for us?

5    A    That's the gallery.

6    Q    And in normal times, what's the gallery used for?

7    A    In normal times traditionally the gallery is used

8  for the public and guests to observe the proceedings of the

9  Congress.

10    Q    Two years ago today, were we still in the midst of

11  the pandemic?

12    A    We were.

13    Q    And so what was the gallery being used for?

14    A    We had -- during the pandemic, we had used -- we

15  had closed the Chamber to the public, for public health

16  reasons, and we were using the gallery to -- for additional

17  seating for members.  And so two years ago, members of

18  Congress would have been sitting up there.

19    Q    When it came time for you to be evacuated, which

20  we'll get to in a second, did you have concerns about the

21  ability of people in the gallery to be evacuated?

22    A    For sure.

23    Q    Can you explain what your concerns were vis-à-vis

24  being on the Floor versus being in the gallery?

25    A    Right.

1          So where I drew that little box a few minutes ago,

2    when I had come back from the Sergeant at Arms' office and

3    there was the chaos that we were experiencing, there was a

4    lot of shouting back and forth between the Floor and the

5    gallery.

6          And, in fact, I believe it was this door here,

7    I believe, if not, it was that, it was the one to the left,

8    where security personnel couldn't find the key to lock it.

9    So there was a few minutes of when the Chamber was being

10   locked down, there was a few minutes of "Find the key, find

11   the key, what's going to happen," members screaming back and

12   forth it.

13         And so my concern was for the security situation,

14   it seemed, you know, because of that one incident with the

15   door and just there were less security personnel up in the

16   gallery than on the Floor, armed security personnel on the

17   gallery on the Floor.

18         And then to get out of the gallery, you can't sort

19   of walk to the Floor, you'd have to go down a whole other

20   set of stairs.  So I knew -- we didn't know at that point if

21   we were going to get out or not, but it would certainly be,

22   whether it's for a riot or a fire, harder to get out of the

23   gallery than get off the Floor.

24   Q    When you were on the Floor, you said there was

25   sort of shouting back and forth between the Floor and the

1    gallery; is that right?

2        A    That's right.

3        Q    And did you have occasion to look up at the

4    gallery?

5        A    Oh, for sure.  I mean, we were trying to -- a lot

6    of attention was trained on that door, what was happening

7    trying to get that locked and then, you know, there was a

8    lot of colleagues shouting back and forth to each other,

9    "What the hell is going on, what is this?"

10       Q    Were there instructions being given to you from

11   law enforcement?

12       A    Yeah, at one point, at one point it was a member

13   of the Sergeant at Arms' staff, at another point it was a

14   member of the Capitol Police came in and sort of got around

15   the dais at the front of the Chamber and began to provide

16   various instructions.

17            At one point, it was "Put on your gas mask," at

18   one point it was, "Lay down on the bench."

19       Q    And gas mask, did you have a gas mask?

20       A    I did.

21       Q    Did you put on your gas mask?

22       A    I did not.

23       Q    Why not?

24       A    I was not going to put on my gas mask, I was not

25   going to lay on the bench.  My view at that moment was if

3321

1    there were rioters trying to interrupt the transfer of

2    power, I was going to be part of confronting those rioters.

3        Q    Did you observe anybody with weapons inside of the

4    Chamber?

5        A    Absolutely.

6        Q    What kinds of things were people using as weapons?

7        A    Well, the Capitol Police had their traditional

8    guns, their sidearms.

9             And then members and others were making weapons

10    out of what they could find.  I remember most notably, a

11    Republican member of Congress that we had created these hand

12    sanitizer stands because it was the pandemic, right, and so

13    I remember him taking it and breaking it over his knee and

14    creating like a sword-style weapon.

15        Q    And did some people comply with the instructions

16    to put on gas masks?

17        A    Yeah, I think most people did.

18        Q    And what about to lie down?

19        A    A lot of people did.

20        Q    If we could pull up for Mr. Fleet just

21    Government's Exhibit 1128 and 1129.

22             Are you familiar with these photographs I'm

23    showing you here Government's Exhibit 1128 and 1129?

24        A    I am familiar with them, yes.

25        Q    Were you able to observe scenes like this while

1    you were inside of the House Chamber?

2        A    Yes, I couldn't see because of -- I couldn't see

3    sort of Congresswoman Rochester and others lying down here,

4    but I could see that folks were crouching on the seats.

5        Q    And do these photographs fairly and accurately

6    capture the scene as you saw it from your vantage point on

7    the Floor when you looked up after the House had gone into

8    emergency recess?

9        A    Yes.

10            MR. NESTLER:  The government moves to admit into

11   evidence 1128 and 1129.

12            MR. PEED:  Objection.

13            MR. WEINBERG:  We would object, Your Honor.

14            MR. PEED:  Based on him not seeing.

15            THE COURT:  I'm sorry, based on what?

16            MR. PEED:  The testimony was he couldn't see.

17            (Bench conference)

18            THE COURT:  So 1127 is not of the gallery,

19   correct?

20            MR. NESTLER:  1128 and 1129.

21            THE COURT:  I'm sorry, so 1128 is of the gallery,

22   1129 is not.  Am I right about that or are they all of the

23   gallery?

24            MR. NESTLER:  They're both of the gallery.

25            THE COURT:  Both of the gallery.

1           So, I mean, he said that he couldn't -- he said he

2    wasn't actually able to see the particular congresswoman,

3    I think in 1129, where she was, given his vantage point.

4           MR. NESTLER:  Right, he could see the other people

5    on the row above that, so that's what he's able to see.

6           From his vantage point, he can only see people

7    crouching down in the rows, not people lying down behind the

8    railing.

9           And I think I've made that clear and he can make

10   that clear; I think he just did for the limitations.

11          But the part of this that he did observe was

12   accurate.

13          THE COURT:  It's not clear to me that's what he

14   testified do so far in terms of laying the foundation.

15          I mean, he did say he couldn't see precisely.

16          Now, if you want to try and lay greater foundation

17   on whether he was able to see the people who were in their

18   seats, that may be a different issue, but I'm not sure

19   he said that yet.

20          MR. NESTLER:  I'm happy to do that.

21          We can always have these admitted for as a

22   business record, Your Honor.  These are publically available

23   photographs from the Associated Press and Congressional

24   Quarterly.  This is not anything that has to be uniquely

25   within this witness's knowledge.  This is generally what he

```
 1    observed.
 2              THE COURT:  Well, yes and no.
 3              I mean, in terms of actually laying the foundation
 4    to get a photograph in, he's got to at least say that this
 5    is a fair and accurate depiction of what it purports to be.
 6              Whether it's a business record is a separate issue
 7    altogether, and he's not in a position to testify about
 8    that.
 9              MR. NESTLER:  Yes, Your Honor.
10              (Open court)
11              THE COURT:  So at this moment, the objection is
12    sustained.
13              MR. NESTLER:  So let's go back to 1128,
14    Ms. Badalament.
15    BY MR. NESTLER:
16         Q    So from where you're standing on the House Floor,
17    describe for us what you're able to see when you're looking
18    up into the gallery in terms of using the rows here as an
19    example.
20         A    Sure.  Does the touchscreen work?
21         Q    It does.  The jury can't see it so we're just
22    talking about what you would have seen now.
23         A    I would have been able to see everything above,
24    generally speaking, generally speaking, above where the
25    orange coat is.  So all of this activity here, I would have
```

1    been able to sort of see.

2            My line of sight would not have afforded me a

3    view, say, of this member here.

4        Q    And that you're indicating the member in the

5    blue --

6        A    In the blue.

7        Q    -- pattern in the front?

8        A    That's correct.

9        Q    What about the individual who has their head over

10   the railing looking down?

11       A    I believe that's Mr. Peters, I would have been

12   able to see him, yes.

13       Q    And if there's people in the back on the third

14   row --

15       A    Oh.

16       Q    -- you would be able to see them?

17       A    100 percent yes.

18       Q    Could you see people even lying down from your

19   position?

20       A    Yes.

21            MR. NESTLER:  If we could go to 11:29, please,

22   Ms. Badalament.

23   BY MR. NESTLER:

24       Q    And using this as a vantage point, what would you

25   be able to see in 1129?

1    A    I would certainly be able to see Mr. Correa, who's

2    the gentleman here on the left, the balding gentleman, and

3    Mr. Thompson, who's the gentleman on the right next to the

4    gold railing with the mask on.

5            I would not have been able to see Congresswoman

6    Wild or Congressman Crow, Congresswoman Wild being in the

7    red jacket, Congressman Crow being the man comforting her.

8    Q    Understood.

9            So with those understandings and limitations, you

10   can't see behind the solid banister, right?

11   A    No.

12   Q    The solid railing?

13   A    No, I cannot.

14   Q    But above that you were able to see this scene;

15   is that correct?

16   A    Correct.

17           MR. NESTLER:  With that, Your Honor, the

18   government would move 1128 and 1129.

19           MR. WEINBERG:  We object, Your Honor.

20           (Bench conference)

21           MR. WEINBERG:  Judge, I believe he said he could

22   see them, not that he actually saw them.

23           And we're talking about small portions of these

24   photographs that he claims he could have seen.

25           But to get the whole photograph in, it's going to

3327

```
1   be stuff that he can't verify that was actually happening at
2   that time or that he can lay a foundation for.
3           So I think he prefaced it, I could see them, not
4   that I did see them, the people.
5           And in the first "could have seen them" is what
6   his exact words were, not that "I did see them."
7           So I think there's no foundation, Your Honor.
8           THE COURT:  And if he says, "I did see them where
9   they're presently seated in these photographs," would that
10  solve the issue?
11          MR. WEINBERG:  Well, no, Judge, because the --
12  well, besides the other arguments made prior, there's also
13  scenes in these photographs that he did not see and he could
14  not verify that were happening at the time.
15          THE COURT:  Well, look, I mean, the question of
16  foundation is a fairly strict one, straightforward one,
17  which is, does it purport to depict what it actually is.
18          If he can say he saw these individuals in these
19  positions at or about the time this photograph was taken,
20  although, of course, he doesn't have to specify the time,
21  but if he can say, I looked up and this is where these folks
22  were and I could see them and I did see them, the fact that
23  he couldn't see a slightly different portion of the
24  photograph that he was -- that he didn't have the angle on,
25  I don't think that prevents it from coming in.
```

1          MR. PEED:  What I would ask for, Your Honor, then,

2    if he provides a foundation that he saw the members that are

3    here that he had the line of sight for, then I would ask

4    those portions of the photographs be admitted subject to --

5    and then the rest can come in if the government does the

6    rest of the foundation.

7          But he can't -- we don't know at this point in the

8    evidence from the record that anything that he was not able

9    to see is accurate.  So I think the government can bring

10   that forward with other witnesses, but -- and it's very easy

11   to crop this photo, allow in what he actually saw.

12         THE COURT:  As I said, I think the foundation is

13   preponderance of the evidence, what it purports to be.

14         And, again, if he can say that I saw these

15   individuals, I saw them, and he's able to identify them at

16   this point, frankly, as he identified a number of them, and

17   if he said he had a vantage point of being able to see them,

18   that's probably enough.

19         And if he says he actually saw these individuals,

20   of where they were seated, the fact that he couldn't see

21   another portion of it, I don't think means the photograph in

22   its entirety can't come in.

23         MR. PEED:  Well, at this point, I don't have a

24   foundation of where this photograph came from and whether

25   it's been doctored, and that's pretty basic to digital

1    evidence.

2              THE COURT:  All right.  Well, here's the thing.

3    The government has just said it came from the Associated

4    Press.  If you've got questions about the authenticity of

5    the document and the photograph, what are they?

6              MR. PEED:  Well, I don't have a burden here, but I

7    would like the foundation to be laid.

8              THE COURT:  No, you do have a burden to come

9    forward with an objection if you think there's an

10   authentication basis for the objection, and you've suggested

11   that it's not authentic and accurate.  So what is it?

12             MR. PEED:  What I've heard is that it was

13   downloaded from the Internet, and so my objection is it

14   wasn't published --

15             THE COURT:  I don't think that it was downloaded

16   from the Internet.

17             MR. NESTLER:  It was published on CNN with an

18   attribution for the Associated Press and Congressional

19   Quarterly.  I believe it was published on the evening of

20   January 6th or on January 7th, but I'm not 100 percent right

21   now.

22             MR. PEED:  And did the government get it by

23   downloading it from the Internet?

24             MR. NESTLER:  Yes, from CNN.

25             THE COURT:  All right.  I misspoke.  I thought

3330

1    there was something they required from the AP.

2            MR. NESTLER:  No, it had an attribution for

3    the AP.

4            MR. PEED:  Which is hearsay.

5            THE COURT:  What's hearsay?

6            MR. PEED:  The CNN attribution that this came from

7    the AP.

8            THE COURT:  That's not coming into evidence.

9            MR. PEED:  I'm just stating what Mr. Nestler said.

10           THE COURT:  Look, Mr. Peed, if you're going to

11   give me a basis to question the accuracy of it, tell me what

12   it is.  Right now you're just hemming and hawing around the

13   edges.

14           If you think there's some reason to think that

15   this is a doctored or manufactured photo, what is it?

16           MR. PEED:  I don't --

17           THE COURT:  You don't have a reason.

18           MR. PEED:  I don't have --

19           THE COURT:  Okay.  You don't have a reason and

20   I know you don't have the burden, but you do have the burden

21   to come forward with an objection and articulate the basis

22   for the objection if you think there is a basis for it,

23   correct?

24           MR. PEED:  So yes.

25           And my objection is, I don't want a picture shown

1  to the jury that the government hasn't laid a foundation for

2  who took it.

3       THE COURT:  What I'm telling you is -- what I'm

4  telling you -- you don't have to have the person who took it

5  to lay the foundation for a photograph, right?

6       MR. PEED:  Yes, if someone can testify "I saw this

7  and it's accurate and authentic."

8       THE COURT:  Correct, that's right.

9       And what I'm trying to get from him is whether he

10  actually saw a sufficient portion of this photograph and the

11  individuals in the photograph to say "I saw this" and that

12  this is a fair and accurate depiction of what it represented

13  at the time the photograph was taken, right?

14       And if he can say "I saw these people, I saw them

15  in the positions they were in that day," that's enough in my

16  mind, okay?

17       MR. PEED:  For the record --

18       THE COURT:  I've heard you.

19       MR. PEED:  -- I would object to that part.

20       THE COURT:  Okay.  Thank you.

21       (Open court)

22       MR. NESTLER:  I can wait for a second.

23       THE COURT:  Bear with us for a moment, folks.

24       Thank you.

25       MR. NESTLER:  Mr. Shipley, he had a coughing fit

1    so he may have stepped out to get come water or a drink.

2              MR. SHIPLEY:  My fault, Your Honor.  Thank you.

3              I feel better now.

4              THE COURT:  Are you ready to proceed, Mr. Shipley?

5              MR. SHIPLEY:  Yes.

6    BY MR. NESTLER:

7         Q    Mr. Fleet, when you were on the Floor of the House

8    looking up into the gallery, did you see some people

9    initially standing or sitting in chairs?

10        A    Yes.

11        Q    And after the instructions were given to put on

12   gas masks and lie down, did you see people actually do that?

13        A    Yes.

14        Q    And the individuals here in Government's

15   Exhibits 1129 --

16             MR. NESTLER:  If we can go back to 1128, please,

17   Ms. Badalament.

18             (Video played)

19   BY MR. NESTLER:

20        Q    Do you recall seeing these individuals while you

21   were on the House Floor?  When you looked up from the House

22   Floor to the gallery, do you recall seeing some of these

23   individuals?

24        A    Yes.

25             MR. NESTLER:  The government again moves to admit

```
 1   into evidence 1128 and 1129.

 2           THE COURT:  I think you've got one or two more

 3   questions you need to ask.

 4           MR. NESTLER:  Sure.

 5   BY MR. NESTLER:

 6       Q    Do you recall seeing these individuals -- well,

 7   here in 1128, do you recall -- do you know who these

 8   individuals are, some of them?

 9       A    Some of them, yes.

10       Q    Do you recall seeing them sitting in the gallery

11   before they were lying down here?

12       A    Yes.

13       Q    And the individual who's sort of looking over the

14   banister --

15       A    Yes.

16       Q    -- do you recall seeing that individual around

17   this time?

18       A    Yes.

19       Q    And if we can go to 1129, please.

20           (Video played)

21   BY MR. NESTLER:

22       Q    You indicated a couple of people were behind the

23   railing and you couldn't see them when they were lying down;

24   is that right?

25       A    That's right.
```

1    Q    Before they were lying down, do you remember

2    seeing them sitting in the gallery?

3    A    Yes.

4    Q    And then the individuals who are seated in the

5    second row, do you remember seeing them around this time in

6    approximately this position?

7    A    Yes.

8            THE COURT:  All right.  With that foundation laid,

9    I will permit the admission of 1128 and 1129.

10            MR. NESTLER:  Thank you, Your Honor.

11                    (Government's Exhibit 1128 and 1129

                            received into evidence.)

12

13            MR. NESTLER:  We can go to 1128, please,

14    Ms. Badalament.

15            (Video played)

16    BY MR. NESTLER:

17    Q    Okay.

18            The jury can see now, Mr. Fleet.

19            So can you please describe for us, first of all,

20    what is the railing on the left here?

21    A    This railing here?

22    Q    Well, the railing --

23    A    Yeah, yeah.  So, I'm sorry, my apologies.

24            That's the railing at the end of -- that's sort of

25    the barrier between the gallery and the Floor.  If you step

1    over that, you're going to fall onto the Floor.

2        Q    And you had indicated there were sort of

3    three rows of seats; is that right?

4        A    There's, I think it's -- I believe it's three rows

5    of seats, yes.

6        Q    And the items in these bags here, did you see

7    those bags --

8        A    Yes.

9        Q    -- that day?

10       A    Yes.

11       Q    What are those items?

12       A    Those are the gas masks.

13       Q    And were there many of those around the chamber?

14       A    On the House Floor, there's one under every seat.

15   I'm not sure about the gallery, but they're available in

16   supply in the gallery.

17            MR. NESTLER:  And if we could go, please,

18   Ms. Badalament, to Government's Exhibit 1129.

19            (Video played)

20   BY MR. NESTLER:

21       Q    And the same question here about that railing or

22   banister, can you just describe what that is and what we're

23   looking at.

24       A    Sure.

25            That's, as described earlier, sort of the barrier

1    between the gallery and the Floor.  If you step over that,

2    you were to fall, you would fall into the Floor.

3        Q    And you recognize some of the individuals who are

4    seated in the second row here?

5        A    I do.

6        Q    Who are they?

7        A    Here on the left is Congressman Lou Correa.  Over

8    here to the right is Congressman Bennie Thompson.  I believe

9    this is Congressman Costa.

10       Q    And prior to being in this sort of crouching

11   position, did you see some of these individuals seated in

12   chairs like normal?

13       A    Absolutely.

14       Q    And the individual who's behind the banister here

15   holding something, can you tell what that is by what that

16   person's holding?

17       A    It appears to be a gas mask.

18       Q    Thank you.

19            MR. NESTLER:  You can take those down,

20   Ms. Badalament.

21   BY MR. NESTLER:

22       Q    Did there come a time when law enforcement

23   instructed you to leave the Chamber?

24       A    Yes.

25       Q    Can you describe how that came about?

1    A    Sure.

2         There was, like I described earlier, the sort of

3    general tense state of uncertainty.  And at one point law

4    enforcement or officials from the Sergeant at Arms' office

5    came in and sort of said, okay, we're going to start getting

6    folks out of here, and there were there was sort of

7    confusion about what that was.  Then we started, members and

8    staff and other folks started moving towards one door in the

9    Chamber, and I thought to myself, okay, I guess we're going

10   to be getting out of here.

11        MR. NESTLER:  If we can go to Government's Exhibit

12   1516, please, Ms. Badalament, 851 on the counter.

13   BY MR. NESTLER:

14   Q    At approximately 2:44 p.m., have you been

15   evacuated before this scene here?

16   A    Yes.

17   Q    Now, do you see the items in front of the door

18   here?

19   A    Yes.

20   Q    Do you know what those are?

21   A    They're benches.

22   Q    Were you present in the House Chamber when those

23   benches were placed in front of the door?

24   A    I was.

25   Q    Are those benches always in front of the door?

3338

1        A      They are never in front of the door.

2        Q      Okay.

3               And what does this door lead to?  If someone

4    walked out this door, where would they go?

5        A      If you walked out that door, it sort of like right

6    straight shot down the middle of the Capitol, like through

7    the Rotunda and then on to the Senate Floor.

8        Q      And were you present in the House Chamber when

9    members of law enforcement drew their weapons at this door

10   here?

11       A      Yes.

12       Q      Could you describe what you recall about hearing

13   and seeing around that time when that happened?

14       A      So as you'll see in this picture, the door has

15   got -- the white is glass and you'll notice that there is

16   some holes in that glass.

17              And so obviously before this picture was taken,

18   the rioters smashed the glass in.  And I thought that was

19   gunshots, I thought that was like, this is it, right.

20              Fortunately, it wasn't, it was the sound of

21   shattering glass.

22              And there was --

23              MS. HALIM:  Objection.

24              THE COURT:  I'm sorry, basis?

25              MS. HALIM:  Objection.  I'll withdraw.

1          THE WITNESS:  There was the sound of shattering

2    glass.  And so there was like chaos.  And around that door,

3    not only are the law enforcement officials here, but what

4    you're seeing in this picture is not just law enforcement

5    officials, there's at least one member of Congress there

6    attempting to talk to the rioters on the other side of the

7    door.  So that was happening while we were on the House

8    Floor, prior to the evacuation.

9    BY MR. NESTLER:

10        Q     Okay.

11              When you were evacuated, were members of Congress

12   and staff taken to a secure location?

13        A     Yes.

14        Q     Did you go with them most of that way?

15        A     Most of that way.

16              The secure location was near my office in the

17   other House office building so I sort of peeled off from the

18   mass and went back to my office instead of going to the

19   secure room.

20        Q     Why did you go to your office in the Longworth

21   office building?

22        A     I knew I was going to have work to do.  And I

23   needed my tools to be able to do my work.  And I didn't want

24   to get stuck, unable to do my job.

25              MR. NESTLER:  If we could pull up, Ms. Badalament,

1    Government's Exhibit 1674, already in evidence.

2    BY MR. NESTLER:

3        Q    And are you familiar with this general layout of

4    the Capitol Building?

5        A    I am.

6             MR. NESTLER:  If we could zoom in on this area,

7    please, Ms. Badalament.

8             Perfect.

9    BY MR. NESTLER:

10       Q    So does the Speaker of the House have a suite of

11   offices in the Capitol Building itself?

12       A    She does.

13       Q    Why?

14       A    She's the leader of the institution and

15   it would be appropriate for her to have an office in the

16   Capitol.

17       Q    And do you also have an office in the

18   Capitol Building?

19       A    I do.

20       Q    And so here on the second floor of the Capitol

21   Building, you see here the Rotunda in the middle, is part of

22   the Speaker's Suite of offices on this floor?

23       A    Yes.

24       Q    Could you, using the touch screen there, sort of

25   draw how one would enter the Speaker's Suite from the

1    Rotunda?

2        A    Sure.

3            If you're in the Rotunda, you'd come in here and

4    then do this.  (Indicating.)

5        Q    And so for the record, you've drawn a line south

6    from the Rotunda to that circle and then drawn a line west

7    to the circle next to that; is that right?

8        A    That's correct.

9        Q    And what would you call that smaller circle?

10       A    We call it like the small Rotunda.

11       Q    And if one were to continue going into the

12   Speaker's Suite how would one continue walking?

13       A    You would go this way through that hallway.

14       Q    And you've drawn a line further west down that

15   hallway; is that correct?

16       A    That's correct.

17       Q    What is this room where I've just put a green dot

18   there which is just north of where you drew your line?

19       A    It's a conference room.

20       Q    Have you spent any time in that conference room?

21       A    Hours and hours and hours in that conference room.

22       Q    And what does it generally look like?

23       A    Like a conference room.

24       Q    How many ways in and out of that conference room

25   are there?

1      A      Just one.

2      Q      And can you show where the doors to that

3  conference room are?

4      A      Sure.  They're right here.

5      Q      And you've circled the doors there going in.

6             How many doors are there?

7      A      There's two.

8      Q      And what's in between those two doors?

9      A      There's a bathroom and just like a little bit, not

10  much space, maybe, I don't know, not much at all.  Maybe

11  like from -- less than from me to the Judge.

12     Q      So less than 10 feet?

13     A      Oh, for sure, yeah, yeah.

14     Q      And this little box here with the Xs, with the X

15  in it next to the doors, do you know what that is?

16     A      Oh, that's an elevator, yeah.

17     Q      Okay.

18             And if we could -- oh.

19             In that conference room, do those doors lock?

20     A      Yes.

21             MR. NESTLER:  And if we could now pull up, please,

22  Ms. Badalament, Government's Exhibit 6725.2 already in

23  evidence.

24  BY MR. NESTLER:

25     Q      And do you recognize the view here, Mr. Fleet?

1        A     I do.

2        Q     What are we looking at?

3        A     That's the entrance to the Speaker's office.

4              MR. NESTLER:  And if we could zoom in on the

5   center portion of the frame, Ms. Badalament.

6              Maybe a little bit more on that sign.

7   BY MR. NESTLER:

8        Q     Do you see the sign that says, "This corridor

9   closed"?

10       A     I do.

11       Q     Is that wooden sign usually there?

12       A     It usually is, yes.

13             MR. NESTLER:  If we could go back, please,

14   Ms. Badalament.

15   BY MR. NESTLER:

16       Q     Just to orient us, if one were standing here and

17   wanted to go into the Speaker's Suite, what path would we

18   walk?

19       A     You'd go like that.  (Indicating.)

20       Q     For the record, you've drawn something facing

21   generally west and then turning, veering off to the right a

22   little bit.

23             Okay.  Let's talk about Government's Exhibit

24   1056.0263.0215FF.

25             Are you familiar -- let me pull it up on the

1    screen just for you, Mr. Fleet.

2            Are you familiar with this video?

3    A    I am.

4    Q    Have you seen it before?

5    A    I have.

6    Q    And are you familiar with this view?

7    A    I am.

8            MR. NESTLER:  The government will move into

9    evidence 1056.0263.0215FF.

10            MS. HALIM:  No objection.

11            THE COURT:  It will be admitted.

12                        (Government Exhibit 1056.0263.0215FF
                                    received into evidence.)

13

14    BY MR. NESTLER:

15    Q    And to help orient us just a little bit before we

16    start playing the video, Mr. Fleet.

17            We have a map here on the right, a similar diagram

18    to what we just saw; is that right?

19    A    That's correct.

20    Q    And so what's this camera angle looking at?

21    A    It's down that hallway I drew kind of the long

22    line down.

23    Q    What's the first door frame on the right?

24    A    That's the elevator.

25    Q    And then the second door frame on the right?

1      A     That's the conference room.

2      Q     And then what are the two door frames on the left?

3      A     Those are staff work areas.

4      Q     And how about the double doors in the middle?

5      A     That's another conference room.

6            MR. NESTLER:  And if we could play this forward,

7      please, Ms. Badalament.

8            (Video played)

9            MR. NESTLER:  And if you could pause it right

10     there for a second, Ms. Badalament.

11     BY MR. NESTLER:

12     Q     At about 10 seconds, you see an individual, a man

13     with a white mask and a woman with a red mask rolling a bag?

14     A     I do.

15     Q     Do you know who they are?

16     A     I do.

17     Q     Without saying their names, do they have positions

18     working for the Speaker?

19     A     They did at the time.

20     Q     And what general roles did they have?

21     A     These two folks here were part of her scheduling

22     team.

23     Q     And can you tell what room they're going into?

24     A     The conference room.

25           MR. NESTLER:  And if we could play it forward,

```
 1   please, Ms. Badalament.
 2               (Video played)
 3               MR. NESTLER:  And if we could pause it right there
 4   at about 24 seconds.
 5   BY MR. NESTLER:
 6        Q    Do you see the woman who's running across the hall
 7   carrying a bag in her right hand?
 8        A    I do.
 9        Q    And did she work for the Speaker?
10        A    She does.
11        Q    And which function did she serve?
12        A    She works in the scheduling in advance office.
13        Q    Do you see the timestamp here on the left, it's
14   about 2:16 p.m.?
15        A    I do.
16               MR. NESTLER:  If we could play it forward, please,
17   Ms. Badalament.
18               (Video played)
19   BY MR. NESTLER:
20        Q    And do you see -- if we can go back just a quick
21   second -- at about 27 seconds, there's a blonde woman
22   walking across the hall?
23        A    I see her, yeah.
24        Q    Does she work for the Speaker's office?
25        A    She did, yeah.
```

1    Q    What position did she hold?

2    A    She was a member of the Speaker's senior staff,

3    she was one of the deputy chiefs of staff.

4    Q    If we could continue going forward, please.

5         And here at about 31 seconds, do you see a woman

6    with a white mask?

7    A    I do, yep.

8    Q    And did she also work for the Speaker?

9    A    She did.

10   Q    And what position did she have?

11   A    She was in member services, executive support sort

12   of role.

13        MR. NESTLER:  If we could go back a second,

14   Ms. Badalament, I'm sorry.

15        (Video played)

16   BY MR. NESTLER:

17   Q    At about 36 seconds, there's a woman coming out of

18   that other conference room carrying a coat.

19        Do you see that?

20   A    I do.

21   Q    Did she work for the Speaker's staff?

22   A    She did.

23   Q    What position did she hold?

24   A    She was in the executive support, executive

25   office.

1          MR. NESTLER:  And then finally, if we could play

2    it forward, Ms. Badalament.

3          (Video played)

4    BY MR. NESTLER:

5     Q    There's a man running across the hall at about

6    41 seconds.

7          Do you see him?

8     A    I do.

9     Q    Do you know whether he worked for the Speaker at

10   the time?

11    A    He did.

12    Q    And what position did he have?

13    A    He worked in member services.

14         MR. NESTLER:  If we could just play this forward,

15   Ms. Badalament, please.

16         (Video played)

17   BY MR. NESTLER:

18    Q    And you see those two arrows there, those indicate

19   fast-forward; is that right?

20    A    That's right.

21    Q    And now you see here at about a minute and

22   2 seconds, a man has appeared wearing sneakers and a suit?

23    A    Yes.

24    Q    Do you know if he worked for the Speaker staff?

25    A    Yeah, he did, yes.

3349

1      Q     What position did he hold?

2      A     He's in the communications shop.

3      Q     And do you see which door frame he just went into?

4      A     The conference room.

5      Q     Is that where all eight people we just talked

6  about went in?

7      A     Yes.

8      Q     And can you tell us approximately what time it is

9  in the top left corner there?

10      A     2:28 p.m.

11      Q     And do you see something that was just thrown down

12  the hallway?

13      A     Yes.

14      Q     Did you recognize that?

15      A     Yes.

16      Q     What was it?

17      A     The sign that -- "This Corridor is Closed" sign.

18            (Video played)

19  BY MR. NESTLER:

20      Q     And here at about 2 minutes, do you see a person

21  in the center of the frame over here?

22      A     Yes.

23            MR. NESTLER:  If we could go back, Ms. Badalament,

24  and just rewind that for a second.

25            (Video played)

3350

```
 1    BY MR. NESTLER:
 2        Q    Which door frame is that that person's entering?
 3        A    The conference room.
 4             MR. NESTLER:  Okay.
 5             And you could play that forward from about 1:58,
 6    Ms. Badalament.
 7             (Video played)
 8    BY MR. NESTLER:
 9        Q    At this time, from watching this surveillance
10    video, had you seen any of those eight staffers or
11    Speaker Pelosi leave that conference room?
12        A    I have not.
13        Q    And here at about 2:20 on the counter, it's about
14    3:04 p.m., do you see a man walking down the hallway towards
15    the camera?
16        A    I do.
17        Q    Do you know who that is?
18        A    I do.
19        Q    Who is it?
20        A    Special Agent David Lazarus.
21        Q    And does he have a role with respect to the
22    Speaker?
23        A    He's part of the Speaker's security detail.
24        Q    And do you see him again here at about 3:05 p.m.?
25        A    Yeah.
```

1              (Video played)

2    BY MR. NESTLER:

3        Q    Now, it's about 3:24 on the counter.

4             Do you see that up there on the top left?

5        A    3:24, yes.

6        Q    Have you seen any of those eight staffers or

7    Speaker Pelosi leave that conference room --

8        A    I have not --

9        Q    -- over the past hour and 10 minutes?

10       A    I have not, no.

11       Q    And do you see people exiting the conference room

12   now?

13       A    I do.

14       Q    Are these the same eight individuals who you saw

15   enter the conference room at around 2:16 p.m.?

16       A    Yes.

17            MR. NESTLER:  Now -- thank you, Ms. Badalament.

18            You can take that down.

19   BY MR. NESTLER:

20       Q    Now, while you were at your office in the

21   Longworth Office Building, were you aware that these

22   eight staffers were in this conference room?

23       A    Yes.

24       Q    How were you made aware of that fact?

25       A    I was in touch with the Speaker's Chief of Staff,

1    who was with her, and another member of the Speaker's staff

2    who was with her, who advised me they were in the conference

3    room, we had colleagues barricaded in the conference room.

4        Q    What concerns, if any, did you have about the fact

5    that you had colleagues barricaded in the conference room at

6    this time?

7            MS. HALIM:  Objection.

8            THE COURT:  That's sustained.

9    BY MR. NESTLER:

10       Q    Were you receiving regular updates on their

11   position?

12       A    Yes.

13       Q    Now, shortly after these people left the

14   conference room, did you have occasion to go to the area of

15   the Speaker's Suite in this conference room?

16       A    I did.

17       Q    Why did you go there?

18       A    The Speaker, through her Chief of Staff, asked me

19   to assess the condition of the Floor to determine what

20   I thought of the viability of us returning to complete our

21   work there in that venue that day, and someone cited that

22   I went to the Speaker's office to assess the condition of

23   her office.

24           MR. NESTLER:  And if we could pull up on the

25   screen Government's Exhibit 1130C, please, Ms. Badalament.

3353

```
1    BY MR. NESTLER:

2        Q    Do you know approximately what time you went back

3    to this area of the Speaker's suite?

4        A    I want to say around 5ish.

5        Q    So around 5:00 in the afternoon?

6        A    Yeah.

7        Q    And up on the screen here is Government's

8    Exhibit 1130C.  Did you take that picture?

9        A    I did take that picture.

10            MR. NESTLER:  The government moves into evidence

11   1130C.

12            MR. WEINBERG:  No objection.

13            THE COURT:  1130C is admitted.

14                             (Government's Exhibit 1130C
                                  received into evidence.)
15

16   BY MR. NESTLER:

17       Q    Why did you take this picture?

18       A    I thought it was a crime scene, and I wanted to

19   document what I saw before it was changed.

20       Q    Can you describe what we're looking at here in the

21   picture that you took?

22       A    Yeah, that's the door -- the first door going into

23   the two doors of the conference room where my colleagues

24   were barricaded, and there's a piece of hardware laying on

25   the floor.
```

1    Q    And so what about this door on the far left corner

2    of the screen, do you see that?

3    A    Yeah, that's the second door.

4    Q    And do both the interior doors and the exterior

5    door lock?

6    A    They do.

7    Q    Did you see these eight individuals who work for

8    Speaker Pelosi later that day on January 6th?

9    A    I did.

10    Q    Now, without telling us anything that they told

11    you or anything they said, can you please describe what

12    their demeanor looked like to you?

13        THE COURT:  That's sustained.

14    BY MR. NESTLER:

15    Q    Now, Mr. Fleet, from around 2:29 when

16    Representative McGovern declared the House in emergency

17    recess until the House reconvened later that evening, what

18    was the formal term for what state the House was in?

19    A    In recess.

20    Q    Could the House conduct any business during this

21    time?

22    A    No.

23    Q    Why not?

24    A    Well, the House was in recess and there was --

25    that we were -- the security folks moved us, and there was

```
 1    no ability to do work because of the riot.
 2              MR. NESTLER:  No further questions.  Thank you.
 3              THE COURT:  All right.
 4              Any questions from defense counsel?
 5              MS. HALIM:  No questions.
 6              MR. WEINBERG:  No questions.
 7              THE COURT:  Mr. Peed.
 8                         - - -
 9                    CROSS-EXAMINATION
10    BY MR. PEED:
11         Q    Do you have a sense of how long the evacuation
12    process took that led up to the 2:44 video that the
13    government showed you?
14         A    If I had to estimate, maybe 10 to 15 -- 10,
15    15 minutes.
16         Q    Okay.
17              And during that process, were people standing up
18    and getting in a line and going towards where the security
19    people were taking you?
20         A    Yes.
21              MR. PEED:  All right.  Thank you.  No further
22    questions.
23              THE COURT:  All right.  Any redirect?
24              MR. NESTLER:  No, Your Honor.  Thank you.
25              THE COURT:  All right.  Mr. Fleet, thank you for
```

```
 1   your time and testimony.  You may step down, sir.

 2              THE WITNESS:  Thank you very much.

 3              THE COURT:  And good luck for the rest of the day.

 4              Is the government ready with its next witness?

 5              MR. EDWARDS:  Yes, Your Honor.  The government

 6   calls Metropolitan Police Department Officer Anthony

 7   Jackson.

 8              COURTROOM DEPUTY:  Please raise your right hand.

 9              (Witness is placed under oath.)

10              COURTROOM DEPUTY:  Thank you.

11              THE COURT:  All right.  Officer Jackson, welcome.

12              THE WITNESS:  How are you doing?

13              THE COURT:  Have a seat, sir, and I'll ask you to

14   remove your mask if you're comfortable doing so.

15              MR. EDWARDS:  Thank you, Your Honor.

16              THE COURT:  Go ahead, Mr. Edwards.

17                          - - -

18   ANTHONY JACKSON, WITNESS FOR THE GOVERNMENT, SWORN

19                     DIRECT EXAMINATION

20                          - - -

21   BY MR. EDWARDS:

22        Q    Good morning.

23        A    Good morning, sir.

24        Q    Can you please state your name and spell the last

25   name for the record as you introduce yourself to the jury.
```

1    A    My name is Anthony Jackson.  Last name is spelled

2    J-a-c-k-s-o-n.

3    Q    And, Officer Jackson, where do you work?

4    A    Metropolitan Police Department.

5    Q    Before you began at the Metropolitan Police

6    Department, did you attend college?

7    A    Yes, sir.

8    Q    Where did you go?

9    A    Georgia State.

10    Q    And what did you do there?

11    A    Criminal justice and played basketball.

12    Q    How long?

13    A    I played basketball for maybe about the first

14    year, had a major setback actually, but I stayed there for

15    the whole year, came back home.

16    Q    And did you eventually join the police cadet

17    program?

18    A    Yes, sir.

19    Q    What's the police cadet program?

20    A    So the cadet program is for D.C. residents.  It is

21    18 to 24.  You stay there, you train, you learn D.C. Code,

22    general order, and you eventually become a D.C. police

23    officer.

24    Q    And is that what you did?

25    A    Yes, sir.

1    Q    How did you get involved with this program and the

2    MPD program?

3    A    So my dad was a police officer here as well, so

4    when I came back home from Georgia State, he said, what do

5    you want to do?  So I really didn't have an idea and he just

6    was like, well, you know they have the program that you can

7    become a cadet, you know.  And I always looked up to my dad

8    so when I saw the opportunity, I decided to go ahead and

9    take it.

10   Q    Did you eventually join the Metropolitan Police

11   Department?

12   A    Yes, sir.

13   Q    And did you undergo training when you joined the

14   department?

15   A    Yes, sir.

16   Q    Can you describe briefly your training?

17   A    So in the police academy, it is about seven, eight

18   months, maybe longer depending on, you know, your situation.

19        In the academy you go through civil disturbance

20   training where they show you how to deal with large riots.

21   You also learn how to arrest, you know, the rights, the D.C.

22   codes and laws so you don't violate anyone's rights.

23   Q    And how long have you been a Metropolitan Police

24   Department officer?

25   A    This is my third year.

1    Q    Where are you signed currently?

2    A    MPD's Fifth District.

3    Q    Were you working on January 6th, 2021?

4    A    Yes, sir.

5    Q    What was your role with MPD on January 6th?

6    A    On January 6th, 2021, I was assigned to MPD CDU

7    51.

8    Q    And what does CDU mean?

9    A    CDU stands for civil disturbance unit.

10    Q    Can you describe briefly for the jury what does

11    the civil disturbance unit do?

12    A    So the civil disturbance unit is deployed when we

13    have situations where it could be like First Amendment, what

14    you would you call, protests, First Amendment protests that

15    may become riotous acts.  Just to make sure if something

16    happens, we're on standby to respond to the situation.

17    Q    And how long had you done the CDU unit by

18    January 6th?

19    A    That was my first deployment.

20    Q    January 6th?

21    A    Yes, sir.

22    Q    Let's talk about that first deployment.

23    A    Okay.

24    Q    When did you report to duty on that day?

25    A    I got there at 1:00.

3360

1      Q    And where did you report?

2      A    I went to the MPD's Fifth District.

3      Q    Now, what happened when you got to the Fifth

4  District?

5      A    When I got to the district that day, it was a day

6  unlike any other.  That wasn't our first day activated with

7  CDU, that was probably like the second or third.

8           So that day it was like a serious rush.  When I

9  got there, they didn't allow us to, you know, really any

10 time to get into it.  It was more so like you need to go,

11 you need to be there now.  (Indicating snap.)

12          So I did what I was told to do.

13     Q    Which was what?

14     A    Get your stuff and get in a van.

15     Q    And so what kind of gear did you grab?

16     A    So initially I had to grab my ballistic helmet,

17 gas mask.  We have an ASP baton.  It's bigger than the one I

18 carry on normal duty.  It's about this big.  I grabbed all

19 that stuff.

20          I actually left my gas mask in my personal vehicle

21 so that day I actually had to run all the way to my personal

22 car and then run back to the District to get in the van.

23     Q    And did you leave any other gear behind?

24     A    I did.

25     Q    What did you leave behind?

1       A       My body-worn camera.

2       Q       Was that on accident?

3       A       It was.

4       Q       And what did you, when you loaded up into the van,

5       was it just you?

6       A       No, sir.

7       Q       And by the way, you said body worn.  Can you

8       describe briefly for the jury what is that that you left

9       behind?

10      A       It's the body-worn camera.  So it's the camera we

11      use when we have interactions with society, we click it so

12      that everything is recorded visually and audio.

13      Q       And I was asking you a second ago, when you got in

14      the van, was it just you?

15      A       No, sir.

16      Q       Who all was getting into that van?

17      A       The entire unit.

18              So the CDU unit that day consisted of 28 members

19      broken down into four squads.

20      Q       And did that, is there a name for that larger

21      unit?

22      A       CDU 51.

23      Q       CDU 51.

24              At some point, did CDU 51 go to the Capitol?

25      A       Yes, sir.

1    Q    Can you describe the scene outside the Capitol

2  when you arrived?

3    A    So from what I saw, there were more people than I

4  could count.

5         They were -- they seemed to be like upset.  At the

6  time I didn't know what they were upset about.  But they

7  were screaming things at us.  It was like, they were very

8  aggressive.

9    Q    Do you recall around what time it was that you got

10  to the Capitol?

11    A    Maybe about 1:30.

12    Q    Okay.

13         And at some point, did you go inside the building?

14    A    Yes, sir.

15    Q    Now, where did you go?

16    A    We entered through the west hallway into the

17  Capitol.

18    Q    And can you describe briefly the hallway that you

19  went to?

20    A    Yes.

21         So the hallway was very small, like, it was hard

22  for us -- we couldn't go in like side by side, we had to

23  file in like a single file.  That's how small the hallway

24  was.

25    Q    And where did that hallway lead to eventually?

3363

1        A     The Capitol Rotunda.

2        Q     Now, did you stay in that hallway for a while when

3    you got into the building?

4        A     Yes, sir.

5        Q     Now, when you got to that hallway, were there any

6    leaders of your CDU 51 group?

7        A     Yes, sir.

8        Q     What are they called?

9        A     Sergeants.

10       Q     Did you receive any instructions from your

11   sergeant when you got to the hallway?

12       A     Yes, sir.

13       Q     What did your sergeant instruct you to do?

14       A     They told us that nobody can pass us in this

15   hallway.

16       Q     And what was behind you in that hallway?

17       A     At the time I didn't know, but I grew to know that

18   behind us were U.S. Senators.

19       Q     When you turned down that hallway, what did you

20   see?

21       A     A group of people.

22       Q     Were they law enforcement officers?

23       A     No, sir.

24             MR. EDWARDS:  Can we please publish just for the

25   witness, Ms. Badalament, Government's Exhibit 8000.2.

1    BY MR. EDWARDS:

2        Q    And, Officer Jackson, let me know if you can see

3    on your screen the picture.

4        A    I see it.

5        Q    Okay.

6             Have you reviewed this video before?

7        A    Yes.

8        Q    And is this body-worn camera video?

9        A    Yes.

10       Q    Is it yours?

11       A    No, sir.

12       Q    Is this someone from your platoon?

13       A    Yes, sir.

14       Q    And have you reviewed the video in its entirety?

15       A    Yes, sir.

16       Q    Does it fairly and accurately depict what was

17   occurring at 2:43 p.m. at January 6th?

18       A    Yes, sir.

19            MR. EDWARDS:  Your Honor, at this time, the

20   government moves to admit 8000.2 and publish for the jury.

21            MR. WEINBERG:  No objection.

22            MS. HALIM:  No objection.

23            THE COURT:  8000.2 will be admitted.

24            MR. EDWARDS:  Thank you, Your Honor.

25                              (Government Exhibit 8000.2
                                 received into evidence.)

3365

```
 1              MR. EDWARDS:  Can we please play forward to the
 2    first five seconds?
 3              (Video played)
 4    BY MR. EDWARDS:
 5         Q    Okay.
 6              And, Officer Jackson, do you know whose body-worn
 7    camera this was?
 8         A    Yes, sir.
 9         Q    Whose was it?
10         A    Christopher Owens.
11         Q    And is he in your platoon?
12         A    Yes, sir.
13         Q    Can you just describe briefly for the jury what
14    these numbers mean here in the upper right, starting from
15    the left over?
16         A    From the left over, so that's the year that it
17    was.  Next column is the month.  Next column would be the
18    day.
19              After that, 14 is 2:00 p.m. 43 is 43.  The date is
20    January 6th, 2021, at 2:43 p.m.
21         Q    And does 14:43, is that military time?
22         A    Yes, sir.
23         Q    Okay.
24              Thank you.
25              Now, can you describe, do body-worn cameras
```

1    capture audio?

2         A    Yes, sir.

3         Q    Do the videos sometimes not play audio in the

4    beginning?

5         A    Yes, sir.

6         Q    Can you just describe why that is for the jury?

7         A    Yes.

8              So the BWC, you know, had the two-minute buffer

9    that has video, but you don't get the audio until you pass

10   the two-minute buffer.  So once the two minutes pops, then

11   you hear all the sound.

12        Q    Thank you.

13             Can we please play to 37 seconds.

14             (Video played)

15   BY MR. EDWARDS:

16        Q    Officer Jackson, can you just describe briefly

17   what it is we're seeing in Exhibit 8000.2 here?

18        A    Yes.

19             So this would be the hallway I was speaking about.

20             In this hallway, we were confronted with a group

21   of rioters, and we were told to make sure that they did not

22   advance further into the hallway.

23        Q    And pausing here at 37 seconds, is this -- are

24   these some of your platoon members here on the left side of

25   the screen?

1      A      Yes, sir.

2      Q      Can we play forward to 53 seconds.

3             (Video played)

4  BY MR. EDWARDS:

5      Q      Now, Officer Jackson, at 53 seconds, do you see

6  yourself?

7      A      Yes, I do.

8      Q      Can you please use this screen to -- and you can

9  draw on it actually.  Can you circle yourself on the screen

10 here?

11     A      (Witness complied.)

12     Q      What is your objective at this point in the -- in

13 the hallway?

14     A      To remove all the rioters from the hallway.

15     Q      And throughout this time period in the hall,

16 did you stay in the front or in the back, or did you move

17 around?

18     A      I went from front to back.

19     Q      And can you describe for the jury, what were you

20 doing when you were at different points of the group of

21 officers?

22     A      So at the beginning of this, I was in the front.

23 I pushed a lot of them back.  Some of them did get through.

24 So at that point, I went back, you know, to kind of like get

25 them -- to help my other officers remove them from the

3368

```
 1   hallway.
 2           MR. EDWARDS:  Ms. Badalament, can we now open for
 3   the witness just Exhibit 8002.
 4   BY MR. EDWARDS:
 5       Q    Officer Jackson, I'll ask you a similar set of
 6   questions.  Have you reviewed this exhibit?
 7       A    Yes, sir.
 8       Q    And is this your body-worn camera?
 9       A    No, sir.
10       Q    Is this someone else's in your platoon?
11       A    Yes, sir.
12       Q    And having reviewed it, is it an accurate
13   depiction of what occurred on January 6th at 2:44 in that
14   same hallway?
15       A    Yes, sir.
16           MR. EDWARDS:  We'd move to admit and publish for
17   the jury.
18           MS. HALIM:  No objection.
19           THE COURT:  This is Government what again?
20           MR. EDWARDS:  8002.
21           And then not to be confused, the last one was
22   8000.2.
23           THE COURT:  Oh, I see.  Okay.
24           MR. EDWARDS:  Sorry.  Just to make it extra
25   confusing.
```

1          THE COURT:  8002 is admitted.

2                              (Government's Exhibit 8002
                                 received into evidence.)
3

4          MR. EDWARDS:  Ms. Badalament, can we play the

5     first 20 seconds.

6               (Video played)

7     BY MR. EDWARDS:

8          Q    Okay.

9               So is this just another angle of what we were

10    watching but now on the left side of the hallway --

11         A    Yes, sir.

12         Q    -- we were watching on the last exhibit?

13              Can we play forward to 35 seconds.

14              (Video played)

15    BY MR. EDWARDS:

16         Q    Okay.

17              Officer Jackson, at 35 seconds, I just want to

18    draw your attention to a couple things.

19              Do you see this platoon member's hand on the

20    shoulder of another?

21         A    Yes, sir.

22         Q    And then a similar situation here?

23         A    Yes, sir.

24         Q    What's going on here?

25         A    Okay.  So there's two reasons we do that.

1            The first reason would be --

2            MR. SHIPLEY:  I would object, Your Honor.  This is

3     expert testimony that you've already ruled on.

4            THE COURT:  It's overruled.

5            This is not.  He's testifying about what happened,

6     explaining to the jury what they're seeing.  He's not

7     commenting on -- he's not reflecting on other evidence.

8     So this is not expert testimony.

9            You may testify, sir.

10           THE WITNESS:  Okay.

11           Right.  So the first reason would be it's like a

12    buddy system.  So if I put my hand on your left shoulder,

13    you know I'm beside you.

14           The second reason would be that if one of us is to

15    move too far away from the platoon, we can pull them back.

16    So we're always in the line, always beside each other.

17    BY MR. EDWARDS:

18       Q    And is this something that you and your platoon

19    were doing throughout the time in this hallway against the

20    rioters?

21       A    Yes, sir.

22       Q    Can we play forward to 1 minute and 14 seconds.

23            (Video played)

24    BY MR. EDWARDS:

25       Q    Officer Jackson, do you see yourself here at

1    a minute and 14 seconds?

2         A    Yes, sir.

3         Q    Can you circle yourself?

4         A    (Witness complied.)

5         Q    You've circled, just for the record, the person --

6    the taller individual.

7              Are you tall?

8         A    Yes, sir.

9         Q    How tall?

10        A    I'm 6'3".

11        Q    The taller individual in the center here.

12             And can I ask you, where are you relative to the

13   statue?  Are you further ahead of the statue towards his

14   alcove?

15        A    Yes, sir.

16        Q    And so that's at 2:45 p.m.

17             Can we play forward to a minute and 50 seconds.

18             ((Video played)

19   BY MR. EDWARDS:

20        Q    And, Officer Jackson, can you describe for the

21   jury what it is we're seeing you and your platoon members

22   doing in the last 30 to 40 seconds here?

23        A    In those moments, we were preparing to push the

24   rioters back.

25             So we were just tensing up, getting ready for the

3372

1    moment.

2        Q    And could we play forward to 2 minutes,

3    15 seconds.

4            (Video played)

5    BY MR. EDWARDS:

6        Q    And actually, can we just play forward to

7    3 minutes, 34 seconds.

8            (Video played continuously)

9    BY MR. EDWARDS:

10        Q    Now, Officer Jackson, what did we just see you're

11    platoon start to do here in the last five seconds?

12        A    Tense up.

13        Q    And prepare to do what?

14        A    To push.

15        Q    Can we pause here and turn to Exhibit 8001 just

16    for the witness -- oh, no, this has been admitted,

17    Your Honor, and authenticity pursuant to a 902(11)

18    certificate of authenticity.

19            THE COURT:  8001 will be admitted.

20            MR. EDWARDS:  Thank you.

21                                  (Government's Exhibit 8001
                                        received into evidence.)
22

23    BY MR. EDWARDS:

24        Q    Officer Jackson, is this another angle of your

25    platoon as they hold each other's shoulders, as you've

1    described, and tensed up?

2        A    Yes, sir.

3        Q    And which way are the officers facing?

4        A    Facing toward the rioters.

5        Q    And do you see this door back here?

6        A    Yes, sir.

7        Q    Is this what your sergeant told you to not let

8    anyone past?

9        A    Yes, sir.

10       Q    Do you recognize any of your platoon here?

11       A    Yes, sir.

12       Q    Can you just circle them and identify them.

13       A    This gentleman right here is James Love.  The

14   young lady right here, that's Martha Lazo.

15       Q    And how can you tell that's Officer Lazo?

16       A    By the Wite-Out on her helmet.

17       Q    So she had to use Wite-Out to write the number?

18       A    Correct.

19            MR. EDWARDS:  Can we go back to Government's

20   Exhibit 8002 now, Ms. Badalament.

21            And can we please go forward to 3 minutes and

22   50 seconds.

23            (Video played)

24   BY MR. EDWARDS:

25       Q    Now, Officer Jackson, were you able to hear what

3374

1    the rioters were yelling at that moment?

2        A    Yes, sir.

3        Q    What were they yelling?

4        A    "Push."

5        Q    And what did your platoon do?

6        A    Push them back.

7        Q    Now, did the rioters eventually successfully move

8    you and your platoon back?

9        A    Yes, they do.

10       Q    Can you describe for the jury that experience as

11   you were near the front of that line of officers.

12       A    Yes.

13            So the biggest thing was like the weight of all of

14   them, like just pushing down on you.

15            And, you know, you've got a job to do and you feel

16   like you may not succeed in that moment because it's a lot,

17   it's really a lot.  And for a moment, I thought we were

18   going to lose this fight.

19            So, you know, you've got to just fight through

20   that and continue to try to do the job that you were trained

21   to do.

22       Q    Now, do the officers in your platoon eventually

23   resort to any of their equipment to force the rioters back?

24       A    Yes, sir.

25       Q    What happened?

1      A    So at this point when they began to succeed in

2  pushing us back, we began to use OC spray.

3      Q    And can you just describe, what is OC spray?

4      A    So OC spray is -- it's pepper spray, but the one

5  we carry is a little more potent.  It's almost consistent

6  with like a bear mace.

7           MR. EDWARDS:  Can you play forward,

8  Ms. Badalament, to 4 minutes and 41 seconds.

9           (Video played)

10 BY MR. EDWARDS:

11     Q    And if we could go back just one second.

12          Officer Jackson, do you recognize this individual

13 that I'm circling here on the right side of the screen?

14     A    Yes, sir.

15     Q    Who is that?

16     A    Sergeant Weinfeld.

17     Q    And what's he doing at 2:48 on January 6th?

18     A    Spraying OC spray.

19     Q    Is this what you were describing earlier?

20     A    Yes, sir.

21     Q    So what happens after Sergeant Weinfeld deploys

22 that spray?

23     A    The rioters began to step back.

24     Q    And where do they go?

25     A    Into the Rotunda.

3376

1    Q    Do you eventually follow them?

2    A    Yes, sir.

3         MR. EDWARDS:  And before we go there,

4  Ms. Badalament, can we turn to Government's Exhibit 1505

5  that's already been admitted.

6         And jump to and pause at 2 minutes and 52 seconds.

7         Thank you.

8  BY MR. EDWARDS:

9    Q    Officer Jackson, have you reviewed this portion of

10  Government's Exhibit 1505, this clip?

11    A    Yes, sir.

12         MR. EDWARDS:  And can we play just one more second

13  forward?  Great.

14         (Video played)

15  BY MR. EDWARDS:

16    Q    Officer Jackson, do you see yourself in this

17  video?

18    A    Yes, sir.

19    Q    Can you circle yourself, please.

20    A    (Witness complied.)

21    Q    So you've circled the taller individual in the

22  center of the video.  Is this one of the instances in which

23  you're in the front of the crowd?

24    A    Yes, sir.

25    Q    Can we please play forward to 2 minutes, 55

```
 1   seconds.
 2            (Video played)
 3   BY MR. EDWARDS:
 4       Q    Now, Officer Jackson, when you reviewed --
 5            Sorry.  No worries.
 6            Can you describe for the jury, relative to the
 7   number of officers, how many rioters are there in front of
 8   you?
 9       A    A lot more than we had.
10            Maybe like, at this point, maybe like 30 to 40.
11            MR. EDWARDS:  Can you play forward,
12   Ms. Badalament, to 3 minutes and 15 seconds.
13            (Video played)
14   BY MR. EDWARDS:
15       Q    Now, at about 2:46 is this what you were
16   describing when the rioters successfully moved your platoon
17   back towards the doors?
18       A    Yes, sir.
19            MR. EDWARDS:  Ms. Badalament, can we jump to and
20   pause at 5 minutes and 53 seconds.
21            (Video played)
22   BY MR. EDWARDS:
23       Q    And can we just -- is this the same hallway,
24   Officer Jackson?
25       A    Yes, sir.
```

3378

1          MR. EDWARDS:  Can we play forward.

2          (Video played)

3  BY MR. EDWARDS:

4     Q    Now, if we pause here, is this just another angle

5  of some of your platoon members deploying that spray at the

6  rioters?

7     A    Yes, sir.

8     Q    At about 2:48 now?

9          Can we play till 6 minutes, 8 seconds.

10         (Video played continuously)

11  BY MR. EDWARDS:

12     Q    So, Officer Jackson, can you describe what

13  happened at 2:48 after the deployment of that spray?

14     A    The crowd of people began to move back.

15     Q    Earlier you testified that the group of rioters

16  then retreats to the Rotunda, correct?

17     A    Yes, sir.

18     Q    Did you follow the group of rioters into that

19  Rotunda?

20     A    Yes, sir.

21         (Cellular telephone rings)

22     Q    Duty calls.

23         Are you actually working right now, too?

24     A    I will be, yes, sir.

25     Q    Everything all right?

1    A    Yes, sir.

2    Q    Okay.  Great.

3         Now, did you follow this group of rioters into the

4    Rotunda?

5    A    Yes, sir.

6    Q    Roughly how many rioters were in the Rotunda when

7    you went into that room?

8    A    Over 100.

9    Q    Was it almost full?

10   A    Yes, sir.

11   Q    Did you see -- what did you see people doing?

12   A    Some people with their phones out, smoking weed,

13   playing music, just really disrespecting the Capitol.

14   Q    Now, when you entered the Rotunda, had your

15   mission changed?

16   A    Yes, sir.

17   Q    To what?

18   A    It went from moving this crowd of people out of

19   the hallway to moving the rioters out of the Rotunda.

20   Q    How did you and your platoon go about doing that?

21   A    So at this point once we got into the Rotunda and

22   we saw like the amount of people, we kind of like made a

23   circle, like kind of herded them toward the two double doors

24   in the Rotunda and began to back them up.

25   Q    And when you began to do that, did some of the

1  rioters yell at you?

2       A    Yes, sir.

3       Q    What kind of things were they yelling at you?

4       A    "This is our Capitol.  We pay you all's paychecks.

5  Get the F -- get out."

6       Q    With respect to the jury, you can feel free to

7  describe what it is you heard.

8       A    "Get the fuck out.  This is my fucking Capitol.

9  You shouldn't even be here."

10       Q    Now, did some of the rioters get physical with you

11  and your platoon members?

12       A    Yes, sir.

13       Q    Did they begin to fight you?

14       A    Yes, sir.

15            MR. EDWARDS:  Ms. Badalament, can we publish for

16  just the witness Government's Exhibit 9603.

17  BY MR. EDWARDS:

18       Q    Officer Jackson, have you seen this photograph

19  before?

20       A    Yes, sir.

21       Q    And is this photograph an accurate depiction of

22  what it is you just described in the Rotunda?

23       A    Yes, sir.

24       Q    Do you see yourself in this photograph?

25       A    I do.

1          MR. EDWARDS:  Your Honor, at this time, the

2    government moves to admit and publish 9603.

3          MS. HALIM:  No objection.

4          THE COURT:  All right.  9603 is admitted.

5          MR. EDWARDS:  Thank you.

6                              (Government Exhibit 9603
                               received into evidence.)
7

8    BY MR. EDWARDS:

9      Q    Officer Jackson, can you identify yourself on this

10   screen for the jury.

11     A    Yes, sir.

12          I'm the one with the cool shades on.

13     Q    Can you describe briefly for the jury what it is

14   that we're seeing in this photograph?

15     A    In this photo, this is us pushing them towards the

16   double doors.

17          So from this angle, the doors would probably be

18   where the photographer is.  We're pushing them back towards

19   those doors.

20     Q    Okay.

21          Now, at this point do you still have your gas mask

22   on?

23     A    No, sir.

24     Q    What had happened?

25     A    During the course of this, somebody ripped it off

1    my face.

2         Q    Was that another officer?

3         A    No, sir.

4         Q    Eventually were you and your platoon successful in

5    getting many of the rioters out of the doors that you've

6    said is right around where this photographer is?

7         A    Yes, sir.

8         Q    And at the end when you got closer to those doors,

9    did that change?

10        A    Yes, sir.

11        Q    What happened?

12        A    So once we got them closer to the doors, they

13   actually began to successfully push us back into the

14   Rotunda.

15             MR. EDWARDS:  Ms. Badalament, can we please show,

16   just for the witness, Government's Exhibit 1089.1.

17   BY MR. EDWARDS:

18        Q    Officer Jackson, when that's on your screen, have

19   you reviewed this video in its entirety?

20        A    Yes, sir.

21        Q    Does this depict the event that you've described

22   here at the doors of the Rotunda?

23        A    Yes, sir.

24        Q    At about 3:18 p.m.?

25        A    Yes, sir.

3383

```
 1        Q    Is it a fair and accurate depiction of that event?

 2        A    Yes, sir.

 3             MR. EDWARDS:  We'd move to admit 1089.1 and

 4   publish for the jury.

 5             MR. WEINBERG:  No objection.

 6             THE COURT:  1089.1 is admitted.

 7                              (Government's Exhibit 1089.1
                                  received into evidence.)
 8

 9   BY MR. EDWARDS:

10        Q    Officer Jackson, are you in this video?

11        A    Yes, sir.

12        Q    Do you still yourself in the still frame or should

13   we play it forward?

14        A    I see myself.

15        Q    Can you identify yourself for the jury?

16        A    Yes, sir.

17        Q    So you're, for the record, here in the center of

18   the photo, dead center?

19        A    Yes, sir.

20        Q    Okay.

21             Now, is this near those doors that you said you

22   were -- you and your platoon were removing rioters through?

23        A    Yes, sir.

24             MR. EDWARDS:  Can we please play forward to

25   19 seconds.
```

3384

1          (Video played)

2     BY MR. EDWARDS:

3          Q    Now, Officer Jackson, you're here on the far left.

4     Are these some of your other platoon members that are next

5     to you in those helmets?

6          A    Yes, sir.

7          Q    So did your platoon come with you to these doors

8     in attempting to remove the rioters through the door?

9          A    Yes, sir.

10              MR. EDWARDS:  Can we play forward to 28 seconds.

11              (Video played)

12     BY MR. EDWARDS:

13          Q    And, Officer Jackson, do you see the individual

14     here holding the phone up?

15          A    Yes, sir.

16          Q    Is this an example of what you were describing

17     having seen a lot of people holding their phones up in the

18     Rotunda?

19          A    Yes, sir.

20              MR. EDWARDS:  Can we play forward, please, to

21     36 seconds.

22              (Video played continuously)

23     BY MR. EDWARDS:

24          Q    Now, Officer Jackson, do you see yourself in this

25     still frame?

3385

1      A     Yes, sir.

2      Q     Where are you?  You can use the screen or just

3  describe, where are you?

4      A     (Witness complied.)

5      Q     Okay.  So this individual, you've circled two

6  individuals here.  Are you the one on the left here?

7      A     Yes.

8      Q     And is there a platoon member here to your right?

9      A     Yes, it is.

10     Q     And do you see this officer in front of you both?

11     A     Yes, sir.

12     Q     Do you know who that officer is?

13     A     Yes, sir.

14     Q     Who is that?

15     A     Officer Mendoza.

16     Q     Okay.

17           And what are you doing at this moment?

18     A     Grabbing the back of his vest.

19     Q     Why are you doing that?

20     A     At that point, the individuals in front of him

21  were trying to pull him into the crowd with them.  So at

22  that point, I knew I had to grab him so that he was not

23  taken away.

24     Q     And what happened?

25     A     We grabbed his vest, we were able to get him back

1    with us.  But they had a lot of strength.  They were

2    successful in kind of putting us forward, but eventually we

3    did get Officer Mendoza back with us.

4                MR. EDWARDS:  Could we please play forward to

5    54 seconds.

6                (Video played)

7    BY MR. EDWARDS:

8        Q    Officer Jackson, do you remember this moment?

9        A    Yes, sir.

10       Q    And what is going on in your mind in that moment

11   when that individual lunges forward and yells at you?

12       A    Again, a lot of fear.

13               At this point, my daughter was maybe 10 months.

14   And I had never been a part of anything like this in my

15   life.  So it kind of like took me a moment to realize, like,

16   you may not make it out of here today, because I -- once

17   again, I've never been a part of anything like this.  And

18   these people were very aggressive.  They were trying to pull

19   officers.

20               If they were successful in pulling us into the

21   crowd, we don't know what would have happened, honestly.

22       Q    Can we play it forward to a minute and 3 seconds,

23   please.

24               (Video played)

25

1    BY MR. EDWARDS:

2        Q    Now, Officer Jackson, do you see what I'm circling

3    here in the upper right, this kind of shiny glare?

4        A    Yes, sir.

5        Q    Do you know what that is?

6        A    Police shield.

7        Q    Police shield.

8             Did any of your platoon members have a shield

9    while they were in the Rotunda with you?

10       A    Yes, sir.

11       Q    Who?

12       A    Martha Lazo.

13       Q    Can we please go back to 21 seconds on this

14   exhibit.

15            Officer Jackson, who is this individual I'm

16   circling here, this -- this helmet?

17       A    Martha Lazo.

18       Q    And did she have her shield at this time?

19       A    Yes.

20       Q    Do you see this individual with the blonde hair?

21       A    Yes, sir.

22       Q    Okay.

23            MR. EDWARDS:  Ms. Badalament, can we please show

24   Exhibit 9602 to just the witness.

25            THE COURT:  Mr. Edwards, can I ask you to pause

1    for a moment.  Can I ask everybody to get on the phone real

2    quick.

3            (Bench conference)

4            THE COURT:  I'm just trying to estimate timing.

5    How much longer do you think you have, Mr. Edwards?

6            MR. EDWARDS:  Sorry.  I was not clicking the

7    button.

8            Not long.  I have another video or two.  I have

9    two body-worn clips to show, one more video after that.

10   I can get this done in 20 minutes tops.

11           THE COURT:  And how long do you think cross will

12   be for defense counsel?

13           MR. SHIPLEY:  At this point, I don't intend any

14   cross.

15           MR. WEINBERG:  The same, Your Honor, zero.

16           THE COURT:  Okay.  All right.  So I just wanted to

17   confirm if we take a break, we'll be able to be done by

18   12:30.

19           MR. EDWARDS:  Definitely.

20           THE COURT:  Okay.  Great.

21           (Open court)

22           THE COURT:  All right.  Let's take our morning

23   break, everyone.  It is now ten after 11:00.  We will resume

24   at 11:25.  We'll see you shortly.

25           COURTROOM DEPUTY:  All rise.

1          (Jury exited the courtroom.)

2          THE COURT:  All right.  Officer Jackson, I'll ask

3    you to step down and just be back in here before 11:25 and

4    not discuss your testimony with anyone during the break.

5    Thank you, sir.

6          See everyone shortly.

7          MR. PEED:  Can I raise an issue?

8          THE COURT:  I'm sorry?

9          MR. PEED:  Can I raise an issue?

10          THE COURT:  Sure.

11          Wait for Officer Jackson to step out.

12          MS. HALIM:  Your Honor, is it okay if Mr. Hackett

13    steps out?

14          THE COURT:  Mr. Peed.

15          Have a seat, everyone.

16          MR. PEED:  Your Honor, the government often asks

17    fact witnesses, "What were you thinking," and I have the

18    good faith assumption that what he was going to say was --

19    because he was prepped, was relevant to the facts of the

20    case, and I wasn't expecting testimony about his daughter,

21    not seeing his daughter again.

22          I would object to that.  If I -- I didn't want

23    to -- obviously once he starts talking about his daughter,

24    I can't sit there and object and look like a jerk.  But I

25    would object going forward, and I would just ask -- you

1    know, I was just wondering if the Court would sustain that

2    kind of objection, I would ask the government not to

3    intentionally elicit something.

4         If they're asking about something he's thinking,

5    let it be relevant to the events we're looking at in terms

6    of establishing the facts of the day.

7         THE COURT:  Well, you know, Mr. Peed --

8         MR. PEED:  I believe the Court has sustained that

9    objection to the first officer, and so I had expected that

10   would be the nature of the testimony, that it wouldn't be

11   about his personal thoughts but about what we're seeing.

12        And a similar issue came up with Captain Ortega,

13   I believe.

14        THE COURT:  That I don't recall.

15        MR. PEED:  But anyway, I just want to make my

16   objection to testimony about his daughter.

17        THE COURT:  I guess the question is, are there any

18   additional officers that you are expecting to testify?

19        MR. MANZO:  Yes.

20        THE COURT:  How many?

21        MR. MANZO:  One.

22        THE COURT:  Okay.

23        And that officer will be testifying about what?

24        MR. MANZO:  The assault at the Columbus Doors.

25        THE COURT:  Okay.

3391

1          MR. EDWARDS:  If I can just respond briefly,

2    Your Honor, unless you don't want to hear from the

3    government.

4          THE COURT:  Look, I think -- and this was the case

5    at the first trial too.  I mean, look, the reality is -- and

6    I don't think it's irrelevant what these officers were

7    thinking at the time.  It's not.  I mean, this is what they

8    were experiencing based upon what they were confronting at

9    the moment.

10         And I think there are obviously limits on it.

11   I wouldn't have allowed additional questioning, but a single

12   question about what was going through his mind at that point

13   seems to me not to be lacking in probative value and not

14   unduly prejudicial.  I mean, it's what the man experienced.

15   You can't undo what he was thinking at the time.

16         MR. SHIPLEY:  Your Honor, I would agree if there

17   was an assault charge in this case.  None of the defendants

18   are charged with assault.

19         THE COURT:  I don't know that it matters precisely

20   what the charge is.  I mean, Mr. James is an alleged

21   co-conspirator.  He's one officer away.  He's the person who

22   was -- actually did assault this particular -- an officer

23   that was in front of the officer that's testifying.

24         And at the end of the day, you know, the charge

25   is -- there's also a charge of -- well, I can't remember.

3392

1    Are any of them charged with a civil disorder charge or not?

2            MR. EDWARDS:  Not these -- not these

3    four defendants, but obviously the natural state of a

4    conspiracy case is that some members were and did engage in

5    that kind of conduct.

6            THE COURT:  Right.

7            MR. SHIPLEY:  So we're letting this is in on a

8    *Pinkerton* theory?

9            THE COURT:  Well, no.  No, we're not letting it in

10   on a *Pinkerton* theory; we're letting it in on a theory --

11   not on a theory, that this is what happened.

12           And I mean, Mr. James is -- and with your client

13   right behind him, trying to get past the police line.  And

14   one of the officers who's on that police line is testifying

15   about what he experienced.

16           I mean, this isn't just somebody not testifying

17   with a connection to these defendants.

18           MR. SHIPLEY:  But I think that's the point

19   Mr. Peed raised.  If his recollection is about what he's

20   perceiving as opposed to thoughts about his daughter going

21   through his head -- which really is just playing to the

22   emotions of the jury, you know.  It's not -- it's not

23   probative to the degree that gets past 403.

24           THE COURT:  Well, I disagree with that.  I mean,

25   I think that anybody that is experiencing this, I don't

1    think it is not -- it is not irrelevant what went through

2    their head, you know, just as a victim, whether it's an

3    individual, in this case it's an institution, a process, and

4    he's part of that.  I mean, he's experiencing precisely what

5    these defendants are charged with.  And, again, it was one

6    question, it was one answer.

7         MR. PEED:  So I just draw a distinction between --

8    so if they're charged with impeding Congress staff or

9    Congress members and the fears of those members affected

10    their duties and their ability to do their duties, I think

11    that's clearly relevant and probative.

12         They're not charged with impeding the police

13    officers or assaulting them, so I think just as a factual

14    matter --

15         THE COURT:  I understand that, Mr. Peed.

16         But what they are charged with is attempting to

17    disrupt or delay the proceeding.  And part of that effort,

18    at least according to the government's theory, was trying to

19    get past a police line.

20         We have an officer here who is testifying about

21    his experience in preventing at least Mr. James and

22    Mr. Minuta, who we right behind him, to get past the police

23    line.  I mean, these are the facts of the case.

24         And what was going through that officer's mind in

25    that moment I don't think is irrelevant, just as what was

```
 1   going through the officer's mind who was trying to guard the
 2   Columbus Doors is irrelevant.  And they're trying to hold
 3   these folks back.
 4             And, again, there's a limit to it.  I wouldn't let
 5   him go on and on about it but...
 6             MR. PEED:  All right.  Thanks.
 7             THE COURT:  Okay?  All right.  Thank you,
 8   everyone.
 9             COURTROOM DEPUTY:  All rise.
10             This Court stands in recess.
11             (Recess from 11:17 a.m. to 11:27 a.m.)
12             THE COURT:  Please be seated, everyone.
13   Thank you.
14             COURTROOM DEPUTY:  Jury panel.
15             (Jury entered the courtroom.)
16             THE COURT:  All right.  Please be seated,
17   everyone.
18             Mr. Edwards.
19             MR. EDWARDS:  Thank you, Your Honor.
20   BY MR. EDWARDS:
21        Q    Officer Jackson, I just want to remind you you
22   continue to be under oath.
23        A    Yes, sir.
24        Q    Now, we were just turning to -- I had pointed out
25   a rioter with blonde hair and Officer Lazo in a previous
```

1    exhibit.  We've just now turned to Government's Exhibit 9602

2    just for you.

3              Have you reviewed this body-worn camera footage?

4    A    Yes, sir.

5    Q    And have you reviewed it in its entirety?

6    A    Yes, sir.

7    Q    Is this Officer Lazo's body worn?

8    A    Yes, sir.

9    Q    And did this video camera accurately depict what

10   occurred at 3:16 on January 6th?

11   A    Yes, sir.

12   Q    And to orient for the jury, was Officer Lazo to

13   your left in that last exhibit?

14   A    To my left.

15   Q    To your left.  Okay.

16             MR. EDWARDS:  At this time, Your Honor, the

17   government moves to admit Government's 9602 and publish.

18             MR. WEINBERG:  No objection.

19             THE COURT:  9602 will be admitted.

20                               (Government's Exhibit 8002
                                     received into evidence.)
21

22             MR. EDWARDS:  Ms. Badalament, can we jump to

23   35 seconds and then play to 40 seconds.

24             (Video played)

25             MR. EDWARDS:  And can we just go back just a

3396

1    couple seconds, to 40.

2              Perfect.  Thank you.

3              (Video played)

4    BY MR. EDWARDS:

5        Q    And, Officer Jackson, is this just one of those

6    buffer periods where the audio isn't playing?

7        A    Yes, sir.

8        Q    Now, is this the same blonde rioter that we had

9    pointed out earlier?

10       A    Yes, sir.

11       Q    What's this glare, this black handle here that

12   we're seeing between the lens and this rioter?

13       A    It's a police shield.

14       Q    So is this Officer Lazo's shield?

15       A    Yes, sir.

16             MR. EDWARDS:  Can we play at 48 seconds, please.

17             (Video played)

18             MR. EDWARDS:  Now, if we could play one more

19   second forward.  There we go, right there.

20   BY MR. EDWARDS:

21       Q    Officer Jackson, do you see this hand here?

22       A    Yes, sir.

23       Q    That I've circled on the left side of the screen?

24       A    Uh-huh.

25       Q    What does it appear this rioter is doing with her

3397

1   hand there?

2       A    It looked like she trying to take the shield away.

3            MR. EDWARDS:  Can we please play forward to a

4   minute and 32 seconds.

5            (Video played continuously)

6   BY MR. EDWARDS:

7       Q    Right here.

8            Up at this upper right section of the exhibit in

9   the video, Officer Jackson, did you see the rioter with the

10  brown gloves?

11      A    Yes, sir.

12      Q    Is that the same individual with the black hat

13  that had lunged and yelled at Officer Mendoza in the earlier

14  exhibit?

15      A    Yes, sir.

16            MR. EDWARDS:  And can we play just one more second

17  forward, Ms. Badalament.

18            (Video played)

19  BY MR. EDWARDS:

20      Q    Do you see that individual's brown glove on

21  Officer Lazo's hand now?  I'm circling on the right side.

22      A    Yes, sir.

23      Q    And what is Officer Lazo doing with her gloved

24  hand?

25      A    Holding the shield.

3398

1      Q    Can we play forward to 1 minute, 40 seconds,
2   please.

3           Okay.  Do you see again this rioter's brown glove
4   on Officer Lazo's hands now?

5      A    Yes, sir.

6      Q    What's Officer Lazo doing now with both hands?

7      A    Holding on to the handle.

8      Q    Okay.

9           MR. EDWARDS:  Can we go back, Ms. Badalament, to 1
10   minute and 32 seconds, and now just play the full thing
11   through to 1 minute and 44 seconds.

12           (Video played)

13   BY MR. EDWARDS:

14      Q    Officer Jackson, what just happened in this
15   exhibit?

16      A    They took her shield, Martha Lazo's shield.

17      Q    Now, let's go to another angle.

18           Can we open, please, for the witness, Government's
19   Exhibit 9601, just for the witness.

20           Thank you.

21           Officer Jackson, have you reviewed this exhibit?

22      A    Yes, sir.

23      Q    And was this the body-worn camera footage for
24   Officer Mendoza?

25      A    Yes, sir.

3399

1      Q     And where were you standing relative to Officer

2    Mendoza?

3      A     Right behind him.

4      Q     And does this accurately depict what happened from

5    3:16 to 3:20 on January 6th?

6      A     Yes, sir.

7            MR. EDWARDS:  Ms. Badalament --

8            Or at this time, Your Honor, the government would

9    move to admit and publish 9601.

10           MR. SHIPLEY:  No objection.

11           THE COURT:  9601 is admitted.

12                                  (Government's Exhibit 9601
                                    received into evidence.)
13           MR. EDWARDS:  Ms. Badalament, can we jump to and

14   pause at 1 minute and 24 seconds.

15           (Video played)

16   BY MR. EDWARDS:

17     Q     Officer Jackson, does the timestamp at the upper

18   right, does that say 3:18?

19     A     Yes, sir.

20     Q     Can we please play it forward to a minute and

21   29 seconds.

22           (Video played)

23   BY MR. EDWARDS:

24     Q     Now, does that individual with the black hat, is

25   that the same individual you've described in the prior

3400

```
1    exhibits?

2        A    Yes, sir.

3        Q    Now, did you him say "you want out"?

4        A    Yes, sir.

5        Q    Now, at some point -- or any point while you were

6    in the Rotunda, did anyone help you?

7        A    No, sir.

8        Q    Did anyone of the rioters offer to help you?

9        A    No, sir.

10            MR. EDWARDS:  Can we please plays forward to

11   2 minutes and 45 seconds.

12            (Video played)

13            MR. EDWARDS:  Now, can we pause here.  Sorry,

14   Ms. Badalament.

15   BY MR. EDWARDS:

16       Q    Officer Jackson, is this the moment where that

17   individual had pulled Officer Mendoza forward?

18       A    Yes, sir.

19       Q    Right after saying, "You want out?"

20       A    Yes, sir.

21       Q    What did -- what were you doing at that moment?

22       A    Grabbing the back of his vest.

23       Q    And you described earlier you didn't want Officer

24   Mendoza to get separated?

25       A    Correct.
```

1    Q    Why?

2    A    At that point, they seemed like they were very

3    violent, they were intent on making their way into the

4    Capitol by any means necessary, and I didn't want

5    Officer Mendoza to be a victim in anything.

6    Q    Can we please play forward to 2 minutes and

7    45 seconds.

8              (Video played)

9    BY MR. EDWARDS:

10    Q    Officer Jackson, have you met Officer Mendoza?

11    A    Yes, sir.

12    Q    And have you spoken with him before?

13    A    Yes, sir.

14    Q    Have you heard him speak?

15    A    Yes, sir.

16    Q    Who said at 2 minutes and 45 seconds, "Please,

17    you've got to go, that's all I ask"?

18    A    Officer Mendoza.

19    Q    And where were you when he said that?

20    A    Right beside him.

21    Q    Can we please play forward to 3 minutes and

22    29 seconds.

23              (Video played)

24    BY MR. EDWARDS:

25    Q    Officer Mendoza, at 3 minutes and 29 seconds, what

1    did you hear -- Officer Jackson, what did you hear

2    Officer Mendoza say?

3        A    "I can't breathe."

4        Q    Now, is this after the rioters used Officer Lazo's

5    shield to push deeper into the Rotunda?

6        A    Yes, sir.

7        Q    Let's look at one last angle of that encounter.

8            MR. EDWARDS:  Ms. Badalament, can we pull up

9    Government's Exhibit 111.V.1 for the witness only.

10   BY MR. EDWARDS:

11       Q    Officer Jackson, have you reviewed this video in

12   its entirety?

13       A    Yes, sir.

14       Q    Now, does this depict the view looking into the

15   Rotunda now from the area where you were pushing those

16   rioters out?

17       A    Yes, sir.

18       Q    Okay.

19            And are you eventually in this video?

20       A    Yes, sir.

21       Q    And does this accurately depict what occurred at

22   3:18 in the Capitol Building on January 6th?

23       A    Yes, sir.

24            MR. EDWARDS:  The government moves to admit

25   111.V.1.

1          THE COURT:  All right.  111.V.1 is admitted.

2                    (Government's Exhibit 111.V.1
                          received into evidence.)

3

4          MR. EDWARDS:  Ms. Badalament, can we please play

5  to 11 seconds?

6          (Video played).

7  BY MR. EDWARDS:

8     Q    Now, Officer Jackson -- if we can go back one

9  second, Ms. Badalament -- do you see yourself in this video?

10    A    Yes, sir.

11    Q    Can you please circle yourself.

12    A    (Witness complied.)

13    Q    For the record, you've circled yourself in the

14 center left.

15         Now, are you currently close to the exit of the

16 Rotunda?

17    A    Yes, sir.

18    Q    Can we please play forward to 19 seconds.

19         (Video played)

20 BY MR. EDWARDS:

21    Q    Is this Officer Lazo in the center that I've

22 circled?

23    A    Yes.

24    Q    And is that her shield that she's holding?

25    A    Yes.

1       Q    Can we please play forward to 1 minute and

2    30 seconds.

3              (Video played)

4    BY MR. EDWARDS:

5       Q    Now, Officer Jackson, by 1 minute and 30 seconds

6    into this video, do you see yourself?

7       A    Yes, sir.

8       Q    Are you in the center here that I've circled of

9    the video?

10      A    Yes, sir.

11      Q    Have the rioters now forced you back deeper into

12   the Rotunda?

13      A    Yes, sir.

14           MR. EDWARDS:   Thank you, Ms. Badalament, you can

15   take that down.

16   BY MR. EDWARDS:

17      Q    Officer Jackson, did you eventually regain control

18   and clear out the Rotunda?

19      A    Yes, sir.

20      Q    How did you do that?

21      A    We regrouped, and at that point from the last

22   video, we created another circle.  Capitol Police came in

23   also and assist us, and we began to push them back again.

24      Q    And where did you push the rioters?

25      A    Through the double doors, from the videos, out the

3405

1   double doors.

2       Q    And where did you go from there?

3       A    Once we got them through the doors, we closed them

4   and barricaded them with like chairs and whatever we could

5   find in the Capitol.

6       Q    And after you sealed those doors, what did you do?

7       A    I went and sat down.

8       Q    Why?

9       A    I had no more fight left to give.  I was tired at

10  that point.

11      Q    And what happened after you took that rest?

12      A    After the rest, we were told that there was

13  another breach of the building in the lower level of the

14  Capitol and we went and assisted with that.

15      Q    So after what you had just done in the Rotunda,

16  you went and assisted again?

17      A    Yes, sir.

18      Q    And what did you do?

19      A    We got down there, the rioters had opened up

20  another door --

21           THE COURT:  Mr. Manzo [sic], I think we're a

22  little far afield now in terms of this case.

23           MR. EDWARDS:  Sorry?

24           THE COURT:  I'm sorry, Mr. Edwards.  I don't know

25  why.

1          MR. EDWARDS:  I didn't know you were talking to

2   me.

3          THE COURT:  Sorry about that.

4          MR. EDWARDS:  No worries.  If I can just ask a

5   final question.

6   BY MR. EDWARDS:

7       Q    Officer Jackson, after that day two years ago to

8   the day, did you go back home?

9       A    Yes, sir.

10      Q    And what did you do the next morning?

11      A    Went back to work.

12         MR. EDWARDS:  No further questions, Your Honor.

13         MS. HALIM:  No questions.

14         THE COURT:  Any questions, Mr. Shipley?

15         MR. SHIPLEY:  No questions for Mr. Minuta,

16  Your Honor.

17         THE COURT:  Any questions from counsel?

18         MR. WEINBERG:  No questions, Your Honor.

19         MR. PEED:  No questions, Your Honor.

20         THE COURT:  All right.  Officer Jackson, thank you

21  for your time and your testimony, sir.  You may step down.

22         THE WITNESS:  Thank you.

23         THE COURT:  All right.  Does the government have

24  any other witnesses for the day?

25         MR. EDWARDS:  No, Your Honor.

1           THE COURT:  Okay.

2           All right.  JC very helpfully reminded me that you

3   all -- I owe you an answer about trial length.  That's what

4   this is.  He keeps me in check.

5           So, look, our best estimate right now is there's

6   still -- well, first let me say this.  Believe it or not, we

7   are in the -- only in the -- I shouldn't say only.  We are

8   in the 12th day of evidence.  This is the 12th day we've had

9   of evidence.  Because of some of the days and the holidays,

10  it probably seems a little longer.

11          It's my expectations we probably have another

12  two weeks of evidence left before the case is officially

13  yours.  That's our best estimate at this point.  That's

14  subject to some change, but that's what the parties have

15  informed me, okay?

16          So that brings us to the end of the day, the end

17  of the week.  Thank you, all, very much.  Just the same

18  reminders I've been giving you throughout.  Don't discuss

19  the case.  Please avoid any media coverage and any research.

20  We thank you very much for your time and your attention.  We

21  look forward to seeing you on Monday.  Thank you.  Again,

22  beginning at 9:30.

23          COURTROOM DEPUTY:  All rise.

24          (Jury exited the courtroom.)

25          THE COURT:  All right.  Please be seated,

1    everyone.

2           It's perhaps a little late for me to do this, but

3    I would have preferred if government counsel would not have

4    integrated into their questions the fact that this is the

5    two-year anniversary, but we are where we are, and Monday

6    will not be the two-year anniversary so I assume questions

7    will not be two years and three days since the events.

8           All right.  Anything we need to discuss before we

9    adjourn?

10          MS. HALIM:  So I have a laundry list of issues --

11          THE COURT:  Okay.

12          MS. HALIM:  -- that I was going to put into

13   writing last night.  I lost steam.  We can take them up now,

14   or I can put them into writing over the weekend.  I'll

15   actually take a poll.  Does anybody just want to go home for

16   the weekend or --

17          THE COURT:  I don't know if the poll matters.

18   It's a poll of one.

19          MS. HALIM:  Okay.

20          THE COURT:  So let's resolve as much as we can and

21   save you the time and effort of writing what you're

22   intending to write.

23          MS. HALIM:  Well, thank you very much.  And most

24   of those are issues that I've already raised.

25          The first issue, Your Honor, is, yesterday I had

```
 1    inquired about the government's expectation with regard to
 2    witnesses, and I just wanted to be clear that that's not
 3    about preparing for cross-examination.
 4              What it's about is there are certain facts that
 5    I thought were necessary for Mr. Hackett's defense that I
 6    expected to come into the case based on the government's
 7    case in the first trial.
 8              They're doing things differently.  Of course,
 9    that's their right to do so.
10              However, the government provided notice of maybe
11    50 people that they might call, and we've seen, what, maybe,
12    10, 12 witnesses.  So there's a whole lot of people that
13    they might call in the next four days or might not call.
14    And so I understand, and I'm not --
15              THE COURT:  So are you asking the government to
16    just identify the witnesses they're going to call next week?
17              MS. HALIM:  Or at least show me the ones they know
18    for sure they're not calling.
19              THE COURT:  I don't think that's unreasonable at
20    this point, particularly if you're going to rest on
21    Wednesday.
22              I assume you have a sense of who those people will
23    be.
24              MR. EDWARDS:  We do, Your Honor.
25              We had explained to counsel yesterday that we were
```

1    actually surprised at how quickly Agent Abrams was moving.

2    A lot of the witnesses that we have coming up were out of

3    town, so we had to take stock last night actually and reach

4    out to a number of those witnesses to figure out, Can we

5    move you up, and we were successful in doing that.

6         And so we know, for the most part, almost all of

7    the witnesses we will call Monday.  We're still trying to

8    get one to see if we can make sure that witness is here.

9         I'm happy to give that to counsel.  I'm happy to

10   do that now, or if counsel wants an email, I'm happy to do

11   that, too.

12        THE COURT:  How about Tuesday and Wednesday?

13        MR. EDWARDS:  Well, we're coming down to the end,

14   so we would only have two witnesses after that, and we can

15   provide that notice.

16        THE COURT:  Okay.

17        When you say "two witnesses after that," you mean

18   two witnesses after the people you're intending to call

19   Monday?

20        MR. EDWARDS:  Correct.  We think that we can rest

21   in this case Tuesday or Wednesday.  You know, yesterday we

22   said Wednesday or Thursday.  We're moving a little quicker,

23   and so we suspect we will rest our case on, I think,

24   Wednesday at the latest.

25        MS. HALIM:  Does the government intend to call

1    Terry Cummings?

2              MR. MANZO:  No.

3              MS. HALIM:  Thank you.  Thank you.

4              I've been asking for weeks, Judge.

5              THE COURT:  Okay.

6              MS. HALIM:  All right.  Well, I think that that

7    resolves that on the witnesses issue.

8              The next issue, and this relates to the pending

9    motion that I have regarding whether or not the government

10   may introduce firearms that were seized from Mr. Hackett's

11   home in May of 2021.

12             At pretrial, or when we discussed this whenever

13   the last time it was, Your Honor had said it depends on how

14   the evidence comes in, and now we've seen how the evidence

15   comes in.

16             Caleb Berry says that there were approximately

17   ten cases.  He can't tell what cases belong to whom.  He

18   never saw inside those cases.

19             The government cannot establish when any of the

20   firearms Mr. -- that were seized from Mr. Hackett's house,

21   when he acquired them, when he purchased those.

22             There is no evidence whatsoever except for -- oh,

23   I did neglect to mention, Caleb Berry did say, in response

24   to Mr. Nestler's question, that he believed Mr. Hackett had

25   a personal handgun.

1                THE COURT:  Right, that's what I thought.  That's

2    what I recalled him saying, a handgun.

3                MS. HALIM:  A personal handgun.

4                And so at most, at most they could show a personal

5    handgun.  I'm not even sure that that's relevant.

6                THE COURT:  What's recovered from his home?

7                MS. HALIM:  What's recovered from his home is,

8    I think, seven firearms total, five of them being long

9    rifles or long firearms, however that term goes, one of

10   which is an AR-15, which is the scariest looking one of

11   them, and to date, the only one the government sought to

12   introduce.  And then there were, I believe, two handguns as

13   well that were seized.

14               But I -- based on the stipulations, the only one

15   I thought the government actually had interest in

16   introducing was the AR-15.

17               THE COURT:  So what, if any, of the firearms has

18   the government -- well, let me ask one question.  Was there

19   a handgun recovered from his home?

20               MS. HALIM:  There was.  There was.  I think two.

21               THE COURT:  Two.  Okay.

22               MR. NESTLER:  Hidden in the attic.

23               So we do intend to introduce the AR-15 that was

24   recovered from Mr. Hackett's gun safe, as well as the

25   handguns recovered from his house as well.  There were

1    six rifles or shotguns and one AR platform, so that's

2    seven long guns, and then I believe two handguns.

3              And we do intend to seek to introduce the AR-15

4    and the handguns.  Mr. Berry testified that he saw that

5    Mr. Hackett had at least the firearm -- the personal handgun

6    case.  That's what he remembered seeing because someone had

7    mentioned, "That's Joe's."

8              MS. HALIM:  That is not the evidence.  That is not

9    the way the evidence came in.

10             MR. NESTLER:  Mr. Berry did not say that

11   Mr. Hackett did not possess or did not control any of the

12   long gun cases.  And our argument is that Mr. Hackett did,

13   in fact, control at least one of the long gun cases.

14             MS. HALIM:  But there's no proof of that, Judge.

15             What there's proof of is there is a photo from

16   surveillance, or I guess surveillance video, I should say,

17   from inside the Comfort Inn on the 7th, when Mr. Hackett,

18   along with people that he traveled with, is pushing a hotel

19   cart out with a number of cases.

20             Nobody knows what belonged to whom, and there's no

21   evidence that anybody saw what was inside.  There's no

22   identifying information that would connect the firearms

23   seized from Mr. Hackett's home and anything that was in

24   those cases.

25             THE COURT:  Right.

3414

1          I think the question is, is the government

2     intending to call any witness or have any other evidence

3     that would suggest that Mr. Hackett, in fact, brought a long

4     gun with him to D.C.?

5          MR. NESTLER:  No additional evidence.

6          We believe we can rely on the evidence that's

7     already been introduced, which are the messages and the

8     testimony from Mr. Berry, as well as the video of

9     Mr. Hackett with -- if we back up for a second, Mr. Hackett

10    was at the Ares training facility with an AR platform

11    firearm, and we saw the messages where the instructor told

12    Mr. Meggs to tell everybody to bring their own firearm.  So

13    there's evidence that Mr. Hackett had the firearm in

14    advance.

15          Now, we have messages and we have testimony that

16    people were instructed to bring firearms with them, and

17    Mr. Berry testified that he thought all of the older people

18    who could possess firearms legally, he was under 21, had

19    brought weapons with them.

20          He also said that in the back of Mr. Meggs' pickup

21    truck, there were approximately ten long gun cases, and that

22    would have included Kelly Meggs, his wife, Connie Meggs,

23    Mr. Berry didn't have a firearms case, Whippet, and who

24    Mr. Berry thought of as Joe.

25          So if those people were riding in Mr. Meggs'

1    truck, that's ten long gun cases, four other humans.  So

2    there's certainly an inference that can be drawn that one of

3    those belonged to Mr. Hackett.

4             And Mr. Berry, of course, testified that those

5    cases were heavy, presumably containing firearms, and he

6    thought that everyone was under the same impression, that

7    they were depositing their guns at the hotel.

8             MS. HALIM:  But not long guns.

9             And just because it may be fair for an inference

10   to be drawn so the government certainly is going to make use

11   of that in closing argument, that doesn't mean that you get

12   to go the next step and say something that was seized from a

13   home, five months later put it in front of the jury.  The

14   connection here is beyond tenuous.  There is absolutely no

15   proof.

16            And there were other long guns at his house.  And

17   so what this is going to -- it's going to force me to have

18   to make a decision.

19            Do I now bring out that he also has six other long

20   guns that were seized from his home and the government's

21   just picked the scariest looking one to parade in front of

22   this jury, or do I leave it alone and let be that it's just

23   the scariest looking one.

24            And I think that's an unfair position to put

25   Mr. Hackett in in light of the weakness of the evidence

1  regarding what was actually in D.C., or possessed at all

2  during the relevant time frame during the charged

3  conspiracy, because the government is trying to draw in this

4  September event.  They are making a whole lot out of a

5  September event that pre-dates the charged conspiracy.

6          And there's no identifying information from that

7  video where you could look at what was seized and what was

8  in his hand in that photo or in the videos to say that's the

9  same thing.  It wasn't painted purple.  It didn't say "Joe"

10  on it.  It didn't have Wite-Out with his name or his phone

11  number or anything like that.  You know, there's no -- it's

12  an AR-15.  They look pretty similar.

13          THE COURT:  Let me take a look at Mr. Berry's

14  testimony over the weekend.

15          MR. NESTLER:  Understood, Your Honor.

16          And just so it's clear, there are also messages

17  that were exchanged in advance of the trip to D.C. where

18  people discussed bringing firearms, including long guns,

19  including ARs.

20          And we could introduce all of the -- we could seek

21  to introduce all of the long guns recovered from

22  Mr. Hackett's house.

23          Our understanding is that Mr. Hackett brought the

24  AR-15.  If we want to get into it, our understanding is that

25  Ms. Halim represented to defense counsel in the first trial

1    that that was the firearm Mr. Hackett brought, both that

2    AR-15 and a handgun, and that's why in the first trial we

3    sought a stipulation with defense counsel, and it was agreed

4    to, that those are the two firearms that belonged to

5    Mr. Hackett, both the AR-15s and the handgun and those are

6    the two firearms we're planning to introduce in court.

7            If Ms. Halim would prefer, we could also introduce

8    all of the firearms from Mr. Hackett's house.  But that was

9    not our intention.  But if that's where we want to go, we're

10   certainly willing to do so, we have them all here.

11           MS. HALIM:  Regarding stipulations outside this

12   trial does not change the evidentiary analysis for what is

13   admissible during this trial.  It's about what the

14   government's proven with their witnesses and their evidence,

15   and they haven't done much on this issue.

16           THE COURT:  I have the testimony.  Can you send me

17   the video of the Comfort Inn that shows Mr. Hackett --

18           MR. NESTLER:  Yes, Your Honor.

19           THE COURT:  -- wheeling out the carts?

20           MS. HALIM:  All right.  So I'll transition next to

21   the Samsung flip phone, that's another pending motion.

22           MR. PEED:  Can I just raise a citation from that

23   issue before you move on?

24           MS. HALIM:  Please.

25           THE COURT:  For which issue?

3418

1           MR. PEED:  For the gun issue, Your Honor.

2           A similar issue came up in trial I just had with

3    Judge Moss and the Circuit has some fairly specific guidance

4    on guns.  And unless that gun is identified as the gun in

5    the conspiracy, if it's another gun and they haven't tied

6    the chain.  So the citation provided is *U.S. v. Linares*, 367

7    F.3d 941.

8           And the basic --

9           THE COURT:  367 9 --

10          MR. PEED:  F.3d 941.

11          THE COURT:  Okay.

12          MR. PEED:  I mean, it's not directly on point, but

13   the issue is if the government is not trying to show

14   intentional possession where another gun can show access for

15   that intent element, if the government is just trying to

16   show possession or trying to show that a gun was used, then

17   another gun recovered from some other situation if they

18   can't prove that was the gun, the Circuit has said that's

19   too much.  So that's what that stands for.

20          THE COURT:  Okay.

21          Yeah, look, I appreciate you bringing it to my

22   attention so I'll take a look.

23          And, you know, if anybody wants to make further

24   argument about it after looking at the case, I'm happy to

25   hear it on Monday.

1          Ms. Hughes.

2          MS. HUGHES:  I was going to say, we can skip the

3    flip phone conversation.  The government does not intend to

4    introduce evidence of Mr. Hackett's phone.

5          THE COURT:  Okay.

6          MS. HALIM:  Thank you.  That was a lot of fight to

7    get to there, but we're there.  Thank you.

8          Last issue then is as to the expert testimony.

9          THE COURT:  Right.

10          MS. HALIM:  That I raised yesterday.

11          So I wanted to show the Court a couple of things.

12          Justin, can we start with the letter that the

13    government issued yesterday, so that you can see -- and

14    I can email all of these as well if that's helpful.  If you

15    could scroll down to the paragraph 2 and highlight that for

16    us, make it bigger, please.

17          So this is what we learned yesterday.

18          THE COURT:  Okay.

19          MS. HALIM:  So I do believe there's some granular

20    data here and technical data that puts this into the expert

21    data.

22          I also want to show the Court the email that I

23    sent to Mr. Nestler.  Let's start with the Edwards email,

24    the first Edwards email back in October, please.

25          So pretrial, Mr. Edwards and I were -- oh, he's

1    not here.  Mr. Edwards and I were speaking frequently about

2    a lot of pretrial issues, and one of them is that we noticed

3    that the scheduling order didn't actually have a specific

4    date for expert disclosure notices for our second trial,

5    that it was just the July date for the first trial, or maybe

6    it was the defense -- anyway, we discussed November 4th.  We

7    came to an agreement between ourselves.

8           THE COURT:  Okay.

9           MS. HALIM:  If we had expert testimony, we would

10   tell each other.  And so I just wanted to show you this

11   email to show that November 4th was the date, and it was

12   specifically for defense disclosures because I wasn't sure

13   at that point if I was going to have expert testimony.

14          But in my conversations with Mr. Edwards, and it's

15   not fair to talk about that without him here, but I'll just

16   say by -- when November 4th came and went I assumed there

17   were no government experts.

18          MR. NESTLER:  We had already disclosed Ms. Cain as

19   the government expert.

20          MS. HALIM:  With a substance as to five other

21   defendants' phones, not my client's.  I saw no report or

22   analysis regarding my client's devices.

23          So I sent Mr. Nestler an email, if we could pull

24   that up, this was on November 29th, by this point I assume

25   there are no experts but I'm trying to figure out how to

1    defend this particular allegation or this counter and

2    I couldn't even understand -- if we could start with my

3    email first, please, which is at the bottom of the page, if

4    you could highlight that.

5              And I can -- if you're inclined to rule in my

6    favor, I can stop talking at this moment.

7              THE COURT:  Well, let me just hear from

8    Ms. Hughes.

9              MS. HALIM:  Okay.

10             THE COURT:  I have a general understanding of the

11   factual landscape here.

12             MS. HUGHES:  In an abundance of caution, frankly,

13   we put this into an expert notice.  Frankly, an agent could

14   do this.  She is not engaged in any additional traction or

15   additional analysis, frankly, that is anything beyond

16   looking at search warrants, highlighting -- and I think it

17   might be helpful because artifacts and the way this is laid

18   out, presents as if there is some additional step that is

19   done here when truly this is, in essence, translation.

20             And so if I could just show you what specifically

21   those points relate to, that might be helpful.

22             THE COURT:  Okay.

23             MS. HALIM:  If I could show the email of

24   Mr. Nestler's response to my inquiry.

25             THE COURT:  Let me just take a look at what the

1    government wants to show.

2             MS. HALIM:  All right.

3             MS. HUGHES:  So she will point to three findings

4    in the iPhone extraction of Mr. Hackett's phone and one from

5    the search warrant of his iCloud.  She does nothing further

6    than simply just read this and explain to the jury what this

7    is.  There's no additional combination of facts that she's

8    doing here.

9             So in the iPhone extraction, there is a folder

10   that says "key chain P list."  And the key chain is

11   basically your passwords that are stored on your phone and

12   so you have a Signal app, your phone boots up, as it does

13   with all apps, the password for your apps.

14            Then when you click on to this folder that defense

15   has, you see that there are various apps that have codes,

16   and the code is explained in this P list, and the Signal

17   code is this code.  And then I'll ask her, do you see the

18   Signal code in this chain.  That's point one.

19            Point two is that there is then, in the iPhone

20   extraction, there is something called the database locator,

21   and it includes a log of Signal.

22            Signal appears as Signal.  It means that when your

23   phone is using Signal, this appears in this data list.

24   There's nothing additional here.  She's simply -- we could

25   have an agent do this, just in the extraction, is there a

1    folder that relates to when data is booted up by your phone.

2          Then, finally, there is the iCloud search warrant

3    return.  It appears as Signal.  This is how it appears.

4    This was not created by -- there's no additional work done

5    by Examiner Cain.  This is simply the folder on the iCloud

6    search warrant return.

7          So we put this, in an abundance of caution, in our

8    notice, but, in fact, it seems -- if the final point is that

9    in combination this would reveal that there was Signal on

10   the phone, she does not need to say it.

11         It is helpful to explain what these folders are

12   and what these datasets mean in layman's terms, and

13   so this is much more of just an explanation of a search

14   warrant return and an explanation of how these folders

15   appear in an extraction than it is any kind of true expert

16   testimony.

17         And so I fear that we've made this more

18   complicated in an effort to make this more explicit, but

19   truly there is no combination of facts that are being used

20   to reach a conclusion here, it is simply explaining what

21   these returns reveal.

22         MR. WEINBERG:  Judge, I may as well join in

23   Ms. Halim's argument.

24         From this notice, it talks about not only the

25   Signal application not being on my client's phone, but a

1    certain date range that they extracted when messages appear

2    to not be on the phone.  So that's the one extra step that

3    I believe the government was just saying didn't exist does

4    exist for my client.

5            MS. HUGHES:  That said even more obvious.  It is

6    just that.  And that could be done by me, frankly.

7            That is just, there is no messages in this phone

8    between these dates.  That is simply just noting the absence

9    of evidence.

10           We could do this in any -- through any witness.

11           MS. HALIM:  I will concede right here and there,

12   right here and now, Ms. Hughes is much more intelligent than

13   I am, because I don't understand it and it's not that simple

14   to me and I do need help translating this stuff and possibly

15   preparing a counter to it.

16           THE COURT:  Well, let me ask you the following,

17   which is, would you concede that even without the testimony,

18   those records come in?

19           MS. HALIM:  I'm not sure that I would.  I would

20   like to put some thought into that.

21           I would concede that when the phone, and stipulate

22   even, that the phone when seized in May didn't contain the

23   Signal application.  That I would concede and stipulate.

24           In fact, I did when I --

25           THE COURT:  Why wouldn't the records themselves

1    come in?

2              MS. HALIM:  Well, they're not business records.

3    They're the contents of his cell phone, because the records

4    are literally, as I understand it, sort of sucked from his

5    phone.  This is the extraction.

6              THE COURT:  Right, but why wouldn't they come in?

7              MS. HALIM:  I wouldn't think the entirety --

8              THE COURT:  It doesn't have to be a business

9    record.  These are the contents of the phone, the metadata

10   of the phone.

11             MS. HALIM:  I mean, I think they don't come in

12   because they're technical, because they're not exactly the

13   contents of the phone, they're the contents of the phone

14   with code and words, and it doesn't -- I don't have a good

15   articulate answer at this moment, obviously, but I will not

16   concede that they should come in.  The records themselves

17   seem technical, specialized, and require knowledge beyond

18   just a lay review.

19             It seems highly technical to me.

20             MR. SHIPLEY:  I think they don't come in because

21   the jury would have to guess at what those code strings mean

22   and they would have to guess at what Signal references.

23             MS. HUGHES:  Just for the record, we do have

24   902(11) certificates of authenticity for those records that

25   were obtained from Apple, for example.  So the government's

1   position that these are admissible, this is no more -- the

2   complexity of --

3                THE COURT:  This is for the iCloud account?

4                MS. HUGHES:  Correct.

5                So this is no more inadmissible.  The complexity

6   of it does not lend towards inadmissibility.  And this

7   merely -- she's merely translating what this means and what

8   this explains and that she went to this folder and this is a

9   data log and this is what it means.

10               That, in truth, is not even expert testimony.  She

11  is simply explaining what -- where you find this and that it

12  is derived from these cell phones.

13               And so, again, we are -- I apologize for making

14  this more complicated.  We put it in a notice just to be as

15  fulsome as possible, but in truth, this is much more of a

16  fact testimony than anything.

17               MS. HALIM:  And if I could just give a little more

18  flavor to what part of the issue is.

19               So I asked back -- I don't know, October or

20  November, when I did get some assistance with understanding

21  and interpreting forensic things.  There is a difference, it

22  looks different when you just wholesale delete an

23  application from your phone, and then, you know, you get

24  the, Are you sure?  It's going to delete all the data, too,

25  yes or no, right.  There's that.

1          And then there's, you can go into the application

2     itself and you can sort of pick and choose, Oh, I don't like

3     that one, delete it, I don't like that one, delete it.

4          And I wanted to confirm that it was delete the

5     app, not, you know, the individual.

6          And the answer that I got was, It looks as though

7     the whole thing was just deleted.  And I stopped there.  I

8     didn't have an expert notice from the government.  I didn't

9     go any further with it.

10          So I've not retained an expert to testify at

11     trial -- because that's what I would want to do.  If this

12     comes in now, when I thought that it was not going to -- and

13     if we could pull up Mr. Nestler's email, because I think

14     this is relevant to the fairness issue.

15          On November 29th, I emailed -- but actually can we

16     go down to the bottom, please, where it's -- I send the

17     email first.

18          The long and short of it is I would have to get --

19     it would take a lot of steps to be ready to counteract this.

20          So I say I don't have a clear understanding of

21     what the precise allegation is.  So please provide

22     specificity.

23          And then I ask a question about Caleb Berry.

24          Now, if we can go -- so anyway, I'm telling the

25     government I don't really understand, and please give me

1    some specificity, and can you please point me to any reports

2    that I must have missed.

3            And then this is what Mr. Nestler says.  "And if

4    they were going to get into this kind of detail, this would

5    have been the place to tell me."

6            MR. NESTLER:  I'm sorry, Your Honor, if she wanted

7    to know if we were calling an expert related to this,

8    because we already noticed Examiner Cain, she could have

9    asked.

10           MS. HALIM:  I did.

11           MR. NESTLER:  Hold on a second.

12           Interpreting this is not fair.  I pointed her to

13   Agent Hilgeman's grand jury testimony where Agent Hilgeman

14   said she spoke with a forensic examiner and discovered there

15   were artifacts about Signal on Mr. Hackett's phone to the

16   grand jury.  I pointed her to the grand jury transcript, the

17   grand jury page, where Agent Hilgeman said those exact

18   words.

19           MS. HALIM:  And because the date for telling me

20   that a forensic examiner was going to provide technical,

21   expert testimony about this, it had long passed.  This is

22   December 1st, right before trial starts, that we're doing

23   this.

24           THE COURT:  So what was Agent Hilgeman's testimony

25   again?

1          MR. NESTLER:  Did you -- well, she has a couple

2   pages about this and explaining the basis for this charge.

3          "Question:  Did a member of your team speak to a

4   forensic examiner about whether they saw any evidence or

5   remnants that at some point, the Signal app had been on

6   Mr. Hackett's iPhone?

7          "Yes.  The examiner was able to tell me, based on

8   a line of metadata or artifact of some kind, that Signal had

9   been installed on the phone at that -- at some point.

10         "But it was not there at the time we had searched

11  it, correct?

12         "Answer:  It was no longer there at the time we

13  searched it."

14         And I pointed to the forensic report that shows

15  this.  So this is literally interpreting the forensic

16  report.

17         THE COURT:  But did she -- did Ms. Halim get the

18  underlying documents that you just showed me?

19         MS. HUGHES:  Yes.  For over a year.

20         MS. HALIM:  Yes.  So I've had the Cellebrite,

21  there's no question about that.  I cannot make hide nor hair

22  of the Cellebrite.  It is absolutely meaningless to me.

23         THE COURT:  Was what you showed me a Cellebrite

24  extract?

25         MS. HUGHES:  So the three are from Cellebrite, and

1    then the final part is from a search warrant.

2                THE COURT:  The search warrant from the iCloud?

3                MS. HUGHES:  Correct.

4                MS. HALIM:  And as I was making decisions about

5    where to allocate time and resources -- and to be clear,

6    getting expert help required -- there's a few steps to go

7    through as court-appointed counsel, and I chose not to do

8    that on the basis of my understanding that because I had no

9    expert designation or notice or report about analysis of my

10   client's phones, I assumed that they weren't offering any,

11   which is why I asked the follow-up question because then

12   I thought -- to Mr. Nestler, I thought how is -- and then I

13   said, Okay, I guess they're just going with the apps not on

14   his phone, and that has come out.

15               THE COURT:  Ms. Hughes.

16               MS. HUGHES:  Just to be clear, this information is

17   not rebuttable by -- I'm not sure what the fairness argument

18   is here.

19               There are -- these elements exist on the phone.

20   If the argument is that this was not intentionally deleted,

21   I'm not sure what an expert, a defense expert, could do to

22   rebut these artifacts or these elements in a dataset.

23               And so in terms of understanding this information,

24   I appreciate that it's difficult to find, but in terms of

25   fairness, I'm not really sure what a defense expert could

1    really do with this.  This is literally just reading a

2    search warrant and testifying that there are certain

3    elements that are on the phone.

4            THE COURT:  I guess Ms. Halim's response is we

5    don't know what we don't know, right?  I mean, she hasn't

6    had the opportunity to -- or let me put it differently.  She

7    did not show the records to an expert.

8            MS. HALIM:  Well, to be clear, I did, just to ask

9    one question, and this was a while ago.  And so that's why

10   I know it's going to take a good bit of work to, one, retain

11   and make the arrangements for somebody out of town to get

12   here, but also to -- because really what I would want to

13   demonstrate, and it is much more complicated when you want

14   to demonstrate that although the application was removed,

15   what would we see if individual messages were deleted.

16           That's the more complicated analysis, and that's

17   what I -- because I thought the government wasn't offering

18   this kind of testimony, I didn't take any more steps with

19   the forensic expert, and I also have budget limitations too.

20           THE COURT:  Maybe I'm misunderstanding, but

21   I thought the point of what Ms. Hughes has said and what

22   they wish to show is that he didn't try to delete individual

23   messages, he just deleted the whole app, which removed all

24   of the -- all of the Signal data, whether it was January 6th

25   op or, you know, something that is unrelated to the events

1   of the 6th.

2          MS. HALIM:  I am not confident that I can

3   effectively do that cross-examination at this point unless I

4   go back, get more money, because I've already exhausted the

5   hours for the forensic --

6          THE COURT:  But maybe I'm -- just help me with the

7   facts in terms of what I've just said and at least what

8   I think they are.  And maybe, again, I'm wrong, tell me if

9   I'm wrong, but I thought if you delete Signal, it deletes

10  everything.  And in other words -- so we talked about this,

11  that by the time they got to Mr. Hackett's phone in May of

12  2021, Signal was gone.

13         MS. HALIM:  Right.

14         THE COURT:  And if Signal is gone, you can't

15  recover any of the chats, whether they relate to January 6th

16  or not.

17         I don't understand the government to be calling

18  this person to say that prior to May, that Mr. Hackett

19  attempted to or did delete individual messages.

20         MS. HALIM:  Right.  But I think the government --

21  I bet if I were to ask them, Will you stipulate and agree

22  that he never tried to, they would not do that.  They would

23  say, No, all we can know is this.

24         What I'm talking about is when I initially got my

25  forensic expert to look -- and I had a forensic expert for

1    many other things, not just the phone stuff.  I want to be

2    clear about that.  There's a lot of different elements here

3    that have been confusing and way above my level of expertise

4    or knowledge.

5            There -- when a person has individually deleted,

6    it looks a particular way.  And if that testimony is coming

7    in, I think that, on Mr. Hackett's behalf, I would need to

8    be able to demonstrate with that expert that what they saw

9    was the latter, the wholesale deletion, and not this highly

10   specific thing because we do see the specific deletion with

11   other people.

12           THE COURT:  Right, but -- maybe I'm just -- maybe

13   this is all going above my head.  I don't understand the

14   government to wish to elicit that Mr. Hackett was making

15   individual deletions and that somehow that resulted in what

16   you see when he has -- when the phone is seized.

17           MS. HALIM:  No, I understand.  But in order to

18   defend him to the fullest extent possible, I would want to

19   demonstrate that.

20           THE COURT:  You want --

21           MS. HALIM:  If they're not going to stipulate and

22   agree with me that that's the case, then I have to take

23   steps to do that.

24           THE COURT:  I'm sorry, you would want to

25   demonstrate that there was no attempt at individual

1    deletion --

2             MS. HALIM:  Yes.

3             THE COURT:  Okay.  I understand.

4             MS. HALIM:  Yeah, sorry.

5             THE COURT:  All right.  That's fine.  I didn't

6    appreciate that.

7             I think the other question I had, just as a

8    factual matter, is do the documents interpret -- when

9    interpreted, reveal when the app was deleted?

10            MS. HUGHES:  So these documents don't deal with

11   deletion, they just show activity at a certain point.

12            THE COURT:  No, no, no, I -- but you've answered

13   my question, which is the documents don't show a deletion.

14            MS. HUGHES:  No.  That was the clarification I

15   wanted to prove.

16            And so to be clear, I mean, Ms. Halim's client is

17   charged with obstruction by deleting the Signal application.

18   If she was to -- if she wanted to put on evidence that he

19   was, instead, deleting specific messages and was deleting

20   messages that weren't inculpatory, the government presumed

21   that evidence is evidence she would want to put on

22   regardless of our expert.

23            This very narrow set of evidence that we've

24   highlighted in our notice is simply that he was using the

25   app at some point.  It actually doesn't deal with deletion,

1   and this defense that she's proffered is not one that really

2   is called into question by the very sort of narrow buckets

3   of information that I've just outlined.

4           THE COURT:  Well, let me ask you this.  If this

5   does qualify as expert testimony, would you agree that it

6   has to be excluded due to the late notice?

7           MS. HUGHES:  I think that that's fair.  We would

8   argue, though, that it truly is not and this is truly --

9   I mean, truly, an agent could do this.  We could have an

10  agent come up and just walk through the search warrants and

11  walk through what they understand, their training, this to

12  mean.

13          This was just done in an abundance of caution just

14  to detail.  The deletion piece of this has been one that

15  there's been with not just Ms. Halim, but with all -- in

16  frankness, with all of the defendants' counsel.

17          And so we were just trying to be fulsome in the

18  testimony we expected her to give, and I realize now that

19  we've created a much bigger problem, but I think based on

20  sort of the nature of this testimony, this portion of her

21  testimony, I don't think qualifies as expert testimony.

22          MS. HALIM:  Your Honor, I cannot reconcile what

23  Ms. Hughes is saying with the paragraph that I read in the

24  letter.  Can we pull the paragraph up again.

25          THE COURT:  You don't need to pull it up.

1          MS. HALIM:  We don't have to, okay.

2          THE COURT:  Just if you would send me the notice,

3    send me the underlying records, let me take a look at the

4    case law.  I just need to determine whether this is expert

5    testimony or not.

6          And, you know, insofar as being beyond the ken of

7    the average layperson, of course, although -- let me back

8    up.

9          I'm not hearing the government say that they are

10   putting this person on to opine on anything, that they're

11   not asking them to render an opinion.  So then the question

12   becomes, is the person acting simply as a fact witness or

13   are they bringing some amount of expertise to bear that

14   would put them under Rule 702, or whatever it is, and I just

15   need to figure that out.

16         MS. HUGHES:  One additional --

17         THE COURT:  If anybody wants to submit something

18   over the weekend, feel free.

19         MS. HUGHES:  One helpful analogy would be a

20   translator.  She is translating what, in another case would

21   a different language, she is translating what this language

22   means.

23         MS. HALIM:  Making up new evidence rules as we

24   speak.

25         THE COURT:  Yeah, I don't know how the analogy

1  works, maybe.

2          All right.  Bottom line is, I'd rather just spend

3  a little time in looking at it, rather than just making a

4  decision right now.

5          So if you all would send me those materials, we

6  can take a look over the weekend.  If you want to submit

7  anything, I'm happy to take a look at it, and then I'll rule

8  Monday morning, okay?

9          MR. PEED:  On a somewhat related issue, Your

10  Honor, that I'm sure the government would sort of object to.

11          The first that I ever heard about Mr. Vallejo not

12  having Signal on his phone was mid-trial.

13          The government searched Mr. Vallejo's phone in

14  June of 2021.

15          THE COURT:  I'm sorry, when you say not having

16  Signal on his phone, do you mean at the time the phone was

17  obtained?

18          MR. PEED:  Yes, Your Honor.

19          So the phone was obtained in June 2021.

20          THE COURT:  Okay.

21          MR. PEED:  Mr. Vallejo was not arrested until

22  January 2022, and he met with the FBI voluntarily in between

23  those periods and there was never an allegation that he

24  deleted evidence.  Every text message he ever sent is

25  sitting there on his phone.  So I had no sense that was

3438

1    going to be even something raised.

2            So during the trial, it came up, when they seized

3    his phone, it didn't have Signal on it.

4            So what I do have --

5            THE COURT:  Does he have an obstruction charge?

6            MR. PEED:  No, Your Honor.

7            MR. EDWARDS:  He does not.

8            MR. PEED:  I would agree that it's not expert

9    testimony for an agent to say, I looked at the application

10   list and Signal is not on there.

11           THE COURT:  Hang on, Mr. Peed.

12           What are you asking?  I mean, the evidence is now

13   in as to your client not having Signal on his phone, so what

14   are you asking me?

15           MR. PEED:  My ask is to admit a series of Signal

16   messages between Mr. Rhodes and Mr. Vallejo.  Some are

17   during the time period that I think the government is saying

18   the conspiracy is still going on.  I don't agree the

19   conspiracy could have been going on after the 20th based on

20   the definition of a conspiracy, but the government takes

21   this view it goes till the end of January somehow.

22           So there's a couple messages on January 24th

23   exchanged between Mr. Rhodes and Mr. Vallejo and then

24   there's a couple messages exchanged in March of 2021.  These

25   are -- all these messages are in the D.C. Op Signal chat.

3439

1              THE COURT:  So you're just seeking to admit

2     evidence that he's still on Signal as of a certain date.

3              MR. PEED:  The March ones are for that purpose and

4     then the January ones are related to the inference the

5     government wants to make or has made that deleting Signal

6     was done to obscure evidence or defeat --

7              So Stewart Rhodes actually --

8              THE COURT:  If I can just interrupt you.

9              Look, if you want to submit evidence of the last

10    date by which you can establish he had Signal, then I think

11    that's fair.  You know, we have to look at the contents to

12    whether -- to determine whether there's an instruction that

13    should accompany those exhibits; in other words, if you're

14    simply admitting them for the limited purpose of

15    establishing when the last known use is, I would tell the

16    jury, if it's appropriate, to not consider the substance of

17    the messages but only the date and time.  I mean, insofar as

18    whatever you're seeking to admit after January 20th,

19    I'd just have to take a look at it and figure out what the

20    relevance is.

21             MR. PEED:  I have them so I thought, well, we're

22    talking about the issue, we can address it now or later.

23             THE COURT:  Okay.

24             If you want to put them up.

25             MR. EDWARDS:  While Mr. Peed pulls them up, I just

3440

1    want to note on the record we can go back and check the

2    date, but there's a Phoenix -- there's a 302 that references

3    from Phoenix, it's a small paragraph, but it's in an EC from

4    the FBI that says that there was a marker that showed Signal

5    had been on the device and that there was no longer Signal

6    on the device.  So I believe it was in discovery.

7              MR. PEED:  I don't question that in the haystack

8    of discovery, that that exists somewhere.

9              THE COURT:  Okay.

10             MR. PEED:  Okay.

11             So, Your Honor, at --

12             THE COURT:  Can we blow this up because it's too

13   small for me to read it on the screen.  Thanks.

14             MR. PEED:  So on January 24th, Stewart Rhodes told

15   Mr. Vallejo, on the general chat group, because basically

16   everyone stopped using it except Mr. Vallejo kept using it

17   for random things, political discussions, observations.

18             You know, I think it's actually probative that

19   everyone else got off and he just kept throwing stuff on

20   there.

21             Mr. Rhodes said, "Ed, keep in mind this is not a

22   secure chat.  It contains at least one turncoat snitch.

23   Keep that in mind.  Please confirm."

24             This is Mr. Vallejo's response.

25             THE COURT:  That's it?

1          MR. PEED:  We'll just go through them all for

2    context.

3          So if the government is trying to infer that

4    Mr. Vallejo deleted the Signal op chat, he's saying,

5    immediately after being told the FBI is on that chat,

6    I stayed on it.

7          THE COURT:  Is there more?

8          MR. PEED:  Just that for the January period.

9          And then just for the latter purpose is the March,

10   you know, even in March he's on the app.

11         THE COURT:  Well, the landline is not secure.

12   That's why I was chuckling.

13         All right.  What's the government's position about

14   admissibility of this?

15         MR. EDWARDS:  That his self-serving hearsay should

16   not be admissible that he did nothing wrong.

17         I understand the relevance of the date to show

18   that he had Signal as late as March, but that his own

19   statements saying he did nothing wrong, the substance of his

20   messages aren't what Mr. Peed is doing.  I think it shows

21   that he --

22         THE COURT:  I think the question is now that the

23   government has introduced the fact that Mr. Vallejo did not

24   have his Signal app on his phone, whether the government

25   makes the direct argument or not, the government is going to

3442

1    be -- the jury is going to be left with the impression that

2    this is some sort of consciousness of guilt, right?

3           The deletion of the Signal app is consciousness of

4    guilt even if he's not charged with obstruction because

5    they're going to hear arguments to that effect as to those

6    defendants who are charged with obstruction.

7           And so, you know, his state of mind, if the

8    government intends to argue consciousness of guilt is

9    certainly relevant, and I think those messages bear on it.

10          MR. EDWARDS:  I think that that respectfully

11   answers the question of 403 but doesn't overcome the hearsay

12   problem.  You can't use hearsay statements to rebut the

13   notion that he --

14          THE COURT:  I could always limit it and say, it's

15   not for the truth of whether he did anything wrong or not,

16   or that whether he, in fact, was at the hotel or not, it's

17   simply to establish Mr. Vallejo's state of mind at the time.

18          MR. EDWARDS:  I'm not trying to quibble, I just

19   don't know what exception -- how that side steps --

20   I thought there would be a two-step analysis.  First is to

21   avoid hearsay issues and then, okay, let's address this 403

22   issue.

23          THE COURT:  My point is, look, the statement,

24   "I didn't do anything wrong," I suppose, could be admitted

25   for the truth of the -- that he didn't do anything wrong,

3443

1    but that's not what it's being admitted for, it's being

2    admitted for Mr. Vallejo not thinking he did anything wrong,

3    which is evidence that would rebut the government's

4    suggestion that he was conscious of his guilt by deleting

5    the Signal app, albeit at some point later.

6            So, I mean, I could provide that limiting

7    instruction even as nuanced as it may be.

8            MR. EDWARDS:  May I say two things.  One, the

9    government wouldn't have an opportunity to cross-examine

10   anybody on those statements and that just gets to my first

11   point that this is really running into the logical core of

12   why this hearsay statement shouldn't come in.

13           THE COURT:  But you don't have a right of

14   cross-examination, they do.

15           MR. EDWARDS:  Sure.

16           But my second point would be that if we're going

17   to start getting into the substance of some of these March

18   messages, certainly we would -- I mean, with Stewart Rhodes

19   reaching out and staying there are turncoat snitches, which

20   signals to Mr. Vallejo why he should say something like

21   that.

22           THE COURT:  Right.

23           I mean, look, that's late January.  So post

24   January 20th.  I mean that --

25           MR. EDWARDS:  Well, normally I would think that

1    that evidence might not come in if it were post the

2    conspiracy time, I guess.

3              THE COURT:  But if Mr. Peed wants to introduce

4    that evidence, that's Mr. Peed's decision.  And if Mr. Peed

5    wants to introduce something less than that, you know, there

6    are rule of completeness issues.

7              MR. EDWARDS:  Okay.

8              THE COURT:  Okay?  Anything else, folks?

9              All right.  Thank you, all, very much.  It's

10   probably not too early but we ought to at least plant the

11   seed for jury instructions.  You know, I'm sure all of you

12   will stand up and say the last instructions were perfect and

13   you need to do nothing with them, which would be a nice --

14             MS. HALIM:  So Troy and I were actually very

15   involved in the first trial so maybe we might --

16             MR. EDWARDS:  I may be wrong on this, I thought we

17   had submitted already a potential redline version.

18             THE COURT:  You may have.

19             MR. EDWARDS:  From the Pretrial Conference.

20   I think we took the step to say here, let me look.  We might

21   have just done a preliminary.  Let me check.

22             THE COURT:  That would be great.

23             MS. HALIM:  I don't know that there's going to be

24   a ton of reinventing the wheel.

25             MR. EDWARDS:  If I could just clarify on the

3445

1    record that those messages from March, if the government is

2    not going to go anywhere near that timeline, there won't be

3    a 106 from Mr. Vallejo, so those would come in his case, the

4    March messages.

5              THE COURT:  I don't know whether Mr. Peed is

6    trying to suggest he's going to introduce it through an

7    agent.

8              MR. EDWARDS:  That's what I wanted to --

9              THE COURT:  I don't know the answer to that.

10   Mr. Peed, are you going to introduce those in your case or

11   attempt to use it in cross through an agent?

12             MR. PEED:  Put an agent on for the post 6th

13   period, I guess the agent or call an agent.  Call an agent

14   who is familiar with the extraction.

15             THE COURT:  I think he's talking about March.

16             MR. EDWARDS:  So those March messages at the end,

17   an agent isn't going to go that far, there wouldn't be a

18   106.  I wanted to confirm it would come in through your

19   case.

20             MR. PEED:  It doesn't matter to me.

21             THE COURT:  Thanks, everyone.  Have a nice

22   weekend.  I'll see you on Monday morning.

23             COURTROOM DEPUTY:  All rise.  This Court stands in

24   recess.

25             (Proceedings concluded at 12:33 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 6, 2023_____    

William P. Zaremba, RMR, CRR

3447

**BY MR. EDWARDS:**
**[49]** 3356/21 3364/1
3365/4 3366/15 3367/4
3368/4 3369/7 3369/15
3370/17 3370/24
3371/19 3372/5 3372/9
3372/23 3373/24
3375/10 3376/8
3376/15 3377/3
3377/14 3377/22
3378/3 3378/11
3380/17 3381/8
3382/17 3383/9 3384/2
3384/12 3384/23
3386/7 3386/25
3394/20 3396/4
3396/20 3397/6
3397/19 3398/13
3399/16 3399/23
3400/15 3401/9
3401/24 3402/10
3403/7 3403/20 3404/4
3404/16 3406/6
**BY MR. NESTLER:**
**[38]** 3306/15 3310/25
3314/11 3315/19
3316/4 3316/14
3324/15 3325/23
3332/6 3332/19 3333/5
3333/21 3334/16
3335/20 3336/21
3337/13 3339/9 3340/2
3340/9 3342/24 3343/7
3343/15 3344/14
3345/11 3346/5
3346/19 3347/16
3348/4 3348/17
3349/19 3350/1 3350/8
3351/2 3351/19 3352/9
3353/1 3353/16
3354/14
**BY MR. PEED: [1]**
3355/10
**COURTROOM**
**DEPUTY: [12]** 3296/2
3296/6 3305/18 3306/4
3306/6 3356/8 3356/10
3388/25 3394/9
3394/14 3407/23
3445/23
**MR. EDWARDS: [72]**
3356/5 3356/15
3363/24 3364/19
3364/24 3365/1 3368/2
3368/16 3368/20
3368/24 3369/4
3372/20 3373/19
3375/7 3376/3 3376/12
3377/11 3377/19
3378/1 3380/15 3381/1
3381/5 3382/15 3383/3
3383/24 3384/10
3384/20 3386/4
3387/23 3388/6
3388/19 3391/1 3392/2
3394/19 3395/16
3395/22 3395/25

3397/3 3397/16 3398/9
3399/7 3399/13
3400/10 3400/15
3402/8 3402/24 3403/4
3404/14 3405/23
3406/1 3406/4 3406/12
3406/25 3409/24
3410/13 3410/20
3438/7 3439/25
3441/15 3442/10
3442/18 3443/8
3443/15 3443/25
3444/7 3444/16
3444/19 3444/25
3445/8 3445/16
**MR. MANZO: [4]**
3390/19 3390/21
3390/24 3411/2
**MR. NESTLER: [68]**
3299/19 3301/8
3301/14 3301/24
3302/4 3302/15
3302/17 3302/20
3302/24 3303/11
3306/2 3306/10
3310/19 3314/7
3315/15 3316/11
3322/10 3322/20
3322/24 3323/4
3323/20 3324/9
3324/13 3325/21
3326/17 3329/17
3329/24 3330/2
3331/22 3331/25
3332/16 3332/25
3333/4 3334/10
3334/13 3335/17
3336/19 3337/11
3339/25 3340/6
3342/21 3343/4
3343/13 3344/8 3345/6
3345/9 3345/25 3346/3
3346/16 3347/13
3348/1 3348/14
3349/23 3350/4
3351/17 3352/24
3353/10 3355/2
3355/24 3412/22
3413/10 3414/5
3416/15 3417/18
3420/18 3428/6
3428/11 3429/1
**MR. PEED: [45]**
3322/12 3322/14
3322/16 3328/1
3328/23 3329/6
3329/12 3329/22
3330/4 3330/6 3330/9
3330/16 3330/18
3330/24 3331/6
3331/17 3331/19
3355/21 3389/7 3389/9
3389/16 3390/8
3390/15 3393/7 3394/6
3406/19 3417/22
3418/1 3418/10
3418/12 3437/9

3438/6 3438/8 3438/15
3439/3 3439/21 3440/7
3440/10 3440/14
3441/1 3441/8 3445/12
3445/20
**MR. SHIPLEY: [12]**
3303/15 3303/19
3332/2 3332/5 3370/2
3388/13 3391/16
3392/7 3392/18
3399/10 3406/15
3425/20
**MR. WEINBERG: [16]**
3299/14 3299/22
3300/9 3300/19
3322/13 3326/19
3326/21 3327/11
3353/12 3355/6
3364/21 3383/5
3388/15 3395/18
3406/18 3423/22
**MS. HALIM: [66]**
3296/24 3297/7
3297/20 3297/24
3298/1 3299/7 3299/11
3316/2 3338/23
3338/25 3344/10
3352/7 3355/5 3364/22
3368/18 3381/3
3389/12 3406/13
3408/10 3408/12
3408/19 3408/23
3409/17 3410/25
3411/3 3411/6 3412/3
3412/7 3412/20 3413/8
3413/14 3415/8
3417/11 3417/20
3417/24 3419/16
3419/10 3419/19
3420/9 3420/20 3421/9
3421/23 3422/2
3424/11 3424/19
3425/2 3425/7 3425/11
3426/17 3428/10
3428/19 3429/20
3430/4 3431/8 3432/2
3432/13 3432/20
3433/17 3433/21
3434/2 3434/4 3435/22
3436/1 3436/23
3444/14 3444/23
**MS. HUGHES: [15]**
3419/2 3421/12 3422/3
3424/5 3425/23 3426/4
3429/19 3429/25
3430/3 3430/16
3434/10 3434/14
3435/7 3436/16
3436/19
**THE COURT: [188]**
**THE WITNESS: [6]**
3314/10 3339/1 3356/2
3356/12 3370/10
3406/22

---

**1**

**10 [7]** 3301/1 3342/12

3355/14 3386/13
3409/12
**10 seconds [1]**
3345/12
**100 [2]** 3329/20 3379/8
**100 percent [1]**
3325/17
**1056.0263.0215FF [3]**
3343/24 3344/9
3344/12
**106 [2]** 3445/3 3445/18
**1089.1 [4]** 3382/16
3383/3 3383/6 3383/7
**11 [4]** 3296/10 3372/17
3403/5 3425/24
**111.V.1 [4]** 3402/9
3402/25 3403/1 3403/2
**1127 [1]** 3322/18
**1128 [15]** 3297/4
3299/5 3321/21
3321/23 3322/11
3322/20 3322/22
3324/13 3326/18
3332/16 3333/15
3333/1 3333/19 3334/9
3334/11 3335/18
**1130C [5]** 3352/25
3353/8 3353/11
3353/13 3353/14
**114 [1]** 3294/16
**1150 [1]** 3294/20
**11:00 [1]** 3388/23
**11:17 [1]** 3394/11
**11:25 [2]** 3388/24
3389/3
**11:27 [1]** 3394/11
**11:29 [1]** 3325/21
**12 [1]** 3409/12
**12:30 [1]** 3388/18
**12:33 [1]** 3445/25
**12:59 [2]** 3310/23
3311/2
**12th [2]** 3407/8 3407/8
**1341 [1]** 3294/4
**14 [1]** 3365/19
**14 seconds [2]**
3370/22 3371/1
**14:43 [1]** 3365/21
**15 [14]** 3293/4 3293/7
3296/7 3301/20 3307/7
3355/14 3377/12
3412/10 3412/16
3412/23 3413/3
3416/12 3416/24
3417/2
**15 minutes [1]** 3355/15
**15 seconds [1]** 3372/3
**15-minute [1]** 3302/5
**1505 [2]** 3376/4

**1516 [2]** 3310/20
3337/12
**1532 [1]** 3294/11
**15s [1]** 3417/5
**1674 [1]** 3340/1
**1775 [1]** 3294/20
**18 [1]** 3357/21
**19 [1]** 3403/18
**19 seconds [1]**
3383/25
**19129 [1]** 3294/7
**1:00 [3]** 3311/5
3311/14 3359/25
**1:30 [4]** 3311/17
3311/23 3313/1
3362/11
**1:45-ish [1]** 3314/13
**1:45ish [1]** 3314/6
**1:58 [1]** 3350/5
**1st [1]** 3428/22

---

**2**

**2 minutes [1]** 3400/11
**2 seconds [1]** 3348/22
**20 [1]** 3388/10
**20 seconds [1]** 3369/5
**20006 [1]** 3294/21
**202 [2]** 3293/18
3294/21
**2021 [11]** 3306/20
3308/4 3308/24 3359/3
3359/6 3365/20
3411/11 3432/12
3437/14 3437/19
3438/24
**2022 [1]** 3437/22
**2023 [2]** 3293/5 3446/7
**20579 [1]** 3293/17
**20th [3]** 3438/19
3439/18 3443/24
**21 [2]** 3387/13 3414/18
**215-300-3229 [1]**
3294/8
**22-15 [2]** 3293/4
3296/7
**228-1341 [1]** 3294/4
**239 [1]** 3294/12
**24 [3]** 3346/4 3357/21
3399/14
**24th [2]** 3438/22
3440/14
**252-7277 [1]** 3293/18
**265 [1]** 3294/15
**27 [1]** 3346/21
**28 [2]** 3361/18 3384/10
**29 [1]** 3401/25
**29 seconds [2]**
3399/21 3401/22
**29th [2]** 3420/24
3427/15
**2:00 [1]** 3365/19
**2:04 [1]** 3310/22
**2:11 [3]** 3303/16
3303/19 3304/13
**2:15 [3]** 3298/15
3314/9 3315/12
**2:16 [4]** 3314/17

**2:16... [3]** 3315/12
3346/14 3351/15
**2:20 [1]** 3350/13
**2:24 [1]** 3297/23
**2:28 [1]** 3349/10
**2:29 [5]** 3301/18
3301/25 3304/14
3315/20 3354/15
**2:29 p.m [1]** 3315/17
**2:30 [1]** 3303/9
**2:31 [1]** 3303/10
**2:35 [2]** 3302/24
3303/1
**2:39 [2]** 3298/1
3304/24
**2:40 [2]** 3298/2
3301/14
**2:43 [2]** 3364/17
3365/20
**2:44 [14]** 3297/22
3297/24 3297/25
3298/4 3301/6 3301/18
3302/1 3302/14
3302/15 3302/20
3316/15 3337/14
3355/12 3368/13
**2:45 [1]** 3371/16
**2:46 [1]** 3377/15
**2:48 [3]** 3375/17
3378/8 3378/13

**3**

**3 minutes [1]** 3372/7
**3 seconds [1]** 3386/22
**30 [3]** 3371/22 3377/10
3404/5
**30 seconds [1]** 3404/2
**302 [1]** 3440/2
**31 seconds [1]** 3347/5
**32 [2]** 3397/4 3398/10
**3229 [1]** 3294/8
**337-9755 [1]** 3294/12
**33901 [1]** 3294/11
**33950 [1]** 3294/16
**34 [1]** 3372/7
**35 [2]** 3369/13 3369/17
**35 seconds [1]**
3395/23
**3580 [1]** 3294/7
**36 [1]** 3347/17
**36 seconds [1]**
3384/21
**367 [2]** 3418/6 3418/9
**37 [2]** 3366/13 3366/23
**3:04 [1]** 3350/14
**3:05 [1]** 3350/24
**3:16 [2]** 3395/10
3399/5
**3:18 [3]** 3382/24
3399/18 3402/22
**3:20 [1]** 3399/5
**3:24 [2]** 3351/3 3351/5

**4**

**40 [5]** 3371/22 3377/10
3395/23 3396/1 3398/1
**403 [3]** 3392/23

**41 [1]** 3375/8
**41 seconds [1]** 3348/6
**43 [2]** 3365/19 3365/19
**44 [1]** 3398/11
**45 [3]** 3298/23 3400/11
3401/16
**45 seconds [1]** 3401/7
**48 [1]** 3396/16
**4th [3]** 3420/6 3420/11
3420/16

**5**

**50 [2]** 3371/17 3409/11
**50 seconds [1]**
3373/22
**51 [5]** 3359/7 3361/22
3361/23 3361/24
3363/6
**52 seconds [1]** 3376/6
**53 [3]** 3367/2 3367/5
3377/20
**54 seconds [1]** 3386/5
**55 [1]** 3376/25
**575-8000 [1]** 3294/17
**5:00 [1]** 3353/5
**5ish [1]** 3353/4

**6**

**6'3 [1]** 3371/10
**60 [1]** 3298/25
**601 [1]** 3293/17
**65 [2]** 3299/1 3300/1
**6725.2 [1]** 3342/22
**6th [24]** 3306/20
3307/15 3308/4
3308/24 3309/23
3311/6 3329/20 3354/8
3359/3 3359/5 3359/6
3359/18 3359/20
3364/17 3365/20
3368/13 3375/17
3395/10 3399/5
3402/22 3431/24
3432/1 3432/15
3445/12

**7**

**70 [1]** 3308/5
**702 [1]** 3436/14
**7277 [1]** 3293/18
**745 [1]** 3294/3
**7:02 [1]** 3314/16
**7th [2]** 3329/20
3413/17

**8**

**8000 [1]** 3294/17
**8000.2 [6]** 3363/25
3364/20 3364/23
3364/25 3366/17
3368/22
**8001 [3]** 3372/15
3372/19 3372/21
**8002 [6]** 3368/3
3368/20 3369/1 3369/2
3373/20 3395/20
**808 [1]** 3294/4
**808Shipleylaw [1]**

**851 [1]** 3337/12
**8:00 [1]** 3310/13
**8:09 [1]** 3315/16
**8:56 [1]** 3316/11

**9**

**902 [2]** 3372/17
3425/24
**919-9491 [1]** 3294/21
**941 [3]** 3294/17 3418/7
3418/10
**9491 [1]** 3294/21
**9601 [4]** 3398/19
3399/9 3399/11
3399/12
**9602 [4]** 3387/24
3395/1 3395/17
3395/19
**9603 [4]** 3380/16
3381/2 3381/4 3381/6
**96734 [1]** 3294/4
**9755 [1]** 3294/12
**9:30 [1]** 3293/6
3407/22

**A**

**a.m [3]** 3293/6 3394/11
3394/11
**ability [3]** 3318/21
3355/1 3393/10
**able [22]** 3321/25
3323/2 3323/5 3323/17
3324/17 3324/23
3325/1 3325/12
3325/16 3325/25
3326/1 3326/5 3326/14
3328/8 3328/15
3328/17 3339/23
3373/25 3385/25
3388/17 3429/7 3433/8
**about [106]** 3298/17
3299/18 3299/25
3301/5 3303/18 3307/7
3308/24 3309/5
3309/12 3310/7 3310/9
3310/11 3310/13
3310/23 3311/17
3313/11 3314/17
3315/3 3315/16
3315/16 3316/8
3317/10 3318/20
3321/18 3322/22
3324/7 3324/22 3325/9
3326/23 3327/19
3329/4 3335/15
3335/21 3336/25
3337/7 3338/12
3343/23 3345/4
3345/12 3346/4
3346/14 3346/21
3347/5 3347/17 3348/5
3348/21 3349/6
3349/20 3350/5
3350/13 3350/13
3350/24 3351/3 3352/4
3354/1 3357/13
3358/17 3359/22

**3362/11 3366/19**
3370/5 3377/15 3378/8
3379/20 3382/24
3389/20 3389/23
3390/4 3390/11
3390/11 3390/16
3390/23 3391/12
3392/15 3392/19
3392/20 3393/20
3394/5 3406/3 3407/3
3409/1 3409/3 3409/4
3410/12 3417/13
3418/24 3420/1
3420/15 3423/24
3427/23 3428/15
3428/21 3429/2 3429/4
3429/21 3430/4 3430/9
3432/10 3432/24
3433/2 3437/11
3439/22 3441/13
3445/15
**above [7]** 3323/5
3324/23 3324/24
3326/14 3433/3
3433/13 3446/4
**above-titled [1]** 3446/4
**Abrams [1]** 3410/1
**absence [1]** 3424/8
**absolutely [5]** 3309/21
3321/5 3336/13
3415/14 3429/22
**abundance [3]**
3421/12 3423/7
3435/13
**academy [2]** 3358/17
3358/19
**access [1]** 3418/14
**accident [1]** 3361/2
**accompany [1]**
3439/13
**accomplishing [1]**
3309/8
**according [3]** 3297/21
3299/25 3393/18
**account [1]** 3426/3
**accuracy [1]** 3330/11
**accurate [11]** 3304/12
3310/6 3323/12 3324/5
3328/9 3329/11 3331/7
3331/12 3368/12
3380/21 3383/1
**accurately [5]** 3322/5
3364/16 3395/9 3399/4
3402/21
**acquired [1]** 3411/21
**across [3]** 3346/6
3346/22 3348/5
**Act [1]** 3317/13
**acting [1]** 3436/12
**activated [1]** 3360/6
**active [1]** 3313/2
**activity [3]** 3312/21
3324/25 3434/11
**acts [1]** 3359/15
**actually [32]** 3300/23
3304/17 3305/3
3314/14 3323/2 3324/3

**3327/17 3328/11**
3328/19 3331/10
3332/12 3357/14
3360/20 3360/21
3367/9 3372/6 3378/23
3382/13 3391/22
3408/15 3410/1 3410/3
3412/15 3416/1 3420/3
3427/15 3434/25
3439/7 3440/18
3444/14
**additional [12]**
3296/22 3318/16
3390/18 3391/11
3414/5 3421/14
3421/15 3421/18
3422/7 3422/24 3423/4
3436/16
**address [2]** 3439/22
3442/21
**adjourn [1]** 3408/9
**adjourned [1]** 3304/17
**Administration [2]**
3307/3 3307/10
**administrative [1]**
3308/10 3308/12
**admissibility [1]**
3441/14
**admissible [3]** 3417/13
3426/1 3441/16
**admission [1]** 3334/9
**admit [12]** 3322/10
3332/25 3364/20
3368/16 3381/2 3383/3
3395/17 3399/9
3402/24 3438/15
3439/1 3439/18
**admitted [18]** 3295/10
3323/21 3328/4
3344/11 3353/13
3364/23 3369/1
3372/16 3372/19
3376/5 3381/4 3383/6
3395/19 3399/11
3403/1 3442/24 3443/1
3443/2
**admitting [1]** 3439/14
**advance [4]** 3346/12
3366/22 3414/14
3416/17
**advised [1]** 3352/2
**advises [1]** 3308/10
**advisor [2]** 3307/1
3307/10
**affected [1]** 3393/9
**afforded [1]** 3325/2
**afield [1]** 3405/22
**after [27]** 3301/19
3304/16 3313/10
3313/22 3317/15
3322/7 3332/11
3352/13 3365/19
3375/21 3378/13
3388/9 3388/23
3400/19 3402/4 3405/6
3405/11 3405/12
3405/15 3406/7

**after...** [7] 3410/14
3410/17 3410/18
3418/24 3438/19
3439/18 3441/5
**afternoon** [3] 3298/12
3298/13 3353/5
**again** [22] 3299/3
3301/23 3302/21
3304/23 3305/5
3328/14 3332/25
3350/24 3368/19
3386/12 3386/17
3389/21 3393/5 3394/4
3398/3 3404/23
3405/16 3407/21
3426/13 3428/25
3432/8 3435/24
**against** [2] 3309/25
3370/19
**agenda** [1] 3308/1
**agent** [18] 3350/20
3410/1 3421/13
3422/25 3428/13
3428/13 3428/17
3428/24 3435/9
3435/10 3438/9 3445/7
3445/11 3445/12
3445/13 3445/13
3445/13 3445/17
**Agent Abrams** [1]
3410/1
**Agent Hilgeman** [2]
3428/13 3428/17
**Agent Hilgeman's** [2]
3428/13 3428/24
**aggressive** [2] 3362/8
3386/18
**ago** [8] 3306/21
3307/16 3318/10
3318/17 3319/1
3361/13 3406/7 3431/9
**agree** [6] 3391/16
3432/21 3433/22
3435/5 3438/8 3438/18
**agreed** [1] 3417/3
**agreement** [1] 3420/7
**ahead** [3] 3356/16
3358/8 3371/13
**AL** [1] 3293/6
**albeit** [1] 3443/5
**alcove** [1] 3371/14
**Alexandra** [2] 3293/15
3296/11
**all** [90] 3296/2 3296/18
3296/20 3296/22
3297/11 3299/3 3301/3
3301/8 3302/8 3302/10
3302/14 3302/15
3304/2 3304/10
3305/15 3305/16
3305/20 3306/7
3313/10 3317/8
3317/11 3317/13
3322/22 3324/25
3329/2 3329/25 3334/8
3334/19 3342/10
3349/5 3355/3 3355/21

3356/11 3360/18
3360/21 3361/16
3366/11 3367/14
3374/13 3378/25
3381/4 3388/16
3388/22 3388/25
3389/2 3394/6 3394/7
3394/9 3394/16
3401/17 3403/1
3406/20 3406/23
3407/2 3407/3 3407/17
3407/23 3407/25
3408/8 3410/6 3411/6
3414/17 3416/1
3416/20 3416/21
3417/8 3417/10
3417/20 3419/14
3422/2 3422/13
3426/24 3431/23
3431/24 3432/23
3433/13 3434/5
3435/15 3435/16
3437/2 3437/5 3438/25
3441/1 3441/13 3444/9
3444/9 3444/11
3445/23
**all right** [5] 3378/25
3407/2 3422/2
**all's** [1] 3380/4
**allegation** [3] 3421/1
3427/21 3437/23
**alleged** [1] 3391/20
**allocate** [1] 3430/5
**allow** [3] 3305/13
3328/11 3360/9
**allowed** [1] 3391/11
**allowing** [1] 3305/11
**almost** [3] 3375/5
3379/9 3410/6
**alone** [1] 3415/22
**along** [1] 3413/18
**already** [12] 3305/4
3310/20 3340/1
3342/22 3370/3 3376/5
3408/24 3414/7
3420/18 3428/8 3432/4
3444/17
**also** [15] 3303/8
3307/24 3327/12
3340/17 3347/8
3358/21 3391/25
3404/23 3414/20
3415/19 3416/16
3417/7 3419/22
3431/12 3431/19
**altercations** [1] 3313/3
**although** [4] 3304/23
3327/20 3431/14
3436/7
**altogether** [1] 3324/7
**always** [6] 3323/21
3337/25 3358/7
3370/16 3370/16
3442/14
**am** [8] 3299/12
3321/24 3322/22
3340/5 3344/3 3344/7

**Amendment** [2]
3359/13 3359/14
**AMERICA** [3] 3293/3
3296/7 3313/21
**AMIT** [2] 3293/9 3296/3
**Amit P. Mehta** [1]
3296/3
**among** [1] 3313/20
**amount** [3] 3305/10
3379/22 3436/13
**analogy** [2] 3436/19
3436/25
**analysis** [6] 3417/12
3420/22 3421/15
3430/9 3431/16
3442/20
**Angela** [2] 3294/6
3296/14
**Angela Halim** [1]
3296/14
**angiehalim** [1] 3294/8
**angle** [9] 3311/13
3327/24 3344/20
3369/9 3372/24 3378/4
3381/17 3398/17
3402/7
**anniversary** [2] 3408/5
3408/6
**another** [21] 3301/1
3320/13 3328/21
3345/5 3352/1 3369/9
3369/20 3372/24
3378/4 3382/2 3388/8
3398/17 3404/22
3405/13 3405/20
3407/11 3417/21
3418/5 3418/14
3418/17 3436/20
**answer** [7] 3316/5
3393/6 3407/3 3425/15
3427/6 3429/12 3445/9
**answered** [1] 3434/12
**answering** [1] 3310/7
**answers** [1] 3442/11
**anteroom** [1] 3300/17
**Anthony** [3] 3356/6
3356/18 3357/1
**anticipate** [1] 3317/14
**anticipated** [2]
3309/17 3317/11
**any** [46] 3301/10
3301/16 3305/6
3307/25 3313/10
3313/16 3341/20
3350/10 3351/6 3352/4
3354/20 3355/4
3355/23 3360/6 3360/9
3360/23 3363/5
3363/10 3373/10
3374/23 3387/8
3388/13 3390/17
3392/1 3400/5 3401/4
3406/14 3406/17
3406/24 3407/19
3407/19 3411/19
3412/17 3413/11
3414/2 3414/2 3421/14

3424/10 3427/9 3428/1
3429/4 3430/10
3431/18 3432/15
**anybody** [8] 3305/5
3321/3 3392/25
3408/15 3413/21
3418/23 3436/17
3443/10
**anyone** [4] 3373/8
3389/4 3400/6 3400/8
**anyone's** [1] 3358/22
**anything** [20] 3305/15
3323/24 3328/8
3354/10 3354/11
3386/14 3386/17
3401/5 3408/8 3413/23
3416/11 3421/15
3426/16 3436/10
3437/7 3442/15
3442/24 3442/25
3443/2 3444/8
**anyway** [3] 3390/15
3420/6 3427/24
**anywhere** [1] 3445/2
**AP** [3] 3330/1 3330/3
3330/7
**apologies** [1] 3334/23
**apologize** [1] 3426/13
**app** [10] 3422/12
3427/5 3429/5 3431/23
3434/9 3434/25
3441/10 3441/24
3442/3 3443/5
**appear** [3] 3396/25
3423/15 3424/1
**APPEARANCES** [2]
3293/13 3293/20
**appeared** [1] 3348/22
**appears** [5] 3336/17
3422/22 3422/23
3423/3 3423/3
**Apple** [1] 3425/25
**application** [7]
3423/25 3424/23
3426/23 3427/1
3431/14 3434/17
3438/9
**appointed** [1] 3430/7
**appreciate** [5] 3301/3
3305/22 3418/21
3430/24 3434/6
**approaching** [1]
3304/8
**appropriate** [3]
3305/13 3340/15
3439/16
**approximately** [15]
3303/1 3308/3 3308/5
3310/12 3310/22
3311/10 3314/4 3314/8
3317/17 3334/6
3337/14 3349/8 3353/2
3411/16 3414/12
**apps** [4] 3422/13
3422/13 3422/15
3430/13
**AR** [10] 3412/10

3413/1 3413/3 3414/10
3416/12 3416/24
3417/2 3417/5
**AR-15** [7] 3412/10
3412/16 3412/23
3413/3 3416/12
3416/24 3417/2
**AR-15s** [1] 3417/5
**are** [109] 3296/18
3296/22 3297/4
3297/15 3298/15
3305/1 3305/24
3307/12 3308/21
3311/8 3311/10
3313/15 3321/22
3322/22 3323/22
3328/2 3329/5 3332/4
3333/8 3334/4 3335/11
3335/12 3336/3 3336/6
3337/20 3337/25
3338/1 3339/3 3340/3
3341/25 3342/3 3342/6
3343/2 3343/25 3344/2
3344/6 3345/2 3345/3
3345/15 3351/14
3356/12 3359/1 3363/8
3366/23 3371/7
3371/12 3371/13
3373/3 3377/7 3378/23
3383/10 3384/4 3384/4
3385/2 3385/3 3385/6
3385/17 3385/19
3390/17 3390/18
3391/10 3391/18
3392/1 3393/5 3393/16
3393/23 3402/19
3403/15 3404/8 3407/7
3407/7 3408/5 3408/5
3408/24 3409/4
3409/15 3414/7 3416/14
3416/16 3417/4 3417/5
3420/25 3422/11
3422/15 3423/11
3423/19 3425/4 3425/9
3426/1 3426/13
3426/24 3429/25
3430/19 3431/2 3431/3
3432/8 3436/9 3436/13
3438/12 3438/14
3438/16 3438/25
3438/25 3439/3 3439/4
3442/6 3443/19 3444/6
3445/10
**area** [8] 3299/17
3302/2 3316/23 3318/2
3340/6 3352/14 3353/3
3402/15
**areas** [1] 3345/3
**aren't** [1] 3441/20
**Ares** [3] 3414/10
**argue** [3] 3310/10
3435/8 3442/8
**argument** [7] 3413/12
3415/11 3418/24
3423/23 3430/17
3430/20 3441/25
**arguments** [5] 3309/25

**Column A**

**arguments... [4]**
3317/8 3317/10
3327/12 3442/5
**Arizona [1]** 3317/10
**arm [1]** 3302/9
**armed [1]** 3319/16
**Arms [9]** 3311/24
3312/1 3312/10
3312/15 3313/23
3313/23 3313/24
3314/1 3317/25
**Arms' [7]** 3311/21
3311/22 3312/14
3316/23 3319/2
3320/13 3337/4
**around [23]** 3299/17
3303/9 3303/20
3311/14 3311/17
3311/23 3313/1
3315/11 3315/12
3320/14 3330/12
3333/16 3334/5
3335/13 3338/13
3339/2 3351/15 3353/4
3353/5 3354/15 3362/9
3367/17 3382/6
**arrangements [1]**
3431/11
**arrest [1]** 3358/21
**arrested [1]** 3437/21
**arrive [1]** 3310/12
**arrived [1]** 3362/2
**arrows [1]** 3348/18
**ARs [1]** 3416/19
**articulate [2]** 3330/21
3425/15
**artifact [1]** 3429/8
**artifacts [3]** 3421/17
3428/15 3430/22
**as [69]** 3297/10 3298/1
3298/9 3298/14
3298/23 3300/4 3300/5
3304/5 3304/21
3305/11 3307/8 3313/3
3321/6 3322/6 3323/21
3324/18 3325/24
3328/12 3328/16
3335/25 3338/14
3356/25 3358/3
3372/25 3372/25
3374/10 3392/20
3393/2 3393/13
3393/25 3408/20
3408/20 3412/12
3412/24 3412/24
3412/25 3414/8 3414/8
3414/24 3418/4 3419/8
3419/14 3420/18
3420/20 3421/18
3422/12 3422/22
3423/3 3423/22 3425/4
3426/14 3426/15
3427/6 3430/4 3430/7
3434/7 3435/5 3435/21
3436/6 3436/12
3436/23 3438/13
3439/2 3439/17

**Column B**

3442/5 3443/7 3443/7
**ask [22]** 3299/11
3328/1 3328/3 3333/3
3356/13 3368/5
3371/12 3387/25
3388/1 3389/2 3389/25
3390/2 3401/17 3406/4
3412/18 3422/17
3424/16 3427/23
3431/8 3432/21 3435/4
3438/15
**asked [6]** 3297/18
3311/25 3352/18
3426/19 3428/9
3430/11
**asking [7]** 3361/13
3390/4 3409/15 3411/4
3436/11 3438/12
3438/14
**asks [1]** 3389/16
**ASP [1]** 3360/17
**assault [4]** 3390/24
3391/17 3391/18
3391/22
**assaulting [1]** 3393/13
**assert [1]** 3304/1
**assess [2]** 3352/19
3352/22
**assigned [1]** 3359/6
**assist [1]** 3404/23
**assistance [1]** 3426/20
**assisted [2]** 3405/14
3405/16
**assisting [2]** 3309/20
3309/23
**Associated [3]**
3323/23 3329/3
3329/18
**assume [4]** 3299/15
3408/6 3409/22
3420/24
**assumed [2]** 3420/16
3430/10
**assumption [1]**
3389/18
**attacking [1]** 3301/11
**attempt [2]** 3433/25
3445/11
**attempted [1]** 3432/19
**attempting [4]** 3309/7
3339/6 3384/8 3393/16
**attend [1]** 3357/6
**attention [5]** 3309/16
3320/6 3369/18
3407/20 3418/22
**attenuates [1]** 3298/9
**attic [1]** 3412/22
**ATTORNEY'S [1]**
3293/16
**attribution [3]** 3329/18
3330/2 3330/6
**audio [5]** 3361/12
3366/1 3366/3 3366/9
3396/6
**authentic [2]** 3329/11
3331/7
**authenticate [1]**

**Column C**

**authentication [1]**
3329/10
**authenticity [4]** 3329/4
3372/17 3372/18
3425/24
**available [3]** 3316/20
3323/22 3335/15
**Avenue [1]** 3294/15
**average [1]** 3436/7
**avoid [2]** 3407/19
3442/21
**aware [2]** 3351/21
3351/24
**away [9]** 3298/16
3300/1 3302/8 3304/5
3304/6 3370/15
3385/23 3391/21
3397/2

**B**

**Babbitt [2]** 3301/18
3302/2
**back [71]** 3296/21
3303/13 3304/18
3305/22 3313/8 3313/8
3314/2 3314/5 3314/14
3314/24 3315/12
3316/22 3316/23
3317/3 3319/2 3319/4
3319/11 3319/25
3320/8 3324/13
3325/13 3332/16
3339/18 3343/13
3346/20 3347/13
3349/23 3353/2
3357/15 3358/4
3360/22 3367/16
3367/18 3367/23
3367/24 3370/15
3371/24 3373/5
3373/19 3374/6 3374/8
3374/23 3375/2
3375/11 3375/23
3377/17 3378/14
3379/24 3381/18
3382/13 3385/18
3385/25 3386/3
3387/13 3389/3 3394/3
3395/25 3398/9
3400/22 3403/8
3404/11 3404/23
3406/8 3406/11 3414/9
3414/20 3419/24
3426/19 3432/4 3436/7
3440/1
**backwards [1]** 3299/6
**Badalament [48]**
3310/19 3314/8
3315/16 3316/12
3324/14 3325/22
3332/17 3334/14
3335/18 3336/20
3337/12 3339/25
3340/7 3342/22 3343/5
3343/14 3345/7
3345/10 3346/1
3346/17 3347/14

**Column D**

3349/23 3350/6
3351/17 3352/25
3363/25 3368/2 3369/4
3373/20 3375/8 3376/4
3377/12 3377/19
3380/15 3382/15
3387/23 3395/22
3397/17 3398/9 3399/7
3399/13 3400/14
3402/8 3403/4 3403/9
3404/14
**bag [2]** 3345/13 3346/7
**bags [2]** 3335/6 3335/7
**balance [2]** 3305/8
3305/13
**balcony [1]** 3318/2
**balding [1]** 3326/2
**ballistic [1]** 3360/16
**banister [4]** 3326/10
3333/14 3335/22
3336/14
**barricaded [1]** 3352/3
3352/5 3353/24 3405/4
**barrier [2]** 3334/25
3335/25
**based [8]** 3322/14
3322/15 3391/8 3409/6
3412/14 3429/7
3435/19 3438/19
**basic [2]** 3328/25
3418/8
**basically [2]** 3422/11
3440/15
**basis [7]** 3329/10
3330/11 3330/21
3330/22 3338/24
3429/2 3430/8
**basketball [2]** 3357/11
3357/13
**bathroom [1]** 3342/9
**baton [1]** 3360/17
**be [104]** 3296/4
3298/23 3300/5 3300/6
3300/7 3300/8 3300/15
3300/24 3304/20
3305/11 3305/20
3308/23 3309/1 3309/8
3309/19 3310/5 3317/3
3318/19 3318/21
3319/21 3321/2
3323/18 3323/24
3324/5 3325/16
3325/25 3326/1 3327/1
3328/4 3328/13 3329/7
3336/17 3337/10
3339/23 3340/15
3344/11 3359/13
3360/11 3362/5
3364/23 3365/17
3366/19 3368/21
3370/1 3370/11
3370/14 3372/19
3378/24 3380/9
3381/17 3388/12
3388/17 3388/17
3389/3 3390/5 3390/10
3390/10 3390/23

**Column E**

3394/16 3394/22
3395/19 3401/5
3407/25 3408/6 3408/7
3409/2 3409/23 3415/2
3415/9 3415/10
3415/22 3421/17
3421/21 3424/2 3424/6
3425/8 3426/14
3427/19 3430/5
3430/16 3431/8
3432/17 3433/1 3433/8
3434/16 3435/6
3435/17 3436/19
3438/1 3441/16 3442/1
3442/1 3442/20
3442/24 3443/7
3443/16 3444/13
3444/16 3444/22
3444/23 3445/2
3445/12
**bear [4]** 3331/23
3375/6 3436/13 3442/9
**because [35]** 3297/14
3298/22 3299/12
3319/14 3321/12
3322/2 3327/11 3355/1
3374/16 3386/16
3389/19 3407/9 3413/6
3415/9 3416/3 3420/12
3421/17 3424/13
3425/3 3425/12
3425/12 3425/20
3427/11 3427/13
3428/8 3428/19 3430/8
3430/11 3431/12
3431/17 3432/4
3433/10 3440/12
3440/15 3442/4
**become [3]** 3357/22
3358/7 3359/15
**becomes [1]** 3436/12
**been [27]** 3310/2
3314/22 3314/23
3315/7 3318/18
3324/23 3325/1
3325/11 3326/5
3328/25 3337/14
3358/23 3372/16
3376/5 3386/14
3386/17 3407/18
3411/4 3414/7 3428/5
3429/5 3429/9 3433/3
3435/14 3435/15
3438/19 3440/5
**before [27]** 3293/9
3296/23 3297/9
3301/14 3302/14
3302/15 3303/5
3304/18 3305/5 3311/5
3333/11 3334/1
3337/15 3338/17
3344/4 3344/15
3353/19 3357/5 3364/6
3376/3 3380/19 3389/3
3401/12 3407/12
3408/8 3417/23
3428/22

**began [13]** 3303/8
3304/16 3309/24
3320/15 3357/5 3375/1
3375/2 3375/23
3378/14 3379/24
3379/25 3382/13
3404/23
**begin [2]** 3296/23
3380/13
**beginning [3]** 3366/4
3367/22 3407/22
**behalf [1]** 3433/7
**behind [14]** 3300/21
3302/2 3323/7 3326/10
3333/22 3336/14
3360/23 3360/25
3361/9 3363/16
3363/18 3392/13
3393/22 3399/3
**being [25]** 3298/18
3300/11 3304/9
3304/11 3310/1 3313/5
3313/6 3313/8 3317/12
3318/13 3318/24
3318/24 3319/9
3320/10 3326/6 3326/7
3328/17 3336/10
3412/8 3423/19
3423/25 3436/6 3441/5
3443/1 3443/1
**believe [21]** 3299/14
3300/10 3300/19
3303/11 3305/12
3319/6 3319/7 3325/11
3326/21 3329/19
3335/4 3336/8 3390/8
3390/13 3407/6
3412/12 3413/2 3414/6
3419/19 3424/3 3440/6
**believed [1]** 3411/24
**belong [1]** 3411/17
**belonged [3]** 3413/20
3415/3 3417/4
**bench [5]** 3320/18
3320/25 3322/17
3326/20 3388/3
**benches [3]** 3337/21
3337/23 3337/25
**Bennie [1]** 3336/8
**Berry [10]** 3411/16
3411/23 3413/4
3413/10 3414/8
3414/17 3414/23
3414/24 3415/4
3427/23
**Berry's [1]** 3416/13
**beside [3]** 3370/13
3370/16 3401/20
**besides [1]** 3327/12
**best [2]** 3407/5
3407/13
**bet [1]** 3432/21
**better [3]** 3332/3
**between [25]** 3298/25
3299/9 3319/4 3319/25
3334/25 3336/1 3342/8
3393/7 3396/12 3420/7

3438/16 3438/23
**beyond [4]** 3415/14
3421/15 3425/17
3436/6
**big [1]** 3360/18
**bigger [3]** 3360/17
3419/16 3435/19
**biggest [1]** 3374/13
**bit [7]** 3299/19 3299/20
3342/9 3343/6 3343/22
3344/15 3431/10
**black [3]** 3396/11
3397/12 3399/24
**blonde [4]** 3346/21
3387/20 3394/25
3396/8
**blow [1]** 3440/12
**blue [2]** 3325/5 3325/6
**body [11]** 3361/1
3361/7 3361/10 3364/8
3365/6 3365/25 3368/8
3388/9 3395/3 3395/7
3398/23
**body-worn [9]** 3361/1
3361/10 3364/8 3365/6
3365/25 3368/8 3388/9
3395/3 3398/23
**booted [1]** 3423/1
**boots [1]** 3422/12
**both [9]** 3298/12
3310/16 3322/24
3322/25 3354/4
3385/10 3398/6 3417/1
3417/5
**bottle [1]** 3313/6
**bottom [3]** 3421/3
3427/16 3437/2
**box [3]** 3294/3 3319/1
3342/14
**breach [1]** 3405/13
**breached [1]** 3303/12
**break [3]** 3388/17
3388/23 3389/4
**breaking [1]** 3321/13
**breathe [1]** 3402/3
**briefly [10]** 3308/24
3312/25 3358/16
3359/10 3361/8
3362/18 3365/13
3366/16 3381/13
3391/1
**bring [5]** 3305/1
3328/9 3414/12
3414/16 3415/19
**bringing [3]** 3416/18
3418/21 3436/13
**brings [1]** 3407/16
**broken [1]** 3361/19
**brought [5]** 3305/11
3414/3 3414/19
3416/23 3417/1
**brown [5]** 3294/11
3294/14 3397/10
3397/20 3398/3
**bsrlegal.com [2]**
3294/13 3294/17
**buckets [1]** 3435/2

budget [1] 3431/19
**buffer [3]** 3366/8
3366/10 3396/6
**building [29]** 3298/3
3298/8 3301/9 3303/8
3303/15 3304/14
3304/23 3304/24
3305/5 3310/15
3310/18 3312/5
3312/12 3313/11
3313/12 3313/15
3315/5 3315/7 3339/17
3339/21 3340/4
3340/11 3340/18
3340/21 3351/21
3362/13 3363/3
3402/22 3405/13
**burden [4]** 3329/6
3329/8 3330/20
3330/20
**business [5]** 3323/22
3324/6 3354/20 3425/2
3425/8
**button [1]** 3388/7
**BWC [1]** 3366/8

---

## C

**cadet [4]** 3357/16
3357/19 3357/20
3358/7
**Cain [3]** 3420/18
3423/5 3428/8
**Caleb [3]** 3411/16
3411/23 3427/23
**Caleb Berry [3]**
3411/16 3411/23
3427/23
**call [13]** 3341/9
3341/10 3359/14
3409/11 3409/13
3409/13 3409/16
3410/7 3410/18
3410/25 3414/12
3445/13 3445/13
**called [3]** 3363/8
3422/20 3435/2
**calling [3]** 3409/18
3428/7 3432/17
**calls [3]** 3306/3 3356/6
3378/22
**came [19]** 3304/18
3314/14 3316/22
3318/19 3320/14
3328/24 3329/3 3330/6
3336/25 3337/3
3357/15 3358/4
3390/12 3404/22
3413/9 3418/2 3420/7
3420/16 3438/2
**camera [13]** 3300/10
3311/13 3344/20
3350/15 3361/1
3361/10 3361/10
3364/8 3365/7 3368/8
3395/3 3395/9 3398/23
**cameras [1]** 3365/25
**can [164]**

3324/21 3363/6
3324/21 3326/10
3327/1 3328/7 3328/22
3389/24 3391/15
3391/25 3402/3
3411/17 3418/18
3432/14 3442/12
**cannot [4]** 3326/13
3411/19 3429/21
3435/22
**Capitol [35]** 3298/21
3301/11 3303/8 3304/6
3304/7 3310/14
3310/15 3310/17
3312/4 3312/12
3312/22 3313/4
3313/12 3317/24
3320/14 3321/7 3338/6
3340/4 3340/11
3340/16 3340/18
3340/20 3361/24
3362/1 3362/10
3362/17 3363/1
3379/13 3380/4 3380/8
3401/4 3402/22
3404/22 3405/13
3405/14
**Capitol Building [8]**
3303/8 3310/15
3312/12 3313/12
3340/4 3340/11
3340/18 3402/22
**Captain [1]** 3390/12
**Captain Ortega [1]**
3390/12
**capture [2]** 3322/6
3366/1
**car [1]** 3360/22
**carry [2]** 3360/18
3375/5
**carrying [2]** 3346/7
3347/18
**cart [1]** 3413/19
**carts [1]** 3417/19
**case [23]** 3296/7
3389/20 3391/4
3391/17 3392/4 3393/3
3393/23 3405/22
3407/12 3407/19
3409/6 3409/7 3410/21
3410/23 3413/6
3414/23 3418/24
3433/22 3436/4
3436/20 3445/3
3445/10 3445/19
**cases [10]** 3411/17
3411/17 3411/18
3413/12 3413/13
3413/19 3413/24
3414/21 3415/1 3415/5
**cause [1]** 3300/7
**causing [1]** 3304/3
**caution [3]** 3421/12
3423/7 3435/13
**CDU [10]** 3359/6
3359/8 3359/9 3359/17
3360/7 3361/18
3361/22 3361/23

cell [2] 3425/3 3426/12
**cell phone [1]** 3425/3
**Cellebrite [4]** 3429/20
3429/22 3429/23
3429/25
**Cellular [1]** 3378/21
**center [10]** 3317/2
3343/5 3349/21
3371/11 3376/22
3383/17 3383/18
3403/14 3403/21
3404/8
**certain [5]** 3409/4
3424/1 3431/2 3434/11
3439/2
**certainly [11]** 3300/6
3303/6 3303/7 3305/6
3319/21 3326/1 3415/2
3415/10 3417/10
3442/9 3443/18
**certificate [1]** 3372/18
**certificates [1]**
3425/24
**certify [4]** 3309/7
3309/10 3309/11
3446/2
**chain [3]** 3418/6
3422/10 3422/10
3422/18
**Chairman [1]** 3314/20
**chairs [3]** 3332/9
3336/12 3405/4
**chamber [35]** 3297/5
3297/22 3301/6 3302/7
3302/12 3302/13
3303/5 3304/9 3304/10
3305/10 3309/19
3311/3 3311/18 3314/2
3314/5 3314/19
3314/21 3315/3
3315/11 3315/21
3316/10 3316/18
3317/4 3317/15
3317/17 3318/15
3319/9 3320/15 3321/4
3322/1 3335/13
3336/23 3337/9
3337/22 3338/8
**Chambers [1]** 3304/21
**change [4]** 3298/2
3382/9 3407/14
3417/12
**change/2:40 [1]** 3298/2
**changed [2]** 3353/19
3379/15
**chaos [2]** 3319/3
3339/2
**chaotic [2]** 3313/9
3316/7
**charge [7]** 3391/17
3391/20 3391/24
3391/25 3392/1 3429/2
3438/5
**charged [11]** 3391/18
3392/1 3393/5 3393/8
3393/12 3393/16
3416/2 3416/5 3434/17

3452

# C

**charged... [2]** 3442/4
3442/6
**chat [5]** 3438/25
3440/15 3440/22
3441/4 3441/5
**chats [1]** 3432/15
**check [4]** 3303/13
3407/4 3440/1 3444/21
**Chief [3]** 3311/24
3351/25 3352/18
**chiefs [1]** 3347/3
**choose [1]** 3427/2
**chose [1]** 3430/7
**Christopher [1]**
3365/10
**chuckling [1]** 3441/12
**circle [10]** 3341/6
3341/7 3341/9 3367/9
3371/3 3373/12
3376/19 3379/23
3403/11 3404/22
**circled [8]** 3342/5
3371/5 3376/21 3385/5
3396/23 3403/13
3403/22 3404/8
**circling [5]** 3317/2
3375/13 3387/2
3387/16 3397/21
**Circuit [2]** 3418/3
3418/18
**circumstances [3]**
3303/23 3304/10
3304/14
**citation [2]** 3417/22
3418/6
**cited [1]** 3352/21
**civil [5]** 3358/19
3359/9 3359/11
3359/12 3392/1
**claims [1]** 3326/24
**clarification [1]**
3434/14
**clarify [1]** 3444/25
**clear [12]** 3323/9
3323/10 3323/13
3404/18 3409/2
3416/16 3427/20
3430/5 3430/16 3431/8
3433/2 3434/16
**clearly [1]** 3393/11
**Clerks [1]** 3317/22
**click [2]** 3361/11
3422/14
**clicking [1]** 3388/6
**client [4]** 3392/12
3424/4 3434/16
3438/13
**client's [4]** 3420/21
3420/22 3423/25
3430/10
**clients [3]** 3299/9
3300/11 3300/15
**CLINTON [1]** 3294/19
**clintonpeed.com [1]**
3294/22
**clip [1]** 3376/10
**clips [1]** 3388/9

**close [3]** 3313/2
3313/4 3403/15
**closed [4]** 3318/15
3343/9 3349/17 3405/3
**closer [3]** 3314/14
3382/8 3382/12
**closest [1]** 3298/22
**closing [1]** 3415/11
**CNN [3]** 3329/17
3329/24 3330/6
**co [1]** 3391/21
**co-conspirator [1]**
3391/21
**coat [2]** 3324/25
3347/18
**code [7]** 3357/21
3422/16 3422/17
3422/17 3422/18
3425/14 3425/21
**codes [2]** 3358/22
3422/15
**colleagues [5]** 3309/3
3320/8 3352/3 3352/5
3353/23
**college [1]** 3357/6
**COLUMBIA [1]** 3293/1
**Columbus [3]** 3302/23
3390/24 3394/2
**Columbus Doors [3]**
3302/23 3390/24
3394/2
**column [2]** 3365/17
3365/17
**combat [1]** 3313/3
**combination [3]**
3422/7 3423/9 3423/19
**come [24]** 3310/7
3312/18 3319/2 3328/5
3328/22 3329/8
3330/21 3332/1
3336/22 3341/3 3384/7
3409/6 3424/18 3425/1
3425/6 3425/11
3425/16 3425/20
3430/14 3435/10
3443/12 3444/1 3445/3
3445/18
**comes [4]** 3297/10
3411/14 3411/15
3427/12
**Comfort [2]** 3413/17
3417/17
**Comfort Inn [2]**
3413/17 3417/17
**comfortable [1]**
3356/14
**comforting [1]** 3326/7
**coming [6]** 3327/25
3330/8 3347/17 3410/2
3410/13 3433/6
**commenting [1]**
3370/7
**committee [3]** 3307/3
3307/9 3309/3
**communications [2]**
3308/12 3349/2
**complete [1]** 3352/20
**completed [1]** 3298/4

**completeness [1]**
3444/6
**complex [1]** 3310/14
**complexity [1]** 3426/2
3426/5
**complicated [4]**
3423/18 3426/14
3431/13 3431/16
**complied [5]** 3367/11
3371/4 3376/20 3385/4
3403/12
**comply [1]** 3321/15
**concede [5]** 3424/11
3424/17 3424/21
3424/23 3425/16
**concern [1]** 3319/13
**concerns [6]** 3313/11
3313/14 3313/16
3318/20 3318/23
3352/4
**conclude [2]** 3304/1
3304/2
**concluded [1]** 3445/25
**conclusion [1]**
3423/20
**condition [2]** 3352/19
3352/22
**conduct [2]** 3354/20
3392/5
**conference [28]**
3322/17 3326/20
3341/19 3341/20
3341/21 3341/23
3341/24 3342/3
3342/19 3345/1 3345/5
3345/24 3347/18
3349/4 3350/3 3350/11
3351/7 3351/11
3351/15 3351/22
3352/2 3352/3 3352/5
3352/14 3352/15
3353/23 3388/3
3444/19
**confident [1]** 3432/2
**confirm [4]** 3388/17
3427/4 3440/23
3445/18
**confronted [1]** 3366/20
**confronting [2]** 3321/2
3391/8
**confused [1]** 3368/21
**confusing [2]** 3368/25
3433/3
**confusion [1]** 3337/7
**Congress [13]** 3308/1
3309/8 3309/10
3309/24 3310/3
3317/20 3318/9
3318/18 3321/11
3339/5 3339/11 3393/8
3393/9
**Congressional [2]**
3323/23 3329/18
**Congressman [5]**
3326/6 3326/7 3336/7
3336/8 3336/9
**congresswoman [4]**
3322/3 3323/2 3326/5

**connect [1]** 3413/22
**connection [2]**
3392/17 3415/14
**Connie [1]** 3414/22
**Connie Meggs [1]**
3414/22
**connor [3]** 3294/10
3294/13 3296/15
**Connor Martin [1]**
3296/15
**conscious [1]** 3443/4
**consciousness [2]**
3442/2 3442/3 3442/8
**consider [1]** 3439/16
**consisted [1]** 3361/18
**consistent [1]** 3375/5
**conspiracy [8]** 3392/4
3416/3 3416/5 3418/5
3438/18 3438/19
3438/20 3444/2
**conspirator [1]**
3391/21
**Constitution [1]**
3317/12
**contain [1]** 3424/22
**containing [1]** 3415/5
**contains [1]** 3440/22
**contents [5]** 3425/3
3425/9 3425/13
3425/13 3439/11
**context [1]** 3441/2
**continue [6]** 3305/12
3341/11 3341/12
3347/4 3374/20
3394/22
**continued [2]** 3294/1
3304/16
**continues [1]** 3304/20
**continuously [4]**
3372/8 3378/10
3384/22 3397/5
**contributed [1]** 3304/3
**control [3]** 3404/17
3413/11 3413/13
**conversation [1]**
3419/3
**conversations [1]**
3420/14
**cool [1]** 3381/12
**coordinating [1]**
3310/3
**copies [1]** 3317/12
**core [1]** 3443/11
**corner [3]** 3317/3
3349/9 3354/1
**Correa [2]** 3326/1
3336/7
**correct [20]** 3311/14
3311/15 3322/19
3325/8 3326/15
3326/16 3330/23
3331/8 3341/8 3341/15
3341/16 3344/19
3373/18 3378/16
3400/25 3410/20
3426/4 3429/11 3430/3
3446/3

**cord or [2]** 3343/8
3349/17
**Costa [1]** 3336/9
**coughing [1]** 3331/25
**could [80]** 3298/22
3299/11 3299/17
3306/16 3310/19
3310/22 3314/7 3314/8
3314/10 3315/15
3316/11 3321/10
3321/20 3322/4 3323/4
3325/18 3325/21
3326/21 3326/24
3327/3 3327/5 3327/13
3327/22 3335/17
3338/12 3339/25
3340/6 3340/24
3342/18 3342/21
3343/4 3343/13 3345/6
3345/9 3345/25 3346/3
3346/16 3347/4
3347/13 3348/1
3348/14 3349/23
3350/5 3352/24
3354/20 3359/13
3362/4 3372/2 3375/11
3386/4 3396/18 3405/4
3412/4 3414/18 3416/7
3416/20 3416/20
3417/7 3419/15
3420/23 3421/2 3421/4
3421/13 3421/20
3421/23 3422/24
3424/6 3424/10
3426/17 3427/13
3428/8 3430/21
3430/25 3435/9 3435/9
3438/19 3442/14
3442/24 3443/6
3444/25
**couldn't [11]** 3319/8
3322/2 3322/2 3322/16
3323/1 3323/15
3327/23 3328/20
3333/23 3362/22
3421/2
**counsel [11]** 3355/4
3388/12 3406/17
3408/3 3409/25 3410/9
3410/10 3416/25
3417/3 3430/7 3435/16
**count [2]** 3317/13
3362/4
**counter [10]** 3310/23
3314/9 3314/16
3315/16 3316/12
3337/12 3350/13
3351/3 3421/1 3424/15
**counteract [1]** 3427/19
**couple [11]** 3297/8
3300/23 3305/23
3313/7 3333/22
3369/18 3396/1
3419/11 3429/1
3438/22 3438/24
**course [5]** 3327/20
3381/25 3409/8 3415/4
3436/7

**C**

court [12] 3293/1
3324/10 3331/21
3388/21 3390/1 3390/8
3394/10 3417/6
3419/11 3419/22
3430/7 3445/23
court-appointed [1]
3430/7
courtroom [5] 3296/19
3305/19 3389/1
3394/15 3407/24
coverage [1] 3407/19
cowering [1] 3297/7
CR [1] 3293/4
created [5] 3304/14
3321/11 3404/22
3423/4 3435/19
creating [1] 3321/14
crime [1] 3353/18
Criminal [2] 3296/7
3357/11
crop [1] 3328/11
cross [12] 3295/4
3298/17 3305/2 3305/7
3355/9 3388/11
3388/14 3409/3 3432/3
3443/9 3443/14
3445/11
cross-examination [7]
3298/17 3305/2 3305/7
3355/9 3409/3 3432/3
3443/14
cross-examine [1]
3443/9
crossed [2] 3301/10
3301/15
crouched [1] 3305/4
crouching [3] 3322/4
3323/7 3336/10
crow [3] 3298/23
3326/6 3326/7
crowd [5] 3376/23
3378/14 3379/18
3385/21 3386/21
CRR [2] 3446/2 3446/8
Cummings [1] 3411/1
currently [2] 3359/1
3403/15

**D**

D.C [11] 3293/5
3293/17 3294/21
3357/20 3357/21
3357/22 3358/21
3414/4 3416/1 3416/17
3438/25
dad [2] 3358/3 3358/7
dais [1] 3320/15
data [8] 3419/20
3419/20 3419/21
3422/23 3423/1 3426/9
3426/24 3431/24
database [1] 3422/20
dataset [1] 3430/22
datasets [1] 3423/12
date [13] 3365/19
3412/11 3420/4 3420/5

3428/19 3439/2
3439/10 3439/17
3440/2 3441/17 3446/7
dates [2] 3416/5
3424/8
daughter [6] 3386/13
3389/20 3389/21
3389/23 3390/16
3392/20
David [3] 3294/10
3296/9 3350/20
David Lazarus [1]
3350/20
day [30] 3293/7 3297/1
3307/23 3309/1 3309/2
3309/9 3309/18
3310/12 3313/12
3331/15 3335/9
3352/21 3354/8 3356/3
3359/24 3360/5 3360/5
3360/6 3360/8 3360/21
3361/18 3365/18
3390/6 3391/24 3406/7
3406/8 3406/24 3407/8
3407/8 3407/16
days [3] 3407/9 3408/7
3409/13
dead [1] 3383/18
deal [4] 3308/14
3358/20 3434/10
3434/25
debate [5] 3309/4
3309/5 3309/16 3317/9
3317/12
debates [1] 3310/6
December [1] 3428/22
decided [1] 3358/8
decision [4] 3302/11
3415/18 3437/4 3444/4
decisions [1] 3430/4
declared [3] 3315/21
3317/16 3354/16
deeper [2] 3402/5
3404/11
defeat [1] 3439/6
defend [2] 3421/1
3433/18
defendant [13] 3294/2
3294/6 3294/10
3294/18 3296/8 3296/8
3296/9 3296/9 3296/13
3296/14 3296/16
3296/17 3305/2
Defendant Hackett [1]
3296/14
Defendant Minuta [1]
3296/13
Defendant Moerschel
[1] 3296/16
Defendant Vallejo [1]
3296/17
defendants [10]
3293/7 3296/18 3303/4
3304/22 3305/1
3391/17 3392/3
3392/17 3393/5 3442/6
defendants' [2]

defense [11] 3355/4
3388/12 3409/5
3416/25 3417/3 3420/6
3420/12 3422/14
3430/21 3430/25
3435/1
Definitely [1] 3388/19
definition [2] 3299/2
3438/20
degree [1] 3392/23
delay [1] 3393/17
delete [8] 3426/22
3426/24 3427/3 3427/3
3427/4 3431/22 3432/9
3432/19
deleted [8] 3427/7
3430/20 3431/15
3431/23 3433/5 3434/9
3437/24 3441/4
deletes [1] 3432/9
deleting [5] 3434/17
3434/19 3434/19
3439/5 3443/4
deletion [8] 3433/9
3433/10 3434/1
3434/11 3434/13
3434/25 3435/14
3442/3
deletions [1] 3433/15
demeanor [1] 3354/12
Democratic [1]
3307/11
demonstrate [5]
3431/13 3431/14
3433/8 3433/19
3433/25
department [6] 3356/6
3357/4 3357/6 3358/11
3358/14 3358/24
depend [1] 3297/12
depending [1] 3358/18
depends [1] 3411/13
depict [7] 3327/17
3364/16 3382/21
3395/9 3399/4 3402/14
3402/21
depiction [5] 3324/5
3331/12 3368/13
3380/21 3383/1
deployed [1] 3359/12
deploying [1] 3378/5
deployment [3]
3359/19 3359/22
3378/13
deploys [1] 3375/21
depositing [1] 3415/7
deputy [1] 3347/3
derived [1] 3426/12
describe [29] 3307/18
3313/3 3316/16 3318/4
3324/17 3334/19
3335/22 3336/25
3338/12 3353/20
3354/11 3358/16
3359/10 3361/8 3362/1
3362/18 3365/13
3365/25 3366/6

3371/20 3374/10
3375/3 3377/6 3378/12
3380/7 3381/13 3385/3
described [7] 3335/25
3337/2 3373/1 3380/22
3382/21 3399/25
3400/23
describing [3] 3375/19
3377/16 3384/16
designation [1] 3430/9
desk [1] 3317/23
detail [4] 3315/4
3350/23 3428/4
3435/14
deteriorating [1]
3312/2
determine [4] 3308/23
3352/19 3436/4
3439/12
device [2] 3440/5
3440/6
devices [1] 3420/22
diagram [3] 3298/19
3299/12 3344/17
did [155]
did you [27] 3310/12
3312/7 3314/1 3339/20
3353/8 3353/17 3357/6
3357/16 3358/1
3358/10 3358/13
3359/24 3360/1
3360/15 3360/23
3360/25 3361/4 3363/2
3367/16 3367/16
3378/18 3379/3
3379/20 3400/3
3404/17 3404/24
3429/1
didn't [27] 3315/25
3316/6 3319/20
3327/24 3339/23
3358/5 3360/9 3362/6
3363/17 3389/22
3400/23 3401/4 3406/1
3414/23 3416/9
3416/10 3420/3 3424/3
3424/22 3427/8 3427/8
3431/18 3431/22
3434/5 3438/3 3442/24
3442/25
difference [1] 3426/21
different [6] 3323/18
3327/23 3367/20
3426/22 3433/2
3436/21
differently [2] 3409/8
3431/6
difficult [1] 3430/24
digital [1] 3328/25
direct [4] 3295/4
3306/13 3356/19
3441/25
directly [1] 3418/12
director [2] 3307/2
3307/9
disagree [1] 3392/24
disclosed [1] 3420/18

disclosure [1] 3420/4
disclosures [1]
3420/12
discovered [1]
3428/14
discovery [2] 3440/6
3440/8
discuss [5] 3298/11
3312/1 3389/4 3407/18
3408/8
discussed [4] 3296/25
3411/12 3416/18
3420/6
discussions [1]
3440/17
disorder [1] 3392/1
disrespecting [1]
3379/13
disrupt [1] 3393/17
distance [1] 3299/9
distances [1] 3300/3
distinction [1] 3393/7
district [8] 3293/1
3293/1 3293/10 3359/2
3360/2 3360/4 3360/5
3360/22
disturbance [1]
3358/19 3359/9
3359/11 3359/12
diverse [1] 3308/15
do [167]
do you [14] 3307/4
3332/20 3332/22
3333/6 3333/7 3333/10
3333/16 3340/17
3357/3 3362/9 3376/1
3381/21 3383/12
3387/2
do you have [3]
3299/8 3310/14
3355/11
do you know [6]
3311/6 3333/7 3342/15
3350/17 3353/2 3365/6
do you recognize [3]
3342/25 3373/10
3375/12
do you remember [3]
3334/1 3334/5 3386/8
do you see [32] 3311/2
3314/18 3318/1
3337/17 3343/8 3346/6
3346/20 3347/5
3347/19 3348/7 3349/3
3349/11 3350/14
3350/24 3351/4
3351/11 3354/2 3367/5
3369/19 3370/25
3373/5 3376/16
3380/24 3384/13
3384/24 3385/10
3387/20 3396/21
3397/20 3398/3 3404/6
3422/17
doctored [2] 3328/25
3330/15
document [2] 3329/5
3353/19

**documents [4]**
3429/18 3434/8
3434/10 3434/13
**does [38]** 3307/19
3316/19 3324/20
3324/21 3327/17
3328/5 3338/3 3340/10
3340/12 3341/22
3346/10 3346/24
3350/21 3359/8
3359/10 3364/16
3365/21 3382/21
3396/25 3399/4
3399/17 3399/18
3399/24 3402/14
3402/21 3406/23
3408/15 3410/25
3417/12 3419/3 3422/5
3422/12 3423/10
3424/3 3426/6 3435/5
3438/5 3438/7
**doesn't [9]** 3298/4
3301/14 3327/20
3415/11 3425/8
3425/14 3434/25
3442/11 3445/20
**doing [21]** 3309/18
3310/2 3356/12
3356/14 3367/20
3370/19 3371/22
3375/17 3379/11
3379/20 3385/17
3385/19 3396/25
3397/23 3398/6
3400/21 3409/8 3410/5
3422/8 3428/22
3441/20
**don't [62]** 3300/3
3300/7 3300/12 3301/4
3301/8 3301/16
3303/22 3304/12
3327/25 3328/7
3328/21 3328/23
3329/6 3329/15
3330/16 3330/17
3330/18 3330/19
3330/20 3330/25
3331/4 3342/10
3358/22 3366/9
3386/21 3388/13
3390/14 3391/2 3391/6
3391/19 3392/25
3393/25 3405/24
3407/18 3408/17
3409/19 3424/13
3425/11 3425/14
3425/20 3426/19
3427/2 3427/3 3427/20
3427/25 3431/5 3431/5
3432/17 3433/13
3434/10 3434/13
3435/21 3435/25
3436/1 3436/25
3438/18 3440/7
3442/19 3443/13
3444/23 3445/5 3445/9
**done [12]** 3298/21

3355/4 3388/1
3388/17 3405/15
3417/15 3421/19
3423/4 3424/6 3435/13
3439/6 3444/21
**door [40]** 3299/10
3299/15 3299/16
3300/6 3300/10
3300/11 3300/10
3300/18 3300/20
3300/22 3301/10
3301/15 3319/6
3319/15 3320/6 3337/8
3337/17 3337/23
3337/25 3338/1 3338/3
3338/4 3338/5 3338/9
3338/14 3339/2 3339/7
3344/23 3344/25
3345/2 3349/3 3350/2
3353/22 3353/22
3354/1 3354/3 3354/5
3373/5 3384/8 3405/20
**doors [30]** 3302/8
3302/8 3302/23
3303/12 3342/2 3342/5
3342/6 3342/8 3342/15
3342/19 3345/4
3353/23 3354/4
3377/17 3379/23
3381/16 3381/17
3381/19 3382/5 3382/8
3382/12 3382/22
3383/21 3384/7
3390/24 3394/2
3404/25 3405/1 3405/3
3405/6
**doorway [1]** 3300/25
**doorways [1]** 3298/25
**dot [1]** 3341/17
**double [6]** 3303/13
3345/4 3379/23
3381/16 3404/25
3405/1
**double-check [1]**
3303/13
**down [37]** 3297/15
3302/9 3305/4 3317/22
3319/10 3319/19
3320/18 3321/18
3322/3 3323/7 3323/7
3325/10 3325/18
3332/12 3333/11
3333/23 3334/1
3336/19 3338/6
3341/14 3344/21
3344/22 3349/11
3350/14 3351/18
3356/1 3361/19
3363/19 3374/14
3389/3 3404/15 3405/7
3405/19 3406/21
3410/13 3419/15
3427/16
**downloaded [2]**
3329/13 3329/15
**downloading [1]**
3329/23
**draw [6]** 3299/10

3369/18 3393/7 3416/3
**drawn [6]** 3341/5
3341/6 3341/14
3343/20 3415/2
3415/10
**dress [1]** 3311/12
**drew [3]** 3319/1 3338/9
3341/18 3344/21
**drink [1]** 3332/1
**due [1]** 3435/6
**Dunn [1]** 3300/24
**during [13]** 3301/20
3302/5 3304/9 3318/14
3354/20 3355/17
3381/25 3389/4 3416/2
3416/2 3417/13 3438/2
3438/17
**duties [2]** 3393/10
3393/10
**duty [4]** 3309/10
3359/24 3360/18
3378/22

**E**

**each [4]** 3320/8
3370/16 3372/25
3420/10
**earlier [7]** 3335/25
3337/2 3375/19
3378/15 3396/9
3397/13 3400/23
**earliest [1]** 3304/24
**early [1]** 3444/10
**east [4]** 3303/9
3303/11 3303/18
3304/7
**East Plaza [1]** 3304/7
**easy [1]** 3328/10
**EC [1]** 3440/3
**Ed [1]** 3440/21
**edges [1]** 3330/13
**Edward [2]** 3294/19
3296/10
**Edwards [12]** 3293/16
3296/12 3356/16
3387/25 3388/5
3394/18 3405/24
3419/23 3419/24
3419/25 3420/1
3420/14
**effect [1]** 3442/5
**effectively [1]** 3432/3
**effort [3]** 3393/17
3408/21 3423/18
**eight [7]** 3349/5
3350/10 3351/6
3351/14 3351/22
3354/7 3358/17
**eight staffers [1]**
3351/22
**either [1]** 3310/7
**election [2]** 3309/11
3309/11
**Electoral [1]** 3317/13
**element [1]** 3418/15
**elements [4]** 3430/19
3430/22 3431/3 3433/2

**elevator [2]** 3342/2
3344/24
**elicit [2]** 3390/3
3433/14
**else [3]** 3305/15
3440/19 3444/8
**else's [1]** 3368/10
**email [18]** 3293/18
3293/19 3294/5 3294/8
3294/13 3294/17
3294/22 3410/10
3419/14 3419/22
3419/23 3419/24
3420/11 3420/23
3421/3 3421/23
3427/13 3427/17
**emailed [1]** 3427/15
**emergency [4]**
3315/22 3317/16
3322/8 3354/16
**emotions [1]** 3392/22
**encounter [1]** 3402/7
**end [9]** 3297/1 3334/24
3382/8 3391/24
3407/16 3407/16
3410/13 3438/21
3445/16
**enforcement [9]**
3302/7 3302/17
3320/11 3336/22
3337/4 3338/9 3339/3
3339/4 3363/22
**engage [1]** 3392/4
**engaged [1]** 3421/14
**enough [2]** 3328/18
3331/15
**enter [2]** 3340/25
3351/15
**entered [10]** 3298/3
3301/9 3302/7 3303/4
3304/13 3305/5
3305/19 3362/16
3379/14 3394/15
**entering [2]** 3303/8
3350/2
**entire [2]** 3303/5
3361/17
**entirety [7]** 3299/4
3328/22 3364/14
3382/19 3395/5
3402/12 3425/7
**entrance [6]** 3299/20
3300/25 3301/1 3303/9
3303/15 3343/3
**equipment [1]** 3374/23
**essence [1]** 3421/19
**establish [4]** 3298/6
3411/19 3439/10
3442/17
**establishing [2]**
3390/6 3439/15
**estimate [4]** 3355/14
3388/4 3407/5 3407/13
**estimated [1]** 3302/21
**ET [1]** 3293/6
**evacuate [1]** 3302/11
**evacuated [12]**
3297/22 3301/6

3303/5 3304/10
3304/11 3304/18
3318/19 3318/21
3337/15 3339/11
**evacuation [9]** 3298/4
3301/19 3301/20
3302/12 3304/15
3304/15 3304/25
3339/8 3355/11
**even [15]** 3303/12
3303/25 3304/6
3325/18 3380/9 3412/5
3421/2 3424/5 3424/17
3424/22 3426/10
3438/1 3441/10 3442/4
3443/7
**evening [2]** 3329/19
3354/17
**event [5]** 3305/6
3382/21 3383/1 3416/4
3416/5
**events [4]** 3308/14
3390/5 3408/7 3431/25
**eventually [11]**
3357/16 3357/22
3358/10 3362/25
3374/7 3374/22 3376/1
3382/4 3386/2 3402/19
3404/17
**ever [2]** 3437/11
3437/24
**every [2]** 3335/14
3437/24
**everybody [2]** 3388/1
3414/12
**everyone [14]** 3296/4
3296/20 3305/21
3388/23 3389/6
3389/15 3394/8
3394/12 3394/17
3408/1 3415/6 3440/16
3440/19 3445/21
**everything [5]** 3310/2
3324/23 3361/12
3378/25 3432/10
**evidence [57]** 3300/16
3305/11 3305/13
3310/21 3322/11
3328/8 3328/13 3329/1
3330/8 3333/1 3334/11
3340/1 3342/23 3344/9
3344/12 3353/10
3353/14 3364/25
3369/2 3370/7 3372/21
3381/6 3383/7 3395/20
3399/12 3403/2 3407/8
3407/9 3407/12
3411/14 3411/14
3411/22 3413/8 3413/9
3413/21 3414/2 3414/5
3414/6 3414/13
3415/25 3417/14
3419/4 3424/9 3429/4
3434/18 3434/21
3434/21 3434/23
3438/23 3437/24
3438/12 3439/2 3439/6

**E**

evidence... [4] 3439/9
3443/3 3444/1 3444/4
evidentiary [1] 3417/12
exact [3] 3304/22
3327/6 3428/17
exactly [4] 3298/6
3315/25 3316/6
3425/12
examination [9]
3298/17 3305/2 3305/7
3306/13 3355/9
3356/19 3409/3 3432/3
3443/14
examine [1] 3443/9
examiner [6] 3423/5
3428/8 3428/14
3428/20 3429/4 3429/7
example [3] 3324/19
3384/16 3425/25
except [2] 3411/22
3440/16
exception [1] 3442/19
exchanged [3] 3416/17
3438/23 3438/24
excluded [1] 3435/6
executive [3] 3347/11
3347/24 3347/24
exhausted [1] 3432/4
exhibit [44] 3296/23
3310/20 3321/21
3321/23 3334/11
3335/18 3337/11
3340/1 3342/22
3343/23 3344/12
3352/25 3353/8
3353/14 3363/25
3364/25 3366/17
3368/3 3368/6 3369/2
3369/12 3372/15
3372/21 3373/20
3376/4 3376/10
3380/16 3381/6
3382/16 3383/7
3387/14 3387/24
3395/1 3395/1 3395/13
3395/20 3397/8
3397/14 3398/15
3398/19 3398/21
3399/12 3402/9 3403/2
Exhibit 1130C [1]
3353/8
Exhibit 1674 [1]
3340/1
exhibits [6] 3295/8
3297/1 3299/5 3332/15
3400/1 3439/13
Exhibits 1129 [1]
3332/15
exist [3] 3424/3 3424/4
3430/19
exists [1] 3440/8
exit [1] 3403/15
exited [2] 3389/1
3407/24
exiting [1] 3351/11
expectation [1] 3409/1
expectations [1]

expected [3] 3390/9
3409/6 3435/18
expecting [2] 3389/20
3390/18
experience [2] 3374/10
3393/21
experienced [2]
3391/14 3392/15
experiencing [4]
3319/3 3391/8 3392/25
3393/4
expert [30] 3370/3
3370/8 3419/8 3419/20
3420/4 3420/9 3420/13
3420/19 3421/13
3423/15 3426/10
3427/8 3427/10 3428/7
3428/21 3430/6 3430/9
3430/21 3430/21
3430/25 3431/7
3431/19 3432/25
3432/25 3433/8
3434/22 3435/5
3435/21 3436/4 3438/8
expertise [2] 3433/3
3436/13
experts [2] 3420/17
3420/25
explain [3] 3318/23
3422/6 3423/11
explained [2] 3409/25
3422/16
explaining [4] 3370/6
3423/20 3426/11
3429/2
explains [1] 3426/8
explanation [2]
3423/13 3423/14
explicit [1] 3423/18
extent [2] 3305/2
3433/18
exterior [1] 3354/4
extra [2] 3368/24
3424/2
extract [1] 3429/24
extracted [1] 3424/1
extraction [7] 3422/4
3422/9 3422/20
3422/25 3423/15
3425/5 3445/14
Eye [1] 3294/20
eyes [1] 3313/7

**F**

F-l-e-e-t [1] 3306/19
F.3d [2] 3418/7
3418/10
face [1] 3382/1
facilitates [1] 3309/15
facility [1] 3414/10
facing [3] 3343/20
3373/3 3373/4
fact [16] 3316/24
3319/6 3327/22
3328/20 3351/24
3352/4 3389/17 3408/4
3413/13 3414/3 3423/8

3436/12 3441/23
3442/16
facts [7] 3389/19
3390/6 3393/23 3409/4
3422/7 3423/19 3432/7
factual [3] 3393/13
3421/11 3434/8
fair [8] 3324/5 3331/12
3383/1 3415/9 3420/15
3428/12 3435/7
3439/11
fairly [4] 3322/5
3327/16 3364/16
3418/3
fairness [3] 3427/14
3430/17 3430/25
faith [1] 3389/18
fall [3] 3335/1 3336/2
3336/2
familiar [7] 3321/22
3321/24 3340/3
3343/25 3344/2 3344/6
3445/14
far [7] 3303/6 3323/14
3354/1 3370/15 3384/3
3405/22 3445/17
fast [3] 3314/8 3348/19
fast-forward [2]
3314/8 3348/19
fault [1] 3332/2
favor [1] 3421/6
FBI [3] 3437/22 3440/4
3441/5
fear [4] 3300/6 3300/8
3386/12 3423/17
feared [1] 3315/10
fears [1] 3393/9
feel [4] 3332/3 3374/15
3380/6 3436/18
feet [8] 3298/16
3298/23 3299/1 3299/1
3300/1 3300/24 3301/1
3342/12
few [9] 3300/24
3302/17 3302/19
3303/5 3312/21 3319/1
3319/9 3319/10 3430/6
Fifth [3] 3359/2 3360/2
3360/3
fight [5] 3374/18
3374/19 3380/13
3405/9 3419/6
figure [4] 3410/4
3420/25 3436/15
3439/19
file [2] 3362/23
3362/23
fill [1] 3308/7
final [3] 3406/5 3423/8
3430/1
finally [2] 3348/1
3423/2
find [7] 3319/8 3319/10
3319/10 3321/10
3405/5 3426/11
3430/24
findings [1] 3422/3

fire [1] 3319/22
firearm [5] 3413/5
3414/11 3414/12
3414/13 3417/1
firearms [14] 3411/10
3411/20 3412/8 3412/9
3412/17 3413/22
3414/16 3414/18
3414/23 3415/5
3416/18 3417/4 3417/6
3417/8
first [38] 3297/3
3297/10 3297/11
3298/2 3300/20 3301/8
3303/9 3303/12
3303/15 3327/5
3334/19 3344/23
3353/22 3357/13
3359/13 3359/14
3359/19 3359/22
3360/6 3365/2 3369/5
3370/1 3370/11 3390/9
3391/5 3407/6 3408/25
3409/7 3416/25 3417/2
3427/17 3437/11
3442/20 3443/10
3444/15
First Amendment [2]
3359/13 3359/14
fit [1] 3331/25
five [5] 3365/2 3372/11
3412/8 3415/13
3420/20
FL [2] 3294/12 3294/16
flavor [1] 3426/18
Fleet [16] 3297/2
3297/12 3306/3 3306/7
3306/12 3306/19
3306/20 3311/2
3321/20 3332/7
3334/18 3342/25
3344/1 3344/16
3354/15 3355/25
Fleet's [1] 3299/4
flesh [1] 3297/9
flies [1] 3298/23
flip [2] 3417/21 3419/3
floor [27] 3309/5
3310/4 3311/7 3318/24
3319/4 3319/16
3319/17 3319/19
3319/23 3319/24
3319/25 3322/7
3324/16 3332/7
3332/21 3332/22
3334/25 3335/1
3335/14 3336/1 3336/2
3338/7 3339/8 3340/20
3340/22 3352/19
3353/25
folder [5] 3422/9
3422/14 3423/1 3423/5
3426/8
folders [2] 3423/11
3423/14
folks [13] 3297/4

3304/5 3305/4
3322/4 3327/21
3331/23 3337/6 3337/8
3345/21 3354/25
3394/3 3444/8
follow [5] 3296/25
3376/1 3378/18 3379/3
3430/11
follow-up [1] 3430/11
following [1] 3424/16
foot [1] 3301/15
footage [3] 3395/3
3398/23
force [2] 3374/23
3415/17
forced [1] 3404/11
foregoing [1] 3446/3
forensic [10] 3426/21
3428/14 3428/20
3429/4 3429/14
3429/15 3431/19
3432/5 3432/25
3432/25
forest [1] 3317/8
formal [1] 3354/18
Fort [1] 3294/12
forth [4] 3319/4
3319/12 3319/25
3320/8
Fortunately [1]
3338/20
forward [48] 3308/2
3314/8 3315/15
3328/10 3329/9
3330/21 3345/6
3345/25 3346/16
3347/4 3348/2 3348/14
3348/19 3350/5 3365/1
3367/2 3369/13
3370/22 3371/17
3372/2 3372/6 3373/21
3375/7 3376/13
3376/25 3377/11
3378/1 3383/13
3383/24 3384/10
3384/20 3386/2 3386/4
3386/11 3386/22
3389/25 3396/19
3397/3 3397/17 3398/1
3399/20 3400/10
3400/17 3401/6
3401/21 3403/18
3404/1 3407/21
foundation [14]
3323/14 3323/16
3324/3 3327/2 3327/7
3327/16 3328/2 3328/6
3328/12 3328/24
3329/7 3331/1 3331/5
3334/8
foundational [1]
3297/8
four [5] 3296/18
3361/19 3392/3
3409/13 3415/1
four defendants [1]
3392/3
frame [12] 3304/25

## F

**frame... [11]** 3311/13
3317/2 3343/5 3344/23
3344/25 3349/3
3349/21 3350/2
3383/12 3384/25
3416/2
**frames [1]** 3345/2
**frankly [5]** 3328/16
3421/12 3421/13
3421/15 3424/6
**frankness [1]** 3435/16
**free [3]** 3303/20 3380/6
3436/18
**frequently [1]** 3420/1
**front [25]** 3299/10
3300/6 3300/9 3300/11
3300/13 3300/22
3300/24 3302/22
3320/15 3325/7
3337/17 3337/23
3337/25 3338/1
3367/16 3367/18
3367/22 3374/11
3376/23 3377/7
3385/10 3385/20
3391/23 3415/13
3415/21
**fuck [1]** 3380/8
**fucking [1]** 3380/8
**fulfill [1]** 3309/10
**full [2]** 3379/9 3398/10
**fullest [1]** 3433/18
**fully [1]** 3304/18
**fulsome [2]** 3426/15
3435/17
**function [1]** 3346/11
**further [11]** 3299/16
3299/18 3341/14
3355/2 3355/21
3366/22 3371/13
3406/12 3418/23
3422/5 3427/9

## G

**gallery [28]** 3318/5
3318/6 3318/7 3318/13
3318/16 3318/21
3318/24 3319/5
3319/16 3319/17
3319/18 3319/23
3320/1 3320/4 3322/18
3322/21 3322/23
3322/24 3322/25
3324/18 3332/8
3332/22 3333/10
3334/2 3334/25
3335/15 3335/16
3336/1
**gas [13]** 3302/9
3320/17 3320/19
3320/19 3320/21
3320/24 3321/16
3332/12 3335/12
3336/17 3360/17
3360/20 3381/21
**gaveled [1]** 3301/25
**gear [2]** 3360/15

**general [6]** 3337/3
3340/3 3345/20
3357/22 3421/10
3440/15
**generally [10]** 3307/18
3308/6 3308/8 3308/9
3316/16 3323/25
3324/24 3324/24
3341/22 3343/21
**gentleman [5]** 3312/15
3326/2 3326/2 3326/3
3373/13
**Georgia [2]** 3357/9
3358/4
**get [47]** 3297/10
3305/24 3309/4
3313/15 3318/20
3319/18 3319/21
3319/22 3319/23
3320/7 3324/4 3326/25
3329/22 3331/9 3332/1
3339/24 3358/1
3360/10 3360/14
3360/14 3360/22
3366/9 3367/23
3367/24 3380/5 3380/5
3380/8 3380/10
3385/25 3386/3 3388/1
3388/10 3392/13
3393/19 3393/22
3400/24 3410/8
3415/11 3416/24
3419/7 3426/20
3426/23 3427/18
3428/4 3429/17
3431/11 3432/4
**gets [2]** 3392/23
3443/10
**getting [8]** 3337/5
3337/10 3355/18
3361/16 3371/25
3382/5 3430/6 3443/17
**give [6]** 3330/11
3405/9 3410/9 3426/17
3427/25 3435/18
**given [7]** 3298/6
3303/3 3305/8 3309/16
3320/10 3323/3
3332/11
**giving [1]** 3407/18
**glare [2]** 3387/3
3396/11
**glass [5]** 3338/15
3338/16 3338/18
3338/21 3339/2
**glove [2]** 3397/20
3398/3
**gloved [1]** 3397/23
**gloves [1]** 3397/10
**gmail.com [2]** 3294/5
3294/8
**go [65]** 3303/13
3310/22 3311/20
3311/21 3314/7
3315/15 3316/11
3319/19 3324/13
3325/21 3332/16

3335/17 3337/11
3338/4 3339/14
3339/20 3341/13
3343/13 3343/17
3343/19 3346/20
3347/13 3349/23
3352/14 3352/17
3356/16 3357/8 3358/8
3358/19 3360/10
3361/24 3362/13
3362/15 3362/22
3373/19 3373/21
3375/11 3375/24
3376/3 3379/20
3387/13 3394/5
3395/25 3396/19
3398/9 3398/17
3401/17 3403/8 3405/2
3406/8 3408/15
3415/12 3417/9 3427/1
3427/9 3427/16
3427/24 3430/6 3432/4
3440/1 3441/1 3445/2
3445/17
**goes [3]** 3307/22
3412/9 3438/21
**going [66]** 3297/12
3298/15 3305/24
3308/25 3310/5
3312/17 3313/15
3315/24 3316/1 3316/6
3319/11 3319/21
3320/9 3320/24
3320/25 3321/2
3326/25 3330/10
3335/1 3337/5 3337/9
3339/18 3339/22
3341/11 3342/5
3345/23 3347/4
3353/22 3355/18
3369/24 3374/18
3386/10 3389/18
3389/25 3391/12
3392/20 3393/24
3394/1 3408/12
3409/16 3409/20
3415/10 3415/17
3415/17 3419/2
3420/13 3426/24
3427/12 3428/4
3428/20 3430/13
3431/10 3433/13
3433/21 3438/1
3438/18 3438/19
3441/25 3442/1 3442/5
3443/16 3444/23
3445/2 3445/6 3445/10
3445/17
**gold [1]** 3326/4
**gone [3]** 3322/7
3432/12 3432/14
**good [10]** 3296/6
3296/20 3305/22
3306/16 3356/3
3356/22 3356/23
3389/18 3425/14
3431/10

Good morning [1]
3296/20 3305/22
3306/16 3356/22
**Gorda [1]** 3294/16
**got [32]** 3302/22
3303/14 3312/18
3314/4 3314/24 3315/2
3320/14 3324/4 3329/4
3333/2 3338/15
3359/25 3360/3 3360/5
3360/9 3361/13 3362/9
3363/3 3363/5 3363/11
3374/15 3374/19
3379/21 3382/8
3382/12 3401/17
3405/3 3405/19 3427/6
3432/11 3432/24
3440/19
**gotten [2]** 3298/19
3313/8
**government [75]**
3293/14 3296/12
3297/2 3297/22
3303/25 3304/1
3305/25 3306/12
3322/10 3326/18
3328/5 3328/9 3329/3
3329/22 3331/1
3332/25 3344/8
3344/12 3353/10
3355/13 3356/4 3356/5
3356/18 3364/20
3364/25 3368/19
3381/2 3381/6 3389/16
3390/2 3391/3 3395/17
3399/8 3402/24
3406/23 3408/3
3409/10 3409/15
3410/25 3411/9
3411/19 3412/11
3412/15 3412/18
3414/1 3415/10 3416/3
3418/13 3418/15
3419/3 3419/13
3420/17 3420/19
3422/1 3424/3 3427/8
3427/25 3431/17
3432/17 3432/20
3433/14 3434/20
3436/9 3437/10
3437/13 3438/17
3438/20 3439/5 3441/3
3441/23 3441/24
3441/25 3442/8 3443/9
3445/1
**government's [40]**
3295/5 3295/10 3298/9
3310/20 3321/21
3321/23 3332/14
3334/11 3335/18
3337/11 3340/1
3342/22 3343/23
3352/25 3353/7
3353/14 3363/25
3369/2 3372/21
3373/19 3376/4
3376/10 3380/16
3382/16 3383/7

3296/16 3305/22 3395/1
3306/16 3356/22 3395/17 3395/20
3398/18 3399/12
3402/9 3403/2 3409/1
3409/6 3415/20
3417/14 3425/25
3441/13 3443/3
**Government's 9602 [1]**
3395/17
**grab [3]** 3360/15
3360/16 3385/22
**grabbed [2]** 3360/18
3385/25
**Grabbing [2]** 3385/18
3400/22
**grand [4]** 3428/13
3428/16 3428/16
3428/17
**granular [1]** 3419/19
**graphic [1]** 3312/6
**gravity [1]** 3309/16
**great [4]** 3376/13
3379/2 3388/20
3444/22
**greater [1]** 3323/16
**green [2]** 3311/11
3341/17
**grew [1]** 3363/17
**grounds [1]** 3305/6
**group [8]** 3363/6
3363/21 3366/20
3367/20 3378/15
3378/18 3379/3
3440/15
**guard [1]** 3394/1
**guess [10]** 3303/14
3337/9 3390/17
3413/16 3425/21
3425/22 3430/13
3431/4 3444/2 3445/13
**guests [1]** 3318/8
**guidance [1]** 3418/3
**guilt [4]** 3442/2 3442/4
3442/8 3443/4
**gun [14]** 3412/24
3413/12 3413/13
3414/4 3414/21 3415/1
3418/1 3418/4 3418/4
3418/5 3418/14
3418/16 3418/17
3418/18
**guns [9]** 3321/8 3413/2
3415/7 3415/8 3415/16
3415/20 3416/18
3416/21 3418/4
**gunshots [1]** 3338/19

## H

**Hackett [22]** 3294/6
3296/9 3296/14
3298/18 3389/12
3411/24 3413/5
3413/11 3413/12
3413/17 3414/3 3414/9
3414/9 3414/13 3415/3
3415/25 3416/23
3417/1 3417/5 3417/17
3432/18 3433/14

**Hackett's [13]** 3409/5
3411/10 3411/20
3412/24 3413/23
3416/22 3417/8 3419/4
3422/4 3428/15 3429/6
3432/11 3433/7
**had [80]** 3305/23
3309/17 3309/24
3310/6 3312/20
3314/21 3314/21
3314/23 3315/4 3315/6
3317/8 3317/9 3317/9
3317/11 3317/12
3318/14 3318/14
3318/15 3319/2 3321/7
3321/11 3322/7 3328/3
3328/17 3330/2
3331/25 3335/2
3350/10 3352/3 3352/5
3355/14 3357/14
3359/17 3360/16
3360/21 3362/22
3366/8 3373/17 3377/9
3379/14 3381/24
3385/22 3386/1
3386/14 3390/9
3394/24 3396/8
3397/13 3400/17
3405/9 3405/15
3405/19 3407/8
3408/25 3409/25
3410/3 3411/13
3411/24 3412/15
3413/5 3413/6 3414/13
3414/18 3418/2 3420/9
3420/18 3428/21
3429/5 3429/8 3429/10
3429/20 3430/8 3431/6
3432/25 3434/7
3437/25 3439/10
3440/5 3441/18
3444/17
**hair [3]** 3387/20
3394/25 3429/21
**half [2]** 3304/5 3311/17
**Halim [6]** 3294/6
3296/14 3416/25
3417/7 3429/17
3435/15
**Halim's [3]** 3423/23
3431/4 3434/16
**hall [5]** 3298/24 3346/6
3346/22 3348/5
3367/15
**hallway [27]** 3341/13
3341/15 3344/21
3349/12 3350/14
3362/16 3362/18
3362/21 3362/23
3362/25 3363/2 3363/5
3363/11 3363/15
3363/16 3363/19
3366/19 3366/20
3366/22 3367/13
3367/14 3368/1
3368/14 3369/10
3370/19 3377/23

**hand [11]** 3306/4
3321/11 3346/7 3356/8
3369/19 3370/12
3396/21 3397/1
3397/21 3397/24
3416/8
**handgun [8]** 3411/25
3412/2 3412/3 3412/5
3412/19 3413/5 3417/2
3417/5
**handguns [4]** 3412/12
3412/25 3413/2 3413/4
**handle [2]** 3396/11
3398/7
**hands [2]** 3398/4
3398/6
**Hang [1]** 3438/11
**happen [2]** 3298/5
3319/11
**happened [17]**
3301/19 3302/6
3302/10 3304/3
3338/13 3360/3 3370/5
3374/25 3378/13
3381/24 3382/11
3385/24 3386/21
3392/11 3398/14
3399/4 3405/11
**happening [6]** 3313/3
3313/11 3320/6 3327/1
3327/14 3339/7
**happens [4]** 3304/21
3305/10 3359/16
3375/21
**happy [6]** 3323/20
3410/9 3410/9 3410/10
3418/24 3437/7
**hard [1]** 3362/21
**harder [1]** 3319/22
**hardware [1]** 3353/24
**has [24]** 3301/10
3301/16 3323/24
3325/9 3329/3 3338/14
3348/22 3366/9
3372/16 3390/8
3412/17 3415/19
3418/3 3418/18
3422/15 3429/1
3430/14 3431/21
3433/5 3433/16 3435/6
3435/14 3439/5
3441/23
**hasn't [2]** 3331/1
3431/5
**hat [2]** 3397/12
3399/24
**have [159]**
**haven't [2]** 3417/15
3418/5
**having [6]** 3313/22
3368/12 3384/17
3437/12 3437/15
3438/13
**hawing [1]** 3330/12
**haystack [1]** 3440/7
**he [114]** 3297/12
3297/13 3298/16

3322/16 3323/1 3323/1
3323/1 3323/1 3323/4
3323/6 3323/9 3323/10
3323/11 3323/13
3323/15 3323/15
3323/17 3323/19
3323/25 3326/21
3326/21 3326/22
3326/24 3326/24
3327/1 3327/2 3327/3
3327/8 3327/13
3327/13 3327/18
3327/18 3327/20
3327/21 3327/23
3327/24 3327/24
3328/2 3328/2 3328/3
3328/7 3328/8 3328/11
3328/14 3328/16
3328/17 3328/17
3328/19 3328/19
3328/20 3331/9
3331/14 3331/25
3332/1 3348/9 3348/11
3348/12 3348/13
3348/24 3348/25
3349/1 3349/3 3350/21
3358/4 3358/5 3365/11
3375/17 3385/22
3389/18 3389/19
3389/23 3391/15
3392/15 3401/19
3407/4 3411/17
3411/17 3411/21
3411/21 3411/24
3413/4 3413/6 3413/18
3414/17 3414/18
3414/20 3415/5
3415/19 3431/22
3431/23 3432/22
3433/16 3434/18
3434/24 3437/22
3437/23 3437/24
3438/5 3438/7 3439/10
3440/19 3441/16
3441/18 3441/19
3441/21 3442/13
3442/15 3442/16
3442/25 3443/2 3443/4
3443/20
**he didn't [1]** 3442/25
**he said [8]** 3298/16
3312/18 3323/1
3323/19 3326/21
3328/17 3358/4
3401/19
**he was [1]** 3327/24
**he's [23]** 3297/14
3323/5 3324/4 3324/7
3328/15 3349/2
3350/23 3370/5 3370/6
3370/7 3390/4 3391/21
3391/21 3392/19
3393/4 3393/4 3419/25
3439/2 3441/4 3441/10
3442/4 3445/6 3445/15
**head [4]** 3325/9
3392/21 3393/2

**health [1]** 3318/15
**hear [8]** 3366/11
3373/25 3391/2 3402/1
3402/1 3418/25 3421/7
3442/5
**heard [5]** 3329/12
3331/18 3380/7
3401/14 3437/11
**hearing [4]** 3308/19
3308/21 3338/12
3436/9
**hearsay [7]** 3330/4
3330/5 3441/15
3442/11 3442/12
3442/21 3443/12
**heavy [1]** 3415/5
**hectic [2]** 3307/12
3307/13
**hell [1]** 3320/9
**helmet [3]** 3360/16
3373/16 3387/16
**helmets [1]** 3384/5
**help [10]** 3308/14
3308/22 3309/25
3344/15 3367/25
3400/6 3400/8 3424/14
3430/6 3432/6
**helpful [5]** 3419/14
3421/17 3421/21
3423/11 3436/19
**helpfully [1]** 3407/2
**helping [1]** 3309/4
**helps [1]** 3308/11
**hemming [1]** 3330/12
**her [33]** 3308/10
3308/14 3308/16
3308/17 3308/18
3309/20 3309/22
3309/23 3310/2
3311/12 3315/4 3315/4
3315/10 3326/7
3340/15 3345/21
3346/7 3346/23 3352/1
3352/2 3352/18
3352/23 3373/16
3387/18 3396/25
3397/23 3398/16
3403/24 3422/17
3428/12 3428/16
3435/18 3435/20
**herded [1]** 3379/23
**here [113]** 3299/24
3299/25 3305/9 3311/2
3311/3 3312/6 3312/18
3312/23 3313/1 3314/8
3314/16 3315/11
3315/20 3316/23
3316/24 3319/6
3321/23 3322/3
3324/18 3324/25
3325/3 3326/2 3328/3
3329/6 3332/14 3333/7
3333/11 3334/20
3334/21 3335/6
3335/21 3336/4 3336/7
3336/8 3336/14 3337/6
3337/10 3337/15

3337/18 3338/10
3339/3 3340/20
3340/21 3341/3 3342/4
3342/14 3342/25
3343/16 3344/17
3345/21 3346/15
3347/5 3348/21
3349/20 3349/21
3350/13 3350/24
3353/7 3353/20 3358/3
3365/14 3366/17
3366/23 3366/24
3367/10 3369/22
3369/24 3370/25
3371/11 3371/22
3372/11 3372/15
3373/5 3373/10
3373/13 3373/14
3375/13 3378/4 3380/9
3382/22 3383/17
3384/3 3384/14 3385/6
3385/6 3385/8 3386/16
3387/3 3387/16 3389/3
3393/20 3396/11
3396/21 3397/7
3400/13 3404/8 3410/8
3415/14 3417/10
3419/20 3420/1
3420/15 3421/11
3421/19 3422/8
3422/24 3423/20
3424/11 3424/12
3430/18 3431/12
3433/2 3444/20
**here's [1]** 3329/2
**herself [1]** 3309/18
**HI [1]** 3294/4
**Hidden [1]** 3412/22
**hide [1]** 3429/21
**hiding [5]** 3297/7
3297/16 3298/15
3299/23 3300/4
**highlight [2]** 3419/15
3421/4
**highlighted [1]**
3434/24
**highlighting [1]**
3421/16
**highly [3]** 3425/19
3433/9
**Hilgeman [2]** 3428/13
3428/17
**Hilgeman's [2]**
3428/13 3428/24
**him [22]** 3321/13
3322/14 3325/12
3331/9 3348/7 3350/24
3385/20 3385/21
3385/22 3385/25
3392/13 3393/22
3394/5 3399/3 3400/3
3401/12 3401/14
3401/20 3412/2 3414/4
3420/15 3433/18
**his [46]** 3305/25
3321/13 3323/3 3323/6
3327/6 3371/13
3385/18 3385/25

**his... [38]** 3389/20
3389/21 3389/23
3390/11 3390/16
3391/12 3392/19
3392/20 3392/21
3393/21 3400/22
3412/6 3412/7 3412/19
3412/25 3414/22
3415/16 3415/20
3416/8 3416/10
3416/10 3422/5 3425/3
3425/4 3430/14
3437/12 3437/16
3437/25 3438/3
3438/13 3441/15
3441/18 3441/19
3441/24 3441/24
3442/7 3443/4 3445/3
**hold [6]** 3347/1
3347/23 3349/1
3372/25 3394/22
3428/11
**holding [7]** 3336/15
3336/16 3384/14
3384/17 3397/25
3398/7 3403/24
**holes [1]** 3338/16
**holidays [1]** 3407/9
**home [11]** 3357/15
3358/4 3406/8 3408/15
3411/11 3412/6 3412/7
3412/19 3413/23
3415/13 3415/20
**honestly [1]** 3386/21
**Honor [48]** 3296/6
3298/1 3299/23
3302/25 3306/2
3306/10 3322/13
3323/22 3324/9
3326/17 3326/19
3327/7 3328/1 3332/2
3334/10 3355/24
3356/5 3356/15
3364/19 3364/24
3370/2 3372/17 3381/1
3388/15 3389/12
3389/16 3391/2
3391/16 3394/19
3395/16 3399/8
3406/12 3406/16
3406/18 3406/19
3406/25 3408/25
3409/24 3411/13
3416/15 3417/18
3418/1 3428/6 3435/22
3437/10 3437/18
3438/6 3440/11
**HONORABLE [2]**
3293/9 3296/2
**hotel [3]** 3413/18
3415/7 3442/16
**hour [2]** 3311/17
3351/9
**hours [5]** 3304/19
3341/21 3341/21
3341/21 3432/5
**house [59]** 3297/5

3304/17 3306/22
3306/25 3307/2 3307/3
3307/4 3307/6 3307/9
3307/11 3307/17
3307/19 3307/21
3307/22 3307/23
3308/20 3309/5
3309/15 3309/19
3310/17 3311/3 3311/7
3311/18 3311/24
3312/10 3314/2 3314/5
3314/18 3314/21
3315/3 3315/21
3316/10 3316/18
3317/4 3317/15 3322/1
3322/7 3324/16 3332/7
3332/21 3332/21
3335/14 3337/22
3338/8 3339/7 3339/17
3340/10 3354/16
3354/17 3354/18
3354/20 3354/24
3411/20 3412/25
3415/16 3416/22
3417/8
**House Chamber [15]**
3297/5 3309/19 3311/3
3311/18 3314/5
3314/21 3315/3
3315/21 3316/10
3316/18 3317/4
3317/15 3322/1
3337/22 3338/8
**how [40]** 3298/6
3307/6 3308/3 3317/17
3318/1 3336/25
3340/25 3341/12
3341/24 3342/6 3345/4
3351/24 3355/11
3356/12 3357/12
3358/1 3358/20
3358/21 3358/23
3359/17 3362/23
3371/9 3373/15 3377/7
3379/6 3379/20 3388/5
3388/11 3390/20
3404/20 3410/1
3410/12 3411/13
3411/14 3420/25
3423/3 3423/14
3430/12 3436/25
3442/19
**however [2]** 3409/10
3412/9
**huddled [1]** 3305/4
**Hughes [8]** 3293/15
3296/12 3419/1 3421/8
3424/12 3430/15
3431/21 3435/23
**huh [1]** 3396/24
**humans [1]** 3415/1
**hundred [1]** 3302/13
**Hundreds [1]** 3317/18

**I**

**I also [2]** 3419/22
3431/19

**I am [2]** 3299/6
3321/24 3340/5 3344/3
3344/7 3424/13 3442/2
**I apologize [1]** 3426/13
**I assume [3]** 3408/6
3409/22 3420/24
**I believe [16]** 3299/14
3300/10 3300/19
3303/11 3319/6 3319/7
3325/11 3326/21
3329/19 3335/4 3336/8
3390/8 3390/13 3413/2
3424/3 3440/6
**I can [8]** 3331/22
3388/10 3406/4
3408/14 3419/14
3421/5 3421/6 3432/2
**I can't [2]** 3389/24
3402/3
**I cannot [1]** 3429/21
**I could [1]** 3327/22
**I couldn't [1]** 3421/2
**I did [20]** 3312/8
3312/13 3313/13
3313/18 3314/3
3320/20 3320/22
3327/4 3327/6 3327/8
3327/22 3352/16
3353/9 3360/12
3360/24 3411/23
3424/24 3426/20
3428/10 3431/8
**I didn't [3]** 3431/18
3434/5 3442/24
**I didn't know [5]**
3315/25 3316/6 3362/6
3363/17 3406/1
**I don't [17]** 3303/22
3304/12 3327/25
3328/21 3329/15
3330/16 3388/13
3391/6 3392/25
3393/25 3409/19
3427/2 3427/3 3427/25
3435/21 3438/18
3440/7
**I don't have [4]**
3328/23 3329/6
3330/18 3427/20
**I don't recall [1]**
3390/14
**I feel [1]** 3332/3
**I guess [4]** 3390/17
3430/13 3444/2
3445/13
**I have [12]** 3310/16
3310/16 3344/5
3350/12 3351/10
3388/8 3388/8 3411/9
3417/16 3421/10
3433/22 3439/21
**I just [9]** 3369/17
3388/16 3390/15
3409/2 3420/10 3436/4
3436/14 3439/25
3442/18
**I know [2]** 3330/20
3431/10

3297/18 3300/7 3301/3
3305/3 3313/20 3323/1
3323/15 3327/15
3391/5 3391/14
3391/20 3393/4
3393/23 3418/12
3425/11 3431/5 3435/9
3438/12 3439/17
3443/6 3443/18
3443/23
**I say [1]** 3427/20
**I should [1]** 3413/16
**I stayed [1]** 3441/6
**I think [47]** 3297/3
3299/2 3303/9 3303/22
3305/8 3308/12
3314/13 3314/13
3316/20 3316/24
3316/24 3321/17
3323/3 3323/9 3323/10
3328/12 3333/2 3335/4
3391/4 3391/10
3392/18 3392/25
3393/10 3405/21
3410/23 3411/6 3412/8
3414/1 3415/24
3421/16 3425/11
3425/20 3427/13
3432/8 3432/20 3433/7
3434/7 3435/7 3438/17
3439/10 3440/18
3441/20 3441/22
3442/9 3442/10
3444/20 3445/15
**I thought [18]** 3315/25
3329/25 3337/9
3338/18 3338/19
3352/20 3353/18
3374/17 3409/5 3412/1
3412/15 3430/12
3431/17 3431/21
3432/9 3439/21
3442/20 3444/16
**I understand [6]**
3296/22 3393/15
3409/14 3425/4 3434/3
3441/17
**I want [2]** 3353/4
3433/1
**I wanted [5]** 3353/18
3419/11 3427/4 3445/8
3445/18
**I was [20]** 3306/23
3307/1 3307/2 3311/7
3311/11 3320/24
3320/24 3321/2
3337/24 3339/22
3351/25 3359/6
3361/13 3366/19
3367/22 3388/6 3390/1
3405/9 3419/2 3430/4
**I went [6]** 3316/23
3352/22 3360/2
3367/18 3367/24
3405/7
**I will [4]** 3334/9
3378/24 3424/11

**I wouldn't [3]** 3391/11
3394/4 3425/7
**I'd [2]** 3437/2 3439/19
**I'd just [1]** 3439/19
**I'll [11]** 3338/25
3356/13 3368/5 3389/2
3408/14 3417/20
3418/22 3420/15
3422/17 3437/7
3445/22
**I'm [62]** 3297/23
3299/1 3301/3 3301/22
3303/17 3305/5 3305/8
3307/9 3307/10 3311/9
3311/12 3314/10
3321/22 3322/15
3322/21 3323/18
3323/20 3329/20
3330/9 3331/3 3331/3
3331/9 3334/23
3335/15 3338/24
3347/14 3370/13
3371/10 3375/13
3381/12 3387/2
3387/15 3388/4 3389/8
3397/21 3405/24
3409/14 3410/9 3410/9
3410/10 3412/5
3418/24 3420/25
3424/19 3427/24
3428/6 3430/17
3430/21 3430/25
3431/20 3432/6 3432/8
3432/9 3432/24
3433/12 3433/24
3436/9 3437/7 3437/10
3437/15 3442/18
3444/11
**I'm just [2]** 3330/9
3433/12
**I'm not [8]** 3301/3
3311/9 3329/20
3409/14 3412/5
3430/21 3430/25
3442/18
**I'm not sure [4]** 3299/1
3305/5 3323/18
3335/15
**I'm sorry [11]** 3297/23
3301/22 3314/10
3334/23 3338/24
3347/14 3389/8
3405/24 3428/6
3433/24 3437/15
**I'm sure [1]** 3444/11
**I've [17]** 3300/14
3323/9 3329/12
3331/18 3341/17
3386/17 3396/23
3403/21 3404/8
3407/18 3408/24
3411/4 3427/10
3429/20 3432/4 3432/7
3435/3
**iCloud [5]** 3422/5
3423/2 3423/5 3426/3
3430/2

**I**

idea [1] 3358/5
identified [2] 3328/16
3418/4
identify [5] 3328/15
3373/12 3381/9
3383/15 3409/16
identifying [2] 3413/22
3416/6
immediately [2]
3300/12 3441/5
impeding [2] 3393/8
3393/12
important [1] 3308/17
impression [2] 3415/6
3442/1
inadmissibility [1]
3426/6
inadmissible [1]
3426/5
incident [1] 3319/14
inclined [1] 3421/5
included [1] 3414/22
includes [1] 3422/21
including [2] 3416/18
3416/19
inculpatory [1]
3434/20
INDEX [2] 3295/2
3295/8
Indian [1] 3294/7
indicate [1] 3348/18
indicated [2] 3333/22
3335/2
indicating [4] 3325/4
3341/4 3343/19
3360/11
individual [25] 3325/9
3333/13 3333/16
3336/14 3345/12
3371/6 3371/11
3375/12 3376/21
3384/13 3385/5
3386/11 3387/15
3387/20 3393/3
3397/12 3399/24
3399/25 3400/17
3427/5 3431/15
3431/22 3432/19
3433/15 3433/25
individual's [1]
3397/20
individually [1] 3433/5
individuals [19]
3299/23 3300/4 3304/2
3327/18 3328/15
3328/19 3331/11
3332/14 3332/20
3332/23 3333/6 3333/8
3334/4 3336/3 3336/11
3351/14 3354/7 3385/6
3385/20
infer [1] 3441/3
inference [3] 3415/2
3415/9 3439/4
information [6] 3310/6
3413/22 3416/6
3430/16 3430/23

informed [1] 3407/15
initially [3] 3332/9
3360/16 3432/24
Inn [2] 3413/17
3417/17
inquired [1] 3409/1
inquiry [1] 3421/24
inside [10] 3303/6
3303/19 3304/3 3316/9
3321/3 3322/1 3362/13
3411/18 3413/17
3413/21
insofar [2] 3436/6
3439/17
installed [1] 3429/9
instances [1] 3376/22
instead [2] 3339/18
3434/19
institution [2] 3340/14
3393/3
institutional [1]
3317/22
instruct [1] 3363/13
instructed [2] 3336/23
3414/16
instruction [2] 3439/12
3443/7
instructions [7]
3320/10 3320/16
3321/15 3332/11
3363/10 3444/11
3444/12
instructor [1] 3414/11
integrated [1] 3408/4
intelligent [1] 3424/12
intend [5] 3388/13
3410/25 3412/23
3413/3 3419/3
intending [3] 3408/22
3410/18 3414/2
intends [1] 3442/8
intent [2] 3401/3
3418/15
intention [1] 3417/9
intentional [1] 3418/14
intentionally [2]
3390/3 3430/20
interactions [1]
3361/11
interest [1] 3412/15
interests [1] 3308/21
interior [1] 3354/4
Internet [3] 3329/13
3329/16 3329/23
interpret [1] 3434/8
interpreted [1] 3434/9
interpreting [3]
3426/21 3428/12
3429/15
interrupt [2] 3321/1
3439/8
introduce [15] 3297/2
3356/25 3411/10
3412/12 3412/23
3413/3 3416/20
3416/21 3417/6 3417/7
3419/3 3444/3 3444/5

introduced [2] 3414/7
3441/23
introducing [1]
3412/16
involved [2] 3358/1
3444/15
iPhone [4] 3422/4
3422/9 3422/19 3429/6
irrelevant [4] 3391/6
3393/1 3393/25 3394/2
is [368]
is that correct [2]
3326/15 3341/15
is that right [1] 3335/3
is there [5] 3308/16
3361/20 3385/8
3422/25 3441/7
ish [1] 3314/13
isn't [3] 3392/16
3396/6 3445/17
issue [26] 3297/17
3297/21 3298/11
3301/5 3301/7 3323/18
3324/6 3327/10 3389/7
3389/9 3390/12
3408/25 3411/7 3411/8
3417/15 3417/23
3417/25 3418/1 3418/2
3418/13 3419/8
3426/18 3427/14
3437/9 3439/22
3442/22
issued [1] 3419/13
issues [6] 3305/23
3408/10 3408/24
3420/2 3442/21 3444/6
it [238]
it would be [1]
3340/15
it's [75] 3297/12
3298/22 3298/25
3299/17 3299/19
3299/19 3299/25
3303/25 3304/5
3304/12 3308/17
3310/20 3314/20
3316/3 3319/22
3323/13 3324/6
3326/25 3328/10
3328/25 3329/11
3331/7 3335/4 3335/4
3341/19 3344/21
3346/13 3350/13
3351/3 3360/17
3360/18 3361/10
3361/10 3370/4
3370/11 3374/16
3374/17 3375/4 3375/5
3391/6 3391/7 3391/14
3392/22 3392/22
3393/2 3393/3 3396/13
3407/11 3408/2
3408/18 3409/4
3415/17 3415/22
3416/11 3416/16
3417/13 3418/5
3418/12 3420/14

3427/16 3430/24
3431/10 3438/8
3439/16 3440/3 3440/3
3440/12 3440/18
3442/14 3442/16
3443/1 3443/1 3444/9
it's like [1] 3370/11
items [3] 3335/6
3335/11 3337/17
its [7] 3309/10 3328/22
3356/4 3364/14
3382/19 3395/5
3402/12
itself [4] 3300/25
3310/15 3340/11
3427/2

**J**

J-a-c-k-s-o-n [1]
3357/2
J-a-m-i-e [1] 3306/19
jacket [1] 3326/7
Jackson [51] 3294/11
3356/7 3356/11
3356/18 3357/1 3357/3
3364/2 3365/6 3366/16
3367/5 3368/5 3369/17
3370/25 3371/20
3372/10 3372/24
3373/25 3375/12
3376/9 3376/16 3377/4
3377/24 3378/12
3380/18 3381/9
3382/18 3383/10
3384/3 3384/11
3384/24 3386/8 3387/2
3387/15 3389/2
3389/11 3394/21
3396/5 3396/21 3397/9
3398/14 3398/21
3399/17 3400/16
3401/10 3402/1
3402/11 3403/8 3404/5
3404/7 3406/7
3406/20
James [4] 3373/13
3391/20 3392/12
3393/21
James Love [1]
3373/13
Jamie [3] 3306/3
3306/12 3306/19
January [34] 3293/5
3306/20 3307/15
3308/4 3308/24
3309/23 3311/6
3329/20 3329/20
3354/8 3359/3 3359/5
3359/6 3359/18
3359/20 3364/17
3365/20 3368/13
3375/17 3395/10
3399/5 3402/22
3431/24 3432/15
3437/22 3438/21
3439/2 3439/4
3439/18 3440/14

3443/23 3443/24 3446/7
January 6th [21]
3306/20 3307/15
3308/4 3308/24 3311/6
3329/20 3354/8 3359/3
3359/5 3359/6 3359/18
3359/20 3364/17
3365/20 3368/13
3375/17 3395/10
3399/5 3402/22
3431/24 3432/15
January 7th [1]
3329/20
JC [1] 3407/2
Jeffrey [2] 3293/14
3296/11
jeffrey.nestler [1]
3293/20
jerk [1] 3389/24
Jim [1] 3314/20
job [3] 3339/24
3374/15 3374/24
Joe [2] 3414/24 3416/9
Joe's [1] 3413/7
join [4] 3311/25
3357/16 3358/10
3423/22
joined [1] 3358/13
joint [1] 3309/3
Joseph [2] 3294/6
3296/9
Jr [1] 3294/2
JUDGE [10] 3293/10
3299/14 3300/10
3326/21 3327/11
3342/11 3411/4
3413/14 3418/3
3423/22
Judge Moss [1] 3418/2
July [1] 3420/5
jump [4] 3376/6
3377/19 3395/22
3399/13
June [2] 3437/14
3437/19
jury [43] 3293/9
3297/10 3304/1 3304/2
3305/18 3305/19
3324/21 3331/1
3334/18 3356/25
3359/10 3361/8
3364/20 3365/13
3366/6 3367/19
3368/17 3370/6
3371/21 3374/10
3377/6 3380/6 3381/10
3381/13 3383/4
3383/15 3389/1
3392/22 3394/14
3394/15 3395/12
3407/24 3415/13
3415/22 3422/6
3425/21 3428/13
3428/16 3428/16
3428/17 3439/16
3442/1 3444/11
just [154] 3297/9

**just... [153]** 3299/17
3301/22 3302/2
3305/23 3307/18
3308/7 3311/5 3312/25
3319/15 3321/20
3323/10 3324/21
3329/3 3330/9 3330/12
3335/22 3339/4
3341/17 3341/18
3342/1 3342/9 3343/16
3344/1 3344/15
3344/18 3346/20
3348/14 3349/3 3349/5
3349/11 3349/24
3358/5 3359/15 3361/5
3361/14 3363/24
3365/13 3366/6
3366/16 3368/3
3368/24 3369/9
3369/17 3371/5
3371/25 3372/6
3372/10 3372/15
3373/12 3374/14
3374/19 3375/3
3375/11 3376/12
3377/23 3378/4
3379/13 3380/16
3380/22 3382/16
3385/2 3387/24 3388/4
3388/16 3389/3
3389/25 3390/1
3390/15 3391/1
3392/16 3392/21
3393/2 3393/7 3393/13
3393/25 3394/21
3394/24 3395/1 3395/2
3395/25 3395/25
3396/5 3397/16
3398/10 3398/14
3398/19 3405/15
3406/4 3407/17
3408/15 3409/2
3409/16 3415/9
3415/21 3415/22
3416/16 3417/22
3418/2 3418/15 3420/5
3420/10 3420/15
3421/7 3421/20
3421/25 3422/6
3422/25 3423/13
3424/3 3424/6 3424/7
3424/8 3425/18
3425/23 3426/14
3426/17 3426/22
3427/7 3429/18
3430/13 3430/16
3431/1 3431/8 3431/23
3432/6 3432/7 3433/1
3433/12 3434/7
3434/11 3435/3
3435/10 3435/13
3435/13 3435/15
3435/17 3436/2 3436/4
3436/14 3437/2 3437/3
3439/1 3439/8 3439/19
3439/25 3440/19
3441/1 3441/8 3441/9

3444/21 3445/3
3444/21 3445/4
**justice [1]** 3357/11
**Justin [3]** 3298/19
3299/12 3419/12

**K**

**Kailua [1]** 3294/4
**Kathryn [2]** 3293/14
3296/11
**Kathryn.Rakoczy [1]**
3293/19
**keep [2]** 3440/21
3440/23
**Keeper [3]** 3298/8
**Keepers [3]** 3298/2
3298/16 3301/9
**keeps [1]** 3407/4
**Kelly [1]** 3414/22
**Kelly Meggs [1]**
3414/22
**ken [1]** 3436/6
**kept [2]** 3440/16
3440/19
**key [5]** 3319/8 3319/10
3319/11 3422/10
3422/10
**kind [19]** 3300/17
3300/24 3316/23
3317/6 3344/21
3360/15 3367/24
3379/22 3379/23
3380/3 3386/2 3386/15
3387/3 3390/2 3392/5
3423/15 3428/4 3429/8
3431/18
**kinds [3]** 3308/6
3317/19 3321/6
**knee [1]** 3321/13
**knew [3]** 3319/20
3339/22 3385/22
**know [78]** 3297/14
3299/16 3300/3 3301/4
3304/16 3305/1 3311/6
3311/10 3314/4
3315/25 3316/6
3319/14 3319/20
3320/7 3328/7 3330/20
3333/7 3337/20
3342/10 3342/15
3345/15 3348/9
3348/24 3350/17
3353/2 3358/6 3358/7
3358/18 3358/21
3360/9 3362/6 3363/17
3363/17 3364/2 3365/6
3366/8 3367/24
3370/13 3374/15
3374/19 3385/12
3386/21 3387/5 3390/1
3390/7 3391/19
3391/24 3392/22
3393/2 3405/24 3406/1
3408/17 3409/17
3410/6 3410/21
3416/11 3418/23
3426/19 3426/23
3427/5 3428/7 3431/5

3431/25 3432/23
3436/6 3436/25
3439/11 3440/18
3441/10 3442/7
3442/19 3444/5
3444/11 3444/23
3445/5 3445/9
**knowledge [3]** 3323/25
3425/17 3433/4
**known [1]** 3439/15
**knows [2]** 3298/1
3413/20

**L**

**lacking [1]** 3391/13
**lady [1]** 3373/14
**laid [4]** 3329/7 3331/1
3334/8 3421/17
**landing [2]** 3302/22
3302/25
**landline [1]** 3441/11
**landscape [1]** 3421/11
**Lane [1]** 3294/7
**language [2]** 3436/21
3436/21
**large [1]** 3358/20
**larger [1]** 3361/20
**last [16]** 3356/24
3357/1 3368/21
3369/12 3371/22
3372/11 3395/13
3402/7 3404/21
3408/13 3410/3
3411/13 3419/8 3439/9
3439/15 3444/12
**late [4]** 3408/2 3435/6
3441/18 3443/23
**later [6]** 3311/17
3354/8 3354/17
3415/13 3439/22
3443/5
**latest [1]** 3410/24
**latter [2]** 3433/9 3441/9
**laundry [1]** 3408/10
**law [11]** 3294/2 3302/7
3302/17 3320/11
3336/22 3337/3 3338/9
3339/3 3339/4 3363/22
3436/4
**laws [1]** 3358/22
**lay [6]** 3320/18
3320/25 3323/16
3327/2 3331/5 3425/18
**laying [3]** 3323/14
3324/3 3353/24
**layman's [1]** 3423/12
**layout [1]** 3340/3
**layperson [1]** 3436/7
**Lazarus [1]** 3350/20
**Lazo [9]** 3373/14
3373/15 3387/12
3387/17 3394/25
3395/12 3397/23
3398/6 3403/21
**Lazo's [6]** 3395/7
3396/14 3397/21
3398/4 3398/16 3402/4

3362/25
**leader [3]** 3307/11
3307/21 3340/14
**leaders [1]** 3363/6
**learn [2]** 3357/21
3358/21
**learned [1]** 3419/17
**least [13]** 3300/14
3300/16 3300/22
3324/4 3339/5 3393/18
3393/21 3409/17
3413/5 3413/13 3432/7
3440/22 3444/10
**leave [7]** 3311/18
3336/23 3350/11
3351/7 3360/23
3360/25 3415/22
**led [2]** 3304/10
3355/12
**Lee [1]** 3294/2
**left [29]** 3311/12
3314/21 3319/7 3326/2
3334/20 3336/7 3345/2
3346/13 3349/9 3351/4
3352/13 3354/1
3360/20 3361/8
3365/15 3365/16
3366/24 3369/10
3370/12 3384/3 3385/6
3395/13 3395/14
3395/15 3396/23
3403/14 3405/9
3407/12 3442/1
**legal [1]** 3305/23
**legally [1]** 3414/18
**legislative [1]** 3308/1
**lend [1]** 3426/6
**length [2]** 3298/24
3407/3
**lens [1]** 3396/12
**less [4]** 3319/15
3342/11 3342/12
3444/5
**let [18]** 3343/25 3364/2
3373/7 3390/5 3394/4
3407/6 3412/18
3415/22 3416/13
3421/7 3421/25
3424/16 3431/6 3435/4
3436/3 3436/7 3444/20
3444/21
**let's [14]** 3301/5
3303/24 3308/24
3310/11 3316/8
3324/13 3343/23
3359/22 3388/22
3398/17 3402/7
3408/20 3419/23
3442/21
**letter [2]** 3419/12
3435/24
**letting [3]** 3392/7
3392/9 3392/10
**level [4]** 3297/13
3297/15 3405/13
3433/3
**lie [3]** 3302/9 3321/18

**life [2]** 3315/10
3386/15
**light [1]** 3415/25
**like [57]** 3299/17
3313/7 3313/8 3315/11
3315/13 3317/21
3317/22 3321/14
3321/25 3329/7
3336/12 3337/2 3338/5
3338/6 3338/19 3339/2
3341/10 3341/22
3341/23 3342/9
3342/11 3343/19
3354/12 3358/6
3359/13 3360/7 3360/8
3360/10 3362/5 3362/7
3362/21 3362/22
3362/23 3367/24
3370/11 3374/13
3374/14 3374/16
3375/6 3377/10
3377/10 3379/22
3379/22 3379/23
3386/14 3386/15
3386/15 3386/17
3389/24 3397/2 3401/2
3405/4 3416/11
3424/20 3427/2 3427/3
3443/20
**likely [1]** 3309/6
3309/25
**limit [2]** 3394/4
3442/14
**limitations [3]** 3323/10
3326/9 3431/19
**limited [3]** 3305/9
3305/10 3439/14
**limiting [1]** 3443/6
**limits [1]** 3391/10
**Linares [1]** 3418/6
**line [19]** 3302/22
3307/24 3313/9 3325/2
3328/3 3341/5 3341/6
3341/14 3341/18
3344/22 3355/18
3370/16 3374/11
3392/13 3392/14
3393/19 3393/23
3429/8 3437/2
**Line 1 [1]** 3302/22
**list [5]** 3408/10
3422/10 3422/16
3422/23 3438/10
**literally [3]** 3425/4
3429/15 3431/1
**little [17]** 3299/19
3299/20 3307/12
3307/13 3319/1 3342/9
3342/14 3343/6
3343/22 3344/15
3375/5 3405/22
3407/10 3408/2
3410/22 3426/17
3437/3
**loaded [1]** 3361/4
**lobby [1]** 3302/4
**location [2]** 3339/12

**location...** [1] 3339/16
**locator** [1] 3422/20
**lock** [3] 3319/8
3342/19 3354/5
**locked** [3] 3302/8
3319/10 3320/7
**log** [2] 3422/21 3426/9
**logical** [1] 3443/11
**logistics** [1] 3310/3
**long** [24] 3298/6
3307/6 3344/21
3355/11 3357/12
3358/23 3359/17
3388/8 3388/11 3412/8
3412/9 3413/2 3413/12
3413/13 3414/3
3414/21 3415/1 3415/8
3415/16 3415/19
3416/18 3416/21
3427/18 3428/21
**longer** [5] 3358/18
3388/5 3407/10
3429/12 3440/5
**Longworth** [3] 3310/17
3339/20 3351/21
**look** [30] 3298/24
3303/3 3312/11
3312/19 3320/3
3327/15 3330/10
3341/22 3389/24
3391/4 3391/5 3402/7
3407/5 3407/21 3416/7
3416/12 3416/13
3418/21 3418/22
3421/25 3432/25
3436/3 3437/6 3437/7
3439/9 3439/11
3439/19 3442/23
3443/23 3444/20
**looked** [8] 3312/25
3322/7 3327/21
3332/21 3354/12
3358/7 3397/2 3438/9
**looking** [19] 3297/15
3297/16 3312/22
3324/17 3325/10
3332/8 3333/13
3335/23 3343/2
3344/20 3353/20
3390/5 3402/14
3412/10 3415/21
3415/23 3418/24
3421/16 3437/3
**looks** [3] 3426/22
3427/6 3433/6
**lose** [1] 3374/18
**lost** [1] 3408/13
**lot** [23] 3302/5 3308/19
3309/19 3313/2 3316/7
3319/4 3320/5 3320/8
3321/19 3367/23
3374/16 3374/17
3377/9 3384/17 3386/1
3386/12 3409/12
3410/2 3416/4 3419/6
3420/2 3427/19 3433/2
**Lou** [1] 3336/7

**Louis** [1] 3293/20
3296/12
**Love** [1] 3373/13
**low** [1] 3297/15
**lower** [2] 3297/15
3405/13
**luck** [1] 3356/3
**lunged** [1] 3397/13
**lunges** [1] 3386/11
**lying** [6] 3322/3 3323/7
3325/18 3333/11
3333/23 3334/1

# M

**mace** [1] 3375/6
**machinations** [1]
3298/21
**made** [7] 3302/11
3323/9 3327/12
3351/24 3379/22
3423/17 3439/5
**major** [1] 3357/14
**make** [18] 3308/20
3309/25 3314/1 3323/9
3359/15 3366/21
3368/24 3386/16
3390/15 3410/8
3415/10 3415/18
3418/23 3419/16
3423/18 3429/21
3431/11 3439/5
**makes** [1] 3441/25
**making** [13] 3308/18
3310/4 3310/5 3310/6
3310/8 3321/9 3401/3
3416/4 3426/13 3430/4
3433/14 3436/23
3437/3
**man** [6] 3326/7
3345/12 3348/5
3348/22 3350/14
3391/14
**manufactured** [1]
3330/15
**many** [11] 3302/7
3308/3 3317/17
3335/13 3341/24
3342/6 3377/7 3379/6
3382/5 3390/20 3433/1
**Manzo** [3] 3293/15
3296/12 3405/21
**map** [2] 3299/14
3344/17
**March** [10] 3438/24
3439/3 3441/9 3441/10
3441/18 3443/17
3445/1 3445/4 3445/15
3445/16
**Marion** [1] 3294/15
**marker** [1] 3440/4
**Martha** [4] 3373/14
3387/12 3387/17
3398/16
**Martin** [2] 3294/10
3296/15
**mask** [14] 3320/17
3320/19 3320/19
3320/21 3320/24

3345/13 3345/13
3347/6 3356/14
3360/17 3360/20
3381/21
**masks** [4] 3302/9
3321/16 3332/12
3335/12
**mass** [1] 3339/18
**materials** [2] 3317/13
3437/5
**matt** [1] 3294/22
**matter** [6] 3301/14
3309/17 3393/14
3434/8 3445/20 3446/4
**matters** [2] 3391/19
3408/17
**Matthew** [2] 3294/19
3296/17
**Matthew Peed** [1]
3296/17
**may** [21] 3296/24
3303/4 3323/18 3332/1
3356/1 3359/15 3370/9
3374/16 3386/16
3406/21 3411/10
3411/11 3415/9
3423/22 3424/22
3432/11 3432/18
3443/7 3443/8 3444/16
3444/18
**maybe** [20] 3342/10
3342/10 3343/6
3355/14 3357/13
3358/18 3362/11
3377/10 3377/10
3386/13 3409/10
3409/11 3420/5
3431/20 3432/6 3432/8
3433/12 3433/12
3437/1 3444/15
**McGovern** [6] 3301/25
3314/20 3315/8
3315/21 3317/16
3354/16
**me** [57] 3301/4
3301/23 3302/21
3311/25 3315/9
3317/21 3323/13
3325/2 3330/11
3330/11 3342/11
3343/25 3352/2
3352/18 3364/2
3386/15 3391/13
3406/2 3407/2 3407/4
3407/6 3407/15 3408/2
3409/17 3412/18
3415/17 3416/13
3417/16 3421/7
3421/25 3424/6
3424/14 3424/16
3425/19 3427/25
3428/1 3428/5 3428/19
3429/7 3429/18
3429/22 3429/23
3431/6 3432/6 3432/8
3433/22 3435/4 3436/2
3436/3 3436/3 3436/7

**mean** [41] 3297/11
3297/18 3300/7
3300/12 3301/3 3305/3
3313/20 3315/6 3320/5
3323/1 3323/15 3324/3
3327/15 3359/8
3365/14 3391/5 3391/7
3391/14 3391/20
3392/12 3392/16
3392/24 3393/4
3393/23 3410/17
3415/11 3418/12
3423/12 3425/11
3425/21 3431/5
3434/16 3435/9
3435/12 3437/16
3438/12 3439/17
3443/6 3443/18
3443/23 3443/24
**meaningless** [1]
3429/22
**means** [6] 3328/21
3401/4 3422/22 3426/7
3426/9 3436/22
**meant** [1] 3315/9
**measurements** [1]
3301/4
**media** [1] 3407/19
**meeting** [4] 3311/25
3312/3 3312/9 3313/22
**Meggs** [4] 3300/22
3414/12 3414/22
3414/22
**Meggs'** [2] 3414/20
3414/25
**MEHTA** [2] 3293/9
3296/3
**member** [15] 3308/16
3308/22 3310/9
3320/12 3320/14
3321/11 3325/3 3325/4
3339/5 3347/2 3347/11
3348/13 3352/1 3385/8
3429/3
**member's** [1] 3369/19
**members** [25] 3308/19
3308/20 3309/4
3309/24 3310/3
3317/14 3317/20
3318/17 3318/17
3319/11 3321/9 3328/2
3337/7 3338/9 3339/11
3361/18 3366/24
3371/21 3378/5
3380/11 3384/4 3387/8
3392/4 3393/9 3393/9
**memory** [1] 3304/16
**Mendoza** [12] 3385/15
3386/3 3397/13
3398/24 3399/2
3400/17 3400/24
3401/5 3401/10
3401/18 3401/25
3402/2
**mention** [1] 3411/23

**mentioned** [2] 3308/13
3413/7
**mere** [3] 3298/15
3299/1 3299/2
**merely** [2] 3426/7
3426/7
**message** [1] 3437/24
**messages** [22] 3414/7
3414/11 3414/15
3416/16 3424/1 3424/7
3431/15 3431/23
3432/19 3434/19
3434/20 3438/16
3438/22 3438/24
3438/25 3439/17
3441/20 3442/9
3443/18 3445/1 3445/4
3445/16
**met** [2] 3401/10
3437/22
**metadata** [2] 3425/9
3429/8
**Metropolitan** [3]
3356/6 3357/4 3357/5
3358/10 3358/23
**mid** [1] 3437/12
**mid-trial** [1] 3437/12
**middle** [3] 3338/6
3340/21 3345/4
**midst** [1] 3318/10
**might** [13] 3298/21
3308/23 3310/7 3310/9
3317/14 3409/11
3409/13 3409/13
3421/17 3421/21
3444/1 3444/15
3444/20
**Mike** [2] 3312/16
3312/16
**Mike Stenger** [1]
3312/16
**mile** [2] 3304/5 3304/6
**military** [1] 3365/21
**mind** [9] 3331/16
3386/10 3391/12
3393/24 3394/1
3440/21 3440/23
3442/7 3442/17
**minimum** [1] 3304/7
**MINUTA** [6] 3293/6
3294/2 3296/8 3296/13
3393/22 3406/15
**minute** [17] 3298/5
3302/5 3348/21 3366/8
3366/10 3370/22
3371/1 3371/17
3386/22 3397/4 3398/1
3398/10 3398/11
3399/14 3399/20
3404/1 3404/5
**minutes** [28] 3298/5
3301/20 3303/5
3312/21 3316/8 3316/9
3319/1 3319/9 3319/10
3349/20 3351/9
3355/15 3366/10
3372/2 3372/7 3373/21
3375/8 3376/6 3376/25

**M**

minutes... [9] 3377/12
3377/20 3378/9
3388/10 3400/11
3401/6 3401/16
3401/21 3401/25
missed [1] 3428/2
mission [1] 3379/15
misspoke [1] 3329/25
misunderstanding [1]
3431/20
Moerschel [4] 3294/10
3296/9 3296/16
3298/18
moment [18] 3320/25
3324/11 3331/23
3372/1 3374/1 3374/16
3374/17 3385/17
3386/8 3386/10
3386/15 3388/1 3391/9
3393/25 3400/16
3400/21 3421/6
3425/15
moments [1] 3371/23
Monday [7] 3407/21
3408/5 3410/7 3410/19
3418/25 3437/8
3445/22
money [1] 3432/4
month [1] 3365/17
months [3] 3358/18
3386/13 3415/13
mood [1] 3315/11
more [26] 3333/2
3343/6 3360/10 3362/3
3375/5 3376/12 3377/9
3388/9 3396/18
3397/16 3405/9
3423/13 3423/17
3423/18 3424/5
3424/12 3426/1 3426/5
3426/14 3426/15
3426/17 3431/13
3431/16 3431/18
3432/4 3441/7
morning [12] 3296/6
3296/20 3297/3
3305/22 3305/24
3306/16 3356/22
3356/23 3388/22
3406/10 3437/8
3445/22
Moss [1] 3418/3
most [12] 3301/2
3309/18 3313/20
3316/17 3321/10
3321/17 3339/14
3339/15 3408/23
3410/6 3412/4 3412/4
motion [2] 3411/9
3417/21
move [11] 3326/18
3344/8 3367/16
3368/16 3370/15
3374/7 3378/14 3383/3
3399/9 3410/5 3417/23
moved [3] 3302/8
3354/25 3377/16

moves [1] 3322/25
moving [7] 3299/6
3308/2 3337/8 3379/18
3379/19 3410/1
3410/22
MPD [3] 3358/2 3359/5
3359/6
MPD's [2] 3359/2
3360/2
Mr [5] 3331/25 3356/16
3393/15 3411/20
3438/23
Mr. [120] 3297/2
3297/12 3298/12
3298/17 3298/18
3298/18 3299/4
3299/16 3300/22
3301/5 3305/25 3306/7
3306/9 3306/20 3311/2
3321/20 3325/11
3326/1 3326/3 3330/9
3330/10 3332/4 3332/7
3334/18 3342/25
3344/1 3344/16
3354/15 3355/7
3355/25 3387/25
3388/5 3389/12
3389/14 3390/7
3391/20 3392/12
3392/19 3393/21
3393/22 3394/18
3405/21 3405/24
3406/14 3406/15
3409/5 3411/10
3411/20 3411/24
3411/24 3412/24
3413/4 3413/5 3413/10
3413/11 3413/12
3413/17 3413/23
3414/3 3414/8 3414/9
3414/9 3414/12
3414/13 3414/17
3414/20 3414/23
3414/24 3414/25
3415/3 3415/4 3415/25
3416/13 3416/22
3416/23 3417/1 3417/5
3417/8 3417/17 3419/4
3419/23 3419/25
3420/1 3420/14
3420/23 3421/24
3422/4 3427/13 3428/3
3428/15 3429/6
3430/12 3432/11
3432/18 3433/7
3433/14 3437/11
3437/13 3437/21
3438/11 3438/16
3438/16 3438/23
3439/25 3440/15
3440/16 3440/21
3440/24 3441/4
3441/20 3441/23
3442/17 3443/2
3443/20 3444/3 3444/4

3332/25 3353/10
3364/20 3381/2
3395/17 3402/24
3445/10
Mr. Berry [7] 3413/4
3413/10 3414/8
3414/17 3414/23
3414/24 3415/4
Mr. Berry's [1] 3416/13
Mr. Correa [1] 3326/1
Mr. Edwards [7]
3387/25 3388/5
3394/18 3405/24
3419/25 3420/1
3420/14
Mr. Fleet [13] 3297/2
3297/12 3306/7
3306/20 3311/2
3321/20 3332/7
3334/18 3342/25
3344/1 3344/16
3354/15 3355/25
Mr. Fleet's [1] 3299/4
Mr. Hackett [19]
3298/18 3389/12
3411/24 3413/5
3413/11 3413/12
3413/17 3414/3 3414/9
3414/9 3414/13 3415/3
3415/25 3416/23
3417/1 3417/5 3417/17
3432/18 3433/14
Mr. Hackett's [13]
3409/5 3411/10
3411/20 3412/24
3413/23 3416/22
3417/8 3419/4 3422/4
3428/15 3429/6
3432/11 3433/7
Mr. James [3] 3391/20
3392/12 3393/21
Mr. Manzo [1] 3405/21
Mr. Meggs [2] 3300/22
3414/12
Mr. Meggs' [2] 3414/20
3414/25
Mr. Minuta [1] 3393/22
3406/15
Mr. Moerschel [1]
3298/18
Mr. Nestler [10]
3298/12 3299/16
3301/5 3305/25 3306/9
3330/9 3419/23
3420/23 3428/3
3430/12
Mr. Nestler's [3]
3411/24 3421/24
3427/13
Mr. Peed [12] 3330/10
3355/7 3389/14 3390/7
3392/19 3438/11
3439/25 3441/20
3444/3 3444/4 3445/5
3445/10
Mr. Peed's [1] 3444/4
Mr. Peters [1] 3325/11
Mr. Rhodes [2]
3438/16 3440/21
Mr. Shipley [2] 3332/4

Mr. Thompson [1]
3326/3
Mr. Vallejo [11]
3437/11 3437/21
3438/16 3438/23
3440/15 3440/16
3441/4 3441/23 3443/2
3443/20 3445/3
Mr. Vallejo's [3]
3437/13 3440/24
3442/17
Mr. Weinberg's [1]
3298/17
Ms. [64] 3301/18
3302/2 3310/19 3314/8
3315/16 3316/12
3324/14 3325/22
3332/17 3334/14
3335/18 3336/20
3337/12 3339/25
3340/7 3342/22 3343/5
3343/14 3345/7
3345/10 3346/1
3346/17 3347/14
3348/2 3348/15
3349/23 3350/6
3351/17 3352/25
3363/25 3368/2 3369/4
3373/20 3375/8 3376/4
3377/12 3377/19
3380/15 3382/15
3387/23 3395/22
3397/17 3398/9 3399/7
3399/13 3400/14
3402/8 3403/4 3403/9
3404/14 3416/25
3417/7 3419/1 3420/18
3421/8 3423/23
3424/12 3429/17
3430/15 3431/4
3431/21 3434/16
3435/15 3435/23
Ms. Babbitt [2]
3301/18 3302/2
Ms. Badalament [48]
3310/19 3314/8
3315/16 3316/12
3324/14 3325/22
3332/17 3334/14
3335/18 3336/20
3337/12 3339/25
3340/7 3342/22 3343/5
3343/14 3345/7
3345/10 3346/1
3346/17 3347/14
3348/2 3348/15
3349/23 3350/6
3351/17 3352/25
3363/25 3368/2 3369/4
3373/20 3375/8 3376/4
3377/12 3377/19
3380/15 3382/15
3387/23 3395/22
3397/17 3398/9 3399/7
3399/13 3400/14
3402/8 3403/4 3403/9
3404/14

Ms. Halim [4] 3416/25
3417/7 3429/17
3435/15
Ms. Halim's [3]
3423/23 3431/4
3434/16
Ms. Hughes [6] 3419/1
3421/8 3424/12
3430/15 3431/21
3435/23
much [17] 3300/4
3342/10 3342/10
3356/2 3388/5 3407/17
3407/20 3408/20
3408/23 3417/15
3418/19 3423/13
3424/12 3426/15
3431/13 3435/19
3444/9
music [1] 3379/13
must [1] 3428/2
my [57] 3309/2 3309/3
3316/24 3316/25
3319/13 3320/24
3320/25 3325/2
3329/13 3330/25
3331/15 3332/2
3334/23 3339/16
3339/18 3339/23
3339/23 3339/24
3353/23 3357/1 3358/3
3358/7 3358/25
3359/19 3360/16
3360/20 3360/20
3360/21 3361/1
3367/25 3370/12
3380/8 3382/1 3386/13
3386/14 3390/15
3395/14 3407/11
3418/21 3420/14
3420/21 3420/22
3421/2 3421/5 3421/24
3423/25 3424/4 3430/8
3430/9 3432/24 3433/3
3433/13 3434/13
3438/15 3442/23
3443/10 3443/16
Myers [3] 3294/12
myself [2] 3337/9
3383/14

**N**

name [7] 3306/17
3356/24 3356/25
3357/1 3357/1 3361/20
3416/10
named [2] 3296/18
3312/15
names [1] 3345/17
Nancy [2] 3307/2
3307/15
Nancy Pelosi [1]
3307/2
narrow [2] 3434/23
3435/2
natural [1] 3392/3
nature [1] 3308/10

**N**

nature... [2] 3390/10
3435/20
near [4] 3339/16
3374/11 3383/21
3445/2
necessary [2] 3401/4
3409/5
need [12] 3300/7
3333/3 3360/10
3360/11 3408/8
3423/10 3424/14
3433/7 3435/25 3436/4
3436/15 3444/13
needed [1] 3339/23
needs [1] 3308/23
neglect [1] 3411/23
Nestler [12] 3293/14
3296/11 3298/12
3299/16 3301/5
3305/25 3306/9 3330/9
3419/23 3420/23
3428/3 3430/12
Nestler's [3] 3411/24
3421/24 3427/13
never [6] 3338/1
3386/14 3386/17
3411/18 3432/22
3437/23
new [2] 3307/10
3436/23
next [16] 3306/1
3316/8 3316/9 3326/3
3341/7 3342/15 3356/4
3365/17 3365/17
3384/4 3406/10
3409/13 3409/16
3411/8 3415/12
3417/20
nice [2] 3444/13
3445/21
night [2] 3408/13
3410/3
no [85] 3293/4 3296/7
3296/8 3298/7 3300/21
3303/17 3303/21
3311/9 3324/2 3326/11
3326/13 3327/7
3327/11 3329/8 3330/2
3344/10 3351/10
3353/12 3354/22
3355/1 3355/2 3355/5
3355/6 3355/21
3355/24 3361/6
3361/15 3363/23
3364/11 3364/21
3364/22 3368/9
3368/18 3372/16
3377/5 3381/3 3381/23
3382/3 3383/5 3392/9
3392/9 3395/18
3399/10 3400/7 3400/9
3405/9 3406/4 3406/12
3406/13 3406/15
3406/18 3406/19
3406/25 3411/2
3411/22 3413/14
3413/20 3413/21

3415/13 3415/14
3416/11 3420/17
3420/21 3420/25
3422/7 3423/4 3423/19
3424/7 3426/1 3426/5
3426/25 3429/12
3429/21 3430/8
3432/23 3433/17
3433/25 3434/12
3434/12 3434/12
3434/14 3437/25
3438/6 3440/5
nobody [2] 3363/14
3413/20
None [1] 3391/17
Nonpartisan [1]
3317/21
normal [4] 3318/6
3318/7 3336/12
3360/18
normally [1] 3443/25
north [2] 3299/18
3341/18
not [163]
notably [1] 3321/10
note [1] 3440/1
noted [1] 3312/5
nothing [5] 3422/5
3422/24 3441/16
3441/19 3444/13
notice [12] 3338/15
3409/10 3410/15
3421/13 3423/8
3423/24 3426/14
3427/8 3430/9 3434/24
3435/6 3436/2
noticed [2] 3420/2
3428/8
notices [1] 3420/4
noting [1] 3424/8
notion [1] 3442/13
notwithstanding [1]
3304/21
November [6] 3420/6
3420/11 3420/16
3420/24 3426/20
3427/15
now [85] 3297/9
3307/12 3307/13
3311/17 3314/19
3315/8 3323/16
3324/22 3329/21
3330/12 3332/3
3334/18 3337/17
3342/21 3348/21
3351/3 3351/12
3351/17 3351/20
3352/13 3354/10
3354/15 3360/3
3360/11 3362/15
3363/2 3363/5 3365/25
3367/5 3368/2 3369/10
3372/10 3373/20
3373/25 3374/7
3374/22 3377/4
3377/15 3378/4 3378/8
3378/23 3379/3
3379/14 3380/10

3384/3 3384/24 3387/2
3388/23 3394/24
3395/1 3396/8 3396/18
3397/21 3398/4 3398/6
3398/10 3398/17
3399/24 3400/3 3400/5
3400/13 3402/4
3402/14 3402/15
3403/8 3403/15 3404/5
3404/11 3405/22
3407/5 3408/13
3410/10 3411/14
3414/15 3415/19
3424/12 3427/12
3427/24 3435/18
3437/4 3438/12
3439/22 3441/22
nuanced [1] 3443/7
number [9] 3297/17
3297/21 3308/1
3328/16 3373/17
3377/7 3410/4 3413/19
3416/11
number 2 [1] 3297/21
numbers [2] 3299/13
3365/14
NW [2] 3293/17
3294/20

**O**

oath [7] 3298/2 3298/8
3298/16 3301/9 3306/5
3356/9 3394/22
Oath Keeper [1]
3298/8
Oath Keepers [3]
3298/2 3298/16 3301/9
object [8] 3322/13
3326/19 3331/19
3370/2 3389/22
3389/24 3389/25
3437/10
objecting [1] 3299/4
objection [26] 3310/5
3310/8 3316/2 3322/12
3324/11 3329/9
3329/10 3329/13
3330/21 3330/22
3330/25 3338/23
3338/25 3344/10
3352/7 3353/12
3364/21 3364/22
3368/18 3381/3 3383/5
3390/2 3390/9 3390/16
3395/18 3399/10
objections [5] 3296/23
3297/8 3309/6 3310/1
3317/9
objective [1] 3367/12
obscure [1] 3439/6
observations [2]
3316/9 3440/10
observe [4] 3318/8
3321/3 3321/25
3323/11
observed [2] 3312/21
3324/1

3434/17 3438/5 3442/4
3442/6
obtained [3] 3425/25
3437/17 3437/19
obvious [1] 3424/5
obviously [8] 3297/11
3305/1 3308/19
3338/17 3389/23
3391/10 3392/3
3425/15
OC [4] 3375/2 3375/3
3375/4 3375/18
occasion [4] 3311/18
3312/11 3320/3
3352/14
occupied [1] 3306/25
occurred [6] 3301/20
3302/2 3302/12
3368/13 3395/10
3402/21
occurring [1] 3364/17
October [2] 3419/24
3426/19
off [8] 3298/20 3313/5
3313/8 3319/23
3339/17 3343/21
3381/25 3440/19
offer [1] 3400/8
offering [2] 3430/10
3431/17
office [27] 3293/16
3310/14 3310/16
3310/16 3310/17
3310/17 3311/21
3311/23 3312/15
3316/23 3319/2 3337/4
3339/16 3339/17
3339/18 3339/20
3339/21 3340/15
3340/17 3343/3
3346/12 3346/24
3347/25 3351/20
3351/21 3352/22
3352/23
officer [84] 3300/24
3356/6 3356/11 3357/3
3357/23 3358/3
3358/24 3364/2 3365/6
3366/16 3367/5 3368/5
3369/17 3370/25
3371/20 3372/10
3372/24 3373/15
3373/25 3375/12
3376/9 3376/16 3377/4
3377/24 3378/12
3380/8 3381/9 3382/2
3382/18 3383/10
3384/3 3384/13
3384/24 3385/10
3385/12 3385/15
3386/3 3386/8 3387/2
3387/15 3389/2
3389/11 3390/9
3390/23 3391/21
3391/22 3391/23
3393/20 3394/21
3394/25 3395/7

3395/12 3396/5
3396/14 3396/21
3397/9 3397/13
3397/21 3397/23
3398/4 3398/6 3398/14
3398/21 3398/24
3399/1 3399/17
3400/16 3400/17
3400/23 3401/5
3401/10 3401/10
3401/18 3401/25
3402/1 3402/2 3402/4
3402/11 3403/8
3403/21 3404/5
3404/17 3406/7
3406/20
Officer Dunn [1]
3300/24
Officer Jackson [5]
3356/11 3366/16
3396/5 3398/21
3400/16
Officer Mendoza [6]
3398/24 3401/5
3401/10 3401/18
3401/25 3402/2
officer's [2] 3393/24
3394/1
officers [15] 3302/7
3302/18 3313/5
3363/22 3367/21
3367/25 3373/3
3374/11 3374/22
3377/7 3386/19
3390/18 3391/6
3392/14 3393/13
offices [4] 3294/2
3308/22 3340/11
3340/22
officially [1] 3407/12
officials [3] 3337/4
3339/3 3339/5
often [1] 3389/16
oh [10] 3320/5 3325/15
3342/13 3342/16
3342/18 3368/23
3372/16 3411/22
3419/25 3427/2
okay [71] 3297/20
3299/22 3303/2
3305/14 3307/14
3311/16 3313/25
3317/1 3330/19
3331/16 3331/20
3334/17 3337/5 3337/9
3338/2 3339/10
3342/17 3343/23
3350/4 3355/16
3359/23 3362/12
3364/5 3365/5 3365/23
3368/23 3369/8
3369/16 3369/25
3370/10 3379/2
3381/20 3383/20
3385/5 3385/16
3387/22 3388/16
3388/20 3389/12
3390/22 3390/25

3464

okay... [30] 3394/7
3395/15 3398/3 3398/8
3402/18 3407/1
3407/15 3408/11
3408/19 3410/16
3411/5 3412/21
3418/11 3418/20
3419/5 3419/18 3420/8
3421/9 3421/22
3430/13 3434/3 3436/1
3437/8 3437/20
3439/23 3440/9
3440/10 3442/21
3444/7 3444/8
older [1] 3414/17
once [7] 3299/3
3366/10 3379/21
3382/12 3386/16
3389/23 3405/3
one [70] 3297/17
3298/7 3309/15 3313/6
3317/21 3319/7
3319/14 3320/12
3320/12 3320/17
3327/16 3333/2
3335/14 3337/3 3337/8
3339/5 3340/25
3341/11 3341/12
3342/1 3343/16 3347/3
3360/17 3368/21
3370/14 3375/4
3375/11 3376/12
3376/22 3381/12
3385/6 3388/9 3390/21
3391/21 3392/14
3393/5 3393/6 3396/5
3396/18 3397/16
3402/7 3403/8 3408/18
3410/8 3412/9 3412/10
3412/11 3412/14
3412/18 3413/1
3413/13 3415/2
3415/21 3415/23
3420/2 3422/4 3422/18
3424/2 3427/3 3427/3
3431/9 3431/10 3435/1
3435/14 3436/16
3436/19 3440/22
3443/8
ones [3] 3409/17
3439/3 3439/4
only [12] 3304/13
3304/15 3323/6 3339/5
3402/9 3407/7 3407/7
3410/14 3412/11
3412/14 3423/24
3439/17
op [3] 3431/25 3438/25
3441/4
op chat [1] 3441/4
op or [1] 3431/25
open [5] 3324/10
3331/21 3368/2
3388/21 3398/18
opened [1] 3405/19
opine [1] 3436/10
opinion [1] 3430/22
opportunity [3] 3358/8
3431/6 3443/9
opposed [1] 3392/20
orange [1] 3324/25
order [3] 3357/22
3420/3 3433/17
ordered [1] 3301/21
orient [3] 3343/16
3344/15 3395/12
Ortega [1] 3390/12
other [33] 3300/23
3308/22 3312/4
3317/11 3317/21
3319/19 3320/8 3323/4
3327/12 3328/10
3337/8 3339/6 3339/17
3347/18 3360/6
3360/23 3367/25
3370/7 3370/16 3384/4
3406/24 3414/2 3415/1
3415/16 3415/19
3418/17 3420/10
3420/20 3432/10
3433/1 3433/11 3434/7
3439/13
other's [1] 3372/25
others [2] 3321/9
3322/3
ought [1] 3444/10
our [17] 3299/25
3300/11 3352/20
3360/6 3380/4 3388/22
3407/5 3407/13
3410/23 3413/12
3416/23 3416/24
3417/9 3420/4 3423/7
3434/22 3434/24
ourselves [1] 3420/7
out [47] 3297/9 3305/1
3313/1 3319/18
3319/21 3319/22
3321/10 3332/1 3337/6
3337/10 3338/4 3338/5
3341/24 3347/17
3373/16 3373/17
3379/12 3379/18
3379/19 3380/5 3380/8
3382/5 3386/16
3389/11 3389/13
3394/24 3396/9 3400/3
3400/19 3402/16
3404/18 3404/25
3410/2 3410/4 3410/4
3413/19 3415/19
3416/4 3416/10
3417/19 3420/25
3421/18 3430/14
3431/11 3436/15
3439/19 3443/19
outlined [1] 3435/3
outside [10] 3300/6
3300/9 3300/11
3300/12 3303/6
3311/13 3312/11
3312/21 3362/1
3417/11
over [24] 3309/14
over [1] 3312/6 3312/11
3312/20 3313/7
3314/15 3314/18
3316/9 3321/13 3325/9
3333/13 3335/1 3336/1
3336/7 3349/21 3351/9
3365/15 3365/16
3379/8 3408/14
3416/14 3429/19
3436/18 3437/6
overcome [1] 3442/11
overruled [2] 3316/3
3370/4
owe [1] 3407/3
Owens [1] 3365/10
own [2] 3414/12
3441/18

P

P. [1] 3296/3
p.m [29] 3298/15
3301/18 3301/18
3301/25 3302/1
3310/23 3311/2 3311/5
3311/14 3311/17
3311/23 3313/1
3314/17 3315/12
3315/17 3315/20
3316/15 3337/14
3346/14 3349/10
3350/14 3350/24
3351/15 3364/17
3365/19 3365/20
3371/16 3382/24
3445/25
PA [1] 3294/7
page [2] 3421/3
3428/17
pages [1] 3429/2
painted [1] 3416/9
pandemic [3] 3318/11
3318/14 3321/12
panel [2] 3305/18
3394/14
paper [1] 3317/8
parade [1] 3415/21
paragraph [4] 3419/15
3435/23 3435/24
3440/3
parliamentarians [1]
3317/23
part [18] 3298/22
3308/16 3308/17
3308/18 3312/9 3321/2
3323/11 3331/19
3340/21 3345/21
3350/23 3386/14
3386/17 3393/4
3393/17 3410/6
3426/18 3430/1
participated [1] 3304/3
particular [6] 3301/10
3308/25 3323/2
3391/22 3421/1 3433/6
particularly [1]
3409/20
parties [1] 3407/14
partisan [1] 3317/20
pass [2] 3366/9
3366/9
passed [1] 3428/21
password [1] 3422/13
passwords [1]
3422/11
past [6] 3351/9 3373/8
3392/13 3392/23
3393/19 3393/22
path [1] 3343/17
patience [1] 3305/23
pattern [1] 3325/7
pause [10] 3305/17
3345/9 3346/3 3372/15
3376/6 3377/20 3378/4
3387/25 3399/14
3400/13
pausing [1] 3366/23
pay [1] 3380/4
paychecks [1] 3380/4
Peed [16] 3294/19
3294/19 3296/17
3330/10 3355/7
3389/14 3390/7
3392/19 3393/15
3438/11 3439/25
3441/20 3444/3 3444/4
3445/5 3445/10
Peed's [1] 3444/4
peeled [1] 3339/17
Pelosi [12] 3307/2
3308/4 3309/13 3311/4
3313/20 3314/23
3314/24 3315/3 3315/6
3350/11 3351/7 3354/8
Pelosi's [2] 3307/15
3313/16
pending [2] 3411/8
3417/21
Pennsylvania [1]
3317/10
people [56] 3297/15
3297/16 3298/15
3301/21 3302/6 3302/8
3302/9 3302/13
3302/19 3303/7
3303/19 3308/3
3308/22 3313/21
3317/17 3317/19
3318/21 3321/6
3321/15 3321/17
3321/19 3323/4 3323/6
3323/7 3323/17
3325/13 3325/18
3327/4 3331/14 3332/8
3332/12 3333/22
3349/5 3351/11
3352/13 3355/17
3355/19 3362/3
3363/21 3378/14
3379/11 3379/12
3379/18 3379/22
3384/17 3386/18
3409/11 3409/12
3409/22 3410/18
3413/18 3414/16
3414/17 3414/25
3416/18 3433/11
Peters [1] 3375/4
perceiving [1] 3392/20
percent [2] 3325/17
3329/20
perfect [3] 3340/8
3396/2 3444/12
perhaps [2] 3304/22
3408/2
perimeter [1] 3313/4
period [8] 3302/5
3304/9 3304/17 3305/3
3367/15 3438/17
3441/8 3445/13
periods [2] 3396/6
3437/23
permit [1] 3334/9
person [9] 3299/13
3331/4 3349/20 3371/5
3391/21 3432/18
3433/5 3436/10
3436/12
person's [2] 3336/16
3350/2
personal [8] 3313/17
3360/20 3360/21
3390/11 3411/25
3412/3 3412/4 3413/5
personnel [3] 3319/8
3319/15 3319/16
Peters [1] 3325/11
Philadelphia [1]
3294/7
Phoenix [2] 3440/2
3440/3
phone [41] 3384/14
3388/1 3416/10
3417/21 3419/3 3419/4
3422/4 3422/11
3422/12 3422/23
3423/1 3423/10
3423/25 3424/2 3424/7
3424/21 3424/22
3425/3 3425/5 3425/9
3425/10 3425/13
3425/13 3426/23
3428/15 3429/9
3430/14 3430/19
3431/3 3432/11 3433/1
3433/16 3437/12
3437/13 3437/16
3437/16 3437/19
3437/25 3438/3
3438/13 3441/24
phones [6] 3297/10
3379/12 3384/17
3420/21 3426/12
3430/10
photo [6] 3328/11
3330/15 3381/15
3383/18 3413/15
3416/8
photograph [16]
3300/23 3324/4
3326/25 3327/19
3327/24 3328/21
3328/24 3329/5 3331/5
3331/10 3331/11
3331/13 3380/18

**photograph... [3]** 3380/21 3380/24 3381/14
**photographer [2]** 3381/18 3382/6
**photographs [10]** 3297/14 3300/14 3305/12 3321/22 3322/5 3323/23 3326/24 3327/9 3327/13 3328/4
**photos [1]** 3297/4
**physical [2]** 3304/22 3380/10
**pick [1]** 3427/2
**picked [1]** 3415/21
**pickup [1]** 3414/20
**picture [9]** 3330/25 3338/14 3338/17 3339/4 3353/8 3353/9 3353/17 3353/21 3364/3
**piece [2]** 3353/24 3435/14
**pieces [1]** 3305/13
**Pinkerton [2]** 3392/8 3392/10
**pinpoint [1]** 3305/3
**place [5]** 3301/21 3302/7 3304/25 3312/3 3428/5
**placed [3]** 3306/5 3337/23 3356/9
**placement [1]** 3304/22
**places [1]** 3310/16
**Plaintiff [1]** 3293/4
**planning [1]** 3417/6
**plant [1]** 3444/10
**platform [2]** 3413/1 3414/10
**platoon [24]** 3364/12 3365/11 3366/24 3368/10 3369/19 3370/15 3370/18 3371/21 3372/11 3372/25 3373/10 3374/5 3374/8 3374/22 3377/16 3378/5 3379/20 3380/11 3382/4 3383/22 3384/4 3384/7 3385/8 3387/8
**play [42]** 3309/22 3345/6 3345/25 3346/16 3348/1 3348/14 3350/5 3365/1 3366/3 3366/13 3367/2 3369/4 3369/13 3370/22 3371/17 3372/2 3372/6 3375/7 3376/12 3376/25 3377/11 3378/1 3378/9 3383/13 3383/24 3384/10 3384/20 3386/4 3386/22 3395/23 3396/16 3396/18 3397/3 3397/16 3398/1

**played [55]** 3310/24 3315/18 3316/13 3332/18 3333/20 3334/15 3335/19 3345/8 3346/2 3346/18 3347/15 3348/3 3348/16 3349/18 3349/25 3350/7 3351/1 3357/11 3357/13 3365/3 3366/14 3367/3 3369/6 3369/14 3370/23 3371/18 3372/4 3372/8 3373/23 3375/9 3376/14 3377/2 3377/13 3377/21 3378/2 3378/10 3384/1 3384/11 3384/22 3386/6 3386/24 3395/24 3396/3 3396/17 3397/5 3397/18 3398/12 3399/15 3399/22 3400/12 3401/8 3401/23 3403/6 3403/19 3404/3
**playing [4]** 3344/16 3379/13 3392/21 3396/6
**plays [1]** 3400/10
**Plaza [1]** 3304/7
**please [67]** 3296/4 3305/20 3306/4 3306/16 3307/18 3310/20 3315/15 3316/12 3325/21 3332/16 3333/19 3334/13 3334/19 3335/17 3337/12 3340/7 3342/21 3343/13 3345/7 3346/1 3346/16 3347/4 3348/15 3352/25 3354/11 3356/8 3356/24 3363/24 3365/1 3366/13 3367/8 3373/21 3376/19 3376/25 3382/15 3383/24 3384/20 3386/4 3386/23 3387/13 3387/23 3394/12 3394/16 3396/16 3397/3 3398/2 3398/18 3399/20 3400/10 3401/6 3401/16 3401/21 3403/4 3403/11 3403/18 3404/1 3407/19 3407/25 3417/24 3419/16 3419/24 3421/3 3427/16 3427/21 3427/25 3428/1 3440/23
**PO [1]** 3294/3
**point [57]** 3298/8

3319/20 3320/12 3320/12 3320/13 3320/17 3320/18 3322/6 3323/3 3323/6 3325/24 3328/7 3328/16 3328/17 3328/23 3337/3 3361/24 3362/13 3367/12 3367/24 3375/1 3377/10 3379/21 3381/21 3385/20 3385/22 3386/13 3388/13 3391/12 3392/18 3400/5 3400/5 3401/2 3404/21 3405/10 3407/13 3409/20 3418/12 3420/13 3420/24 3422/3 3422/18 3422/19 3423/8 3428/1 3429/5 3429/9 3431/21 3432/3 3434/11 3434/25 3442/23 3443/5 3443/11 3443/16
**pointed [5]** 3394/24 3396/9 3428/12 3428/16 3429/14
**points [2]** 3367/20 3421/21
**police [23]** 3313/5 3317/24 3320/14 3321/7 3356/6 3357/4 3357/5 3357/16 3357/19 3357/22 3358/3 3358/10 3358/17 3358/23 3387/6 3387/7 3392/13 3392/14 3393/12 3393/19 3393/22 3396/13 3404/22
**policies [1]** 3308/11
**political [1]** 3440/17
**politics [1]** 3313/21
**poll [3]** 3408/15 3408/17 3408/18
**pops [1]** 3366/10
**portion [6]** 3327/23 3328/21 3331/10 3343/5 3376/9 3435/20
**portions [2]** 3326/23 3328/4
**position [17]** 3298/7 3306/24 3307/8 3307/15 3324/7 3325/19 3334/6 3336/11 3347/1 3347/10 3347/23 3348/12 3349/1 3352/11 3415/24 3426/1 3441/13
**positions [5]** 3306/25 3308/7 3327/19 3331/15 3345/17
**possess [2]** 3413/11 3414/18
**possessed [1]** 3416/1

**possession [2]** 3418/14 3418/16
**possibility [1]** 3298/7
**possible [2]** 3426/15 3433/18
**possibly [2]** 3298/23 3424/14
**post [3]** 3443/23 3444/1 3445/12
**potent [1]** 3375/5
**potential [1]** 3444/17
**poured [1]** 3313/7
**power [1]** 3321/2
**pre [1]** 3416/5
**pre-dates [1]** 3416/5
**precise [1]** 3427/21
**precisely [3]** 3323/15 3391/19 3393/4
**prefaced [1]** 3327/3
**prefer [1]** 3417/7
**preferred [1]** 3408/3
**prejudicial [1]** 3391/14
**preliminary [1]** 3444/21
**prepare [1]** 3372/13
**prepared [1]** 3317/9
**preparing [3]** 3371/23 3409/3 3424/15
**preponderance [1]** 3328/13
**prepped [1]** 3389/19
**present [4]** 3296/18 3315/20 3337/22 3338/8
**presently [1]** 3327/9
**presents [1]** 3421/18
**preside [1]** 3309/14
**President [1]** 3309/11
**Presidential [1]** 3307/25
**presiding [7]** 3296/3 3311/3 3314/18 3314/22 3314/23 3314/25 3315/8
**press [4]** 3308/11 3323/23 3329/4 3329/18
**presumably [1]** 3415/5
**presumed [1]** 3434/20
**pretrial [4]** 3411/12 3419/25 3420/2 3444/19
**pretty [2]** 3328/25 3416/12
**preventing [1]** 3393/21
**prevents [1]** 3327/25
**previous [1]** 3394/25
**prior [6]** 3303/12 3327/12 3336/10 3339/8 3399/25 3432/18
**probably [8]** 3300/25 3301/1 3328/18 3360/7 3381/17 3407/10 3407/11 3444/10
**probative [4]** 3391/13 3392/23 3393/11 3440/18

**problem [2]** 3435/19 3442/12
**proceed [1]** 3332/4
**proceeding [2]** 3313/11 3393/17
**proceedings [6]** 3293/9 3296/19 3309/14 3318/8 3445/25 3446/4
**process [5]** 3309/13 3309/23 3355/12 3355/17 3393/3
**proffer [1]** 3298/9
**proffered [1]** 3435/1
**program [6]** 3357/17 3357/19 3357/20 3358/1 3358/2 3358/6
**proof [3]** 3413/14 3413/15 3415/15
**proposes [1]** 3297/2
**protests [3]** 3359/14 3359/14
**protocol [1]** 3308/14
**prove [2]** 3418/18 3434/15
**proven [1]** 3417/14
**provide [5]** 3320/5 3410/15 3427/21 3428/20 3443/6
**provided [2]** 3409/10 3418/6
**provides [1]** 3328/2
**public [3]** 3318/8 3318/15 3318/15
**publically [1]** 3323/22
**publish [8]** 3363/24 3364/20 3368/16 3380/15 3381/2 3383/4 3395/17 3399/9
**published [3]** 3329/14 3329/15 3380/18
**pull [15]** 3298/20 3310/19 3321/20 3339/25 3342/21 3343/25 3352/24 3370/15 3385/21 3386/18 3402/8 3420/23 3427/13 3435/24 3435/25
**pulled [2]** 3313/5 3400/17
**pulling [1]** 3386/20
**pulls [1]** 3439/25
**Punta [1]** 3294/16
**purchased [1]** 3411/21
**purple [1]** 3416/9
**purport [1]** 3327/17
**purports [2]** 3324/5 3328/13
**purpose [3]** 3439/2 3439/14 3441/9
**pursuant [1]** 3372/17
**push [8]** 3371/23 3372/14 3374/4 3374/6 3382/13 3402/5 3404/23 3404/24
**pushed [1]** 3367/23
**pushing [6]** 3374/14

**P**

pushing... [5] 3375/2 3381/15 3381/18 3402/15 3413/18
put [26] 3300/5 3302/9 3303/24 3304/18 3313/8 3320/17 3320/21 3320/24 3321/16 3332/11 3341/17 3370/12 3408/12 3408/14 3415/13 3415/24 3421/13 3423/7 3424/20 3426/14 3431/6 3434/18 3434/21 3436/14 3439/24 3445/12
puts [1] 3419/20
putting [2] 3386/2 3436/10

**Q**

qualifies [1] 3435/12
qualify [1] 3435/5
quarter [1] 3304/6
quarter-mile [1] 3304/6
Quarterly [2] 3323/24 3329/19
Queen [1] 3294/7
question [23] 3297/19 3327/15 3330/11 3335/21 3390/17 3391/12 3393/6 3406/5 3411/24 3412/18 3414/1 3427/23 3429/3 3429/21 3430/11 3431/9 3434/7 3434/13 3435/2 3436/11 3440/7 3441/22 3442/11
questioning [1] 3391/11
questions [20] 3310/7 3310/9 3317/14 3329/4 3333/3 3355/2 3355/4 3355/5 3355/6 3355/22 3368/6 3406/12 3406/13 3406/14 3406/15 3406/17 3406/18 3406/19 3408/4 3408/6
quibble [1] 3442/18
quick [3] 3299/6 3346/20 3388/2
quicker [1] 3410/22
quickly [1] 3410/1

**R**

railing [10] 3323/8 3325/10 3326/4 3326/12 3333/23 3334/20 3334/21 3334/22 3334/24 3335/21
raise [5] 3306/4 3356/8 3389/7 3389/9 3417/22
raised [6] 3310/1 3310/5 3392/19 3408/24 3419/10

Rakoczy [2] 3293/14 3296/11
random [1] 3440/17
range [1] 3424/1
rather [2] 3437/2 3437/3
reach [2] 3410/3 3423/20
reaching [1] 3443/19
read [3] 3422/6 3435/23 3440/13
reading [1] 3431/1
ready [8] 3305/24 3305/25 3306/9 3309/4 3332/4 3356/4 3371/25 3427/19
real [1] 3388/1
reality [3] 3298/23 3303/4 3391/5
realize [2] 3386/15 3435/18
really [12] 3298/24 3358/5 3360/9 3374/17 3379/13 3392/21 3427/25 3430/25 3431/1 3431/12 3435/1 3443/11
reason [6] 3330/14 3330/17 3330/19 3370/1 3370/11 3370/14
reasons [4] 3299/3 3304/20 3318/16 3369/25
rebut [3] 3430/22 3442/12 3443/3
rebuttable [1] 3430/17
recall [9] 3332/20 3332/22 3333/6 3333/7 3333/10 3333/16 3338/12 3362/9 3390/14
recalled [1] 3412/2
receive [1] 3363/10
received [11] 3334/11 3344/12 3353/14 3364/25 3369/2 3372/21 3381/6 3383/7 3395/20 3399/12 3403/2
receiving [1] 3352/10
recess [12] 3301/17 3302/1 3304/19 3315/22 3317/16 3322/8 3354/17 3354/19 3354/24 3394/10 3394/11 3445/24
recognize [5] 3336/3 3342/25 3349/14 3373/10 3375/12
recollection [1] 3392/19
reconcile [1] 3435/22
reconvened [1] 3354/17
record [15] 3323/22

removing [1] 3383/22
render [1] 3436/11
report [6] 3359/24 3360/1 3420/21 3429/14 3429/16 3430/9
reports [1] 3428/1
Representative [5] 3301/25 3315/8 3315/21 3317/16 3354/16
Representative McGovern [4] 3315/8 3315/21 3317/16 3354/16
Representatives [3] 3306/22 3307/1 3307/22
represented [3] 3298/12 3331/12 3416/25
Republican [1] 3321/11
require [1] 3425/17
required [3] 3304/15 3330/1 3430/6
research [1] 3407/19
residents [1] 3357/20
resolve [2] 3305/24 3408/20
resolves [1] 3411/7
resort [1] 3374/23
resources [1] 3430/5
respect [2] 3350/21 3380/6
respectfully [1] 3442/10
respond [2] 3359/16 3391/1
responding [1] 3310/8
response [5] 3298/17 3411/23 3421/24 3431/4 3440/24
responsibilities [2] 3308/25 3309/2
responsible [4] 3307/22 3307/25 3308/18 3309/4
rest [8] 3328/5 3328/6 3356/3 3405/11 3405/12 3409/20 3410/20 3410/23
restate [1] 3301/22
resulted [1] 3433/15
resume [1] 3388/23
retain [1] 3431/10
retained [1] 3427/10
retreats [1] 3378/16
return [3] 3423/3 3423/6 3423/14
returned [1] 3315/12
returning [1] 3352/20
returns [1] 3423/21
reveal [3] 3423/9 3423/21 3434/9
review [1] 3425/18
reviewed [11] 3364/6

revise [1] 3314/10
rewind [1] 3349/24
Rhodes [6] 3438/16 3438/23 3439/7 3440/14 3440/21 3443/18
riding [1] 3414/25
rifles [2] 3412/9 3413/1
right [126] 3296/20 3296/22 3297/6 3298/18 3299/18 3299/24 3300/2 3300/7 3300/11 3300/18 3301/3 3301/13 3302/3 3302/19 3303/2 3305/15 3305/16 3305/20 3306/4 3306/7 3307/12 3307/13 3310/4 3311/13 3316/24 3316/25 3317/5 3318/25 3320/1 3320/2 3321/12 3322/22 3323/4 3326/3 3326/10 3329/2 3329/20 3329/25 3330/12 3331/5 3331/8 3331/13 3333/24 3333/25 3334/8 3335/3 3336/8 3338/5 3338/19 3341/7 3342/4 3343/21 3344/17 3344/18 3344/23 3344/24 3345/9 3346/3 3346/7 3348/19 3348/20 3355/3 3355/21 3355/25 3356/8 3356/11 3365/14 3370/11 3373/13 3373/14 3375/13 3378/23 3378/25 3381/4 3382/6 3385/8 3387/3 3388/16 3388/22 3389/2 3392/6 3392/13 3393/22 3394/6 3394/7 3394/16 3396/19 3397/7 3397/8 3397/21 3399/3 3399/18 3400/19 3401/20 3403/1 3406/20 3406/23 3407/2 3407/5 3407/25 3408/8 3409/9 3411/6 3412/1 3413/25 3417/20 3419/9 3422/2 3424/11 3424/12 3425/6 3426/25 3428/22 3431/5 3432/13 3432/20 3433/12 3434/5 3437/2 3437/4 3441/13 3442/2 3443/13 3443/22 3444/9
rights [3] 3302/16 3358/21 3358/22

rings [1] 3378/21
RIOS [2] 3294/11
3294/15
riot [2] 3319/22 3355/1
rioter [5] 3394/25
3396/8 3396/12
3396/25 3397/9
rioter's [1] 3398/3
rioters [33] 3313/2
3321/1 3321/2 3338/18
3339/6 3366/21
3367/14 3370/20
3371/24 3373/4 3374/1
3374/7 3374/23
3375/23 3377/7
3377/16 3378/6
3378/15 3378/18
3379/3 3379/6 3379/19
3380/1 3380/10 3382/5
3383/22 3384/8 3400/8
3402/4 3402/16
3404/11 3404/24
3405/19
riotous [1] 3359/15
riots [1] 3358/20
ripped [1] 3381/25
rise [5] 3296/2 3388/25
3394/9 3407/23
3445/23
RMR [2] 3446/2 3446/8
Robert [1] 3294/10
ROBERTO [2] 3293/6
3296/8
Rochester [1] 3322/3
role [5] 3309/12
3309/22 3347/12
3350/21 3359/5
roles [2] 3308/7
3345/20
rolling [1] 3345/13
room [28] 3339/19
3341/17 3341/19
3341/20 3341/21
3341/23 3341/24
3342/3 3342/19 3345/1
3345/5 3345/23
3345/24 3347/18
3349/4 3350/3 3350/11
3351/7 3351/11
3351/15 3351/22
3352/3 3352/3 3352/5
3352/14 3352/15
3353/23 3379/7
rostrum [1] 3302/2
Rotunda [30] 3300/15
3303/11 3338/7
3340/21 3341/1 3341/3
3341/6 3341/10 3363/1
3375/25 3378/16
3378/19 3379/4 3379/6
3379/14 3379/19
3379/21 3379/24
3380/22 3382/14
3382/22 3384/18
3387/9 3400/6 3402/5
3402/15 3403/16
3404/12 3404/18

Roughly [1] 3379/6
row [4] 3323/5 3325/14
3334/5 3336/4
rows [5] 3318/1 3323/7
3324/18 3335/3 3335/4
rule [4] 3421/5 3436/14
3437/7 3444/6
ruled [1] 3370/3
rules [1] 3436/23
run [2] 3360/21
3360/22
running [2] 3303/19
3346/6 3348/5 3443/11
rush [1] 3360/8

S

safe [1] 3412/24
safety [2] 3300/8
3313/17
said [32] 3297/23
3298/16 3312/16
3312/18 3319/24
3323/1 3323/1 3323/19
3326/21 3328/12
3328/17 3329/3 3330/9
3337/5 3354/11 3358/4
3361/7 3382/6 3383/21
3401/16 3401/19
3410/22 3411/13
3414/20 3418/18
3424/5 3428/14
3428/17 3430/13
3431/21 3432/7
3440/21
salience [2] 3301/11
3301/16
same [12] 3303/22
3335/21 3351/14
3368/14 3377/23
3388/15 3396/8
3397/12 3399/25
3407/17 3415/6 3416/9
Samsung [1] 3417/21
sanitizer [1] 3321/12
sat [1] 3405/7
save [1] 3408/21
saw [28] 3313/2
3313/5 3322/6 3326/22
3327/18 3328/2
3328/11 3328/14
3328/15 3328/19
3331/6 3331/10
3331/11 3331/14
3331/14 3344/18
3351/14 3353/19
3358/8 3362/3 3379/22
3411/18 3413/4
3413/21 3414/11
3420/21 3429/4 3433/8
say [38] 3304/12
3317/6 3323/15 3324/4
3325/3 3327/18
3327/21 3328/14
3331/11 3331/14
3353/4 3389/18
3399/18 3400/3 3402/2
3407/6 3407/7 3410/17

3413/6 3415/12
3413/16 3415/12
3416/8 3416/9 3419/2
3420/16 3423/10
3427/20 3432/18
3432/23 3436/9
3437/15 3438/9
3442/14 3443/8
3443/20 3444/12
3444/20
saying [8] 3345/17
3400/19 3412/2 3424/3
3435/23 3438/17
3441/4 3441/19
says [8] 3297/12
3327/8 3328/19 3343/8
3411/16 3422/10
3428/3 3440/4
scale [2] 3298/20
3299/25
scariest [3] 3412/10
3415/21 3415/23
scene [6] 3313/9
3322/6 3326/14
3337/15 3353/18
3362/1
scenes [2] 3321/25
3327/13
scheduling [4]
3308/12 3345/21
3346/12 3420/3
scott [5] 3294/14
3294/17 3296/15
3298/22 3299/11
Scott Weinberg [1]
3296/15
screaming [2] 3319/11
3362/7
screen [15] 3340/24
3344/1 3352/25 3353/7
3354/2 3364/3 3366/25
3367/8 3367/9 3375/13
3381/10 3382/18
3385/2 3396/23
3440/13
screenshot [1] 3311/8
scroll [1] 3419/15
sealed [1] 3405/6
search [9] 3421/16
3422/5 3423/2 3423/6
3423/13 3430/1 3430/2
3431/2 3435/10
searched [3] 3429/10
3429/13 3437/13
seat [4] 3306/8
3335/14 3356/13
3389/15
seated [10] 3296/4
3305/20 3327/9
3328/20 3334/4 3336/4
3336/11 3394/12
3394/16 3407/25
seating [2] 3318/2
3318/17
seats [4] 3322/4
3323/18 3335/3 3335/5
second [23] 3318/20
3331/22 3334/5 3336/4

3345/10 3346/21
3347/13 3349/24
3354/3 3360/7 3361/13
3370/14 3375/11
3376/12 3396/19
3397/16 3403/9 3414/9
3420/4 3428/11
3443/16
seconds [54] 3345/12
3346/4 3346/21 3347/5
3347/17 3348/6
3348/22 3365/2
3366/13 3366/23
3367/2 3367/5 3369/5
3369/13 3369/17
3370/22 3371/1
3371/17 3371/22
3372/3 3372/7 3372/11
3373/22 3375/8 3376/6
3377/1 3377/12
3377/20 3378/9
3383/25 3384/10
3384/21 3386/5
3386/22 3387/13
3395/23 3395/23
3396/1 3396/16 3397/4
3398/1 3398/10
3398/11 3399/14
3399/21 3400/11
3401/7 3401/16
3401/22 3401/25
3403/5 3403/18 3404/2
3404/5
section [1] 3397/8
secure [5] 3339/12
3339/16 3339/19
3440/22 3441/11
security [14] 3308/13
3312/2 3312/10 3315/4
3315/9 3317/23
3317/24 3319/8
3319/13 3319/15
3319/16 3350/20
3354/25 3355/18
see [104] 3297/16
3311/2 3311/11
3312/25 3314/18
3318/1 3322/2 3322/2
3322/4 3322/16 3323/2
3323/4 3323/5 3323/6
3323/15 3323/17
3324/17 3324/21
3324/23 3325/1
3325/12 3325/16
3325/18 3325/25
3326/1 3326/5 3326/10
3326/14 3326/22
3327/3 3327/4 3327/6
3327/8 3327/13
3327/22 3327/22
3327/23 3328/20
3328/17 3328/20
3332/8 3332/12
3333/23 3334/18
3335/6 3336/11
3337/17 3338/14
3340/21 3343/8

3346/6
3346/13 3346/20
3346/23 3347/5
3347/19 3348/7
3348/18 3348/21
3349/3 3349/11
3349/20 3350/14
3350/24 3351/4
3351/11 3354/2 3354/7
3363/20 3364/2 3364/4
3367/5 3368/23
3369/19 3370/25
3372/10 3373/5
3376/16 3379/11
3379/11 3380/24
3383/14 3384/13
3384/24 3385/10
3387/2 3387/20
3388/24 3389/6
3396/21 3397/9
3397/20 3398/3 3403/9
3404/6 3410/8 3419/13
3422/15 3422/17
3431/15 3433/10
3433/16 3445/22
seed [1] 3444/11
seeing [20] 3313/10
3322/14 3332/20
3332/22 3333/6
3333/10 3333/16
3334/2 3334/5 3338/13
3339/4 3366/17 3370/6
3371/21 3381/14
3389/21 3390/11
3396/12 3407/21
3413/6
seek [2] 3413/3
3416/20
seeking [2] 3439/1
3439/18
seem [2] 3300/24
3425/17
seemed [3] 3319/14
3362/5 3401/2
seems [6] 3300/15
3300/16 3391/13
3407/10 3423/8
3425/19
seen [11] 3300/14
3324/22 3326/24
3327/5 3344/4 3350/10
3351/6 3380/18
3384/17 3409/11
3411/14
seized [10] 3411/10
3411/20 3412/13
3413/23 3415/12
3415/20 3416/7
3424/22 3433/16
3438/2
self [1] 3441/15
self-serving [1]
3441/15
Senate [9] 3311/21
3311/22 3312/1 3312/5
3312/11 3312/14
3312/15 3316/22
3338/7

**Senators [1]** 3363/18
**send [5]** 3417/16
3427/16 3436/2 3436/3
3437/5
**senior [3]** 3307/1
3307/10 3347/2
**sense [4]** 3299/8
3355/11 3409/22
3437/25
**sent [3]** 3419/23
3420/23 3437/24
**separate [1]** 3324/6
**separated [1]** 3400/24
**September [2]** 3416/4
3416/5
**sergeant [18]** 3311/21
3311/22 3311/24
3312/1 3312/10
3312/14 3312/15
3313/22 3316/22
3317/24 3319/2
3320/13 3337/4
3363/11 3363/13
3373/7 3375/16
3375/21
**Sergeants [4]** 3313/23
3313/24 3314/1 3363/9
**series [1]** 3438/15
**serious [1]** 3360/8
**seriousness [1]**
3309/17
**serve [1]** 3346/11
**serves [1]** 3304/16
**services [3]** 3308/16
3347/11 3348/13
**serving [1]** 3441/15
**session [2]** 3304/18
3309/3
**set [5]** 3303/23
3308/15 3319/20
3368/5 3434/23
**setback [1]** 3357/14
**seven [3]** 3358/17
3412/8 3413/2
**seven long [1]** 3413/2
**several [5]** 3298/5
3302/12 3304/19
3316/8 3316/9
**shades [1]** 3381/12
**shaken [1]** 3313/8
**shattering [1]** 3338/21
3339/1
**she [47]** 3307/17
3308/6 3308/18
3308/20 3309/14
3309/17 3315/1 3323/3
3340/12 3346/9
3346/10 3346/11
3346/12 3346/24
3346/25 3347/1 3347/2
3347/3 3347/8 3347/9
3347/10 3347/11
3347/21 3347/22
3347/23 3347/24
3373/17 3387/18
3397/2 3421/14 3422/3
3422/5 3423/10 3426/8

3428/14 3429/1
3429/17 3431/5 3431/6
3434/18 3434/18
3434/21 3436/20
3436/21
**she's [9]** 3307/22
3307/25 3308/20
3340/14 3403/24
3422/7 3422/24 3426/7
3435/1
**shelter [2]** 3301/21
3302/6
**shield [12]** 3387/6
3387/7 3387/8 3387/18
3396/13 3396/14
3397/2 3397/25
3398/16 3398/16
3402/5 3403/24
**shiny [1]** 3387/3
**Shipley [6]** 3294/2
3294/3 3296/13
3331/25 3332/4
3406/14
**shooting [2]** 3301/19
3302/1
**shop [1]** 3349/2
**short [1]** 3427/18
**shortly [3]** 3352/13
3388/24 3389/6
**shot [2]** 3301/18
3338/6
**shotguns [1]** 3413/1
**should [6]** 3383/12
3413/16 3425/16
3439/13 3441/15
3443/20
**shoulder [2]** 3369/20
3370/12
**shoulders [1]** 3372/25
**shouldn't [3]** 3380/9
3407/7 3443/12
**shouting [3]** 3319/4
3319/25 3320/8
**show [25]** 3300/11
3300/16 3342/2
3358/20 3382/15
3387/23 3388/9
3409/17 3412/4
3418/13 3418/14
3418/16 3418/16
3419/11 3419/22
3420/10 3420/11
3421/20 3421/23
3422/1 3431/7 3431/22
3434/11 3434/13
3441/17
**showed [4]** 3355/13
3429/18 3429/23
3440/4
**showing [1]** 3321/23
**shown [1]** 3330/25
**shows [3]** 3417/17
3429/14 3441/20
**sic [1]** 3405/21
**side [17]** 3303/7
3303/9 3303/17
3303/18 3312/4

3317/21 3339/6
3362/22 3362/22
3366/24 3369/10
3375/13 3396/23
3421/9 3442/19
**sidearms [1]** 3321/8
**sight [2]** 3325/2 3328/3
**sign [5]** 3343/6 3343/8
3343/11 3349/17
3349/17
**Signal [37]** 3422/12
3422/16 3422/18
3422/21 3422/22
3422/22 3422/23
3423/3 3423/9 3423/25
3424/23 3425/22
3428/15 3429/5 3429/8
3431/24 3432/9
3432/12 3432/14
3434/17 3437/12
3437/16 3438/3
3438/10 3438/13
3438/15 3438/25
3439/2 3439/5 3439/10
3440/4 3440/5 3441/4
3441/18 3441/24
3442/3 3443/5
**Signal app [4]** 3422/12
3429/5 3441/24 3442/3
**signals [1]** 3443/20
**signed [1]** 3359/1
**similar [6]** 3344/17
3368/5 3369/22
3390/12 3416/12
3418/2
**simple [1]** 3424/13
**simply [11]** 3304/12
3422/6 3422/24 3423/5
3423/20 3424/8
3426/11 3434/24
3436/12 3439/14
3442/17
**since [1]** 3408/7
**single [2]** 3362/23
3391/11
**sir [133]** 3306/16
3356/1 3356/13
3356/23 3357/7
3357/18 3357/25
3358/12 3358/15
3359/4 3359/21 3361/6
3361/15 3361/25
3362/14 3363/4 3363/7
3363/12 3363/23
3364/11 3364/13
3364/15 3364/18
3365/8 3365/12
3365/22 3366/2 3366/5
3367/1 3368/7 3368/9
3368/11 3368/15
3369/11 3369/21
3369/23 3370/9
3370/21 3371/2 3371/8
3371/15 3373/2 3373/6
3373/9 3373/11 3374/2
3374/24 3375/14
3375/20 3376/2

3376/24 3377/18
3377/25 3378/7
3378/17 3378/20
3378/24 3379/1 3379/5
3379/10 3379/16
3380/2 3380/12
3380/14 3380/20
3380/23 3381/11
3381/23 3382/3 3382/7
3382/10 3382/20
3382/23 3382/25
3383/2 3383/11
3383/16 3383/19
3383/23 3384/6 3384/9
3384/15 3384/19
3385/1 3385/11
3385/13 3386/9 3387/4
3387/10 3387/21
3389/5 3394/23 3395/4
3395/6 3395/8 3395/11
3396/7 3396/10
3396/15 3396/22
3397/11 3397/15
3397/22 3398/5
3398/22 3398/25
3399/6 3399/19 3400/2
3400/4 3400/7 3400/9
3400/18 3400/20
3401/11 3401/13
3401/15 3402/6
3402/13 3402/17
3402/20 3402/23
3403/10 3403/17
3404/7 3404/10
3404/13 3404/19
3405/17 3406/9
3406/21
**sit [2]** 3317/22 3389/24
**sitting [5]** 3318/18
3332/9 3333/10 3334/2
3437/25
**situation [6]** 3312/2
3319/13 3358/18
3359/16 3369/22
3418/17
**situations [1]** 3359/13
**six [2]** 3413/1 3415/19
**six rifles [1]** 3413/1
**skills [1]** 3308/15
**skip [1]** 3419/2
**skirt [1]** 3311/12
**slightly [1]** 3327/23
**small [7]** 3300/15
3326/23 3341/10
3362/21 3362/23
3440/3 3440/13
**smaller [1]** 3341/9
**smashed [1]** 3338/18
**smoking [1]** 3379/12
**snap [1]** 3360/11
**sneakers [1]** 3348/22
**snitch [1]** 3440/22
**snitches [1]** 3443/19
**so [212]**
**so I think [5]** 3304/20
3327/3 3327/7 3328/9
3393/13

**solid** [1] 3416/16
**So there's [1]** 3369/25
**So this individual [1]**
3385/5
**so this is [4]** 3370/8
3419/17 3423/13
3429/15
**society [1]** 3361/11
**solid [2]** 3326/10
3326/12
**solve [1]** 3327/10
**some [43]** 3296/22
3298/2 3298/21 3304/4
3310/11 3321/15
3330/14 3332/8
3332/22 3333/8 3333/9
3336/3 3336/11
3338/16 3361/24
3362/13 3366/24
3367/23 3378/5
3379/12 3379/25
3380/10 3384/4 3392/4
3400/5 3407/9 3407/14
3418/3 3418/17
3419/19 3421/18
3424/20 3426/20
3428/1 3429/5 3429/8
3429/9 3434/25
3436/13 3438/16
3442/2 3443/5 3443/17
**somebody [3]** 3381/25
3392/16 3431/11
**somehow [1]** 3433/15
3438/21
**someone [8]** 3298/6
3310/8 3331/6 3338/3
3352/21 3364/12
3368/10 3413/6
**someone's [1]** 3301/15
**something [15]** 3330/1
3336/15 3343/20
3349/11 3359/15
3370/18 3390/3 3390/4
3415/12 3422/20
3431/25 3436/17
3438/1 3443/20 3444/5
**sometimes [1]** 3366/3
**somewhat [1]** 3437/9
**somewhere [1]** 3440/8
**sorry [20]** 3297/23
3301/22 3314/10
3322/15 3322/21
3334/23 3338/24
3347/14 3368/24
3377/5 3388/6 3389/8
3400/13 3405/23
3405/24 3406/3 3428/6
3433/24 3434/4
3437/15
**sort [33]** 3304/7
3309/15 3311/12
3312/4 3313/5 3313/7
3313/9 3316/23 3317/2
3318/1 3319/18
3319/25 3320/14
3322/3 3325/1 3333/13
3334/24 3335/2
3335/25 3336/10

3469

sort... [13] 3337/2
3337/5 3337/6 3338/5
3339/17 3340/24
3347/11 3425/4 3427/2
3435/2 3435/20
3437/10 3442/2
sought [2] 3412/11
3417/3
sound [3] 3338/20
3339/1 3366/11
south [2] 3299/20
3341/5
space [2] 3300/17
3342/10
speak [3] 3401/14
3429/3 3436/24
Speaker [26] 3307/1
3307/17 3307/19
3307/21 3307/24
3308/4 3309/13
3309/15 3311/4
3313/16 3313/20
3314/23 3314/24
3315/3 3315/6 3340/10
3345/18 3346/9 3347/8
3348/9 3348/24
3350/11 3350/22
3351/7 3352/18 3354/8
Speaker Pelosi [10]
3308/4 3309/13 3311/4
3313/20 3314/23
3314/24 3315/3
3350/11 3351/7 3354/8
Speaker Pelosi's [1]
3313/16
Speaker's [22] 3298/14
3299/10 3299/15
3299/21 3300/18
3302/4 3311/24 3315/9
3340/22 3340/25
3341/12 3343/3
3343/17 3346/24
3347/2 3347/21
3350/23 3351/25
3352/1 3352/15
3352/22 3353/3
Speaker's Suite [3]
3299/21 3340/25
3343/17
speaking [5] 3308/9
3324/24 3324/24
3366/19 3420/1
special [2] 3308/14
3350/20
specialized [1]
3425/17
specific [5] 3418/3
3420/3 3433/10
3433/10 3434/19
specifically [4]
3298/16 3299/5
3420/12 3421/20
specificity [2] 3427/22
3428/1
specifics [1] 3310/11
specify [1] 3327/20
spell [2] 3306/17

spelled [1] 3357/1
spend [2] 3309/18
3437/2
spending [1] 3316/17
spent [1] 3341/20
spoke [1] 3428/14
spoken [1] 3401/12
spontaneous [1]
3311/25
spray [8] 3375/2
3375/3 3375/4 3375/4
3375/18 3375/22
3378/5 3378/13
Spraying [1] 3375/18
squads [1] 3361/19
staff [32] 3298/14
3302/20 3307/2 3307/9
3308/9 3308/10
3308/11 3308/13
3308/13 3308/16
3308/17 3308/18
3309/22 3310/2
3311/25 3312/10
3317/20 3317/20
3317/20 3317/22
3320/13 3337/8
3339/12 3345/3 3347/2
3347/3 3347/21
3348/24 3351/25
3352/1 3352/12 3393/8
staffers [4] 3308/6
3350/10 3351/6
3351/22
stairs [1] 3302/25
3319/20
stairwell [2] 3300/19
3300/21
stand [1] 3444/12
standby [1] 3359/16
standing [7] 3299/10
3312/16 3324/16
3332/9 3343/16
3355/17 3399/1
stands [1] 3321/12
3359/9 3394/10
3418/19 3445/23
start [7] 3337/5
3344/16 3372/11
3419/12 3419/23
3421/2 3443/17
started [3] 3298/14
3337/7 3337/8
starting [1] 3365/14
starts [2] 3389/23
3428/22
state [9] 3306/16
3337/3 3354/18
3356/24 3357/9 3358/4
3392/3 3442/7 3442/17
statement [2] 3442/23
3443/12
statements [3]
3441/19 3442/12
3443/10
states [8] 3293/1
3293/3 3293/10 3296/7
3306/3 3306/21 3309/6

stating [1] 3330/9
statue [4] 3298/18
3299/9 3371/13
3371/13
stay [3] 3357/21
3363/2 3367/16
stayed [2] 3357/14
3441/6
staying [1] 3443/19
steam [1] 3408/13
Stenger [1] 3312/16
step [12] 3334/25
3336/1 3356/1 3375/23
3389/3 3389/11
3406/21 3415/12
3421/18 3424/2
3442/20 3444/20
stepped [1] 3332/1
steps [8] 3304/8
3304/8 3389/13
3427/19 3430/6
3431/18 3433/23
3442/19
Stewart [3] 3439/7
3440/14 3443/18
Stewart Rhodes [2]
3440/14 3443/18
still [12] 3305/12
3307/4 3314/24
3318/10 3381/21
3383/12 3383/12
3384/25 3407/6 3410/7
3438/18 3439/2
stipulate [1] 3424/21
3424/23 3432/21
3433/21
stipulation [1] 3417/3
stipulations [2]
3412/14 3417/11
stock [1] 3410/3
stood [1] 3312/20
stop [1] 3421/6
stopped [2] 3427/7
3440/16
stored [1] 3422/11
straight [1] 3338/6
straightforward [1]
3327/16
Street [3] 3293/17
3294/11 3294/20
strength [1] 3386/1
stretch [1] 3299/2
strict [1] 3327/16
striking [1] 3305/9
strings [1] 3425/21
stuck [1] 3339/24
stuff [11] 3316/24
3316/25 3317/6 3317/6
3317/10 3327/1
3360/14 3360/19
3424/14 3433/1
3440/19
style [1] 3321/14
SUAREZ [2] 3294/11
3294/14
subject [2] 3328/4
3407/14

3437/6 3439/9
submitted [1] 3444/17
substance [4] 3420/20
3439/16 3441/19
3443/17
substantive [1] 3309/5
succeed [2] 3374/16
3375/1
successful [4] 3382/4
3386/2 3386/20 3410/5
successfully [3]
3374/7 3377/16
3382/13
succession [1]
3307/25
sucked [1] 3425/4
sufficient [1] 3331/10
suggest [3] 3303/24
3414/3 3445/6
suggested [3] 3301/6
3310/9 3329/10
suggestion [1] 3443/4
suit [1] 3348/22
suite [14] 3294/16
3294/20 3298/14
3299/10 3299/15
3299/21 3300/18
3340/10 3340/22
3340/25 3341/12
3343/17 3352/15
3353/3
supply [1] 3335/16
support [3] 3308/12
3347/11 3347/24
supporting [1]
3317/21
suppose [1] 3442/24
supposed [2] 3309/8
3309/22
sure [39] 3297/11
3297/13 3299/1
3301/24 3305/5
3306/18 3307/20
3308/18 3308/20
3310/4 3310/5 3314/12
3316/7 3318/22 3320/5
3323/18 3324/20
3333/4 3335/15
3335/24 3337/1 3341/2
3342/4 3342/13
3359/15 3366/21
3389/10 3409/18
3410/8 3412/5 3420/12
3424/19 3426/24
3430/17 3430/20
3430/25 3437/10
3443/15 3444/11
surprised [1] 3410/1
surveillance [3] 3350/9
3413/16 3413/16
suspect [1] 3410/23
sustain [1] 3390/1
sustained [4] 3322/19
3352/8 3354/13 3390/8
sways [1] 3301/4
sword [1] 3321/14
sword-style [1]

SWORN [1] 3306/12
3356/18
system [1] 3370/12

**T**

take [25] 3312/3
3336/19 3351/18
3353/8 3353/9 3353/17
3358/9 3388/17
3388/22 3397/2
3404/15 3408/13
3408/15 3410/3
3416/13 3418/22
3421/25 3427/19
3431/10 3431/18
3433/22 3436/3 3437/6
3437/7 3439/19
taken [5] 3327/19
3331/13 3338/17
3339/12 3385/23
takes [5] 3298/5
3438/20
taking [3] 3304/25
3321/13 3355/19
talk [8] 3301/5 3308/24
3310/11 3316/8 3339/6
3343/23 3359/22
3420/15
talked [2] 3349/5
3432/10
talking [9] 3303/17
3324/22 3326/23
3389/23 3406/1 3421/6
3432/24 3439/22
3445/15
talks [1] 3423/24
tall [2] 3371/7 3371/9
taller [3] 3371/6
3371/11 3376/21
team [4] 3308/21
3315/9 3345/22 3429/3
technical [5] 3419/20
3425/12 3425/17
3425/19 3428/20
telephone [1] 3378/21
tell [12] 3330/11
3336/15 3345/23
3349/8 3373/15
3411/17 3414/12
3420/10 3428/5 3429/7
3432/8 3439/15
telling [5] 3331/3
3331/4 3354/10
3427/24 3428/19
ten [4] 3388/23
3411/17 3414/21
3415/1
ten cases [1] 3411/17
tense [4] 3315/13
3315/13 3337/3
3372/12
tensed [1] 3373/1
tensing [1] 3371/25
tenuous [1] 3415/14
term [2] 3354/18
3412/9
terms [1] 3323/14

**terms... [8]** 3324/3
3324/18 3390/5
3405/22 3423/12
3430/23 3430/24
3432/7
**Terrified [1]** 3297/17
**Terry [1]** 3411/1
**Terry Cummings [1]**
3411/1
**testified [5]** 3323/14
3378/15 3413/4
3414/17 3415/4
**testify [5]** 3324/7
3331/6 3370/9 3390/18
3427/10
**testifying [7]** 3370/5
3390/23 3391/23
3392/14 3392/16
3393/20 3431/2
**testimony [34]**
3298/14 3299/5
3322/16 3356/1 3370/3
3370/8 3389/4 3389/20
3390/10 3390/16
3406/21 3414/8
3414/15 3416/14
3417/16 3419/8 3420/9
3420/13 3423/16
3424/17 3426/10
3426/16 3428/13
3428/21 3428/24
3431/18 3433/6 3435/5
3435/18 3435/20
3435/21 3435/21
3436/5 3438/9
**text [1]** 3437/24
**than [13]** 3319/16
3319/23 3342/11
3342/12 3360/17
3362/3 3377/9 3422/6
3423/15 3424/12
3426/16 3437/3 3444/5
**thank [41]** 3296/5
3306/2 3306/6 3306/10
3331/20 3331/24
3332/2 3334/10
3336/18 3351/17
3355/2 3355/21
3355/24 3355/25
3356/2 3356/10
3356/15 3364/24
3365/24 3366/12
3372/20 3376/7 3381/5
3389/5 3394/7 3394/13
3394/19 3396/2
3398/20 3404/14
3406/20 3406/22
3407/21 3408/23
3411/3 3411/3 3419/6
3419/7 3444/9
**thank you [33]** 3296/5
3306/2 3306/6 3306/10
3332/2 3334/10
3336/18 3351/17
3355/2 3355/21
3355/24 3355/25

3365/24 3366/15
3365/24 3366/12
3372/20 3376/7 3381/5
3389/5 3394/13
3394/19 3396/2
3398/20 3404/14
3406/20 3406/22
3407/20 3407/21
3408/23 3411/3 3411/3
3419/6
**Thanks [3]** 3394/6
3440/13 3445/21
**that [603]**
**that's [93]** 3297/17
3297/18 3299/1
3299/20 3300/16
3303/17 3305/6
3305/12 3308/9 3309/6
3311/4 3311/15
3316/24 3316/24
3317/5 3318/5 3320/2
3323/5 3323/13 3325/8
3325/11 3328/18
3328/25 3330/8 3331/8
3331/15 3333/25
3334/24 3334/24
3335/25 3341/8
3341/16 3342/16
3343/3 3344/19
3344/24 3345/1 3345/5
3348/20 3352/8
3353/22 3354/9
3354/13 3362/23
3365/16 3371/16
3373/14 3373/15
3376/5 3382/18
3391/23 3392/18
3393/11 3401/17
3407/3 3407/13
3407/13 3407/14
3409/2 3409/9 3409/19
3412/1 3412/1 3412/5
3413/1 3413/6 3413/7
3414/6 3415/1 3415/24
3416/8 3417/2 3417/9
3417/21 3418/18
3418/19 3419/14
3422/18 3424/2
3427/11 3431/9
3431/16 3431/16
3433/22 3434/5 3435/7
3439/11 3440/25
3441/12 3443/1
3443/23 3444/4 3445/8
**their [28]** 3300/8
3308/21 3308/23
3310/6 3313/7 3321/7
3321/8 3323/17 3325/9
3338/9 3345/17
3352/10 3354/12
3374/23 3379/12
3384/17 3393/2
3393/10 3393/10
3393/10 3401/3 3408/4
3409/9 3414/12 3415/7
3417/14 3417/14
3435/11
**them [69]** 3297/9

3300/6 3366/15
3365/24 3366/12
3300/22 3311/25
3321/24 3325/16
3326/22 3326/22
3327/3 3327/4 3327/5
3327/6 3327/8 3327/22
3327/22 3328/15
3328/15 3328/16
3328/17 3331/14
3333/8 3333/9 3333/10
3333/23 3334/2 3334/5
3339/14 3367/23
3367/23 3367/25
3367/25 3370/15
3373/12 3373/12
3374/6 3374/14 3376/1
3379/23 3379/24
3381/15 3381/18
3382/12 3385/21
3392/1 3393/13
3404/23 3405/3 3405/3
3405/4 3408/13
3408/14 3411/21
3412/8 3412/11
3414/16 3414/19
3417/10 3420/2
3432/21 3436/11
3436/14 3439/14
3439/21 3439/24
3439/25 3441/1
3444/13
**themselves [3]**
3302/10 3424/25
3425/16
**then [56]** 3299/25
3300/17 3300/18
3300/20 3300/25
3302/11 3302/12
3303/6 3304/8 3304/15
3304/17 3313/7
3319/18 3320/7 3321/9
3328/1 3328/3 3328/5
3334/4 3337/7 3338/7
3341/4 3341/6 3343/21
3344/25 3345/2 3348/1
3360/22 3366/10
3368/21 3369/22
3378/16 3395/23
3412/12 3413/2
3418/16 3419/8
3422/14 3422/17
3422/19 3423/2
3426/23 3427/1
3427/23 3428/3 3430/1
3430/11 3430/12
3433/22 3436/11
3437/7 3438/23 3439/4
3439/10 3441/9
3442/21
**theory [5]** 3392/8
3392/10 3392/10
3392/11 3393/18
**there [132]** 3296/22
3297/16 3300/10
3300/14 3300/23
3301/12 3301/16
3302/17 3302/19
3306/24 3307/12

3312/7 3312/21
3314/15 3316/6
3316/25 3317/3
3317/12 3317/19
3317/23 3317/25
3318/18 3319/3 3319/3
3319/9 3319/10
3319/15 3319/24
3320/7 3320/10 3321/1
3330/1 3330/22 3335/2
3335/13 3336/22
3337/2 3337/6 3337/6
3338/15 3338/22
3339/1 3339/2 3339/5
3340/24 3341/18
3341/25 3342/5 3342/6
3343/11 3345/10
3346/3 3348/18 3349/9
3351/4 3352/17
3352/21 3354/24
3354/25 3357/10
3357/14 3357/21
3359/25 3360/9
3360/11 3361/20
3362/3 3363/5 3376/3
3377/7 3385/8 3389/24
3390/17 3391/10
3391/16 3396/19
3396/19 3397/1 3405/2
3405/12 3405/19
3409/4 3411/16
3411/22 3412/12
3412/18 3412/20
3412/20 3412/25
3413/15 3414/21
3415/14 3415/16
3416/16 3419/7 3419/7
3420/16 3420/25
3421/18 3422/9
3422/15 3422/19
3422/20 3422/25
3423/2 3423/9 3423/19
3424/7 3424/11
3426/21 3427/7
3428/14 3429/10
3429/12 3430/19
3431/2 3433/5 3433/25
3437/23 3437/25
3438/10 3440/4 3440/5
3440/20 3441/7
3442/20 3443/19
3444/5 3445/2 3445/17
**there's [56]** 3297/8
3298/7 3300/10
3300/17 3300/19
3308/9 3308/10
3308/11 3308/13
3308/13 3308/19
3316/20 3318/1
3325/13 3327/7
3327/12 3329/9
3330/14 3335/4
3335/14 3339/5 3342/7
3342/9 3346/21
3347/17 3348/5
3353/24 3369/25
3391/25 3394/4 3407/5

3356/23 3366/15
3365/24 3366/12
3413/15 3413/20
3413/21 3414/13
3415/2 3416/6 3416/11
3419/19 3422/7
3422/24 3423/4
3426/25 3427/1
3429/21 3430/6 3433/2
3435/15 3438/22
3438/24 3439/12
3440/2 3440/2 3444/23
**these [59]** 3296/19
3301/9 3304/2 3304/5
3304/22 3305/4
3321/11 3321/22
3322/5 3323/21
3323/22 3326/23
3327/9 3327/13
3327/18 3327/18
3327/21 3328/14
3328/19 3331/14
3332/20 3332/22
3333/6 3333/7 3335/6
3336/11 3345/21
3351/14 3351/21
3352/13 3354/7
3365/14 3366/24
3384/4 3384/7 3386/18
3391/6 3392/2 3392/2
3392/17 3393/5
3393/23 3394/3
3419/14 3423/11
3423/12 3423/14
3423/21 3424/8 3425/9
3426/1 3426/12
3430/19 3430/22
3430/22 3434/10
3438/24 3438/25
3443/17
**they [101]** 3300/4
3300/5 3300/5 3300/9
3300/24 3301/10
3301/11 3301/11
3303/4 3303/6 3303/14
3304/7 3308/7 3310/4
3310/6 3310/10
3313/15 3321/10
3322/22 3328/20
3329/5 3330/1 3331/15
3333/11 3333/23
3334/1 3336/6 3338/1
3338/4 3345/15
3345/17 3345/19
3345/20 3352/2 3354/6
3354/10 3354/11
3358/6 3358/20 3360/9
3362/5 3362/5 3362/6
3362/6 3362/7 3363/8
3363/14 3363/22
3366/21 3372/25
3374/3 3374/9 3375/1
3375/24 3380/3
3380/13 3382/12
3386/1 3386/1 3386/14
3386/20 3387/9 3391/7
3391/8 3393/16
3398/16 3401/2 3401/2
3401/3 3409/11

# T

they... [31] 3409/13
3409/17 3412/4 3415/7
3416/4 3416/12
3417/15 3418/5
3418/17 3424/1 3425/6
3425/11 3425/16
3425/20 3425/22
3428/4 3429/4 3430/10
3431/22 3432/8
3432/11 3432/15
3432/22 3432/22
3433/8 3434/11
3435/11 3436/9
3436/13 3438/2
3443/14

they're [24] 3304/23
3322/24 3327/9
3335/15 3337/21
3342/4 3345/23 3370/6
3390/4 3393/8 3393/12
3394/2 3409/8 3409/16
3409/18 3425/2 3425/3
3425/12 3425/12
3425/13 3430/13
3433/21 3436/10
3442/5

thing [7] 3297/10
3329/2 3374/13
3398/10 3416/9 3427/7
3433/10

things [12] 3302/6
3307/12 3321/6 3362/7
3369/18 3380/3 3409/8
3419/11 3426/21
3433/1 3440/17 3443/8

think [78] 3297/3
3299/2 3301/8 3301/16
3303/3 3303/9 3303/22
3303/23 3304/12
3304/20 3305/8
3308/12 3314/13
3314/13 3315/24
3316/20 3316/24
3316/24 3317/13
3321/17 3323/3 3323/9
3323/10 3327/3 3327/7
3327/25 3328/9
3328/12 3328/21
3329/9 3329/15
3330/14 3330/14
3330/22 3333/2 3335/4
3388/5 3388/11 3391/4
3391/6 3391/10
3392/18 3392/25
3393/1 3393/10
3393/13 3393/25
3405/21 3409/19
3410/20 3410/23
3411/6 3412/8 3412/20
3414/1 3415/24
3421/16 3425/7
3425/11 3425/20
3427/13 3432/8
3432/20 3433/7 3434/7
3435/7 3435/19
3435/21 3438/17
3439/10 3440/18

thinking [5] 3389/17
3390/4 3391/7 3391/15
3443/2

third [2] 3298/11
3325/13 3358/25
3360/7

this [334]
This is [1] 3296/7
Thompson [2] 3326/3
3336/8

those [65] 3297/4
3298/15 3299/3
3301/20 3304/10
3304/13 3304/13
3304/20 3305/11
3305/13 3310/3
3313/14 3321/2 3326/9
3328/4 3335/7 3335/11
3335/12 3335/13
3336/19 3337/20
3337/22 3337/25
3342/8 3342/19 3345/3
3348/18 3348/18
3350/10 3351/6
3371/23 3381/19
3382/8 3383/21 3384/5
3393/9 3396/5 3402/15
3405/6 3408/24
3409/22 3410/4
3411/18 3411/21
3413/24 3414/25
3415/3 3415/4 3417/4
3417/5 3421/21
3424/18 3425/21
3425/24 3428/17
3437/5 3437/23
3439/13 3442/5 3442/9
3443/10 3445/1 3445/3
3445/10 3445/16

though [3] 3299/6
3427/6 3435/8

thought [25] 3297/9
3315/25 3329/25
3337/9 3338/18
3338/19 3352/20
3353/18 3374/17
3409/5 3412/1 3412/15
3414/17 3414/24
3415/6 3424/20
3427/12 3430/12
3430/12 3431/17
3431/21 3432/9
3439/21 3442/20
3444/16

thoughts [2] 3390/11
3392/20

three [6] 3318/1 3335/3
3335/4 3408/7 3422/3
3429/25

three rows [1] 3335/3
threshold [2] 3301/10
3301/15

through [26] 3297/2
3338/6 3341/13

3362/16 3367/23
3374/19 3383/22
3384/8 3391/12
3392/21 3393/1
3393/24 3394/1
3398/11 3404/25
3405/3 3424/10 3430/7
3435/10 3435/11
3441/1 3445/6 3445/11
3445/18

throughout [3]
3367/15 3370/19
3407/18

throwing [1] 3440/19
thrown [1] 3349/11
Thursday [1] 3410/22
tied [1] 3418/5
till [2] 3378/9 3438/21
time [65] 3298/5
3301/9 3301/15
3302/22 3303/7
3303/12 3304/9
3304/17 3304/24
3305/3 3310/4 3310/12
3311/5 3314/4 3314/14
3315/24 3316/17
3318/19 3327/2
3327/14 3327/19
3327/20 3331/13
3333/17 3334/5
3336/22 3338/13
3341/20 3345/19
3348/10 3349/8 3350/9
3352/6 3353/2 3354/21
3356/1 3360/10 3362/6
3362/9 3363/17
3364/19 3365/21
3367/15 3370/19
3381/1 3387/18 3391/7
3391/15 3395/16
3399/8 3406/21
3407/20 3408/21
3411/13 3416/2
3429/10 3429/12
3430/5 3432/11 3437/3
3437/16 3438/17
3439/17 3442/17
3444/2

timeline [2] 3301/23
3445/2

times [2] 3318/6
3318/7

timestamp [2] 3346/13
3399/17

timing [4] 3301/5
3301/7 3303/3 3388/4
tired [1] 3405/9
titled [1] 3446/4
today [5] 3296/23
3306/21 3307/8
3318/10 3386/16
told [11] 3302/6 3302/9
3354/10 3360/12
3363/14 3366/21
3373/7 3405/12
3414/11 3440/14
3441/5

too [10] 3303/6
3370/15 3378/23
3391/5 3410/11
3418/19 3426/24
3431/19 3440/12
3444/10

took [10] 3298/7
3311/22 3331/2 3331/4
3353/21 3355/12
3386/15 3398/16
3405/11 3444/20

tools [1] 3339/23
top [3] 3300/7 3349/9
3351/4

tops [1] 3388/10
total [2] 3307/6 3412/8
touch [3] 3316/19
3340/24 3351/25
touchscreen [2]
3316/20 3324/20
toward [2] 3373/4
3379/23

towards [8] 3337/8
3350/14 3355/18
3371/13 3377/17
3381/15 3381/18
3426/6

town [2] 3410/3
3431/11

traction [1] 3421/14
traditional [1] 3321/7
traditionally [1] 3318/7
train [1] 3357/21
trained [2] 3320/6
3374/20

training [5] 3358/13
3358/16 3358/20
3414/10 3435/11
transcript [1] 3293/9
3428/16 3446/3
transfer [1] 3321/1
transition [1] 3417/20
translating [4] 3424/14
3426/7 3436/20
3436/21

translation [1] 3421/19
translator [1] 3436/20
traveled [1] 3413/18
trial [16] 3293/9 3391/5
3407/3 3409/7 3416/25
3417/2 3417/12
3417/13 3418/2 3420/4
3420/5 3427/11
3428/22 3437/12
3438/2 3444/15
tried [1] 3432/22
trip [1] 3416/17
Troy [3] 3293/16
3296/12 3444/14
truck [2] 3414/21
3415/1

true [3] 3303/4 3423/15
truly [5] 3421/19
3423/19 3435/8 3435/8
3435/9

truth [4] 3426/10
3426/15 3442/15

try [3] 3323/16 3374/20
3431/22

trying [22] 3320/5
3320/7 3321/1 3331/9
3385/21 3386/18
3388/4 3392/13
3393/18 3394/1 3394/2
3397/2 3410/7 3416/3
3418/13 3418/15
3418/16 3420/25
3435/17 3441/3
3442/18 3445/6
Tuesday [1] 3410/12
3410/21

turn [2] 3372/15
3376/4

turncoat [2] 3440/22
3443/19

turned [2] 3363/19
3395/1

turning [1] 3343/21
3394/24

two [39] 3305/11
3305/13 3306/21
3306/25 3307/16
3318/10 3318/17
3333/2 3342/7 3342/8
3345/2 3345/21
3348/18 3353/23
3366/8 3366/10
3366/10 3369/25
3379/23 3385/5 3388/8
3388/9 3406/7 3407/12
3408/5 3408/6 3408/7
3410/14 3410/17
3410/18 3412/12
3412/20 3412/21
3413/2 3417/4 3417/6
3422/19 3442/20
3443/8

two weeks [1] 3407/12
two years [1] 3306/21
two-minute [2] 3366/8
3366/10

two-step [1] 3442/20
two-year [2] 3408/5
3408/6

# U

U.S [3] 3293/16
3363/18 3418/6
Uh [1] 3396/24
Uh-huh [1] 3396/24
ultimately [2] 3304/8
3305/8

unable [1] 3339/24
unarmed [1] 3317/24
uncertain [1] 3315/14
uncertainty [1] 3337/3
under [7] 3306/5
3335/14 3356/9
3394/22 3414/18
3415/6 3436/14
undergo [1] 3358/13
underlying [2] 3429/18
3436/3

understand [15]

3472

**U**

understand... [15]
3296/22 3301/17
3303/21 3393/15
3409/14 3421/2
3424/13 3425/4
3427/25 3432/17
3433/13 3433/17
3434/3 3435/11
3441/17

understanding [10]
3301/7 3309/12 3315/2
3416/23 3416/24
3421/10 3426/20
3427/20 3430/8
3430/23

understandings [1]
3326/9

Understood [2] 3326/8
3416/15

undo [1] 3391/15

unduly [1] 3391/14

unfair [1] 3415/24

uniquely [1] 3323/24

unit [7] 3359/9 3359/11
3359/12 3359/17
3361/17 3361/18
3361/21

UNITED [6] 3293/1
3293/3 3293/10 3296/7
3306/3 3306/21

United States [2]
3306/3 3306/21

unless [5] 3297/12
3298/6 3391/2 3418/4
3432/3

unlike [1] 3360/6

unreasonable [2]
3303/25 3409/19

unrelated [1] 3431/25

unsettled [1] 3315/13

until [3] 3354/17
3366/9 3437/21

up [61] 3296/25 3297/3
3297/15 3297/16
3297/16 3298/20
3299/16 3302/22
3310/7 3310/19 3313/8
3318/2 3318/18
3319/15 3320/3
3321/20 3322/7
3324/18 3327/21
3332/8 3332/21
3339/25 3342/21
3343/25 3351/4
3352/24 3353/7
3355/12 3355/17
3358/7 3361/4 3371/25
3372/12 3373/1
3379/24 3384/14
3384/17 3390/12
3397/8 3402/8 3405/19
3408/13 3410/2 3410/5
3414/9 3418/2 3420/24
3422/12 3423/1
3427/13 3430/11
3435/10 3435/24
3435/25 3436/8

3439/24 3439/25
3440/12 3444/12

updates [1] 3352/10

upon [1] 3391/8

upper [5] 3297/13
3365/14 3387/3 3397/8
3399/17

upset [1] 3362/5
3362/6

us [31] 3305/23
3306/17 3308/22
3309/25 3318/4
3324/17 3331/23
3334/19 3343/16
3344/15 3349/8
3352/20 3354/10
3354/25 3360/9 3362/7
3362/22 3363/14
3363/14 3363/18
3370/14 3375/2
3381/15 3382/13
3386/1 3386/2 3386/3
3386/20 3404/23
3407/16 3419/16

usdoj.gov [2] 3293/19
3293/20

use [9] 3361/11 3367/8
3373/17 3375/2 3385/2
3415/10 3439/15
3442/12 3445/11

used [7] 3318/6 3318/7
3318/13 3318/14
3402/4 3418/16
3423/19

using [11] 3316/15
3316/15 3318/16
3321/6 3324/18
3325/24 3340/24
3422/23 3434/24
3440/16 3440/16

usually [2] 3343/11
3343/12

**V**

Vallejo [14] 3294/19
3296/10 3296/17
3437/11 3437/21
3438/16 3438/23
3440/15 3440/16
3441/4 3441/23 3443/2
3443/20 3445/3

Vallejo's [3] 3437/13
3440/24 3442/17

value [1] 3391/13

van [5] 3360/14
3360/22 3361/4
3361/14 3361/16

vantage [5] 3322/6
3323/3 3323/6 3325/24
3328/17

various [3] 3309/6
3320/16 3422/15

veering [1] 3343/21

vehicle [1] 3360/20

venue [1] 3352/21

verify [2] 3327/1
3327/14

versus [2] 3296/8
3318/24

very [18] 3313/4
3313/4 3313/6 3315/13
3328/10 3356/2 3362/7
3362/21 3386/18
3401/2 3407/2 3407/17
3407/20 3408/23
3434/23 3435/2 3444/9
3444/14

vest [3] 3385/18
3385/25 3400/22

viability [1] 3352/20

vicinity [1] 3300/5

victim [2] 3393/2
3401/5

video [79] 3310/24
3315/18 3316/13
3332/18 3333/20
3334/15 3335/19
3344/2 3344/16 3345/8
3346/2 3346/18
3347/15 3348/3
3348/16 3349/18
3349/25 3350/7
3350/10 3351/1
3355/12 3364/6 3364/8
3364/14 3365/3 3366/9
3366/14 3367/3 3369/6
3369/14 3370/23
3371/18 3372/4 3372/8
3373/23 3375/9
3376/14 3376/17
3376/22 3377/2
3377/13 3377/21
3378/2 3378/10
3382/19 3383/10
3384/1 3384/11
3384/22 3386/6
3386/24 3388/8 3388/9
3395/9 3395/24 3396/3
3396/17 3397/5 3397/9
3397/18 3398/12
3399/15 3399/22
3400/12 3401/8
3401/23 3402/11
3402/19 3403/6 3403/9
3403/19 3404/3 3404/6
3404/9 3404/22
3413/16 3414/8 3416/7
3417/17

videos [3] 3366/3
3404/25 3416/8

view [8] 3316/15
3316/16 3320/25
3325/3 3342/25 3344/6
3402/14 3438/21

vilified [1] 3313/20

violate [1] 3358/22

violence [1] 3313/3

violent [2] 3313/9
3401/3

vis [2] 3318/23 3318/23

vis-à-vis [1] 3318/23

visible [1] 3311/8

visually [1] 3361/12

vividly [1] 3313/6

votes [1] 3309/6

vs [1] 3293/5

**W**

wait [2] 3331/22
3389/11

walk [6] 3298/25
3312/7 3319/19
3343/18 3435/10
3435/11

walked [4] 3312/14
3312/20 3338/4 3338/5

walking [3] 3341/12
3346/22 3350/14

want [31] 3298/11
3323/16 3330/25
3339/23 3353/4 3358/5
3369/17 3389/22
3390/15 3391/2
3394/21 3400/3
3400/19 3400/23
3401/4 3408/15
3416/24 3417/9
3419/22 3427/11
3431/12 3431/13
3433/1 3433/18
3433/20 3433/24
3434/21 3437/6 3439/9
3439/24 3440/1

wanted [12] 3343/17
3353/18 3388/16
3409/2 3419/11
3420/10 3427/4 3428/6
3434/15 3434/18
3445/8 3445/18

wants [9] 3308/20
3308/23 3410/10
3418/23 3422/1
3436/17 3439/5 3444/3
3444/5

warrant [7] 3422/5
3423/2 3423/6 3423/14
3430/1 3430/2 3431/2

warrants [2] 3421/16
3435/10

was [244]

Washington [3] 3293/5
3293/17 3294/21

wasn't [10] 3303/8
3314/13 3323/2
3329/14 3338/20
3360/6 3389/20 3416/9
3420/12 3431/17

watching [3] 3350/9
3369/10 3369/12

water [2] 3313/6
3332/1

way [15] 3300/14
3303/24 3304/4 3314/2
3339/14 3339/15
3341/13 3360/21
3361/7 3373/3 3401/3
3413/9 3421/17 3433/3
3433/6

ways [1] 3341/24

we [274]

We believe [1] 3414/6

voluntarily [1] 3301/17

we will [3] 3388/23
3410/7 3410/23

we'd [3] 3297/9
3368/16 3383/3

we'll [4] 3318/20
3388/17 3388/24
3441/1

we're [32] 3297/11
3297/13 3299/3
3314/16 3324/21
3326/23 3335/22
3337/5 3337/9 3353/20
3359/16 3366/17
3370/16 3371/21
3381/14 3381/18
3390/5 3390/11 3392/7
3392/9 3392/10
3396/12 3405/21
3410/7 3410/13
3410/22 3417/6 3417/9
3419/7 3428/22
3439/21 3443/16

we've [8] 3298/21
3395/1 3407/8 3409/11
3411/14 3423/17
3434/23 3435/19

weakness [1] 3415/25

weapon [1] 3321/14

weapons [5] 3321/3
3321/6 3321/9 3338/9
3414/19

wearing [1] 3348/22

website [1] 3298/21

Wednesday [6]
3298/13 3409/21
3410/12 3410/21
3410/22 3410/24

weed [1] 3379/12

week [2] 3407/17
3409/16

weekend [6] 3408/14
3408/16 3416/14
3436/18 3437/6
3445/22

weeks [2] 3407/12
3411/4

weight [1] 3374/13

WEINBERG [4]
3294/11 3294/14
3294/15 3296/15

Weinberg's [1]
3298/17

Weinfeld [2] 3375/16
3375/21

welcome [5] 3296/21
3305/1 3305/22 3306/7
3356/11

well [47] 3299/19
3300/12 3300/19
3301/3 3303/3 3303/14
3303/24 3309/14
3312/18 3314/7 3321/7
3324/2 3327/11
3327/12 3327/15
3328/23 3329/2 3329/6
3333/6 3334/22

**well... [27]** 3354/24
3358/3 3358/6 3390/7
3391/25 3392/9
3392/24 3407/6
3408/23 3410/13
3411/6 3412/13
3412/18 3412/24
3412/25 3414/8
3419/14 3421/7
3423/22 3424/14
3425/2 3429/1 3431/8
3435/4 3439/21
3441/11 3443/25
**went [20]** 3301/17
3316/23 3339/18
3349/3 3349/6 3352/22
3353/2 3360/2 3362/19
3367/18 3367/24
3379/7 3379/18 3393/1
3405/7 3405/14
3405/16 3406/11
3420/16 3426/8
**were [182]**
**weren't [2]** 3430/10
3434/20
**west [10]** 3303/7
3303/17 3312/23
3312/24 3312/24
3313/1 3341/6 3341/14
3343/21 3362/16
**what [264]**
**what's [18]** 3301/7
3307/8 3308/21
3312/17 3318/6
3319/11 3330/5 3342/8
3344/20 3344/23
3357/19 3369/24
3375/17 3396/11
3398/6 3412/6 3412/7
3441/13
**whatever [3]** 3405/4
3436/14 3439/18
**whatsoever [1]**
3411/22
**wheel [1]** 3444/24
**wheeling [1]** 3417/19
**when [87]** 3297/22
3298/2 3298/24 3303/7
3304/9 3306/9 3310/4
3312/9 3312/14
3312/25 3314/21
3314/24 3315/2
3315/12 3315/21
3316/22 3317/6
3318/19 3319/2 3319/9
3319/24 3322/7
3324/17 3332/7
3332/21 3333/23
3336/22 3337/22
3338/8 3338/13
3339/11 3354/15
3358/4 3358/8 3358/13
3359/12 3359/24
3360/3 3360/5 3360/8
3361/4 3361/11
3361/13 3362/2 3363/2
3363/5 3363/11

**whether [18]** 3319/22
3375/1 3377/4 3377/16
3379/6 3379/14
3379/25 3382/8
3382/18 3386/11
3401/19 3410/17
3411/12 3411/19
3411/21 3411/21
3413/17 3420/16
3421/19 3422/14
3422/22 3423/1 3424/1
3424/21 3424/22
3424/24 3426/20
3426/22 3427/12
3431/13 3432/24
3433/5 3433/16
3433/16 3434/8 3434/9
3437/15 3438/2
3439/15
**whenever [1]** 3411/12
**where [66]** 3298/25
3299/9 3299/16
3299/23 3300/4 3300/4
3300/5 3300/15
3300/25 3301/1 3311/6
3311/10 3311/20
3312/3 3312/5 3312/5
3315/3 3316/16 3319/1
3319/8 3323/3 3324/16
3324/24 3327/8
3327/21 3328/20
3328/24 3338/4
3341/17 3341/18
3342/2 3349/5 3353/23
3355/18 3357/3 3357/8
3358/20 3359/1
3359/13 3360/1
3362/15 3362/25
3371/12 3375/24
3381/18 3382/6 3385/2
3385/3 3396/6 3399/1
3400/16 3401/19
3402/15 3404/24
3405/2 3408/5 3414/11
3416/7 3416/17 3417/9
3418/14 3426/11
3427/16 3428/13
3428/17 3430/5
**whether [18]** 3319/22
3323/17 3324/6
3328/24 3331/9 3348/9
3393/2 3411/9 3429/4
3431/24 3432/15
3436/4 3439/12
3439/12 3441/24
3442/15 3442/16
3445/5
**which [33]** 3300/15
3302/6 3302/22
3303/22 3303/23
3304/24 3304/25
3310/23 3312/22
3318/19 3327/17
3330/4 3341/18
3346/11 3349/3 3350/2
3360/13 3373/3
3376/22 3392/21
3412/10 3412/10

**wife [1]** 3414/22
**Wild [2]** 3326/6 3326/6
**will [21]** 3300/17
3334/9 3344/8 3344/11
3364/23 3372/19
3378/24 3388/11
3388/23 3390/23
3395/19 3408/6 3408/7
3409/22 3410/7
3410/23 3422/3
3424/11 3425/15
3424/17 3430/11
3431/23 3434/13
3439/10 3443/3
3443/19 3444/13
**while [11]** 3316/17
3317/15 3321/25
3332/20 3339/7
3351/20 3363/2 3387/9
3400/5 3431/9 3439/25
**Whippet [1]** 3414/23
**white [3]** 3338/15
3345/13 3347/6
**who [41]** 3297/2
3298/14 3304/13
3304/13 3309/25
3310/8 3311/3 3314/21
3317/22 3323/17
3325/9 3331/2 3331/4
3333/7 3334/4 3336/3
3336/6 3345/15
3350/17 3350/19
3351/14 3352/1 3352/2
3352/2 3354/7 3361/16
3375/15 3385/12
3385/14 3387/11
3387/15 3391/21
3393/20 3393/22
3394/1 3401/16
3409/22 3414/18
3414/23 3442/6
3445/14
**who's [7]** 3314/18
3326/1 3326/3 3333/13
3336/14 3346/6
3392/14
**whole [8]** 3308/1
3319/19 3326/25
3357/15 3409/12
3416/4 3427/7 3431/23
**wholesale [2]** 3426/22
3433/9
**whom [2]** 3411/17
3413/20
**whose [7]** 3365/6
3365/9
**why [21]** 3297/16
3313/19 3320/23
3339/20 3340/13
3352/17 3353/17
3354/23 3366/6
3385/19 3401/1 3405/8
3405/25 3417/2
3424/25 3425/5
3430/11 3431/9
3441/12 3443/12
3443/20

**William [5]** 3294/2
3294/3 3296/13 3446/2
3446/8
**William Shipley [1]**
3296/13
**willing [1]** 3417/10
**window [2]** 3312/16
3312/20
**Wisconsin [1]** 3317/11
**wish [2]** 3431/22
3433/14
**Wite [3]** 3373/16
3373/17 3416/10
**Wite-Out [3]** 3373/16
3373/17 3416/10
**withdraw [1]** 3338/25
**within [7]** 3304/13
3304/23 3304/24
3304/25 3305/10
3313/11 3323/25
**without [4]** 3345/17
3354/10 3420/15
3424/17
**witness [28]** 3295/2
3297/3 3298/10 3305/3
3306/1 3306/5 3306/12
3356/4 3356/9 3356/18
3363/25 3367/11
3368/3 3371/4 3372/16
3376/20 3380/16
3382/16 3385/4
3387/24 3398/18
3398/19 3402/9
3403/12 3410/8 3414/2
3424/10 3436/12
**witness's [2]** 3298/13
3323/25
**witnesses [15]** 3295/4
3328/10 3389/17
3406/24 3409/2
3409/12 3409/16
3410/2 3410/4 3410/7
3410/14 3410/17
3410/18 3411/7
3417/14
**woman [6]** 3311/11
3345/13 3346/6
3346/21 3347/5
3347/17
**won't [1]** 3445/2
**wondering [1]** 3390/1
**wooden [1]** 3343/11
**word [1]** 3299/2
**words [5]** 3327/6
3425/14 3428/18
3432/10 3439/13
**work [18]** 3307/4
3308/22 3310/12
3324/20 3339/22
3339/23 3345/3 3346/9
3346/24 3347/8
3347/21 3352/21
3354/7 3355/1 3357/3
3406/11 3423/4
3431/10
**worked [6]** 3299/12
3307/6 3308/3 3348/9

**working [5]** 3306/21
3309/24 3345/18
3359/3 3378/23
**works [2]** 3346/12
3437/1
**worn [11]** 3361/1
3361/7 3361/10 3364/8
3365/6 3365/25 3368/8
3388/9 3395/3 3395/7
3398/23
**worries [2]** 3377/5
3406/4
**would [105]** 3298/25
3299/2 3299/15
3299/16 3300/5 3300/6
3300/10 3309/13
3309/14 3309/17
3309/19 3310/2 3313/2
3317/3 3317/13
3318/18 3319/21
3322/13 3324/22
3324/23 3324/25
3325/2 3325/11
3325/16 3325/24
3326/1 3326/5 3326/18
3327/9 3328/1 3328/3
3329/7 3331/19 3336/2
3338/4 3340/15
3340/25 3341/9
3341/12 3341/13
3343/17 3359/14
3365/17 3366/19
3370/1 3370/2 3370/11
3370/14 3381/17
3386/21 3389/22
3389/25 3389/25
3390/1 3390/2 3390/10
3391/16 3399/8 3408/3
3408/3 3410/14
3413/22 3414/3
3414/22 3417/7 3420/9
3423/9 3424/17
3424/19 3424/19
3424/21 3424/23
3425/21 3425/22
3427/11 3427/18
3427/19 3428/4
3431/12 3431/15
3432/22 3432/22
3433/7 3433/18
3433/24 3434/21
3435/5 3435/7 3436/2
3436/14 3436/19
3436/20 3437/5
3437/10 3438/8
3439/15 3442/20
3443/3 3443/16
3443/18 3443/25
3444/13 3444/22
3445/3 3445/18
**wouldn't [9]** 3297/16
3390/10 3391/11
3394/4 3424/25 3425/6
3425/7 3443/9 3445/17
**write [2]** 3373/17
3408/22
**writing [3]** 3408/13

3474

**W**

**writing... [2]** 3408/14
3408/21
**wrong [9]** 3432/8
3432/9 3441/16
3441/19 3442/15
3442/24 3442/25
3443/2 3444/16

**X**

**Xs [1]** 3342/14

**Y**

**yeah [23]** 3297/18
3299/7 3311/11
3314/20 3316/19
3316/20 3320/12
3321/17 3334/23
3334/23 3342/13
3342/13 3342/16
3346/23 3346/25
3348/25 3350/25
3353/6 3353/22 3354/3
3418/21 3434/4
3436/25
**year [7]** 3357/14
3357/15 3358/25
3365/16 3408/5 3408/6
3429/19
**years [7]** 3306/21
3307/7 3307/16
3318/10 3318/17
3406/7 3408/7
**yell [1]** 3380/1
**yelled [1]** 3397/13
**yelling [3]** 3374/1
3374/3 3380/3
**yells [1]** 3386/11
**yep [1]** 3347/7
**yes [187]**
**yesterday [9]** 3297/1
3297/19 3298/12
3408/25 3409/25
3410/21 3419/10
3419/13 3419/17
**yet [1]** 3323/19
**you [586]**
**you know [1]** 3374/15
**you'd [3]** 3319/19
3341/3 3343/19
**you'll [2]** 3338/14
3338/15
**you're [23]** 3306/9
3317/2 3324/16
3324/17 3324/17
3325/4 3330/10
3330/12 3335/1 3339/4
3341/3 3356/14
3372/10 3376/23
3383/17 3384/3
3408/21 3409/20
3410/18 3421/5 3439/1
3439/13 3439/18
**you've [22]** 3301/6
3312/18 3329/4
3329/10 3333/2 3341/5
3341/14 3342/5
3343/20 3370/3 3371/5

3374/19 3376/21
3382/5 3382/21 3385/5
3399/25 3401/17
3403/13 3434/12
**young [1]** 3373/14
**your [133]** 3296/6
3298/1 3299/9 3299/23
3300/15 3301/7
3302/25 3305/22
3306/2 3306/4 3306/10
3306/17 3306/24
3307/8 3308/25
3309/12 3312/5 3314/1
3315/2 3316/8 3316/17
3317/6 3318/23
3320/17 3320/21
3322/6 3322/13
3323/22 3324/9
3325/18 3326/17
3326/19 3327/7 3328/1
3332/2 3334/10
3339/20 3341/18
3351/20 3355/24
3356/1 3356/5 3356/8
3356/14 3356/15
3356/24 3358/16
3358/18 3359/5
3360/14 3363/6
3363/10 3363/13
3364/3 3364/12
3364/19 3364/24
3365/11 3366/24
3367/12 3368/8
3368/10 3369/18
3370/2 3370/12
3370/18 3371/21
3372/17 3372/24
3373/7 3373/10 3374/5
3374/8 3374/22
3377/16 3378/5
3379/14 3379/20
3380/11 3381/1
3381/21 3382/4
3382/18 3383/22
3384/4 3384/7 3385/8
3386/10 3387/8
3388/15 3389/4
3389/12 3389/16
3391/2 3391/16
3392/12 3394/19
3395/13 3395/15
3395/16 3399/8
3406/12 3406/16
3406/18 3406/19
3406/21 3406/21
3406/25 3407/20
3407/20 3408/25
3409/24 3411/13
3416/15 3417/18
3418/1 3422/11
3422/11 3422/12
3422/13 3422/22
3423/1 3426/23 3428/6
3429/3 3435/22 3437/9
3437/18 3438/6
3438/13 3440/11
3445/10 3445/18

**your Honor [44]**
3296/6 3298/1 3299/23
3302/25 3306/2
3306/10 3322/13
3324/9 3326/19 3327/7
3328/1 3332/2 3334/10
3355/24 3356/5
3356/15 3364/19
3364/24 3370/2
3372/17 3381/1
3388/15 3389/12
3389/16 3391/2
3391/16 3394/19
3399/8 3406/12
3406/16 3406/18
3406/19 3406/25
3408/25 3409/24
3411/13 3416/15
3417/18 3418/1 3428/6
3435/22 3437/18
3438/6 3440/11
**yours [2]** 3364/10
3407/13
**yourself [16]** 3356/25
3367/6 3367/9 3370/25
3371/3 3376/16
3376/19 3380/24
3381/9 3383/12
3383/15 3384/24
3403/9 3403/11
3403/13 3404/6

**Z**

**Zaremba [2]** 3446/2
3446/8
**zero [1]** 3388/15
**zoom [2]** 3340/6
3343/4