IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )      CR No. 22-15
                                 )      Washington, D.C.
          vs.                    )      January 10, 2023
                                 )      9:15 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )      Day 17
          Defendants.            )      Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| BRIAN ULRICH | 3825 | 3869 | 3922 | |
| BRIAN ULRICH | | 3915 | | |
| BRIAN ULRICH | | 3916 | | |

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 4760 | 3826 |
| 4761 | 3831 |

3801

```
 1                     P R O C E E D I N G S

 2          COURTROOM DEPUTY:  All rise.  The Court is now in

 3     session; the Honorable Amit P. Mehta presiding.

 4          THE COURT:  Good morning.  Please be seated,

 5     everyone.

 6          COURTROOM DEPUTY:  Good morning, Your Honor.

 7          This is Criminal Case No. 22-15, United States of

 8     America versus Defendant No. 6, Roberto A. Minuta;

 9     Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;

10     and Defendant 11, Edward Vallejo.

11          Kathryn Rakoczy, Jeffrey Nestler,

12     Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13     government.

14          William Shipley for Defendant Minuta.

15          Angela Halim for Defendant Hackett.

16          Scott Weinberg for Defendant Moerschel.

17          And Matthew Peed for Defendant Vallejo.

18          All four named defendants are present in the

19     courtroom for these proceedings.

20          THE COURT:  Okay.  Good morning again, everybody.

21     I hope everybody is well.

22          Okay.  A couple of issues overnight; the first

23     concerns a video the government wishes to show.

24          So this concerns the breaking of the window by

25     Mr. Pezzola.
```

1          So, Mr. Edwards.

2          MR. EDWARDS:  Yes, Your Honor.

3          So, first, Mr. Minuta was -- and I'm happy to show

4    things, but I know that some of this has come out at trial.

5          So Mr. Minuta was shown in a photograph with

6    Dominic Pezzola from D.C. December 30 -- well, it was from

7    December.  The post on to Parler from the Enrique Tarrio was

8    December 31st, in which Enrique Tarrio says, "Lords of war."

9          So Mr. Minuta and Mr. Pezzola are in this

10   photograph.  It's from a December rally.

11         The message in one of the government's exhibits is

12   from Thomas Caldwell in which he describes what Proud Boys

13   had done around them.  And so Mr. Caldwell is on the west

14   side, and Dominic Pezzola is on the northwest side when he's

15   breaking the window into the Capitol Building.

16         And so it's the government's position that being

17   able to bring out Mr. Caldwell's message -- sorry.  I left

18   out one piece of evidence.

19         So as was discussed in one of the defense exhibits

20   in Mr. Peed's exhibits, EV124.1, Mr. Vallejo messages this

21   exact 30-second clip.  And you can see the same watermark in

22   the bottom right -- it's the same length of time -- to

23   Ernie Hancock.  And that video is what we intend to show.

24   It's a video of Dominic Pezzola smashing one of the windows.

25         THE COURT:  What time does he send it?

1          MR. EDWARDS:  He sent that on January 6th.  And

2    according to the screenshot, it was 1:16 p.m. that day.

3          Later that day, Thomas Caldwell is messaging,

4    again, about what Proud Boys had done on the side of the

5    Capitol he was on.  And what we intend to do is show through

6    the agent who that was in that video.  He will be able to

7    identify that individual as -- oh, I forgot.  There's a

8    time-conversion issue on the exhibit from Mr. Peed's EV124.

9    So that may be 2:16.

10          So what we intend to do is have Agent Cody

11    identify that individual in the video that Mr. Vallejo sent

12    as Dominic Pezzola.  Based on his investigation, he'll be

13    able to do that the same way he's done for various

14    individuals in the government's case, and he'll be able to

15    show what happened in the video that Mr. Vallejo sent.

16          THE COURT:  So can you bring that -- I don't

17    recall that particular message.  And there was a video

18    attached to it?  I certainly don't recall that being

19    brought up.

20          MR. EDWARDS:  This is the exhibit.  I've got it

21    zoomed in here.

22          This is the -- what it looked like from when

23    Mr. Vallejo -- I'm sorry, Mr. Peed admitted this, I think,

24    through either 106 on the government's case or at least

25    in cross.

1          THE COURT:  Right.

2          MR. EDWARDS:  Then there came this video, and

3   Mr. Vallejo messaged --

4          THE COURT:  Oh, right.

5          MR. EDWARDS:  -- about the lumber.

6          THE COURT:  Right.

7          MR. EDWARDS:  So here's the screenshot of --

8   Mr. Peed's exhibit appears to be a screenshot of the

9   messages.

10         So the play button makes it looks like it's a

11  video, the duration.

12         And then I'm happy to pull it, but basically the

13  exhibit that is at issue here, 9654, is that video.  You can

14  see this "BGonthescene" watermark on the bottom right, so it

15  shows the same.  So I'm happy to...

16         So this is the exhibit at issue.  It's got that

17  same watermark on the bottom right, and it's the same

18  duration.

19         THE COURT:  Okay.

20         MR. EDWARDS:  And what the government did -- or

21  what the FBI did is went to Twitter to see this exact same

22  video and pulled it.

23         And so what we intend to do is just play this

24  through the agent and ask him to identify who that

25  individual is.

1          THE COURT:  And remind me again:  The time of

2    Mr. Vallejo's message of standing by is what time?  2 --

3          MR. EDWARDS:  His message to -- he has a message

4    at 2:24 in which he says he's back at the hotel and

5    outfitted.

6          THE COURT:  Right.

7          MR. EDWARDS:  And then he has a 2:32 message to

8    Donna Hancock in which he says, "The people have taken the

9    Capitol, and Congress is in bedlam."

10          And then 2:38 in which he says, "QRF standing by,

11    just say the word."

12          THE COURT:  Okay.

13          And what's the relevance of identifying the person

14    as Mr. Pezzola?

15          MR. EDWARDS:  Well, Mr. -- so two things.

16          One -- and I've got the screenshots of the

17    transcripts it if it would be helpful.

18          But Mr. Shipley on cross, on at least two

19    occasions with witnesses, have crossed witnesses about

20    whether or not Antifa -- or whether or not the Proud Boys

21    were focused on Antifa and violence against Antifa.  So his

22    cross led to -- the implication being that they wouldn't be

23    focused on police or the Capitol or the government.

24          And there were two instances in which Mr. Shipley

25    raised that cross-examination, and I think they were more

3806

1   related to Mr. Minuta's message on Parler when he's shown
2   with Mr. Pezzola and later when Kelly Meggs was messaging
3   about having Proud Boys.
4            So there's one avenue of cross that the defense
5   has gone down to show that Proud Boys wouldn't have been
6   focused on the Capitol.
7            There's -- second, Mr. Vallejo is messaging saying
8   later, you know, "This could be Antifa."
9            And we believe that, given Mr. Minuta's
10  relationship with Mr. Pezzola, given the photographs and the
11  posts that he's in and Mr. Vallejo's focus on this exact
12  video, it's relevant for the government to highlight that,
13  no, members of the Proud Boys were focused on the Capitol
14  that day.
15           And I forgot the third point of relevance here is
16  Thomas Caldwell, who's a co-conspirator, is on the west side
17  of the Capitol and described that scene, Proud Boys
18  scuffling with police and doing various things on
19  January 6th.
20           THE COURT:  Can you bring -- can I just ask you to
21  bring the Minuta text back, please --
22           MR. EDWARDS:  Yes.
23           THE COURT:  -- and just take a look at the
24  language one more time.
25           MR. EDWARDS:  If this is what you're talking

 1   about.  I don't have that plugged in here.

 2            THE COURT:  No.  I'm talking about -- did I say

 3   Minuta?  I meant to say the Vallejo texts.

 4            MR. EDWARDS:  Oh, sorry.  Thank you very much.

 5            THE COURT:  That one I remember.

 6            MR. EDWARDS:  While I'm on this post at least, I'd

 7   note that, you know, Enrique Tarrio had mentioned them as

 8   "lords of war."  So I think, you know, he says, "#J6."

 9            Mr. Minuta says, "Honor to stand with you guys.

10   See you Jan. 6th."

11            So I think that is also another tie-in to show

12   it's relevant to show who was the war against.  Mr. Pezzola

13   certainly wasn't attacking Antifa in that video that Vallejo

14   sends.

15            This is the message I think you're referring to.

16            THE COURT:  Right.

17            MR. EDWARDS:  Let me know if you need me

18   to scroll.

19            THE COURT:  Yeah, if you could scroll down.

20            Okay.

21            MR. EDWARDS:  And then it goes down.  It's

22   a repeat.

23            THE COURT:  Okay.

24            All right.  Mr. Shipley.

25

1          MR. SHIPLEY:  Yeah.

2          Your Honor, I think the problem I have is the

3    middle of Mr. Edwards' argument, which is the relationship

4    between Mr. Pezzola and Mr. Minuta.  There's no

5    relationship.  They met one time in passing at a hotel.

6    They're both from New York.  They exchanged messages -- or

7    they exchanged phone numbers.

8          They had one text message exchange after that.

9    Never met.  Never talked.

10         He's never met Mr. Tarrio.

11         THE COURT:  What's the date of the -- you said the

12    text message or the communication between Mr. Minuta and

13    Mr. Pezzola?

14         MR. SHIPLEY:  It's on January 6th.  Mr. Minuta's

15    text -- it's a text message, I'm pretty sure, because it's

16    not a Signal message.  And he says, "Where are you?"

17         It's before the events of the day.  He says,

18    "Where are you?" to Dominic.

19         And Pezzola's response is, "At the

20    Washington Monument."

21         And that's it.  No further communications between

22    them.  No telephone communications.  Nothing.

23         And so, you know, the government is working hard

24    with Mr. Tarrio's public Parler post, doesn't -- not to him;

25    just a public Parler post.  To call what's attached to

1    Mr. Tarrio's post a photograph assumes a lot of things.

2    It's clearly been digitally enhanced in some fashion.  It's

3    been Photoshopped.

4            Whether those two were actually in the frame of an

5    actual photograph at the same time, no foundation for that.

6    It's just this sort of image, you know, with the flames and

7    whatnot, and Mr. Minuta in the background and Mr. Pezzola in

8    the foreground.

9            And Mr. Minuta's reference, when he says, "Proud

10   to stand with you guys," that's retrospective because they

11   had been together with General Flynn at the Jericho March.

12           THE COURT:  That's when he met?

13           MR. SHIPLEY:  Yeah.

14           So I think the tenuousness of the claim that

15   there's a relationship -- and clearly what they're trying to

16   do is they're trying to latch Mr. Pezzola's violence at the

17   Capitol, breaking that window, which I think is the matter

18   of record that that was the first damage done to the

19   building to gain entry, they're trying to latch Mr. Minuta

20   to it.  And it's just simply not there.

21           THE COURT:  Okay.

22           MR. EDWARDS:  Just one note, Your Honor.

23           To respond to Mr. Shipley's point that this is

24   retrospective, December 19th, Mr. Minuta sends a message to

25   Pezzola in which he says, "The Oath Keepers' President is

1    disheartened, and the time for peaceful protest is over.

2    I was just with him."

3            So that is certainly prospective, looking forward

4    to "The time for peaceful protest is over."  That message

5    has already come into evidence.

6            MR. SHIPLEY:  Yeah.

7            And I think when we get to the point is, as

8    Mr. Minuta will testify, those were Mr. Rhodes' sentiments

9    that he was passing on to Mr. Pezzola.  Those were not

10   Mr. Minuta's sentiments.

11           There's nothing anywhere that suggests that those

12   are Mr. Minuta's sentiments.  There's a lot suggesting

13   that's Mr. Rhodes' sentiments.

14           THE COURT:  Okay.

15           So let me just ask, Mr. Edwards, one more

16   question, and that is, is there anything, other than the one

17   communication on January 6th and the communication that

18   you've identified, that the government is aware of between

19   Mr. Minuta and Mr. Pezzola?

20           MR. EDWARDS:  In evidence or just what the

21   government's aware of?

22           THE COURT:  Let's start with in evidence.

23           MR. EDWARDS:  No, not currently in evidence.

24           The government is aware that there are phone

25   records that show they shared phone calls.  I don't, off the

1  top of my head, know the dates of those phone calls.  My

2  memory is that they're in December of 2020.

3          THE COURT:  Okay.

4          MR. EDWARDS:  But there are videos of Mr. Minuta

5  in Washington, D.C., when he is around other members of the

6  Proud Boys in December.

7          THE COURT:  Okay.

8          And do you intend to show the video, regardless of

9  whether I allow you to have the agent identify Mr. Pezzola

10  or only if the agent identifies the person breaking the

11  window as Mr. Pezzola?

12         MR. EDWARDS:  I think the relevance here of --

13  well, a key facet of why the government wants to play this

14  video is to show that Mr. Vallejo is sending a video of

15  Dominic Pezzola; Mr. Minuta is connected with Mr. Pezzola,

16  and so I think his identity is --

17         THE COURT:  There's no evidence, is there, or to

18  your knowledge, that Mr. Minuta -- excuse me, Mr. Vallejo

19  knows who Dominic Pezzola even is?

20         MR. EDWARDS:  No.  But I think it's a portion of

21  argument that Mr. Peed and Mr. Vallejo have put forth to the

22  jury is that Mr. Vallejo started to mention that Antifa did

23  the bad things at the Capitol.

24         Now, of course, the government has put on evidence

25  that Mr. Vallejo messaged, "The people took the Capitol that

1    day."

2            THE COURT:  Right.

3            MR. EDWARDS:  So this is part of that.  This is

4    part of showing that Mr. Vallejo may be layering his

5    messages with, "Well, Antifa did the bad things," and we

6    think it's relevant to show the jury this is a video in

7    which it's not.

8            THE COURT:  Yeah, here's the difficulty.

9            I mean, look, I think clearly showing -- I mean,

10   showing the video, in my mind, is clearly relevant

11   potentially.  I mean, up to you whether you want to show it

12   or not.  Mr. Vallejo sent it, it bears on his state of mind,

13   I think it would be hard-pressed to argue that that is not

14   admissible.

15           The question of whether the identification of

16   Mr. Pezzola is admissible, I think, is a more problematic

17   issue, particularly given, A, he's not identified as a

18   co-conspirator or hasn't been, at least to my knowledge, up

19   to this point; two, there's no suggestion that Mr. Minuta

20   and Mr. Pezzola were in any way, other than the one

21   communication that Mr. Shipley has identified, communicating

22   on January 6th or coordinating in any fashion.

23           And so it has -- and this -- thirdly, to the

24   extent that it's sought to rebut Mr. Vallejo's contention

25   that this is Antifa, I don't know that the FBI's subsequent

1    interpretation -- excuse me, investigation and

2    identification of Mr. Pezzola can bear on Mr. Vallejo's

3    state of mind at the time.  I mean, either he knew it was

4    Pezzola or he didn't.  And if there's no evidence that he

5    knew it was Pezzola, then the fact that the FBI later

6    concluded it was Pezzola doesn't seem to rebut anything that

7    he may have been thinking at the time.

8            Now, you can, of course, point out that he also is

9    talking about the people in the same breath but it seems to

10   me that that's a different issue.  So I don't think there's

11   much probative value to actually identifying Mr. Pezzola.

12           I also think there's a fair amount of prejudicial

13   value to it in associating Mr. Minuta and these other

14   defendants with conduct to which there otherwise is no

15   association.

16           I mean, the mere fact that Mr. Minuta and

17   Mr. Pezzola know each other -- I don't know why Mr. Tarrio

18   put the two of them in the image together, it's a little

19   unclear, but he did and I'm not sure why.

20           But that by itself doesn't seem to suggest to me

21   that Mr. Minuta and Mr. Pezzola had any coordination or

22   efforts together on January 6th.

23           MR. EDWARDS:  Can I just highlight two points,

24   Your Honor, in response?

25           First, as to the relevance to Mr. Minuta, I think

1    the chronology here highlights that there is coordination,

2    there is this affiliation.

3            So Mr. Minuta messages on Facebook and other

4    social media platforms about standing with the Proud Boys.

5    But on Parler he is messaging the President -- he's

6    responding to the leader of the Proud Boys saying, "Honored

7    to stand with you guys."

8            THE COURT:  Right.

9            MR. EDWARDS:  And in that post Mr. Tarrio says,

10   "#J6, #J20."  Mr. Minuta then says, "See you then, ready to

11   stand with you guys."

12           THE COURT:  All right.

13           MR. EDWARDS:  And then Mr. Minuta on the day of

14   the 6th -- or, sorry, the 19th messages that individual that

15   he is photographed with, Mr. Pezzola, he has a phone call

16   with him that very day.  On January 6th, he's messaging with

17   him, and it would be the government's position that that is

18   coordination, asking "where you are" on the morning of

19   January 6th.

20           THE COURT:  Right.

21           I mean, let me put it this way.  I think you may

22   be correct that there was an attempt to coordinate, but an

23   attempt to coordinate doesn't actually rise to actual

24   coordination.  And, you know, again, absent some reason to

25   think that Mr. Pezzola's conduct can be tied to Mr. Minuta,

```
1    it seems to me to be a really very prejudicial and very

2    misleading --

3                MR. EDWARDS:  If we, Your Honor -- and then

4    I understand the Court's ruling.

5                There's at least one message in which Kelly Meggs

6    is messaging about Proud Boys and Oath Keepers working

7    together.

8                THE COURT:  Right.

9                MR. EDWARDS:  He's also messaging about, "They go

10   in first, we come in from behind."

11               THE COURT:  Right.

12               MR. EDWARDS:  Dominic Pezzola is the person who

13   first goes into the Capitol.  Roberto Minuta goes in later.

14               I think these messages show that there is this

15   pattern of rhetoric of talking about Oath Keepers and

16   Proud Boys being together, and then Dominic Pezzola does

17   exactly what Kelly Meggs had talked about weeks before.

18               THE COURT:  Yeah, I know, but you are now

19   injecting into this case a theory that hasn't really been

20   floated before, which is that somehow there was coordination

21   between the two groups.

22               I -- yes, there have been communications but

23   actual coordination versus parallel conduct is a very

24   different thing.

25               And absent greater foundation to believe that
```

1    there was actual coordination or that there was mutual

2    support in some way other than just through mutual agreement

3    about a cause, I don't think that gets you there.

4            MR. EDWARDS:  Okay.  Yes, Your Honor.

5            The second point I was going to make was just as

6    to Mr. Vallejo, though it may be rendered moot here if we're

7    not identifying him.

8            I do think it's relevant to identify Mr. Pezzola.

9    I understand the Court's point about it not bearing on his

10   state of mind, but it is the government's intent to show

11   that there are examples in which Mr. Vallejo is talking

12   about Antifa and he is doing so after having already

13   identified that it was "the people."

14           And so part of the theory of this case is that

15   Mr. Rhodes had repeatedly told people, "Be careful what you

16   write," and Mr. Vallejo repeatedly starts to say things

17   about Antifa after having already identified that it was

18   "the people" that had done it, and so one example of that to

19   the jury is --

20           THE COURT:  I don't think Mr. Vallejo was on any

21   of those messages, right?  I mean, he doesn't join any

22   Signal groups until January 5, January 4.  So -- Mr. Peed is

23   telling me 5.

24           So in any of those messages that Mr. Rhodes

25   conveyed either on that November 9th GoToMeeting or in the

 1    Signal messages about being careful, it wasn't conveyed to

 2    Mr. Vallejo.

 3            MR. EDWARDS:  Mr. Vallejo later in March is the

 4    one messaging -- or the end of January in which he's

 5    messaging, he doesn't need Rhodes to tell him that, he knows

 6    full well because the landlines are not secure.  You know,

 7    he knows full well from his experience in the military he's

 8    got to be careful.

 9            THE COURT:  Yeah, well, unless there's reason to

10    think that he actually knows that's Pezzola, or put

11    differently, he actually knows that's not Antifa -- well,

12    actually, the fact that he doesn't -- that he knows it's not

13    Antifa can be brought out in some other way as you've

14    suggested.

15            MR. EDWARDS:  And we have, yeah.

16            THE COURT:  Right, and you've done that.

17            So, again, this is not just about probative value,

18    it's also about, you know, prejudicial effect, and I think

19    there is a real prejudice to sort of specifically

20    identifying the first person in this trial as a Proud Boy.

21            MR. EDWARDS:  Right.

22            THE COURT:  And so I think the jury is then left

23    with the impression that these people were -- these

24    defendants, I should say, were aware or could have been

25    aware of what the Proud Boys were planning, that there was

```
 1   coordination of it, and there's no basis to really argue
 2   that.
 3              MR. EDWARDS:  Last thing I'll say.
 4              THE COURT:  Okay.
 5              MR. EDWARDS:  The "Friends of Stone" chat included
 6   Stewart Rhodes and the head of the Proud Boys.
 7              THE COURT:  Right.
 8              MR. EDWARDS:  I understand the Court's point here
 9   that this is a new theory.  It's that the government is
10   highlighting this evidence differently than the first trial
11   because we have a defendant who in particular had more
12   contact with the Proud Boys.
13              And so just to address the Court's point that
14   there, you know, wasn't coordination, I think that
15   "Friends of Stone" chat in which Mr. Rhodes goes to it
16   throughout the 6th a few times highlights that there may
17   have been at least this top-down coordination --
18              THE COURT:  Yeah, I mean --
19              MR. EDWARDS:  -- or communication.
20              THE COURT:  -- again, given what we've seen of
21   what he's posted, it seems -- look, I understand what the
22   government is trying to accomplish.
23              I also understand the government probably has
24   spent more time outside of these four walls trying to create
25   a more concrete connection between the two, and I just don't
```

1    think it's there, okay?

2              MR. EDWARDS:  Thank you, Your Honor.

3              THE COURT:  All right.

4              Oh, so just to put a final pin on this, I mean,

5    again, if you want to show the video, I don't think there's

6    a -- I don't think -- I don't know whether there's an

7    objection, but I don't think it's out of bounds to show the

8    video itself.

9              MR. EDWARDS:  Yes, Your Honor.

10             THE COURT:  Since Mr. Vallejo sends it.

11             MR. PEED:  Your Honor, I know there's some

12   objections to the government about some of their exhibits

13   lined up.  They have the burden, so I don't know if you want

14   to roll through them with the Court and preview those

15   objections.

16             One is a set of admissions from co-conspirators,

17   backward-looking admissions, I think those are admissible

18   against those individuals.  But those individuals aren't on

19   trial here, so I would object to those.

20             And then there were some, I think, messages about,

21   "Delete stuff, delete stuff, delete stuff."  Some of those

22   are just quoting the *Miranda* rights of Americans.  I think I

23   would object just to those that actually quote the law,

24   "That you have a right to remain silent, anything you say

25   can be used against you."

1          The rest of those, I think, are more admissible,

2    but I would like a limiting instruction for who received

3    them because Mr. Vallejo didn't receive them.

4          THE COURT:  There's no limiting instruction.  You

5    can bring out on cross that Mr. Vallejo didn't receive it.

6    I'm not going to limit the instruction -- I mean, limit the

7    jury's use of it in that regard.

8          MR. EDWARDS:  Yes, Your Honor.

9          I don't know if it would be helpful to just see

10   some of the messages, the Court I know is familiar with many

11   of these.

12         So just legalistically the first point, many of

13   these statements are statements against penal interest by

14   co-conspirators after -- immediately after the events of

15   January 6th that evening, and in nearly every single one of

16   them but one they say "we" or "everyone."

17         And in the first trial, the Court ruled that these

18   were admissible not only against the speaker or the

19   declarant but other co-conspirators, because, two reasons,

20   one, it gets through the door of hearsay because these are

21   statements against penal interest, because these individuals

22   are not available and because the government has evidence

23   that corroborate these statements.  Particularly when, for

24   example, Jessica Watkins says, "We pushed through the House

25   and the Senate, we muscled the cops back like spartans," we

1    have video of that.

2                THE COURT:  Right.

3                MR. EDWARDS:  So given all of those pieces that we

4    check off from the rule under 804, it comes in -- or at

5    least the government's position is it would be admissible.

6    And then the follow-up question is against whom.  And given

7    the Court's first ruling that they talk about "we" and what

8    "we" did that day, their state of mind on the evening of

9    January 6th is relevant.

10               THE COURT:  Well, I'm with you all the way until

11   the end in that I think it's even more concrete than that

12   that a statement against penal interest just comes in, and

13   it comes in against -- for all purposes.  I don't think it

14   comes in only against the particular declarant.

15               I mean, there's case law to that effect.  I think

16   I cited it in the order -- the Zello order.  I was sort of

17   curious about this issue, and it was the one case I was able

18   to identify, at least with respect to statements against

19   penal interest.

20               I was also interested in the same concept of

21   somebody utters a present-sense impression -- as I said,

22   Ms. Watkins had it -- whether that was something that was

23   admissible against others.

24               But in any event, the statement against penal

25   interest, there's clear case law, I think, even from the

3822

1   Supreme Court, that stands for the proposition that that's

2   admissible against all others.

3           So if that's the only issue and if that's the only

4   one -- if there are others, I'm happy to contemplate it

5   right now.  But we also have a civilian witness first, so

6   can we get to that person first?

7           MR. EDWARDS:  The second point that I heard is

8   there was some that quote the *Miranda* rights.  I was looking

9   for it, couldn't find it.  But, regardless, I would argue

10  that it's still admissible.  It's something that Rhodes said

11  to members of the co-conspiracy.

12          THE COURT:  Yeah.  I don't think that's an issue.

13          MR. PEED:  I think that -- I'm recalling the

14  Court's ruling from the last trial when the Court mentioned

15  that.

16          I think the Court noted that some of the things by

17  Mr. Caldwell actually weren't -- didn't fall under that

18  because they just weren't credible, and there was actually

19  boasting going on and people saying things that

20  weren't true.

21          THE COURT:  That may be.  That may be.

22          MR. PEED:  So the government is still trying to

23  use some of those in court, even against Mr. Caldwell.

24          MR. EDWARDS:  So, Your Honor, so I don't recall it

25  not being admissible against Mr. Caldwell.  It was his

 1    statement.  I don't know that that was the Court's ruling.

 2            THE COURT:  I think the question was whether it

 3    was only limited to Mr. Caldwell.

 4            MR. EDWARDS:  Correct.

 5            And there is one message that we highlight from

 6    Mr. Caldwell in which he -- we can go about this later.

 7    I know there's a civilian witness.

 8            So there's a message in which he describes

 9    yelling, "Let's hang the traitors, storming the Capitol, and

10    then people were ripping riot shields from the pigs."

11            We presented a video exhibit in the last trial to

12    show where Mr. Caldwell was looking at that direction, and

13    the Court limited us from not showing what happened in the

14    Lower West Terrace Tunnel, but it allowed us to show that

15    the riot shields were being yanked out to corroborate that

16    message.

17            And so we would argue that we have evidence to

18    corroborate under 804.  It should still be able to come in.

19            THE COURT:  Why don't we take it up when we have

20    an opportunity.  It sounds like we may have some time maybe

21    even over lunch, if not -- we'll have to some time to

22    consider it before the agent takes the stand.

23            MR. EDWARDS:  Yes, Your Honor.

24            (Pause)

25            COURTROOM DEPUTY:  Jury panel.

3824

```
 1                    (Jury entered the courtroom.)
 2                    THE COURT:  All right.  Please be seated,
 3      everyone.
 4                    Welcome back and good morning, everyone.
 5      Thank you for bearing with us for the extra 15 minutes.
 6                    We are now ready to get going.
 7                    So, Mr. Nestler, Ms. Hughes.
 8                    MS. HUGHES:  Good morning.  The government calls
 9      Brian Ulrich.
10                    COURTROOM DEPUTY:  Please raise your right hand.
11                    (Witness is placed under oath.)
12                    COURTROOM DEPUTY:  Thank you.
13                    THE COURT:  All right.  Mr. Ulrich, welcome.  Have
14      a seat.
15                    And I'll ask you to remove your mask if you're
16      comfortable doing so, sir.
17                    Thank you.
18
19
20
21
22
23
24
25
```

```
 1                          - - -

 2   BRIAN ULRICH, WITNESS FOR THE GOVERNMENT, SWORN

 3                    DIRECT EXAMINATION

 4                          - - -

 5   BY MS. HUGHES:

 6        Q     Good morning.

 7        A     Good morning.

 8        Q     Could you please start by introducing yourself to

 9   the ladies and gentlemen of the jury by stating and spelling

10   your full name.

11        A     Yes.  My name is Brian Ulrich.  B-r-i-a-n,

12   U-l-r-i-c-h.

13        Q     Without going into specifics, where do you live?

14        A     I live in Georgia.

15        Q     What is your general profession?

16        A     Right now I do part-time work laying tile.

17        Q     Did you do something different at a certain point?

18        A     Yes.  I was an aerospace paint tech

19   representative.

20        Q     Can you say that again just a bit louder.

21        A     I was an aerospace paint tech representative.

22        Q     Were you a member of the Oath Keepers, Mr. Ulrich?

23        A     Yes.

24        Q     And did you travel to Washington, D.C., on

25   January 6th, 2021?
```

3826

1     A     Yes.

2     Q     Did you enter the United States Capitol?

3     A     Yes.

4     Q     And did you plead guilty in this matter?

5     A     Yes.

6     Q     Which judge accepted your plea agreement?

7     A     Judge Mehta.

8           MS. HUGHES:  If we could please bring up just for

9     the witness Government's Exhibit 4760.

10          And there are a few pages in this, Ms. Badalament,

11    so if you could just scroll through.

12    BY MS. HUGHES:

13    Q     Mr. Ulrich, is this a copy of your plea agreement?

14    A     Yes.

15    Q     And is this a fair and accurate copy of your

16    plea agreement?

17    A     Yes.

18          MS. HUGHES:  Government seeks to admit and publish

19    Government's Exhibit 4760.

20          THE COURT:  4760 will be admitted.

21                              (Government Exhibit 4760
                                 received into evidence.)
22

23          MS. HUGHES:  And, Ms. Badalament, if we could

24    please just zoom in on this paragraph or this section here.

25          Thank you.

1   BY MS. HUGHES:

2       Q    Mr. Ulrich, what did you plead guilty to in

3   your case?

4       A    Seditious conspiracy and obstruction of an

5   official proceeding.

6            MS. HUGHES:  And focusing now on page -- if we

7   could go to, please, to page 6 of the agreement,

8   Ms. Badalament.

9   BY MS. HUGHES:

10      Q    Focusing on the second paragraph of page 6, what

11  is it your understanding about who determines your sentence

12  ultimately?

13      A    Judge Mehta.

14      Q    And if you could please read this second sentence

15  here on page 6, what does that say?

16      A    "The government cannot, and does not, make any

17  promise or representation as to what sentence your client

18  will receive."

19      Q    What are you hoping to achieve by cooperating with

20  the government, including by testifying today?

21      A    I just want to take ownership for my actions, and

22  I hope that the judge takes that into consideration.

23      Q    And what is your understanding about what happens

24  to this agreement if you fail to tell the truth?

25      A    It's null and void.

1          MS. HUGHES:  Okay.  You can take that down.

2          Thank you, Ms. Badalament.

3    BY MS. HUGHES:

4     Q    When did you join the Oath Keepers?

5     A    Late November.

6     Q    Late November of what year?

7     A    2019 [sic].

8     Q    How did you hear about them?

9     A    I don't know the specific location, but it was on

10    the Internet.

11    Q    And had you belonged to a group like that before,

12    a group similar to the Oath Keepers?

13    A    No.

14    Q    Why did you seek out the Oath Keepers at that

15    point of time?

16    A    I was really upset with what I had seen take place

17    during the election, and I just felt like this was an

18    inflection point and I wanted to get involved in something.

19    Q    What election specifically?

20    A    The Presidential election, 2019 [sic].

21    Q    The 2020 Presidential election?

22    A    (Nodding head.)

23    Q    And could you explain what was going on at that

24    time that you said that you were angry about?  What was

25    going on that made you angry?

1      A      President Trump had lost the election, and I felt

2  like it had been -- there were malfeasance in the process,

3  and I felt like the election had been stolen.

4      Q      And what malfeasance did you think was happening?

5      A      I felt like there was some type of malfeasance

6  with the mail-in ballot processing.  And I just felt like

7  that there were "indiscrepancies" that I didn't feel like

8  were being justifiably answered.

9      Q      Were you a political person up until this point,

10  Mr. Ulrich?  Did you follow politics?

11      A      I did, yes.

12      Q      Was this a unique moment for you personally,

13  though?

14      A      I had never been this involved or upset up to

15  this point.

16      Q      So how did you join the Oath Keepers?  How did you

17  connect with other Oath Keeper members?

18      A      So they have a website, and I paid a membership

19  fee to join.  And there was a general chat room.  And I made

20  some comments in the general chat room.  And then there was

21  a person in there that kind of linked up with me and kind of

22  wanted to know where I was and who I was.

23      Q      Did you tell them where you were?

24      A      Yes.

25      Q      And what did that mean?  How were you linked up

1    with others?

2         A    Once I told him where I lived, then he said,

3    "Well, there's a chapter in Georgia, and I'll get you linked

4    up with that chapter."

5         Q    And what did that mean in terms of linked up with

6    the Georgia chapter?

7         A    They ran a background check on me, and then they

8    invited me to a Signal chat room called the Georgia

9    chat room.

10        Q    Had you had Signal before this?

11        A    No.  I didn't know what it was.

12             MS. HUGHES:  If we could please bring up just for

13   the witness Government's Exhibit 4761.

14             And this has a few slides, Ms. Badalament, so if

15   you could just scroll through.

16             Mr. Ulrich, does Government's Exhibit 4761, the

17   exhibit that's on your screen in front of you, does this

18   include statements that you made and that others made to the

19   general -- to the "Georgia OK General" chat and other

20   chat rooms?

21        A    Yes.

22        Q    And does this include Signal messages that you

23   sent as well?

24        A    Yes.

25        Q    And is this a fair and accurate copy of

1    those messages?

2         A    Yes.

3              MS. HUGHES:  Government seeks to admit and publish

4    Government's Exhibit 4761.

5              MR. WEINBERG:  No objection.

6              THE COURT:  All right.  4761 will be admitted.

7                                      (Government Exhibit 4761
                                        received into evidence.)
8

9              MS. HUGHES:  If we could start at page 1, please,

10   Ms. Badalament.

11   BY MS. HUGHES:

12        Q    So, first of all, this "GA OK General" chat, is

13   that the chat that you mentioned that you were joined to?

14        A    Yes.

15        Q    And on December 4th, 2020, something named Bilbo

16   sent a message.  Who's Bilbo?

17        A    That's one of the names I used.

18        Q    What is Bilbo?

19        A    Bilbo is a character from the Lord of the Rings.

20        Q    So writing as Bilbo, you write, "I mean this as an

21   attempted takeover.  Needs to be a calling of the

22   lawless ones."

23              What did you mean by "attempted takeover"?

24        A    The election, the election being stolen.

25        Q    And who are "the lawless ones"?

3832

1    A    Anyone that participated in, you know, the

2    malfeasance that I believed that occurred.

3    Q    And who does that include?

4    A    It could be -- I did believe that there were some

5    government elements involved in that and also some

6    civilians.

7    Q    If we could please go to the next slide.

8         On this -- in this message sent on December 5th,

9    2020, Bilbo, which is you, writes again, "I seriously wonder

10   what it would take just to get ever patriot marching around

11   the Capitol armed just to show our government how powerless

12   they are.  That if they continue to rape our

13   Constitution-these are folks they will be dealing with."

14        So, Mr. Ulrich, here you seem to be more explicit

15   that the government is a factor in this malfeasance?

16   A    Yes.

17   Q    So what role did you think the government was

18   praying in this malfeasance, in your words?

19   A    Well, this fed into the -- what I believed to be

20   malfeasance from certain members and agencies that were

21   attacking Trump for the Russian collusion hoax, and I just

22   kind of felt like this was a continuation of that, that

23   there were members that were trying to prevent him from

24   getting elected.

25   Q    And this "a continuation" you mean the 2020

1    election?

2        A    Yes.

3        Q    If we could please go to the next slide.

4            On December -- pardon me, if we could go back one.

5    Okay.

6            At this time there is a message sent from someone

7    named John P. --

8            MS. HUGHES:  Or pardon me, Ms. Badalament, I think

9    you're still back one.  I'm sorry, you're ahead of me.

10   BY MS. HUGHES:

11       Q    On this slide, December -- which is sent on

12   December 9th from someone named TruthSeeker69.

13           First of all, do you know who TruthSeeker69 is?

14       A    Not personally, but I knew he was a member of the

15   Georgia chapter.

16       Q    He sent a message to the same chat room, "Requests

17   from national (Stewart Rhodes), We are going to be in D.C.

18   this weekend.  The patriot pastors who are organizing the

19   Jericho March around the U.S. Capitol and Supreme Court on

20   Saturday have asked for our assistance."

21           Mr. Ulrich, did you know who Stewart Rhodes was?

22       A    By this time, I did, yeah.

23       Q    Who is Stewart Rhodes?

24       A    He is the leader of the Oath Keepers.

25       Q    And this, "Requests from national," what is your

3834

1    understanding -- what is "national"?

2        A    So he -- he would run the national organization.

3    So when they said "nationals," what they mean is, this is

4    going to involve more than just one chapter from one state.

5    He was calling from -- for all chapters that would come.

6        Q    What, if any, contact did you have with these

7    other chapters?

8        A    Not a whole lot.  I had some with Florida.

9        Q    And was it your impression that these different

10   chapters were organized through Stewart Rhodes?

11       A    Yes.

12       Q    If we could please go to the next slide.

13            Now, this is another message sent from John P.  If

14   you could please read what John P. writes on December 11th.

15       A    "Remember, it's not over until January 20th."

16       Q    What is your understanding of what January 20th

17   was?

18       A    That's the last day that -- that's the transfer of

19   power, basically, that's the last day.  So --

20       Q    You said "last day."  What do you mean by "the

21   last day," last day --

22       A    The last day Trump was President.

23       Q    And in terms of rectifying this, again, in your

24   words, malfeasance, what did that day represent to you?

25       A    It would be his last -- last day with authority to

1    do anything.

2         Q    If we could please go to the next message.

3              So on December 11th, the same day -- and if we

4    could actually just go back for one second.

5              John P. sends this message at 7:48 p.m., if we

6    could go to the next slide.

7              At 7:48 p.m., a few seconds later, you respond,

8    "And if there's a Civil War, then there's a Civil War.

9    They're slowly making us slaves anyways."

10             What did you mean by "Civil War"?

11        A    It means what it says.  I just believe that if

12   they can take an election, then there's not going to be much

13   time left to do anything to resolve it, so.

14        Q    And, Mr. Ulrich, this is you, Bilbo, again?

15        A    Uh-huh.

16        Q    Was this -- you describe this moment as a

17   Civil War.  Did others in this group use similar language

18   with Civil War terminology that you heard in this group chat

19   from others?

20        A    Yes.

21        Q    If we could please go to the next slide.

22             And this message is sent from Stewart Rhodes on

23   December 14th, and he writes, "If he doesn't use the

24   Insurrection Act to keep a Chi-Com puppet out of the White

25   House, then we will have to fight a bloody

1    revolution/Civil War to defeat the traitors."

2          What was your understanding of what this

3    "Insurrection Act" meant?

4    A    It was -- it's an -- it's a law that Trump could

5    use to use the military and raise the militia during a time

6    of insurrection, so in -- during a time that there's unrest.

7    So that's what --

8    Q    And --

9    A    -- I understood it to be.

10   Q    I'm sorry.

11         Was the Insurrection Act something you had heard

12   of before?

13   A    Not until I joined Oath Keepers, no.

14   Q    Who is the "Chi-Com puppet"?  What was your

15   understanding of what the "Chi-Com puppet" was a reference

16   to?

17   A    He was referring to Biden.

18   Q    And who were "the traitors"?

19   A    Anyone that participated in the malfeasance of the

20   election.

21   Q    If we could please go to the next slide.

22         The same date on December 14th, you write, "Agree,

23   we need to start working with all patriotic groups to unite

24   and strengthen ourselves."

25         Who did you mean by "patriotic groups"?

3837

1        A    Just other conservative groups that -- that were

2    out there.

3        Q    If we could please go to the next slide.

4            Again, on December 14th, and this is at 9:50 a.m.,

5    you write again, "Well, in the words of Braveheart, we need

6    to unite the clans.  Shit may go down any day and...we need

7    to know what the plan is at that point."

8            Next slide, please.

9            And Mr. Rhodes responds three minutes later --

10           MR. SHIPLEY:  I'm objecting to Ms. Hughes just

11   reading these messages herself.  The witness should testify

12   and not Ms. Hughes.

13           MS. HALIM:  And I'm going to object because what

14   was produced to us last night isn't the order of the slides

15   that are being produced now and I can't find half the slides

16   that are being shown to the jury.

17           THE COURT:  Okay.

18           I'll just ask the witness to read the slides.

19           And I'm not quite sure what to do about this.

20   If you need a break, we can take a break at the appropriate

21   time.

22           MS. HALIM:  Thank you.

23           MS. HUGHES:  I'm skipping over certain slides.

24   BY MS. HUGHES:

25       Q    I was about to ask, Mr. Ulrich, could you please

3838

1    read this message from Stewart Rhodes three minutes later.

2        A    "Agreed.  I need to stop traveling so much and get

3    some critical writing done.  But at the moment I have to try

4    to get Trump the message on the necessity of him waging war

5    on the enemy now while still President and commander in

6    chief.  But once I finish that, I'm going to sit down and

7    write out my thoughts on what" --

8        Q    If we could go to the next slide?

9        A    -- "we can do, and what we can and must do across

10   the country to organize effectively and to wage it and win

11   it ourselves if he doesn't.  Many, many hard learned lessons

12   from founders that modern Americans need to remember (or

13   learn for the first time).  Nothing so foolish as refusing

14   to learn from the past."

15       Q    And this, again, is at 9:53.  If we could go to

16   the next slide, please.

17            At 9:54 what does Mr. Rhodes add?

18       A    "Good topic for a phone call."

19       Q    And the next slide, please.

20            A minute later at 9:55, what do you say?

21       A    "Yes, probably don't need to say more in a chat.

22   Good luck with Trump."

23       Q    Why did you seem to understand here that you

24   shouldn't continue this conversation in writing?

25       A    Because of the direction it was going it was

```
 1    getting inflammatory, and I took it as probably wasn't good
 2    to talk about it in a chat.
 3         Q    Was your expectation that there could be violence
 4    discussed?
 5              MR. PEED:  Objection; leading, Your Honor.
 6              THE WITNESS:  I guess I didn't really --
 7              THE COURT:  Hang on.  There's an objection.
 8    I just need to rule.
 9              It's overruled.
10              THE WITNESS:  I guess I hadn't really considered
11    violence but just the broad spectrum of, you know, Civil War
12    or things like that.
13    BY MS. HUGHES:
14         Q    If we could go to the next slide, please.
15              On December 20th -- well, actually if we could
16    pause here.
17              On December 19th, do you recall seeing a trump
18    [sic] from President Trump announcing a rally in D.C.?
19         A    Yes.
20         Q    What did you think when you saw this announcement
21    for a rally in D.C.?
22         A    I felt like he was doing something and he was
23    calling for us to show up, he wanted us there.
24         Q    Were you excited by this announcement?
25         A    Yeah.
```

1    Q    Did you make plans to travel soon after seeing

2    that announcement?

3    A    Yeah.

4    Q    On December 20th, the day after this announcement,

5    Bilbo, that's you, wrote to the same chat, what do you

6    write?

7    A    "Trump acts now, maybe a few hundred radicals die

8    trying to burn down cities.  Trump sits on his hands, Biden

9    wins, millions die resisting the death of the 1st and 2nd

10   Amendment."

11   Q    I want to talk a bit about plans for January 6th,

12   2021.

13         Did you, in fact, can connect with other

14   Oath Keepers and coordinate your travel to Washington, D.C.?

15   A    Yes.

16   Q    Who did you coordinate with primarily?

17   A    Joshua James.

18        MS. HUGHES:  If we could please go to the next

19   slide, Ms. Badalament.

20   BY MS. HUGHES:

21   Q    Who is Molon Labe?

22   A    That's another one of the names I used.

23   Q    And this isn't a group chat.  You see the "to," it

24   says, "To Joshua James."  So what is this?  What are we

25   looking at?  How are you communicating with Joshua James?

3841

1          A     I am texting him through Signal.

2          Q     And when you message him through Signal on

3    January 1st, what do you write to him?

4          A     "Hey, we told to bring guns and maybe stage them

5    in Virginia.  But you are showing hotels in D.C. for

6    Alabama.  Are we bringing guns or no?  If so, how will that

7    work?"

8          Q     And you wrote here, "Hey, we are told to bring

9    guns."  Who told you to bring guns, where was this -- where

10   was this coming from?

11         A     Rhodes had mentioned bringing guns and a QRF in

12   earlier chats.

13         Q     And if we could go to the next slide, please.

14               On the same day, January 1st, what does Mr. James

15   write back to you?

16         A     "We are working on a farm location.  Some are

17   bringing long rifles, some firearms.  I'm bringing a

18   sidearm."

19         Q     Mr. Ulrich, do have any experience with guns?

20         A     Yes.

21         Q     Do you know what a sidearm is?

22         A     Yes, it's a pistol.

23               MS. HUGHES:  If we could please bring that down.

24   Thank you, Ms. Badalament.

25

1    BY MS. HUGHES:

2        Q    Mr. Ulrich, did you, in fact, travel to

3    Washington, D.C. on January 6th?

4        A    Yes.

5        Q    How did you get to Washington, D.C.?

6        A    I rode up with Rick, and we met with Josh, Grods,

7    and Guido in Atlanta.

8        Q    So I want to back up.

9             So you traveled with Rick.  Where do you travel

10   from -- with this individual named Rick from?

11       A    Southern Georgia, and then we drove up into

12   Atlanta.

13       Q    And in Atlanta, who did you meet up with?

14       A    We met about with Joshua James, Grods, and Guido.

15       Q    Grods?

16       A    Grods.  Sapper.

17       Q    Sapper?  Is Sapper another name --

18       A    That's another name for him, yeah.

19       Q    And how many cars did you take?  Did you caravan

20   together?  Sort of explain how you traveled to D.C.

21       A    Yeah, we had two vehicles.  So once we met, I

22   stayed in the same vehicle with Rick, and the other two rode

23   with James.

24       Q    When you arrived in D.C., where did you go?

25       A    We went to the Mayflower Hotel in D.C.

3843

1        Q    What is your understanding -- or, first of all,

2   did you make the reservation at the Mayflower Hotel?

3        A    No.

4        Q    Did you pay for your hotel room?

5        A    No.

6        Q    What was your understanding about who paid for the

7   hotel and who made the reservation?

8        A    James said that Oath Keepers had taken care of it.

9        Q    And that's Josh James?

10       A    Uh-huh.

11       Q    Let's move to January 5th.  What did you do

12  that day?

13       A    We went and did a security detail for Roger Stone.

14       Q    Who is Roger Stone?

15       A    He's a political guy for the right, for

16  conservatives, been around a long time.  And he's an

17  activist.  He speaks on public occasions.  And he's pretty

18  well-known to conservatives.

19       Q    And, Mr. Ulrich, what kind of gear did you bring

20  with you to D.C.?  And what did you wear when you were doing

21  the security detail?

22       A    Backpack.  I had a chest -- chest rig.  I had a

23  hat, glasses, goggles.

24       Q    Had you done anything like this before providing

25  security in the past?

1        A    No.

2        Q    Mr. Ulrich, we went through a few of your

3    statements that seem to suggest this was a dire moment for

4    you.  And you're here in gear guarding Roger Stone.  What

5    does that have to do with the sentiment we just reviewed and

6    the sentiment you clearly believed at the time?

7        A    I'm just a guy.  Nobody knows who I am.

8             But I felt like if I could provide protection to

9    somebody and they felt more comforted to talk than somebody

10   with a platform, then I'm doing something, I'm contributing

11   somehow.

12       Q    So in terms of your anger about the 2020 election,

13   was your guarding Roger Stone connected to that motivation?

14       A    Yeah.

15       Q    Who was with you that day, on January 5th, when

16   you were guarding Roger Stone?

17       A    That was me, James, Grods, and Sapper and Rick.

18       Q    And in general, what was your understanding

19   throughout the day about how James was coordinating with

20   other Oath Keepers?

21       A    He was coordinating through -- my understanding

22   was he was coordinating through Stewart Rhodes.

23       Q    Why was that your understanding?

24       A    Because he had communicated with him and was

25   getting instruction from him.

1     Q    And were those instructions being relayed to you?

2     A    Through James, yeah.

3     Q    I want to move now to January 6th.

4          So what time -- first of all, did you leave the

5     hotel on January 6th?

6     A    Yes.

7     Q    What time did you leave the hotel?

8     A    7:30, 8:00.

9     Q    In the morning or in the afternoon?

10    A    In the morning, yes.

11    Q    Who were you with on January 6th when you left

12    the hotel?

13    A    That was me, James, Grods, and Rick.  And -- well,

14    yeah, Sapper, Grods.

15         So the one person I was missing was Guido.

16    Q    What happened to Guido?

17    A    He has a degenerative back disease, and so he was

18    basically bedridden.

19    Q    And did he say -- was it your understanding he

20    stayed in the hotel?

21    A    Yes.

22    Q    Did anyone join your group with Guido out of the

23    commission?

24    A    Yes.  We linked up with Minuta at the hotel where

25    Roger Stone was staying.

1      Q    Had you met Mr. Minuta before January 6th?

2      A    No.

3      Q    And, Mr. Ulrich, do you see Mr. Minuta in the

4  courtroom today?

5      A    Yes.

6      Q    Could you please identify Mr. Minuta, describing

7  him in terms of where he's sitting and an article of

8  clothing?

9      A    He's sitting second to last to the right.

10          MS. HUGHES:  May the record please reflect an

11  in-court identification of Mr. Minuta.

12          MR. SHIPLEY:  No objection.

13          THE COURT:  The record will reflect an in-court ID

14  of Mr. Minuta.

15  BY MS. HUGHES:

16      Q    Okay.

17          So with this group, where did you go from the

18  hotel?

19          MR. SHIPLEY:  Objection; vague as to time.

20          THE COURT:  If you could just specify the time

21  you're speaking about.

22          MS. HUGHES:  Sure.

23  BY MS. HUGHES:

24      Q    So at 7:30 a.m., where do you go when you leave

25  the hotel?

1    A    We go to Roger Stone's hotel.

2    Q    Where is Roger Stone's hotel?

3    A    It is next to the Freedom Plaza.

4    Q    When you arrive at Roger Stone's hotel, what do

5    you do?

6    A    James coordinated with Roger Stone.  The rest of

7    us waited for an instruction.  And so he came out and said

8    that we were going to try and find a route.  Roger Stone

9    wanted to go to where Trump was going to be speaking

10   that day.

11         So we -- Josh James and myself rode with some of

12   Stone's entourage to try and find a path through the crowd

13   to get him to the stage.

14   Q    Could you find a path through the crowd to

15   the stage?

16   A    No.

17   Q    What did you do when you couldn't find a path to

18   the stage?

19   A    We went back.  James relayed that information to

20   Stone, and so Stone refused to leave the hotel.

21   Q    What did you guys do then?

22   A    We milled around for a while, but then a decision

23   was made to go just kill some time.  So we walked through

24   the crowd where Trump was going to be speaking.

25   Q    Where, generally, was Trump going to be speaking?

3848

1      A      At the Reflection Pool area, yeah.

2      Q      And just -- Mr. Ulrich, if you just raise your

3  voice just a little bit.

4      A      Yeah.  The Reflection Pool area.

5      Q      Did you stay there long at the Reflection

6  Pool area?

7      A      We never really stopped moving.  We ran into K-9

8  during that time, and he kind of linked up with us.

9      Q      And K-9, who's K-9?

10     A      He's another Oath Keeper.

11     Q      Why do you call him K-9?

12     A      Because he has a dog.  He had a dog with him.

13     Q      So after you linked up with K-9, what did you do?

14     A      We walked through the crowd for a while.  And then

15  I don't know how long we were there, but we walked through

16  the crowd for a while.  And then James said, "Let's go back

17  to the hotel where Stone was at to get an update."

18     Q      Did you receive -- did you go back to Stone's

19  hotel?

20     A      Yes.

21     Q      And did you receive an update?

22     A      Yes, after some time.

23     Q      So what happened at Mr. Stone's hotel?

24     A      So while James was upstairs, the rest of us were

25  standing outside.  And Minuta noticed Alex Jones' security

1    detail.  He went over and talked to him briefly; came back

2    and told the rest of us that were out there, the rest of the

3    Oath Keepers that were standing there, that, hey, there's a

4    march that's going to be taking place at the Capitol, might

5    be something we want to do.

6              I was interested.  I wanted to go.

7              But James wasn't present at the time, so we kind

8    of waited for him to show up to make a decision.

9         Q    And when Mr. James came down, did you tell him

10   about this plan to march the Capitol?

11        A    Yes.

12        Q    And what was his response?

13        A    He went over and briefly talked to the security

14   detail as well.  And he came back and he was frustrated

15   because Stone wouldn't leave.  And he just said, "You know

16   what?  We're just going to go back to our hotel and

17   get warm."

18        Q    And by your hotel, you mean the Mayflower Hotel?

19        A    Yes.

20        Q    Did you go back to the Mayflower Hotel?

21        A    Yes.

22        Q    So what happened when you arrived back at the

23   Mayflower Hotel?

24        A    We all went into where Grods and Guido had been

25   staying.

1           Guido had been there the whole time, so he was

2     watching TV.  We walked in and almost immediately we found

3     out that protesters were -- the gotten to the Capitol and

4     then just everybody started cross-talking.

5           Q     What do you mean everyone started cross-talking?

6           A     People got excited.  And so everybody was talking,

7     asking questions.  It was hard to kind of focus in on any

8     specific conversation.

9           But, clearly, Guido had been watching TV and was

10    trying to tell people what was going on that he knew.

11          Q     So who was in this hotel room?  Who's in this

12    scene?

13          A     Myself, James, Minuta, K-9, Grods, Sapper.

14          Q     What was Mr. James doing?

15          A     James was on the phone.  And I had -- I wanted to

16    know what we were doing.  I was in pain.  I wanted to take

17    some muscle relaxers.  My back hurt.

18          And I was asking James specifically, "What are we

19    doing?"

20          And he was on the phone.  And since everybody was

21    talking, you could tell he had a hard time hearing, because

22    he had his hand up against his other ear so he could hear.

23          So he kind of ignored he and blew me off.

24          Q     Did you ask a few times?

25          A     Yes.  I asked a couple times.

1    Q    And what was his response every time you asked,

2   "What are we doing?"

3    A    No answer.  He just stayed on the phone.

4    Q    And in general, could you explain, what is

5   Mr. James' general demeanor?  How is he?  Was he a

6   particularly talkative guy?  What was your sense from

7   interacting with him?

8    A    No, he was never really a talkative person.  Just

9   kind of short, distinct sentences.

10    Q    Is there an example that stands out to you and

11   sort of --

12    A    He just -- whenever we were doing something, just,

13   "We're going to go do this.  We're going to go do that."

14         He would never really explain.

15         For example, when I asked if there were other

16   security details going on, he just said, "Yes."

17         Like, he didn't -- he just didn't explain much.

18    Q    What was your -- did you know who he was speaking

19   with when he was on the phone?

20    A    I believed he was talking to Stewart Rhodes.

21    Q    Did you stay in that hotel room?

22    A    No.

23         Once I didn't get an answer, I just kind of said

24   out loud, "Hey, I'm going back to my room.  My back hurts."

25         And my room was right next door.  And I said,

1    "Just let me know what we're doing.  I'm going to go hang

2    out in my room."

3        Q    What did you do when you went back to your room?

4        A    I ate.  I drank some water, took some muscle

5    relaxers, and I talked to my wife on the phone.

6        Q    Did you stay in your hotel room?

7        A    No.

8        Q    What happened?

9        A    About 15, 20 minutes later, James knocked on the

10   door, and, you know, he said, "We're leaving -- we're going

11   to the Capitol.  We're leaving at 5:00."

12       Q    And what was James wearing at the time?

13       A    He -- I don't think he ever had taken any of his

14   gear off, he was still wearing the same gear.

15       Q    Did you have on your gear still at this time?

16       A    No, I had taken off some of my gear.

17       Q    Did you put it on before you left the hotel?

18       A    Yeah, I put it back on.

19       Q    Was it your belief or assumption that you were

20   going to do another security detail at this time?

21       A    I didn't -- I had not received any instruction

22   that we were going to go do another security detail.

23   I didn't really know what we were doing.

24       Q    So what did you do after you left the hotel?

25       A    We were walking at a faster pace than we normally

1    had before, and we were heading back to Roger Stone's hotel

2    because the hotel had allowed us access to golf carts to

3    drive Roger Stone around.  So he was taking us to the golf

4    carts to get faster transportation.

5         Q    So pause there for a second.

6              Who are you with when you leave the hotel?

7         A    I'm with the entire group except for Guido.

8         Q    Does that include Mr. Minuta?

9         A    Yes.

10        Q    Does that include Mr. James?

11        A    Yes.

12        Q    You said that they rent -- they allowed you to

13   have golf carts and that he was taking you to the golf

14   carts.

15             Who did you mean by "he"?  Who was taking you to

16   the golf carts?

17        A    James, Joshua James.

18        Q    Did you arrive at Mr. Stone's hotel?

19        A    Yes.

20        Q    And did you get access to these golf carts?

21        A    Yes.

22        Q    What happened after you obtained the golf carts?

23        A    Myself, Minuta, and James got on the first cart,

24   and the rest of the folks got on the other cart and they

25   followed us, and we tried to make our way to the Capitol.

1          MS. HUGHES:  If we could please bring up

2    Government's Exhibit 1508, which is already in evidence, and

3    start at 46 seconds.

4          Yes, please, start at 46 seconds.  Thank you,

5    Ms. Badalament.

6          (Video played)

7    BY MS. HUGHES:

8    Q    So if we could pause here.

9          So this golf cart, is this Mr. Minuta -- this is

10   Mr. Minuta's voice.  Are you in this golf cart?

11   A    Yes, there's a bench on the back seat of the golf

12   cart, and my back is to them and I'm holding on to one of

13   the railings on the side of it.

14   Q    And so who's in front of you in this golf cart?

15   A    Minuta is in the passenger seat on the front and

16   James is driving.

17   Q    And you said there were two golf carts.  Who's in

18   the second golf cart?

19   A    So Grods or Sapper, Rick, K-9, and I think that's

20   it, yeah.

21   Q    And is the second golf cart following your golf

22   cart?

23   A    Yes.

24         MS. HUGHES:  If we could please keep playing.

25         And we can pause at 2 minutes, 8 seconds,

3855

1   Ms. Badalament.

2            (Video played)

3   BY MS. HUGHES:

4        Q    And, Mr. Ulrich, do you know where you're going at

5   this point specifically on -- if we can just pause there for

6   a second -- and this is at a minute and 10 seconds.

7            Do you know where you're going at that point in

8   terms of on the Capitol complex?  Do you know specifically

9   the spot you're driving to?

10       A    No.  Having not lived here, it's kind of

11  confusing.  You get turned around, at least I did.  But I

12  knew generally speaking we were headed to the Capitol.

13           MS. HUGHES:  You can keep playing again.

14  Thank you, Ms. Badalament.

15           (Video played)

16  BY MS. HUGHES:

17       Q    If you could pause there for a second.

18           Do you recall Mr. James saying, "Don't you fucking

19  do it"?

20       A    Yes.

21       Q    What do you remember about this moment?

22       A    He was clearly not wanting that police officer to

23  stop and impede our ability to keep going.

24       Q    Were you able to ultimately keep going?

25       A    Yes.

1          MS. HUGHES:  If we could keep playing, please.

2    Thank you, Ms. Badalament.

3              (Video played)

4    BY MS. HUGHES:

5        Q    Do you know which side of the Capitol you were on

6    at this point?

7        A    Not quite.

8              It wasn't until we got across the street that I

9    kind of had a better understanding of where I was.

10        Q    And what was your understanding of where you were

11    once you sort of got your bearings?

12        A    I knew that I was facing the side that was --

13    I didn't know west, east, but I knew that this was the side

14    that faced towards our hotel.

15        Q    If we could please keep playing.

16              (Video played)

17    BY MS. HUGHES:

18        Q    If we can pause there for a moment.

19              So, Mr. Ulrich, do you see yourself outlined in

20    this still frame?

21        A    Yes.

22        Q    And so who is all together?  Is golf cart 1 and

23    golf cart 2, have you guys combined at this point?

24        A    Yes.

25        Q    So who all is there once you get to the Capitol?

3857

```
1        A    Rick, myself, K-9, Sapper, Josh James, and Minuta.

2        Q    If we could please keep playing.

3             (Video played continuously)

4   BY MS. HUGHES:

5        Q    And that individual with the dog, is that K-9?

6        A    Yes.

7        Q    And that was at 2 minutes, 35 seconds.

8             And if we could pause right here.

9             Who is in the front?  Who is leading the way here?

10       A    That's Joshua James.

11       Q    Mr. Ulrich, are you in touch with any other

12  Oath Keepers outside of this group at this point?

13       A    No.

14       Q    Were you in touch with any other Oath Keepers at

15  any point in your travel to the Capitol or in your entry

16  into the Capitol?

17       A    No.

18       Q    If we could please keep playing.

19            (Video played)

20  BY MS. HUGHES:

21       Q    And here, Mr. Ulrich, at 2:42 p.m. --

22            MS. HUGHES:  We could keep playing.  Thank you,

23  Ms. Badalament.

24            (Video played)

25
```

1    BY MS. HUGHES:

2        Q    Is this your group crossing the Capitol Grounds?

3        A    Yes.

4        Q    What is your observations about Mr. James at this

5    time?  Is he on the phone still?  Is he trying to, in your

6    estimation, coordinate with others still?

7        A    I periodically saw him on the phone.  He wasn't on

8    the phone at that -- in that clip but he was periodically

9    getting on the phone.

10        Q    And were you at any point leading the way?

11        A    No.

12        Q    At a certain point when you arrived closer to the

13    Capitol, did you observe Mr. Minuta yelling at police

14    officers?

15        A    Yes.

16        Q    Do you remember that moment?

17        A    Yes.

18        Q    If we could please play at 3:36.  My apologies.

19    Yeah, 3:36.

20            (Video played)

21            MS. HUGHES:  And if we could pause,

22    Ms. Badalament, at 4:09.

23            (Video played)

24    BY MS. HUGHES:

25        Q    And we can pause there.

1          Mr. Ulrich, what do you remember about this

2     moment?

3     A    We had just -- the crowds were kind of dense until

4     we got up on that corner, and then it's -- the crowd just

5     kind of disbursed around the police.  So there was an empty

6     area.

7          So, yeah, shortly after that, that's when Minuta

8     started yelling at the police.

9     Q    Do you recall what he was saying to the police?

10    A    He was saying they should be with us, you know,

11    they shouldn't be worried about their paychecks right now.

12    You know, "You should be standing with us."

13    Q    What do you -- what did you feel when you saw him

14    yelling at officers like this?

15    A    I was uncomfortable.  I've never yelled at a

16    police officer before.

17         MS. HUGHES:  If we could please go now to

18    Government's Exhibit 1508 at 5 minutes, 15 seconds,

19    Ms. Badalament.

20         So at 3:10 p.m. -- you can keep -- you can play at

21    this point.  Thank you.

22         (Video played)

23    BY MS. HUGHES:

24    Q    Do you see this circle of individuals going up the

25    steps of the Capitol?

1    A    Yes.

2    Q    Are you in this group?

3    A    Yes, I'm at the back.

4    Q    So talk through going up these steps.

5         First of all, who's in the head of this -- of this

6    line of individuals going up the steps?

7    A    Joshua James.

8    Q    And what was the crowd like at this point in the

9    steps?

10   A    I mean, you can visibly see, I mean, there's a lot

11   of people there just kind of milling around, people are

12   singing, cheering, chanting.

13   Q    And if we could pause there.

14        At 3:00 -- 14 -- at 3:14 p.m., and this is at --

15   it's very hard to see the counter -- at 5 minutes, 48 on the

16   counter -- do members of the group you've been with enter

17   the United States Capitol?

18   A    Yes.

19   Q    At 3:14 p.m., who entered the Capitol?  Who is on

20   this video entering the Capitol?

21   A    James, followed by Minuta and K-9.

22   Q    And if we could please keep playing.

23        (Video played)

24   BY MS. HUGHES:

25   Q    And we can pause there now.

1          Mr. Ulrich, do you enter the Capitol at this point

2    at 3:14 p.m.?

3      A    No.

4      Q    Where are you at this time?

5      A    I'm on the right side of that door.

6      Q    And who, if anyone, are you with?

7      A    Sapper is close by to me, and then Rick is behind

8    me even farther to the right of this door.

9      Q    And Sapper is the individual you've also called

10   Grods?

11     A    Yes.

12     Q    Why did you not enter the Capitol with Mr. Minuta,

13   Mr. James, and Mr. Walden?

14     A    Because I knew it was going to be trespassing.

15     Q    Did you ultimately enter the United States

16   Capitol?

17     A    Yes.

18     Q    If we could please now go to Government's

19   Exhibit 1500.2, which is already in evidence, at 18 minutes.

20          (Video played)

21   BY MS. HUGHES:

22     Q    Mr. Ulrich, at 3:21 p.m., is this you entering the

23   United States Capitol?

24     A    Yes.

25          MS. HUGHES:  And we can stop there.

1          Thank you, Ms. Badalament.

2     BY MS. HUGHES:

3          Q     You previously said that you stopped because you

4     knew it was wrong, you knew it was trespassing.  Why did you

5     ultimately enter that building knowing it was wrong?

6          A     It was all kind of building up to this point.  And

7     so there I am, you know, we're angry about the -- the

8     electoral count being -- taking place in the building, and

9     so I saw this as my opportunity to get involved in that.

10         Q     What was the crowd like at that vestibule?

11         A     Right at the doorway, there was, you know,

12    pushing, shoving, people trying to get in, you know.

13         Q     How long did you pause there before entering

14    yourself?

15         A     Probably four or five minutes.

16         Q     And in those four or five minutes, what were you

17    doing?  What were you thinking?

18         A     Kind of the same.  I just -- I was battling out

19    the fact that I knew going in there was wrong with, this is

20    a moment that, you know, I feel like I've got to do

21    something.

22         Q     And was going to that building the something in

23    your mind?

24         A     Uh-huh.

25         Q     If we could please keep playing.

1          (Video played)

2          MS. HUGHES:  And we can pause there.

3  BY MS. HUGHES:

4     Q     Mr. Ulrich, what do you do inside the Capitol?

5     A     I was trying to walk forward.  I was trying to

6  move towards the Rotunda, following that crowd right there.

7     Q     Were you able to reach the Rotunda?

8     A     No.

9     Q     Why not?

10    A     Once I got up to the pillar here, I couldn't see

11 originally.  My goggles had fogged.  But there had -- a wall

12 of police, a phalanx, if you will, had formed of police

13 officers, and they had begun shoving people.  And a person

14 in front of me got shoved into me, and I realized right then

15 and there that they're done; they want us out.

16    Q     And so what did you do?

17    A     I started to turn around to leave; but the people

18 behind don't know that, so they're coming in.  And the

19 police deployed pepper spray.  And so the people at the

20 front sprinted to go out, and the people out are trying to

21 go in.  And I got compressed.

22          And after that brief compression, I just went to

23 the area that had the fewest people, which is off to the

24 left, and I stood in the corner.

25    Q     Where did you go from there?

1    A    I stood there briefly next to -- I'd run into K-9,

2  stood there briefly.  A police officer said, "Okay, folks,

3  it's time to leave," and I left.

4    Q    Did you reconnect with other Oath Keepers out of

5  the building?

6    A    Yes.

7    Q    Who did you reconnect with?

8    A    We managed to reconnect with everybody but James.

9  I didn't know where James was.

10    Q    So who did you gather with outside the Capitol?

11    A    It was myself, Rick, Sapper, and Minuta and

12  Walden.

13    Q    And what did you do when you reconvened with these

14  individuals?

15    A    We briefly stood on the steps, and I think we were

16  just trying to gather our bearings and get organized.  And

17  so we were kind of drifting away from the doorway at this

18  point and going to the edge of the platform at the top of

19  the steps.

20    Q    And what happened next?

21    A    Rick and I had actually moved down the steps a

22  little bit.  And then we heard somebody from behind yell,

23  "Make a hole."

24    Q    And what happened when someone yelled, "Make

25  a hole"?

1      A     I looked back.  I saw a black police officer with

2    a red hat.  I could -- I immediately keyed in on the badge.

3    And I could tell there was police and riot gear behind him,

4    starting to move down the steps.  So myself and Rick, we

5    started telling people to get out of the way so the police

6    could go down the steps.

7      Q     Did anyone instruct you to move out of the way

8    from the Oath Keepers that you knew?

9      A     No.  It was just a spontaneous action.

10     Q     Just you and Rick?

11     A     Uh-huh.

12     Q     Could you see Mr. Minuta at this time?

13     A     I heard him up on the steps briefly, but I

14   didn't -- my back was to him.  I was going down the steps at

15   this point.

16     Q     Where did you go from there?

17     A     We walked with the police, I don't know, 30 or 40

18   yards, off the steps.  And then when the crowd thinned out,

19   we returned back to the base of the steps.

20     Q     Did you ultimately link up with Mr. James?

21     A     Yes.  James made contact with us, and we linked

22   up with him farther east of the Capitol by some

23   ambulance trucks.

24     Q     And where did you go from there?

25     A     James said that he had found the rest of

1   Oath Keepers at this point.  So we actually headed that

2   direction, which was the northern corner of the east side of

3   the Capitol.

4          Q    And did you link up with a bigger set of

5   Oath Keepers?

6          A    Yeah.  There was probably 20 of them, maybe more.

7               MS. HUGHES:  If we could please bring up what's

8   already been admitted into evidence Government's

9   Exhibit 1081.1, and we can play to 10 seconds,

10  Ms. Badalament.

11              (Video played)

12  BY MS. HUGHES:

13         Q    Is this the scene that you came across, this

14  gathering of Oath Keepers?

15         A    Yeah.

16         Q    And pause there.

17              So who's in this group that you knew?

18         A    Just the people that I had worked with in the

19  security detail.  And I knew who Rhodes was.

20              MS. HUGHES:  And if you could please keep playing,

21  Ms. Badalament.

22              If we could actually move to 30 seconds.

23  BY MS. HUGHES:

24         Q    And is this your group outlined in the video now

25  at 30 seconds?

3867

1        A     Yes.

2        Q     Part of this same huddle?

3        A     Yes.

4        Q     Could you hear what Mr. Rhodes was saying in

5   this huddle?

6        A     Yeah.  He was saying that it was -- this was a

7   terrible day for our country and that Pence didn't do

8   anything and Trump didn't do anything.

9        Q     And so when you heard him say, "This is a terrible

10  day for our country," based on the context of what he was

11  saying, what was terrible about this day?

12       A     That Trump and Pence didn't stop the

13  electoral count.

14       Q     Did you stay at the Capitol?

15       A     No.  It started to get dark.  And James

16  specifically said, "It's getting dark.  We don't want to be

17  out here at night."

18       Q     After you left the Capitol, what, if anything, did

19  you observe about Mr. Minuta's demeanor?

20       A     He was upbeat, excited about the day.  And just

21  generally speaking, he was in an upbeat mood.

22       Q     What did you do when you got back to your hotel?

23       A     We dropped the carts off, and we went back to our

24  hotels or to the Mayflower.  And James and Minuta, they went

25  and stayed at another hotel.

1      Q    How long did you stay in D.C.?

2      A    We were supposed to be there until the 7th, and

3  that's how long we were there.  But we were supposed to take

4  Roger Stone back the morning of the 7th, which did not

5  happen.

6      Q    I'm sorry, Mr. Ulrich.  Could you repeat that

7  last part.

8      A    Yeah.  We were supposed to take Roger Stone back

9  to the airport for him to leave on the 7th, but that did

10 not happen.

11     Q    What happened?  What happened when you woke up?

12     A    When I woke up, I found out that James and all of

13 the other Oath Keepers outside of our hotel had left.

14     Q    What do you mean they'd left?

15     A    They -- they fled D.C.

16     Q    What time did you wake up?

17     A    Probably 7:00, 7:30.

18     Q    So by 7:30 a.m., they had all gone?

19     A    Yeah.  They -- they had left the night before,

20 I believe.

21     Q    Who was left in D.C. that you knew?

22     A    Just our group.  Just Grods, myself, Rick.  Even

23 Walden had left already early that morning.

24          And then there was Guido.

25     Q    What did you do?  How did you get back to Georgia?

1          A     We all had to just ride in Rick's truck.

2          Q     When did you eventually return home?

3          A     I got home late that night, on the 7th.

4          Q     Mr. Ulrich, who accepted your guilty plea,

5    which judge?

6          A     Judge Mehta.

7          Q     Why did you plead guilty in this case?

8          A     Because I'm guilty of the things that I did and

9    the things that I said.

10         Q     And the things you said and the things you did,

11   was what you did at the United States Capitol, was that a

12   reflection of how you felt of all those messages we went

13   through at the beginning of your testimony?

14         A     Yeah.

15               MR. SHIPLEY:  Objection; vague.

16               THE COURT:  It's overruled.

17               MS. HUGHES:  No further questions.

18               THE COURT:  All right.  Mr. Shipley.

19   Cross-examination.

20                          CROSS-EXAMINATION

21   BY MR. SHIPLEY:

22         Q     Good morning, Mr. Ulrich.  My name is

23   Bill Shipley, and I represent Roberto Minuta.  Thank you for

24   coming today.

25               You first set down to answer questions of the FBI

1  and members of the Department of Justice on October 5th,
2  2021, right?
3      A    I'll have to take your word for that exact day,
4  but, yeah.
5      Q    All okay.
6           And that session was explained to you by your
7  lawyer in advance, right?
8      A    Uh-huh.
9      Q    And that's what was called a proffer
10 session, right?
11     A    Yes.
12     Q    Okay.
13          And a proffer session is when you have an
14 opportunity to sit down with the FBI in this case -- and
15 I think Mr. Edwards was there -- and answer their questions.
16          Okay.  And there's a letter that goes along with
17 the proffer session that you sign and that the government
18 signs, right?
19     A    Yes.
20     Q    It kind of establishes the ground rules.
21          Okay.
22          And you understand that this is like your
23 opportunity to tell your side of the story, tell them
24 everything you know, right?
25     A    Yes.

1     Q    Everything you think is important you want them to

2   know, right?

3     A    Yes.

4     Q    Answer their questions to the best of your

5   ability?

6     A    Uh-huh.

7     Q    And truthfully?

8     A    Uh-huh.

9     Q    And you understood, sitting there that day, that

10  lying in the answers you gave was a separate crime that you

11  could have been prosecuted for --

12     A    Yes.

13     Q    -- right?

14          And it was explained to you that it was necessary

15  and important for you to be as accurate and detailed as

16  possible because they were going to go do work based upon

17  what you told them, right?

18     A    Yeah.

19     Q    Okay.

20          And you did that; you sat there for several hours,

21  right?

22     A    Yes.

23     Q    Okay.

24          Now, do you know what an FBI Form 302 is?

25     A    You'd have to plain it.

1    Q    Okay.

2         In the aftermath of the interview, have you ever

3    seen a document that an FBI agent wrote explaining all the

4    things you've said in that interview?

5    A    Okay.

6    Q    You have seen that?

7    A    Well, now that you say it, I understand what

8    that is.

9    Q    That's my question.  So if I refer to "302,"

10   that's what I'm talking about.

11   A    Okay.

12   Q    Just with the little governmental code at the top

13   of the document.  And do this long enough, and you just

14   start referring to them by the little code numbers.

15        Have you ever read the document, the 302, that was

16   generated from that first session with the FBI?

17   A    No, not specifically.

18   Q    Okay.

19        So it wasn't given to you in the aftermath of the

20   interview to make sure everything in there was accurate?

21   A    I'm sure it was offered to my lawyer.

22   Q    Okay.

23        But you never saw it?

24   A    Not that I recall, no.

25   Q    Okay.

1          And now, you've had more than one session with the

2    FBI, right?

3       A    Yeah.

4       Q    Multiple opportunities to sit down and answer

5    their questions and provide them information?

6       A    Uh-huh.

7          THE COURT:  Mr. Ulrich, I'm sorry to interrupt

8    you, I'll ask you to just respond with a yes instead of an

9    uh-huh --

10          THE WITNESS:  Sorry.

11          THE COURT:  -- shaking your head, it helps our

12   court reporter.  Thank you.

13   BY MR. SHIPLEY:

14      Q    And as you sit here today, your recollection is in

15   or about the time that you were giving these interviews, you

16   didn't see the 302s that were produced by the FBI agent who

17   said it?

18      A    Right.

19      Q    Now, I want to talk about a different set of

20   meetings, however many there may have been, and that was in

21   preparation for coming in here today and answering

22   questions.

23          You've met with the government, you've met with

24   members of the Department of Justice and the FBI in

25   preparation for coming here today, right?

1    A    Yes.

2    Q    And that's separate than the times you sat down

3    and answered questions with them some months ago?

4    A    Yes.

5    Q    Okay.

6         At the time you met with them in preparation for

7    coming here today, did they show you any documents to help

8    you refresh your recollection?

9    A    Yeah, I mean, a lot of them were the text messages

10   but, yeah, they've shown me some documentation.

11   Q    And they've shown you those before, right?

12   A    The text messages?

13   Q    Correct.

14   A    Yes.

15   Q    And then -- because they -- your answers about

16   some of the text messages are reflected in the 302s you

17   remember being asked.

18        And then in preparation for coming here today, you

19   went through that again, right?

20   A    Yes.

21   Q    But you didn't read any of the long memorandums

22   about the things you had said in the past?

23   A    No, not specifically.

24   Q    Now, with respect to preparing for your testimony

25   here today in this trial and only with respect to that, how

1    many times, how many different meetings have there been with

2    the government to prepare you for your testimony?

3         A    For this -- for the trial part you mean?

4         Q    Correct.

5         A    Maybe three or four.

6         Q    And so three or four different times you've sat

7    down with them to go through your recollection of the

8    events, right?

9         A    Correct.

10        Q    And part of that process was for them to go over

11   with you the questions you were going to be asked so you

12   wouldn't be surprised, right?

13        A    In some part, yes.

14        Q    Yeah.

15             And part of that exercise was for you to give them

16   the answers that you would give so they would know what to

17   expect, right?

18        A    They wanted to know how I was going to respond to

19   each question, yes.

20        Q    So, in fact, at least three or four times before

21   you come in here today, you've gone through a question and

22   answer session where you've essentially got this down and

23   rehearsed?

24        A    Yeah.

25        Q    How many times have you met with me to talk about

1  your testimony?

2      A    Never.

3      Q    How many times have you met with any defense

4  lawyer to talk about the events of January 6th and your

5  testimony?

6      A    Just mine.

7      Q    Now, you were told that as -- well, let me ask

8  you.  As part of this preparation session, were you given

9  some instruction on how to deal with cross-examination?

10     A    They just simply told me what they felt might be

11 questioned.

12     Q    And did they tell you that if you didn't

13 understand the question, to say you don't understand?

14     A    Yeah.

15     Q    And did they tell you that if you didn't have a

16 clear recollection of what the answer might be, to say,

17 "I don't remember"?

18     A    Yeah.

19     Q    And did you answer "I don't remember" to any

20 question asked you by Ms. Hughes?

21     A    I honestly, not -- no pun, I don't remember.

22     Q    That's the first time I've ever had that answer.

23 I'm going to note that one.

24          Now, just in going through the document, you tell

25 me if this is your rough recollection, and I'm not trying to

1    pin you down to dates, but you had that initial proffer

2    session in or around of -- October of 2021?

3         A    Yes.

4         Q    And that was arranged by your lawyer, correct?

5         A    Yes.

6         Q    And you were agreeable to doing it?

7         A    Yes.

8         Q    And you understood the ground rules?

9         A    Yes.

10        Q    And then about five months later, six months

11   later, you had a second session with Mr. Edwards and

12   Agent Palian and others in March of 2022, right?

13        A    Yes.

14        Q    And then, again, that's not a prep session for

15   trial, that's just answering questions?

16        A    Yes.

17        Q    And then in September of this year -- or last

18   year, four months ago, you had two brief sessions with them,

19   right?

20        A    Yes.

21        Q    And, again, providing more information, follow up

22   to their earlier questions, your answers?

23        A    Yes.

24        Q    And then after that you've had four chances to

25   meet with them in getting ready for today?

1    A    Yes.

2    Q    Can we have Government's Exhibit 4760, the

3    plea agreement, please.

4         I would love to tell you which page it is.

5    I think it's page -- can you just go down one page at a time

6    and I'll tell you when to stop.  Okay.

7         You testified a little bit about the cooperation

8    provision.  You're here pursuant to an obligation, right?

9    A    Yes.

10   Q    A specific term of your plea agreement, which is a

11   contract, says you must come in here and testify if you're

12   asked to do so?

13   A    Yes.

14   Q    And that's to aid the government in the

15   investigation and prosecution of others, right?

16   A    Yes.

17   Q    And in exchange for that, you're not made a

18   specific promise but you have the expectation that your

19   case -- that you will benefit in some fashion?

20   A    I am hoping that it looks favorably that I'm

21   cooperating and --

22   Q    So that's why you're here, right?

23   A    Well, I'm also here because I want to just make

24   things right.

25   Q    Okay.

3879

1              But your goal is to try to do whatever you can do

2      to help yourself and get your sentence reduced?

3      A    I'm also here just to atone for what I did.

4      Q    And I think you said you understand that the

5      government cannot make you any promise about what the

6      outcome might be, right?

7      A    That is true.

8      Q    And the ultimate determination as to how things

9      might change for you for the better rests with Judge Mehta,

10     right?

11     A    Yes.

12     Q    But you also understand that before that process

13     can even get started, the people at this table must file a

14     motion with this Court saying that you have cooperated in

15     ways that satisfy them?

16     A    Correct.

17     Q    And without that motion, you get no benefit,

18     right?

19     A    Correct.

20     Q    So the process that leads you to where you want to

21     end up begins with the people to my right?

22     A    Correct.

23     Q    Do you recall from your plea agreement, and I'm

24     asking just from your memory, what the sentence was that you

25     agreed in the terms of the plea agreement would apply to

1    your case?

2        A    The time frame sentence?

3        Q    Yeah, how the Sentencing Guidelines would work out

4    for you?

5        A    I'd need to go over it again.  I want it in front

6    of me if we're going to --

7        Q    I think it's up one page.  Can we go to page 6 and

8    pause.

9              Go up to page 5.

10             Page 4.  Different format than I'm used to.

11   I'm sorry.

12             Right there.  Thank you.

13             See on page 4 under paragraph C, "Estimated

14   Guideline Range."  Do you see that?

15       A    Yes.

16       Q    Okay.  Just read the first sentence.

17       A    "Based upon the estimated offense level and

18   estimated Criminal History Category set forth above, your

19   client's estimated Sentencing Guideline Range is 63 to 78."

20       Q    So that's more than five and more than six years

21   is the range, right?

22       A    Correct.

23       Q    As you sit here today, you understand that your

24   effort is an effort to try to get that number significantly

25   lower?

3881

```
 1        A    Well, it's part of it, yeah.

 2        Q    Now, your -- you can take that down.

 3             Your guilty plea also included a Statement of

 4   Offense, right?

 5        A    Yes.

 6        Q    Do you remember that?

 7             I think it was a 14-page document, right.

 8             And you signed it at the end and said, "Everything

 9   in here is true and correct"?

10        A    Yes.

11        Q    And I think there were 51 paragraphs.  It was

12   quite long, right?

13        A    Yes.

14        Q    How long did it take you to write that?

15        A    To write it?

16        Q    Yeah.

17        A    It was presented and we went over it with my

18   lawyer and the --

19        Q    You didn't write out your Statement of Facts about

20   what you did?

21        A    No.

22        Q    Did you make corrections to it?

23        A    Yes.

24        Q    Did you ask for additional information to be put

25   in?
```

1    A    Yes.

2    Q    Was that put in?

3    A    It wasn't -- yeah, there was parts of it.

4    Q    So you added to it?

5    A    Yes.

6    Q    All right.

7         Now, at the end, though, it had to be agreeable to

8    both the government and you for you to sign it, right?

9    A    Yes.

10   Q    If you hadn't signed it, would you have been able

11   to go forward with the plea agreement?

12   A    No.

13   Q    So you had an obligation, you had a

14   responsibility, to make your plea agreement happen, you had

15   to actually sign the document?

16   A    Yes.

17   Q    Okay.  I'm just going to go through roughly some

18   of the things that are in it in kind of summary fashion, and

19   then we'll go back and break it down.  Okay?

20        MS. HUGHES:  Objection.

21        THE COURT:  Basis?

22        MS. HUGHES:  Form.

23        MR. SHIPLEY:  I haven't asked a question yet.

24        THE COURT:  Okay.  Let him ask the question and

25   then we'll see.

1          Go ahead.

2    BY MR. SHIPLEY:

3          Q    I just want to go through the rough sequence of

4    events, and then we'll come back to that.

5                So you spent the morning of January 6th in a

6    personal security detail for Roger Stone, right?

7          A    Yes.

8          Q    In fact, you had done a similar personal security

9    detail the previous day --

10         A    Yes.

11         Q    -- January 5th, for Roger Stone?

12         A    Yep.

13         Q    So the morning of the 6th was a continuation of

14   what had started in the afternoon and evening of the 5th?

15         A    Yes.

16         Q    And, in fact, you knew that the whole operation

17   kind of started with Josh James picking up Roger Stone at

18   the airport?

19         A    Yes.

20         Q    And that's why you discussed and you mentioned

21   earlier that there was an obligation to get Roger Stone back

22   to the airport?

23         A    Yes.

24         Q    Until that went away, right?

25         A    Correct.

1    Q    Okay.

2         But you understood, once you knew the details

3    about the personal security detail for Roger Stone, that it

4    started with picking up at the airport and it ended with

5    getting him back to the airport?

6    A    Yes.

7    Q    Okay.

8         After the detail was terminated on the

9    afternoon of the 6th, everybody went back to the

10   Mayflower Hotel, right?

11   A    Yes.

12   Q    And then after some time in the rooms at the

13   Mayflower Hotel -- you were in a room with everybody, and

14   then you went into your own room for a period of time -- a

15   decision was made:  We're all going to the Capitol.

16        Right?

17   A    Correct.

18   Q    You're in the golf carts.  You walked partway, get

19   the golf carts, take the golf carts the rest of the way

20   until you could park them and then walked the final stretch

21   to the Capitol Building?

22   A    Correct.

23   Q    As you're walking towards the Capitol Building

24   after parking golf carts, you don't see any violence, right?

25   A    Correct.

1    Q    You see a huge crowd?

2    A    Yes.

3    Q    Massive crowd, right?

4    A    Yes.

5    Q    And you now know that's on the west side of the

6    Capitol?

7    A    I do now, yeah.

8    Q    You didn't necessarily understand the directions

9    at that time, but now you know that the massive crowd was

10   the west front?

11   A    Correct.

12   Q    You didn't go through the crowd, right?

13   A    No.  We skirted the outside edge of it.

14   Q    You went to the -- around the north end and to the

15   east side?

16   A    Yes.

17   Q    And as you were doing this, you didn't see any

18   engagements of violence between the crowd and the police on

19   the west side?

20   A    No.

21   Q    In fact, you didn't even see any police on the

22   west side, right?

23   A    Not that I recall.

24   Q    Did you see any snow fencing to keep you from

25   going through there?

1      A      Snow fencing?

2      Q      Like orange, plastic fencing?

3      A      Oh.

4             No, not that I recall.

5      Q      Did you see any kind of barricades, like bike

6   racks, linked together in a barricade?

7      A      No.

8      Q      Did you see any signs that said, "Restricted

9   grounds.  Stay out"?

10     A      No.

11     Q      So you went around to the east side, up the

12  stairs, and through the Columbus Doors?

13     A      Correct.

14     Q      And at that point prior to going in the

15  Columbus Doors, you'd still seen no violence, right?

16     A      Yeah, I hadn't seen any direct violence, no.

17     Q      There was no fighting with the police on the east

18  side on the steps, right?

19     A      Not that I saw.

20     Q      There was no fighting walking up to the steps?

21     A      No.

22     Q      Just, again, a crowd of people, not nearly as big

23  as on the west side, but a crowd of people?

24     A      Correct.

25     Q      All through the steps?

1      A    Yes.

2      Q    And there's a landing up at the top of the steps,

3  a bunch of people up there, too?

4      A    Yes.

5      Q    And from the bottom of the steps, you could see

6  there was a door; but you couldn't see through the door.

7           Right?

8      A    Correct.

9      Q    When you left the Mayflower, you told the FBI you

10  didn't know why you were going to the Capitol, right?

11     A    Correct.

12     Q    There was no plan that you were aware of, right?

13     A    Yeah.  There was no -- no specific discussion.

14     Q    Okay.

15          But there was plenty of opportunity to have a

16  discussion, but no discussion was had, right?

17     A    No discussion.

18     Q    Josh James didn't explain it.  Nobody asked

19  questions.  Just "We're going to the Capitol"?

20     A    I did -- I did ask questions on the way there.

21     Q    And along the way, Mark Grods, Sapper -- I'm going

22  to use the name.

23          Along the way, Mark Grods said to you, "We're just

24  going to meet up with some other Oath Keepers"?

25     A    Correct.

1      Q    And that's all you knew?

2      A    At that time, yeah.

3      Q    Now, at some point -- and we'll go back to this in

4    more detail -- you walked through -- you had a -- you made a

5    decision to walk through the doors even though the groups

6    have gotten separated, right?

7      A    Yes.

8      Q    And it was just you and Grods and Jackson on

9    the outside?

10     A    Correct.

11     Q    And you had a brief exchange with Jackson, and he

12   made it clear he wasn't going inside, right?

13     A    Correct.

14     Q    So then just you and Grods went inside together?

15     A    Yes.

16     Q    But it's seven minutes after the first three had

17   gone inside.  So you weren't going inside as a group,

18   were you?

19     A    Not specifically.

20     Q    Your decision to go inside was to satisfy your own

21   curiosity about what was happening?

22     A    It was the culmination of how we had gotten there.

23   So it was --

24     Q    You got that far; it's like you might as well step

25   inside and see what's happening, right?

3889

1      A    I wanted to -- I wanted to go in, yeah.

2      Q    Curiosity:  What's taking place inside that I

3  don't know?

4      A    Well, that was part of it.

5      Q    In fact, you told the FBI that when you got to the

6  Capitol, you thought everything going inside was already

7  over, right?

8      A    You mean -- what do you mean "already over"?

9      Q    Whatever proceeding had taken place was done

10 because now the crowd was in the building?

11     A    Correct.

12     Q    When you went through the doors, you stood next to

13 Jonathan Walden, who you call K-9, but Jonathan Walden was

14 the guy with the dog?

15     A    Yes.

16     Q    And the two of you stood there, didn't do much,

17 right?

18     A    Correct.

19     Q    Until a police officer suggested to you, "I think

20 it's time to go."

21          And what was your response?

22     A    "We need to leave."

23     Q    And you guys left?

24     A    Yes.

25     Q    And as you sit here today going through that

1    sequence of events, you're a seditious conspirator to oppose

2    the government by force, really?

3                MS. HUGHES:  Objection.  Calls for a legal

4    conclusion.

5                THE COURT:  He can answer it.

6                THE WITNESS:  Yeah.

7    BY MR. SHIPLEY:

8        Q    Well, you had to sign a document that said that,

9    didn't you?

10       A    Yeah, I did sign a document, yeah.

11       Q    You had no firearm, right?

12       A    Correct.

13       Q    You didn't know any of the other Oath Keepers that

14   you spent the day with until you got to D.C.?

15       A    Correct.

16       Q    You had conversed with Josh James and Mark Grods,

17   but you didn't know them?

18       A    Correct.

19       Q    Everything had just been online.

20            You didn't know there were other Oath Keepers in

21   D.C., right?

22       A    I knew there were others; I just didn't know

23   specifically who or where.

24       Q    Well, you had your group of six.  All right?

25            And then Grods told you, "We're going to meet

1   other Oath Keepers."

2          Before he told you that, did you have any idea

3   that there were other Oath Keepers there on January 6th?

4      A    Yeah.  I had asked James, because I had seen other

5   Oath Keepers.  I saw some at the Supreme Court on the 5th,

6   and I --

7      Q    Oh, on the 5th?

8      A    Yeah.

9      Q    All right.

10         So did he explain to you what they were doing?

11     A    Yeah.  He said they're -- I said, "Are there other

12  Oath Keepers doing security details?"

13         And he said, "Yes."

14     Q    Yeah.  So there were multiple security details;

15  you were aware of that?

16     A    Yes.

17     Q    And when you joined the crowd after coming out,

18  you said there were about 30 of them.

19         And that made sense, right?

20     A    Yeah.

21     Q    But at no point did you think you were there to

22  link up with those other Oath Keepers for the purpose of

23  attacking the building, right?

24     A    No one had -- no one had mentioned attacking

25  the building.

1    Q    You didn't use force against anybody on

2    January 6th, did you?

3    A    Against any individual?  No.

4    Q    I mean, you had no physical interaction with any

5    law enforcement officer, right?

6    A    No.

7    Q    You had no physical altercation with any other

8    citizen, right?

9    A    Correct.

10    Q    Your entire act from the time you walked up those

11    steps until you met with the other Oath Keepers was

12    completely peaceful?

13    A    As far as being non-violent, correct.

14    Q    It was -- I mean, the -- inside the doors was

15    crowded, and there was some jostling and pushing and

16    shoving, just not to get knocked down, right?

17    A    Well, pepper spray was being deployed, so it was

18    more than just pushing and shoving.

19    Q    Well, you didn't deploy the pepper spray, though?

20    A    No.

21    Q    And at no point on the 5th or the 6th did you have

22    any conversation with anybody about using force to interfere

23    with whatever proceeding Congress was going to conduct that

24    day, did you?

25    A    Correct.

1    Q    And you didn't hear anybody else talk about that,

2    did you?

3    A    Correct.

4    Q    And you told that very thing, that there was no

5    conversation about the use of force with respect to what was

6    going on that day, there was no conversation, you said that

7    to Mr. Edwards and Agent Palian at your first meeting with

8    them, right?

9    A    Correct.

10    Q    And that's the first meeting where you knew you

11    had to be truthful, right?

12    A    I've been truthful with them every time.

13    Q    Yeah, so you weren't lying to them, right?

14    A    No.

15    Q    There had been no conversations about using force

16    among the Oath Keepers that you were with?

17    A    On the 5th and the 6th?

18    Q    Correct.

19    A    No.  No.

20    Q    Now --

21         THE COURT:  Mr. Shipley, sorry to interrupt you.

22         Let's take our break.

23         So it's a little after 11:00.  Why don't we resume

24    at 11:20.  We'll see everybody shortly.  Thank you.

25         COURTROOM DEPUTY:  All rise.

1             (Jury exited the courtroom.)

2             THE COURT:  All right.  Mr. Ulrich, I want you to

3    step down and just be outside a little bit before 11:20.

4    And ask you not to discuss your testimony with anyone during

5    the break.

6             THE WITNESS:  Yes, Your Honor.

7             THE COURT:  Thank you, sir.

8             See everybody shortly, unless there's anything we

9    need to talk about?

10             COURTROOM DEPUTY:  The Court stands in recess.

11             (Recess from 11:02 a.m. to 11:22 a.m.)

12             THE COURT:  The jury is right behind me, everyone.

13    Thank you.

14             COURTROOM DEPUTY:  Jury panel.

15             (Jury entered the courtroom.)

16             THE COURT:  All right.  Please be seated,

17    everybody.

18             Mr. Shipley.

19             MR. SHIPLEY:  For the witness only, can we bring

20    up 154, RM-154?

21             THE COURT:  Mr. Shipley, if you want to remove

22    your mask so we can hear you a little bit better.

23             MR. SHIPLEY:  Can we go to paragraph 5.

24             MS. HUGHES:  Same objection.

25             THE COURT:  I haven't heard the question yet,

1    so...

2    BY MR. SHIPLEY:

3        Q    Just before we took the break, I asked you if you

4    had used force against anybody as part of anything that you

5    had done on January 6th, right?

6        A    Right.

7        Q    And you answered, "No," you did not.  Okay.

8             Now, this is paragraph 5 from the Statement of

9    Facts that you signed.  And just read it to yourself.

10            So this document that you had to sign as part of

11   your plea agreement says you, in fact, used force, right?

12       A    Yeah.

13       Q    But as you sit here today, you didn't use any

14   force, did you?

15       A    Well, I was saying I didn't use force against any

16   specific individuals.

17       Q    Well, in what way did you use force?

18       A    Well, my presence being in there was hindering --

19       Q    Standing still is the use of force?

20       A    Being in the building during a riot in the

21   building is.

22       Q    That's what the government told you?  That's the

23   use of force?

24       A    Force is trying to prevent the -- an action of any

25   law or function of government.

3896

1      Q      That's what the government told you was what that

2  meant?

3      A      That is part of it, yeah.

4      Q      When you went inside, the door was open, right?

5      A      Correct.

6      Q      You didn't have to force open the door?

7      A      No.

8      Q      There were police officers standing at the door,

9  right?

10     A      Yes, on the video, you can see police officers

11  standing apart.

12     Q      You didn't push your way past them, right?

13     A      No.

14     Q      There were several police officers in and through

15  the whole foyer area where you stayed, right?

16     A      I didn't see them specifically but on the video

17  you can see them.

18     Q      Now, let's go to paragraph 9, please.  And just --

19  again, just for the witness to familiar -- or to refresh his

20  recollection if necessary.

21            Okay.  You brought -- or on December 9th, so we're

22  almost a month ahead of January 6th, it's part of your

23  Statement of Offense that you signed, it says you bought

24  fingerless gloves, right.

25            You bought a combat long-sleeve shirt, otherwise

1    known as a long-sleeve shirt, right?

2         A    I don't know if they're going off of, like, the

3    name of it or if they're just calling it a combat long

4    sleeve --

5         Q    It's not capitalized combat long-sleeve shirt.  It

6    says combat long-sleeve shirt.  What's a combat long-sleeve

7    shirt?

8         A    I don't know.  It's a -- it's a long sleeve shirt

9    with --

10              MS. HUGHES:  Again, objection as to form.

11              THE COURT:  That's overruled.

12              But, Mr. Shipley, I don't know that it's

13    appropriate to show him that until he says he can't

14    remember.  If he can't remember, then you can refresh his

15    memory.

16              MR. SHIPLEY:  Okay.  Why don't we take it down.

17              THE COURT:  Thank you, sir.

18    BY MR. SHIPLEY:

19         Q    And you bought a recon backpack, also known as a

20    backpack?

21         A    Yeah, I bought a backpack.

22         Q    And it says you bought a tactical holster.  Are

23    you aware of a holster that's not tactical?

24         A    I mean, no.

25         Q    You didn't take the holster with you, though,

3898

1    right?

2        A    No.

3        Q    You didn't take the gun with you?

4        A    No.

5        Q    Did you wear this long-sleeve shirt?

6        A    I don't even remember what I was -- all the things

7    I wore.

8        Q    You didn't purchase any of these items as part of

9    any plan to use force against the Capitol, did you?

10       A    I didn't know the Capitol was going to -- I didn't

11   know the 6th would be the 6th at the time.

12       Q    So these are included in your Statement of

13   Offense, but, in fact, they have nothing to do with

14   January 6th, do they?

15       A    Well, it has to do with the fact that I was

16   wearing them on the 6th.

17       Q    You purchased items such as this for the personal

18   security detail that you expected to be part of?

19       A    In large part, yeah.

20       Q    The Statement of Offense says that, "Certain

21   individuals," unidentified, "in the crowd forced their way

22   through, up, and over barricades."

23            You didn't see any of that, did you?

24       A    No.

25       Q    So you don't know if that's actually true or not,

1    do you?

2        A    Well, there -- you see people pushing over

3    barricades.  I mean --

4        Q    Well, because you've watched videos, right?

5        A    Right.

6        Q    But you didn't see any of that?

7        A    Not directly, no.

8        Q    It's another part that was written by the

9    government and you didn't put that in there, right?

10       A    No.

11       Q    It says you wore a tactical vest on January 6th.

12   Was there anything about the vest other than the fact that

13   it was camouflage in color?

14       A    It was -- I had a plate on it.

15       Q    You wore a plate carrier?

16       A    There was a plate carrier.

17       Q    And it had a plate?

18       A    Yes.

19       Q    And why did you do that?

20       A    Because I didn't want to get stabbed or shot.

21       Q    You expected the Capitol Police might stab you?

22       A    No.

23       Q    Who did you think might stab you?

24       A    It was more around the security detail.

25       Q    So whoever might attack Roger Stone might stab

1    you?

2         A    Correct.

3         Q    And it says that you had radio equipment, a

4    BaoFeng phone or a BaoFeng radio.  Do you know what that is?

5         A    Yes.

6         Q    It's like a two-way communication radio, right?

7         A    Yes.

8         Q    And you can have multiple users, right?

9         A    Yes.

10        Q    And you see the little earpiece people wear around

11   their ear, and it's attached to the radio on their clothing?

12        A    Correct.

13        Q    And you had that, right?

14        A    Yes.

15        Q    And it was for the security team, right?

16        A    Yes.

17        Q    So that the members of the security detail could

18   talk to one another because you're not necessarily standing

19   right next to each other all the time, right?

20        A    Correct.

21        Q    So you're kind of spread out, around Roger Stone,

22   providing a security perimeter on the 5th, you did that,

23   right?

24        A    Yes.

25        Q    And rather than run up to somebody and whisper in

3901

```
 1    their ear, you could just quietly exchange information with

 2    other members of your team?

 3         A     Yes.

 4         Q     Now, on the 6th, you had that same radio, right?

 5         A     Yes.

 6         Q     Roberto Minuta didn't have one, did he?

 7         A     I don't -- I don't know what he had as far as

 8    equipment.

 9         Q     Well, he showed up just that morning, right?

10         A     Yes.

11         Q     He had not been with you on the evening of the

12    5th?

13         A     No.

14         Q     And when he showed up, it seemed that Josh James

15    knew him, right?

16         A     Yeah, he said he knew him.

17         Q     Okay.

18               Did he tell you they had done security details

19    together in the past?

20         A     No, he just said he was a good guy and you could

21    trust him.

22         Q     And the Statement of Offense said you had a camo

23    tactical backpack, also known as a backpack, right?

24         A     Yeah, I had a backpack, yeah.

25         Q     It was a camouflage-colored backpack?
```

1    A    Yes.

2    Q    No helmet, no firearm, right?

3    A    I had a helmet strapped to the backpack but I

4  never wore it.

5    Q    Now, paragraph 42 says that you -- you recall it

6  saying that you intended to influence or affect the conduct

7  of the U.S. Government and accomplished that by intimidating

8  and coercing government personnel.

9         Do you recall that being part of your Statement of

10 Facts?

11   A    Yeah.

12   Q    And you intended to intimidate and coerce by

13 standing inside the doors?

14   A    Well, the intention was to pressure them to stop

15 the electoral count.

16   Q    The intention was to what?

17   A    To stop the count of the ballots.

18   Q    Well, that's what you wrote, right?

19        You didn't tell the FBI that in October 2021 when

20 you sat down to tell them everything and be truthful.  You

21 didn't say anything about that, did you?

22   A    I don't -- I don't have those in front of me.

23        So I don't know when I -- when we talked about

24 that specifically.

25   Q    Well, let's talk about a couple of things you did

1    tell the FBI.

2              When you were shown some of the chat messages that

3    you looked at earlier in this first meeting, you didn't

4    remember a lot of them, right?

5    A    Yeah.  There was -- there was a lot of text

6    messages.  I don't remember them all.

7    Q    You didn't have a recollection of -- looked at

8    them and thought, "Yeah, I sent that.  But, man, I don't

9    remember sending that."

10             Right?

11   A    There was a few like that.

12   Q    Kind of embarrassing?

13   A    Yeah.

14   Q    And what you told the FBI was, you know, you'd

15   sort of been a class clown growing up, right?

16   A    Yeah.

17   Q    And you did things and said things for attention?

18   A    Yeah.

19   Q    Yeah.

20             And as part of Oath Keepers, you knew that you

21   really didn't have the same background as most of the guys

22   that you were interacting with online, right?

23   A    Yeah.  I thought most of them had military

24   experience --

25   Q    Military --

1        A    -- or police.

2        Q    -- law enforcement, first responder, right?

3        A    Right.

4        Q    You knew that was the general ethos of the

5   organization that you joined?

6        A    Right.

7        Q    And none of those applied to you?

8        A    Correct.

9        Q    So you were trying to fit in, right?

10       A    With what?

11       Q    You were trying to fit in?

12       A    Yeah.  I mean, I wanted to, I don't know,

13  socialize with the guys.

14       Q    So you were writing messages sort of using the

15  same kind of bombast that you were seeing other

16  people write?

17       A    I was -- yeah.  I mean, other people were writing

18  that.  I was writing it, too.

19       Q    And, in fact, I think several times you said, "Oh,

20  this is just big talk."

21            Right?

22       A    Some of it was.

23       Q    Now, you told the FBI in that first interview that

24  Josh James was the leader of your group; nobody else, right?

25       A    Right.

1        Q    All the decisions were made by Josh James, right?

2        A    Correct.

3        Q    Only Josh James was having contact, so far as you

4   knew, with Stewart Rhodes?

5        A    Correct.

6        Q    And only Josh James was having contact with

7   Roger Stone, who was the person you were supposed to be

8   protecting?

9        A    Correct.

10       Q    And Josh James had gone along with you to pick up

11  Roger Stone at the airport on the 5th, right?

12       A    Correct.

13       Q    And Josh James was responsible for getting

14  Roger Stone back to the airport?

15       A    Correct.

16       Q    You told the FBI in that first interview that no

17  one in your group ever talked about what the group might do

18  if things on the 6th didn't go the way you hoped.

19            THE COURT:  Mr. Shipley, can I ask you to get on

20  the phone for a second.

21            (Bench conference)

22            THE COURT:  Look, I may be a little old school

23  about this; but I don't think you are permitted to simply

24  start presenting statements, prior statements, that he's

25  made to the FBI and asking him whether those statements

1    were true.

2             You can ask him the substance of the statement;

3    and if he denies it, then you can confront him with what he

4    said previously.  But you can't sort of walk through and

5    say, "You said, A, B, and C to the FBI, isn't that true?"

6             MR. SHIPLEY:  Okay.  I'll recharacterize my

7    questioning.

8             THE COURT:  Okay.  Thank you.

9             (Open court)

10   BY MR. SHIPLEY:

11       Q    Did you tell the FBI in that first meeting in

12   October of 2021 that there was no talk in your group about

13   what the group would do?

14            THE COURT:  So we just talked about this.

15            I'll clarify, if you'd like me to, in terms of the

16   form of the question.

17            (Bench conference)

18            THE COURT:  Again, what I would ask you to do is

19   say, "Isn't it true X, not that you told the FBI X.  Isn't

20   the substance true?"

21            In other words, "Isn't the sky blue?" as opposed

22   to, "Didn't you tell the FBI the sky was blue?"

23            And if he then says, "I don't recall whether the

24   sky was blue.  That's not true," then you can confront him

25   with his prior statement.

1          MR. SHIPLEY:  I mean, there were only two

2    questions here at this point.  I think it's probably more

3    productive just to go past them.

4          THE COURT:  Okay.

5          MR. SHIPLEY:  I understand.

6          THE COURT:  Well, I'm not telling you not to

7    confront him with -- or to cross him with the substance.

8    That's perfectly fine.

9          My point is just simply the way in which the

10   question is structured, which is asking him to confirm a

11   prior statement.  You can, again, always cross him with the

12   substance of that statement as opposed to:  "Didn't you tell

13   the FBI X?"

14          Now, you can use that latter form if he denies it

15   or doesn't recall.

16          MR. SHIPLEY:  All right.

17          THE COURT:  Okay?

18          (Open court)

19   BY MR. SHIPLEY:

20   Q    Just a couple of questions on this.

21          Do you recall discussing with the FBI the question

22   of what might happen if things didn't go the way you wanted

23   them to go on January 6th?

24   A    I mean, not directly, no.  I mean, I'd have to

25   look at it.

1          Q    Do you recall saying that there had been no

2     discussion with your group about what the group might do in

3     that case?

4          A    In --

5               MS. HUGHES:  Objection.

6               MR. SHIPLEY:  Let me just move on.

7               THE COURT:  Okay.

8     BY MR. SHIPLEY:

9          Q    Now, you testified on direct examination to the

10    episode where the police came down the stairs, several

11    members of the Capitol Police came down the stairs after you

12    had exited, right?

13         A    Yes.

14         Q    And then you turned around and saw that, right?

15         A    Yes.

16         Q    You, in fact, thought the Oath Keepers had

17    produced that, right?

18         A    Produced?

19         Q    That result, that the Oath Keepers had helped the

20    police get out of the building.

21         A    I believe that's what I was doing, was

22    assisting them.

23         Q    And didn't Josh James say to you that that's the

24    reason they were going in in the first place when they were

25    going up the stairs?

1      A      No.

2      Q      But you knew that once the Oath Keepers or your

3   group, since you didn't know what the others were doing or

4   that they were even there -- well, let me re-ask that

5   question.

6            You knew there were other Oath Keepers around

7   doing security details, right?

8      A      Yes.

9      Q      And until you met with that large group after

10  you'd come out, you didn't know there were any other

11  Oath Keepers, like, inside the Columbus Doors when you

12  went inside?

13     A      Correct.

14     Q      Okay.

15           So as far as you knew, the only Oath Keepers that

16  had gone in in that time frame, roughly 10 after 3:00 until

17  you left, was just your group?

18     A      Correct.

19     Q      And so when you saw the Capitol Police coming out,

20  they'd come out right behind Roberto Minuta, right?

21     A      I mean, I don't know if they came out right after

22  him, but it was shortly after we left.

23     Q      Kind of the same sequence, right?

24     A      Again, I didn't see when they came out.  I'd

25  already started coming down the steps.

1      Q    But you thought that the Oath Keepers, your group,

2  had had a role in making that happen?

3      A    It was a spontaneous thing.

4           So I felt like, you know, when they asked for --

5  or when they said, "Make a hole," I was helping.

6           MR. SHIPLEY:  Can we pull up Roberto Minuta

7  Exhibit 3091 and 3092 just for the witness.

8  BY MR. SHIPLEY:

9      Q    Can do you recognize these two chat messages?

10     A    Yeah.

11     Q    And this is Bilbo -- Bilbo Bilbo, and that's

12  you, right?

13     A    I don't know why it says, "Bilbo Bilbo," but,

14  yeah, that's me.

15          MR. SHIPLEY:  Mr. Minuta would move to admit 3091

16  and 3092.

17          MS. HUGHES:  Objection.

18          THE COURT:  I'm sorry?

19          MS. HUGHES:  Objection.

20          THE COURT:  Okay.  Basis?

21          MS. HUGHES:  What is the basis -- can we get on

22  the phone?

23          (Bench conference)

24          THE COURT:  Can we put those back up so I can

25  see them?

1          Can you ask her to put them up.

2          All right.  Go ahead.  What's the objection?

3          MS. HUGHES:  Mr. Shipley has not proffered a

4  proper foundation for admitting these.

5          These are both hearsay.  They're his

6  after-the-fact explanation of what he did.  They're not

7  inconsistent with anything he said.

8          He's already said that he escorted these officers.

9  They are, by the government's position, inadmissible.

10          MR. SHIPLEY:  I'm not sure I understood all of

11  that, but they're not hearsay because he's sitting right

12  here and can answer questions.

13          THE COURT:  That doesn't make it not hearsay.

14          So the first one, which is labeled 309, when the

15  police arrived here and wanted to leave the north exit down

16  the stairs through the crowd, it was the Oath Keepers that

17  escorted them to safety...fact.

18          And I think that's appropriate to confront him

19  with because he hasn't quite admitted to that.

20          MS. HUGHES:  He -- Your Honor, respectfully, on

21  the stand he said that we were the Oath Keepers; that he and

22  Rick Jackson were the Oath Keepers he was referring to.

23          THE COURT:  I'm sorry.  Say that again.

24          MS. HUGHES:  He has clarified to Mr. Shipley on

25  this exact line of questioning that he was the Oath Keepers;

1    that he and Rick Jackson are the Oath Keepers that assisted

2    law enforcement.  So it's consistent.

3            THE COURT:  Well, what he basically said is he

4    thought he was being helpful by essentially getting out of

5    the way.

6            And this is something more substantial than that.

7    I mean, he's saying in this one it was the Oath Keepers that

8    escorted them to safety.

9            Now, you know, that's a little bit different than

10   what he has said so far, and so I think it's appropriate to

11   use that to cross-examine him.

12           I'm not quite sure about the second, which is

13   labeled actually Roberta Minuta 303.

14           So I don't think there's anything there in that

15   statement that is -- can be used to cross-examine him at

16   this point.

17           MR. SHIPLEY:  It just goes to the subject matter

18   that the government raised about when the police came out,

19   Mr. Minuta being there.  He just testified to taking them

20   out right behind Mr. Minuta.

21           THE COURT:  Sure.

22           But, Mr. Shipley, I mean, this is how it works.

23   I mean, you could -- unless there's an independent hearsay

24   exception, an out-of-court statement can be used to confront

25   somebody on the stand, right?

1          So if he bucks you or doesn't give you the full

2   content for a statement like this, then you can confront him

3   with it.

4          MR. SHIPLEY:  Okay.

5          THE COURT:  But you can't just sort of -- you

6   know, absent some other hearsay exception, you know, that's

7   arguably -- this is sort of self-exculpatory, you know --

8   then that kind of hearsay doesn't come in absent that.

9          MR. SHIPLEY:  I understand.

10         All right.

11         (Open court)

12         MR. SHIPLEY:  Take this down.

13  BY MR. SHIPLEY:

14     Q    You testified on direct about the episode where

15  the police came out of the -- several members of the Capitol

16  Police came out and down the stairs right in your view,

17  right?

18     A    Uh-huh.

19     Q    Okay.

20         And it was shortly after Mr. Minuta came out,

21  right?

22     A    Yeah.

23     Q    Okay.

24         And you didn't see exactly what happened inside,

25  correct?

1    A    Right.

2    Q    Okay.

3         You just saw that juxtaposition in timing, so to

4    speak, right?

5    A    Yes, I saw -- when he said, "Make a hole," I

6    looked back and I described what I had seen.

7    Q    But then you drew the conclusion and said in a

8    Signal chat that the Oath Keepers had rescued those police

9    officers?

10    A    Yeah.

11    Q    Now, during that first interview, October of '21,

12    did you tell the FBI and Mr. Edwards that there was no

13    meeting of the minds of a plan to stop anything on

14    January 6th?

15    A    Yes.

16    Q    And did you tell the FBI and Mr. Edwards on that

17    first meeting about your testimony -- about what you've

18    testified here to about wanting to interfere with the

19    electoral count?

20    A    You're talking about in previous?

21    Q    I'm talking about the first meeting when you did

22    the proffer and you knew you had to be truthful?

23    A    No, we didn't --

24    Q    Did you tell them in that meeting about wanting to

25    interfere with the electoral count?

```
 1       A     No.
 2             MR. SHIPLEY:  Thank you.  Your Honor, I would move
 3   to admit 309, not 303.
 4             THE COURT:  You didn't confront him with it?
 5             MR. SHIPLEY:  I'm sorry?
 6             THE COURT:  I said you did not show it to him and
 7   confront him with it.
 8             MR. SHIPLEY:  Okay.  But that's why I thought he
 9   admitted it, so...
10             THE COURT:  I'm sorry?
11             MR. SHIPLEY:  He admitted it.
12             THE COURT:  Right.
13             MR. SHIPLEY:  That's fine.
14             THE COURT:  Okay.
15             Any other defense counsel wish to examine
16   Mr. Ulrich?
17             MS. HALIM:  Your Honor, if I could just -- can we
18   pull up -- very briefly, please, can we pull up RM-309,
19   please.
20                           - - -
21                      CROSS-EXAMINATION
22   BY MS. HALIM:
23       Q     Mr. Ulrich, do you see that message?
24       A     Yes.
25       Q     Is that a message that you wrote on January 7th,
```

```
 1   2021?

 2       A    Yes.

 3            MS. HALIM:  Your Honor, I move for the admission

 4   and to publish to the jury RM-309, please.

 5            MS. HUGHES:  Same objection.

 6            THE COURT:  The objection is sustained.

 7            MS. HALIM:  Oh, okay.

 8            I'm sorry, I have no further questions.

 9            THE COURT:  All right.  Thank you, Counsel.

10            MR. WEINBERG:  No questions, Your Honor.

11                         - - -

12                   CROSS-EXAMINATION

13   BY MR. PEED:

14       Q    Good morning --

15       A    Good morning.

16       Q    -- Mr. Ulrich.

17            Mr. Vallejo, could you please stand up.  Remove

18   your mask.

19            Have you ever met this man?

20       A    No.

21       Q    Do you know who he is?

22       A    No.

23       Q    All right.  You can sit down.

24            Did you drop weapons off with this man --

25       A    No.
```

1      Q    -- on January 6th?

2      A    No.

3      Q    To your knowledge, did anyone give any weapon of

4  yours to this man?

5      A    No.

6      Q    All right.  You took an oath this morning to tell

7  the truth, the whole truth, and nothing but the truth,

8  right?

9      A    Uh-huh.

10     Q    And you were asked why did you plead guilty,

11 correct?

12     A    Yes.

13     Q    I want to ask you -- remembering that you swore to

14 tell the whole truth, I want to ask you again, what are all

15 the reasons that you pled guilty?

16     A    I pled guilty for those two because I just want to

17 make atonement for what I did, and I'm hoping that my

18 cooperation will be looked at in sentencing.

19     Q    At the time you met with the government on -- in

20 October of 2021, you were concerned that a conspiracy charge

21 of obstructing Congress would carry a ten-year sentence,

22 right?

23     A    Yes.

24     Q    And then you became aware that the government

25 obtained a new indictment charging seditious conspiracy,

1   right?

2       A    Yes.

3       Q    And seditious conspiracy carries a maximum of

4   20 years, correct?

5            MS. HUGHES:  Objection.

6            THE COURT:  It's overruled.

7            THE WITNESS:  Yes.

8   BY MR. PEED:

9       Q    So that was double the amount you were already

10  concerned about in October when you met with the government?

11      A    Yes.

12      Q    All right.

13           Could we have the plea agreement pulled up.

14           So you were concerned about the sentence you would

15  get with the charges you were facing, right?

16      A    Sure.

17      Q    And one of the reasons you plead guilty was to get

18  a lower sentence?

19      A    I'm hoping my cooperation would do that, yeah.

20      Q    Okay.

21           So the whole truth is that also includes you're

22  hoping your cooperation would get you a lower sentence?

23      A    Yeah.

24      Q    Could you go to the Guidelines calculation.

25           All right.  You went over this in your direct.

1          You are aware there's a Guidelines calculation in

2     your plea agreement, correct?

3     A    Yes.

4     Q    And you went over this prior to pleading guilty,

5     correct?

6     A    Yes.

7     Q    And it includes enhancements with the plus numbers

8     here?

9     A    Yes.

10    Q    All right.

11         And you get to a number of 29 and 29, correct?

12    A    Yes.

13    Q    And you also discuss -- you also were aware the

14    government could have asked the Court for what's called a

15    terrorism enhancement, correct?

16    A    Yes.

17    Q    And a terrorism enhancement, you are aware, would

18    override these numbers and have a floor of 32 as the

19    Guidelines, correct?

20    A    I understood that it would increase it, yeah.

21    Q    And you also understood that your criminal history

22    background is a part of your Sentencing Guidelines

23    calculation, right?

24    A    Yes.

25    Q    Do you have any criminal history?

1          A     None.

2          Q     You're aware that if the government asks for the

3    terrorism enhancement and if the Court agreed that it

4    applied, then under the Guidelines, the resulting Guidelines

5    figure would treat you as if you had the maximum Criminal

6    History Category, right?

7          A     Yes.

8          Q     And if you were aware when you decided to plead

9    guilty that if the terrorism enhancement applied, the

10   range -- and the Court accepted that, then the range you

11   would be looking at would be over 18 to 20 years, correct?

12         A     I knew it was -- I know it's in that range.

13   I don't know the exact number.

14         Q     And so by pleading guilty, the government agreed

15   not to ask for the terrorism enhancement, correct?

16         A     That was part of it, yes.

17         Q     And by not asking for the terrorism enhancement,

18   you got the number Mr. Shipley went over with you of roughly

19   six to seven years, right?

20         A     Yes.

21         Q     Instead of nearly 20 years?

22         A     Correct.

23         Q     And that was a factor in your decision to plead

24   guilty?

25         A     It was one of them.

1     Q     When you came to Washington, D.C., you had no plan

2   to try to stop the certification, correct?

3     A     No.

4     Q     And you had no plan to try to violently or

5   forcibly keep Joe Biden out of the White House, right?

6     A     No.

7     Q     You did hope that somehow, in a legal way, Trump

8   would be able to reveal fraud and in your view the election

9   would be vindicated, correct?

10    A     Yes.

11    Q     But you only wanted to do that through legal

12  means, right?

13    A     Yeah, I was wanting him to use whatever legal

14  means he had at his disposal.

15    Q     And that included, your understanding was he might

16  use the Insurrection Act, right?

17    A     Yes.

18    Q     And you believed that he could use the

19  Insurrection Act to legally, under his authority as

20  President, to do things like recount the votes, right?

21    A     That's what I was hoping for, yeah.

22    Q     And if called upon under the Insurrection Act, you

23  believe the Oath Keepers might be able to provide services

24  to the President of the United States, right?

25    A     That was the -- that was the consensus.

1    Q    And you had no plan -- if Mr. Trump did not use

2    the Insurrection Act and bowed out, you had no plan to stop

3    Joe Biden from taking the oath of office, correct?

4    A    Yeah, nothing was discussed beyond that --

5    Q    No --

6    A    -- specific --

7    Q    I'm sorry.

8    A    For a specific action on the 6th.

9    Q    So no Oath Keeper that you ever spoke with

10   discussed with you a plan to forcibly stop Joe Biden from

11   becoming President, correct?

12   A    Correct.

13        MR. PEED:  Thank you.  No further questions.

14        THE COURT:  Ms. Hughes.

15                         - - -

16                  REDIRECT EXAMINATION

17   BY MS. HUGHES:

18   Q    Good morning, Mr. Ulrich, at least for a few more

19   minutes.

20        I want to talk through a few of the topics you

21   have gone over with defense counsel.

22        First of all, you've met with the government and

23   with the FBI multiple times, correct?

24   A    Yes.

25   Q    And this October meeting that was referenced by

1    Mr. Shipley, this October meeting happened approximately

2    six months before you pled guilty in April, right?

3         A    Yes.

4         Q    In this initial meeting, were you minimizing or

5    painting a gloss on your actions in Washington, D.C.?

6         A    Yes.

7         Q    Why?

8         A    I think it's just human nature to want to, you

9    know, not be totally forthcoming on how involved you were in

10   that, so...

11        Q    What was the most important thing you were told

12   about what you had to do today?

13        A    Tell the truth.

14        Q    And was that just when the government was asking

15   you questions?

16        A    No.

17        Q    Was it also when defense was asking you questions?

18        A    Yes.

19        Q    And did anyone from the defense ask to speak with

20   you before testifying today?

21        A    No.

22        Q    And who ultimately decides your sentence?

23             Regardless of government recommendation, who's the

24   ultimate decider of your sentence?

25        A    Judge Mehta.

1    Q    Okay.  Let's talk a little bit about your trip to

2  Washington, D.C.

3         You were asked some questions by Mr. Shipley,

4  Mr. Minuta's attorney, about there being no discussions of

5  force on January 5th and 6th.  And you hesitated when you

6  were asked those questions.

7         Do you remember?

8    A    Yes.

9    Q    First of all, why did you hesitate?

10   A    Because we didn't specifically talk about it, but

11  there was a lot of talk about wanting -- wanting something

12  to take place, wanting -- we wanted something to happen.  We

13  wanted the -- we wanted the ballots to be recounted, so --

14  and there was a lot of talk in the text chats leading up

15  to that.

16   Q    And you said, "There was a lot of talk in the

17  text chats."

18        Did those include discussions of force?

19   A    Yes, in force with Civil War talk, stuff like

20  that, yeah.

21   Q    And if we could go to Government's Exhibit 4761,

22  page -- Slide 6, please.

23        Specifically here when Mr. Rhodes writes, "If he

24  doesn't use the Insurrection Act, we will have to fight a

25  bloody revolution/Civil War."

1             On the next slide on the same day, you

2    respond, "Agree."

3             Is this the kind of discussion of force, of

4    physical force, that caused you to hesitate when Mr. Shipley

5    asked you that question?

6         A    Yes.

7         Q    And is this just a small sampling of the kinds of

8    language you read in these chats?

9         A    Yes.

10            MR. PEED:  Objection, Your Honor.  Can we get on

11    the phone?

12            THE COURT:  It's overruled.

13    BY MS. HUGHES:

14        Q    And to be clear, Mr. Ulrich, is this the only chat

15    you remember of?

16        A    It was the only chat I was a member of?

17        Q    Correct, the only chat group, this

18    "Georgia OK General" chat.  Were you a member of

19    other groups?

20        A    There were other Signal chat groups, yeah.

21        Q    Do you remember some of the Signal groups you were

22    a member of?

23        A    There was the "January 6th Op" chat.  And then

24    there was a Florida chat group that I was allowed to be in.

25        Q    So when you say this kind of language of force you

1    saw throughout the chats, it's not just in the Georgia chat

2    you're referring to, right?

3         A    Right.

4         Q    Now, looking back, Brian Ulrich of 2023, looking

5    back on where you were in December of 2020, are you mentally

6    preparing to use force to participate in this against this

7    wrong that you clearly so adamantly believe is happening?

8         A    Yeah.  I mean, I'm anticipating a force.  If it

9    comes to force, then I'm prepared.

10        Q    Is this all hyperbole to you?

11        A    No, not all of it is hyperbole.

12        Q    In fact, Mr. Ulrich, speeding through to the

13   vestibule of the Capitol, you're a tradesman in Georgia at

14   this point, correct?

15        A    Yes.

16        Q    You have a technical, difficult job.  You have no

17   military background, correct?

18        A    No.

19        Q    When you say that arriving at the steps of the

20   Capitol was the buildup, was the culmination of this

21   feeling, what do you mean by that?

22        A    Well, I mean, now that the people are in and out

23   of the building now, it kind of felt like that moment was

24   coming together for us to do something.

25        Q    Did you feel like that was your moment to

3927

```
1   use force?
2       A    Yes.  Just outside the door when I decided to go
3   in, I felt like that was -- that was the moment.
4       Q    And when you had to use force to enter the
5   building, describe the scene.  Describe how you had to
6   actually physically push yourself into that building.
7       A    Yeah, well, I -- we had handed out water bottles
8   to people that had been pepper-sprayed.  I mean, obviously,
9   they were being pepper-sprayed because they were trying to
10  get in the building.
11           And so when I went in, I already knew that
12  somewhere in the building, that was happening.
13           And so I pushed in with the rest of the crowd that
14  was -- it would go in and out in waves.  So in one of the
15  waves, I went in.
16      Q    So did you have to actually -- was there -- would
17  you describe it as a physical exertion?  Do you actually
18  have to force your way in?  This wasn't a passive movement?
19      A    Yeah.  I once I got further into the building --
20           MR. PEED:  Objection.
21           THE COURT:  Hang one.  That's sustained.
22           Can you rephrase the question, please.
23  BY MS. HUGHES:
24      Q    How did you enter the building actually?
25      A    I had to work my way in with the rest of
```

3928

1    the crowd.

2            And as we got closer to the Rotunda, then people

3    started to push.  They started to congest and try to push

4    forward, and I was one of them.

5    Q    Mr. Shipley asked you some questions about how the

6    scene may have appeared peaceful.  You took issue with that.

7            Why would you not describe the scene inside the

8    Capitol as peaceful?

9    A    Well, again, I mean, pepper spray, you know, these

10   kind of deterrents aren't just used on a whim.  They're used

11   when you're trying to thwart activity from people that are,

12   you know, breaking the law or engaging with police.  So I

13   knew that was happening in the building.

14   Q    And were the police the targets of your anger?

15   A    No.

16   Q    Who was the target of your anger that day?  Who

17   were you angry at?

18   A    Republicans, the Congressmen and -women in there.

19   Q    And why were you so angry at them?

20   A    Because I just didn't feel like they were

21   interested or serious about trying to challenge the

22   election results.

23   Q    And what did you hope by forcing your way in that

24   building, by being there presently?  What did you hope to

25   achieve by being in that building?

1      A    I wanted them to stop.  I wanted them to

2  stop counting.

3      Q    And was intimidation part of that calculus?

4      A    It was -- yeah, it was part of it.

5      Q    Now, Mr. Ulrich, you were asked a series of

6  questions by Mr. Peed and Mr. Shipley in particular about no

7  plan; there wasn't a specific plan.

8           Do you remember those questions?

9      A    Yes.

10     Q    Now, to be clear, at the base of the steps, before

11  you walked up to the steps of the Capitol -- walked up to

12  the door of the Capitol, did anyone turn to you and say,

13  "Brian Ulrich, let's walk up these steps and enter the

14  building and obstruct the official proceeding taking place"?

15     A    No.

16     Q    Is it your understanding, based on the context and

17  on human nature and your experience that day, that you, with

18  those people, were working towards the a common goal?

19     A    Yes.

20     Q    What was that goal, in your understanding?

21     A    To stop the count.

22     Q    Why?  Why did you think you were all working

23  together towards a common goal?

24     A    There's no other reason to go in that building at

25  that point.  There was -- there's no other way to describe

3930

```
 1   why you're going in a building where police are trying to
 2   get everyone back out.
 3        Q    And did you have an interaction, in fact, with
 4   Mr. James right before you went in the building?
 5        A    Right before he went in, he just looked at me and
 6   then turned and went straight in.
 7        Q    And you made a movement with your head.
 8             What movement did you just make with your head?
 9        A    Well, he -- he looked back at me, and then he
10   turned his head towards the doors and he went straight in,
11   followed by Minuta and K-9.
12        Q    And so you saw him go in?
13        A    Yes.
14        Q    Your leader went in ahead of you?
15        A    Yes.
16        Q    And so is it your understanding that you were in
17   agreement when you entered that building by force?
18        A    Yes.
19        Q    Is that why you pled guilty to
20   seditious conspiracy?
21        A    Yes.
22             MS. HUGHES:  No further questions.
23             THE COURT:  All right.  Mr. Ulrich, thank you for
24   your time and your testimony, sir.  You can step down.
25             All right.  Government, ready with its next
```

1    witness?

2          MR. EDWARDS:  Your Honor, we should probably do

3    this on the phone.

4          (Bench conference)

5          MR. EDWARDS:  I know that there might have been

6    one remaining issue that the Court had -- this is our last

7    witness.  And so it might be now the time to take a break

8    for lunch, and then we can address that last issue with the

9    Court.  And then we can put the witness on if that's what

10   the Court wants.

11         THE COURT:  Well, how long do you expect your

12   direct to last?

13         MR. EDWARDS:  About an hour, maybe a little more.

14         THE COURT:  All right.  So --

15         MR. EDWARDS:  I know that that second compilation

16   of messages -- we start, though, with that first compilation

17   of messages.

18         THE COURT:  I thought the issue is what was going

19   to be presented on cross, not on direct.

20         MR. EDWARDS:  I'm sorry.  I thought the part of

21   the issue was the Court was going to hold back on some of

22   the ruling on the statements against penal interest

23   coming in.

24         If we're resolved on that, then I can start.

25         THE COURT:  I mean, I'd have to have, if there's

1    more specificity to a particular --

2            MR. EDWARDS:  Yeah, there was the Caldwell

3    message.  That's what we ended on before the jury came in.

4            THE COURT:  Okay.  All right.  Well, why don't we

5    go ahead and just take our lunch.  We'll try and resolve all

6    that and then come back.

7            MR. EDWARDS:  Okay.  Thank you.

8            (Open court)

9            THE COURT:  All right.  Ladies and gentlemen,

10   We're going to actually break a little early for lunch

11   today.  We've got to resolve some matters before our

12   next witness.

13           So it's just a little after noon now.  Why don't

14   we plan to resume at 1:15.

15           See you all very shortly.  Thank you.

16           COURTROOM DEPUTY:  All rise.

17           THE COURT:  Please be seated, everyone.

18           Okay.  Can someone identify the particular

19   statements that are drawing an objection?

20           MR. EDWARDS:  Yes, Your Honor.

21           And Mr. Peed can correct me, but I believe this is

22   the first message.  This is a longer message that

23   Mr. Caldwell sends to Jonathan in which he describes what

24   occurred when he rolled with the Oath Keepers that day.  It

25   includes -- it kind of goes on and at some point talks about

1   folks grabbing shields from law enforcement officers.

2           THE COURT:  I'm sorry.  Go back.

3           MR. EDWARDS:  Sorry.

4           THE COURT:  That's all right.

5           MR. EDWARDS:  "So we climbed the steps after

6   breaking two rows of barricades.  We got up on

7   the parapets."

8           THE COURT:  I'm sorry.  You're reading faster than

9   I am.

10          MR. EDWARDS:  Sorry about that.

11          THE COURT:  Okay.

12          MR. EDWARDS:  And so where we left off was that

13  Mr. Caldwell had messaged this and another message afterward

14  in which he talks about the view from the west balcony and

15  then later says, "We" -- "If we'd had guns."

16          So Mr. Peed's objection had just been in the first

17  trial, the judge -- or that you had ruled that Mr. Caldwell,

18  some of his messages had come out not to be true or accurate

19  and embellishment.

20          These messages in particular, we satisfy

21  Rule 804's element that we've got to show -- you know,

22  there's got to be some corroborative evidence to support

23  what he did.  These are just descriptions, and we can show

24  he was on the west balcony if we were to a need to.  But we

25  don't plan to.

1          THE COURT:  Do you recall specifically what I

2     ruled as to these statements?

3          MR. EDWARDS:  I do not, Your Honor.

4          My memory was some of the messages when he

5     described a little more violence, those messages, I think

6     the Court had ruled maybe that those might be limited.  I

7     attempted to cull this down to messages where we've already

8     admitted exhibits that show Mr. Caldwell is on the west side

9     and up on the balcony.

10          THE COURT:  Right.

11          Okay.  Mr. Peed.

12          MR. PEED:  So I think this message the Court ruled

13     could only come in against Mr. Caldwell, because it's not

14     reliable enough to fall under the penal interest exception.

15          THE COURT:  Don't tell me, either of you, whether

16     you think -- I'd like to know what I actually ruled.  So if

17     that's what I ruled, I'd like to know that, not whether you

18     think that's what I ruled.

19          MR. PEED:  I don't have the answer to what the

20     Court ruled.

21          THE COURT:  Okay.

22          MR. PEED:  But I remember that discussion.

23     I remember the Court --

24          THE COURT:  I know there were certainly --

25          MR. PEED:  -- making that distinction.

3935

1           THE COURT:  -- things Mr. Caldwell said that
2    weren't corroborated by the facts that had come out.
3           This one is partially corroborated by the facts.
4    There are a few things here perhaps that the facts didn't
5    necessarily bear out, primarily the throwing of the fire
6    extinguishers, although maybe he saw something like that or
7    maybe he didn't.  I'm not sure.
8           MR. EDWARDS:  It was this message in which the
9    parties engaged back and forth on, presenting video exhibits
10   to Your Honor to establish what we could show to the jury.
11          THE COURT:  That I remember, about whether the
12   video inside the tunnel could be shown and whether
13   Mr. Caldwell would have had a vantage point of the tunnel.
14          And I concluded that inside the tunnel, he would
15   not have had the ability to see what was actually happening
16   inside the tunnel, but that you all did introduce some video
17   of a riot shield coming out of the tunnel --
18          MR. EDWARDS:  Correct.
19          THE COURT:  -- which would have been, I think,
20   just 10 or 15 feet right in front of where he was standing
21   with Ms. Caldwell and they were snapping photos.
22          MR. EDWARDS:  Yes, Your Honor.
23          THE COURT:  So, Mr. Peed, what's the objection
24   specifically, other than maybe I did it last time or I
25   excluded it last time?

1            MR. PEED:  So the objection is that none of this

2    is true in terms of what Mr. Caldwell is saying that he did.

3    He puts himself as somewhere --

4            THE COURT:  What's not true?  He says, "Hell,

5    yeah" -- hang on.  Go to the top.

6            "Hell, yeah.  Sharon and I rolled with the

7    Oath Keepers and some other militia."

8            There's truth to that.

9            "Heard the President, then marched to

10   Capitol Hill."

11           That's true.

12           "Started addressing the like-minded folks

13   around us."

14           True.

15           "Cops out of nowhere started throwing flash-bang

16   grenades and then teargassed the kids' group."

17           True.

18           I don't know about the kids' group, but the

19   "flash-bang grenades" part is certainly true.

20           Next, "Then we heard Pence fucked us."

21           True.

22           "We had over a million people there."

23           Obviously an exaggeration.

24           "Then the lying media said Trump supporters were

25   breaking through barricades.  So I said, 'If we're going to

1    get blamed, might as well do so.'  So I grabbed up my

2    American flag and said, 'Let's take the damn Capitol.'  So

3    people started surging forward and climbing the scaffolding

4    outside.  So I said, 'Let's storm the place and hang the

5    traitors.'"

6              Go ahead.

7              MR. PEED:  This came out -- I believe it was a

8    discussion last time.

9              So everything after "So I said" is Mr. Caldwell in

10   his -- in his "moving rioting" mind, putting himself at the

11   center of this surge.  Everyone is calling Mr. Caldwell as a

12   leader.  That's pure fiction.

13             He sat there -- he looked at what was going on.

14   And then he told his wife, "Let's go."  That's what's on

15   the video.

16             So this heroic narrative of him charging -- him

17   convincing the crowd to follow him, grabbing his American

18   flag, saying, "Let's take the damned Capitol," which is a

19   key -- keywords for the government, all that is fiction.

20             MR. EDWARDS:  I think Mr. Caldwell, first, had a

21   flag in his hand.  So I just want to go through that

22   sentence and continue to say what is true.

23             THE COURT:  Right.

24             MR. EDWARDS:  And he did go up the -- surge

25   forward.  The video showed the time lapse in which the crowd

1    surges forward and goes up onto the scaffolding outside.

2            Then there continued to be breaking through rows

3    of barricades.  So I just wanted to go through the end here.

4            And then there are riot shields taken from law

5    enforcement officers --

6            THE COURT:  Can you go back up, please.

7            One more.

8            Yep.

9            "Grab my American flag and said, Let's take the

10   damned Capitol,' so people started surging forward."

11           MR. EDWARDS:  I think Mr. Peed can cross on

12   whether or not --

13           THE COURT:  Well, it's going to be a

14   little difficult.

15           All right.  "And climbing the" -- next.

16           "Climbing scaffolding outside.  So I said, 'Let's

17   storm the place and hang the traitors.'"

18           Now, there's nothing to support that he said that.

19   I mean, obviously, not every moment of his time was on

20   tape.  So --

21           MR. EDWARDS:  On some of the video that we

22   addressed in the Pretrial Conferences in which Mr. Caldwell

23   was in the 1500.2 exhibit in which he's with Sharon and they

24   call Congress traitors and other expletives and talked about

25   how they've left because they were those expletives -- I

```
 1   don't recall some of them, but I think Sharon may have said
 2   it on the stand.
 3              MR. PEED:  Your Honor, could I add a 403 objection
 4   for a trial within a trial?
 5              Mr. Fischer, his entire case was built around
 6   showing that these select statements from Mr. Caldwell, who
 7   was completely peripheral to these defendants, was
 8   bloviating often and putting himself in scripts and things
 9   like that.
10              And I feel like we're going to have to, for no
11   other reason than one or two messages, have the whole
12   Caldwell portion of the last trial come in.
13              And the government already has in that
14   Mr. Caldwell on the 14th of November said the thing about
15   "We could have -- we could have burnt Congress down."
16              THE COURT:  Is there anything else other than the
17   Caldwell message?  Just this is one or is there more?
18              MR. EDWARDS:  There's the other one that I showed
19   just a second ago.
20              THE COURT:  What about this one, Mr. Peed?
21              MR. PEED:  I don't have a hearsay objection to
22   this or the penal interest issue.
23              I would, again, make 403 objections to the
24   statements because it's contrary to their theory.
25              And so they want to get in that Mr. Caldwell's
```

1  mind was furled and angry enough that he sent a direct

2  message to someone named Jonathan that "If we had guns, we

3  could have killed 100 politicians."  Mr. Caldwell said this.

4       The government's theory of the case, Mr. Caldwell

5  organized a QRF that could have brought weapons.  So if he's

6  standing there at 7:00 p.m. saying, "If we had weapons, we

7  could have killed people," it's actually contrary to their

8  theory.  So it's not very probative that he was that mad at

9  politicians at that moment.  So it's just a statement to

10  show how mad Caldwell was without being that probative of

11  their essential theory.  And I would keep --

12       THE COURT:  I guess I don't understand that.

13       I mean, if anything, I would have thought it

14  corroborates what they're saying, because "If we'd had

15  guns," in other words, if we actually had them -- he knew

16  there were guns.  I mean, this could be inferred.  He knew

17  there were guns.  If we actually had them, then we would

18  have killed 100 politicians.

19       MR. PEED:  So, obviously, in closing, if this

20  comes in, it was very easy to say there was no plan to bring

21  guns to the Capitol, because if --

22       THE COURT:  You'll forgive me, but that's the

23  defense's take.  The government has a different take,

24  all right.

25       MR. PEED:  Their take is that the guns were for

3941

1    anything Stewart Rhodes could have called them for.

2              THE COURT:  Correct.

3              MR. PEED:  Caldwell is a member of the QRF.

4              THE COURT:  Correct.

5              MR. PEED:  So they actually -- their theory is

6    this is less -- this lowers the probability of their theory,

7    because if Caldwell, if their theory were true, then

8    Caldwell could have had weapons.

9              THE COURT:  The fact that Stewart Rhodes didn't

10   call in the weapons doesn't undercut this as supporting

11   their theory.

12             MR. PEED:  I see it as the opposite.

13             THE COURT:  Again, you can read it that way.  The

14   jury can read it a different way.

15             I'll let this -- can you put the next slide up

16   they ran off in.

17             MR. EDWARDS:  Yes, Your Honor.  It's just the end

18   of the...

19             And then there's one more, which we have already

20   talked about earlier this morning.

21             THE COURT:  Okay.  So the first and the third one

22   I'll exclude.

23             The second one can come in, I think, as a

24   statement against penal interest.

25             The third one, it's not clear to me, given the

1    timing, that that's anything more than stuff he saw on TV,

2    given the contents of that statement.

3                And then the middle one, frankly --

4                MR. EDWARDS:  Your Honor, respectfully, the only

5    issue on this slide as we went line by line was:  What did

6    Mr. Caldwell actually say?

7                That is the statement against penal interest.

8    "I said," as we did all these things.  And we have

9    surrounded it with facts that we have corroborated with

10   video and CCTV.

11               So, you know, it's the government's position that

12   he's not available, we have corroborated everything he said,

13   except the one point, which is central to this statement

14   against penal interest, which is, "I then said X."

15               THE COURT:  Look, yes.  So there is factual

16   content to this that is accurate and, in fact, corroborated.

17               You know, Mr. Caldwell also had tendencies to

18   exaggerate his own role and sense of self.  So to avoid that

19   becoming a big issue here and to avoid the mini trial that

20   Mr. Peed has proposed he may begin, I'll let the middle one

21   in, which is less bloviating.

22               And this first and third one we'll keep out.

23               MR. EDWARDS:  Thank you, Your Honor.

24               THE COURT:  All right.

25               Anything else?

1          MS. HALIM:  This concerns Exhibit 4761 that was a

2     deck of slides that was introduced through Mr. Ulrich.

3          So 4761 was provided last night to the defense via

4     USAfx, and it had 18 slides.

5          The version that was actually admitted in court

6     only had 15 slides.  That posed -- and I didn't know that.

7          That posed several problems.  The first is that

8     because the numbering was off, that meant I was scrambling

9     trying to figure out where the government was because the

10    numbering on the screen didn't match what I had in my files.

11         The second issue is that means that the government

12    may be changing things on the fly, not telling us.  And I

13    don't have an accurate copy of the exhibits that were

14    actually admitted in court, which -- and I'm constantly in a

15    re-review process to prepare for closing, for the defense

16    case, et cetera.  So not having an accurate copy of what's

17    presented in court is very problematic.

18         Number 3, Slide 3, was actually modified by the

19    government.  And that's the thing that sort of set it all

20    off with me because I was -- Ms. Hughes read the entirety of

21    a slide except for the last two words, which was "They need

22    our assistance for security."  And she didn't read "for

23    security" part.

24         And then I looked back, and Mr. Manzo sent me the

25    actual version.  And they took off a sentence or two.  And

1    I'm not asking that that sentence or two be admitted, but it

2    is an ongoing problem, the government.

3                THE COURT:  Well -- but hang on.

4                If there's a portion of it that was not included

5    that should have been, that's not in the original, then that

6    is an issue, in my mind --

7                MS. HALIM:  Okay.

8                THE COURT:  -- if for no other reason than under

9    Rule 106.

10               MS. HALIM:  Rule 106.

11               So, Justin, could you pull up the version that we

12   got last night, first, please, and go to slide 30.

13               So this is what I saw.  And the government's

14   version, which we can pull up in a second, ended after "with

15   security."

16               And as you can see on here, there's actually, it

17   looks like, another line that I don't -- turns out that the

18   next slide doesn't continue on.  I thought that it did, but

19   it doesn't.

20               THE COURT:  So that last sentence was dropped off

21   the slide that was shown to Mr. Ulrich?

22               MS. HALIM:  Correct.

23               And the last two words were dropped off by

24   Ms. Hughes when she read that, but at least -- you know.

25               MS. HUGHES:  But the "security" was included.

1          THE COURT:  Okay.

2          MS. HUGHES:  Ms. Halim is incorrect.  The

3    "security" was included.  And I believe I read this on

4    redirect -- it was not my intention at all consciously to

5    omit "for security."

6          MS. HALIM:  But that last sentence -- and whatever

7    else continues there was not included in the actual exhibit.

8          THE COURT:  Okay.

9          So I guess two things.

10          One is, I'll ask the actual exhibit -- two things.

11          One is whatever the actual exhibit is that

12    Mr. Ulrich was presented with, please make sure that that

13    actual exhibit is provided to the defense.  That's what will

14    be admitted and not whatever was sent, the additional

15    three slides.

16          When the jury comes back, let's bring this up so

17    they can read the entirety of the slide and I'll just let

18    them know that we're going to just ask them to reread this;

19    it's in evidence, and there's an additional sentence

20    that they had --

21          MS. HALIM:  And I would ask, there's clearly

22    something more that's down there that's cut off.  And I

23    don't -- I don't know what that content is.  I'm sure I've

24    got it in discovery somewhere.  But -- so if the government

25    could provide to us the entirety of this message, that would

1   be helpful as well.

2          MS. HUGHES:  Just for the record, there were three

3   slides that simply for brevity's sake, nothing that was

4   presented with Mr. Ulrich was new.  We just removed three

5   slides that were --

6          THE COURT:  No.  That's what I understood.

7          MS. HUGHES:  -- actually separate conversations

8   for brevity.

9          THE COURT:  No.  That I got.

10          MS. HUGHES:  This one slide, some of these

11   bubbles, it just cuts off.  And so this version was the --

12   was sloppy, in the government's words, because it has this

13   white thing here.

14          And so the government, when finalizing the slides,

15   noticed that this wasn't proper.  There's one that says

16   "continued," and it goes to the next slide.

17          Our intention was only over to provide this first

18   one, and we just swapped it out for the one that's cleaner

19   and doesn't have this white and then just continues this on

20   the next formal one.  It's a separate thought, but this has

21   always been continued.

22          Defense was always on notice that this was a full,

23   much more -- much longer -- much more longer bubble.  We

24   only anticipated introducing this first part of "Truth

25   Seekers' comment."

1           THE COURT:  Okay.

2           Well, before the break, can we -- before we come

3    back, can somebody just pull up the full message, the Signal

4    message.  And then if the defense wants it in for

5    completeness purposes, then we can put it in for

6    completeness purposes.

7           MS. HALIM:  We'll get it over the lunch break,

8    Your Honor.  Thank you.

9           THE COURT:  Okay.

10          All right.

11          Just to be clear on a couple of things,

12   Mr. Shipley, I'm sorry to have disrupted your examination.

13   It was -- it's always been my view that it's not

14   appropriate, or not proper, I should say, to directly

15   confront a witness with a prior statement.  Rather, you have

16   to give the witness an opportunity to confirm or deny the

17   substance of that statement.

18          And the way your questions were phrased, it was,

19   "Didn't you tell the FBI X?", as opposed to, "Isn't X true?"

20   And then you only confront him if he disputes the substance

21   of the statement.

22          So that's the reason I was -- that's the reason

23   for my interrupting you.  So I didn't -- I just wanted to

24   explain that.

25          And then in terms of the text message that

3948

1    Mr. Ulrich sent that I disallowed in, I didn't allow it in

2    because he had admitted to the content of the message, and

3    so there was no reason to admit it as a consequence.

4            MR. SHIPLEY:  Then it's just a prior consistent

5    statement, and then it comes in.

6            THE COURT:  Right.  Correct.  Right.  Then it's

7    just a prior consistent statement, and so I didn't let it in

8    for that reason.

9            MS. HALIM:  It took me a minute.  Sorry

10   about that.

11           THE COURT:  It's okay.  I just wanted the record

12   to be clear about my thinking because I don't think -- I

13   didn't put it on the record.

14           MR. SHIPLEY:  And that's what I realized.

15           I said, "He admitted it."  It's a prior consistent

16   statement that's not admissible.

17           THE COURT:  All right.

18           MR. SHIPLEY:  The bubble went on for me.

19           THE COURT:  We all need bubbles.  There's plenty

20   of them in this case.

21           All right.  Thanks, everybody.  We'll see you

22   at 1:15.

23           If you all would just come back at 1:15, and then

24   we'll steal a few minutes before we come back and get

25   started on that last exhibit.

1          DEPUTY CLERK:  All rise.

2          This court stands in recess.

3          (Proceedings concluded at 12:25 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__January 10, 2023_____     

         William P. Zaremba, RMR, CRR

**BY MR. PEED: [2]**
3916/13 3918/8
**BY MR. SHIPLEY: [11]**
3869/21 3873/13
3883/2 3890/7 3895/2
3897/18 3906/10
3907/19 3908/8 3910/8
3913/13
**BY MS. HALIM: [1]**
3915/22
**BY MS. HUGHES: [32]**
3825/5 3826/12 3827/1
3827/9 3828/3 3831/11
3833/10 3837/24
3839/13 3840/20
3841/25 3846/15
3846/23 3854/7 3855/3
3855/16 3856/4
3856/17 3857/4
3857/20 3857/25
3858/24 3859/23
3860/24 3861/21
3862/2 3863/3 3866/12
3866/23 3922/17
3925/13 3927/23
**COURTROOM
DEPUTY: [9]** 3801/2
3801/6 3823/25
3824/10 3824/12
3893/25 3894/10
3894/14 3932/16
**DEPUTY CLERK: [1]**
3949/1
**MR. EDWARDS: [69]**
3802/2 3803/1 3803/20
3804/2 3804/5 3804/7
3804/20 3805/3 3805/7
3805/15 3806/22
3806/25 3807/4 3807/6
3807/17 3807/21
3809/22 3810/20
3810/23 3811/4
3811/12 3811/20
3812/3 3813/23 3814/9
3814/13 3815/3 3815/9
3815/12 3816/4 3817/3
3817/15 3817/21
3818/3 3818/5 3818/8
3818/19 3819/2 3819/9
3820/8 3821/3 3822/7
3822/24 3823/4
3823/23 3931/2 3931/5
3931/13 3931/15
3931/20 3932/2 3932/7
3932/20 3933/3 3933/5
3933/10 3933/12
3934/3 3935/8 3935/18
3935/22 3937/20
3937/24 3938/11
3938/21 3939/18
3941/17 3942/4
3942/23
**MR. PEED: [20]**
3819/11 3822/13
3822/22 3839/5
3922/13 3925/10
3927/20 3934/12

3934/25 3936/1 3937/7
3939/3 3939/21
3940/19 3940/25
3941/3 3941/5 3941/12
**MR. SHIPLEY: [32]**
3807/25 3808/14
3809/13 3810/6
3837/10 3846/12
3846/19 3869/15
3882/23 3894/19
3894/23 3897/16
3906/6 3907/1 3907/5
3907/16 3908/6 3910/6
3910/15 3911/10
3912/17 3913/4 3913/9
3913/12 3915/2 3915/5
3915/8 3915/11
3915/13 3948/4
3948/14 3948/18
**MR. WEINBERG: [2]**
3831/5 3916/10
**MS. HALIM: [13]**
3837/13 3837/22
3915/17 3916/3 3916/7
3943/1 3944/7 3944/10
3944/22 3945/6
3945/21 3947/7 3948/9
**MS. HUGHES: [47]**
3824/8 3826/8 3826/18
3826/23 3827/6 3828/1
3830/12 3831/3 3831/9
3833/8 3837/23
3840/18 3841/23
3846/10 3846/22
3854/1 3854/24
3855/13 3856/1
3857/22 3858/21
3859/17 3861/25
3863/2 3866/7 3866/20
3869/17 3882/20
3882/22 3890/3
3894/24 3897/10
3908/5 3910/17
3910/19 3910/21
3911/3 3911/20
3911/24 3916/5 3918/15
3930/22 3944/25
3945/2 3946/2 3946/7
3946/10
**THE COURT: [152]**
3801/4 3801/20
3802/25 3803/16
3804/1 3804/4 3804/6
3804/19 3805/1 3805/6
3805/12 3806/20
3806/23 3807/2 3807/5
3807/16 3807/19
3807/23 3808/11
3809/12 3809/21
3810/14 3810/22
3811/3 3811/7 3811/17
3812/2 3812/8 3814/8
3814/12 3814/20
3815/8 3815/11
3815/18 3816/20
3817/9 3817/16
3817/22 3818/4 3818/7

3819/3 3819/10 3820/4
3821/2 3821/10
3822/12 3822/21
3823/2 3823/19 3824/2
3824/13 3826/20
3831/6 3837/17 3839/7
3846/13 3846/20
3869/16 3869/18
3873/7 3873/11
3882/21 3882/24
3890/5 3893/21 3894/2
3894/7 3894/12
3894/16 3894/21
3894/25 3897/11
3897/17 3905/19
3905/22 3906/8
3906/14 3906/18
3907/4 3907/6 3907/17
3908/7 3910/18
3910/20 3910/24
3911/13 3911/23
3912/3 3912/21 3913/5
3915/4 3915/6 3915/10
3915/12 3915/14
3916/6 3916/9 3918/6
3922/14 3925/12
3927/21 3930/23
3931/11 3931/14
3931/18 3931/25
3932/4 3932/9 3932/17
3933/2 3933/4 3933/8
3933/11 3934/1
3934/10 3934/15
3934/21 3934/24
3935/1 3935/11
3935/19 3935/23
3936/4 3937/23 3938/6
3938/13 3939/16
3939/20 3940/12
3940/22 3941/2 3941/4
3941/9 3941/13
3941/21 3942/15
3942/24 3944/3 3944/8
3944/20 3945/1 3945/8
3946/6 3946/9 3947/1
3947/9 3948/6 3948/11
3948/17 3948/19
**THE WITNESS: [6]**
3839/6 3839/10
3873/10 3890/6 3894/6
3918/7

**'**

**'21 [1]** 3914/11
**'If [1]** 3936/25
**'Let's [3]** 3937/2
3937/4 3938/16

**-**

**-women [1]** 3928/18

**1**

**10 [5]** 3798/5 3855/6
3909/16 3935/20
3950/7
**10 seconds [1]** 3866/9
**100 [1]** 3940/3

3940/18
**106 [3]** 3803/24 3944/9
3944/10
**1081.1 [1]** 3866/9
**11 [1]** 3801/10
**114 [1]** 3799/16
**1150 [1]** 3799/20
**11:00 [1]** 3893/23
**11:02 a.m [1]** 3894/11
**11:20 [2]** 3893/24
3894/3
**11:22 a.m [1]** 3894/11
**11th [2]** 3834/14
3835/3
**12:25 p.m [1]** 3949/3
**1341 [1]** 3799/4
**14 [1]** 3860/14
**14-page [1]** 3881/7
**14th [4]** 3835/23
3836/22 3837/4
3939/14
**15 [7]** 3798/4 3801/7
3824/5 3852/9 3859/18
3935/20 3943/6
**1500.2 [2]** 3861/19
3938/23
**1508 [2]** 3854/2
3859/18
**1532 [1]** 3799/11
**154 [2]** 3894/20
3894/20
**17 [1]** 3798/7
**1775 [1]** 3799/20
**18 [3]** 3861/19 3920/11
3943/4
**19129 [1]** 3799/7
**19th [3]** 3809/24
3814/14 3839/17
**1:15 [3]** 3932/14
3948/22 3948/23
**1:16 [1]** 3803/2
**1st [3]** 3840/9 3841/3
3841/14

**2**

**20 [4]** 3852/9 3866/6
3920/11 3920/21
**20 years [1]** 3918/4
**20006 [1]** 3799/21
**2019 [2]** 3828/7
3828/20
**202 [2]** 3798/18
3799/21
**2020 [7]** 3811/2
3828/21 3831/15
3832/9 3832/25
3844/12 3926/5
**2021 [8]** 3825/25
3840/12 3870/2 3877/2
3902/19 3906/12
3916/1 3917/20
**2022 [1]** 3877/12
**2023 [3]** 3798/5 3926/4
3950/7
**20579 [1]** 3798/17
**20th [4]** 3834/15
3834/16 3839/15

**215-300-3229 [1]**
3799/8
**22-15 [1]** 3798/4
**228-1341 [1]** 3799/4
**239 [1]** 3799/12
**252-7277 [1]** 3798/18
**265 [1]** 3799/15
**29 [2]** 3919/11 3919/11
**2:16 [1]** 3803/9
**2:24 [1]** 3805/4
**2:32 [1]** 3805/7
**2:38 [1]** 3805/10
**2:42 [1]** 3857/21
**2nd [1]** 3840/9

**3**

**30 [6]** 3802/6 3865/17
3866/22 3866/25
3891/18 3944/12
**30-second [1]** 3802/21
**302 [3]** 3871/24 3872/9
3872/15
**302s [2]** 3873/16
3874/16
**303 [2]** 3912/13 3915/3
**309 [4]** 3911/14 3915/3
3915/18 3916/4
**3091 [2]** 3910/7
3910/15
**3092 [2]** 3910/7
3910/16
**31st [1]** 3802/8
**32 [1]** 3919/18
**3229 [1]** 3799/8
**337-9755 [1]** 3799/12
**33901 [1]** 3799/12
**33950 [1]** 3799/16
**35 [1]** 3857/7
**3580 [1]** 3799/7
**3:00 [2]** 3860/14
3909/16
**3:10 [1]** 3859/20
**3:14 [3]** 3860/14
3860/19 3861/2
**3:21 [1]** 3861/22
**3:36 [2]** 3858/18
3858/19

**4**

**40 [1]** 3865/17
**403 [2]** 3939/3 3939/23
**42 [1]** 3902/5
**46 [2]** 3854/3 3854/4
**4760 [5]** 3826/9
3826/19 3826/20
3826/21 3878/2
**4761 [8]** 3830/13
3830/16 3831/4 3831/6
3831/7 3924/21 3943/1
3943/3
**48 [1]** 3860/15
**4:09 [1]** 3858/22

**5**

**51 [1]** 3881/11
**575-8000 [1]** 3799/17
**5:00 [1]** 3852/11

**5th [14]** 3832/8
3843/11 3844/15
3870/1 3883/11
3883/14 3891/5 3891/7
3892/21 3893/17
3900/22 3901/12
3905/11 3924/5

**6**

**601 [1]** 3798/17
**63 [1]** 3880/19
**6th [43]** 3803/1
3806/19 3807/10
3808/14 3810/17
3812/22 3813/22
3814/14 3814/16
3814/19 3818/16
3820/15 3821/9
3825/25 3840/11
3842/3 3845/3 3845/5
3845/11 3846/1 3876/4
3883/5 3883/13 3884/9
3891/3 3892/2 3892/21
3893/17 3895/5
3896/22 3898/11
3898/11 3898/14
3898/16 3899/11
3901/4 3905/18
3907/23 3914/14
3917/1 3922/8 3924/5
3925/23

**7**

**7277 [1]** 3798/18
**745 [1]** 3799/3
**78 [1]** 3880/19
**7:00 [2]** 3868/17
3940/6
**7:30 [4]** 3845/8
3846/24 3868/12
3868/18
**7:48 [2]** 3835/5 3835/7
**7th [5]** 3868/2 3868/4
3868/9 3869/3 3915/25

**8**

**8000 [1]** 3799/17
**804 [2]** 3821/4 3823/18
**804's [1]** 3933/21
**808 [1]** 3799/4
**808Shipleylaw [1]**
3799/5
**8:00 [1]** 3845/8

**9**

**919-9491 [1]** 3799/21
**941 [1]** 3799/17
**9491 [1]** 3799/21
**9654 [1]** 3804/13
**96734 [1]** 3799/4
**9755 [1]** 3799/24
**9:15 [1]** 3798/6
**9:50 [1]** 3837/4
**9:53 [1]** 3838/15
**9:54 [1]** 3838/17
**9:55 [1]** 3838/20
**9th [3]** 3816/25

**A**

**A. [1]** 3801/8
**a.m [6]** 3798/6 3837/4
3846/24 3868/18
3894/11 3894/11
**ability [3]** 3855/23
3871/5 3935/15
**able [11]** 3802/17
3803/6 3803/13
3803/14 3821/17
3823/18 3855/24
3863/7 3882/10 3921/8
3921/23
**about [106]** 3803/4
3804/5 3805/19 3806/3
3807/1 3807/2 3813/9
3814/4 3815/6 3815/9
3815/15 3815/17
3816/3 3816/9 3816/12
3816/17 3817/1
3817/17 3817/18
3819/12 3819/20
3821/7 3821/17 3823/6
3827/11 3827/23
3828/8 3828/24
3837/19 3837/25
3839/2 3840/11
3842/14 3843/6
3844/12 3844/19
3846/21 3849/10
3852/9 3855/21 3858/4
3859/1 3859/11 3862/7
3867/11 3867/19
3867/20 3872/10
3873/15 3873/19
3874/15 3874/22
3875/25 3876/4
3877/10 3878/7 3879/5
3881/19 3884/3
3888/21 3891/18
3892/22 3893/1 3893/5
3893/15 3894/9
3899/12 3902/21
3902/23 3902/25
3905/17 3905/23
3906/12 3906/14
3908/2 3912/12
3912/18 3913/14
3914/17 3914/17
3914/18 3914/20
3914/21 3914/24
3918/10 3918/14
3923/12 3924/1 3924/4
3924/10 3924/11
3928/5 3928/21 3929/6
3931/13 3932/25
3933/10 3933/14
3935/11 3936/18
3938/24 3939/14
3939/20 3941/20
3948/10 3948/12
**about that [1]** 3948/10
**above [2]** 3880/18
3950/4
**above-titled [1]** 3950/4
**absent [4]** 3814/24

**accepted [3]** 3826/6
3869/4 3920/10
**access [2]** 3853/2
3853/20
**accomplish [1]**
3818/22
**accomplished [1]**
3902/7
**according [1]** 3803/2
**accurate [8]** 3826/15
3830/25 3871/15
3872/20 3933/18
3942/16 3943/13
3943/16
**achieve [2]** 3827/19
3928/25
**across [3]** 3838/9
3856/8 3866/13
**act [9]** 3835/24 3836/3
3836/11 3892/10
3921/16 3921/19
3921/22 3922/2
3924/24
**action [3]** 3865/9
3895/24 3922/8
**actions [2]** 3827/21
3923/5
**activist [1]** 3843/17
**activity [1]** 3928/11
**acts [1]** 3840/7
**actual [9]** 3809/5
3814/23 3815/23
3816/1 3943/25 3945/7
3945/10 3945/11
3945/13
**actually [34]** 3809/4
3813/11 3814/23
3817/10 3817/11
3817/12 3819/23
3822/17 3822/18
3835/4 3839/15
3864/21 3866/1
3866/22 3882/15
3898/25 3912/13
3927/6 3927/16
3927/17 3927/24
3932/10 3934/16
3935/15 3940/7
3940/15 3940/17
3941/5 3942/6 3943/5
3943/14 3943/18
3944/16 3946/7
**adamantly [1]** 3926/7
**add [2]** 3838/17 3939/3
**added [1]** 3882/4
**additional [3]** 3881/24
3945/14 3945/19
**address [2]** 3818/13
3931/8
**addressed [1]** 3938/22
**addressing [1]**
3936/12
**admissible [11]**
3812/14 3812/16
3819/17 3820/1
3820/18 3821/5
3821/23 3822/2

3815/25 3919/4 3922/10
3948/16
**admission [1]** 3916/3
**admissions [2]**
3819/16 3819/17
**admit [5]** 3826/18
3831/3 3910/15 3915/3
3948/3
**admitted [15]** 3800/11
3803/23 3826/20
3831/6 3866/8 3911/19
3915/9 3915/11 3934/8
3943/5 3943/14 3944/1
3945/14 3948/2
3948/15
**admitting [1]** 3911/4
**advance [1]** 3870/7
**aerospace [2]** 3825/18
3825/21
**affect [1]** 3902/6
**affiliation [1]** 3814/2
**after [32]** 3808/8
3816/12 3816/17
3820/14 3820/14
3840/1 3840/4 3848/13
3848/22 3852/24
3853/22 3859/7
3863/22 3867/18
3877/24 3884/8
3884/12 3884/24
3888/16 3891/17
3893/23 3908/11
3909/9 3909/16
3909/21 3909/22
3911/6 3913/20
3932/13 3933/5 3937/9
3944/14
**aftermath [2]** 3872/2
3872/19
**afternoon [3]** 3845/9
3883/14 3884/9
**afternoon of [1]**
3884/9
**afterward [1]** 3933/13
**again [30]** 3801/20
3803/4 3805/1 3814/24
3817/17 3818/20
3819/5 3825/20 3832/9
3834/23 3835/14
3837/4 3837/5 3838/15
3855/13 3874/19
3877/14 3877/21
3880/5 3886/22
3896/19 3897/10
3906/18 3907/11
3909/24 3911/23
3917/14 3928/9
3939/23 3941/13
**against [29]** 3805/21
3807/12 3819/18
3819/25 3820/13
3820/18 3820/21
3821/6 3821/12
3821/13 3821/14
3821/18 3821/23
3821/24 3822/2
3822/23 3822/25
3850/22 3892/1 3892/3

**admission [1]** 3916/3
3948/16
**agencies [1]** 3832/20
**agent [10]** 3803/6
3803/10 3804/24
3811/9 3811/10
3823/22 3872/3
3873/16 3877/12
3893/7
**Agent Cody [1]**
3803/10
**Agent Palian [2]**
3877/12 3893/7
**ago [3]** 3874/3 3877/18
3939/19
**Agree [3]** 3836/22
3925/2
**agreeable [2]** 3877/6
3882/7
**agreed [4]** 3838/22
3879/25 3920/3
3920/14
**agreement [16]** 3816/2
3826/6 3826/13
3826/16 3827/7
3827/24 3878/3
3878/10 3879/23
3879/25 3882/11
3882/14 3895/11
3918/13 3919/2
3930/17
**ahead [7]** 3833/9
3883/1 3896/22 3911/2
3930/14 3932/5 3937/6
**aid [1]** 3878/14
**airport [7]** 3868/9
3883/18 3883/22
3884/4 3884/5 3905/11
3905/14
**AL [1]** 3798/6
**Alabama [1]** 3841/6
**Alex [1]** 3848/25
**Alex Jones' [1]**
3848/25
**Alexandra [2]** 3798/15
3801/12
**Alexandra Hughes [1]**
3801/12
**all [82]** 3801/2 3801/18
3807/24 3814/12
3819/3 3821/3 3821/10
3821/13 3822/2 3824/2
3824/13 3831/6
3831/12 3833/13
3834/5 3836/23 3843/1
3845/4 3849/24
3856/22 3856/25
3860/5 3862/6 3868/12
3868/18 3869/1
3869/12 3869/18
3870/5 3872/3 3882/6
3884/15 3886/25
3888/1 3890/24 3891/9
3893/25 3894/2
3894/16 3898/6
3900/19 3903/6 3905/1

3953

**all... [39]** 3907/16
3911/2 3911/10
3913/10 3916/9
3916/23 3917/6
3917/14 3918/12
3918/25 3919/10
3922/22 3924/9
3926/10 3926/11
3929/22 3930/23
3930/25 3931/14
3932/4 3932/5 3932/9
3932/15 3932/16
3933/4 3935/16
3937/19 3938/15
3940/24 3942/8
3942/24 3943/19
3945/4 3947/10
3948/17 3948/19
3948/21 3948/23
3949/1
**all right [6]** 3907/16
3913/10 3940/24
3942/24 3947/10
3948/17
**allow [2]** 3811/9
3948/1
**allowed [4]** 3823/14
3853/2 3853/12
3925/24
**almost [2]** 3850/2
3896/22
**along [4]** 3870/16
3887/21 3887/23
3905/10
**already [16]** 3810/5
3816/12 3816/17
3854/2 3861/19 3866/8
3868/23 3889/6 3889/8
3909/25 3911/8 3918/9
3927/11 3934/7
3939/13 3941/19
**also [22]** 3807/11
3813/8 3813/12 3815/9
3817/18 3818/23
3821/20 3822/5 3832/5
3861/9 3878/23 3879/3
3879/12 3881/3
3897/19 3901/23
3918/21 3919/13
3919/13 3919/21
3923/17 3942/17
**altercation [1]** 3892/7
**although [1]** 3935/6
**always [4]** 3907/11
3946/21 3946/22
3947/13
**am [5]** 3841/1 3844/7
3862/7 3878/20 3933/9
**ambulance [1]** 3865/23
**ambulance trucks [1]**
3865/23
**Amendment [1]**
3840/10
**AMERICA [2]** 3798/3
3801/8
**American [3]** 3937/2
3937/17 3938/9

**Americans [2]**
3838/12
**AMIT [2]** 3798/9 3801/3
**among [1]** 3893/16
**amount [2]** 3813/12
3918/9
**and...we [1]** 3837/6
**Angela [2]** 3799/6
3801/15
**Angela Halim [1]**
3801/15
**anger [3]** 3844/12
3928/14 3928/16
**angiehalim [1]** 3799/8
**angry [6]** 3828/24
3828/25 3862/7
3928/17 3928/19
3940/1
**announcement [4]**
3839/20 3839/24
3840/2 3840/4
**announcing [1]**
3839/18
**another [13]** 3807/11
3834/13 3840/22
3842/17 3842/18
3848/10 3852/20
3852/22 3867/25
3899/8 3900/18
3933/13 3944/17
**answer [13]** 3851/3
3851/23 3869/25
3870/15 3871/4 3873/4
3875/22 3876/16
3876/19 3876/22
3890/5 3911/12
3934/19
**answered [3]** 3829/8
3874/3 3895/7
**answering [2]** 3873/21
3877/15
**answers [4]** 3871/10
3874/15 3875/16
3877/22
**anticipated [1]**
3946/24
**anticipating [1]** 3926/8
**Antifa [12]** 3805/20
3805/21 3805/21
3806/8 3807/13
3811/22 3812/5
3812/25 3816/12
3816/17 3817/11
3817/13
**any [47]** 3812/20
3812/22 3813/21
3816/20 3816/21
3816/24 3821/24
3827/16 3834/6 3837/6
3841/19 3850/7
3852/13 3852/21
3857/11 3857/14
3857/15 3858/10
3874/7 3874/21 3876/3
3876/19 3879/5
3884/24 3885/17
3885/21 3885/24
3886/5 3886/8 3886/16

**army [2]** 3892/4 3892/7 3892/22
**APPEARANCES [2]**
3798/13 3798/20
**appeared [1]** 3928/6
**appears [1]** 3804/8
**applied [3]** 3904/7
3920/4 3920/9
**apply [1]** 3879/25
**appropriate [5]**
3837/20 3897/13
3911/18 3912/10
3947/14
**approximately [1]**
3923/1
**April [1]** 3923/2
**are [65]** 3801/18
3802/9 3808/16
3808/18 3810/12
3810/24 3811/4
3814/18 3815/18
3816/11 3817/6
3819/17 3819/22
3820/1 3820/13
3820/20 3820/22
3822/4 3824/6 3826/10
3827/19 3831/25
3832/12 3832/13
3833/17 3833/18
3837/15 3837/16
3840/24 3840/25
3841/5 3841/6 3841/8
3841/16 3841/16
3850/18 3851/2 3853/6
3854/10 3857/11
3860/2 3860/11 3861/4
3861/6 3863/20
3874/16 3882/18
3891/11 3897/22
3898/12 3905/23
3911/5 3911/9 3912/1
3917/14 3919/1
3919/17 3926/5

3930/1 3932/19
3933/23 3935/4 3938/4
**area [6]** 3848/1 3848/4
3848/6 3859/6 3863/23
3896/15
**aren't [2]** 3819/18
3928/10
**arguably [1]** 3913/7
**argue [4]** 3812/13
3818/1 3822/9 3823/17
**argument [3]** 3808/3
3811/21
**armed [1]** 3832/11
**around [21]** 3802/13
3811/5 3832/10
3833/19 3843/16
3847/22 3853/3
3855/11 3859/5
3860/11 3863/17
3877/2 3885/14
3886/11 3899/24
3900/10 3900/21
3908/14 3909/6
3936/13 3939/5
**around us [1]** 3936/13
**arranged [1]** 3877/4
**arrive [2]** 3847/4
3853/18
**arrived [4]** 3842/24
3849/22 3858/12
3911/15
**arriving [1]** 3926/19
**article [1]** 3846/7
**as [76]** 3802/19 3803/7
3803/12 3805/14
3807/7 3810/7 3811/11
3812/17 3813/25
3816/5 3817/13
3817/20 3821/21
3827/17 3830/20
3831/20 3831/20
3835/16 3838/13
3839/1 3846/19
3849/14 3862/9
3871/15 3871/15
3873/14 3876/7 3876/8
3879/8 3880/23
3884/23 3885/17
3886/22 3886/23
3888/17 3888/24
3889/25 3892/13
3892/13 3895/4
3895/10 3895/13
3897/1 3897/10
3897/19 3898/8
3898/17 3901/7 3901/7
3901/23 3903/20
3903/21 3905/3
3906/21 3907/12
3909/15 3909/15
3919/18 3920/5
3921/19 3927/17
3928/2 3928/8 3934/2
3936/3 3937/1 3937/11
3941/10 3941/12
3941/23 3942/5 3942/8
3944/16 3946/1

**ask [25]** 3804/24
3806/20 3810/15
3824/15 3837/18
3837/25 3850/24
3873/8 3876/7 3881/24
3882/24 3887/20
3894/4 3905/19 3906/2
3906/18 3909/4 3911/1
3917/13 3917/14
3920/15 3923/19
3945/10 3945/18
3945/21
**asked [20]** 3833/20
3850/25 3851/1
3851/15 3874/17
3875/11 3876/20
3878/12 3882/23
3887/18 3891/4 3895/3
3910/4 3917/10
3919/14 3924/3 3924/6
3925/5 3928/5 3929/5
**asking [10]** 3814/18
3850/7 3850/18
3879/24 3905/25
3907/10 3920/17
3923/14 3923/17
3944/1
**asks [1]** 3920/2
**assistance [2]** 3833/20
3943/22
**assisted [2]** 3912/1
**assisting [1]** 3908/22
**assisting them [1]**
3908/22
**associating [1]**
3813/13
**association [1]**
3813/15
**assumes [1]** 3809/1
**assumption [1]**
3852/19
**ate [1]** 3852/4
**Atlanta [3]** 3842/7
3842/12 3842/13
**atone [1]** 3879/3
**atonement [1]** 3917/17
**attached [3]** 3803/18
3808/25 3900/11
**attack [2]** 3899/25
**attacking [4]** 3807/13
3832/21 3891/23
3891/24
**attempt [2]** 3814/22
3814/23
**attempted [3]** 3831/21
3831/23 3934/7
**attention [1]** 3903/17
**attorney [1]** 3924/4
**ATTORNEY'S [1]**
3798/16
**authority [3]** 3834/25
3921/19
**available [2]** 3820/22
3942/12
**avenue [2]** 3799/15
3806/4
**avoid [2]** 3942/18

**A**

avoid... [1] 3942/19
aware [14] 3810/18
3810/21 3810/24
3817/24 3817/25
3887/12 3891/15
3897/23 3917/24
3919/1 3919/13
3919/17 3920/2 3920/8
away [2] 3864/17
3883/24

**B**

back [58] 3805/4
3806/21 3820/25
3824/4 3833/4 3833/9
3835/4 3841/15 3842/8
3845/17 3847/19
3848/16 3848/18
3849/1 3849/14
3849/16 3849/20
3849/22 3850/17
3851/24 3851/24
3852/3 3852/18 3853/1
3854/11 3854/12
3860/3 3865/1 3865/14
3865/19 3867/22
3867/23 3868/4 3868/8
3868/25 3882/19
3883/4 3883/21 3884/5
3884/9 3888/3 3905/14
3910/24 3914/6 3926/4
3926/5 3930/2 3930/9
3931/21 3932/6 3933/2
3935/9 3938/6 3943/24
3945/16 3947/3
3948/23 3948/24
back hurts [1] 3851/24
background [5] 3809/7
3830/7 3903/21
3919/22 3926/17
backpack [9] 3843/22
3897/19 3897/20
3897/21 3901/23
3901/23 3901/24
3901/25 3902/3
backward [1] 3819/17
backward-looking [1]
3819/17
bad [2] 3811/23 3812/5
Badalament [19]
3826/10 3826/23
3827/8 3828/2 3830/14
3831/10 3833/8
3840/19 3841/24
3854/5 3855/1 3855/14
3856/2 3857/23
3858/22 3859/19
3862/1 3866/10
3866/21
badge [1] 3865/2
balcony [3] 3933/14
3933/24 3934/9
ballot [1] 3829/6
ballots [2] 3902/17
3924/13
bang [2] 3936/15
3936/19

**B**

3900/4
barricade [1] 3886/6
barricades [6] 3886/5
3898/22 3899/3 3933/6
3936/25 3938/3
base [2] 3865/19
3929/10
based [5] 3803/12
3867/10 3871/16
3880/17 3929/16
basically [4] 3804/12
3834/19 3845/18
3912/3
basis [4] 3818/1
3882/21 3910/20
3910/21
battling [1] 3862/18
be [95] 3801/4 3803/6
3803/9 3803/12
3803/14 3804/8
3805/17 3805/22
3806/8 3812/4 3812/13
3814/17 3814/22
3814/25 3815/1 3816/6
3816/15 3817/8
3817/13 3819/25
3820/9 3821/5 3822/21
3822/21 3823/18
3824/2 3826/20 3831/6
3831/21 3832/4
3832/13 3832/14
3832/19 3833/17
3834/25 3835/12
3836/9 3839/3 3847/9
3847/24 3847/25
3849/4 3849/5 3859/10
3859/11 3859/12
3861/14 3867/16
3868/2 3871/15
3875/11 3875/12
3876/10 3876/16
3879/6 3881/24 3882/7
3893/11 3894/3
3894/16 3898/11
3898/18 3902/20
3905/7 3905/22
3912/15 3912/24
3914/22 3917/18
3920/11 3920/11
3921/8 3921/9 3921/23
3923/9 3924/13
3925/14 3925/24
3929/10 3931/7
3931/19 3932/17
3933/18 3933/22
3934/6 3935/12 3938/2
3938/13 3940/16
3943/12 3944/1
3945/14 3946/1
3947/11 3948/12
bear [2] 3813/2 3935/5
bearing [2] 3816/9
3824/5
bearings [2] 3856/11
3864/16
bears [1] 3812/12
became [1] 3917/24

**B**

3809/10 3817/6
3818/11 3820/3
3820/19 3820/20
3820/21 3820/22
3822/18 3837/13
3838/25 3844/24
3848/12 3849/15
3850/21 3853/2
3861/14 3862/3 3869/8
3871/16 3874/15
3878/23 3889/10
3891/4 3899/4 3899/20
3900/18 3911/11
3911/19 3917/16
3924/10 3927/9
3928/20 3934/13
3938/25 3939/24
3940/14 3940/21
3941/7 3943/8 3943/9
3943/20 3946/12
3948/2 3948/12
becoming [2] 3922/11
3942/19
bedlam [1] 3805/9
bedridden [1] 3845/18
been [36] 3806/5
3809/2 3809/3 3809/11
3812/18 3813/7
3815/19 3815/22
3817/24 3818/17
3829/2 3829/3 3829/14
3843/16 3849/24
3850/1 3850/9 3860/16
3866/8 3871/11
3873/20 3875/1
3882/10 3890/19
3893/12 3893/15
3901/11 3903/15
3908/1 3927/8 3931/5
3933/16 3935/19
3944/5 3946/21
3947/13
before [31] 3798/9
3808/17 3815/17
3815/20 3823/22
3828/11 3830/10
3836/12 3843/24
3846/1 3852/17 3853/1
3859/16 3862/13
3868/19 3874/11
3875/20 3879/12
3891/2 3894/3 3895/3
3923/2 3923/20
3929/10 3930/4 3930/5
3932/3 3932/11 3947/2
3947/2 3948/24
begin [1] 3942/20
beginning [1] 3869/13
begins [1] 3879/21
begun [1] 3863/13
behind [8] 3815/10
3861/7 3863/18
3864/22 3865/3
3894/12 3909/20
3912/20
being [26] 3802/16
3803/18 3805/22

**B**

3822/25 3823/15
3829/8 3831/24
3837/15 3837/16
3845/1 3862/8 3874/17
3892/13 3892/17
3895/18 3895/20
3902/9 3912/4 3912/19
3924/4 3927/9 3928/24
3928/25 3940/10
belief [1] 3852/19
believe [11] 3806/9
3815/25 3832/4
3835/11 3868/20
3908/21 3921/23
3926/7 3932/21 3937/7
3945/3
believed [5] 3832/2
3832/19 3844/6
3851/20 3921/18
belonged [1] 3828/11
bench [5] 3854/11
3905/21 3906/17
3910/23 3931/4
benefit [2] 3878/19
3879/17
best [1] 3871/4
better [3] 3856/9
3879/9 3894/22
between [7] 3808/4
3808/12 3808/21
3810/18 3815/21
3818/25 3885/18
beyond [1] 3922/4
BGonthescene [1]
3804/14
Biden [5] 3836/17
3840/8 3921/5 3922/3
3922/10
big [3] 3886/22
3904/20 3942/19
bigger [1] 3866/4
bike [1] 3886/5
Bilbo [13] 3831/15
3831/16 3831/18
3831/19 3831/20
3832/9 3835/14 3840/5
3910/11 3910/11
3910/11 3910/13
3910/13
Bill [1] 3869/23
Bill Shipley [1]
3869/23
bit [9] 3825/20 3840/11
3848/3 3864/22 3878/7
3894/3 3894/22 3912/9
3924/1
black [1] 3865/1
blamed [1] 3937/1
blew [1] 3850/23
bloody [2] 3835/25
3924/25
bloviating [2] 3939/8
3942/21
blue [3] 3906/21
3906/22 3906/24
boasting [1] 3822/19
bombast [1] 3904/15

**B**

3911/5
bottles [1] 3927/7
bottom [4] 3802/22
3804/14 3804/17
3887/5
bought [5] 3896/23
3896/25 3897/19
3897/21 3897/22
bounds [1] 3819/7
bowed [1] 3922/2
Box [1] 3799/3
Boy [1] 3817/20
Boys [15] 3802/12
3803/4 3805/20 3806/3
3806/5 3806/13
3806/17 3811/6 3814/4
3814/6 3815/6 3815/16
3817/25 3818/6
3818/12
Braveheart [1] 3837/5
break [10] 3837/20
3837/20 3882/19
3893/22 3894/5 3895/3
3931/7 3932/10 3947/2
3947/7
breaking [8] 3801/24
3802/15 3809/17
3811/10 3928/12
3933/6 3936/25 3938/2
breath [1] 3813/9
brevity [1] 3946/8
brevity's [1] 3946/3
Brian [5] 3824/9
3825/2 3825/11 3926/4
3929/13
Brian Ulrich [4] 3824/9
3825/11 3926/4
3929/13
brief [3] 3863/22
3877/18 3888/11
briefly [7] 3849/1
3849/13 3864/1 3864/2
3864/15 3865/13
3915/18
bring [17] 3802/17
3803/16 3806/20
3806/21 3820/5 3826/8
3830/12 3841/4 3841/8
3841/9 3841/23
3843/19 3854/1 3866/7
3894/19 3940/20
3945/16
bringing [4] 3841/6
3841/11 3841/17
3841/17
broad [1] 3839/11
brought [4] 3803/19
3817/13 3896/21
3940/5
brought up [1]
3803/19
BROWN [1] 3799/11
3799/14
bsrlegal.com [2]
3799/13 3799/17
bubble [2] 3946/23
3948/18

**B**

bubbles [2] 3946/11
3948/19
bucks [1] 3913/1
building [30] 3802/15
3809/19 3862/5 3862/6
3862/8 3862/22 3864/5
3884/21 3884/23
3889/10 3891/23
3891/25 3895/20
3895/21 3908/20
3926/23 3927/5 3927/6
3927/10 3927/12
3927/19 3927/24
3928/13 3928/24
3928/25 3929/14
3929/24 3930/1 3930/4
3930/17
buildup [1] 3926/20
built [1] 3939/5
bunch [1] 3887/3
burden [1] 3819/13
burn [1] 3840/8
burnt [1] 3939/15
button [1] 3804/10

**C**

calculation [3] 3918/24
3919/1 3919/23
calculus [1] 3929/3
Caldwell [36] 3802/12
3802/13 3803/3
3806/16 3822/17
3822/23 3822/25
3823/3 3823/6 3823/12
3932/2 3932/23
3933/13 3933/17
3934/8 3934/13 3935/1
3935/13 3935/21
3936/2 3937/9 3937/11
3937/20 3938/22
3939/6 3939/12
3939/14 3939/17
3940/3 3940/4 3940/10
3941/3 3941/7 3941/8
3942/6 3942/17
Caldwell's [2] 3802/17
3939/25
call [7] 3808/25
3814/15 3838/18
3848/11 3889/13
3938/24 3941/10
called [6] 3830/8
3861/9 3870/9 3919/14
3921/22 3941/1
calling [5] 3831/21
3834/5 3839/23 3897/3
3937/11
calls [4] 3810/25
3811/1 3824/8 3890/13
came [17] 3804/2
3847/7 3849/1 3849/9
3849/14 3866/13
3908/10 3908/11
3909/21 3909/24
3912/18 3913/15
3913/16 3913/20
3921/1 3932/13 3937/7

camo [1] 3901/20
camouflage [2]
3899/13 3901/25
camouflage-colored
[1] 3901/25
can [87] 3802/21
3803/16 3804/13
3806/20 3806/20
3813/2 3813/8 3813/23
3814/25 3817/13
3819/25 3820/5 3822/6
3823/6 3825/20 3828/1
3835/12 3837/20
3838/9 3838/9 3840/13
3854/25 3855/5
3855/13 3856/18
3858/25 3859/20
3859/20 3860/10
3860/25 3861/25
3863/2 3866/9 3878/2
3878/5 3879/1 3879/13
3880/7 3881/2 3890/5
3894/19 3894/22
3894/23 3896/10
3896/17 3897/14
3900/8 3905/19 3906/2
3906/3 3906/24
3907/11 3907/14
3910/6 3910/9 3910/21
3910/24 3910/24
3911/1 3911/12
3912/15 3912/24
3913/2 3915/17
3915/18 3916/23
3925/10 3927/22
3930/24 3931/8 3931/9
3931/24 3932/18
3932/21 3933/23
3938/6 3938/11
3941/13 3941/14
3941/15 3941/23
3944/14 3944/16
3945/17 3947/2 3947/3
3947/5
can't [5] 3837/15
3897/13 3897/14
3906/4 3913/5
cannot [2] 3827/16
3879/5
capitalized [1] 3897/5
Capitol [64] 3802/15
3803/5 3805/9 3805/23
3806/6 3806/13
3806/17 3809/17
3811/23 3811/25
3815/13 3823/9 3826/2
3832/11 3833/19
3849/4 3849/10 3850/3
3852/11 3853/25
3855/8 3855/12 3856/5
3856/25 3857/15
3857/16 3858/2
3858/13 3859/25
3860/17 3860/19
3860/20 3861/1
3861/12 3861/16
3861/23 3863/4
3864/10 3865/22

3867/18 3869/11
3884/15 3884/21
3884/23 3885/6
3887/10 3887/19
3889/6 3898/9 3898/10
3899/21 3908/11
3909/19 3913/15
3926/13 3926/20
3928/8 3929/11
3929/12 3936/10
3937/18 3940/21
Capitol Building [3]
3802/15 3884/21
3884/23
Capitol Grounds [1]
3858/2
Capitol Hill [1]
3936/10
Capitol,' [1] 3938/10
Capitol.' [1] 3937/2
caravan [1] 3842/19
care [1] 3843/8
careful [3] 3816/15
3817/1 3817/8
carrier [2] 3899/15
3899/16
carries [1] 3918/3
carry [1] 3917/21
cars [1] 3842/19
cart [1] 3853/23
3853/24 3854/9
3854/10 3854/12
3854/14 3854/18
3854/21 3854/22
3856/22 3856/23
carts [13] 3853/2
3854/4 3853/13
3853/14 3853/16
3853/20 3853/22
3854/17 3867/23
3884/18 3884/19
3884/19 3884/24
case [18] 3801/7
3803/14 3803/24
3815/19 3816/14
3821/15 3821/17
3821/25 3827/3 3869/7
3870/14 3878/19
3880/1 3908/3 3939/5
3940/4 3943/16
3948/20
Case No. 22-15 [1]
3801/7
Category [2] 3880/18
3920/6
cause [1] 3816/3
caused [1] 3925/4
CCTV [1] 3942/10
center [1] 3937/11
central [1] 3942/13
certain [5] 3825/17
3832/20 3837/23
3858/12 3898/20
certainly [1] 3803/18
3807/13 3810/3
3934/24 3936/19
certification [1] 3921/2

cetera [1] 3943/16
challenge [1] 3928/21
chances [1] 3877/24
change [1] 3879/9
changing [1] 3943/12
chanting [1] 3860/12
chapter [5] 3830/3
3830/4 3830/6 3833/15
3834/4
chapters [3] 3834/5
3834/7 3834/10
character [1] 3831/19
charge [1] 3917/20
charges [1] 3918/15
charging [2] 3917/25
3937/16
chat [27] 3818/5
3818/15 3829/19
3829/20 3830/8 3830/9
3830/19 3830/20
3831/12 3831/13
3833/16 3835/18
3838/21 3839/2 3840/5
3840/23 3903/2 3910/9
3914/8 3925/14
3925/16 3925/17
3925/18 3925/20
3925/23 3925/24
3926/1
chat room [1] 3830/9
chat rooms [1]
3830/20
chats [5] 3841/12
3924/14 3924/17
3925/8 3926/1
check [2] 3821/4
3830/7
cheering [1] 3860/12
chest [2] 3843/22
3843/22
Chi [3] 3835/24
3836/14 3836/15
Chi-Com [3] 3835/24
3836/14 3836/15
chief [1] 3838/6
chronology [1] 3814/1
circle [1] 3859/24
cited [1] 3821/16
cities [1] 3840/8
citizen [1] 3892/8
Civil [9] 3835/8 3835/8
3835/10 3835/17
3835/18 3836/1
3839/11 3924/19
3924/25
Civil War [7] 3835/8
3835/8 3835/10
3835/17 3835/18
3839/11 3924/19
civilian [2] 3822/5
3823/7
civilians [1] 3832/6
claim [1] 3809/14
clans [1] 3837/6
clarified [1] 3911/24
clarify [1] 3906/15
class [1] 3903/15

cleaner [1] 3946/18
clear [8] 3821/25
3876/16 3888/12
3925/14 3929/10
3941/25 3947/11
3948/12
clearly [9] 3809/2
3809/15 3812/9
3812/10 3844/6 3850/9
3855/22 3926/7
3945/21
client [1] 3827/17
client's [1] 3880/19
climbed [1] 3933/5
climbing [3] 3937/3
3938/15 3938/16
CLINTON [1] 3799/19
clintonpeed.com [1]
3799/22
clip [2] 3802/21 3858/12
close [1] 3861/7
closer [1] 3858/12
3928/2
closing [2] 3940/19
3943/15
clothing [1] 3846/8
3900/11
clown [1] 3903/15
co [6] 3806/16 3812/18
3819/16 3820/14
3820/19 3822/11
co-conspiracy [1]
3822/11
co-conspirator [2]
3806/16 3812/18
co-conspirators [3]
3819/16 3820/14
3820/19
code [2] 3872/12
3872/14
Cody [1] 3803/10
coerce [1] 3902/12
coercing [1] 3902/8
collusion [1] 3832/21
color [1] 3899/13
colored [1] 3901/25
COLUMBIA [1] 3798/1
Columbus [3] 3886/12
3886/15 3909/11
Columbus Doors [3]
3886/12 3886/15
3909/11
Com [3] 3835/24
3836/14 3836/15
combat [5] 3896/25
3897/3 3897/5 3897/6
3897/6
combined [1] 3856/23
come [20] 3802/4
3810/5 3815/10
3823/18 3834/5
3875/21 3878/11
3883/4 3909/10
3909/20 3913/8 3932/6
3933/18 3934/13
3935/2 3939/12
3941/23 3947/2
3948/23 3948/24

**comes [8]** 3821/4 3821/12 3821/13 3821/14 3926/9 3940/20 3945/16 3948/5

**comfortable [1]** 3824/16

**comforted [1]** 3844/9

**coming [13]** 3841/10 3863/18 3869/24 3873/21 3873/25 3874/7 3874/18 3891/17 3909/19 3909/25 3926/24 3931/23 3935/17

**coming in [1]** 3931/23

**commander [1]** 3838/5

**comment [1]** 3946/25

**comments [1]** 3829/20

**commission [1]** 3845/23

**common [2]** 3929/14 3929/23

**communicated [1]** 3844/24

**communicating [2]** 3812/21 3840/25

**communication [6]** 3808/12 3810/17 3810/17 3812/21 3818/19 3900/6

**communications [3]** 3808/21 3808/22 3815/22

**compilation [2]** 3931/15 3931/16

**completely [2]** 3892/12 3939/7

**completeness [2]** 3947/5 3947/6

**complex [1]** 3855/8

**compressed [1]** 3863/21

**compression [1]** 3863/22

**concept [1]** 3821/20

**concerned [3]** 3917/20 3918/10 3918/14

**concerns [3]** 3801/23 3801/24 3943/1

**concluded [3]** 3813/6 3935/14 3949/3

**conclusion [2]** 3890/4 3914/7

**concrete [2]** 3818/25 3821/11

**conduct [5]** 3813/14 3814/25 3815/23 3892/23 3902/6

**conference [4]** 3905/21 3906/17 3910/23 3931/4

**Conferences [1]** 3938/22

**confirm [2]** 3907/10 3947/16

**confront [10]** 3906/3

3906/4 3907/7 3911/18 3912/24 3913/2 3915/4 3915/7 3947/15 3947/20

**confusing [1]** 3855/11

**congest [1]** 3928/3

**Congress [5]** 3805/9 3892/23 3917/21 3938/24 3939/15

**Congressmen [1]** 3928/18

**connect [2]** 3829/17 3840/13

**connected [2]** 3811/15 3844/13

**connection [1]** 3818/25

**connor [2]** 3799/10 3799/13

**consciously [1]** 3945/4

**consensus [1]** 3921/25

**consequence [1]** 3948/3

**conservative [1]** 3837/1

**conservatives [2]** 3843/16 3843/18

**consider [1]** 3823/22

**consideration [1]** 3827/22

**considered [1]** 3839/10

**consistent [4]** 3912/2 3948/4 3948/7 3948/15

**conspiracy [6]** 3822/11 3827/4 3917/20 3917/25 3918/3 3930/20

**conspirator [3]** 3806/16 3812/18 3890/1

**conspirators [3]** 3819/16 3820/14 3820/19

**constantly [1]** 3943/14

**Constitution [1]** 3832/13

**Constitution-these [1]** 3832/13

**contact [5]** 3818/12 3834/6 3865/21 3905/3 3905/6

**contemplate [1]** 3822/4

**content [4]** 3913/2 3942/16 3945/23 3948/2

**contention [1]** 3812/24

**contents [1]** 3942/2

**context [2]** 3867/10 3929/16

**continuation [3]** 3832/22 3832/25 3883/13

**continue [4]** 3832/12 3838/24 3937/22 3944/18

**continued [4]** 3799/1

3938/23 3946/13 3946/21

**continues [2]** 3945/7 3946/19

**continuously [1]** 3857/3

**contract [1]** 3878/11

**contrary [2]** 3939/24 3940/7

**contributing [1]** 3844/10

**conversation [5]** 3838/24 3850/8 3892/22 3893/5 3893/6

**conversations [2]** 3893/15 3946/7

**conversed [1]** 3890/16

**conversion [1]** 3803/8

**conveyed [2]** 3816/25 3817/1

**convincing [1]** 3937/17

**cooperated [1]** 3879/14

**cooperating [2]** 3827/19 3878/21

**cooperation [4]** 3878/7 3917/18 3918/19 3918/22

**coordinate [5]** 3814/22 3814/23 3840/14 3840/16 3858/6

**coordinated [1]** 3847/6

**coordinating [4]** 3812/22 3844/19 3844/21 3844/22

**coordination [10]** 3813/21 3814/1 3814/18 3814/24 3815/20 3815/23 3816/1 3818/1 3818/14 3818/17

**cops [2]** 3820/25 3936/15

**copy [5]** 3826/13 3826/15 3830/25 3943/13 3943/16

**corner [3]** 3859/4 3863/24 3866/2

**correct [73]** 3814/22 3823/4 3874/13 3875/4 3875/9 3877/4 3879/16 3879/19 3879/22 3880/22 3881/9 3883/25 3884/17 3884/22 3884/25 3885/11 3886/13 3886/24 3887/8 3887/11 3887/25 3888/10 3888/13 3889/11 3889/15 3890/12 3890/15 3890/18 3892/9 3892/13 3892/25 3893/3 3893/9 3893/18 3896/5 3900/2 3900/12 3900/20 3904/8 3905/2 3905/5 3905/9 3905/12

3909/18 3913/25 3917/11 3918/4 3919/2 3919/5 3919/11 3919/15 3919/19 3920/11 3920/15 3920/22 3921/2 3921/9 3922/3 3922/11 3922/12 3922/23 3925/17 3926/14 3926/17 3932/21 3935/18 3941/2 3941/4 3944/22 3948/6 3950/3

**corrections [1]** 3881/22

**corroborate [3]** 3820/23 3823/15 3823/18

**corroborated [5]** 3935/2 3935/3 3942/9 3942/12 3942/16

**corroborates [1]** 3940/14

**corroborative [1]** 3933/22

**could [96]** 3806/8 3807/19 3817/24 3825/8 3826/8 3826/11 3826/23 3827/7 3827/14 3828/23 3830/12 3830/15 3831/9 3832/4 3832/7 3833/3 3833/4 3834/12 3834/14 3835/2 3835/4 3835/6 3835/21 3836/4 3836/21 3837/3 3837/25 3838/8 3838/15 3839/3 3839/14 3839/15 3840/18 3841/13 3841/23 3844/8 3846/6 3846/20 3847/14 3850/21 3850/22 3851/4 3854/1 3854/8 3854/24 3855/17 3856/1 3856/15 3857/2 3857/8 3857/18 3857/22 3858/18 3858/21 3859/17 3860/13 3860/22 3861/18 3862/25 3865/2 3865/3 3865/6 3865/12 3866/7 3866/20 3866/22 3867/4 3868/6 3871/11 3884/20 3887/5 3900/17 3901/1 3901/20 3912/23 3915/17 3916/17 3918/13 3918/24 3919/14 3921/18 3924/21 3924/22 3935/10 3935/12 3939/3 3939/15 3939/15 3940/3 3940/5 3940/7 3940/16 3941/1 3941/8 3944/11 3945/25

**couldn't [4]** 3822/9 3847/17 3863/10 3887/6

**counsel [3]** 3915/15 3916/9 3922/21

**count [7]** 3862/8 3867/13 3902/15 3902/17 3914/19 3914/25 3929/21

**counter [2]** 3860/15 3860/16

**counting [1]** 3929/2

**country [3]** 3838/10 3867/7 3867/10

**couple [5]** 3801/22 3850/25 3902/25 3907/20 3947/11

**course [2]** 3811/24 3813/8

**court [37]** 3798/1 3801/2 3819/14 3820/10 3820/17 3822/1 3822/14 3822/16 3822/23 3823/13 3833/19 3846/11 3846/13 3873/12 3879/14 3891/5 3894/10 3906/9 3907/18 3912/24 3913/11 3919/14 3920/3 3920/10 3931/6 3931/9 3931/10 3931/21 3932/8 3934/6 3934/12 3934/20 3934/23 3943/5 3943/14 3943/17 3949/2

**Court's [7]** 3815/4 3816/9 3818/8 3818/13 3821/7 3822/14 3823/1

**courtroom [5]** 3801/19 3824/1 3846/4 3894/1 3894/15

**CR [1]** 3798/4

**create [1]** 3818/24

**credible [1]** 3822/18

**crime [1]** 3871/10

**criminal [5]** 3801/7 3880/18 3919/21 3919/25 3920/5

**critical [1]** 3838/3

**cross [20]** 3800/4 3803/25 3805/18 3805/22 3805/25 3806/4 3820/5 3850/4 3850/5 3869/19 3869/24 3876/9 3907/7 3907/11 3912/11 3912/15 3915/21 3916/12 3931/19 3938/11

**cross-examination [6]** 3805/25 3869/19 3869/20 3876/9 3915/21 3916/12

**cross-examine [2]** 3912/11 3912/15

**cross-talking [2]**

**C**

cross-talking... [2] 3850/4 3850/5
crossed [1] 3805/19
crossing [1] 3858/2
crowd [25] 3847/12 3847/14 3847/24 3848/14 3848/16 3859/4 3860/8 3862/10 3863/6 3865/18 3885/1 3885/3 3885/9 3885/12 3885/18 3886/22 3886/23 3889/10 3891/17 3898/21 3911/16 3927/13 3928/1 3937/17 3937/25
crowded [1] 3892/15
crowds [1] 3859/3
CRR [2] 3950/2 3950/8
cull [1] 3934/7
culmination [2] 3888/22 3926/20
curiosity [2] 3888/21 3889/2
curious [1] 3821/17
currently [1] 3810/23
cut [1] 3945/22
cuts [1] 3946/11

**D**

D.C [25] 3798/5 3798/17 3799/21 3802/6 3811/5 3825/24 3833/17 3839/18 3841/5 3842/3 3842/5 3842/20 3842/24 3842/25 3843/20 3868/1 3868/15 3868/21 3890/14 3890/21 3921/1 3923/5 3924/2
damage [1] 3809/18
damn [1] 3937/2
damned [2] 3937/18 3938/10
dark [2] 3867/15 3867/16
date [3] 3808/11 3836/22 3950/7
dates [2] 3811/1 3877/1
David [2] 3799/10 3801/9
David Moerschel [1] 3801/9
day [39] 3798/7 3803/2 3803/3 3806/14 3808/17 3812/1 3814/13 3814/16 3821/8 3834/18 3834/19 3834/20 3834/21 3834/21 3834/22 3834/24 3834/25 3835/3 3837/6 3840/4 3841/14 3843/12 3844/15

3854 AF 3847/10 3867/7 3867/10 3867/11 3867/20 3870/3 3871/9 3883/9 3890/14 3892/24 3893/6 3925/1 3928/16 3929/17 3932/24
deal [1] 3876/9
dealing [1] 3832/13
death [1] 3840/9
December [22] 3802/6 3802/7 3802/8 3802/10 3809/24 3811/2 3811/6 3831/15 3832/8 3833/4 3833/11 3833/12 3834/14 3835/3 3835/23 3836/22 3837/4 3839/15 3839/17 3840/4 3896/21 3926/5
December 31st [1] 3802/8
December 4th, 2020 [1] 3831/15
December 5th [1] 3832/8
decided [2] 3920/8 3927/2
decider [1] 3923/24
decides [1] 3923/22
decision [6] 3847/22 3849/8 3884/15 3888/5 3888/20 3920/23
decisions [1] 3905/1
deck [1] 3943/2
declarant [2] 3820/19 3821/14
defeat [1] 3836/1
defendant [13] 3799/2 3799/6 3799/10 3799/18 3801/8 3801/9 3801/9 3801/10 3801/14 3801/15 3801/16 3801/17 3818/11
Defendant 11 [1] 3801/10
Defendant 7 [1] 3801/9
Defendant 8 [1] 3801/9
Defendant Hackett [1] 3801/15
Defendant Minuta [1] 3801/14
Defendant Moerschel [1] 3801/16
Defendant No. 6 [1] 3801/8
Defendant Vallejo [1] 3801/17
defendants [5] 3798/7 3801/18 3813/14 3817/24 3939/7
defense [12] 3802/19 3806/4 3876/3 3915/15 3922/21 3923/17 3923/19 3943/3 3943/15 3945/13 3946/22 3947/4

defense's [1] 3854/17
degenerative [1] 3845/17
delete [3] 3819/21 3819/21 3819/21
demeanor [2] 3851/5 3867/19
denies [2] 3906/3 3907/14
dense [1] 3859/3
deny [1] 3947/16
Department [2] 3870/1 3873/24
deploy [1] 3892/19
deployed [2] 3863/19 3892/17
describe [6] 3835/16 3927/5 3927/5 3927/17 3928/7 3929/25
described [3] 3806/17 3914/6 3934/5
describes [3] 3802/12 3823/8 3932/23
describing [1] 3846/6
descriptions [1] 3933/23
detail [15] 3843/13 3843/21 3849/1 3849/14 3852/20 3852/22 3866/19 3883/6 3883/9 3884/3 3884/8 3888/4 3898/18 3899/24 3900/17
detailed [1] 3871/15
details [6] 3851/16 3884/2 3891/12 3891/14 3901/18 3909/7
determination [1] 3879/8
determines [1] 3827/11
deterrents [1] 3928/10
did [177]
did you [20] 3838/23 3840/13 3840/16 3842/2 3842/5 3853/20 3858/13 3861/12 3862/4 3862/13 3892/2 3892/24 3893/2 3895/14 3895/17 3898/9 3898/23 3902/21 3916/24 3917/10
didn't [82] 3813/4 3820/3 3820/5 3822/17 3829/7 3830/11 3839/6 3851/17 3851/17 3851/23 3852/21 3852/23 3856/13 3864/9 3865/14 3867/7 3867/8 3867/12 3873/16 3874/21 3876/12 3876/15 3881/19 3885/8 3885/12 3885/17 3885/21 3887/10 3887/18 3889/16

3890/17 3890/20 3890/22 3892/1 3892/19 3893/1 3895/13 3895/15 3896/6 3896/12 3896/16 3897/25 3898/3 3898/8 3898/10 3898/10 3898/23 3899/6 3899/9 3899/20 3901/6 3902/19 3902/21 3903/3 3903/7 3903/21 3905/18 3906/22 3907/12 3907/22 3908/23 3909/3 3909/10 3909/24 3913/24 3914/23 3915/4 3924/10 3928/20 3935/4 3935/7 3941/9 3943/6 3943/10 3943/22 3947/19 3947/23 3948/1 3948/7 3948/13
die [2] 3840/7 3840/9
different [11] 3813/10 3815/24 3825/17 3834/9 3873/19 3875/1 3875/6 3880/10 3912/9 3940/23 3941/14
differently [2] 3817/11 3818/10
difficult [2] 3926/16 3938/14
difficulty [1] 3812/8
digitally [1] 3809/2
dire [1] 3844/3
direct [9] 3800/4 3825/3 3886/16 3908/9 3913/14 3918/25 3931/12 3931/19 3940/1
direction [3] 3823/12 3838/25 3866/2
directions [1] 3885/8
directly [3] 3899/7 3907/24 3947/14
disallowed [1] 3948/1
disbursed [1] 3859/5
discovery [1] 3945/24
discuss [2] 3894/4 3919/13
discussed [5] 3802/19 3839/4 3883/20 3922/4 3922/10
discussing [1] 3907/21
discussion [8] 3887/13 3887/16 3887/16 3887/17 3908/2 3925/3 3934/22 3937/8
discussions [2] 3924/4 3924/18
disease [1] 3845/17
disheartened [1] 3810/1
disposal [1] 3921/14
disputes [1] 3947/20
disrupted [1] 3947/12

district [1] 3851/9
distinction [1] 3934/25
DISTRICT [2] 3798/1 3798/10
do [111] 3803/5 3803/10 3803/13 3804/23 3809/16 3811/8 3816/8 3825/13 3825/16 3825/17 3833/13 3834/20 3835/1 3835/13 3837/19 3838/9 3838/9 3838/20 3839/17 3840/5 3841/3 3841/19 3841/21 3842/9 3843/11 3844/5 3846/3 3846/24 3847/4 3847/5 3847/17 3847/21 3848/11 3848/13 3849/5 3850/5 3851/13 3851/13 3852/3 3852/20 3852/22 3852/24 3855/4 3855/7 3855/8 3855/18 3855/19 3855/21 3856/5 3856/19 3858/16 3859/1 3859/9 3859/13 3859/24 3860/16 3861/1 3862/20 3863/4 3863/4 3863/16 3864/13 3867/7 3867/8 3867/22 3868/14 3868/25 3871/16 3871/24 3872/13 3878/12 3879/1 3879/1 3879/23 3880/14 3881/6 3885/7 3889/8 3889/16 3898/13 3898/14 3898/15 3899/1 3899/19 3900/4 3902/9 3905/17 3906/13 3906/18 3907/21 3908/1 3908/2 3910/9 3915/23 3916/21 3918/19 3919/25 3921/11 3921/20 3923/12 3924/7 3925/21 3926/21 3926/24 3927/17 3929/8 3931/2 3931/11 3934/1 3934/3 3937/1 **do you [10]** 3840/5 3841/3 3855/18 3858/16 3859/9 3861/1 3879/23 3881/6 3899/1 3902/9
Do you have [1] 3919/25
do you know [6] 3833/13 3855/4 3855/7 3855/8 3856/5 3900/4
do you remember [3] 3855/21 3859/1 3924/7
do you see [3] 3859/24 3880/14 3915/23
document [9] 3872/3 3872/13 3872/15

**document... [6]** 3876/24 3881/7 3882/15 3890/8 3890/10 3895/10

**documentation [1]** 3874/10

**documents [1]** 3874/7

**does [13]** 3802/25 3815/16 3827/15 3827/16 3830/16 3830/17 3830/22 3832/3 3838/17 3841/14 3844/5 3853/8 3853/10

**doesn't [18]** 3808/24 3813/6 3813/20 3814/23 3816/21 3817/5 3817/12 3835/23 3838/11 3907/15 3911/13 3913/1 3913/8 3924/24 3941/10 3944/18 3944/19 3946/19

**dog [4]** 3848/12 3848/12 3857/5 3889/14

**doing [21]** 3806/18 3816/12 3824/16 3839/22 3843/20 3844/10 3850/14 3850/16 3850/19 3851/2 3851/12 3852/1 3852/23 3862/17 3877/6 3885/17 3891/10 3891/12 3908/21 3909/3 3909/7

**Dominic [9]** 3802/6 3802/14 3802/24 3803/12 3808/18 3811/15 3811/19 3815/12 3815/16

**Dominic Pezzola [6]** 3802/6 3802/14 3802/24 3803/12 3811/15 3811/19

**don't [70]** 3803/16 3803/18 3807/1 3810/25 3812/25 3813/10 3813/17 3816/3 3816/20 3818/25 3819/5 3819/6 3819/6 3819/7 3819/13 3820/9 3821/13 3822/12 3822/24 3823/1 3823/19 3828/9 3838/21 3848/15 3852/13 3855/18 3863/18 3865/17 3867/16 3876/13 3876/17 3876/19 3876/21 3884/24 3889/3 3893/23 3897/2 3897/8 3897/12 3897/16 3898/6 3898/25 3901/7 3901/7 3902/22 3902/22 3902/23 3903/6 3903/8

**document [4]** 3905/23 3906/23 3909/21 3910/13 3912/14 3920/13 3932/4 3932/13 3933/25 3934/15 3934/19 3936/18 3939/1 3939/21 3940/12 3943/13 3944/17 3945/23 3945/23 3948/12

**don't recall [1]** 3939/1

**done [13]** 3802/13 3803/4 3803/13 3809/18 3816/18 3817/16 3838/3 3843/24 3863/15 3883/8 3889/9 3895/5 3901/18

**Donna [3]** 3805/8

**door [12]** 3820/20 3851/25 3852/10 3861/5 3861/8 3887/6 3887/6 3896/4 3896/6 3896/8 3927/2 3929/12

**doors [8]** 3886/12 3886/15 3888/5 3889/12 3892/14 3902/13 3909/11 3930/10

**doorway [2]** 3862/11 3864/17

**double [1]** 3918/9

**down [39]** 3806/5 3807/19 3807/21 3818/17 3828/1 3837/6 3838/6 3840/8 3841/23 3849/9 3864/21 3865/4 3865/6 3865/14 3869/25 3870/14 3873/4 3874/2 3875/7 3875/22 3877/1 3878/5 3881/2 3882/19 3892/16 3894/3 3897/16 3902/20 3908/10 3908/11 3909/25 3911/15 3913/12 3913/16 3916/23 3930/24 3934/7 3939/15 3945/22

**drank [1]** 3852/4

**drawing [1]** 3932/19

**drew [1]** 3914/7

**drifting [1]** 3864/17

**drive [1]** 3853/3

**driving [2]** 3854/16 3855/9

**drop [1]** 3916/24

**dropped [3]** 3867/23 3944/20 3944/23

**drove [1]** 3842/11

**duration [2]** 3804/11 3804/18

**during [7]** 3828/17 3836/5 3836/6 3848/8 3894/4 3895/20 3914/11

**each [3]** 3813/17 3875/19 3900/19

**ear [3]** 3850/22 3900/11 3901/1

**earlier [5]** 3841/12 3877/22 3883/21 3903/3 3941/20

**early [2]** 3868/23 3932/10

**earpiece [1]** 3900/10

**east [6]** 3856/13 3865/22 3866/2 3885/15 3886/11 3886/17

**easy [1]** 3940/20

**edge [2]** 3864/18 3885/13

**Edward [2]** 3799/19 3801/10

**Edward Vallejo [1]** 3801/10

**Edwards [9]** 3798/16 3801/12 3802/1 3810/15 3870/15 3877/11 3893/7 3914/12 3914/16

**Edwards' [1]** 3808/3

**effect [2]** 3817/18 3821/15

**effectively [1]** 3838/10

**effort [2]** 3880/24 3880/24

**efforts [1]** 3813/22

**either [4]** 3803/24 3813/3 3816/25 3934/15

**elected [1]** 3832/24

**election [14]** 3828/17 3828/19 3828/20 3828/21 3829/1 3829/3 3831/24 3831/24 3833/1 3835/12 3836/20 3844/12 3921/8 3928/22

**election results [1]** 3928/22

**electoral [5]** 3862/8 3867/13 3902/15 3914/19 3914/25

**electoral count [1]** 3867/13

**element [1]** 3933/21

**elements [1]** 3832/5

**else [5]** 3893/1 3904/24 3939/16 3942/25 3945/7

**Email [7]** 3798/18 3798/19 3799/5 3799/8 3799/13 3799/17 3799/22

**embarrassing [1]** 3903/12

**embellishment [1]** 3933/19

**empty [1]** 3859/5

**end [8]** 3817/4 3821/11 3879/21 3881/8 3882/7

**e [4]** 3805/14 3813/22 3823/23 3941/17

**ended [3]** 3884/4 3932/3 3944/14

**enemy [1]** 3838/5

**enforcement [5]** 3892/5 3904/2 3912/2 3933/1 3938/5

**engaged [1]** 3935/9

**engagements [1]** 3885/18

**engaging [1]** 3928/12

**enhanced [1]** 3809/2

**enhancement [6]** 3919/15 3919/17 3920/3 3920/9 3920/15 3920/17

**enhancements [1]** 3919/7

**enough [3]** 3872/13 3934/14 3940/1

**Enrique [3]** 3802/7 3802/8 3807/7

**Enrique Tarrio [3]** 3802/7 3802/8 3807/7

**enter [3]** 3826/2 3860/16 3861/1 3861/12 3861/15 3862/5 3927/4 3927/24 3929/13

**entered [4]** 3824/1 3860/19 3894/15 3930/17

**entering [3]** 3860/20 3861/22 3862/13

**entire [3]** 3853/7 3892/10 3939/5

**entirety [3]** 3943/20 3945/17 3945/25

**entourage [1]** 3847/12

**entry [2]** 3809/19 3857/15

**episode [2]** 3908/10 3913/14

**equipment [2]** 3900/3 3901/8

**Ernie [1]** 3802/23

**Ernie Hancock [1]** 3802/23

**escorted [3]** 3911/8 3911/17 3912/8

**essential [1]** 3940/11

**essentially [2]** 3875/22 3912/4

**establish [1]** 3935/10

**establishes [1]** 3870/20

**estimated [4]** 3880/13 3880/17 3880/18 3880/19

**estimation [1]** 3858/6

**et [2]** 3798/6 3943/16

**et cetera [1]** 3943/16

**ethos [1]** 3904/4

**EV124 [1]** 3803/8

**EV124.1 [1]** 3802/20

**even [12]** 3811/19 3821/1 3821/25

**e [4]** 3814 3823/21 3861/8 3868/22 3879/13 3885/21 3888/5 3898/6 3909/4 3909/18

**evening [4]** 3820/15 3821/8 3883/14 3901/11

**event [1]** 3821/24

**events [6]** 3808/17 3820/14 3875/8 3876/4 3883/4 3890/1

**eventually [1]** 3869/2

**ever [8]** 3832/10 3852/13 3872/2 3872/15 3876/22 3905/17 3916/19 3922/9

**every [4]** 3820/15 3851/1 3893/12 3938/19

**everybody [12]** 3801/20 3801/21 3850/4 3850/6 3850/20 3864/8 3884/9 3884/13 3893/24 3894/8 3894/17 3948/21

**everyone [9]** 3801/5 3820/16 3824/3 3824/4 3850/5 3894/12 3930/2 3932/17 3937/11

**everything [9]** 3870/24 3871/1 3872/20 3881/8 3889/6 3890/19 3902/20 3937/9 3942/12

**evidence [18]** 3802/18 3810/5 3810/20 3810/22 3810/23 3811/17 3811/24 3813/4 3818/10 3820/22 3823/17 3826/21 3831/7 3854/2 3861/19 3866/8 3933/22 3945/19

**exact [6]** 3802/21 3804/21 3806/11 3870/3 3911/25 3920/13

**exactly [2]** 3815/17 3913/24

**exaggerate [1]** 3942/18

**exaggeration [1]** 3936/23

**examination [10]** 3805/25 3825/3 3869/19 3869/20 3876/9 3908/9 3915/21 3916/12 3922/16 3947/12

**examine [3]** 3912/11 3912/15 3915/15

**example [4]** 3816/18 3820/24 3851/10 3851/15

**examples [1]** 3816/11

**except [3]** 3853/7 3942/13 3943/21

3958

**exception [3]** 3912/24
3913/6 3934/14
**exchange [2]** 3808/8
3878/17 3888/11
3901/1
**exchanged [2]** 3808/6
3808/7
**excited [3]** 3839/24
3850/6 3867/20
**exclude [1]** 3941/22
**excluded [2]** 3935/25
**exculpatory [1]** 3913/7
**excuse [2]** 3811/18
3813/1
**exercise [1]** 3875/15
**exertion [1]** 3927/17
**exhibit [28]** 3803/8
3803/20 3804/8
3804/13 3804/16
3823/11 3826/9
3826/19 3826/21
3830/13 3830/16
3830/17 3831/4 3831/7
3854/2 3859/18
3861/19 3866/9 3878/2
3910/7 3924/21
3938/23 3943/1 3945/7
3945/10 3945/11
3945/13 3948/25
**Exhibit 1081.1 [1]**
3866/9
**Exhibit 1500.2 [1]**
3861/19
**Exhibit 3091 [1]**
3910/7
**Exhibit 4761 [3]**
3831/4 3924/21 3943/1
**exhibits [8]** 3800/9
3802/11 3802/19
3802/20 3819/12
3934/8 3935/9 3943/13
**exit [1]** 3911/15
**exited [2]** 3894/1
3908/12
**expect [2]** 3875/17
3931/11
**expectation [2]** 3839/3
3878/18
**expected [2]** 3898/18
3899/21
**experience [4]** 3817/7
3841/19 3903/24
3929/17
**explain [8]** 3828/23
3842/20 3851/4
3851/14 3851/17
3887/18 3891/10
3947/24
**explained [2]** 3870/6
3871/14
**explaining [1]** 3872/3
**explanation [1]** 3911/6
**expletives [2]** 3938/24
3938/25
**explicit [1]** 3832/14
**extent [1]** 3812/24
**extinguishers [1]**

**extra [1]** 3824/5
**Eye [1]** 3799/20

**F**
**Facebook [1]** 3814/3
**faced [1]** 3856/14
**facet [1]** 3811/13
**facing [2]** 3856/12
3918/15
**fact [22]** 3813/5
3813/16 3817/12
3840/13 3842/2
3862/19 3875/20
3883/8 3883/16
3885/21 3889/5
3895/11 3898/13
3898/15 3899/12
3904/19 3908/16
3911/6 3926/12 3930/3
3941/9 3942/16
**factor [2]** 3832/15
3920/23
**facts [7]** 3881/19
3895/9 3902/10 3935/2
3935/3 3935/4 3942/9
**factual [1]** 3942/15
**fail [1]** 3827/24
**fair [3]** 3813/12
3826/15 3830/25
**fall [2]** 3822/17
3934/14
**familiar [2]** 3820/10
3896/19
**far [6]** 3888/24 3892/13
3901/7 3905/3 3909/15
3912/10
**farm [1]** 3841/16
**farther [2]** 3861/8
3865/22
**fashion [4]** 3809/2
3812/22 3878/19
3882/18
**faster [3]** 3852/25
3853/4 3933/8
**favorably [1]** 3878/20
**FBI [28]** 3804/21
3813/5 3869/25
3870/14 3871/24
3872/3 3872/16 3873/2
3873/16 3873/24
3887/9 3889/5 3902/19
3903/1 3903/14
3904/23 3905/16
3905/25 3906/5
3906/11 3906/19
3906/22 3907/13
3907/21 3914/12
3914/16 3922/23
3947/19
**FBI's [1]** 3812/25
**fed [1]** 3832/19
**fee [1]** 3829/19
**feel [6]** 3829/7 3859/13
3862/20 3926/25
3928/20 3939/10
**feeling [1]** 3926/21
**feet [1]** 3935/20

**fencing [3]** 3885/24
3886/1 3886/2
**few [12]** 3818/16
3826/10 3830/14
3835/7 3840/7 3844/2
3850/24 3903/11
3922/18 3922/20
3935/4 3948/24
**fewest [1]** 3863/23
**fiction [2]** 3937/12
3937/19
**fight [2]** 3835/25
3924/24
**fighting [2]** 3886/17
3886/20
**figure [2]** 3920/5
3943/9
**file [1]** 3879/13
**files [1]** 3943/10
**final [2]** 3819/4
3884/20
**finalizing [1]** 3946/14
**find [6]** 3822/9 3837/15
3847/8 3847/12
3847/14 3847/17
**fine [2]** 3907/8 3915/13
**fingerless [1]** 3896/24
**finish [1]** 3838/6
**fire [1]** 3935/5
**firearm [2]** 3890/11
3902/2
**firearms [1]** 3841/17
**first [49]** 3801/22
3802/3 3809/18
3813/25 3815/10
3815/13 3817/20
3818/10 3820/12
3820/17 3821/7 3822/5
3822/6 3831/12
3833/13 3838/13
3843/1 3845/4 3853/23
3860/5 3869/25
3872/16 3876/22
3880/16 3888/16
3893/7 3893/10 3903/3
3904/2 3904/23
3905/16 3906/11
3908/24 3911/14
3914/11 3914/17
3914/21 3922/22
3924/9 3931/16
3932/22 3933/16
3937/20 3941/21
3942/22 3943/7
3944/12 3946/17
3946/24
**Fischer [1]** 3939/5
**fit [2]** 3904/9 3904/11
**five [4]** 3862/15
3862/16 3877/10
3880/20
**FL [2]** 3799/12 3799/16

**flag [2]** 3935/22
3937/21 3938/9
**flames [1]** 3809/6
**flash [2]** 3936/15
3936/19
**flash-bang [2]** 3936/15
3936/19
**fled [1]** 3868/15
**floated [1]** 3815/20
**floor [1]** 3919/18
**Florida [2]** 3834/8
3925/24
**fly [1]** 3943/12
**Flynn [1]** 3809/11
**focus [2]** 3806/11
3850/7
**focused [4]** 3805/21
3805/23 3806/6
3806/13
**focusing [2]** 3827/6
3827/10
**fogged [1]** 3863/11
**folks [5]** 3832/13
3853/24 3864/2 3933/1
3936/12
**follow [4]** 3821/6
3829/10 3877/21
3937/17
**follow-up [1]** 3821/6
**followed [3]** 3853/25
3860/21 3930/11
**following [2]** 3854/21
3863/6
**foolish [1]** 3838/13
**force [28]** 3890/2
3892/1 3892/22 3893/5
3893/15 3895/4
3895/11 3895/14
3895/15 3895/17
3895/19 3895/23
3895/24 3896/6 3898/9
3924/5 3924/18
3924/19 3925/3 3925/4
3925/25 3926/6 3926/8
3926/9 3927/1 3927/4
3927/18 3930/17
**forced [1]** 3898/21
**forcibly [2]** 3921/5
3922/10
**forcing [1]** 3928/23
**foregoing [1]** 3950/3
**foreground [1]** 3809/8
**forgive [1]** 3940/22
**forgot [2]** 3803/7
3806/15
**form [5]** 3871/24
3882/22 3897/10
3906/16 3907/14
**Form 302 [1]** 3871/24
**formal [1]** 3946/20
**format [1]** 3880/10
**formed [1]** 3863/12
**Fort [1]** 3799/12
**forth [3]** 3811/21
3880/18 3935/9
**forthcoming [1]**
3923/9
**forward [8]** 3810/3

**flag [2]** 3937/3 3937/25 3938/1
3938/10
**found [3]** 3850/2
3865/25 3868/12
**foundation [3]** 3809/5
3815/25 3911/4
**founders [1]** 3838/12
**four [9]** 3801/18
3818/24 3862/15
3862/16 3875/5 3875/6
3875/20 3877/18
3877/24
**foyer [1]** 3896/15
**frame [4]** 3809/4
3856/20 3880/2
3909/16
**frankly [1]** 3942/3
**fraud [1]** 3921/8
**Freedom [1]** 3847/3
**Freedom Plaza [1]**
3847/3
**Friends [2]** 3818/5
3818/15
**front [10]** 3830/17
3854/14 3854/15
3857/9 3863/14
3863/20 3880/5
3885/10 3902/22
3935/20
**frustrated [1]** 3849/14
**fucked [1]** 3936/20
**fucking [1]** 3855/18
**full [6]** 3817/6 3817/7
3825/10 3913/1
3946/22 3947/3
**function [1]** 3895/25
**furled [1]** 3940/1
**further [6]** 3808/21
3869/17 3916/8
3922/13 3927/19
3930/22

**G**
**GA [1]** 3831/12
**GA OK General [1]**
3831/12
**gain [1]** 3809/19
**gather [2]** 3864/10
3864/16
**gathering [1]** 3866/14
**gave [1]** 3871/10
**gear [7]** 3843/19
3844/4 3852/14
3852/14 3852/15
3852/16 3865/3
**general [12]** 3809/11
3825/15 3829/19
3829/20 3830/19
3830/19 3831/12
3844/18 3851/4 3851/5
3904/4 3925/18
**General Flynn [1]**
3809/11
**generally [3]** 3847/25
3855/12 3867/21
**generated [1]** 3872/16
**gentlemen [2]** 3825/9

**gentlemen... [1]**
3932/9
**Georgia [11]** 3825/14
3830/3 3830/6 3830/8
3830/19 3833/15
3842/11 3868/25
3925/18 3926/1
3926/13
**Georgia OK General
[2]** 3830/19 3925/18
**get [45]** 3810/7 3822/6
3824/6 3828/18 3830/3
3832/10 3838/2 3838/4
3842/5 3847/13
3848/17 3849/17
3851/23 3853/4
3853/20 3855/11
3856/25 3862/9
3862/12 3864/16
3865/5 3867/15
3868/25 3879/2
3879/13 3879/17
3880/24 3883/21
3884/18 3892/16
3899/20 3905/14
3908/20 3910/21
3918/15 3918/17
3918/22 3919/11
3925/10 3927/10
3930/2 3937/1 3939/25
3947/7 3948/24
**get warm [1]** 3849/17
**gets [2]** 3816/3
3820/20
**getting [9]** 3832/24
3839/1 3844/25 3858/9
3867/16 3877/25
3884/5 3905/13 3912/4
**give [5]** 3875/15
3875/16 3913/1 3917/3
3947/16
**given [10]** 3806/9
3806/10 3812/17
3818/20 3821/3 3821/6
3872/19 3876/8
3941/25 3942/2
**giving [1]** 3873/15
**glasses [1]** 3843/23
**gloss [1]** 3923/5
**gloves [1]** 3896/24
**gmail.com [2]** 3799/5
3799/8
**go [82]** 3815/9 3823/6
3827/7 3832/7 3833/3
3833/4 3834/12 3835/2
3835/4 3835/6 3835/21
3836/21 3837/3 3837/6
3838/8 3838/15
3839/14 3840/18
3841/13 3842/24
3846/17 3846/24
3847/1 3847/9 3847/23
3848/16 3848/18
3849/6 3849/13
3849/20 3851/13
3851/13 3852/1
3852/22 3859/17

3863/21 3863/25
3865/6 3865/16
3865/24 3871/16
3875/7 3875/10 3878/5
3880/5 3880/7 3880/9
3882/11 3882/17
3882/19 3883/1 3883/3
3885/12 3888/3
3888/20 3889/1
3889/20 3894/23
3896/18 3905/18
3907/3 3907/22
3907/23 3911/2
3918/24 3924/21
3927/2 3927/14
3929/24 3930/12
3932/5 3933/2 3936/5
3937/6 3937/14
3938/3 3938/6 3944/12
**Go ahead [2]** 3883/1
3911/2
**goal [4]** 3879/1
3929/18 3929/20
3929/23
**goes [9]** 3807/21
3815/13 3815/13
3818/15 3870/16
3912/17 3932/25
3938/1 3946/16
**goggles [2]** 3843/23
3863/11
**going [74]** 3816/5
3820/6 3822/19 3824/6
3825/13 3828/23
3828/25 3833/17
3834/4 3835/12
3837/13 3838/6
3838/25 3847/8 3847/9
3847/24 3847/25
3849/4 3849/16
3850/10 3851/13
3851/13 3851/14
3851/24 3852/1
3852/10 3852/20
3852/22 3855/4 3855/7
3855/23 3855/24
3859/24 3860/4 3860/6
3861/14 3862/19
3862/22 3864/18
3865/14 3871/16
3875/11 3875/18
3876/23 3876/24
3880/6 3882/17
3884/15 3885/25
3886/14 3887/10
3887/19 3887/21
3887/24 3888/12
3888/17 3889/6
3889/25 3890/25
3892/23 3893/6 3897/2
3898/10 3908/24
3908/25 3930/1
3931/18 3931/21
3932/10 3936/25
3937/13 3938/13
3939/10 3945/18

3853/13 3853/13
3853/16 3853/20
3853/22 3854/9
3854/10 3854/11
3854/14 3854/17
3854/18 3854/21
3854/21 3856/22
3856/23 3884/18
3884/19 3884/19
3884/24
**gone [7]** 3806/5
3868/18 3875/21
3888/17 3905/10
3909/16 3922/21
**good [15]** 3801/4
3801/6 3801/20 3824/4
3824/8 3825/6 3825/7
3838/18 3838/22
3839/1 3869/22
3901/20 3916/14
3916/15 3922/18
**good morning [9]**
3801/20 3824/4 3824/8
3825/6 3825/7 3869/22
3916/14 3916/15
3922/18
**Gorda [1]** 3799/16
**got [30]** 3803/20
3804/16 3805/16
3817/8 3850/6 3853/23
3853/24 3856/8
3856/11 3859/4
3862/20 3863/10
3863/14 3863/21
3867/22 3869/3
3875/22 3888/24
3889/5 3890/14
3920/18 3927/19
3928/2 3932/11 3933/6
3933/21 3933/22
3944/12 3945/24
3946/9
**GoToMeeting [1]**
3816/25
**gotten [3]** 3850/3
3888/6 3888/22
**government [62]**
3798/14 3801/13
3801/23 3804/20
3805/23 3806/12
3808/23 3810/18
3810/24 3811/13
3811/24 3818/9
3818/22 3818/23
3819/12 3820/22
3822/22 3824/8 3825/2
3826/18 3826/21
3827/16 3827/20
3831/3 3831/7 3832/5
3832/11 3832/15
3832/17 3870/17
3873/23 3875/2
3878/14 3879/5 3882/8
3890/2 3895/22
3895/25 3896/1 3899/9
3902/7 3902/8 3912/18
3917/19 3917/24

3920/2 3920/14
3922/22 3923/14
3923/23 3930/25
3937/19 3939/13
3940/23 3943/9
3943/11 3943/19
3944/2 3945/24
3946/14
**government's [26]**
3800/5 3800/11
3802/11 3802/16
3803/14 3803/24
3810/21 3814/17
3816/10 3821/5 3826/9
3826/19 3830/13
3830/16 3831/4 3854/2
3859/18 3861/18
3866/8 3878/2 3911/9
3924/21 3940/4
3942/11 3944/13
3946/12
**governmental [1]**
3872/12
**Grab [1]** 3938/9
**grabbed [1]** 3937/1
**grabbing [2]** 3933/1
3937/17
**greater [1]** 3815/25
**grenades [2]** 3936/16
3936/19
**Grods [18]** 3842/6
3842/14 3842/15
3842/16 3844/17
3845/13 3845/14
3849/24 3850/13
3854/19 3861/10
3868/22 3887/21
3887/23 3888/8
3888/14 3890/16
3890/25
**ground [2]** 3870/20
3877/8
**grounds [2]** 3858/2
3886/9
**group [32]** 3828/11
3828/12 3835/17
3835/18 3840/23
3845/22 3846/11
3853/7 3857/12 3858/2
3860/2 3860/16
3866/17 3866/24
3868/22 3888/17
3890/24 3904/24
3905/17 3905/17
3906/12 3906/13
3908/2 3908/2 3909/3
3909/9 3909/17 3910/1
3925/17 3925/24
3936/16 3936/18
**groups [9]** 3815/21
3816/22 3836/23
3836/25 3837/1 3888/5
3925/19 3925/20
3925/21
**growing [1]** 3903/15
**guarding [3]** 3844/4
3844/13 3844/16

gues [4] 3839/6
3839/10 3940/12
3945/9
**Guideline [2]** 3880/14
3880/19
**Guideline Range [1]**
3880/14
**Guidelines [7]** 3880/3
3918/24 3919/1
3919/19 3919/22
3920/4 3920/4
**Guido [10]** 3842/7
3842/14 3845/15
3845/16 3845/22
3849/24 3850/1 3850/9
3853/7 3868/24
**guilty [16]** 3826/4
3827/2 3869/4 3869/7
3869/8 3881/3 3917/10
3917/15 3917/16
3918/17 3919/4 3920/9
3920/14 3920/24
3923/2 3930/19
**gun [1]** 3898/3
**guns [13]** 3841/4
3841/6 3841/9 3841/9
3841/11 3841/19
3933/15 3940/2
3940/15 3940/16
3940/17 3940/21
3940/25
**guy [5]** 3843/15 3844/7
3851/6 3889/14
3901/20
**guys [9]** 3807/9
3809/10 3814/7
3814/11 3847/21
3856/23 3889/23
3903/21 3904/13

**H**

**Hackett [3]** 3799/6
3801/9 3801/15
**had [150]** 3802/13
3803/4 3807/7 3808/8
3809/11 3813/21
3815/17 3816/15
3816/18 3818/11
3821/22 3828/11
3828/16 3829/1 3829/2
3829/3 3829/14
3830/10 3830/10
3834/8 3836/11
3841/11 3842/24
3843/8 3843/22
3843/22 3843/24
3844/24 3846/1
3848/12 3849/24
3850/1 3850/9 3850/15
3850/21 3850/22
3852/13 3852/16
3852/21 3853/1 3853/2
3856/9 3859/3 3863/11
3863/11 3863/12
3863/13 3863/23
3864/21 3865/25
3866/18 3868/13
3868/18 3868/19

had... [96] 3868/23
3869/1 3873/1 3874/22
3876/22 3877/1
3877/11 3877/18
3877/24 3882/7
3882/13 3882/13
3882/14 3883/8
3883/14 3887/16
3888/4 3888/11
3888/16 3888/22
3889/9 3890/8 3890/11
3890/16 3890/19
3890/24 3891/4 3891/4
3891/24 3891/24
3892/4 3892/7 3893/11
3893/15 3895/4 3895/5
3895/10 3899/14
3899/17 3900/3
3900/13 3901/4 3901/7
3901/11 3901/18
3901/22 3901/24
3902/3 3903/23
3905/10 3908/1
3908/12 3908/16
3908/19 3909/16
3910/2 3910/2 3914/6
3914/8 3914/22 3920/5
3921/1 3921/4 3921/14
3922/1 3922/2 3923/12
3927/4 3927/5 3927/7
3927/8 3927/25 3931/6
3933/13 3933/15
3933/16 3933/17
3933/18 3934/6 3935/2
3935/13 3935/15
3936/22 3937/20
3940/2 3940/6 3940/14
3940/15 3940/17
3941/8 3942/17 3943/4
3943/6 3943/10
3945/20 3948/2
**hadn't [3]** 3839/10
3882/10 3886/16
**half [1]** 3837/15
**Halim [3]** 3799/6
3801/15 3945/2
**Hancock [2]** 3802/23
3805/8
**hand [3]** 3824/10
3850/22 3937/21
**handed [1]** 3927/7
**hands [1]** 3840/8
**hang [8]** 3823/9 3839/7
3852/1 3927/21 3936/5
3937/4 3938/17 3944/3
**happen [6]** 3868/5
3868/10 3882/14
3907/22 3910/2
3924/12
**happened [13]**
3803/15 3823/13
3845/16 3848/23
3849/22 3852/8
3853/22 3864/20
3864/24 3868/11
3868/11 3913/24
3923/1

**happening [7]** 3820/4
3888/21 3888/25
3926/7 3927/12
3928/13 3935/15
**happens [1]** 3827/23
**happy [4]** 3802/3
3804/12 3804/15
3822/4
**hard [6]** 3808/23
3812/13 3838/11
3850/7 3850/21
3860/15
**hard-pressed [1]**
3812/13
**has [23]** 3802/4 3805/3
3805/7 3806/5 3810/5
3811/24 3812/21
3812/23 3814/15
3818/23 3820/22
3830/14 3845/17
3848/12 3898/15
3911/3 3911/24
3912/10 3939/13
3940/23 3942/20
3946/12 3946/20
**hasn't [3]** 3812/18
3815/19 3911/19
**hat [2]** 3843/23 3865/2
**have [104]** 3803/10
3805/8 3805/19 3806/5
3807/1 3808/2 3811/9
3811/21 3813/7
3815/22 3817/15
3817/24 3818/11
3818/17 3819/13
3819/24 3821/1 3822/5
3823/17 3823/19
3823/20 3823/21
3824/13 3829/18
3833/20 3834/6
3835/25 3838/3
3841/19 3844/5
3852/15 3853/13
3856/23 3870/3
3870/13 3871/11
3871/25 3872/2 3872/6
3872/15 3873/20
3875/1 3875/25 3876/3
3876/15 3878/2
3878/18 3879/14
3882/10 3887/15
3888/6 3891/2 3892/21
3896/6 3898/13 3900/8
3901/6 3902/22 3903/7
3903/21 3907/24
3916/8 3916/19
3918/13 3919/14
3919/18 3919/25
3922/21 3924/24
3926/16 3926/16
3927/16 3927/18
3928/6 3930/3 3931/5
3931/25 3931/25
3934/19 3935/13
3935/15 3935/19
3939/1 3939/10
3939/11 3939/15
3939/15 3939/21

3940/13 3940/18
3941/1 3941/8 3941/19
3942/8 3942/9 3942/12
3943/13 3944/5
3946/19 3947/12
3947/15
**haven't [2]** 3882/23
3894/25
**having [7]** 3806/3
3816/12 3816/17
3855/10 3905/3 3905/6
3943/16
**he [191]**
**he said [6]** 3830/2
3852/10 3891/13
3901/16 3914/5
3942/12
**He wasn't [1]** 3858/7
**he'll [2]** 3803/12
3803/14
**he's [26]** 3802/14
3803/13 3805/4 3806/1
3806/11 3808/10
3812/17 3814/5
3814/16 3815/9 3817/4
3817/7 3818/21
3843/15 3843/16
3843/17 3846/7 3846/9
3848/10 3905/24
3911/8 3911/11 3912/7
3938/23 3940/5
3942/12
**head [8]** 3811/1 3818/6
3828/22 3860/5
3873/11 3930/7 3930/8
3930/10
**headed [2]** 3855/12
3866/1
**heading [1]** 3853/1
**hear [5]** 3828/8
3850/22 3867/4 3893/1
3894/22
**heard [9]** 3822/7
3835/18 3836/11
3864/22 3865/13
3867/9 3894/25 3936/9
3936/20
**hearing [1]** 3850/21
**hearsay [8]** 3820/20
3911/5 3911/11
3911/13 3912/23
3913/6 3913/8 3939/21
**Hell [2]** 3936/4 3936/6
**helmet [2]** 3902/2
3902/3
**help [2]** 3874/7 3879/2
**helped [1]** 3908/19
**helpful [4]** 3805/17
3820/9 3912/4 3946/1
**helping [1]** 3910/5
**helps [1]** 3873/11
**her [1]** 3911/1
**here [50]** 3803/21
3804/13 3806/15
3807/1 3811/12 3814/1
3816/6 3818/8 3819/19
3826/24 3827/15

3839/16 3841/8 3844/4
3854/8 3855/10 3857/8
3857/9 3857/21
3863/10 3867/17
3873/14 3873/21
3873/25 3874/7
3874/18 3874/25
3875/21 3878/8
3878/11 3878/22
3878/23 3879/3
3880/23 3881/9
3889/25 3895/13
3907/2 3911/12
3911/15 3914/18
3919/8 3924/23 3935/4
3938/3 3942/19
3944/16 3946/13
**here's [2]** 3804/7
3812/8
**heroic [1]** 3937/16
**herself [1]** 3837/11
**hesitate [3]** 3924/9
3925/4
**hesitated [1]** 3924/5
**hey [4]** 3841/4 3841/8
3849/3 3851/24
**HI [1]** 3799/4
**highlight [3]** 3806/12
3813/23 3823/5
**highlighting [1]**
3818/10
**highlights [2]** 3814/1
3818/16
**Hill [1]** 3936/10
**him [60]** 3804/24
3808/24 3810/2
3814/16 3814/17
3816/7 3817/5 3830/2
3832/23 3838/4 3841/1
3841/2 3841/3 3842/18
3844/24 3844/25
3846/7 3847/13
3848/11 3848/12
3849/1 3849/8 3849/9
3851/7 3858/7 3859/13
3865/3 3865/13
3865/14 3865/22
3867/9 3868/9 3882/24
3884/5 3897/13
3901/15 3901/16
3901/21 3905/25
3906/2 3906/3 3906/24
3907/7 3907/7 3907/10
3907/11 3909/22
3911/18 3912/11
3912/15 3913/2 3915/4
3915/6 3915/7 3921/13
3930/12 3937/16
3937/16 3937/17
3947/20
**himself [3]** 3936/3
3937/10 3939/8
**hindering [1]** 3895/18
**his [32]** 3803/12
3805/3 3805/21
3811/16 3812/4
3812/12 3816/9 3817/7

3840/8 3849/12
3850/22 3850/22
3851/1 3852/13
3896/19 3897/14
3906/25 3911/5
3921/14 3921/19
3930/10 3933/18
3937/10 3937/10
3937/14 3937/17
3937/21 3938/19
3939/5 3942/18
**history [4]** 3880/18
3919/21 3919/25
3920/6
**hoax [1]** 3832/21
**hold [1]** 3931/21
**holding [1]** 3854/12
**hole [4]** 3864/23
3864/25 3910/5 3914/5
**holster [3]** 3897/22
3897/23 3897/25
**home [2]** 3869/2
3869/3
**honestly [1]** 3876/21
**Honor [32]** 3801/6
3802/2 3807/9 3808/2
3809/22 3813/24
3815/3 3816/4 3819/2
3818/9 3819/11 3820/8
3822/24 3823/23
3839/5 3894/6 3911/20
3915/2 3915/17 3916/3
3916/10 3925/10
3931/2 3932/20 3934/3
3935/10 3935/22
3939/3 3941/17 3942/4
3942/23 3947/8
**HONORABLE [2]**
3798/9 3801/3
**Honored [1]** 3814/6
**hope [5]** 3801/21
3827/22 3921/7
3928/23 3928/24
**hoped [1]** 3905/18
**hoping [6]** 3827/19
3878/20 3917/17
3918/19 3918/22
3921/21
**hotel [39]** 3805/4
3808/5 3842/25 3843/2
3843/4 3843/7 3845/5
3845/7 3845/12
3845/20 3845/24
3846/18 3846/25
3847/1 3847/2 3847/4
3847/20 3848/17
3848/19 3848/23
3849/16 3849/18
3849/18 3849/20
3849/23 3850/11
3851/21 3852/6
3852/17 3852/24
3853/1 3853/2 3853/6
3853/18 3856/14
3867/22 3867/25
3868/13 3884/13
**Hotel. [1]** 3884/10

**H**

**hotels [2]** 3841/5
3867/24
**hour [1]** 3931/13
**hours [1]** 3871/20
**House [3]** 3820/24
3835/25 3921/5
**how [36]** 3828/8
3829/16 3829/16
3829/25 3832/11
3840/25 3841/6 3842/5
3842/19 3842/20
3844/19 3848/15
3851/5 3862/13 3868/1
3868/3 3868/25
3869/12 3874/25
3875/1 3875/18
3875/25 3876/3 3876/9
3879/8 3880/3 3881/14
3888/22 3912/22
3923/9 3927/5 3927/24
3928/5 3931/11
3938/25 3940/10
**however [1]** 3873/20
**huddle [2]** 3867/2
3867/5
**huge [1]** 3885/1
**Hughes [9]** 3798/15
3801/12 3824/7
3837/10 3837/12
3876/20 3922/14
3943/20 3944/24
**huh [11]** 3835/15
3843/10 3862/24
3865/11 3870/8 3871/6
3871/8 3873/6 3873/9
3913/18 3917/9
**human [2]** 3923/8
3929/17
**hundred [1]** 3840/7
**hurt [1]** 3850/17
**hurts [1]** 3851/24
**hyperbole [2]** 3926/10
3926/11

**I**

**I also [2]** 3813/12
3818/23
**I am [4]** 3841/1 3862/7
3878/20 3933/9
**I believe [3]** 3868/20
3932/21 3937/7
**I did [5]** 3832/4
3833/22 3855/11
3879/3 3917/17
**I didn't [2]** 3852/23
3896/16
**I didn't know [2]**
3856/13 3898/10
**I don't [13]** 3816/3
3816/20 3819/5 3819/7
3821/13 3852/13
3876/17 3876/19
3876/21 3898/6 3901/7
3903/8 3920/13
**I guess [1]** 3839/10
**I have [2]** 3838/3
3916/8

**I hope [1]** 3801/20
**I just [7]** 3813/23
3818/25 3832/21
3835/11 3839/8
3851/23 3917/16
**I know [7]** 3802/4
3815/18 3819/11
3820/10 3823/7
3920/12 3931/5
**I mean [18]** 3812/9
3812/9 3812/11 3813/3
3818/18 3819/4 3820/6
3821/15 3860/10
3860/10 3874/9
3897/24 3899/3 3912/7
3912/23 3926/22
3931/25 3940/13
**I recall [1]** 3886/4
**I remember [1]**
3934/23
**I said [1]** 3942/8
**I should [2]** 3817/24
3947/14
**I think [24]** 3803/23
3805/25 3810/7
3811/12 3812/16
3813/25 3814/21
3815/14 3817/18
3818/14 3819/17
3819/20 3819/22
3820/1 3821/11 3833/8
3854/19 3870/15
3878/5 3879/4 3880/7
3881/7 3881/11
3938/11
**I understand [5]**
3815/4 3816/9 3818/8
3818/21 3872/7
**I want [7]** 3840/11
3873/19 3878/23
3880/5 3917/13
3917/14 3922/20
**I wanted [2]** 3850/15
3904/12
**I was [11]** 3810/2
3816/5 3837/25 3856/9
3856/12 3859/15
3875/18 3895/15
3898/15 3921/13
3921/21
**I'd [8]** 3807/6 3864/1
3880/5 3907/24
3909/24 3931/25
3934/16 3934/17
**I'll [14]** 3818/3 3824/15
3830/3 3837/18 3870/3
3873/8 3878/6 3906/6
3906/15 3941/15
3941/22 3942/20
3945/10 3945/17
**I'm [66]** 3802/3
3803/23 3804/12
3804/15 3807/2 3807/6
3808/15 3813/19
3820/6 3821/10 3822/4
3822/13 3833/9
3836/10 3837/10
3837/13 3837/19

**I'm [66]...** 3801/2
3838/23 3838/6
3841/17 3844/7
3844/10 3844/10
3851/24 3852/1 3853/7
3854/12 3860/3 3861/5
3868/6 3869/8 3872/10
3872/21 3873/7
3876/23 3876/25
3878/20 3878/23
3879/3 3879/23
3880/10 3880/11
3882/17 3887/21
3907/6 3910/18
3911/10 3911/23
3912/12 3914/21
3915/5 3915/10 3916/8
3917/17 3918/19
3922/7 3926/8 3926/9
3931/20 3933/2 3933/8
3935/7 3943/14 3944/1
3945/23 3947/12
**I'm going [4]** 3837/13
3838/6 3876/23
3887/21
**I'm just [1]** 3882/17
**I'm not [3]** 3820/6
3837/19 3876/25
**I'm sorry [14]** 3803/23
3833/9 3868/6 3873/7
3880/11 3910/18
3911/23 3915/5
3915/10 3916/8 3922/7
3933/2 3933/8 3947/12
**I'm sure [1]** 3872/21
**I've [7]** 3803/20
3805/16 3859/15
3862/20 3876/22
3893/12 3945/23
**ID [1]** 3846/13
**idea [1]** 3891/2
**identification [3]**
3812/15 3813/2
3846/11
**identified [5]** 3810/18
3812/17 3812/21
3816/13 3816/17
**identifies [1]** 3811/10
**identify [8]** 3803/7
3803/11 3804/24
3811/9 3816/8 3821/18
3846/6 3932/18
**identifying [4]** 3805/13
3813/11 3816/7
3817/20
**identity [1]** 3811/16
**ignored [1]** 3850/23
**image [2]** 3809/6
3813/18
**immediately [3]**
3820/14 3850/2 3865/2
**impede [1]** 3855/23
**implication [1]**
3805/22
**important [3]** 3871/1
3871/15 3923/11
**impression [3]**
3817/23 3821/21
3834/9

**Iran [1]** 3801/2
3911/9
**include [6]** 3830/18
3830/22 3832/3 3853/8
3853/10 3924/18
**included [8]** 3818/5
3881/3 3898/12
3921/15 3944/4
3944/25 3945/3 3945/7
**includes [3]** 3918/21
3919/7 3932/25
**including [1]** 3827/20
**inconsistent [1]**
3911/7
**incorrect [1]** 3945/2
**increase [1]** 3919/20
**independent [1]**
3912/23
**INDEX [2]** 3800/2
3800/9
**Indian [1]** 3799/7
**indictment [1]** 3917/25
**indiscrepancies [1]**
3829/7
**individual [8]** 3803/7
3803/11 3804/25
3814/14 3842/10
3857/5 3861/9 3892/3
**individuals [9]** 3803/14
3819/18 3819/18
3820/21 3859/24
3860/6 3864/14
3895/16 3898/21
**inferred [1]** 3940/16
**inflammatory [1]**
3839/1
**inflection [1]** 3828/18
**influence [1]** 3902/6
**information [5]**
3847/19 3873/5
3877/21 3881/24
3901/1
**initial [2]** 3877/1
3923/4
**injecting [1]** 3815/19
**inside [19]** 3863/4
3888/12 3888/14
3888/17 3888/17
3888/20 3888/25
3889/2 3889/6 3892/14
3896/4 3902/13
3909/11 3909/12
3913/24 3928/7
3935/12 3935/14
3935/16
**instances [1]** 3805/24
**instead [1]** 3873/8
3920/21
**instruct [1]** 3865/7
**instruction [7]** 3820/2
3820/4 3820/6 3844/25
3847/7 3852/21 3876/9
**instructions [1]** 3845/1
**insurrection [9]**
3835/24 3836/3 3836/6
3836/11 3921/16
3921/19 3921/22
3922/2 3924/24

**Insurrection Act [5]**
3835/24 3836/3
3921/16 3921/19
3924/24
**intend [5]** 3802/23
3803/5 3803/10
3804/23 3811/8
**intended [2]** 3902/6
3902/12
**intent [1]** 3816/10
**intention [4]** 3902/14
3902/16 3945/4
3946/17
**interacting [2]** 3851/7
3903/22
**interaction [2]** 3892/4
3930/3
**interest [11]** 3820/13
3820/21 3821/12
3821/19 3821/25
3931/22 3934/14
3939/22 3941/24
3942/7 3942/14
**interested [3]** 3821/20
3849/6 3928/21
**interfere [3]** 3892/22
3914/18 3914/25
**Internet [1]** 3828/10
**interpretation [1]**
3813/1
**interrupt [2]** 3873/7
3893/21
**interrupting [1]**
3947/23
**interview [6]** 3872/2
3872/4 3872/20
3904/23 3905/16
3914/11
**interviews [1]** 3873/15
**intimidate [1]** 3902/12
**intimidating [1]** 3902/7
**intimidation [1]** 3929/3
**introduce [1]** 3935/16
**introduced [1]** 3943/2
**introducing [2]** 3825/8
3946/24
**investigation [3]**
3803/12 3813/1
3878/15
**invited [1]** 3830/8
**involve [1]** 3834/4
**involved [5]** 3828/18
3829/14 3832/5 3862/9
3923/9
**is [255]**
**is there [1]** 3811/17
**isn't [7]** 3837/14
3840/23 3906/5
3906/19 3906/19
3906/21 3947/19
**issue [18]** 3803/8
3804/13 3804/16
3812/17 3813/10
3821/17 3822/3
3822/12 3928/6 3931/6
3931/8 3931/18
3931/21 3939/22
3942/5 3942/19

**issue... [2]** 3943/11
3944/6
**issues [1]** 3801/22
**it [246]**
**it would be [5]**
3812/13 3814/17
3820/9 3821/5 3834/25
**it's [85]** 3802/10
3802/16 3802/22
3802/24 3804/10
3804/16 3804/17
3806/12 3807/12
3807/21 3808/14
3808/15 3808/15
3808/17 3809/2 3809/2
3809/6 3809/20
3811/20 3812/6 3812/7
3812/24 3813/18
3816/8 3817/12
3817/18 3818/9 3819/1
3819/7 3821/11
3822/10 3822/10
3827/25 3834/15
3836/4 3836/4 3839/9
3841/22 3855/10
3859/4 3860/15 3864/3
3867/16 3869/16
3878/5 3880/7 3881/1
3888/16 3888/24
3889/20 3893/23
3896/22 3897/5 3897/8
3897/8 3897/12 3899/8
3900/6 3900/11 3907/2
3912/2 3912/10 3918/6
3920/12 3923/8
3925/12 3926/1
3932/13 3934/13
3938/13 3939/24
3940/7 3940/8 3940/9
3941/17 3941/25
3942/11 3945/19
3946/20 3947/13
3947/13 3948/4 3948/6
3948/11 3948/15
**items [2]** 3898/8
3898/17
**its [1]** 3930/25
**itself [2]** 3813/20
3819/8

## J

**J20 [1]** 3814/10
**J6 [2]** 3807/8 3814/10
**Jackson [5]** 3799/11
3888/8 3888/11
3911/22 3912/1
**James [58]** 3840/17
3840/24 3840/25
3841/14 3842/14
3842/23 3843/8 3843/9
3844/17 3844/19
3845/2 3845/13 3847/6
3847/11 3847/19
3848/16 3848/24
3849/7 3849/9 3850/13
3850/14 3850/15
3850/18 3852/9

3853/17 3853/17
3853/23 3854/16
3855/18 3857/1
3857/10 3858/4 3860/7
3860/21 3861/13
3864/8 3864/9 3865/20
3865/21 3865/25
3867/15 3867/24
3868/12 3883/17
3887/18 3890/16
3891/4 3901/14
3904/24 3905/1 3905/3
3905/6 3905/10
3905/13 3908/23
3930/4
**James' [1]** 3851/5
**Jan. [1]** 3807/10
**Jan. 6th [1]** 3807/10
**January [43]** 3798/5
3803/1 3806/19
3808/14 3810/17
3812/22 3813/22
3814/16 3814/19
3816/22 3816/22
3817/4 3820/15 3821/9
3825/25 3834/15
3834/16 3840/11
3841/3 3841/14 3842/3
3843/11 3844/15
3845/3 3845/5 3845/11
3846/1 3876/4 3883/5
3883/11 3891/3 3892/2
3895/5 3896/22
3898/14 3899/11
3907/23 3914/14
3915/25 3917/1 3924/5
3925/23 3950/7
**January 1st [2]** 3841/3
3841/14
**January 20th [2]**
3834/15 3834/16
**January 5th [3]**
3843/11 3883/11
3924/5
**January 6th [29]**
3803/1 3806/19
3808/14 3810/17
3812/22 3813/22
3814/16 3814/19
3820/15 3821/9
3825/25 3840/11
3842/3 3845/3 3845/5
3845/11 3846/1 3876/4
3883/5 3891/3 3892/2
3895/5 3896/22
3898/14 3899/11
3907/23 3914/14
3917/1 3925/23
**January 7th [1]**
3915/25
**Jeffrey [2]** 3798/14
3801/11
**Jeffrey Nestler [1]**
3801/11
**jeffrey.nestler [1]**
3798/20
**Jericho [1]** 3809/11

**Jericho March [1]**
3809/11 3833/19
**Jessica [1]** 3820/24
**job [1]** 3926/16
**Joe [3]** 3921/5 3922/3
3922/10
**Joe Biden [2]** 3921/5
3922/10
**John [4]** 3833/7
3834/13 3834/14
3835/5
**join [5]** 3816/21 3828/4
3829/16 3829/19
3845/22
**joined [4]** 3831/13
3836/13 3891/17
3904/5
**Jonathan [4]** 3889/13
3889/13 3932/23
3940/2
**Jonathan Walden [1]**
3889/13
**Jones' [1]** 3848/25
**Joseph [2]** 3799/6
3801/9
**Joseph Hackett [1]**
3801/9
**Josh [15]** 3842/6
3843/9 3847/11 3857/1
3883/17 3887/18
3890/16 3901/14
3904/24 3905/1 3905/3
3905/6 3905/10
3905/13 3908/23
**Josh James [13]**
3843/9 3847/11 3857/1
3883/17 3887/18
3890/16 3904/24
3905/1 3905/3 3905/6
3905/10 3905/13
3908/23
**Joshua [7]** 3840/17
3840/24 3840/25
3842/14 3853/17
3857/10 3860/7
**Joshua James [6]**
3840/17 3840/24
3840/25 3853/17
3857/10 3860/7
**jostling [1]** 3892/15
**Jr [1]** 3799/2
**judge [10]** 3798/10
3826/6 3826/7 3827/13
3827/22 3869/5 3869/6
3879/9 3923/25
3933/17
**Judge Mehta [5]**
3826/7 3827/13 3869/6
3879/9 3923/25
**jury [18]** 3798/9
3811/22 3812/6
3816/19 3817/22
3823/25 3824/1 3825/9
3837/16 3894/1
3894/12 3894/14
3894/15 3916/4 3932/3
3935/10 3941/14

**jury's [1]** 3820/7
**just [156]**
**Justice [2]** 3870/1
3873/24
**justifiably [1]** 3829/8
**Justin [1]** 3944/11
**juxtaposition [1]**
3914/3

## K

**K-9 [13]** 3848/7 3848/9
3848/9 3848/11
3848/13 3850/13
3854/19 3857/1 3857/5
3860/21 3864/1
3889/13 3930/11
**Kailua [1]** 3799/4
**Kathryn [2]** 3798/14
3801/11
**Kathryn Rakoczy [1]**
3801/11
**Kathryn.Rakoczy [1]**
3798/19
**keep [18]** 3835/24
3854/24 3855/13
3855/23 3855/24
3856/1 3856/15 3857/2
3857/18 3857/22
3859/20 3860/22
3862/25 3866/20
3885/24 3921/5
3940/11 3942/22
**Keeper [3]** 3829/17
3848/10 3922/9
**Keepers [49]** 3815/6
3815/15 3825/22
3828/4 3828/12
3828/14 3829/16
3833/24 3836/13
3840/14 3843/8
3844/20 3849/3
3857/12 3857/14
3864/4 3865/8 3866/1
3866/5 3866/14
3868/13 3887/24
3890/13 3890/20
3891/1 3891/3 3891/5
3891/12 3891/22
3892/11 3893/16
3903/20 3908/16
3908/19 3909/2 3909/6
3909/11 3909/15
3910/1 3911/16
3911/21 3911/22
3911/25 3912/1 3912/7
3914/8 3921/23
3932/24 3936/7
**Keepers' [1]** 3809/25
**Kelly [3]** 3806/2 3815/5
3815/17
**Kelly Meggs [3]**
3806/2 3815/5 3815/17
**key [2]** 3811/13
3937/19
**keyed [1]** 3865/2
**keywords [1]** 3937/19
**kids' [2]** 3936/16

**kill [1]** 3847/23
**killed [3]** 3940/3
3940/7 3940/18
**kind [32]** 3829/21
3829/21 3832/22
3843/19 3848/8 3849/7
3850/7 3850/23 3851/9
3851/23 3855/10
3856/9 3859/3 3859/5
3860/11 3862/6
3862/18 3864/17
3870/20 3882/18
3883/17 3886/5
3900/21 3903/12
3904/15 3909/23
3913/8 3925/3 3925/25
3926/23 3928/10
3932/25
**kinds [1]** 3925/7
**knew [34]** 3813/3
3813/5 3813/14
3850/10 3855/12
3856/12 3856/13
3861/14 3862/4 3862/4
3862/19 3865/8
3866/17 3866/19
3868/21 3883/16
3884/2 3888/1 3890/22
3893/10 3901/15
3901/16 3903/20
3904/4 3905/4 3909/2
3909/6 3909/15
3914/22 3920/12
3927/11 3928/13
3940/15 3940/16
**knocked [2]** 3852/9
3892/16
**know [105]** 3802/4
3806/8 3807/7 3807/8
3807/17 3808/23
3809/6 3811/1 3812/25
3813/17 3813/17
3814/24 3815/18
3817/6 3817/18
3818/14 3819/6
3819/11 3819/13
3820/9 3820/10 3823/1
3823/7 3828/9 3829/22
3830/11 3832/1
3833/13 3833/21
3837/7 3839/11
3841/21 3848/15
3849/15 3850/16
3851/18 3852/1
3852/10 3852/23
3855/4 3855/7 3855/8
3856/5 3856/13
3859/10 3859/12
3862/7 3862/11
3862/12 3862/20
3863/18 3864/9
3865/17 3870/24
3871/2 3871/24
3875/16 3875/18
3885/5 3885/9 3887/10
3889/3 3890/13
3890/17 3890/20

**K**

know... **[40]** 3890/22
3897/2 3897/8 3897/12
3898/10 3898/11
3898/25 3900/4 3901/7
3902/23 3903/14
3904/12 3909/3
3909/10 3909/21
3910/4 3910/13 3912/9
3913/6 3913/6 3913/7
3916/21 3920/12
3920/13 3923/9 3928/9
3928/12 3931/5
3931/15 3933/21
3934/16 3934/17
3934/24 3936/18
3942/11 3942/17
3943/6 3944/24
3945/18 3945/23
**knowing [1]** 3862/5
**knowledge [3]** 3811/18
3812/18 3917/3
**known [4]** 3843/18
3897/1 3897/19
3901/23
**knows [7]** 3811/19
3817/5 3817/7 3817/10
3817/11 3817/12
3844/7

**L**

**Labe [1]** 3840/21
**labeled [2]** 3911/14
3912/13
**ladies [2]** 3825/9
3932/9
**landing [1]** 3887/2
**landlines [1]** 3817/6
**Lane [1]** 3799/7
**language [4]** 3806/24
3835/17 3925/8
3925/25
**lapse [1]** 3937/25
**large [2]** 3898/19
3909/9
**last [29]** 3818/3
3822/14 3823/11
3834/18 3834/19
3834/20 3834/21
3834/21 3834/22
3834/25 3834/25
3837/14 3846/9 3868/7
3877/17 3931/6 3931/8
3931/12 3935/24
3935/25 3937/8
3939/12 3943/3
3943/21 3944/12
3944/20 3944/23
3945/6 3948/25
**last part [1]** 3868/7
**latch [2]** 3809/16
3809/19
**late [3]** 3828/5 3828/6
3869/3
**later [15]** 3803/3
3806/2 3806/8 3813/5
3815/13 3817/3 3823/6
3835/7 3837/9 3838/1

3858/25 3852/9
3877/10 3877/11
3933/15
**latter [1]** 3907/14
**law [12]** 3799/2
3819/23 3821/15
3821/25 3836/4 3892/5
3895/25 3904/2 3912/2
3928/12 3933/1 3938/4
**lawless [2]** 3831/22
3831/25
**lawless ones [1]**
3831/22
**lawyer [5]** 3870/7
3872/21 3876/4 3877/4
3881/18
**layering [1]** 3812/4
**laying [1]** 3825/16
**leader [5]** 3814/6
3833/24 3904/24
3930/14 3937/12
**leading [4]** 3839/5
3857/9 3858/10
3924/14
**leads [1]** 3879/20
**learn [2]** 3838/13
3838/14
**learned [1]** 3838/11
**least [12]** 3803/24
3805/18 3807/6
3812/18 3815/5
3818/17 3821/5
3821/18 3855/11
3875/20 3922/18
3944/24
**leave [11]** 3845/4
3845/7 3846/24
3847/20 3849/15
3853/6 3863/17 3864/3
3868/9 3889/22
3911/15
**leaving [2]** 3852/10
3852/11
**led [1]** 3805/22
**Lee [1]** 3799/2
**left [20]** 3802/17
3817/22 3835/13
3845/11 3852/17
3852/24 3863/24
3864/3 3867/18
3868/13 3868/14
3868/19 3868/21
3868/23 3887/9
3889/23 3909/17
3909/22 3933/12
3938/25
**legal [4]** 3890/3 3921/7
3921/11 3921/13
**legalistically [1]**
3820/12
**legally [1]** 3921/19
**length [1]** 3802/22
**less [2]** 3941/6
3942/21
**lessons [1]** 3838/11
**let [12]** 3807/17
3810/15 3814/21
3852/1 3876/7 3882/24

3908/6 3909/4
3942/20 3945/17
3948/7
**let's [13]** 3810/22
3823/9 3843/11
3848/16 3893/22
3896/18 3902/25
3924/1 3929/13
3937/14 3937/18
3938/9 3945/16
**letter [1]** 3870/16
**level [1]** 3880/17
**like [46]** 3803/22
3804/10 3820/2
3820/25 3823/20
3828/11 3828/17
3829/2 3829/3 3829/5
3829/6 3829/7 3832/22
3839/12 3839/22
3843/24 3844/8
3851/17 3859/14
3860/8 3862/10
3862/20 3870/22
3886/2 3886/5 3888/24
3897/2 3900/6 3903/11
3906/15 3909/11
3910/4 3913/2 3921/20
3924/19 3926/23
3926/25 3927/3
3928/20 3934/16
3934/17 3935/6
3936/12 3939/9
3939/10 3944/17
**like-minded [1]**
3936/12
**limit [2]** 3820/6 3820/6
**limited [3]** 3823/3
3823/13 3934/6
**limiting [2]** 3820/2
3820/4
**line [5]** 3860/6 3911/25
3942/5 3942/5 3944/17
**lined [1]** 3819/13
**link [3]** 3865/20 3866/4
3891/22
**linked [9]** 3829/21
3829/25 3830/3 3830/5
3845/24 3848/8
3848/13 3865/21
3886/6
**little [18]** 3813/18
3848/3 3864/22
3872/12 3872/14
3878/7 3893/23 3894/3
3894/22 3900/10
3905/22 3912/9 3924/1
3931/13 3932/10
3932/13 3934/5
3938/14
**little difficult [1]**
3938/14
**live [2]** 3825/13
3825/14
**lived [2]** 3830/2
3855/10
**location [2]** 3828/9
3841/16
**long [20]** 3841/17

3848/15 3862/13
3868/1 3868/3 3872/13
3874/21 3881/12
3881/14 3896/25
3897/1 3897/3 3897/5
3897/6 3897/6 3897/8
3898/5 3931/11
**long-sleeve [6]**
3896/25 3897/1 3897/5
3897/6 3897/6 3898/5
**longer [3]** 3932/22
3946/23 3946/23
**look [6]** 3806/23
3812/9 3818/21
3905/22 3907/25
3942/15
**looked [10]** 3803/22
3865/1 3903/3 3903/7
3914/6 3917/18 3930/5
3930/9 3937/13
3943/24
**looking [8]** 3810/3
3819/17 3822/8
3823/12 3840/25
3920/11 3926/4 3926/4
**looks [3]** 3804/10
3878/20 3944/17
**Lord [1]** 3831/19
**lords [2]** 3802/8 3807/8
**lost [1]** 3829/1
**lot [10]** 3809/1 3810/12
3834/8 3860/10 3874/9
3903/4 3903/5 3924/11
3924/14 3924/16
**loud [1]** 3851/24
**louder [1]** 3825/20
**Louis [2]** 3798/15
3801/12
**Louis Manzo [1]**
3801/12
**love [1]** 3878/4
**lower [4]** 3823/14
3880/25 3918/18
3918/22
**lowers [1]** 3941/6
**luck [1]** 3838/22
**lumber [1]** 3804/5
**lunch [5]** 3823/21
3931/8 3932/5 3932/10
3947/7
**lying [3]** 3871/10
3893/13 3936/24

**M**

**mad [2]** 3940/8
3940/10
**made [15]** 3828/25
3829/19 3830/18
3830/18 3843/7
3847/23 3865/21
3878/17 3884/15
3888/4 3888/12
3891/19 3905/1
3905/25 3930/7
**mail [1]** 3829/6
**mail-in [1]** 3829/6
**make [20]** 3816/5

3849/8 3853/25
3864/23 3864/24
3872/20 3878/23
3879/5 3881/22
3882/14 3910/5
3911/13 3914/5
3917/17 3930/8
3939/23 3945/12
**makes [1]** 3804/10
**making [3]** 3835/9
3910/2 3934/25
**malfeasance [9]**
3829/2 3829/4 3829/5
3832/2 3832/15
3832/18 3832/20
3834/24 3836/19
**man [4]** 3903/8
3916/19 3916/24
3917/4
**managed [1]** 3864/8
**many [10]** 3820/10
3820/12 3838/11
3838/11 3842/19
3873/20 3875/1 3875/1
3875/25 3876/3
**Manzo [3]** 3798/15
3801/12 3943/24
**march [6]** 3809/11
3817/3 3833/19 3849/4
3849/10 3877/12
**marched [1]** 3936/9
**marching [1]** 3832/10
**Marion [1]** 3799/15
**Mark [3]** 3887/21
3887/23 3890/16
**Martin [1]** 3799/10
**mask [3]** 3824/15
3894/22 3916/18
**massive [2]** 3885/3
3885/9
**match [2]** 3943/10
**matt [1]** 3799/22
**matter [4]** 3809/17
3826/4 3912/17 3950/4
**matters [1]** 3932/11
**Matthew [2]** 3799/19
3801/17
**Matthew Peed [1]**
3801/17
**maximum [2]** 3918/3
3920/5
**may [17]** 3803/9
3812/4 3813/7 3814/21
3816/6 3818/16
3822/21 3822/21
3823/20 3837/6
3846/10 3873/20
3905/22 3928/6 3939/1
3942/20 3943/12
**maybe [10]** 3823/20
3840/7 3841/4 3866/6
3875/5 3931/13 3934/6
3935/6 3935/7 3945/25
**Mayflower [9]** 3842/25
3843/2 3849/18
3849/20 3849/23
3867/24 3884/10

Mayflower... [2] 3884/13 3887/9

Mayflower Hotel [6] 3842/25 3843/2 3849/18 3849/20 3849/23 3884/13

Mayflower Hotel, right [1] 3884/10

me [47] 3805/1 3807/17 3807/17 3810/15 3811/18 3813/1 3813/10 3813/20 3814/21 3815/1 3816/23 3829/21 3830/7 3830/8 3833/4 3833/8 3833/9 3844/17 3845/13 3850/23 3852/1 3861/7 3861/8 3863/14 3863/14 3874/10 3875/25 3876/7 3876/10 3876/25 3880/6 3894/12 3902/22 3906/15 3908/6 3909/4 3910/14 3930/5 3930/9 3932/21 3934/15 3940/22 3941/25 3943/20 3943/24 3948/9 3948/18

mean [52] 3812/9 3812/9 3812/11 3813/3 3813/16 3814/21 3816/21 3818/18 3819/4 3820/6 3821/15 3829/25 3830/5 3831/20 3831/23 3832/25 3834/3 3834/20 3835/10 3836/25 3849/18 3850/5 3853/15 3860/10 3860/10 3868/14 3874/9 3875/3 3889/8 3889/8 3892/4 3892/14 3897/24 3899/3 3904/12 3904/17 3907/1 3907/24 3907/24 3909/21 3912/7 3912/22 3912/23 3926/8 3926/21 3926/22 3927/8 3928/9 3931/25 3938/19 3940/13 3940/16

means [4] 3835/11 3921/12 3921/14 3943/11

meant [3] 3807/3 3836/3 3896/2 3943/8

media [2] 3814/4 3936/24

meet [4] 3842/13 3877/25 3887/24 3890/25

meeting [11] 3893/7 3893/10 3903/3 3906/11 3914/13

3854/15 3914/2 3914/24 3922/25 3923/1 3923/4

meetings [2] 3873/20 3875/1

Meggs [3] 3806/2 3815/5 3815/17

MEHTA [7] 3798/9 3801/3 3826/7 3827/13 3869/6 3879/9 3923/25

member [6] 3825/22 3833/14 3925/16 3925/18 3925/22 3941/3

members [13] 3806/13 3811/5 3822/11 3829/17 3832/20 3832/23 3860/16 3870/1 3873/24 3900/17 3901/2 3908/11 3913/15

membership [1] 3829/18

memorandums [1] 3874/21

memory [4] 3811/2 3879/24 3897/15 3934/4

mentally [1] 3926/5

mention [1] 3811/22

mentioned [6] 3807/7 3822/14 3831/13 3841/11 3883/20 3891/24

mere [1] 3813/16

message [45] 3802/11 3802/17 3803/17 3805/2 3805/3 3805/3 3805/7 3806/1 3807/15 3808/8 3808/12 3808/15 3808/16 3809/24 3810/4 3815/5 3823/5 3823/8 3823/16 3831/16 3832/8 3833/6 3833/16 3834/13 3835/2 3835/5 3835/22 3838/1 3838/4 3841/2 3915/23 3915/25 3932/3 3932/22 3932/22 3933/13 3934/12 3935/8 3939/17 3940/2 3945/25 3947/3 3947/4 3947/25 3948/2

messaged [3] 3804/3 3811/25 3933/13

messages [31] 3802/20 3804/9 3808/6 3812/5 3814/3 3814/14 3815/14 3816/21 3816/24 3817/1 3819/20 3820/10 3830/22 3831/1 3837/11 3869/12 3874/9 3874/12 3874/16 3903/2 3903/6 3904/14 3910/9 3931/16 3931/17

3934/4 3934/5 3934/7 3939/11

messaging [9] 3803/3 3806/2 3806/7 3814/5 3814/16 3815/6 3815/9 3817/4 3817/5

met [19] 3808/5 3808/9 3808/10 3809/12 3842/6 3842/14 3842/21 3846/1 3873/23 3873/23 3874/6 3875/25 3876/3 3892/11 3909/9 3916/19 3917/19 3918/10 3922/22

middle [3] 3808/3 3942/3 3942/20

might [19] 3849/4 3876/10 3876/16 3879/6 3879/9 3888/24 3899/21 3899/23 3899/25 3899/25 3905/17 3907/22 3908/2 3921/15 3921/23 3931/5 3931/7 3934/6 3937/1

military [5] 3817/7 3836/5 3903/23 3903/25 3926/17

militia [2] 3836/5 3936/7

milled [1] 3847/22

milling [1] 3860/11

million [1] 3936/22

millions [1] 3840/9

mind [9] 3812/10 3812/12 3813/3 3816/10 3821/8 3862/23 3937/10 3940/1 3944/6

minded [1] 3936/12

minds [1] 3914/13

mine [1] 3876/6

mini [1] 3942/19

minimizing [1] 3923/4

MINUTA [60] 3798/6 3799/2 3801/8 3801/14 3802/3 3802/5 3802/9 3806/21 3807/3 3807/9 3808/4 3808/12 3809/7 3809/19 3809/24 3810/8 3810/19 3811/4 3811/15 3811/18 3812/19 3813/13 3813/16 3813/21 3813/25 3814/3 3814/10 3814/13 3814/25 3815/13 3845/24 3846/1 3846/3 3846/9 3846/11 3846/14 3848/25 3850/13 3853/8 3853/23 3854/9 3854/15 3857/1 3858/13 3859/7 3860/21 3861/12 3864/11 3865/12

3901/6 3909/20 3910/6 3910/15 3912/13 3912/19 3912/20 3913/20 3930/11

Minuta's [9] 3806/1 3806/9 3808/14 3809/9 3810/10 3810/12 3854/10 3867/19 3924/4

minute [3] 3838/20 3855/6 3948/9

minutes [14] 3824/5 3837/9 3838/1 3852/9 3854/25 3857/7 3859/18 3860/15 3861/19 3862/15 3862/16 3888/16 3922/19 3948/24

Miranda [2] 3819/22 3822/8

Miranda rights [2] 3819/22 3822/8

misleading [1] 3815/2

missing [1] 3845/15

modern [1] 3838/12

modified [1] 3943/18

Moerschel [3] 3799/10 3801/9 3801/16

Molon [1] 3840/21

moment [1] 3829/12 3835/16 3838/3 3844/3 3855/21 3856/18 3858/16 3859/2 3862/20 3926/23 3926/25 3927/3 3938/19 3940/9

month [1] 3896/22

months [5] 3874/3 3877/10 3877/10 3877/18 3923/2

Monument [1] 3808/20

mood [1] 3867/21

moot [1] 3816/6

more [34] 3805/25 3806/24 3810/15 3812/16 3818/11 3818/24 3818/25 3820/1 3821/11 3832/14 3834/4 3838/21 3844/9 3866/6 3873/1 3877/21 3880/20 3880/20 3888/4 3892/18 3899/24 3907/2 3912/6 3922/18 3931/3 3932/1 3934/5 3938/7 3939/17 3941/19 3942/1 3945/22 3946/23 3946/23

morning [22] 3798/7 3801/4 3801/6 3801/20 3814/18 3824/4 3824/8 3825/6 3825/7 3845/9 3845/10 3868/4 3868/23 3869/22 3883/5 3883/13 3901/9 3916/14 3916/15

3901/6 3909/20 3910/6 3910/15 3912/13 3912/19 3912/20 3913/20 3930/11

most [3] 3903/21 3903/23 3923/11

motion [2] 3879/14 3879/17

motivation [1] 3844/13

move [10] 3843/11 3845/3 3863/6 3865/4 3865/7 3866/22 3908/6 3910/15 3915/2 3916/3

moved [1] 3864/21

movement [3] 3927/18 3930/7 3930/8

moving [2] 3848/7 3937/10

Mr [2] 3805/15 3814/13

Mr. [239]

Mr. Caldwell [25] 3802/13 3822/17 3822/23 3822/25 3823/3 3823/6 3823/12 3932/23 3933/13 3933/17 3934/8 3934/13 3935/1 3935/13 3936/2 3937/9 3937/11 3937/20 3938/22 3939/6 3939/14 3940/3 3940/4 3942/6 3942/17

Mr. Caldwell's [2] 3802/17 3939/25

Mr. Edwards [7] 3802/1 3810/15 3870/15 3877/11 3893/7 3914/12 3914/16

Mr. Edwards' [1] 3808/3

Mr. Fischer [1] 3939/5

Mr. James [9] 3841/14 3849/9 3850/14 3853/10 3855/18 3858/4 3861/13 3865/20 3930/4

Mr. James' [1] 3851/5

Mr. Manzo [1] 3943/24

Mr. Minuta [36] 3802/3 3802/5 3802/9 3807/9 3808/4 3808/12 3809/7 3809/19 3809/24 3810/8 3810/19 3811/4 3811/15 3811/18 3812/19 3813/13 3813/16 3813/21 3813/25 3814/3 3814/10 3814/25 3846/1 3846/3 3846/6 3846/11 3846/14 3853/8 3854/9 3858/13 3861/12 3865/12 3910/15 3912/19 3912/20 3913/20

Mr. Minuta's [9] 3806/1 3806/9 3808/14 3809/9 3810/10 3810/12 3854/10 3867/19 3924/4

Mr. Nestler [1] 3824/7
Mr. Peed [10] 3803/23
3811/21 3816/22
3929/6 3932/21
3934/11 3935/23
3938/11 3939/20
3942/20
Mr. Peed's [4] 3802/20
3803/8 3804/8 3933/16
Mr. Pezzola [22]
3801/25 3802/9
3805/14 3806/2
3806/10 3807/12
3808/4 3808/13 3809/7
3810/9 3810/19 3811/9
3811/11 3811/15
3812/16 3812/20
3813/2 3813/11
3813/17 3813/21
3814/15 3816/8
Mr. Pezzola's [2]
3809/16 3814/25
Mr. Rhodes [7]
3816/5 3816/24
3818/15 3837/9
3838/17 3867/4
3924/23
Mr. Rhodes' [2] 3810/8
3810/13
Mr. Shipley [20]
3805/18 3805/24
3807/24 3812/21
3869/18 3893/21
3894/18 3894/21
3897/12 3905/19
3911/3 3911/24
3912/22 3920/18
3923/1 3924/3 3925/4
3928/5 3929/6 3947/12
Mr. Shipley's [1]
3809/23
Mr. Stone's [2]
3848/23 3853/18
Mr. Tarrio [3] 3808/10
3813/17 3814/9
Mr. Tarrio's [2]
3808/24 3809/1
Mr. Trump [1] 3922/1
Mr. Ulrich [42] 3824/13
3825/22 3826/13
3827/2 3829/10
3830/16 3832/14
3833/21 3835/19
3837/25 3841/19
3842/2 3843/19 3844/2
3846/3 3848/2 3855/4
3856/19 3857/11
3857/21 3859/1 3861/1
3861/22 3863/4 3868/6
3869/4 3869/22 3873/7
3894/2 3915/16
3915/23 3916/16
3922/18 3925/14
3926/12 3929/5
3930/23 3943/2
3944/21 3945/12
3946/4 3948/1

3802/20 3803/11
3803/15 3803/23
3804/3 3806/7 3811/14
3811/18 3811/21
3811/22 3811/25
3812/4 3812/12 3816/6
3816/11 3816/16
3816/20 3817/2 3817/3
3819/10 3820/3 3820/5
3916/17
Mr. Vallejo's [4]
3805/2 3806/11
3812/24 3813/2
Mr. Walden [1]
3861/13
Ms [1] 3833/8
Ms. [28] 3821/22
3824/7 3826/10
3826/23 3827/8 3828/2
3830/14 3831/10
3837/10 3837/12
3840/19 3841/24
3854/5 3855/1 3855/14
3856/2 3857/23
3858/22 3859/19
3862/1 3866/10
3866/21 3876/20
3922/14 3935/21
3943/20 3944/24
3945/2
Ms. Badalament [18]
3826/10 3826/23
3827/8 3828/2 3830/14
3831/10 3840/19
3841/24 3854/5 3855/1
3855/14 3856/2
3857/23 3858/22
3859/19 3862/1
3866/10 3866/21
Ms. Caldwell [1]
3935/21
Ms. Halim [1] 3945/2
Ms. Hughes [7] 3824/7
3837/10 3837/12
3876/20 3922/14
3943/20 3944/24
Ms. Watkins [1]
3821/22
much [9] 3807/4
3813/11 3835/12
3838/2 3851/17
3889/16 3946/23
3946/23 3946/23
multiple [4] 3873/4
3891/14 3900/8
3922/23
muscle [2] 3850/17
3852/4
muscled [1] 3820/25
must [3] 3838/9
3878/11 3879/13
mutual [2] 3816/1
3816/2
my [40] 3811/1 3811/1
3812/10 3812/18
3825/11 3827/21
3838/7 3844/21

3851/24 3851/25
3852/2 3852/5 3852/16
3854/12 3858/18
3862/9 3863/11
3865/14 3869/22
3872/9 3872/21
3879/21 3881/17
3895/18 3906/6 3907/9
3917/17 3918/19
3927/25 3934/4 3937/1
3938/9 3943/10 3944/6
3945/4 3947/13
3947/23 3948/12
Myers [1] 3799/12
myself [7] 3847/11
3850/13 3853/23
3857/1 3864/11 3865/4
3868/22

**N**

name [7] 3825/10
3825/11 3842/17
3842/18 3869/22
3887/22 3897/3
named [6] 3801/18
3831/15 3833/7
3833/12 3842/10
3940/2
names [2] 3831/17
3840/22
narrative [1] 3937/16
national [4] 3833/17
3833/25 3834/1 3834/2
nationals [1] 3834/3
nature [2] 3923/8
3929/17
nearly [3] 3820/15
3886/22 3920/21
necessarily [3] 3885/8
3900/18 3935/5
necessary [2] 3871/14
3896/20
necessity [1] 3838/4
need [16] 3807/17
3817/5 3836/23 3837/5
3837/6 3837/20 3838/2
3838/12 3838/21
3839/8 3880/5 3889/22
3894/9 3933/24
3943/21 3948/19
Needs [1] 3831/21
Nestler [3] 3798/14
3801/11 3824/7
never [11] 3808/9
3808/9 3808/10
3829/14 3848/7 3851/8
3851/14 3859/15
3872/23 3876/2 3902/4
new [4] 3808/6 3818/9
3917/25 3946/4
New York [1] 3808/6
next [30] 3832/7
3833/3 3834/12 3835/2
3835/6 3835/21
3836/21 3837/3 3837/8
3838/8 3838/16
3838/19 3839/14

3847/3 3851/25 3864/1
3864/20 3889/12
3900/19 3925/1
3930/25 3932/12
3936/20 3938/15
3941/15 3944/18
3946/16 3946/20
next witness [1]
3932/12
night [6] 3837/14
3867/17 3868/19
3869/3 3943/3 3944/12
no [134] 3798/4
3806/13 3807/2 3808/4
3808/21 3808/22
3809/5 3810/23
3811/17 3811/20
3812/19 3813/4
3813/14 3818/1 3820/4
3828/13 3830/11
3831/5 3836/13 3841/6
3843/3 3843/5 3844/1
3846/2 3846/12
3847/16 3851/3 3851/8
3851/22 3852/7
3852/16 3855/10
3857/13 3857/17
3858/11 3861/3 3863/8
3865/9 3867/15
3869/17 3872/17
3872/24 3874/23
3876/21 3879/17
3881/21 3882/12
3885/13 3885/20
3886/4 3886/7 3886/10
3886/15 3886/16
3886/17 3886/20
3886/21 3887/12
3887/13 3887/13
3887/16 3887/17
3890/11 3891/21
3891/24 3891/24
3892/3 3892/4 3892/6
3892/7 3892/20
3892/21 3893/4 3893/6
3893/14 3893/15
3893/19 3893/19
3895/7 3896/7 3896/13
3897/24 3898/2 3898/4
3898/24 3899/7
3899/10 3899/22
3901/13 3901/20
3902/2 3902/2 3905/16
3906/12 3907/24
3908/1 3909/1 3914/12
3914/23 3915/1 3916/8
3916/10 3916/20
3916/22 3916/25
3917/2 3917/5 3921/1
3921/3 3921/4 3921/6
3922/1 3922/2 3922/5
3922/9 3922/13
3923/16 3923/21
3924/4 3926/11
3926/16 3926/18
3928/15 3929/6
3929/15 3929/24

3939/10 3940/20
3944/4 3948/3
No. [2] 3801/7 3801/8
nobody [3] 3844/7
3887/18 3904/24
Nodding [1] 3828/22
non [1] 3892/13
non-violent [1]
3892/13
none [3] 3904/7 3920/1
3936/1
noon [1] 3932/13
normally [1] 3852/25
north [2] 3885/14
3911/15
northern [1] 3866/2
northwest [1] 3802/14
not [105] 3805/20
3805/20 3808/16
3808/24 3809/20
3810/9 3810/23 3812/7
3812/12 3812/13
3812/17 3813/19
3816/7 3816/9 3817/6
3817/11 3817/12
3817/17 3820/6
3820/18 3820/22
3822/25 3823/13
3823/21 3827/16
3833/14 3834/8
3834/15 3835/12
3836/13 3837/12
3837/19 3852/21
3855/10 3855/22
3856/7 3861/12 3863/9
3868/4 3868/10
3872/17 3872/24
3874/23 3876/21
3876/25 3877/14
3878/17 3885/23
3886/4 3886/19
3886/22 3888/19
3892/16 3894/4 3895/7
3897/5 3897/23
3898/25 3899/7
3900/18 3901/11
3906/19 3906/24
3907/6 3907/6 3907/24
3911/3 3911/6 3911/10
3911/11 3911/13
3912/12 3915/3 3915/6
3920/15 3920/17
3922/1 3923/9 3926/1
3926/11 3928/7
3931/19 3933/18
3934/3 3934/13
3934/17 3935/7
3935/15 3936/4
3938/12 3938/19
3940/8 3941/25
3942/12 3943/12
3943/16 3944/1 3944/4
3944/5 3945/4 3945/7
3945/14 3947/13
3947/14 3948/16
not happen [1]

**N**

not happen... [1] 3868/10
note [3] 3807/7 3809/22 3876/23
noted [1] 3822/16
nothing [8] 3808/22 3810/11 3838/13 3898/13 3917/7 3922/4 3938/18 3946/3
notice [1] 3946/22
noticed [2] 3848/25 3946/15
November [4] 3816/25 3828/5 3828/6 3939/14
November 9th [1] 3816/25
now [50] 3801/2 3811/24 3813/8 3815/18 3822/5 3824/6 3825/16 3827/6 3834/13 3837/15 3838/5 3840/7 3845/3 3859/11 3859/17 3860/25 3861/18 3866/24 3871/24 3872/7 3873/1 3873/19 3874/24 3876/7 3876/24 3881/2 3882/7 3885/5 3885/7 3885/9 3888/3 3889/10 3893/20 3895/8 3896/18 3901/4 3902/5 3904/23 3907/14 3908/9 3912/9 3914/11 3926/4 3926/22 3926/23 3929/5 3929/10 3931/7 3932/13 3938/18
nowhere [1] 3936/15
null [1] 3827/25
number [5] 3880/24 3919/11 3920/13 3920/18 3943/18
Number 3 [1] 3943/18
numbering [2] 3943/8 3943/10
numbers [4] 3808/7 3872/14 3919/7 3919/18
NW [2] 3798/17 3799/20

**O**

oath [56] 3809/25 3815/6 3815/15 3824/11 3825/22 3828/4 3828/12 3828/14 3829/16 3829/17 3833/24 3836/13 3840/14 3843/8 3844/20 3848/10 3849/3 3857/12 3857/14 3864/4 3865/8 3866/1 3866/5 3866/14 3868/13 3887/24 3890/13 3890/20

3891/12 3891/22 3892/11 3893/16 3903/20 3908/16 3908/19 3909/2 3909/6 3909/11 3909/15 3910/1 3911/16 3911/21 3911/22 3911/25 3912/1 3912/7 3914/8 3917/6 3921/23 3922/3 3922/9 3932/24 3936/7
Oath Keeper [3] 3829/17 3848/10 3922/9
Oath Keepers [49] 3815/6 3815/15 3825/22 3828/4 3828/12 3828/14 3829/16 3833/24 3836/13 3840/14 3843/8 3844/20 3849/3 3857/12 3857/14 3864/4 3865/8 3866/1 3866/5 3866/14 3868/13 3887/24 3890/13 3890/20 3891/1 3891/3 3891/5 3891/12 3891/22 3892/11 3893/16 3903/20 3908/16 3908/19 3909/2 3909/6 3909/11 3909/15 3910/1 3911/16 3911/21 3911/22 3911/25 3912/1 3912/7 3914/8 3921/23 3932/24 3936/7
Oath Keepers' [1] 3809/25
object [3] 3819/19 3819/23 3837/13
objecting [1] 3837/10
objection [26] 3819/7 3831/5 3839/5 3839/7 3846/12 3846/19 3869/15 3882/20 3890/3 3894/24 3897/10 3908/5 3910/17 3910/19 3911/2 3916/5 3916/6 3918/5 3925/10 3927/20 3932/19 3933/16 3935/23 3936/1 3939/3 3939/21
objections [3] 3819/12 3819/15 3939/23
obligation [3] 3878/8 3882/13 3883/21
observations [1] 3858/4
observe [2] 3858/13 3867/19
obstruct [1] 3929/14
obstructing [1] 3917/21
obstruction [1] 3827/4
obtained [2] 3853/22

obviously [4] 3927/8 3936/23 3938/19 3940/19
occasions [2] 3805/19 3843/17
occurred [2] 3832/2 3932/24
October [9] 3870/1 3877/2 3902/19 3906/12 3914/11 3917/20 3918/10 3922/25 3923/1
October 5th [1] 3870/1
off [19] 3810/25 3821/4 3850/23 3852/14 3852/16 3863/23 3865/18 3867/23 3897/2 3916/24 3933/12 3941/16 3943/8 3943/20 3943/25 3944/20 3946/11
offense [6] 3880/17 3881/4 3896/23 3898/13 3898/20 3901/22
offered [1] 3872/21
office [2] 3798/16 3922/3
officer [6] 3855/22 3859/16 3864/2 3865/1 3889/19 3892/5
officers [10] 3858/14 3859/14 3863/13 3896/8 3896/10 3896/14 3911/8 3914/9 3933/1 3938/5
OFFICES [1] 3799/2
official [2] 3827/5 3929/14
often [1] 3939/8
oh [8] 3803/7 3804/4 3807/4 3819/4 3886/3 3891/7 3904/19 3916/7
OK [3] 3830/19 3831/12 3925/18
okay [73] 3801/20 3801/22 3804/19 3805/12 3807/20 3807/23 3809/21 3810/14 3811/3 3811/7 3816/4 3818/4 3819/1 3828/1 3833/5 3837/17 3846/16 3864/2 3870/5 3870/12 3870/16 3870/21 3871/19 3871/23 3872/1 3872/5 3872/11 3872/18 3872/22 3872/25 3874/5 3878/6 3878/25 3880/16 3882/17 3882/19 3882/24 3884/1 3884/7 3887/14 3895/7 3896/21 3897/16 3901/17 3906/6 3906/8 3907/4

3909/14 3910/20 3913/4 3913/19 3913/23 3914/2 3915/8 3915/14 3916/7 3918/20 3924/1 3924/2 3932/7 3932/18 3933/11 3934/11 3934/21 3941/21 3944/7 3945/1 3945/8 3947/1 3947/9 3948/11
old [1] 3905/22
omit [1] 3945/5
once [10] 3830/2 3838/6 3842/21 3851/23 3856/11 3856/25 3863/10 3884/2 3909/2 3927/19
one [71] 3802/11 3802/18 3802/19 3802/24 3805/16 3806/4 3806/24 3807/5 3808/5 3808/8 3809/22 3810/15 3810/16 3812/20 3815/5 3816/18 3817/4 3819/16 3820/15 3820/16 3820/20 3821/17 3822/4 3823/5 3831/17 3833/4 3833/9 3834/4 3834/4 3835/4 3840/22 3845/15 3854/12 3873/1 3876/23 3878/5 3880/7 3891/24 3891/24 3900/18 3901/6 3905/17 3911/14 3912/7 3918/17 3920/25 3927/14 3927/21 3928/4 3931/6 3935/3 3938/7 3939/11 3939/17 3939/18 3939/20 3941/19 3941/21 3941/23 3941/25 3942/3 3942/13 3942/20 3942/22 3945/10 3945/11 3946/10 3946/15 3946/18 3946/18 3946/20
ones [2] 3831/22 3831/25
ongoing [1] 3944/2
online [2] 3890/19 3903/22
only [22] 3811/10 3820/18 3821/14 3822/3 3822/3 3823/3 3874/25 3894/19 3905/3 3905/6 3907/1 3909/15 3921/11 3925/14 3925/5 3925/17 3934/13 3942/4 3943/6 3946/17 3946/24 3947/20
Op [1] 3925/23
open [6] 3896/4 3896/6 3906/9 3907/18

operation [1] 3883/16
opportunities [1] 3873/4
opportunity [6] 3823/20 3862/9 3870/14 3870/23 3887/15 3947/16
oppose [1] 3890/1
opposed [3] 3906/21 3907/12 3947/19
opposite [1] 3941/12
orange [1] 3886/2
order [3] 3821/16 3821/16 3837/14
organization [2] 3834/2 3904/5
organize [1] 3838/10
organized [3] 3834/10 3864/16 3940/5
organizing [1] 3833/18
original [1] 3944/5
originally [1] 3863/11
other [55] 3810/16 3811/5 3812/20 3813/13 3813/17 3814/3 3816/2 3817/13 3820/19 3829/17 3830/19 3834/7 3837/1 3840/13 3842/22 3844/20 3850/22 3851/15 3853/24 3857/11 3857/14 3864/4 3868/13 3887/24 3890/13 3890/20 3891/1 3891/3 3891/4 3891/11 3891/22 3892/7 3892/11 3899/12 3900/19 3901/2 3904/15 3904/17 3906/21 3909/6 3909/10 3913/6 3915/15 3925/19 3925/20 3929/24 3929/25 3935/24 3936/7 3938/24 3939/11 3939/16 3939/18 3940/15 3944/8
other groups [1] 3925/19
others [12] 3821/23 3822/2 3822/4 3830/1 3830/18 3835/17 3835/19 3858/6 3877/12 3878/15 3890/22 3909/3
otherwise [2] 3813/14 3896/25
our [20] 3832/11 3832/12 3833/20 3849/16 3853/25 3855/23 3856/14 3864/16 3867/7 3867/10 3867/23 3868/13 3868/22 3873/11 3893/22

**our... [5]** 3931/6 3932/5
3932/11 3943/22
3946/17
**ourselves [2]** 3836/24
3838/11
**out [63]** 3802/4
3802/17 3802/18
3813/8 3817/13 3819/7
3820/5 3823/15
3828/14 3835/24
3837/2 3838/7 3845/22
3847/7 3849/2 3850/3
3851/10 3851/24
3852/2 3862/18
3863/15 3863/20
3863/20 3864/4 3865/5
3865/7 3865/18
3867/17 3868/12
3880/3 3881/19 3886/9
3891/17 3900/21
3908/20 3909/10
3909/19 3909/20
3909/21 3909/24
3912/4 3912/18
3912/20 3912/24
3913/15 3913/16
3913/20 3921/5 3922/2
3926/22 3927/7
3927/14 3930/2
3933/18 3935/2 3935/5
3935/17 3936/15
3937/7 3942/22 3943/9
3944/17 3946/18
**outcome [1]** 3879/6
**outfitted [1]** 3805/5
**outlined [2]** 3856/19
3866/24
**outside [12]** 3818/24
3848/25 3857/12
3864/10 3868/13
3885/13 3888/9 3894/3
3927/2 3937/4 3938/1
3938/16
**over [22]** 3810/1
3810/4 3823/21
3834/15 3837/23
3849/1 3849/13
3875/10 3880/5
3881/17 3889/7 3889/8
3898/22 3899/2
3918/25 3919/4
3920/11 3920/18
3922/21 3936/22
3946/17 3947/7
**overnight [1]** 3801/22
**override [1]** 3919/18
**overruled [5]** 3839/9
3869/16 3897/11
3918/6 3925/12
**own [3]** 3884/14
3888/20 3942/18
**ownership [1]** 3827/21

**P**

**p.m [11]** 3803/2 3835/5
3835/7 3857/21
3859/20 3860/14

**PA [1]** 3861/22 3861/22
3861/22 3940/6 3949/3
**PA [1]** 3799/7
**pace [1]** 3852/25
**page [15]** 3827/6
3827/7 3827/10
3827/15 3831/9 3878/4
3878/5 3878/5 3880/7
3880/7 3880/9 3880/10
3880/13 3881/7
3924/22
**pages [1]** 3826/10
**paid [2]** 3829/18
3843/6
**pain [1]** 3850/16
**paint [2]** 3825/18
3825/21
**painting [1]** 3923/5
**Palian [2]** 3877/12
3893/7
**panel [2]** 3823/25
3894/14
**paragraph [7]** 3826/24
3827/10 3880/13
3894/23 3895/8
3896/18 3902/5
**paragraphs [1]**
3881/11
**parallel [1]** 3815/23
**parapets [1]** 3933/7
**pardon [2]** 3833/4
3833/8
**park [1]** 3884/20
**parking [1]** 3884/24
**Parler [5]** 3802/7
3806/1 3808/24
3808/25 3814/5
**part [31]** 3812/3 3812/4
3816/14 3825/16
3867/2 3868/7 3875/3
3875/10 3875/13
3875/15 3876/8 3881/1
3889/4 3895/4 3895/10
3896/3 3896/22 3898/8
3898/18 3898/19
3899/8 3902/9 3903/20
3919/22 3920/16
3929/3 3929/4 3931/20
3936/19 3943/23
3946/24
**part-time [1]** 3825/16
**partially [1]** 3935/3
**participate [1]** 3926/6
**participated [2]** 3832/1
3836/19
**particular [7]** 3803/17
3818/11 3821/14
3929/6 3932/1 3932/18
3933/20
**particularly [3]**
3812/17 3820/23
3851/6
**parties [1]** 3935/9
**parts [1]** 3882/3
**partway [1]** 3884/18
**passenger [1]** 3854/15
**passing [2]** 3808/5
3810/9

**past [6]** 3838/14
3843/25 3874/22
3896/12 3901/19
3907/3
**pastors [1]** 3833/18
**path [3]** 3847/12
3847/14 3847/17
**patriot [1]** 3832/10
3833/18
**patriotic [2]** 3836/23
3836/25
**pattern [1]** 3815/15
**pause [17]** 3823/24
3839/16 3853/5 3854/8
3854/25 3855/5
3855/17 3856/18
3857/8 3858/21
3858/25 3860/13
3860/25 3862/13
3863/2 3866/16 3880/8
**pay [1]** 3843/4
**paychecks [1]** 3859/11
**peaceful [5]** 3810/1
3810/4 3892/12 3928/6
3928/8
**Peed [13]** 3799/19
3799/19 3801/17
3803/23 3811/21
3816/22 3929/6
3932/21 3934/11
3935/23 3938/11
3939/20 3942/20
**Peed's [4]** 3802/20
3803/8 3804/8 3933/16
**penal [11]** 3820/13
3820/21 3821/12
3821/19 3821/24
3931/22 3934/14
3939/22 3941/24
3942/7 3942/14
**Pence [3]** 3867/7
3867/12 3936/20
**people [39]** 3805/8
3811/25 3813/9
3816/13 3816/15
3816/18 3817/23
3822/19 3823/10
3850/6 3850/10
3860/11 3860/11
3862/12 3863/13
3863/17 3863/19
3863/20 3863/23
3865/5 3866/18
3879/13 3879/21
3886/22 3886/23
3887/3 3899/2 3900/10
3904/16 3904/17
3926/22 3927/8 3928/2
3928/11 3929/18
3936/22 3937/3
3938/10 3940/7
**people write [1]**
3904/16
**pepper [6]** 3863/19
3892/17 3892/19
3927/8 3927/9 3928/9
**pepper-sprayed [2]**

**perfectly [1]** 3907/8
**perhaps [1]** 3935/4
**perimeter [1]** 3900/22
**period [1]** 3884/14
**periodically [2]** 3858/7
3858/8
**peripheral [1]** 3939/7
**permitted [1]** 3905/23
**person [11]** 3805/13
3811/10 3815/12
3817/20 3822/6 3829/9
3829/21 3845/15
3851/8 3863/13 3905/7
**personal [4]** 3883/6
3883/8 3884/3 3898/17
**personally [2]** 3829/12
3833/14
**personnel [1]** 3902/8
**Pezzola [35]** 3801/25
3802/6 3802/9 3802/14
3802/24 3803/12
3805/14 3806/2
3806/10 3807/12
3808/4 3808/13 3809/7
3809/25 3810/9
3810/19 3811/9
3811/11 3811/15
3811/15 3811/19
3812/16 3812/20
3813/2 3813/4 3813/5
3813/6 3813/11
3813/17 3813/21
3814/15 3815/12
3815/16 3816/8
3817/10
**Pezzola's [3]** 3808/19
3809/16 3814/25
**phalanx [1]** 3863/12
**Philadelphia [1]**
3799/7
**phone [20]** 3808/7
3810/24 3810/25
3811/1 3814/15
3838/18 3850/15
3850/20 3851/3
3851/19 3852/5 3858/5
3858/7 3858/8 3858/9
3900/4 3905/20
3910/22 3925/11
3931/3
**photograph [4]** 3802/5
3802/10 3809/1 3809/5
**photographed [1]**
3814/15
**photographs [1]**
3806/10
**photos [1]** 3935/21
**Photoshopped [1]**
3809/3
**phrased [1]** 3947/18
**physical [4]** 3892/4
3892/7 3925/4 3927/17
**physically [1]** 3927/6
**pick [1]** 3905/10
**picking [2]** 3883/17
3884/4
**piece [1]** 3802/18

**pieces [1]** 3821/3
**pigs [1]** 3823/10
**pillar [1]** 3863/10
**pin [2]** 3819/4 3877/1
**pistol [1]** 3841/22
**place [10]** 3828/16
3849/4 3862/8 3889/2
3889/9 3908/24
3924/12 3929/14
3937/4 3938/17
**placed [1]** 3824/11
**plain [1]** 3871/25
**Plaintiff [1]** 3798/4
**plan [15]** 3837/7
3849/10 3887/12
3898/9 3914/13 3921/1
3921/4 3922/1 3922/2
3922/10 3929/7 3929/7
3932/14 3933/25
3940/20
**planning [1]** 3817/25
**plans [2]** 3840/1
3840/11
**plastic [1]** 3886/2
**plate [4]** 3899/14
3899/15 3899/16
3899/17
**platform [2]** 3844/10
3864/18
**platforms [1]** 3814/4
**play [6]** 3804/10
3804/23 3811/13
3858/18 3859/20
3866/9
**played [15]** 3854/6
3855/2 3855/15 3856/3
3856/16 3857/3
3857/19 3857/24
3858/20 3858/23
3859/22 3860/23
3861/20 3863/1
3866/11
**playing [10]** 3854/24
3855/13 3856/1
3856/15 3857/2
3857/18 3857/22
3860/22 3862/25
3866/20
**Plaza [1]** 3847/3
**plea [14]** 3826/6
3826/13 3826/16
3869/4 3878/3 3878/10
3879/23 3879/25
3881/3 3882/11
3882/14 3895/11
3918/13 3919/2
**plea agreement [12]**
3826/6 3826/13
3826/16 3878/3
3878/10 3879/23
3879/25 3882/11
3882/14 3895/11
3918/13 3919/2
**plead [7]** 3826/4
3827/2 3829/7 3917/10
3918/17 3920/8
3920/23
**pleading [2]** 3919/4

**P**

**pleading...** [1] 3920/14
**please** [56] 3801/4
3806/21 3824/2
3824/10 3825/8 3826/8
3826/24 3827/7
3827/14 3830/12
3831/9 3832/7 3833/3
3834/12 3834/14
3835/2 3835/21
3836/21 3837/3 3837/8
3837/25 3838/16
3838/19 3839/14
3840/18 3841/13
3841/23 3846/6
3846/10 3854/1 3854/4
3854/24 3856/1
3856/15 3857/2
3857/18 3858/18
3859/17 3860/22
3861/18 3862/25
3866/7 3866/20 3878/3
3894/16 3896/18
3915/18 3915/19
3916/4 3916/17
3924/22 3927/22
3932/17 3938/6
3944/12 3945/12
**pled** [4] 3917/15
3917/16 3923/2
3930/19
**plenty** [2] 3887/15
3948/19
**plugged** [1] 3807/1
**plus** [1] 3919/7
**PO** [1] 3799/3
**point** [44] 3806/15
3809/23 3810/7
3812/19 3813/8 3816/5
3816/9 3818/8 3818/13
3820/12 3822/7
3825/17 3828/15
3828/18 3829/9
3829/15 3837/7 3855/5
3855/7 3856/6 3856/23
3857/12 3857/15
3858/10 3858/12
3859/21 3860/8 3861/1
3862/6 3864/18
3865/15 3866/1
3886/14 3888/3
3891/21 3892/21
3907/2 3907/9 3912/16
3926/14 3929/25
3932/25 3935/13
3942/13
**points** [1] 3813/23
**police** [37] 3805/23
3806/18 3855/22
3858/13 3859/5 3859/8
3859/9 3859/16
3863/12 3863/12
3863/19 3864/2 3865/1
3865/3 3865/5 3865/17
3885/18 3885/21
3886/17 3889/19
3896/8 3896/10
3896/14 3899/21

3908/10
3908/11 3908/20
3909/19 3911/15
3912/18 3913/15
3913/16 3914/8
3928/12 3928/14
3930/1
**political** [2] 3829/9
3843/15
**politicians** [3] 3940/3
3940/9 3940/18
**politics** [1] 3829/10
**Pool** [3] 3848/1 3848/4
3848/6
**Pool area** [1] 3848/6
**portion** [3] 3811/20
3939/12 3944/4
**posed** [2] 3943/6
3943/7
**position** [5] 3802/16
3814/17 3821/5 3911/9
3942/11
**possible** [1] 3871/16
**post** [6] 3802/7 3807/6
3808/24 3808/25
3809/1 3814/9
**posted** [1] 3818/21
**posts** [1] 3806/11
**potentially** [1] 3812/11
**power** [1] 3834/19
**powerless** [1] 3832/11
**praying** [1] 3832/18
**prejudice** [1] 3817/19
**prejudicial** [3] 3813/12
3815/1 3817/18
**prep** [1] 3877/14
**preparation** [5]
3873/21 3873/25
3874/6 3874/18 3876/8
**prepare** [2] 3875/2
3943/15
**prepared** [1] 3926/9
**preparing** [2] 3874/24
3926/6
**presence** [1] 3895/18
**present** [3] 3801/18
3821/21 3849/7
**present-sense** [1]
3821/21
**presented** [6] 3823/11
3881/17 3931/19
3943/17 3945/12
3946/4
**presenting** [2] 3905/24
3935/9
**presently** [1] 3928/24
**President** [10] 3809/25
3814/5 3829/1 3834/22
3838/5 3839/18
3921/20 3921/24
3922/11 3936/9
**President Trump** [2]
3829/1 3839/18
**Presidential** [2]
3828/20 3828/21
**presiding** [1] 3801/3
**pressed** [1] 3812/13
**pressure** [1] 3902/14

**pretty** [2] 3808/15
3843/17
**prevent** [1] 3832/23
3895/24
**preview** [1] 3819/14
**previous** [2] 3883/9
3914/20
**previously** [1] 3862/3
3906/4
**primarily** [2] 3840/16
3935/5
**prior** [9] 3886/14
3905/24 3906/25
3907/11 3919/4
3947/15 3948/4 3948/7
3948/15
**probability** [1] 3941/6
**probably** [8] 3818/23
3838/21 3839/1
3862/15 3866/6
3868/17 3907/2 3931/2
**probative** [4] 3813/11
3817/17 3940/8
3940/10
**problem** [2] 3808/2
3944/2
**problematic** [2]
3812/16 3943/17
**problems** [1] 3943/7
**proceeding** [4] 3827/5
3889/9 3892/23
3929/14
**proceedings** [4]
3798/9 3801/19 3949/3
3950/4
**process** [5] 3829/2
3875/10 3879/12
3879/20 3943/15
**processing** [1] 3829/6
**produced** [5] 3837/14
3837/15 3873/16
3908/17 3908/18
**productive** [1] 3907/3
**profession** [1] 3825/15
**proffer** [5] 3870/9
3870/13 3870/17
3877/1 3914/22
**proffered** [1] 3911/3
**promise** [3] 3827/17
3878/18 3879/5
**proper** [3] 3911/4
3946/15 3947/14
**proposed** [1] 3942/20
**proposition** [1] 3822/1
**prosecuted** [1]
3871/11
**prosecution** [1]
3878/15
**prospective** [1] 3810/3
**protecting** [1] 3905/8
**protection** [1] 3844/8
**protest** [2] 3810/1
3810/4
**protesters** [1] 3850/3
**Proud** [17] 3802/12
3803/4 3805/20 3806/3
3806/5 3806/13

3814/4 3814/6 3815/6
3815/16 3817/20
3817/25 3818/6
3818/12
**Proud Boys** [13]
3802/12 3803/4
3805/20 3806/3 3806/5
3806/13 3806/17
3811/6 3814/6 3815/16
3817/25 3818/6
3818/12
**provide** [5] 3844/8
3873/5 3921/23
3945/25 3946/17
**provided** [2] 3943/3
3945/13
**providing** [1] 3843/24
3877/21 3900/22
**provision** [1] 3878/8
**public** [3] 3808/24
3808/25 3843/17
**publish** [3] 3826/18
3831/3 3916/4
**pull** [7] 3804/12 3910/6
3915/18 3915/18
3944/11 3944/14
3947/3
**pulled** [2] 3804/22
3918/13
**pun** [1] 3876/21
**Punta** [1] 3799/16
**puppet** [3] 3835/24
3836/14 3836/15
**purchase** [1] 3898/8
**purchased** [1] 3898/17
**pure** [1] 3937/12
**purpose** [1] 3891/22
**purposes** [3] 3821/13
3947/5 3947/6
**pursuant** [1] 3878/8
**push** [4] 3896/12
3927/6 3928/3 3928/3
**pushed** [2] 3820/24
3927/13
**pushing** [4] 3862/12
3892/15 3892/18
3899/2
**put** [17] 3811/21
3811/24 3813/18
3814/21 3817/10
3819/4 3852/17
3852/18 3881/24
3882/2 3899/9 3910/24
3911/1 3931/9 3941/15
3947/5 3948/13
**puts** [1] 3936/3
**putting** [2] 3937/10
3939/8

**Q**

**QRF** [4] 3805/10
3841/11 3940/5 3941/3
**Queen** [1] 3799/7
**question** [18] 3810/16
3812/15 3821/6 3823/2
3872/9 3875/19
3875/21 3876/10

3876/17
**questioned** [1]
3876/11
**questioning** [2] 3906/7
3911/25
**questions** [28] 3850/7
3869/17 3869/25
3870/15 3871/4 3873/5
3873/22 3874/3
3875/11 3877/15
3877/22 3887/19
3887/20 3907/2
3907/20 3911/12
3916/8 3916/10
3922/13 3923/15
3923/17 3924/3 3924/6
3928/5 3929/6 3929/8
3930/22 3947/18
**quietly** [1] 3901/1
**quite** [5] 3837/19
3856/7 3881/12
3911/19 3912/12
**quote** [2] 3819/23
3822/8
**quoting** [1] 3819/22

**R**

**racks** [1] 3886/6
**radicals** [1] 3840/7
**radio** [5] 3900/3 3900/4
3900/6 3900/11 3901/4
**railings** [1] 3854/13
**raise** [3] 3824/10
3836/5 3848/2
**raised** [2] 3805/25
3912/18
**Rakoczy** [2] 3798/14
3801/11
**rally** [3] 3802/10
3839/18 3839/21
**ran** [3] 3830/7 3848/7
3941/16
**range** [6] 3880/14
3880/19 3880/21
3920/10 3920/10
3920/12
**rape** [1] 3832/12
**rather** [2] 3900/25
3947/15
**re** [2] 3909/4 3943/15
**re-ask** [1] 3909/4
**re-review** [1] 3943/15
**reach** [1] 3863/7
**read** [16] 3827/14
3834/14 3837/18
3838/1 3872/15
3874/21 3880/16
3895/9 3925/8 3941/13
3941/14 3943/20
3943/22 3944/24
3945/3 3945/17
**reading** [2] 3837/11
3933/8
**ready** [4] 3814/10

**R**

**ready...** [3] 3824/6
3877/25 3930/25
**real** [1] 3817/19
**realized** [2] 3863/14
3948/14
**really** [12] 3815/1
3815/19 3818/1
3828/16 3839/6
3839/10 3848/7 3851/8
3851/14 3852/23
3890/2 3903/21
**reason** [10] 3814/24
3817/9 3908/24
3929/24 3939/11
3944/8 3947/22
3947/22 3948/3 3948/8
**reasons** [3] 3820/19
3917/15 3918/17
**rebut** [2] 3812/24
3813/6
**recall** [18] 3803/17
3803/18 3822/24
3839/17 3855/18
3859/9 3872/24
3879/23 3885/23
3886/4 3902/5 3902/9
3906/23 3907/15
3907/21 3908/1 3934/1
3939/1
**recalling** [1] 3822/13
**receive** [5] 3820/3
3820/5 3827/18
3848/18 3848/21
**received** [4] 3820/2
3826/21 3831/7
3852/21
**recess** [3] 3894/10
3894/11 3949/2
**recharacterize** [1]
3906/6
**recognize** [1] 3910/9
**recollection** [7]
3873/14 3874/8 3875/7
3876/16 3876/25
3896/20 3903/7
**recommendation** [1]
3923/23
**recon** [1] 3897/19
**reconnect** [3] 3864/4
3864/7 3864/8
**reconvened** [1]
3864/13
**record** [7] 3809/18
3846/10 3846/13
3946/2 3948/11
3948/13 3950/3
**records** [1] 3810/25
**recount** [1] 3921/20
**recounted** [1] 3924/13
**RECROSS** [1] 3800/4
**rectifying** [1] 3834/23
**red** [1] 3865/2
**redirect** [3] 3800/4
3922/16 3945/4
**reduced** [2] 3879/2
**refer** [1] 3872/9
**reference** [2] 3809/9

**referenced** [1] 3922/25
**referring** [5] 3807/15
3836/17 3872/14
3911/22 3926/2
**reflect** [2] 3846/10
3846/13
**reflected** [1] 3874/16
**reflection** [4] 3848/1
3848/4 3848/5 3869/12
**Reflection Pool** [2]
3848/1 3848/4
**refresh** [3] 3874/8
3896/19 3897/14
**refused** [1] 3847/20
**refusing** [1] 3838/13
**regard** [1] 3820/7
**regardless** [3] 3811/8
3822/9 3923/23
**rehearsed** [1] 3875/23
**related** [1] 3806/1
**relationship** [4]
3806/10 3808/3 3808/5
3809/15
**relaxers** [2] 3850/17
3852/5
**relayed** [2] 3845/1
3847/19
**relevance** [4] 3805/13
3806/15 3811/12
3813/25
**relevant** [6] 3806/12
3807/12 3812/6
3812/10 3816/8 3821/9
**reliable** [1] 3934/14
**remain** [1] 3819/24
**remaining** [1] 3931/6
**remember** [24] 3807/5
3834/15 3838/12
3855/21 3858/16
3859/1 3874/17
3876/17 3876/19
3876/21 3881/6
3897/14 3897/14
3898/6 3903/4 3903/6
3903/9 3924/7 3925/15
3925/21 3929/8
3934/22 3934/23
3935/11
**remembering** [1]
3917/13
**remind** [1] 3805/1
**remove** [3] 3824/15
3894/21 3916/17
**removed** [1] 3946/4
**rendered** [1] 3816/6
**rent** [1] 3853/12
**repeat** [2] 3807/22
3868/6
**repeatedly** [2] 3816/15
3816/16
**rephrase** [1] 3927/22
**reporter** [1] 3873/12
**represent** [2] 3834/24
3869/23
**representation** [1]
3827/17
**representative** [2]

**Republicans** [1]
3928/18
**Requests** [2] 3833/16
3833/25
**reread** [1] 3945/18
**rescued** [1] 3914/8
**reservation** [2] 3843/2
3843/7
**resisting** [1] 3840/9
**resolve** [3] 3835/13
3932/5 3932/11
**resolved** [1] 3931/24
**respect** [4] 3821/18
3874/24 3874/25
3893/5
**respectfully** [2]
3911/20 3942/4
**respond** [5] 3809/23
3835/7 3873/8 3875/18
3925/2
**responder** [1] 3904/2
**responding** [1] 3814/6
**responds** [1] 3837/9
**response** [5] 3808/19
3813/24 3849/12
3851/1 3889/21
**responsibility** [1]
3882/14
**responsible** [1]
3905/13
**rest** [10] 3820/1 3847/6
3848/24 3849/2 3849/2
3853/24 3865/25
3884/19 3927/13
3927/25
**Restricted** [1] 3886/8
**rests** [1] 3879/9
**result** [1] 3908/19
**resulting** [1] 3920/4
**results** [1] 3928/22
**resume** [2] 3893/23
3932/14
**retrospective** [2]
3809/10 3809/24
**return** [1] 3869/2
**returned** [1] 3865/19
**reveal** [1] 3921/8
**review** [1] 3943/15
**reviewed** [1] 3844/5
**revolution** [2] 3836/1
3924/25
**revolution/Civil War** [2]
3836/1 3924/25
**rhetoric** [1] 3815/15
**Rhodes** [23] 3816/15
3816/24 3817/5 3818/6
3818/15 3822/10
3833/17 3833/21
3833/23 3834/10
3835/22 3837/9 3838/1
3838/17 3841/11
3844/22 3851/20
3866/19 3867/4 3905/4
3924/23 3941/1 3941/9
**Rhodes'** [2] 3810/8
3810/13
**Rick** [16] 3842/6

3842/22 3844/17
3845/13 3854/19
3857/1 3861/7 3864/11
3864/21 3865/4
3865/10 3868/22
3911/22 3912/1
**Rick Jackson** [2]
3911/22 3912/1
**Rick's** [1] 3869/1
**ride** [1] 3869/1
**rifles** [1] 3841/17
**rig** [1] 3843/22
**right** [207]
**rights** [2] 3819/22
3822/8
**Rings** [1] 3831/19
**RIOS** [2] 3799/11
3799/15
**riot** [6] 3823/10
3823/15 3865/3
3895/20 3935/17
3938/4
**rioting** [1] 3937/10
**ripping** [1] 3823/10
**rise** [5] 3801/2 3814/23
3893/25 3932/16
3949/1
**RM** [3] 3894/20
3915/18 3916/4
**RM-154** [1] 3894/20
**RM-309** [2] 3915/18
3916/4
**RMR** [2] 3950/2 3950/8
**Robert** [1] 3799/10
**Roberta** [1] 3912/13
**Roberta Minuta** [1]
3912/13
**ROBERTO** [7] 3798/6
3801/8 3815/13
3869/23 3901/6
3909/20 3910/6
**Roberto A. Minuta** [1]
3801/8
**Roberto Minuta** [5]
3815/13 3869/23
3901/6 3909/20 3910/6
**rode** [3] 3842/6
3842/22 3847/11
**Roger** [25] 3843/13
3843/14 3844/4
3844/13 3844/16
3845/25 3847/1 3847/2
3847/4 3847/6 3847/8
3853/1 3853/3 3868/4
3868/8 3883/6 3883/11
3883/17 3883/21
3884/3 3899/25
3900/21 3905/7
3905/11 3905/14
**Roger Stone** [21]
3843/13 3843/14
3844/4 3844/13
3844/16 3845/25
3847/6 3847/8 3853/3
3868/4 3868/8 3883/6
3883/11 3883/17
3883/21 3884/3

3905/7 3905/11
3905/14
**Roger Stone's** [4]
3847/1 3847/2 3847/4
3853/1
**role** [3] 3832/17 3910/2
3942/18
**roll** [1] 3819/14
**rolled** [2] 3932/24
3936/6
**room** [15] 3829/19
3829/20 3830/8 3830/9
3833/16 3843/4
3850/11 3851/21
3851/24 3851/25
3852/2 3852/3 3852/6
3884/13 3884/14
**rooms** [1] 3830/20
3884/12
**Rotunda** [3] 3863/6
3863/7 3928/2
**rough** [2] 3876/25
3883/3
**roughly** [3] 3882/25
3909/16 3920/18
**route** [1] 3847/8
**rows** [2] 3933/6 3938/2
**rule** [5] 3821/4 3839/8
3933/21 3944/9
3944/10
**Rule 106** [2] 3944/9
3944/10
**Rule 804's** [1] 3933/21
**ruled** [9] 3820/17
3933/17 3934/2 3934/6
3934/12 3934/16
3934/17 3934/18
3934/20
**rules** [2] 3870/20
3877/8
**ruling** [5] 3815/4
3821/7 3822/14 3823/1
3931/22
**run** [3] 3834/2 3864/1
3900/25
**Russian** [1] 3832/21

**S**

**safety** [1] 3912/8
**safety...fact** [1]
3911/17
**said** [69] 3808/11
3821/21 3822/10
3828/24 3830/2 3834/3
3834/20 3843/8 3847/7
3848/16 3849/15
3851/16 3851/23
3851/25 3852/10
3853/12 3854/17
3862/3 3864/2 3865/25
3867/16 3869/9
3869/10 3872/4
3873/17 3874/22
3879/4 3881/8 3886/8
3887/23 3890/8
3891/11 3891/11
3891/13 3891/18

**said... [34]** 3893/6
3901/16 3901/20
3901/22 3903/17
3904/19 3906/4 3906/5
3910/5 3911/7 3911/8
3911/21 3912/3
3912/10 3914/5 3914/7
3915/6 3924/16 3935/1
3936/24 3936/25
3937/2 3937/4 3937/9
3938/9 3938/16
3938/18 3939/1
3939/14 3940/3 3942/8
3942/12 3942/14
3948/15
**sake [1]** 3946/3
**same [26]** 3802/21
3802/22 3803/13
3804/15 3804/17
3804/17 3804/21
3809/5 3813/9 3821/20
3833/16 3835/3
3836/22 3840/5
3841/14 3842/22
3852/14 3862/18
3867/2 3894/24 3901/4
3903/21 3904/15
3909/23 3916/5 3925/1
**sampling [1]** 3925/7
**Sapper [12]** 3842/16
3842/17 3842/17
3844/17 3845/14
3850/13 3854/19
3857/1 3861/7 3861/9
3864/11 3887/21
**sat [5]** 3871/20 3874/2
3875/6 3902/20
3937/13
**satisfy [3]** 3879/15
3888/20 3933/20
**Saturday [1]** 3833/20
**saw [17]** 3839/20
3858/7 3859/13 3862/9
3865/1 3872/23
3886/19 3891/5
3908/14 3909/19
3914/3 3914/5 3926/1
3930/12 3935/6 3942/1
3944/13
**say [29]** 3805/11
3807/2 3807/3 3816/16
3817/24 3818/3
3819/24 3820/16
3825/20 3827/15
3838/20 3838/21
3845/19 3867/9 3872/7
3876/13 3876/16
3902/21 3906/5
3906/19 3908/23
3911/23 3925/25
3926/19 3929/12
3937/22 3940/20
3942/6 3947/14
**saying [18]** 3806/7
3814/6 3822/19
3855/18 3859/9
3859/10 3867/4 3867/6

3895/15 3902/6 3908/1
3912/7 3936/2 3937/18
3940/6 3940/14
**says [30]** 3802/8
3805/4 3805/8 3805/10
3807/8 3807/9 3808/16
3808/17 3809/9
3809/25 3814/9
3814/10 3820/24
3835/11 3840/24
3878/11 3895/11
3896/23 3897/6
3897/13 3897/22
3898/20 3899/11
3900/3 3902/5 3906/23
3910/13 3933/15
3936/4 3946/15
**scaffolding [3]** 3937/3
3938/1 3938/16
**scene [6]** 3806/17
3850/12 3866/13
3927/5 3928/6 3928/7
**school [1]** 3905/22
**scott [3]** 3799/14
3799/17 3801/16
**Scott Weinberg [1]**
3801/16
**scrambling [1]** 3943/8
**screen [2]** 3830/17
3943/10
**screenshot [3]** 3803/2
3804/7 3804/8
**screenshots [1]**
3805/16
**scripts [1]** 3939/8
**scroll [4]** 3807/18
3807/19 3826/11
3830/15
**scuffling [1]** 3806/18
**seat [3]** 3824/14
3854/11 3854/15
**seated [4]** 3801/4
3824/2 3894/16
3932/17
**second [21]** 3802/21
3806/7 3816/5 3822/7
3827/10 3827/14
3835/4 3846/9 3853/5
3854/18 3854/21
3855/6 3855/17
3877/11 3905/20
3912/12 3931/15
3939/19 3941/23
3943/11 3944/14
**seconds [10]** 3835/7
3854/3 3854/4 3854/25
3855/6 3857/7 3859/18
3866/9 3866/22
3866/25
**section [1]** 3826/24
**secure [1]** 3817/6
**security [27]** 3843/13
3843/21 3843/25
3848/25 3849/13
3851/16 3852/20
3852/22 3866/19
3883/6 3883/8 3884/3

3898/18 3899/24
3900/15 3900/17
3900/22 3901/18
3909/7 3943/22
3943/23 3944/15
3944/25 3945/3 3945/5
**seditious [5]** 3827/4
3890/1 3917/25 3918/3
3930/20
**seditious conspiracy
[1]** 3930/20
**see [46]** 3802/21
3804/14 3804/21
3807/10 3814/10
3820/9 3840/23 3846/3
3856/19 3859/24
3860/10 3860/15
3863/10 3865/12
3873/16 3880/13
3880/14 3882/25
3884/24 3885/1
3885/17 3885/21
3885/24 3886/5 3886/8
3887/5 3887/6 3888/25
3893/24 3894/8
3896/10 3896/16
3896/17 3898/23
3899/2 3899/6 3900/10
3909/24 3910/25
3913/24 3915/23
3932/15 3935/15
3941/12 3944/16
3948/21
**see them [1]** 3910/25
**seeing [3]** 3839/17
3840/1 3904/15
**seek [1]** 3828/14
**Seekers' [1]** 3946/25
**seeks [2]** 3826/18
3831/3
**seem [5]** 3813/6
3813/20 3832/14
3838/23 3844/3
**seemed [1]** 3901/14
**seems [3]** 3813/9
3815/1 3818/21
**seen [8]** 3818/20
3828/16 3872/3 3872/6
3886/15 3886/16
3891/4 3914/6
**select [1]** 3939/6
**self [2]** 3913/7 3942/18
**self-exculpatory [1]**
3913/7
**Senate [1]** 3820/25
**send [1]** 3802/25
**sending [2]** 3811/14
3903/9
**sends [5]** 3807/14
3809/24 3819/10
3835/5 3932/23
**sense [4]** 3821/21
3851/6 3891/19
3942/18
**sent [17]** 3803/1
3803/11 3803/15
3812/12 3830/23

3833/11 3833/16
3834/13 3835/22
3903/8 3940/1 3943/24
3945/14 3948/1
**sentence [19]** 3827/11
3827/14 3827/17
3879/2 3879/24 3880/2
3880/16 3917/21
3918/14 3918/18
3918/22 3923/22
3923/24 3937/22
3943/25 3944/1
3944/20 3945/6
3945/19
**sentences [1]** 3851/9
**sentencing [4]** 3880/3
3880/19 3917/18
3919/22
**sentiment [2]** 3844/5
3844/6
**sentiments [4]** 3810/8
3810/10 3810/12
3810/13
**separate [4]** 3871/10
3874/2 3946/7 3946/20
**separated [1]** 3888/6
**September [1]** 3877/17
**sequence [3]** 3883/3
3890/1 3909/23
**series [1]** 3929/5
**serious [3]** 3928/21
**seriously [1]** 3832/9
**services [1]** 3921/23
**session [12]** 3798/7
3801/3 3870/6 3870/13
3870/17 3872/16
3873/1 3875/22 3876/8
3877/2 3877/11
3877/14
**session, [1]** 3870/10
**session, right [1]**
3870/10
**sessions [1]** 3877/18
**set [3]** 3819/16 3866/4
3869/25 3873/19
3880/18 3943/19
**seven [2]** 3888/16
3920/19
**several [6]** 3871/20
3896/14 3904/19
3908/10 3913/15
3943/7
**shaking [1]** 3873/11
**shared [1]** 3810/25
**Sharon [3]** 3936/6
3938/23 3939/1
**she [2]** 3943/22
3944/24
**shield [1]** 3935/17
**shields [4]** 3823/10
3823/15 3933/1 3938/4
**Shipley [24]** 3799/2
3799/3 3801/14
3805/18 3805/24
3807/24 3812/21
3869/18 3869/23
3893/21 3894/18

3905/19 3911/3
3911/24 3912/22
3920/18 3923/1 3924/3
3925/4 3928/5 3929/6
3947/12
**Shipley's [1]** 3809/23
**shirt [7]** 3896/25
3897/1 3897/5 3897/6
3897/7 3897/8 3898/5
**Shit [1]** 3837/6
**short [1]** 3851/9
**shortly [6]** 3859/7
3893/24 3894/8
3909/22 3913/20
3932/15
**shot [1]** 3899/20
**should [8]** 3817/24
3823/18 3837/11
3859/10 3859/12
3931/2 3944/5 3947/14
**shouldn't [2]** 3838/24
3859/11
**shoved [1]** 3863/14
**shoving [4]** 3862/12
3863/13 3892/16
3892/18
**show [30]** 3801/23
3802/3 3802/23 3803/5
3803/15 3806/5
3807/11 3807/12
3810/25 3811/8
3811/14 3812/6
3812/11 3815/14
3816/10 3819/5 3819/7
3823/12 3823/14
3832/11 3839/23
3849/8 3874/7 3897/13
3915/6 3933/21
3933/23 3934/8
3935/10 3940/10
**showed [4]** 3901/9
3901/14 3937/25
3939/18
**showing [6]** 3812/4
3812/9 3812/10
3823/13 3841/5 3939/6
**shown [8]** 3802/5
3806/1 3837/16
3874/10 3874/11
3903/2 3935/12
3944/21
**shows [1]** 3804/15
**sic [3]** 3828/7 3828/20
3839/18
**side [19]** 3802/14
3802/14 3803/4
3806/14 3854/13
3856/5 3856/12
3856/13 3861/5 3866/2
3870/23 3885/5
3885/15 3885/19
3885/22 3886/11
3886/18 3886/23
3934/8
**sidearm [2]** 3841/18
3841/21
**sign [6]** 3870/17

**sign... [5]** 3882/8
3882/15 3890/8
3890/10 3895/10
**Signal [12]** 3808/16
3816/22 3817/1 3830/8
3830/10 3830/22
3841/1 3841/2 3914/8
3925/20 3925/21
3947/3
**signed [4]** 3881/8
3882/10 3895/9
3896/23
**significantly [1]**
3880/24
**signs [2]** 3870/18
3886/8
**silent [1]** 3819/24
**similar [3]** 3828/12
3835/17 3883/8
**simply [5]** 3809/20
3876/10 3905/23
3907/9 3946/3
**since [3]** 3819/10
3850/20 3909/3
**singing [1]** 3860/12
**single [1]** 3820/15
**sir [4]** 3824/16 3894/7
3897/17 3930/24
**sit [8]** 3838/6 3870/14
3873/4 3873/14
3880/23 3889/25
3895/13 3916/23
**sits [1]** 3840/8
**sitting [4]** 3846/7
3846/9 3871/9 3911/11
**six [5]** 3877/10
3880/20 3890/24
3920/19 3923/2
**six months [2]**
3877/10 3923/2
**skipping [1]** 3837/23
**skirted [1]** 3885/13
**sky [3]** 3906/21
3906/22 3906/24
**slaves [1]** 3835/9
**sleeve [8]** 3896/25
3897/1 3897/4 3897/5
3897/6 3897/6 3897/8
3898/5
**slide [27]** 3832/7
3833/3 3833/11
3834/12 3835/6
3835/21 3836/21
3837/3 3837/8 3838/8
3838/16 3838/19
3839/14 3840/19
3841/3 3924/22
3925/1 3941/15 3942/5
3943/18 3943/21
3944/12 3944/18
3944/21 3945/17
3946/10 3946/16
**Slide 3 [1]** 3943/18
**Slide 6 [1]** 3924/22
**slides [12]** 3830/14
3837/14 3837/15
3837/18 3837/23

3945/15 3946/3 3946/5
3946/14
**sloppy [1]** 3946/12
**slowly [1]** 3835/9
**small [1]** 3925/7
**smashing [1]** 3802/24
**snapping [1]** 3935/21
**snow [2]** 3885/24
3886/1
**so [234]**
**so I think [2]** 3811/16
3817/22
**So this document [1]**
3895/10
**So this golf [1]** 3854/9
**So this is [1]** 3812/3
**so.' [1]** 3937/1
**social [1]** 3814/4
**socialize [1]** 3904/13
**some [60]** 3802/4
3809/2 3814/24 3816/2
3817/13 3819/11
3819/12 3819/20
3819/21 3820/10
3822/8 3822/16
3822/23 3823/20
3823/21 3829/5
3829/20 3832/4 3832/5
3834/8 3838/3 3841/16
3841/17 3847/11
3847/23 3848/22
3850/17 3852/4 3852/4
3852/16 3865/22
3874/3 3874/10
3874/16 3875/13
3876/9 3878/19
3882/17 3884/12
3887/24 3888/3 3891/5
3892/15 3903/2
3904/22 3913/6 3924/3
3925/21 3928/5
3931/21 3932/11
3932/25 3933/18
3933/22 3934/4
3935/16 3936/7
3938/21 3939/1
3946/10
**somebody [7]** 3821/21
3844/9 3844/9 3864/22
3900/25 3912/25
3947/3
**somehow [3]** 3815/20
3844/11 3921/7
**someone [5]** 3833/6
3833/12 3864/24
3932/18 3940/2
**something [18]**
3821/22 3822/10
3825/17 3828/18
3831/15 3836/11
3839/22 3844/10
3849/5 3851/12
3862/21 3862/22
3912/6 3924/11
3924/12 3926/24
3935/6 3945/22
**somewhere [3]**

3945/24
**soon [1]** 3840/1
**sorry [24]** 3802/17
3803/23 3807/4
3814/14 3833/9
3836/10 3868/6 3873/7
3873/10 3880/11
3893/21 3910/18
3911/23 3915/5
3915/10 3916/8 3922/7
3931/20 3933/2 3933/3
3933/8 3933/10
3947/12 3948/9
**sort [12]** 3809/6
3817/19 3821/16
3842/20 3851/11
3856/11 3903/15
3904/14 3906/4 3913/5
3913/7 3943/19
**sought [1]** 3812/24
**sounds [1]** 3823/20
**Southern [1]** 3842/11
**spartans [1]** 3820/25
**speak [2]** 3914/4
3923/19
**speaker [1]** 3820/18
**speaking [7]** 3846/21
3847/9 3847/24
3847/25 3851/18
3855/12 3867/21
**speaks [1]** 3843/17
**specific [9]** 3828/9
3850/8 3878/10
3878/18 3887/13
3895/16 3922/6 3922/8
3929/7
**specifically [16]**
3817/19 3828/19
3850/18 3855/5 3855/8
3867/16 3872/17
3874/23 3888/19
3890/23 3896/16
3902/24 3924/10
3924/23 3934/1
3935/24
**specificity [1]** 3932/1
**specifics [1]** 3825/13
**specify [1]** 3846/20
**spectrum [1]** 3839/11
**speeding [1]** 3926/12
**spelling [1]** 3825/9
**spent [3]** 3818/24
3883/5 3890/14
**spoke [1]** 3922/9
**spontaneous [2]**
3865/9 3910/3
**spot [1]** 3855/9
**spray [4]** 3863/19
3892/17 3892/19
3928/9
**sprayed [2]** 3927/8
3927/9
**spread [1]** 3900/21
**sprinted [1]** 3863/20
**stab [3]** 3899/21
3899/23 3899/25
**stabbed [1]** 3899/20

**stage [4]** 3848/5
3847/13 3847/15
3847/18
**stairs [6]** 3886/12
3908/10 3908/11
3908/25 3911/16
3913/16
**stand [9]** 3807/9
3809/10 3814/7
3814/11 3823/22
3911/21 3912/25
3916/17 3939/2
**standing [13]** 3805/2
3805/10 3814/4
3848/25 3849/3
3859/12 3895/19
3896/8 3896/11
3900/18 3902/13
3935/20 3940/6
**stands [4]** 3822/1
3851/10 3894/10
3949/2
**start [10]** 3810/22
3825/8 3831/9 3836/23
3854/3 3854/4 3872/14
3905/24 3931/16
3931/24
**started [19]** 3811/22
3850/4 3850/5 3859/8
3863/17 3865/5
3867/15 3879/13
3883/14 3883/17
3884/4 3909/25 3928/3
3928/3 3936/12
3936/15 3937/3
3938/10 3948/25
**starting [1]** 3865/4
**starts [1]** 3816/16
**state [5]** 3812/12
3813/3 3816/10 3821/8
3834/4
**statement [29]**
3821/12 3821/24
3823/1 3881/3 3881/19
3895/8 3896/23
3898/12 3898/20
3901/22 3902/9 3906/2
3906/25 3907/11
3907/12 3912/15
3912/24 3913/2 3940/9
3941/24 3942/2 3942/7
3942/13 3947/15
3947/17 3947/21
3948/5 3948/7 3948/16
**statements [15]**
3820/13 3820/13
3820/21 3820/23
3821/18 3830/18
3844/3 3905/24
3905/24 3905/25
3931/22 3932/19
3934/2 3939/6 3939/24
**STATES [10]** 3798/1
3798/3 3798/10 3801/7
3826/2 3860/17
3861/15 3861/23
3869/11 3921/24
**stating [1]** 3825/9

**stayed [5]** 3842/22
3845/20 3851/3
3867/25 3896/15
**staying [2]** 3845/25
3849/25
**steal [1]** 3948/24
**step [3]** 3888/24
3894/3 3930/24
**steps [25]** 3859/25
3860/4 3860/6 3860/9
3864/15 3864/19
3864/21 3865/4 3865/6
3865/13 3865/14
3865/18 3865/19
3886/18 3886/20
3886/25 3887/2 3887/5
3892/11 3909/25
3926/19 3929/10
3929/11 3929/13
3933/5
**Stewart [12]** 3818/6
3833/17 3833/21
3833/23 3834/10
3835/22 3838/1
3844/22 3851/20
3905/4 3941/1 3941/9
**Stewart Rhodes [11]**
3818/6 3833/17
3833/21 3833/23
3834/10 3835/22
3844/22 3851/20
3905/4 3941/1 3941/9
**still [12]** 3822/10
3822/22 3823/18
3833/9 3838/5 3852/14
3852/15 3856/20
3858/5 3858/6 3886/15
3895/19
**stolen [2]** 3829/3
3831/24
**Stone [27]** 3818/5
3818/15 3843/13
3843/14 3844/4
3844/13 3844/16
3845/25 3847/6 3847/8
3847/20 3847/20
3848/17 3849/15
3853/3 3868/4 3868/8
3883/6 3883/11
3883/17 3883/21
3884/3 3899/25
3900/21 3905/7
3905/11 3905/14
**Stone's [8]** 3847/1
3847/2 3847/4 3847/12
3848/18 3848/23
3853/1 3853/18
**stood [6]** 3863/24
3864/1 3864/2 3864/15
3889/12 3889/16
**stop [14]** 3838/2
3855/23 3861/25
3867/12 3878/6
3902/14 3902/17
3914/13 3921/2 3922/2

**stop... [4]** 3922/10
3929/1 3929/2 3929/21
**stop counting [1]**
3929/2
**stopped [2]** 3848/7
3862/3
**storm [2]** 3937/4
3938/17
**storming [1]** 3823/9
**story [1]** 3870/23
**straight [2]** 3930/6
3930/10
**strapped [1]** 3902/3
**street [4]** 3798/17
3799/11 3799/20
3856/8
**strengthen [1]** 3836/24
**stretch [1]** 3884/20
**structured [1]** 3907/10
**stuff [5]** 3819/21
3819/21 3819/21
3924/19 3942/1
**SUAREZ [2]** 3799/11
3799/14
**subject [1]** 3912/17
**subsequent [1]**
3812/25
**substance [6]** 3906/2
3906/20 3907/7
3907/12 3947/17
3947/20
**substantial [1]** 3912/6
**such [1]** 3898/17
**suggest [2]** 3813/20
3844/3
**suggested [2]** 3817/14
3889/19
**suggesting [1]**
3810/12
**suggestion [1]**
3812/19
**suggests [1]** 3810/11
**Suite [2]** 3799/16
3799/20
**summary [1]** 3882/18
**support [3]** 3816/2
3933/22 3938/18
**supporters [1]** 3936/24
**supporting [1]**
3941/10
**supposed [4]** 3868/2
3868/3 3868/8 3905/7
**Supreme [3]** 3822/1
3833/19 3891/5
**Supreme Court [3]**
3822/1 3833/19 3891/5
**sure [13]** 3808/15
3813/19 3837/19
3846/22 3872/20
3872/21 3911/10
3912/12 3912/21
3918/16 3935/7
3945/12 3945/23
**surge [2]** 3937/11
3937/24
**surges [1]** 3938/1
**surging [2]** 3937/3

**surprised [1]** 3875/12
**surrounded [1]** 3942/9
**sustained [1]** 3916/6
3927/21
**swapped [1]** 3946/18
**swore [1]** 3917/13
**SWORN [1]** 3825/2

**T**
**table [1]** 3879/13
**tactical [4]** 3897/22
3897/23 3899/11
3901/23
**take [30]** 3806/23
3823/19 3827/21
3828/1 3828/16
3832/10 3835/12
3837/20 3842/19
3850/16 3868/3 3868/8
3870/3 3881/2 3881/14
3884/19 3893/22
3897/16 3897/25
3898/3 3913/12
3924/12 3931/7 3932/5
3937/2 3937/18 3938/9
3940/23 3940/23
3940/25
**taken [6]** 3805/8
3843/8 3852/13
3852/16 3889/9 3938/4
**takeover [2]** 3831/21
3831/23
**takes [2]** 3823/22
3827/22
**taking [9]** 3849/4
3853/3 3853/13
3853/15 3862/8 3889/2
3912/19 3922/3
3929/14
**talk [21]** 3821/7 3839/2
3840/11 3844/9 3860/4
3873/19 3875/25
3876/4 3893/1 3894/9
3900/18 3902/25
3904/20 3906/12
3922/20 3924/1
3924/10 3924/11
3924/14 3924/16
3924/19
**talkative [2]** 3851/6
3851/8
**talked [10]** 3808/9
3815/17 3849/1
3849/13 3852/5
3902/23 3905/17
3906/14 3938/24
3941/20
**talking [13]** 3806/25
3807/2 3813/9 3815/15
3816/11 3850/4 3850/5
3850/6 3850/21
3851/20 3872/10
3914/20 3914/21
**talks [2]** 3932/25
3933/14
**tape. [1]** 3938/20
**tape. So [1]** 3938/20

**targets [1]** 3928/14
**Tarrio [6]** 3802/7
3802/8 3807/7 3808/10
3813/17 3814/9
**Tarrio's [2]** 3808/24
3809/1
**team [2]** 3900/15
3901/2
**teargassed [1]**
3936/16
**tech [2]** 3825/18
3825/21
**technical [1]** 3926/16
**telephone [1]** 3808/22
**tell [29]** 3817/5
3827/24 3829/23
3849/9 3850/10
3850/21 3865/3
3870/23 3870/23
3876/12 3876/15
3876/24 3878/4 3878/6
3901/18 3902/19
3902/20 3903/1
3906/11 3906/22
3907/12 3914/14
3914/16 3914/24
3917/6 3917/14
3923/13 3934/15
3947/19
**telling [1]** 3816/23
3865/5 3907/6 3943/12
**ten [1]** 3917/21
**ten-year [1]** 3917/21
**tendencies [1]** 3942/17
**tenuousness [1]**
3809/14
**term [1]** 3878/10
**terminated [1]** 3884/8
**terminology [1]**
3835/18
**terms [9]** 3830/5
3834/23 3844/12
3846/7 3855/8 3879/25
3906/15 3936/2
3947/25
**Terrace [1]** 3823/14
**terrible [3]** 3867/7
3867/9 3867/11
**terrorism [6]** 3919/15
3919/17 3920/3 3920/9
3920/15 3920/17
**testified [5]** 3878/7
3908/9 3912/11
3913/14 3914/18
**testify [3]** 3810/8
3837/11 3878/11
**testifying [2]** 3827/20
3923/20
**testimony [8]** 3869/13
3874/24 3875/2 3876/1
3876/5 3894/4 3914/17
3930/24
**text [12]** 3806/21
3808/8 3808/12
3808/15 3808/15
3874/9 3874/12
3874/16 3903/5

**targets [1]** 3928/14
**text chats [1]** 3924/17
**texting [1]** 3841/1
**texts [1]** 3807/3
**than [24]** 3810/16
3812/20 3816/2
3818/10 3821/11
3834/4 3844/9 3852/25
3873/1 3874/2 3880/10
3880/20 3880/20
3892/18 3899/12
3900/25 3912/6 3912/9
3933/8 3935/24
3939/11 3939/16
3942/1 3944/8
**thank [31]** 3807/4
3819/2 3824/5 3824/12
3824/17 3826/25
3828/2 3837/22
3841/24 3854/4
3855/14 3856/2
3857/22 3859/21
3862/1 3869/23
3873/12 3880/12
3893/24 3894/7
3894/13 3897/17
3906/8 3915/2 3916/9
3922/13 3930/23
3932/7 3932/15
3942/23 3947/8
**thank you [24]** 3824/5
3824/12 3824/17
3826/25 3837/22
3841/24 3854/4
3855/14 3856/2
3857/22 3859/21
3862/1 3869/23
3873/12 3894/13 3906/8
3915/2 3922/13
3930/23 3932/15
3942/23 3947/8
**Thanks [1]** 3948/21
**that [637]**
**that day [2]** 3843/12
3847/10
**that is [1]** 3872/8
**that they [1]** 3945/20
**that's [81]** 3808/21
3809/10 3809/12
3810/13 3813/10
3817/10 3817/11
3822/1 3822/3 3822/3
3822/12 3830/17
3831/17 3834/18
3834/18 3834/19
3836/7 3840/5 3840/22
3842/18 3843/9 3849/4
3854/19 3857/10
3859/7 3868/3 3870/9
3872/9 3872/10 3874/2
3876/22 3877/14
3877/15 3878/14
3878/22 3880/20
3883/20 3885/5 3888/1
3893/10 3895/22
3895/23 3896/1

**their [19]** 3819/12
3821/8 3859/11
3870/15 3871/4 3873/5
3877/22 3898/21
3900/11 3900/11
3901/1 3939/24 3940/7
3940/11 3940/25
3941/5 3941/6 3941/7
3941/11
**them [64]** 3802/13
3807/7 3808/22
3813/18 3819/14
3820/3 3820/3 3820/16
3828/8 3829/23 3841/4
3854/12 3866/6
3870/23 3871/1
3871/17 3872/14
3873/5 3874/3 3874/6
3874/9 3875/7 3875/10
3875/15 3877/18
3877/25 3879/15
3884/20 3890/17
3891/18 3893/8
3893/12 3893/13
3896/12 3896/16
3902/14 3902/20
3903/4 3903/6 3903/8
3903/23 3907/3
3907/23 3908/22
3910/25 3911/1
3911/17 3912/8
3912/19 3914/24
3920/25 3928/4
3928/19 3929/1 3929/1
3939/1 3940/15
3940/17 3941/1
3945/18 3945/18
3948/20
**then [92]** 3804/2
3804/12 3805/7
3805/10 3807/21
3813/5 3814/10
3814/10 3814/13
3815/3 3815/16
3817/22 3819/20
3821/6 3823/10
3829/20 3830/2 3830/7
3835/8 3835/12
3835/25 3842/11

then... [70] 3844/10
3847/21 3847/22
3848/14 3848/16
3850/4 3859/4 3861/7
3863/14 3864/22
3865/18 3868/24
3874/15 3874/18
3877/10 3877/14
3877/17 3877/24
3882/19 3882/25
3883/4 3884/12
3884/14 3884/20
3888/14 3890/25
3897/14 3906/3
3906/23 3906/24
3908/14 3913/2 3913/8
3914/7 3917/24 3920/4
3920/10 3925/23
3926/9 3928/2 3930/6
3930/9 3931/8 3931/9
3931/24 3932/6
3933/15 3936/9
3936/16 3936/20
3936/24 3937/14
3938/2 3938/4 3940/17
3941/7 3941/19 3942/3
3942/14 3943/24
3944/5 3946/19 3947/4
3947/5 3947/20
3947/25 3948/4 3948/5
3948/6 3948/23
**theory [11]** 3815/19
3816/14 3818/9
3939/24 3940/4 3940/8
3940/11 3941/5 3941/6
3941/7 3941/11
**there [163]**
**there's [52]** 3803/7
3806/4 3806/7 3808/4
3809/15 3810/11
3810/12 3811/17
3812/19 3813/4
3813/10 3813/12
3815/5 3817/9 3818/1
3819/5 3819/6 3819/11
3820/4 3821/15
3821/25 3823/7 3823/8
3830/3 3835/8 3835/8
3835/12 3836/6 3839/7
3849/3 3854/11
3860/10 3870/16
3887/2 3894/8 3912/14
3912/23 3919/1
3929/24 3929/25
3931/25 3933/22
3936/8 3938/18
3939/18 3941/19
3944/4 3944/16
3945/19 3945/21
3946/15 3948/19
**these [37]** 3801/19
3813/13 3815/14
3817/23 3817/23
3818/24 3820/11
3820/13 3820/17
3820/20 3820/21
3820/23 3832/13

3853/20 3860/4
3864/13 3873/15
3898/8 3898/12 3910/9
3911/4 3911/5 3911/8
3919/18 3925/8 3928/9
3929/13 3933/20
3933/23 3934/2 3939/6
3939/7 3942/8 3946/10
**they [71]** 3805/22
3805/25 3808/5 3808/6
3808/7 3808/8 3809/10
3810/25 3815/9
3819/13 3820/16
3821/7 3822/18
3829/18 3830/7 3830/7
3832/12 3832/12
3832/13 3834/3 3834/3
3835/12 3844/9
3853/12 3853/12
3853/24 3859/10
3859/11 3863/13
3863/15 3867/24
3868/15 3868/15
3868/18 3868/19
3868/19 3871/16
3874/7 3874/15
3875/16 3875/18
3876/10 3876/10
3876/12 3876/15
3891/10 3898/13
3898/14 3901/18
3908/24 3908/24
3909/4 3909/21
3909/24 3910/4 3910/5
3911/9 3927/9 3927/9
3928/3 3928/20
3935/21 3938/23
3938/25 3939/25
3941/5 3941/16
3943/21 3943/25
3945/17 3945/20
**they'd [2]** 3868/14
3909/20
**they're [16]** 3808/6
3809/15 3809/16
3809/19 3811/2 3835/9
3863/15 3863/18
3891/11 3897/2 3897/3
3911/5 3911/6 3911/11
3928/10 3940/14
**they've [3]** 3874/10
3874/11 3938/25
**thing [8]** 3815/24
3818/3 3893/4 3910/3
3923/11 3939/14
3943/19 3946/13
**things [34]** 3802/4
3805/15 3806/18
3809/1 3811/23 3812/5
3816/16 3822/16
3822/19 3839/12
3869/8 3869/9 3869/10
3869/10 3872/4
3874/22 3878/24
3879/8 3882/18 3898/6
3902/25 3903/17
3903/17 3905/18

3935/1 3935/4 3939/8
3942/8 3943/12 3945/9
3945/10 3947/11
**think [80]** 3803/23
3805/25 3807/8
3807/11 3807/15
3808/2 3809/14
3809/17 3810/7
3811/12 3811/16
3811/20 3812/6 3812/9
3812/13 3812/16
3813/10 3813/12
3813/25 3814/21
3814/25 3815/14
3816/3 3816/8 3816/20
3817/10 3817/18
3817/22 3818/14
3819/1 3819/5 3819/6
3819/7 3819/17
3819/20 3819/22
3820/1 3821/11
3821/13 3821/15
3821/25 3822/12
3822/13 3822/16
3823/2 3829/4 3832/17
3833/8 3839/20
3852/13 3854/19
3864/15 3870/15
3871/1 3878/5 3879/4
3880/7 3881/7 3881/11
3889/19 3891/21
3899/23 3904/19
3905/23 3907/2
3911/18 3912/10
3912/14 3923/8
3929/22 3934/5
3934/12 3934/16
3934/18 3935/19
3937/20 3938/11
3939/1 3941/23
3948/12
**thinking [3]** 3813/7
3862/17 3948/12
**thinned [1]** 3865/18
**third [4]** 3806/15
3941/21 3941/25
3942/22
**thirdly [1]** 3812/23
**this [250]**
**this huddle [1]** 3867/5
**this point [1]** 3829/15
**Thomas [3]** 3802/12
3803/3 3806/16
**Thomas Caldwell [3]**
3802/12 3803/3
3806/16
**those [37]** 3809/4
3810/8 3810/9 3810/11
3811/1 3816/21
3816/24 3819/14
3819/17 3819/18
3819/18 3819/19
3819/21 3819/23
3820/1 3821/3 3822/23
3831/1 3845/1 3862/16
3869/12 3874/11
3891/22 3892/10

3905/25 3910/24
3914/8 3917/16 3924/6
3924/18 3929/8
3929/18 3934/5 3934/6
3938/25
**those messages [1]**
3831/1
**though [7]** 3816/6
3829/13 3882/7 3888/5
3892/19 3897/25
3931/16
**thought [12]** 3889/6
3903/8 3903/23
3908/16 3910/1 3912/4
3915/8 3931/18
3931/20 3940/13
3944/18 3946/20
**thoughts [1]** 3838/7
**three [9]** 3837/9 3838/1
3875/5 3875/6 3875/20
3888/16 3945/15
3946/2 3946/4
**three slides [1]**
3945/15
**through [50]** 3803/5
3803/24 3804/24
3816/2 3819/14
3820/20 3820/24
3826/11 3830/15
3834/10 3841/1 3841/2
3844/2 3844/21
3844/22 3845/2
3847/12 3847/14
3847/23 3848/14
3848/15 3860/4
3869/13 3874/19
3875/7 3875/21
3876/24 3882/17
3883/3 3885/12
3885/25 3886/12
3886/25 3887/6 3888/4
3888/5 3889/12
3889/25 3896/14
3898/22 3906/4
3911/16 3921/11
3922/20 3926/12
3936/25 3937/21
3938/2 3938/3 3943/2
**throughout [3]**
3818/16 3844/19
3926/1
**throwing [2]** 3935/5
3936/15
**thwart [1]** 3928/11
**tie [1]** 3807/11
**tie-in [1]** 3807/11
**tied [1]** 3814/25
**tile [1]** 3825/16
**time [69]** 3802/22
3802/25 3803/8 3805/1
3805/2 3806/24 3808/5
3809/5 3810/1 3810/4
3813/3 3813/7 3818/24
3823/20 3823/21
3825/16 3828/15
3828/24 3833/6
3833/22 3835/13

3835/15 3836/6 3837/21
3838/13 3843/16
3844/6 3845/4 3845/7
3846/19 3846/20
3847/23 3848/8
3848/22 3849/7 3850/1
3850/21 3851/1
3852/12 3852/15
3852/20 3858/5 3861/4
3864/3 3865/12
3868/16 3873/15
3874/6 3876/22 3878/5
3880/2 3884/12
3884/14 3885/9 3888/2
3889/20 3892/10
3893/12 3898/11
3900/19 3909/16
3917/19 3930/24
3931/7 3935/24
3935/25 3937/8
3937/25 3938/19
**time-conversion [1]**
3803/8
**times [11]** 3818/16
3850/24 3850/25
3874/2 3875/1 3875/6
3875/20 3875/25
3876/3 3904/19
3922/23
**timing [2]** 3914/3
3942/1
**titled [1]** 3950/4
**today [17]** 3827/20
3846/4 3869/24
3873/14 3873/21
3873/25 3874/7
3874/18 3874/25
3875/21 3877/25
3880/23 3889/25
3895/13 3923/12
3923/20 3932/11
**together [12]** 3809/11
3813/18 3813/22
3815/7 3815/16
3842/20 3856/22
3886/6 3888/14
3901/19 3926/24
3929/23
**told [22]** 3816/15
3830/2 3841/4 3841/8
3841/9 3849/2 3871/17
3876/7 3876/10 3887/9
3889/5 3890/25 3891/2
3893/4 3895/22 3896/1
3903/14 3904/23
3905/16 3906/19
3923/11 3937/14
**too [2]** 3887/3 3904/18
**took [8]** 3811/25
3839/1 3852/4 3895/3
3917/6 3928/6 3943/25
3948/9
**top [6]** 3811/1 3818/17
3864/18 3872/12
3887/2 3936/5
**top-down [1]** 3818/17
**topic [1]** 3838/18
**topics [1]** 3922/20

**T**

**totally** [1] 3923/9
**touch** [2] 3857/11 3857/14
**towards** [6] 3856/11 3863/6 3884/23 3929/18 3929/23 3930/10
**tradesman** [1] 3926/13
**traitors** [4] 3823/9 3836/1 3836/18 3938/24
**traitors.'** [2] 3937/5 3938/17
**transcript** [2] 3798/9 3950/3
**transcripts** [1] 3805/17
**transfer** [1] 3834/18
**transportation** [1] 3853/4
**travel** [6] 3825/24 3840/1 3840/14 3842/2 3842/9 3857/15
**traveled** [2] 3842/9 3842/20
**traveling** [1] 3838/2
**treat** [1] 3920/5
**trespassing** [2] 3861/14 3862/4
**trial** [16] 3798/9 3802/4 3817/20 3818/10 3819/19 3820/17 3822/14 3823/11 3874/25 3875/3 3877/15 3933/17 3939/4 3939/4 3939/12 3942/19
**tried** [1] 3853/25
**trip** [1] 3924/1
**Troy** [2] 3798/16 3801/12
**Troy Edwards** [1] 3801/12
**truck** [1] 3869/1
**trucks** [1] 3865/23
**true** [20] 3822/20 3879/7 3881/9 3898/25 3906/1 3906/5 3906/19 3906/20 3906/24 3933/18 3936/2 3936/4 3936/11 3936/14 3936/17 3936/19 3936/21 3937/22 3941/7 3947/19
**trump** [18] 3829/1 3832/21 3834/22 3836/4 3838/4 3838/22 3839/17 3839/18 3840/7 3840/8 3847/9 3847/24 3847/25 3867/8 3867/12 3921/7 3922/1 3936/24
**trust** [1] 3901/21
**truth** [9] 3827/24 3917/7 3917/7 3917/7 3917/14 3918/21 3923/13 3936/8 3946/24

**totally** 3923/9
3893/12 3902/20 3914/22
**truthfully** [1] 3871/7
**TruthSeeker69** [2] 3833/12 3833/13
**try** [9] 3838/3 3847/8 3847/12 3879/1 3880/24 3921/2 3921/4 3928/3 3932/5
**trying** [24] 3809/15 3809/16 3809/19 3818/22 3818/24 3822/22 3832/23 3840/8 3850/10 3858/5 3862/12 3863/5 3863/5 3863/20 3864/16 3876/25 3895/24 3904/9 3904/11 3927/9 3928/11 3928/21 3930/1 3943/9
**tunnel** [6] 3823/14 3935/12 3935/13 3935/14 3935/16 3935/17
**turn** [2] 3863/17 3929/12
**turned** [4] 3855/11 3908/14 3930/6 3930/10
**turns** [1] 3944/17
**TV** [3] 3850/2 3850/9 3942/1
**Twitter** [1] 3804/21
**two** [27] 3805/15 3805/18 3805/24 3809/4 3812/19 3813/18 3813/23 3815/21 3818/25 3820/19 3842/21 3842/22 3854/17 3877/18 3889/16 3900/6 3907/1 3910/9 3917/16 3933/6 3939/11 3943/21 3943/25 3944/1 3944/23 3945/9 3945/10
**two-way** [1] 3900/6
**type** [1] 3829/5

**U**

**U-l-r-i-c-h** [1] 3825/12
**U.S** [1] 3798/16
**U.S.** [2] 3833/19 3902/7
**U.S. Capitol** [1] 3833/19
**U.S. Government** [1] 3902/7
**uh** [11] 3835/15 3843/10 3862/24 3865/11 3870/8 3871/6 3871/8 3873/6 3873/9 3913/18 3917/9
**uh-huh** [11] 3835/15 3843/10 3862/24 3865/11 3870/8 3871/6

3913/18 3917/9
**Ulrich** [47] 3824/9 3824/13 3825/2 3825/11 3825/22 3826/13 3827/2 3829/10 3830/16 3832/14 3833/21 3835/14 3837/25 3841/19 3842/2 3843/19 3844/2 3846/3 3848/2 3855/4 3856/19 3857/11 3857/21 3859/1 3861/1 3861/22 3863/4 3868/6 3869/4 3869/22 3873/7 3894/2 3915/16 3915/23 3916/16 3922/18 3925/14 3926/4 3926/12 3929/5 3929/13 3930/23 3943/2 3944/21 3945/12 3946/4 3948/1
**ultimate** [1] 3879/8 3923/24
**ultimately** [6] 3827/12 3855/24 3861/15 3862/5 3865/20 3923/22
**unclear** [1] 3813/19
**uncomfortable** [1] 3859/15
**under** [10] 3821/4 3822/17 3823/18 3824/11 3880/13 3920/4 3921/19 3921/22 3934/14 3944/8
**undercut** [1] 3941/10
**understand** [17] 3815/4 3816/9 3818/8 3818/21 3818/23 3838/23 3870/22 3872/7 3876/13 3876/13 3879/4 3879/12 3880/23 3885/8 3907/5 3913/9 3940/12
**understanding** [18] 3827/11 3827/23 3834/1 3834/16 3836/2 3836/15 3843/1 3843/6 3844/18 3844/21 3844/23 3845/19 3856/9 3856/10 3921/15 3929/16 3929/20 3930/16
**understood** [8] 3836/9 3871/9 3877/8 3884/2 3911/10 3919/20 3919/21 3946/6
**unidentified** [1] 3898/21
**unique** [1] 3829/12
**unite** [2] 3836/23 3837/6
**UNITED** [10] 3798/1 3798/3 3798/10 3801/7

3861/15 3861/23
3869/11 3921/24
**United States** [7] 3801/7 3826/2 3860/17 3861/15 3861/23 3869/11 3921/24
**unless** [3] 3817/9 3894/8 3912/23
**unrest** [1] 3836/6
**until** [16] 3816/22 3821/10 3829/9 3834/15 3836/13 3856/8 3859/3 3868/2 3883/24 3884/20 3889/19 3890/14 3892/11 3897/13 3909/9 3909/16
**up** [82] 3803/19 3812/11 3812/18 3819/13 3821/6 3823/19 3826/8 3829/9 3829/14 3829/21 3829/25 3830/4 3830/5 3830/12 3839/23 3842/6 3842/8 3842/11 3842/13 3845/24 3848/8 3848/13 3849/8 3850/22 3854/1 3859/4 3859/24 3860/4 3860/6 3862/6 3863/10 3865/13 3865/20 3865/22 3866/4 3866/7 3868/11 3868/12 3868/16 3877/21 3879/21 3880/7 3880/9 3883/17 3884/4 3886/11 3886/20 3887/2 3887/3 3887/24 3891/22 3892/10 3894/20 3898/22 3900/25 3901/9 3901/14 3903/15 3905/10 3908/25 3910/6 3910/24 3911/1 3915/18 3915/18 3916/17 3918/13 3924/14 3929/11 3929/11 3929/13 3933/6 3934/9 3937/1 3937/24 3938/1 3938/6 3941/15 3944/11 3944/14 3945/16 3947/3
**up with** [1] 3865/22
**upbeat** [2] 3867/20 3867/21
**update** [2] 3848/17 3848/21
**upon** [3] 3871/16 3880/17 3921/22
**upset** [2] 3828/16 3829/14
**upstairs** [1] 3848/24
**us** [23] 3823/13 3823/14 3824/5 3835/9 3837/14 3839/23 3839/23 3847/7 3848/8

3853/3 3853/25
3859/10 3859/12
3863/15 3865/21
3926/24 3936/13
3936/20 3943/12
3945/25
**USAfx** [1] 3943/4
**usdoj.gov** [2] 3798/19 3798/20
**use** [25] 3820/7 3822/23 3835/17 3835/23 3836/5 3836/5 3887/22 3892/1 3893/5 3895/13 3895/15 3895/17 3895/19 3895/23 3898/9 3907/14 3912/11 3921/13 3921/16 3921/18 3922/1 3924/24 3926/6 3927/1 3927/4
**use force** [1] 3927/1
**used** [10] 3819/25 3831/17 3840/22 3880/10 3895/4 3895/11 3912/15 3912/24 3928/10 3928/10
**users** [1] 3900/8
**using** [3] 3892/22 3893/15 3904/14
**utters** [1] 3821/21

**V**

**vague** [2] 3846/19 3869/15
**Vallejo** [28] 3799/19 3801/10 3801/17 3802/20 3803/11 3803/15 3803/23 3804/3 3806/7 3807/3 3807/13 3811/14 3811/18 3811/21 3811/22 3811/25 3812/4 3812/12 3816/6 3816/11 3816/16 3816/20 3817/2 3817/3 3819/10 3820/3 3820/5 3916/17
**Vallejo's** [4] 3805/2 3806/11 3812/24 3813/2
**value** [3] 3813/11 3813/13 3817/17
**vantage** [1] 3935/13
**various** [2] 3803/13 3806/18
**vehicle** [1] 3842/22
**vehicles** [1] 3842/21
**version** [5] 3943/5 3943/25 3944/11 3944/14 3946/11
**versus** [2] 3801/8 3815/23
**very** [12] 3807/4 3814/16 3815/1 3815/1 3815/23 3860/15

# V

**very... [6]** 3893/4
3915/18 3932/15
3940/8 3940/20
3943/17
**vest [2]** 3899/11
3899/12
**vestibule [2]** 3862/10
3926/13
**via [1]** 3943/3
**video [48]** 3801/23
3802/23 3802/24
3803/6 3803/11
3803/15 3803/17
3804/2 3804/11
3804/13 3804/22
3806/12 3807/13
3811/8 3811/14
3811/14 3812/6
3812/10 3819/5 3819/8
3821/1 3823/11 3854/6
3855/2 3855/15 3856/3
3856/16 3857/3
3857/19 3857/24
3858/20 3858/23
3859/22 3860/20
3860/23 3861/20
3863/1 3866/11
3866/24 3896/10
3896/16 3935/9
3935/12 3935/16
3937/15 3937/25
3938/21 3942/10
**videos [2]** 3811/4
3899/4
**view [4]** 3913/16
3921/8 3933/14
3947/13
**vindicated [1]** 3921/9
**violence [9]** 3805/21
3809/16 3839/3
3839/11 3884/24
3885/18 3886/15
3886/16 3934/5
**violent [1]** 3892/13
**violently [1]** 3921/4
**Virginia [1]** 3841/5
**visibly [1]** 3860/10
**voice [2]** 3848/3
3854/10
**void [1]** 3827/25
**votes [1]** 3921/20
**vs [1]** 3798/5

# W

**wage [1]** 3838/10
**waging [1]** 3838/4
**waited [2]** 3847/7
3849/8
**wake [1]** 3868/16
**Walden [5]** 3861/13
3864/12 3868/23
3889/13 3889/13
**walk [4]** 3863/5 3888/5
3906/4 3929/13
**walked [11]** 3847/23
3848/14 3848/15
3850/2 3865/17

3854/18 3884/21
3888/4 3892/10
3929/11 3929/11
**walking [3]** 3852/25
3884/23 3886/20
**wall [1]** 3863/11
**walls [1]** 3818/24
**want [26]** 3812/11
3819/5 3819/13
3827/21 3840/11
3842/8 3845/3 3849/5
3863/15 3867/16
3871/1 3873/19
3878/23 3879/20
3880/5 3883/3 3894/2
3894/21 3899/20
3917/13 3917/14
3917/16 3922/20
3923/8 3937/21
3939/25
**wanted [22]** 3828/18
3829/22 3839/23
3847/9 3849/6 3850/15
3850/16 3875/18
3889/1 3889/1 3904/12
3907/22 3911/15
3921/11 3924/12
3924/13 3924/13
3929/1 3929/1 3938/3
3947/23 3948/11
**wanting [7]** 3855/22
3914/18 3914/24
3921/13 3924/11
3924/11 3924/12
**wants [3]** 3811/13
3931/10 3947/4
**war [13]** 3802/8 3807/8
3807/12 3835/8 3835/8
3835/10 3835/17
3835/18 3836/1 3838/4
3839/11 3924/19
3924/25
**warm [1]** 3849/17
**was [376]**
**Washington [12]**
3798/5 3798/17
3799/21 3808/20
3811/5 3825/24
3840/14 3842/3 3842/5
3921/3 3923/5 3924/2
**Washington
Monument [1]**
3808/20
**wasn't [13]** 3807/13
3817/1 3818/14 3839/1
3849/7 3856/8 3858/7
3872/19 3882/3
3888/12 3927/18
3929/7 3946/15
**watched [1]** 3899/4
**watching [2]** 3850/2
3850/9
**water [2]** 3852/4
3927/7
**watermark [3]** 3802/21
3804/14 3804/17
**Watkins [2]** 3820/24
3821/22

**wave [3]** 3925/1
3927/15
**way [31]** 3803/13
3812/20 3814/21
3816/2 3817/13
3821/10 3853/25
3857/9 3858/10 3865/5
3865/7 3884/19
3887/20 3887/21
3887/23 3895/17
3896/12 3898/21
3900/6 3905/18 3907/9
3907/22 3912/5 3921/7
3927/18 3927/25
3928/23 3929/25
3941/13 3941/14
3947/18
**ways [1]** 3879/15
**we [225]**
**we will [1]** 3835/25
**we'd [2]** 3933/15
3940/14
**we'll [11]** 3823/21
3882/19 3882/25
3883/4 3888/3 3893/24
3932/5 3942/22 3947/7
3948/21 3948/24
**we're [20]** 3816/6
3849/16 3851/13
3851/13 3852/1
3852/10 3852/10
3852/11 3862/7 3880/6
3884/15 3887/19
3887/23 3890/25
3896/21 3931/24
3932/10 3936/25
3939/10 3945/18
**we've [4]** 3818/20
3932/11 3933/21
3934/7
**weapon [1]** 3917/3
**weapons [5]** 3916/24
3940/5 3940/6 3941/8
3941/10
**wear [3]** 3843/20
3898/5 3900/10
**wearing [3]** 3852/12
3852/14 3898/16
**website [1]** 3829/18
**weekend [1]** 3833/18
**weeks [1]** 3815/17
**WEINBERG [4]**
3799/11 3799/14
3799/15 3801/16
**welcome [1]** 3824/4
3824/13
**well [52]** 3801/21
3802/6 3805/15
3811/13 3812/5 3817/6
3817/7 3817/9 3817/11
3821/10 3830/3
3830/23 3832/19
3837/5 3839/15
3843/18 3845/13
3849/14 3872/7 3876/7
3878/23 3881/1
3888/24 3889/4 3890/8
3890/24 3892/17

3895/17 3895/18
3898/15 3899/2 3899/4
3901/9 3902/14
3902/18 3902/25
3907/6 3909/4 3912/3
3926/22 3927/7 3928/9
3930/9 3931/11 3932/4
3937/1 3938/13 3944/3
3946/1 3947/2
**well-known [1]**
3843/18
**went [36]** 3804/21
3842/25 3843/13
3844/2 3847/19 3849/1
3849/13 3849/24
3852/3 3863/22
3867/23 3867/24
3869/12 3874/19
3881/17 3883/24
3884/9 3884/14
3885/14 3886/11
3888/14 3889/12
3896/4 3909/12
3918/25 3919/4
3920/18 3927/11
3927/15 3930/4 3930/5
3930/6 3930/10
3930/14 3942/5
3948/18
**went inside [1]**
3909/12
**were [151]** 3805/21
3805/24 3805/25
3806/13 3809/4 3810/8
3810/9 3812/20
3817/23 3817/24
3817/25 3819/20
3820/18 3823/10
3823/15 3825/22
3828/24 3829/2 3829/7
3829/8 3829/9 3829/23
3829/25 3831/13
3832/4 3832/20
3832/23 3832/23
3834/10 3836/18
3837/1 3839/24
3843/20 3844/16
3845/1 3845/11 3847/8
3848/15 3848/24
3849/2 3849/3 3850/3
3850/16 3851/12
3851/15 3852/19
3852/22 3852/23
3852/25 3853/1
3854/17 3855/12
3855/24 3856/5
3856/10 3857/14
3858/10 3859/3
3862/16 3862/17
3863/7 3864/15
3864/17 3868/2 3868/3
3868/3 3868/8 3871/16
3873/15 3873/16
3874/9 3875/11 3876/7
3876/8 3877/6 3881/11
3884/13 3885/17
3887/10 3887/12

3890/22 3891/3
3891/10 3891/14
3891/15 3891/18
3891/21 3893/16
3896/8 3896/14 3903/2
3903/22 3904/9
3904/11 3904/14
3904/15 3904/17
3905/1 3905/7 3906/1
3907/1 3908/24
3908/24 3909/3 3909/4
3909/6 3909/10
3911/21 3911/22
3917/10 3917/20
3918/9 3918/14
3918/15 3919/13
3920/8 3923/4 3923/9
3923/11 3924/3 3924/6
3925/11 3925/20
3925/21 3926/5 3927/9
3927/9 3928/14
3928/17 3928/19
3928/20 3929/5
3929/18 3929/22
3930/16 3933/24
3934/24 3935/21
3936/24 3938/25
3940/16 3940/17
3940/16 3940/17
3940/25 3941/7
3943/13 3944/23
3946/2 3946/5 3947/18
**were true [1]** 3906/1
**were you [1]** 3888/18
**weren't [6]** 3822/17
3822/18 3822/20
3888/17 3893/13
3935/2
**weren't true [1]**
3822/20
**west [12]** 3802/13
3806/16 3823/14
3856/13 3885/5
3885/10 3885/19
3885/22 3886/23
3933/14 3933/24
3934/8
**what [215]**
**what's [13]** 3805/13
3808/11 3808/25
3866/7 3888/25 3889/2
3897/6 3911/2 3919/14
3935/23 3936/4
3937/14 3943/16
**whatever [7]** 3879/1
3889/9 3892/23
3921/13 3945/6
3945/11 3945/14
**whatnot [1]** 3809/7
**when [81]** 3802/14
3803/22 3806/1 3806/2
3809/9 3809/12 3810/7
3811/5 3820/23
3822/14 3823/19
3828/4 3834/3 3839/20
3841/2 3842/24
3843/20 3844/16
3845/11 3846/24

3977

**W**

when... [61] 3847/4
3847/17 3849/9
3849/22 3851/15
3851/19 3852/3 3853/6
3858/12 3859/7
3859/13 3864/13
3864/24 3865/18
3867/9 3867/22
3868/11 3868/12
3869/2 3870/13 3878/6
3887/9 3889/5 3889/12
3891/17 3896/4
3901/14 3902/19
3902/23 3902/23
3903/2 3908/24
3909/11 3909/19
3909/24 3910/4 3910/5
3911/14 3912/18
3914/5 3914/21
3918/10 3920/8 3921/1
3923/14 3923/17
3924/5 3924/23 3925/4
3925/25 3926/19
3927/2 3927/4 3927/11
3928/11 3930/17
3932/24 3934/4
3944/24 3945/16
3946/14
whenever [1] 3851/12
where [44] 3808/16
3808/18 3814/18
3823/12 3825/13
3829/22 3829/23
3830/2 3841/9 3841/9
3842/9 3842/24
3845/24 3846/7
3846/17 3846/24
3847/2 3847/9 3847/24
3847/25 3848/17
3849/24 3855/4 3855/7
3856/9 3856/10 3861/4
3863/25 3864/9
3865/16 3865/24
3875/22 3879/20
3890/23 3893/10
3896/15 3908/10
3913/14 3926/5 3930/1
3933/12 3934/7
3935/20 3943/9
whether [16] 3805/20
3805/20 3809/4 3811/9
3812/11 3812/15
3819/6 3821/22 3823/2
3905/25 3906/23
3934/15 3934/17
3935/11 3935/12
3938/12
which [49] 3802/8
3802/12 3805/4 3805/8
3805/10 3805/24
3808/3 3809/17
3809/25 3812/7
3813/14 3815/5
3815/20 3816/17
3817/4 3818/15 3823/6
3823/8 3826/6 3832/9
3833/11 3854/2 3856/5

3866/2 3868/4 3869/5
3878/4 3878/10 3907/9
3907/10 3911/14
3912/12 3932/23
3933/14 3935/8
3935/19 3937/18
3937/25 3938/22
3938/23 3941/19
3942/13 3942/14
3942/21 3943/14
3943/21 3944/14
**which judge [1]**
3869/5
**while [6]** 3807/6
3838/5 3847/22
3848/14 3848/16
3848/24
**whim [1]** 3928/10
**whisper [1]** 3900/25
**white [4]** 3835/24
3921/5 3946/13
3946/19
**White House [1]**
3921/5
**who [55]** 3803/6
3804/24 3807/12
3811/19 3815/12
3818/11 3820/2
3827/11 3829/22
3831/25 3832/3
3833/13 3833/18
3833/21 3833/23
3836/14 3836/18
3836/25 3840/16
3840/21 3841/9
3842/13 3843/6 3843/7
3843/14 3844/7
3844/15 3845/11
3850/11 3851/18
3853/6 3853/15
3853/15 3856/22
3856/25 3857/9 3857/9
3860/19 3860/19
3861/6 3864/7 3864/10
3866/19 3868/21
3869/4 3873/16
3889/13 3890/23
3899/23 3905/7
3916/21 3923/22
3928/16 3928/16
3939/6
**who's [9]** 3806/16
3831/16 3848/9
3850/11 3854/14
3854/17 3860/5
3866/17 3923/23
**whoever [1]** 3899/25
**whole [8]** 3834/8
3850/1 3883/16
3896/15 3917/7
3917/14 3918/21
3939/11
**whom [1]** 3821/6
**why [31]** 3811/13
3813/17 3813/19
3823/19 3828/14
3838/23 3844/23

3862/4 3863/9 3869/7
3878/22 3883/20
3887/10 3893/23
3897/16 3899/19
3910/13 3915/8
3917/10 3923/7 3924/9
3928/7 3928/19
3929/22 3929/22
3930/1 3930/19 3932/4
3932/13
**wife [2]** 3852/5
3937/14
**will [14]** 3803/6 3810/8
3826/20 3827/18
3831/6 3832/13
3835/25 3841/6
3846/13 3863/12
3878/19 3917/18
3924/24 3945/13
**William [5]** 3799/2
3799/3 3801/14 3950/2
3950/8
**William Shipley [1]**
3801/14
**win [1]** 3838/10
**window [4]** 3801/24
3802/15 3809/17
3811/11
**windows [1]** 3802/24
**wins [1]** 3840/9
**wish [1]** 3915/15
**wishes [1]** 3801/23
**within [1]** 3939/4
**without [3]** 3825/13
3879/17 3940/10
**witness [18]** 3800/2
3822/5 3823/7 3824/11
3825/2 3826/9 3830/13
3837/11 3837/18
3894/19 3896/19
3910/7 3931/1 3931/7
3931/9 3932/12
3947/15 3947/16
**witnesses [3]** 3900/4
3805/19 3805/19
**woke [2]** 3868/11
3868/12
**women [1]** 3928/18
**wonder [1]** 3832/9
**word [2]** 3805/11
3870/3
**words [8]** 3832/18
3834/24 3837/5
3906/21 3940/15
3943/21 3944/23
3946/12
**wore [4]** 3898/7
3899/11 3899/15
3902/4
**work [5]** 3825/16
3841/7 3871/16 3880/3
3927/25
**worked [1]** 3866/18
**working [6]** 3808/23
3815/6 3836/23
3841/16 3929/18
3929/22

**works [1]** 3894/14
**worried [1]** 3859/11
**would [50]** 3805/17
3812/13 3814/17
3819/19 3819/23
3820/2 3820/9 3821/5
3822/9 3823/17
3832/10 3834/2 3834/5
3834/25 3851/14
3875/16 3875/16
3878/4 3879/25 3880/3
3882/10 3898/11
3906/13 3906/18
3910/15 3915/2
3917/21 3918/14
3918/19 3918/22
3919/17 3919/20
3920/5 3920/11
3920/11 3921/8 3921/9
3927/14 3927/16
3928/7 3935/13
3935/14 3935/19
3939/23 3940/11
3940/13 3940/17
3945/21 3945/25
3948/23
**wouldn't [4]** 3805/22
3806/5 3849/15
3875/12
**write [12]** 3816/16
3831/20 3836/22
3837/5 3838/7 3840/6
3841/3 3841/15
3881/14 3881/15
3881/19 3904/16
**writes [4]** 3832/9
3834/14 3835/23
3924/23
**writing [6]** 3831/20
3838/3 3838/24
3904/14 3904/17
3904/18
**written [1]** 3899/8
**wrong [4]** 3862/4
3862/5 3862/19 3926/7
**wrote [5]** 3840/5
3841/8 3872/3 3902/18
3915/25

**Y**

**yanked [1]** 3823/15
**yards [1]** 3865/18
**yeah [93]** 3807/19
3807/25 3809/13
3810/6 3812/8 3815/18
3817/9 3817/15
3818/18 3822/12
3833/22 3839/25
3840/3 3842/18
3842/21 3844/14
3845/2 3845/14 3848/1
3848/4 3852/18
3854/20 3858/19
3859/7 3866/6 3866/15
3867/6 3868/8 3868/19
3869/14 3870/4
3871/18 3873/3 3874/9
3874/10 3875/14

3876/14
3876/18 3880/3 3881/1
3881/16 3882/3 3885/7
3886/16 3887/13
3888/2 3889/1 3890/6
3890/10 3890/10
3891/4 3891/8 3891/11
3891/14 3891/20
3893/13 3895/12
3896/3 3897/21
3898/19 3901/16
3901/24 3901/24
3902/11 3903/5 3903/8
3903/13 3903/19
3903/18 3903/19
3903/23 3904/12
3904/17 3910/10
3910/14 3913/22
3914/10 3918/19
3918/23 3919/20
3921/13 3921/21
3922/4 3924/20
3925/20 3926/8 3927/7
3927/19 3929/4 3932/2
3936/5 3936/6
**year [4]** 3828/6
3877/17 3877/18
3917/21
**years [5]** 3880/20
3918/4 3920/11
3920/19 3920/21
**yell [1]** 3864/22
**yelled [2]** 3859/15
3864/24
**yelling [4]** 3823/9
3858/13 3859/8
3859/14
**Yep [2]** 3883/12 3938/8
**yes [177]**
**yet [2]** 3882/23
3894/25
**York [1]** 3808/6
**you [841]**
**you'd [5]** 3871/25
3886/15 3903/14
3906/15 3909/10
**You'll [1]** 3940/12
**you're [27]** 3806/25
3807/15 3824/15
3833/9 3833/9 3844/4
3846/21 3855/4 3855/7
3855/9 3878/8 3878/11
3878/17 3878/22
3884/18 3884/23
3890/1 3900/18
3900/21 3914/20
3918/21 3920/2 3926/2
3926/13 3928/11
3930/1 3933/8
**you've [16]** 3810/18
3817/13 3817/16
3860/16 3861/9 3872/4
3873/1 3873/3
3873/23 3875/6
3875/21 3875/22
3877/24 3899/4
3914/17 3922/22
**you, [1]** 3910/12

**you, right [1]** 3910/12
**your [170]**
**your case [1]** 3827/3
**Your Honor [25]**
3801/6 3802/2 3808/2
3809/22 3813/24
3819/2 3819/9 3820/8
3823/23 3839/5 3894/6
3911/20 3915/2
3915/17 3916/3
3916/10 3925/10
3932/20 3934/3
3935/10 3935/22
3939/3 3942/4 3942/23
3947/8
**yours [1]** 3917/4
**yourself [6]** 3825/8
3856/19 3862/14
3879/4 3895/9 3927/6

**Z**

**Zaremba [2]** 3950/2
3950/8
**Zello [1]** 3821/16
**zoom [1]** 3826/24
**zoomed [1]** 3803/21