UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>                    *Defendant*. | No. 22-cr-15 (APM) |

### ORDER

Upon consideration of Defendant Vallejo's Consent Motion to Modify Conditions of Supervised Release, the government's consent thereto, and for good cause shown, it is hereby ORDERED that the conditions of Defendant Vallejo's supervised release shall by modified to remove the requirement of 12 months of home detention and location monitoring. All other conditions shall remain in effect.

_____         _____
Date                                                                Hon. Amit P. Mehta
                                                                           United States District Judge