# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3118**                          **September Term, 2024**

1:22-cr-00015-APM-11

Filed On: February 5, 2025 [2098901]

United States of America,

        Appellant

   v.

Edward Vallejo,

        Appellee

## M A N D A T E

    In accordance with the order of February 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                             BY:    /s/
                                                 Laura M. Morgan
                                                 Deputy Clerk

Link to the order filed February 5, 2025