**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWARD VALLEJO,**<br><br>            *Defendant.* | **No. 22-cr-15 (APM)** |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk of Court will please take notice that the office address of undersigned counsel

has changed, as reflected in the signature block below.

Dated: July 1, 2026

                                                    Respectfully submitted,

                                                    /s/ Matthew J. Peed          .
                                                    Matthew J. Peed (D.C. Bar No. 503328)
                                                    CLINTON & PEED
                                                    1750 H Street NW, Suite 360
                                                    Washington, D.C. 20006
                                                    (202) 919-9491 (tel)
                                                    (202) 587-5601 (fax)

                                                    *Counsel for Defendant Edward Vallejo*

1